# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

JOE SIMON-WHELAN, Individually And On
Behalf Of All Others Similarly Situated,
                       Plaintiff,

V.

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC., THE ESTATE OF ANDY
WARHOL, VINCENT FREMONT, Individually and
Successor Executor For the Estate of Andy
Warhol, VINCENT FREMONT ENTERPRISES,
THE ANDY WARHOL ART AUTHENTICATION
BOARD, INC., JOHN DOES 1-20, JANE DOES
1-10, and RICHARD ROES 1-10,

                      Defendants.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:  07 CV 6423

JUDGE SWAIN

TO: (Name and address of Defendant)

    Vincent Fremont Enterprises
    1 Union Square West, #307
    New York, New York 10003

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

| | |
|---|---|
| Lee A. Weiss | Seth A. Redniss |
| DREIER LLP | REDNISS & ASSOCIATES LLC |
| 499 Park Avenue | 185 Franklin Street, 5th Floor |
| New York, NY 10022 | New York, New York 10013 |

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                                         JUL 1 3 2007

CLERK    /s/ Maria Davino                                                DATE

(By) DEPUTY CLERK



UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DISTRICT OF NEW YORK
------------------------------------------------------------------X  AFFIDAVIT OF SERVICE
JOE SIMON-WHELAN, Individually and on Behalf         Index No. 07 CV 6423
of Others Similarly Situated.

                                                Plaintiff,

                - against -

THE ANDY WARHOL FOUNDATION FOR
THE VISUAL ARTS INC, THE ESTATE OF
ANDY WARHOL, VINCENT FREMONT,
Individually and Successor Executor For the
Estate of Andy Warhol, VINCENT FREMONT
ENTERPRISES, THE ANDY WARHOL ART
AUTHENTICATION BOARD, INC.
JOHN DOES 1-20 , JANE DOES 1-10
AND RICHARD DOES 1-10

                                               Defendant.
------------------------------------------------------------------X
STATE OF NEW YORK    )
                              ) ss.:
NEW YORK              )

      Shaun Jackson, being duly sworn, deposes and says: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On July 19, 2007, at approximately 10:10am, at 1 Union Square West, # 307, New York, NY 10003, Deponent served the within Summons in a Civil Action, Class Action Complaint and Jury Demand, Individual Practices of Judge Laura Taylor Swain, Individual Practices of Magistrate Judge Andrew J. Peck, 3rd Amended Instructions for Filing an Electronic Case or Appeal. Guidelines for Electronic Case Filing and Procedures for Electronic Filing, upon: **Vincent Fremont Enterprises**, by delivering to and leaving with Vincent Fremont, Owner, a true and correct copy of said documents.

      At the time of said service, Vincent Fremont, stated that He is duly authorized to accept service of legal documents behalf of Vincent Fremont Enterprises.

Vincent Fremont is described a white male, approximately 36-50 yrs. of age, 161-200 lbs.,5'4"-5'8" tall, with glasses and brown hair.

_____
Shaun Jackson

Sworn to before me this
23rd day of July, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens Cty; New York Cty
Commission Expires November 17, 2009