UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated,

                Plaintiff,

-against-

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, Individually and Successor Executor For the Estate of Andy Warhol, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD ROES 1-10,

                Defendants.

Case No. 07 Civ. 6423 (LTS) (AJP)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of the foregoing Initial Conference Order to be served upon the following via U.S. MAIL on this 30th day of July, 2007:

The Andy Warhol Foundation
  for the Visual Arts, Inc.
65 Bleecker Street, Floor 7
New York, NY 10012

Vincent Fremont Enterprises
1 Union Square West, #307
New York, NY 10003

Vincent Fremont, Individually and as Successor Executor For the Estate of Andy Warhol
1 Union Square West, #307
New York, NY 10003

The Andy Warhol Art Authentication Board, Inc.
525 West 20th Street, 7th Floor
New York, NY 10011

Dated:  New York, New York
         July 30, 2007

_____
LEE A. WEISS