```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated,

                Plaintiff,

-against-

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, Individually and as Successor Executor For the Estate of Andy Warhol, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD ROES 1-10,

                Defendants.

Case No. 07 Civ. 6423

Justice Assigned:
Hon. Laura T. Swain

STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

IT IS HEREBY STIPULATED and agreed between the undersigned counsel for Plaintiff and for Defendants, as follows:

1. Defendants The Andy Warhol Foundation For The Visual Arts, Inc., Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol Art Authentication Board, Inc., acknowledge service of the Summons and Class Action Complaint in the action and waive any purported defects in such service.

2. Defendants' time to answer or otherwise respond to the Complaint (currently, August 6, 2007 for defendants The Andy Warhol Foundation For The Visual Arts, Inc. and The Andy Warhol Art Authentication Board, Inc., and August 8, 2007 for defendants Vincent Fremont, Individually and as Successor Executor For the Estate of Andy Warhol and Vincent Fremont Enterprises) is extended up to and including September 14, 2007. This is the first request for such an extension.

Dated: New York, New York
     August 2, 2007

| DREIER LLP | CARTER LEDYARD & MILBURN LLP |
|---|---|
| By: _____ <br> Lee A. Weiss <br> Brian C. Kerr <br> 499 Park Avenue <br> New York, New York 10022 <br> (212) 328-6100 <br><br> -and- <br><br> Seth Redniss <br> REDNISS & ASSOCIATES LLC <br> 185 Franklin Street, 5th Floor <br> New York, New York 10013 <br> (212) 334-9200 <br><br> *Attorneys for Plaintiff* | By: _____ <br> Gary D. Sesser <br> Jeffrey S. Boxer <br> 2 Wall Street <br> New York, New York 10005 <br> (212) 732-3200 <br><br> *Attorneys for Defendants The Andy Warhol Foundation For The Visual Arts, Inc., Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol Art Authentication Board, Inc.,* |

SO ORDERED:

_____ 8/22/2007
U.S.D.J.