Case 1:07-cv-06423-LTS    Document 13    Filed 09/14/2007    Page 1 of 2

Gary D. Sesser
Ronald D. Spencer
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for The Andy Warhol Foundation for the Visual Arts, Inc.,
Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol
Art Authentication Board, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated, | Index No. 07 CV 6423 (LTS) (AJP) |
| | ECF CASE |
| Plaintiff, | |
| - against - | |
| THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, Individually and Successor Executor for the Estate of Andy Warhol, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD DOES 1-10, | **NOTICE OF MOTION TO DISMISS THE COMPLAINT** |
| | **ORAL ARGUMENT REQUESTED** |
| Defendants. | |

-------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Declaration of Gary D. Sesser dated September 14, 2007, and attached exhibits, and upon all prior proceedings and pleadings herein, Defendants The Andy Warhol Foundation for the Visual Arts, Inc., Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol Art Authentication Board, Inc. ("Defendants"), by and through their attorneys Carter Ledyard & Milburn LLP, will move this Court, before the Honorable Laura T. Swain, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date to be

6225221.1

determined by the Court, for an order pursuant to Rules 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Complaint and granting such other and further relief as this Court may deem just and proper.

The undersigned hereby certifies that counsel for Defendants has complied with Rule 2(b) of this Court's Individual Practice Rules and has used its best efforts to resolve informally the matters raised in the attached submissions. Counsel has written to Plaintiff's counsel a letter outlining Defendants' legal and factual positions with respect to this Motion, and has engaged in one telephone call with Plaintiff's counsel regarding the same.

Defendants respectfully request that the Court hear oral argument with respect to this Motion.

Dated:    New York, New York
          September 14, 2007

                                          CARTER LEDYARD & MILBURN LLP

                                          By _____
                                                Gary D. Sesser
                                                Ronald D. Spencer
                                                2 Wall Street
                                                New York, New York 10005
                                                Tel: (212) 732-3200
                                                Fax: (212) 732-3232

6225221.1