# EXHIBIT C

1159069.1
1159069.1

# Paintings and Sculpture 1961-1963

EDITED BY GEORG FREI AND NEIL PRINTZ SPONSORED BY THOMAS AMMANN FINE ART AG ZURICH AND THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., NEW YORK

# PHOTO-GRAPHY CREDITS: CATALOGUE ENTRIES

OWNERS OF WORKS ARE LISTED FIRST, FOLLOWED BY THE PHOTOGRAPHY CREDIT

**001. ADVERTISEMENT**
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

**002. WHERE IS YOUR RUPTURE? (1)**
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

**003. WHERE IS YOUR RUPTURE? (2)**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**004. FALSE PLATE**
Mugrabi Collection
Courtesy Mugrabi Collection

**005. STRONG ARMS AND BROAD SHOULDERS**
Private collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**006. BEFORE AND AFTER [1]**
The Metropolitan Museum of Art, New York, Gift of Halston, 1981
©2002 The Metropolitan Museum of Art

**007. BEFORE AND AFTER [2]**
The Museum of Modern Art, New York, Gift of David Geffen, 1995
Courtesy Gagosian Gallery, NY

**008. BEFORE AND AFTER [3]**
Kimiko and John Powers
Ian Reeves

**009. WIGS**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution Dia Center for the Arts
Dia Wolworth © Dia Center for the Arts

**010. MAKE HIM WANT YOU**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution Dia Center for the Arts
Paul Hoster © Dia Center for the Arts

**011. LITTLE KING**
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**012. SUPERMAN**
Gunter Sachs
Jean Michalon, Studio Arfort, Paris

**013. SATURDAY'S POPEYE**
Ludwig Forum für Internationale Kunst, Collection Ludwig, Aachen
Ludwig Forum für Internationale Kunst, Sammlung Ludwig

**014. POPEYE**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**015. CROSSWORD**
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

**016. DICK TRACY AND SAM KETCHUM**
David Geffen
Courtesy David Geffen Collection

**017. DICK TRACY**
The Brant Foundation, Greenwich, Connecticut
Courtesy The Brant Foundation, Greenwich, CT

**018. BATMAN**
Private collection
Courtesy Galerie Bruno Bischofberger, Zurich

**019. NANCY**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**020. $199 TELEVISION**
Kimiko and John Powers
Courtesy Gagosian Gallery

**021. ICEBOX**
The Menil Collection
Hickey & Robertson, Houston

**022. STORM DOOR (1)**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**023. WATER HEATER**
The Museum of Modern Art, New York, Gift of...
Dec. 13, 1971
© 2002 The Museum of Modern Art New York

**024. 3-D VACUUM**
The Andy Warhol Museum, Pittsburgh; Founding...
Contribution the Andy Warhol Foundation for the...
© The Andy Warhol Foundation for the Visual A...

**025. [OFFPRICES] ISHNES**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**026. WATCHES**
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

**027. GRILLS 7.30**
Private collection
© The Andy Warhol Foundation for the Visual Ar...

**028. CARAT**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**029. RUPTURE-EASE8**
The Andy Warhol Foundation for the Visual Arts, Inc.
Private collection

**030. TYPEWRITER (1)**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**031. TYPEWRITER (2)**
The Andy Warhol Museum Pittsburgh; Founding Co...
Contribution the Andy Warhol Foundation for the V...
© The Andy Warhol Foundation for the Visual Arts

**032. TOILET**
The Andy Warhol Museum, Pittsburgh; Founding Co...
Contribution the Andy Warhol Foundation for the V...
© The Andy Warhol Foundation for the Visual Arts

**033. BATHTUB**
The Andy Warhol Museum, Pittsburgh; Founding Co...
Contribution the Andy Warhol Foundation for the W...
© The Andy Warhol Foundation for the Visual Arts,

**034. PIPE**
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

**035. TELEPHONE (1)**
Private collection, San Francisco
Courtesy Thomas Ammann Fine Art AG, Zurich

WASHINGTON, D.C., NATIONAL GALLERY OF ART   SEE NATIONAL GALLERY OF ART AT WASHINGTON, D.C.
WATCHES (1961)   026; 36, 42, 44
WATER HEATER (1961)   023; 36, 40, 43–4
WHITE, ROBERT   78, 85 (FIG. 52)
WATZCONS, THILO VON   487
WAUL, SIDNEY   458
WEBER, JOHN   139, 94, 125, 148, 245, 377–8 (FIGS. 241A–B)
WEILL, SUSAN   257, 266, 266 (FIG. 190)
WEITZMAN, I., DANIEL   76
WENGL, TUESDAY   215, 222 (FIG. 171), 256 (FIG. 186)
WESTON, ALICE AND MARINE (CINCINNATI)   087
WHERE IS YOUR RUPTURE? (?) (1961)   002; 21, 23
WHERE IS YOUR RUPTURE? (2) (EIGHT PRINTS PROGRAM) (1961)   001; 21, 23
WHITE BURNING CAR II (1963)   429, 394, 397, 398
WHITE BURNING CAR TWICE [WHITE CAR CRASH] (1963)   429, 394, 397, 398
WHITE CAR CRASH 19 TIMES   SEE WHITE DISASTER
WHITE DISASTER [WHITE CAR CRASH 19 TIMES] (1963)   352, 311, 330, 330
WHITE DISASTER I [WHITE BURNING CAR I] (1963)   435, 394, 386, 388
WHITE DISASTER II [WHITE BURNING CAR II] (1963)   421, 394, 386, 388
WHITE DISASTER #40   310, 384
WHITE DISASTER #41   310, 384
WHITE MADEOW (1962)   259, 229, 232
WHITNEY MUSEUM OF AMERICAN ART, NEW YORK   191, 202, 409, 168, 168
WHITNEY, DAVID   254
WHO? (1961)   000, 25, 27, 28 (FIG. 6)
WILCOX, JOHN   355
WILDER, THORNTON, OUR TOWN   338, 341 (FIGS. 223–4)
WOLF FAMILY 1982 ART TRUST   178
WOLF, DANIEL   123
WOOD, NATALIE   208, 209–10, 214, 215 (FIGS. 163–6)
WORLD, L. MANUFACTURING COMPANY, CATALOGUE   56 (FIG. 20)
WORLD WIDE PHOTO (SOURCE PHOTOGRAPH, ELECTRIC CHAIR SERIES)   329 (FIG. 218)
WRAPPING PAPER DESIGN (CA. 1982)   116, 130 (FIG. 109)

XAVIER HUFKENS GALLERY, BRUSSELS   449

YAM FESTIVAL, NEWSPAPER, NO.   78, 85 (FIG. 52)
YANG, HAMFORD   112, 113
YARDBIRDS (POP MUSIC GROUP)   75
YELLOW CLOSE COVER BEFORE STRIKING (1962)   187, 159, 162, 163
YELLOW HENCE (1963)   334, 302, 307 (FIG. 211)
YOUNG RAUSCHENBERG [AND RAUSCHENBERG #1] (1962)   294; 261, 267
YOUNG RAUSCHENBERG (1962)   295, 261, 267

ZORICH, KUNSTHAUS   SEE KUNSTHAUS, ZURICH

082. CAMPBELL'S SOUP CAN (VEGETABLE)
Fränkisch Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

083. CAMPBELL'S SOUP CAN (TURKEY NOODLE)
The Sonnabend Collection, New York
Duane L. Sohn; Courtesy Baltimore Museum of Art

084. CAMPBELL'S SOUP CANS (CLAM CHOWDER-MANHATTAN STYLE)
Dr. Robert Peeters, Brussels
De Gedders, Bruges

085. CAMPBELL'S SOUP CAN (SCOTCH BROTH)
Uli Knecht, Stuttgart
John M. Hall

066. CAMPBELL'S SOUP CAN (CONSOMMÉ)
Mr. and Mrs. J. Tomilson Hill
Courtesy The Andy Warhol Art Authentication Board

087. CAMPBELL'S SOUP CAN (CREAM OF MUSHROOM)
Alice and Harris Weston, Cincinnati
Robert di Franco

068. DANCE DIAGRAM [1]
Museum für Moderne Kunst, Frankfurt
Robert Häusser, Museum für Moderne Kunst, Frankfurt

069. DANCE DIAGRAM [2]
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

070. DANCE DIAGRAM [3]
Reinhard Onnasch, Berlin
Friedrich Rosenfeld, Cologne

071. DANCE DIAGRAM [4]
Moderna Museet, Stockholm
Moderna Museet, Stockholm

072. DANCE DIAGRAM [5]
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

073. DANCE DIAGRAM [6]
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

074. DANCE DIAGRAM [7]
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

075. MALE GENITAL DIAGRAM
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

---

049. CAMPBELL'S SOUP CAN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

050. SMALL CAMPBELL'S SOUP CAN (CREAM OF CHICKEN)
Private Collection, Stockholm
Per-Olle Stackman, Stockholm

051. 32 CAMPBELL'S SOUP CANS
The Museum of Modern Art, New York. Gift of Irving Blum; Nelson A.
Rockefeller Bequest, gift of Mr. and Mrs. William A. M. Burden, gift
of Nina and Gordon Bunshaft in honor of Henry Moore, Abby Aldrich
Rockefeller Fund, Philip Johnson Fund, Frances Keech Bequest, gift
of Mrs. Bliss Parkinson, and Florence B. Wesley Bequest.
Courtesy Irving Blum

052. CAMPBELL'S SOUP CAN (PEPPER POT)
Mr. and Mrs. Henry S. Rosenthal, San Francisco
Paul M. Berg, San Francisco

053. CAMPBELL'S SOUP CAN (TOMATO)
Pamela Sanders, Greenwich, Connecticut
Zindman/Fremont, New York

054. SMALL CAMPBELL'S SOUP CAN (TOMATO)
Robert Shapazian, Los Angeles
Brian Forest, Santa Monica

055. SMALL CAMPBELL'S SOUP CAN (TOMATO)
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, New York

056. SMALL CAMPBELL'S SOUP CAN (CHILI BEEF)
Maria and Conrad Janis, Beverly Hills
Alan Finkleman, New York

057. CAMPBELL'S SOUP CAN (PEPPER POT)
Mr. and Mrs. Burton G. Tremaine, Jr.
David Stansbury © The Andy Warhol Foundation for the
Visual Arts, Inc.

058. LITTLE CAMPBELL'S SOUP CAN (MINESTRONE)
Private collection
© Christie's Images, Ltd., 2002

059. LITTLE CAMPBELL'S SOUP CAN (CONSOMMÉ)
Reproduced from Crone, 1970, no. 45R.
Photo: Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

060. LITTLE CAMPBELL'S SOUP CAN (BLACK BEAN)
Robert Shapazian, Los Angeles
Brian Forest, Santa Monica

061. CAMPBELL'S SOUP CAN (TOMATO)
Robert Shapazian, Los Angeles
Courtesy of Robert Shapazian

---

036. TELEPHONE [2]
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

037. DR. SCHOLL'S CORNS
The Metropolitan Museum of Art, New York. Gift of Halston, [1982]
© 2002 The Metropolitan Museum of Art

038. COCA-COLA [1]
Private collection
Courtesy Galerie Bruno Bischofberger, Zurich

039. COCA-COLA [2]
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Center for the Arts
Richard Stoner, Pittsburgh

040. A BOY FOR MEG [1]
Private collection

041. PEACH HALVES
Staatsgalerie Stuttgart, [1988]
Staatsgalerie Stuttgart

042. CAMPBELL'S SOUP CAN (TOMATO RICE)
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Center for the Arts

043. CAMPBELL'S SOUP CAN (CHICKEN WITH RICE)
Courtesy © Dia Center for the Arts
SMALL CAMPBELL'S SOUP CAN (BEAN WITH BACON)
Städtisches Museum Abteiberg, Mönchengladbach
Ruth Kaiser, Werzen

044. CAMPBELL'S SOUP CAN (CHICKEN WITH RICE)
Alan L. Freeman, Chicago
Courtesy Alan L. Freeman, Chicago

045. CAMPBELL'S SOUP CAN (PEPPER POT)
Paul Warhola Family

046. CAMPBELL'S SOUP CAN (TOMATO)
© 2002, Sotheby's, Inc.

047. LITTLE CAMPBELL'S SOUP CAN (TOMATO)
Kunstmuseum St. Gallen. Gift of Erna and Curt Burgauer, Männedorf
Kunstmuseum St.Gallen

048. CAMPBELL'S SOUP CAN (OLD FASHIONED TOMATO RICE)
Gagosian Gallery
© The Andy Warhol Foundation for the Visual Arts, Inc.

---

023. WATER HEATER
The Museum of Modern Art, New York, Gift of Roy Lichtenstein,
Dec. 13, 1971
© 2002 The Museum of Modern Art, New York

024. 3-D VACUUM
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

025. (OFF)ICES (S)IRIES
Daros Collection, Switzerland

026. WATCHES
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

027. DRILLS 7,8,8
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

028. CARAT
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

029. RUPTURE-EASER
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

030. TYPEWRITER [1]
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

031. TYPEWRITER [2]
The Andy Warhol Museum Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.,
New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

032. TOILET
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

033. BATHTUB
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

034. PIPE
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

035. TELEPHONE [1]
Private collection, San Francisco
Courtesy Thomas Ammann Fine Art AG, Zurich

---

...seum, Pittsburgh, Founding Collection,
...for the Arts
. Center for the Arts

...T VOO
...seum, Pittsburgh, Founding Collection,
...nter for the Arts
...Center for the Arts

...Andy Warhol Foundation for the Visual Arts, Inc.

...adie Adfert, Paris

...POPE
...Internationale Kunst, Collection Ludwig, Aachen
...Internationale Kunst, Sammlung Ludwig

...Ammann Fine Art AG, Zurich

...hol Foundation for the Visual Arts, Inc.

...7 AND 7 SAM KETCHUM
...Spillom Collection

...dation, Greenwich, Connecticut
...rant Foundation, Greenwich, CT

...bee
...ne Bruno Bischofberger, Zurich

...tion
...ess Ammann Fine Art AG, Zurich

...EPHSON
...hn Powers
...ssian Gallery

...llection
...partsun, Houston

...DDDR [1]
...ction, Switzerland
...enas Ammann Fine Art AG, Zurich

076. 200 CAMPBELL'S SOUP CANS
Kimiko and John Powers
Courtesy Eugenia Gallery, NY

077. 100 CANS
Albright-Knox Art Gallery, Buffalo. Gift of Seymour H. Knox
Greenberg, Wrazen & May, Buffalo

078. 100 CAMPBELL'S SOUP CANS
Museum für Moderne Kunst, Frankfurt
Museum für Moderne Kunst, Frankfurt

079. CAMPBELL'S SOUP BOX
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

080. SELTZER CANS
Mugrabi Collection
Courtesy Mugrabi Collection

081. STORM DOOR (2)
Robert and Meryl Meltzer, New York
Courtesy of Robert and Meryl Meltzer, New York

082. COCA-COLA (3)
Mugrabi Collection
Courtesy Mugrabi Collection

083. A BOY FOR MEG (2)
National Gallery of Art, Washington, D.C. Gift of the International Art
Foundation, through the generosity of Mr. and Mrs. Tremaine, 1971
Photograph © Board of Trustees, National Gallery of Art,
Washington

084. TELEPHONE (3)
The Museum of Contemporary Art, Los Angeles. Purchased with
funds provided by an anonymous donor
© The Andy Warhol Foundation for the Visual Arts, Inc.

085. CAMPBELL'S SOUP CAN
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

086. BIG CAMPBELL'S SOUP CAN WITH CAN OPENER (VEGETABLE)
Collection of Mr. and Mrs. Barney A. Ebsworth
Courtesy of Mr. and Mrs. Barney A. Ebsworth

087. BIG CAMPBELL'S SOUP CAN, 19¢ (BEEF NOODLE)
The Menil Collection, Houston
Hickey & Robertson, Houston

088. BIG CAMPBELL'S SOUP CAN, 19¢ (BEEF NOODLE)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

089. SMALL CAMPBELL'S SOUP CAN, 19¢ (CHICKEN NOODLE)
Robert and Jane Meyerhoff
Courtesy Robert and Jane Meyerhoff

090. BIG TORN CAMPBELL'S SOUP CAN (PEPPER POT)
Irving Blum
Courtesy Irving Blum

091. SMALL TORN CAMPBELL'S SOUP CAN (PEPPER POT)
Irving Blum
Courtesy Irving Blum

092. BIG TORN CAMPBELL'S SOUP CAN (PEPPER POT)
Private collection, Switzerland
© Christie's Images, Ltd., 2002

093. BIG TORN CAMPBELL'S SOUP CAN (PEPPER POT)
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

094. BIG TORN CAMPBELL'S SOUP CAN (VEGETABLE BEEF)
Kunsthaus Zürich, Zürich
Kunsthaus Zürich

095. BIG TORN CAMPBELL'S SOUP CAN (BLACK BEAN)
Kunstsammlung Nordrhein-Westfalen, Düsseldorf
Walter Klein, Düsseldorf

096. CRUSHED CAMPBELL'S SOUP CAN (BEEF NOODLE)
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

097. BIG CRUSHED CAMPBELL'S SOUP CAN (BEEF NOODLE)
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

098. SMALL CRUSHED CAMPBELL'S SOUP CAN (BEEF NOODLE)
Robert Shapazian, Los Angeles
© 2002, Sotheby's, Inc.

099. BIG CRUSHED CAMPBELL'S SOUP CAN (CREAM OF CHICKEN)
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

100. FOUR CAMPBELL'S SOUP CANS
Private collection, Milan
Courtesy of the Owner

101. FIVE CAMPBELL'S SOUP CANS
Private collection
© Christie's Images, Ltd., 2002

102. FIVE CAMPBELL'S SOUP CANS
Private Collection
© 2002, Sotheby's, Inc.

103. THE DOLLAR BILL
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

104. S&H GREEN STAMPS
Philip Johnson
© 2002 The Museum of Modern Art, New York

105. S&H GREEN STAMPS
Leasaffa National Corporation, New York. Owner of S&H Green
Stamps Co.
© Christie's Images, Ltd., 2002

106. S&H GREEN STAMPS
Getty Arber Estate
Courtesy The Betty Asher Estate

107. S&H GREEN STAMPS
Nancy Olnick and Giorgio Spanu Collection
© 2002, Sotheby's, Inc.

108. S&H GREEN STAMPS
Mr. and Mrs. Burton G. Tremaine, Jr.
David Stansbury © The Andy Warhol Foundation for the
Visual Arts, Inc.

109. S&H GREEN STAMPS
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

110. RED AIRMAIL STAMPS
Robert H. Halff
© 2002, Sotheby's, Inc.

111. RED AIRMAIL STAMPS
Uli Knecht, Stuttgart
© Christie's Images, Ltd., 2002

112. BIG AIRMAIL STAMPS
Uli Knecht, Stuttgart
© 2002, Sotheby's, Inc.

113. AIRMAIL STAMPS
Joseph Adamec, New York
Kevin Ryan © The Andy Warhol Foundation for the
Visual Arts, Inc.

114. BLUE AIRMAIL STAMPS
Private collection
Courtesy The Mayor Gallery, London

115. FIVE AIRMAIL STAMPS
Private collection
Per-Olle Stackman, Stockholm

116. RED AIRMAIL STAMP
The Estate of Burton and Emmy Tremaine
Henryd Agricoli © The Andy Warhol Foundation for the
Visual Arts, Inc.

117. BLUE AIRMAIL STAMP
Mugrabi Collection
© 2002, Sotheby's, Inc.

118. BLUE AIRMAIL STAMP
Private collection
Courtesy Galerie 1900-2000, Paris

119. BLUE AIRMAIL STAMP
Private collection, Geneva
© Christie's Images, Ltd., 2002

120. RED AIRMAIL STAMP
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

121. BLUE AIRMAIL STAMP
Private collection, Beverly Hills
Courtesy Michael Kohn Gallery, Los Angeles

122. BLUE AIRMAIL STAMP
Private collection, Houston
© Christie's Images, Ltd., 2002

123. RED AIRMAIL STAMP
Daniel Wolf
© The Andy Warhol Foundation for the Visual Arts, Inc.

124. RED AIRMAIL STAMP
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

125. 200 ONE DOLLAR BILLS
Private collection
Alexander/Sladoravesis, Athens

126. 192 ONE DOLLAR BILLS
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx,
Berlin
Jochen Littkemann, Berlin

127. MANY ONE DOLLAR BILLS
The Estate of Myron Orlofsky
Propeller Works, CT © The Andy Warhol Foundation for the Visual
Arts, Inc.

128. ONE DOLLAR BILLS
Present location unknown
© 2002, Sotheby's, Inc.

129. TWO DOLLAR BILLS (FRONT/BEAR)
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig, Co

130. FRONT AND BACK DOLLAR BILLS
Private collection
Courtesy Thomas Ammann Fine Art AG, Zur

131. TWO DOLLAR BILLS (FRONT)
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

132. TWO DOLLAR BILLS (BACK)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zur

133. FRONT TWO DOLLAR BILLS (FRONTS AN
Present location unknown
© Christie's Images, Ltd., 2002

134. ONE DOLLAR BILLS (FRONT)
Pentas Bomiler
Courtesy Timothy Baum

135. PRINTED DOLLAR #1
Timothy Baum, New York
Courtesy Timothy Baum

136. PRINTED DOLLAR #2
The Wayne R. Swenson Family...
E.G. Schump? © The Andy Warhol Foundation
Visual Arts, Inc.

137. PRINTED DOLLAR #3
Private collection
Courtesy Sonnabend Gallery, New York

138. PRINTED DOLLAR #4
Peter Goldberg

139. PRINTED DOLLAR #5
Mark Lancaster

139. PRINTED DOLLAR #6
Michael Asher
Courtesy Michael Asher

140. PRINTED DOLLAR #7
Mr. and Mrs. Burton Tremaine...
David Stansbury © The Andy Warhol Found...
Visual Arts, Inc.

141. 2 PRINTED DOLLARS
Present location unknown
© 2002, Sotheby's, Inc.

128. ONE DOLLAR BILLS
Present location unknown
© 2002, Sotheby's, Inc.

129. TWO DOLLAR BILLS (FRONT AND REAR)
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

130. FRONT AND BACK DOLLAR BILLS
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

131. TWO DOLLAR BILLS (FRONT)
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

132. TWO DOLLAR BILLS (BACKS)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

133. FORTY TWO DOLLAR BILLS (FRONTS AND BACKS)
Present location unknown
© Christie's Images, Ltd., 2002

134. ONE DOLLAR BILLS (FRONTS)
Penton Booster
© 2002, Sotheby's, Inc.

135. PRINTED DOLLAR #1
Timothy Baum, New York
Courtesy Timothy Baum

136. PRINTED DOLLAR #2
The Wayne B. Swanson Family: Donna, Susan, Stephen, and Stacey
E.R. Schimpf © The Andy Warhol Foundation for the Visual Arts, Inc.

137. PRINTED DOLLAR #3
Private collection
Courtesy Sonnabend Gallery, New York

138. PRINTED DOLLAR #5
Mark Lancaster
Peter Goldberg

139. PRINTED DOLLAR #6
Michael Asher
Courtesy Michael Asher

140. PRINTED DOLLAR #7
Mr. and Mrs. Burton Tremaine, Jr.
David Stansbury © The Andy Warhol Foundation for the Visual Arts, Inc.

141. 2 PRINTED DOLLARS
Present location unknown
© 2002, Sotheby's, Inc.

142. DOUBLE ONE DOLLAR BILL
Mr. and Mrs. Maurice Axon
© 2002, Sotheby's, Inc.

143. TWO ONE DOLLAR BILLS
Present location unknown
Courtesy Michael R. Lord

144. ONE DOLLAR BILL (FRONT)
Nathan Shash
Courtesy The Andy Warhol Art Authentication Board

145. ONE DOLLAR BILL (BACK)
Nathan Shash
Courtesy The Andy Warhol Art Authentication Board

146. ONE DOLLAR BILL (FRONT)
Timothy Baum, New York
Courtesy Timothy Baum

147. TWO DOLLAR BILL (FRONT)
Marshall Lee, New York
Courtesy The Andy Warhol Art Authentication Board

148. #1 PRINTED 2 DOLLAR
The Dayton Art Institute, Dayton, Ohio, Gift of Mr. and Mrs. Thomas C. Colt, Jr.
Robjen Pietenbaugh, © The Dayton Art Institute

149. TWO DOLLAR BILL (FRONT AND BACK)
Horace and Anita Solomon, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

150. TWO DOLLAR BILL (FRONT)
Present location unknown
© Christie's Images, Ltd., 2002

151. ONE DOLLAR BILL (BACK)
Fritz de Knegt, New York
Courtesy The Andy Warhol Art Authentication Board

152. ONE DOLLAR BILL (FRONT)
Private collection
Courtesy Sonnabend Gallery, New York

153. TWO DOLLAR BILL (FRONT)
Udo and Anette Brandhorst
Friedrich Rosenstiel, Cologne

154. ONE DOLLAR BILL (FRONT)
James and Susan Phillips
Courtesy The Andy Warhol Art Authentication Board

155. ONE DOLLAR BILL (FRONT)
Christian Flick, Salzburg

156. ONE DOLLAR BILL (BACK)
Stavros Morpho
© 2002, Sotheby's, Inc.

157. ONE DOLLAR BILL (FRONT)
Michael R. Lord
Courtesy Michael R. Lord

158. ONE DOLLAR BILL (BACK)
Gabriele and Ihman Osterwold, Stuttgart
Courtesy Galerie Bruno Bischofberger, Zurich

159. ONE DOLLAR BILL (BACK)
Present location unknown
Photo credit unknown

160. ONE DOLLAR BILL (FRONT)
Hans Jürgen Langen
Courtesy Galerie Bruno Bischofberger, Zurich

161. ONE DOLLAR BILL (BACK)
Mojo and Ralph Guldenberg
© The Andy Warhol Foundation for the Visual Arts, Inc., New York

162. ONE DOLLAR BILLS (BACKS)
Present location unknown
© The Andy Warhol Foundation for the Visual Arts, Inc., New York

163. TWO DOLLAR BILL (BACK)
Jane B. Holzer
© The Andy Warhol Foundation for the Visual Arts, Inc.

164. TWO DOLLAR BILL (FRONT)
Present location unknown
© 2002, Sotheby's, Inc.

165. TWO DOLLAR BILL (FRONT)
Present location unknown
Photo credit unknown

166. ONE DOLLAR BILL (BACK)
Present location unknown
© 2002, Sotheby's, Inc.

167. TWO DOLLAR BILL (FRONT)
Present location unknown
Courtesy Michael Kohn Gallery, Los Angeles

168. TWO DOLLAR BILL (BACK)
Reva and Philip Stevers
Courtesy Reva and Philip Stevers

169. HANDLE WITH CARE—GLASS—THANK YOU
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

170. HANDLE WITH CARE—GLASS—THANK YOU
Mars and Linda Straus
© 2002, Sotheby's, Inc.

171. FRAGILE—HANDLE WITH CARE
Private collection
Courtesy The Mayor Gallery, London

172. FRAGILE—HANDLE WITH CARE
Private collection, New York
Courtesy Private Collection, NY

173. FRAGILE
Paulos and Kerstin Bannier
Pro-Cills Stockman, Stockholm

174. FRAGILE
Private collection
Courtesy The Andy Warhol Art Authentication Board

175. FRAGILE
Mojo and Ralph Guldenberg
© 2002, Sotheby's, Inc.

176. FRAGILE
Present location unknown
© 2002, Sotheby's, Inc.

177. THIS SIDE UP
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Dia Center for the Arts
Richard Stoner, Pittsburgh

178. THIS SIDE UP
Wolf Family 1992 Art Trust
© The Andy Warhol Foundation for the Visual Arts, Inc.

179. THIS SIDE UP
Private collection
Courtesy Galerie Bruno Bischofberger, Zurich

180. THIS SIDE UP
Private collection, Paris
Jacqueline Hyde, Paris

181. THIS SIDE UP
Private collection
Courtesy Galerie 1900-2000, Paris

182. OPEN THIS END
Gabriele Bayers
Courtesy Camurati, NY

183. OPEN THIS END
Lennart Prentz
Courtesy The Andy Warhol Art Authentication Board

184. OPEN THIS END
Blake Byrne, Los Angeles
William Nettles

185. CLOSE COVER BEFORE STRIKING (COCA-COLA)
Louisiana Museum of Modern Art, Humlebæk, Denmark
Louisiana Museum for Moderne Kunst, Humlebaek

186. CLOSE COVER BEFORE STRIKING (PEPSI-COLA)
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

187. YELLOW CLOSE COVER BEFORE STRIKING
Private collection
John Back, New York

188. BLUE CLOSE COVER BEFORE STRIKING
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

189. RED CLOSE COVER BEFORE STRIKING
Private collection
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc.

190. COCA-COLA [4]
Michael and Elisabeth Rea
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

181. BEFORE AND AFTER [4]
Whitney Museum of American Art, New York
Sandak, Inc./R.R. Hall, Boston, Courtesy The Whitney Museum of American Art, New York

192. TELEPHONE [4]
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

193. DO IT YOURSELF (FLOWERS)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

194. DO IT YOURSELF (SAILBOATS)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

185. DO IT YOURSELF (SEASCAPE)
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

196. DO IT YOURSELF (LANDSCAPE)
Museum Ludwig, Cologne, Rosedan Ludwig
Rheinisches Bildarchiv, Museum Ludwig Cologne

197. DO IT YOURSELF (VIOLIN)
Private collection
Courtesy of the owner

198. DAILY NEWS
Museum für Moderne Kunst, Frankfurt
Robert Häusser, Museum für Moderne Kunst, Frankfurt

199. 129 DIE IN JET
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

200. CLOCKS
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

201. 210 COCA-COLA BOTTLES
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

202. GREEN COCA-COLA BOTTLES
Whitney Museum of American Art, New York
Geoffrey Clements, Courtesy The Whitney Museum of American Art, New York

203. FIVE COKE BOTTLES
Private collection
John Back, New York

204. FOUR COKE BOTTLES
Mr. and Mrs. Arnold Tenenbaum
© 2002, Sotheby's, Inc.

205. THREE COKE BOTTLES
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

206. TWO COKE BOTTLES
Nathan Gluck
Courtesy The Andy Warhol Art Authentication Board

207. COCA-COLA BOTTLE
Private collection
Robert Melton

208. COKE
François de Menil
Jim Strong Inc., NY

209. COKE BOTTLE
Private collection
Amoretti, Parma

210. COKE BOTTLE
Vebä and Leslie Fattal, Los Angeles
Squidds and Nunns, Los Angeles

211. MATTHSON COFFEE
Leonard Bernstein, Brooklyn, Massachusetts
David Matthews

212. MATTHSON COFFEE
Pontus Bonnier, Stockholm
Per-Olle Stackman, Stockholm

213. MATTHSON COFFEE
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

214. MATTHSON COFFEE
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

215. COFFEE LABELS
Tony Shafrazi
Courtesy Tony Shafrazi Gallery

216. COFFEE LABELS
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

217. PONTIAC
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Courtesy Thomas Ammann Fine Art AG, Zurich

218. LINCOLN CONTINENTAL
Frederick W. Hughes
Courtesy Thomas Ammann Fine Art AG, Zurich

219. TWELVE CADILLACS
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

220. SEVEN CADILLACS
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

221. AVANTI
Private collection
Courtesy The Andy Warhol Art Authentication Board

222. AVANTI
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

223. AVANTI
Sabine Wachters, Brussels
Courtesy Sabine Wachters Fine Art, Brussels

224. AVANTI
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

225. AVANTI
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

226. AVANTI
Anzai Art Office, Tokyo
Courtesy Anzai Art Office, Tokyo

227. AVANTI
Present location unknown
Courtesy Timothy Baum, New York

228. BUICK
Private collection, New York
Courtesy Andrew L. Turner, Inc.

229. TWO BUICKS
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

230. BUICK
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

231. BASEBALL
The Nelson-Atkins Museum of Art, Kansas City, Missouri, Gift of the Guild of the Friends of Art and other Friends of the Museum
Mel McLean, The Nelson-Atkins Museum of Art

232. NATALIE
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

233. NATALIE
Private collection, New York
Courtesy Gagosian Gallery, NY

234. WARREN
Private collection
Roland Reiter, Zurich

235. WARREN
William Burke, Paris
Jacqueline Hyde, Paris

236. WARREN
The Andy Warhol Museum, Pittsburgh, Founding Collection, the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

237. TAB
Frederick W. Hughes
Courtesy Thomas Ammann Fine Art AG, Zurich

238. TROY
Private collection
Courtesy of the Owner

239. TROY DIPTYCH
Museum of Contemporary Art, Chicago, Gift...
The Museum of Contemporary Art of Chicago

240. TROY
Gian Enzo Sperone
Courtesy Gian Enzo Sperone

241. TROY
Magnili Collection
Courtesy Magnili Collection

242. TROY
Jane B. Holzer
Courtesy Thomas Ammann Fine Art AG, Zur...

243. TROY
Mr. and Mrs. Richard Lane
Kevin Ryan © The Andy Warhol Foundation...

244. TROY DOMAINE
Pasquale Trisorio, Naples
Peppe Avallone, Naples

245. TROY
Art Hispania, S.A.
© Christie's Images, Ltd., 2002

246. TROY
Present location unknown
Michèle Maier

247. TROY
Frederick W. Hughes
Courtesy Thomas Ammann Fine Art AG, Zurich

248. GOLD MARILYN MONROE
The Museum of Modern Art, New York, Gif...
© 2002 The Museum of Modern Art, New...

249. BLUE MARILYN
The Art Museum, Princeton University, Gift...
Class of 1922, and Mrs. Barr, Jr. 1979
Clem Fiori, The Art Museum, Princeton U...

250. GREEN MARILYN
National Gallery of Art, Washington, D.C.
S. Seitz in Honor of the 50th Anniversary
Art, 1990
Photograph © Board of Trustees, Nationa...
Washington

238. TROY
Private collection, Turin
Courtesy of the Owner

239. TROY DIPTYCH
Museum of Contemporary Art, Chicago. Gift of Mrs. Robert B. Mayer
The Museum of Contemporary Art, Chicago

240. TROY
Gian Enzo Sperone
Courtesy Gian Enzo Sperone

241. TROY
Mugrabi Collection
Courtesy Mugrabi Collection

242. TROY
Jane B. Holzer
Courtesy Thomas Ammann Fine Art AG, Zurich

243. TROY
Mr. and Mrs. Richard Lane
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

244. TROY DIAMINE
Pasquale Triscito, Naples
Peppe Avallone, Naples

245. TROY
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

246. TROY
Art Hispania, S. A.
© Christie's Images, Ltd., 2002

247. TROY
Present location unknown
Michele Maier

248. GOLD MARILYN MONROE
The Museum of Modern Art, New York. Gift of Philip Johnson, 1962
© 2002 The Museum of Modern Art, New York

249. BLUE MARILYN
The Art Museum, Princeton University. Gift of Alfred H. Barr, Jr., Class of 1922, and Mrs. Barr, in 1978
Clem Fiori, The Art Museum, Princeton University

250. GREEN MARILYN
National Gallery of Art, Washington, D.C. Gift of William C. and Irma S. Seitz in Honor of the 50th Anniversary of the National Gallery of Art, 1998
Photograph © Board of Trustees, National Gallery of Art, Washington

251. MINT MARILYN
Jasper Johns
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

252. LAVENDER MARILYN [1]
Private collection, Paris
J. L. Wakil, Paris

253. WHITE MARILYN
Private collection, Boston
Courtesy S. Zachary Lea

254. LICORICE MARILYN
David Whitney
Courtesy The Brant Foundation, Greenwich, CT

255. LEMON MARILYN
Private collection
Peter Lauri, Bern

256. ORANGE MARILYN
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

257. PEACH MARILYN
Private collection
© Christie's Images, Ltd., 2002

258. CHERRY MARILYN
Private collection
Robert Bayer, LAC AG

259. RED MARILYN
Irving Blum
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

260. LAVENDER MARILYN [2]
Uli Knecht, Stuttgart
Courtesy of the owner

261. BLACK AND WHITE MARILYN
Ellen Palevsky
Courtesy Ellen Palevsky

262. MARILYN DIPTYCH
Tate Gallery, London
Tate Gallery, London

263. MARILYN X 100
The Cleveland Museum of Art, Leonard C. Hanna, Jr. Fund, 1998
© 2002, Sotheby's, Inc.

264. TWENTY-FIVE COLORED MARILYNS
Modern Art Museum of Fort Worth. The Benjamin J. Tillar Memorial Trust; acquired 1983 from the collection of Mr. Vernon Nikkel, New Mexico
Modern Art Museum of Fort Worth

265. MARILYN MONROE IN BLACK AND WHITE
Moderna Museet, Stockholm
Moderna Museet, Stockholm

266. TWENTY MARILYNS
Mugrabi Collection
© 2002, Sotheby's, Inc.

267. NINE MARILYNS
Linda and Harry Macklowe, New York
Courtesy Linda and Harry Macklowe, NY

268. MARILYN SIX-PACK
Emily and Jerry Spiegel, New York
Zindman / Fremont, New York

269. FOUR MARILYNS
Private collection
Peter Lauri, Bern

270. ORANGE MARILYN
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

271. FOUR MARILYNS
Private collection
© 2002, Sotheby's, Inc.

272. FOUR MARILYNS
Joseph Raiman, New York
Courtesy Joseph Helman Gallery, New York

273. THREE MARILYNS
Paul Warhola Family
Courtesy Warhola Family

274. THREE MARILYNS
The Andy Warhol Museum, Pittsburgh. Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

275. TWO MARILYNS
The Eli and Edythe L. Broad Collection
Courtesy Thomas Ammann Fine Art AG, Zurich

276. TWO MARILYNS
Mr. and Mrs. J. Tomilson Hill
Courtesy Richard Gray Gallery, Chicago

277. TWO MARILYNS
Paul Warhola Family
© 2002, Sotheby's, Inc.

278. TWO MARILYNS
Lucy Mitchell-Innes and David Nash
© Christie's Images, Ltd., 2002

279. TWO MARILYNS
Froehlich Collection, Stuttgart
Courtesy Froehlich Collection, Stuttgart

280. TWO MARILYNS
Joseph Rauh
Douglas M. Parker Studio, CA © The Andy Warhol Foundation for the Visual Arts, Inc.

281. MARILYN
Private collection
Courtesy The Andy Warhol Art Authentication Board

282. MARILYN
Solomon & Company Fine Arts, New York
Courtesy Solomon & Company Fine Arts, NY

283. ROUND MARILYN
Private collection
© Christie's Images, Ltd., 2002

284. ROUND MARILYN
Froehlich Collection, Stuttgart
Archiv Froehlich Collection, Stuttgart

285. MARILYN'S LIPS
Hirshhorn Museum and Sculpture Garden, Smithsonian Institution, Washington, D.C.
Smithsonian Institution

286. RED ELVIS
Private collection
© 2002, Sotheby's, Inc.

287. ELVIS 49 TIMES
William J. Bell
Douglas M. Parker Studio, CA © The Andy Warhol Foundation for the Visual Arts, Inc.

288. ELVIS 21 TIMES
Perry Rubenstein
Courtesy Thomas Ammann Fine Art AG, Zurich

289. CAMPBELL'S ELVIS
David Teiml, Los Angeles
Courtesy David Teiml Fine Art, Los Angeles

290. LET US NOW PRAISE FAMOUS MEN
Samuel and Ronnie Heyman, New York
© 2002, Sotheby's, Inc.

291. LET US NOW PRAISE FAMOUS MEN (RAUSCHENBERG FAMILY)
National Gallery of Art, Washington, D.C. Gift of Mr. and Mrs. William H. Adams
Photograph © Board of Trustees, National Gallery of Art, Washington

**292. TEXAN (ROBERT RAUSCHENBERG)**
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

**293. TRIPLE RAUSCHENBERG**
Private collection
Courtesy Sonnabend Gallery, New York

**294. YOUNG RAUSCHENBERG**
Emily and Jerry Spiegel, New York
Zindman / Fremont, New York

**295. YOUNG RAUSCHENBERG**
D'Hara Gallery, New York
© 2002, Sotheby's, Inc.

**296. ROBERT RAUSCHENBERG**
Spencer Museum of Art, The University of Kansas
Spencer Museum of Art, The University of Kansas

**297. ROBERT RAUSCHENBERG**
Andrea Caratsch, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**298. DOUBLE RAUSCHENBERG**
Jane B. Holzer
Courtesy The Andy Warhol Art Authentication Board

**299. ROBERT RAUSCHENBERG**
Private collection
E. Friel © Thomas Ammann Fine Art AG, Zurich

**300. RAUSCHENBERG FAMILY**
Marianne and Pierre Nahon, Vence, France
Courtesy Marianne and Pierre Nahon

**301. MEN IN HER LIFE**
Morton G. Neumann Family Collection
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc.

**302. MEN IN HER LIFE**
Private collection, Japan
Courtesy Thomas Ammann Fine Art AG, Zurich

**303. MEN IN HER LIFE**
Margo Leavin Gallery, Los Angeles
Courtesy Margo Leavin Gallery, Los Angeles

**304. MEN IN HER LIFE**
Present location unknown
Pointexl, Paris

**305. BLUE LIZ AS CLEOPATRA**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**306. DOUBLE LIZ AS CLEOPATRA**
Robert and Meryl Meltzer, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**307. LIZ AS CLEOPATRA**
Private collection, Tokyo
© 2002, Sotheby's, Inc.

**308. LIZ AS CLEOPATRA**
Victor A. Kollegos
Don Dworello

**309. OPTICAL CAR CRASH**
Kunstmuseum Basel
Öffentliche Kunstsammlung Basel, Martin Bühler

**310. GREEN CAR CRASH**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**311. STATUE OF LIBERTY**
Daros Collection, Switzerland
Courtesy Daros Services

**312. STATUE OF LIBERTY**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**313. ALBUM OF A MAT QUEEN**
Private collection, Houston
© 2002, Sotheby's, Inc.

**314. ALBUM OF A MAT QUEEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**315. ALBUM OF A MAT QUEEN**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**316. ALBUM OF A MAT QUEEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**317. ALBUM OF A MAT QUEEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**318. PATTY OLDENBURG**
Patty Mucha
The Photoworks, VT © The Andy Warhol Foundation for the Visual Arts, Inc.

**319. A WOMAN'S SUICIDE**
Kunstsammlung Nordrhein-Westfalen, Düsseldorf
Walter Klein, Düsseldorf

**320. SUICIDE (SILVER JUMPING MAN)**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**321. SUICIDE (SILVER JUMPING MAN)**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**322. SUICIDE (PURPLE JUMPING MAN)**
Tehran Museum of Contemporary Art
Courtesy Galerie Bruno Bischofberger, Zurich

**323. BELLEVUE I**
Private collection
Mimmo Capone, Rome, Courtesy Galleria Milleventi, Milano

**324. BELLEVUE II**
Stedelijk Museum, Amsterdam, Purchased with support of the
Vereniging Rembrandt
Stedelijk Museum, Amsterdam

**325. 1947 WHITE**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

**326. SUICIDE (FALLEN BODY)**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**327. COLORED MONA LISA**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**328. THIRTY ARE BETTER THAN ONE**
The Brant Foundation, Greenwich, Connecticut
Courtesy The Brant Foundation, Greenwich, CT

**329. FOUR MONA LISAS**
The Metropolitan Museum of Art, New York. Gift of Henry Geldzahler,
1965
© 2002 The Metropolitan Museum of Art

**330. MONA LISA'S MINDS?**
The Andy Warhol Museum, Pittsburgh. Founding collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.

**331. MONA LISA**
Private collection, Brussels
Courtesy The Andy Warhol Art Authentication Board

**332. DOUBLE MONA LISA**
The Menil Foundation, Houston
Janet Woodward, Houston

**333. DOUBLE MONA LISA**
Present location unknown
© 2002, Sotheby's, Inc.

**334. YELLOW MERCE**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**335. MERCE**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**336. MERCE CUNNINGHAM**
Mugrabi Collection
Courtesy Mugrabi Collection

**337. MERCE CUNNINGHAM**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**338. MERCE CUNNINGHAM**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

**339. MERCE CUNNINGHAM**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Larry Lame © The Andy Warhol Foundation for the Visual Arts, Inc.

**340. BLACK AND WHITE DISASTER**
Los Angeles County Museum of Art, Gift of Leo Castelli Gallery and
Ferus Gallery through the Contemporary Art Council
Los Angeles County Museum of Art

**341. CROWD**
Private collection
Tom Powel

**342. GREEN DISASTER**
Private collection
Courtesy of the owner

**343. GREEN DISASTER #2**
Museum für Moderne Kunst, Frankfurt
Axel Schneider, Museum für Moderne Kunst, Frankfurt

**344. ORANGE CAR CRASH**
Museum Moderner Kunst Stiftung Ludwig, Vienna. Loan by Sammlung
Ludwig, Aachen
Museum moderner Kunst Stiftung Ludwig Wien, Leihgabe der
Ludwig Stiftung, Aachen

**345. SILVER CAR CRASH**
Private collection
Robert Bayer, LAC AG

**346. BLACK AND WHITE DISASTER**
Kunstmuseum Basel
Öffentliche Kunstsammlung Basel, Martin Bühler

**347. ORANGE CAR CRASH**
Galleria Civica d'Arte Moderna, Turin
Musei Civici Di Torino

**348. 5 DEATHS**
Private collection
Courtesy of the owner

**349. 5 DEATHS**
Eugenio Lopez, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

**350. ORANGE CAR CRASH 14 TIMES**
The Museum of Modern Art, New York, Gift of Philip Johnson
© 2002 The Museum of Modern Art

**351. SILVER CAR CRASH**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**352. WHITE DISASTER**
Private collection
Robert Bayer, LAC AG

**353. SILVER CAR CRASH**
Private collection, Genoa
Frederica de Angeli, Genova

**354. HORIZONTAL ORANGE CAR CRASH**
Musée d'Art Contemporain, Montreal
© Christie's Images, Ltd., 2002

**355. ORANGE CAR CRASH (SILVER CAR CRASH)**
Armand Ornstein
© 2002, Sotheby's, Inc.

**356. ORANGE DISASTER #5**
Solomon R. Guggenheim Museum, New York
Abrams Family Collection, 1974
Solomon R. Guggenheim Museum

**357. LAVENDER DISASTER**
The Menil Collection, Houston
© 2002, Sotheby's, Inc.

**358. BLUE ELECTRIC CHAIR**
Private collection
Robert Bayer, LAC AG

345. SILVER CAR CRASH
Private collection
Robert Bayer, LAC AG

346. BLACK AND WHITE DISASTER #4
Kunstmuseum Basel
Öffentliche Kunstsammlung Basel, Martin Bühler

347. ORANGE CAR CRASH
Galleria Civica d'Arte Moderna, Torino
Museé Civici Di Torino

348. 5 DEATHS
Private collection
Courtesy of the owner

350. ORANGE CAR CRASH 14 TIMES
The Museum of Modern Art, New York, Gift of Philip Johnson
© 2002 The Museum of Modern Art, New York

351. SILVER CAR CRASH
Private collection
Robert Bayer, LAC AG

352. WHITE DISASTER
Private collection
Robert Bayer, LAC AG

353. SILVER CAR CRASH
Private collection, Genoa
Frederico de Asprili, Genova

354. MINIZONTAL ORANGE CAR CRASH
Musée d'Art Contemporain, Beaubourgen
© Christie's Images, Ltd., 2002

355. ORANGE CAR CRASH (DOUBLE ORANGE CAR CRASH)
Armand Ornstein
© 2002, Sotheby's, Inc.

356. ORANGE DISASTER #5
Solomon R. Guggenheim Museum, New York. Gift of the Harry N. Abrams Family Collection, 1974
Solomon R. Guggenheim Museum

357. LAVENDER DISASTER
The Menil Collection, Houston
© 2002, Sotheby's, Inc.

358. BLUE ELECTRIC CHAIR
Private collection
Robert Bayer, LAC AG

360. DOUBLE LAVENDER DISASTER
Mr. and Mrs. Richard S. Lane
© 2002, Sotheby's, Inc.

361. ELECTRIC CHAIR
Ron and Ann Pizzuti, Columbus, Ohio
© Christie's Images, LLC, 2002

362. SILVER DISASTER #6
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, New York

363. DOUBLE SILVER DISASTER
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

364. TRIPLE SILVER DISASTER
Private collection, Courtesy Galerie Bruno Bischofberger

365. SILVER DISASTER
Wadsworth Atheneum, Hartford, Connecticut; The Ella Gallup Sumner and Mary Catlin Sumner Collection
Irving Blomstrom, New Britain, CT

366. RED EXPLOSION
Daros Collection, Switzerland
Private collection, Courtesy Galerie Bruno Bischofberger
Roland Reiter, Zurich

367. GANGSTER FUNERAL
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

368. HOSPITAL
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution Dia Art Center for the Arts
Richard Stoner, Pittsburgh

369. TUNAFISH DISASTER
Denise and Andrew Saul
Courtesy Denise and Andrew Saul

370. TUNAFISH DISASTER
Daros Collection, Switzerland
Courtesy Daros Services

371. TUNAFISH DISASTER
Private collection
Courtesy of the owner

372. MRS. MCCARTHY AND MRS. BROWN
Froehlich Collection, Stuttgart
Marcus Leith © Dan Gallery, London

373. TUNAFISH DISASTER
Museum of Fine Arts, Boston, Charles H. Bayley Picture and Painting Fund
Museum of Fine Arts, Boston

374. ELECTRIC CHAIR
Daros Collection, Switzerland
© The Andy Warhol Foundation for the Visual Arts, Inc.

374. TUNAFISH DISASTER
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

375. TUNAFISH DISASTER
Private collection
Luigi Mossi, Turin

376. TUNAFISH DISASTER
Private collection, Courtesy Galerie Bruno Bischofberger, Zurich
Roland Reiter, Zurich

377. TUNAFISH DISASTER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

378. TUNAFISH DISASTER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

379. TUNAFISH DISASTER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

380. SILVER MARLON
Private collection, San Francisco
Ian Reeves

381. SILVER LIZ AS CLEOPATRA
Art Gallery of Ontario, Gift of Mrs Elsa Landsome, in memory of her husband, Walter Landsome, 1979
Art Gallery of Ontario, Toronto

382. CAGNEY
Private collection
Courtesy The Andy Warhol Art Authentication Board

385. ELVIS 11 TIMES
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

386. ELVIS 3 TIMES
Frederick W. Hughes
Courtesy Thomas Ammann Fine Art AG, Zurich

384. ELVIS 2 TIMES
Carl J. Blotti, Palm Beach, Florida
© The Andy Warhol Foundation for the Visual Arts, Inc.

387. ELVIS 2 TIMES
Private collection

388. ELVIS
Jane R. Holzer

389. ELVIS
John R. Helzer

391. ELVIS 2 TIMES
Fukuoka Art Museum, Fukuoka, Japan
Fujimoto Kenegashi

392. ELVIS 2 TIMES
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Courtesy Thomas Ammann Fine Art AG, Zurich

393. ELVIS 2 TIMES
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

394. ELVIS 2 TIMES
Private collection, Palm Beach
Courtesy Thomas Ammann Fine Art AG, Zurich

395. ELVIS 2 TIMES
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

396. ELVIS 2 TIMES
Private collection
Courtesy The Andy Warhol Art Authentication Board

397. ELGIT ELVIS
Mr. and Mrs. Berlingieri
Arte Fotográfica

**398. TRIPLE ELVIS**
Virginia Museum of Fine Arts, Richmond, Virginia. Gift of Sydney
and Frances Lewis
Ron Jennings © 2000 Virginia Museum of Fine Arts

**399. TRIPLE ELVIS**
Private collection
Giorgio Colombo, Milan

**400. TRIPLE ELVIS**
Index I, Axelrod
© 2002, Sotheby's, Inc.

**401. TRIPLE ELVIS**
Private collection, San Francisco
© 2002, Sotheby's, Inc.

**402. TRIPLE ELVIS**
Internationales Spielcasino, Aachen
Anton Rollins, Dusseldorf

**403. TRIPLE ELVIS**
Private collection, Turin
Courtesy of the Owner

**404. DOUBLE ELVIS**
Museum Ludwig, Cologne. Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

**405. DOUBLE ELVIS**
Mr. and Mrs. Julian Ard
Robert Wharton, Fort Worth

**406. DOUBLE ELVIS**
Froehlich Collection, Stuttgart
Marcus Leith © Tate Gallery, London

**407. DOUBLE ELVIS**
Jerry and Emily Spiegel Family Foundation
Zindman / Fremont, New York

**408. DOUBLE ELVIS**
Private collection
Courtesy of the Owner

**409. DOUBLE ELVIS**
Private collection, Turin
Courtesy of the Owner

**410. DOUBLE ELVIS**
The Seattle Art Museum. Purchased with funds from the National
Endowment for the Arts, PONCHO, and the Seattle Art Museum Guild
Paul Macapia, The Seattle Art Museum

**411. DOUBLE ELVIS**
Private collection
© 2002, Sotheby's, Inc.

**412. DOUBLE ELVIS**
The Andy Warhol Museum, Pittsburgh. Founding Collection.
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**413. TRIPLE ELVIS**
Nancy Olnick and Giorgio Spanu Collection
© Christie's Images, Ltd., 2002

**414. SINGLE ELVIS**
Museum of Contemporary Art/Ludwig Museum, Budapest
József Rosta, Budapest

**415. SINGLE ELVIS**
National Gallery of Australia, Canberra
National Gallery of Australia, Canberra

**416. SINGLE ELVIS**
Akron Art Museum. Purchased with the aid of funds from the
National Endowment for the Arts and the L. L. Bottsford Estate
Richman Haire, Akron Art Museum

**417. SINGLE ELVIS**
William S. Ehrlich and Ruth Lloyds
Peter Muscato, Brooklyn, NY

**418. SINGLE ELVIS**
Present location unknown
Saondale, Tokyo

**419. SINGLE ELVIS**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**420. ELVIS I AND II**
Art Gallery of Ontario. Gift from the Women's Committee Fund
Art Gallery of Ontario, Toronto

**421. PINK RACE RIOT**
Museum Ludwig, Cologne. Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

**422. MUSTARD RACE RIOT**
Mr. and Mrs. Richard S. Lane
Courtesy Lee Castelli Gallery, NY

**423. RACE RIOT**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**424. MAUVE RACE RIOT**
Present location unknown
No Transparency

**425. GREEN CAR CRASH**
Private collection
Courtesy Bruno Bischofberger Galerie, Zurich

**426. WHITE DISASTER I**
Staatsgalerie Stuttgart
Volker Naumann, Stuttgart

**427. WHITE DISASTER II**
Museum für Moderne Kunst, Frankfurt
Museum für Moderne Kunst, Frankfurt

**428. WHITE BURNING CAR III**
The Andy Warhol Museum, Pittsburgh. Founding Collection.
Contribution Dia Art Center
Richard Stoner, Pittsburgh

**429. WHITE BURNING CAR TWICE**
Private collection
Courtesy of the Owner

**430. NATIONAL VELVET**
San Francisco Museum of Modern Art
© The Andy Warhol Foundation for the Visual Arts, Inc.

**431. DOUBLE LIZ**
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**432. DOUBLE LIZ**
The Andy Warhol Museum, Pittsburgh. Founding Collection, the Andy
Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**433. SILVER LIZ**
Mr. and Mrs. Melvyn Estrin, Bethesda, Maryland

**434. SILVER LIZ**
Carolyn and Jack Farris
Roy Porello

**435. SILVER LIZ**
Private collection
Courtesy The Andy Warhol Art Authentication Board

**436. SILVER LIZ**
Jane B. Holzer
Robert Wharton

**437. SILVER LIZ**
Robert E. Abrams
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**438. SILVER LIZ**
Marianne and Pierre Nahon, Venice
Courtesy Marianne and Pierre Nahon

**439. SILVER LIZ**
Private collection, Zurich
Jacqueline Pýdo, Paris

**440. SILVER LIZ**
Private collection
Courtesy Magrill Collection

**441. SILVER LIZ**
Private collection, Chicago
Courtesy of the Owner

**442. SILVER LIZ**
Froehlich Collection, Stuttgart
Marcus Leith © Tate Gallery, London

**443. SILVER LIZ**
Mr. and Mrs. Richard Lane, New York
Courtesy Elkon Helman Gallery, NY

**444. SILVER LIZ**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**445. SILVER LIZ**
Private collection
© 2002, Sotheby's, Inc.

**446. SILVER LIZ**
The Andy Warhol Museum, Pittsburgh. Founding Collection.
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**447. SILVER LIZ**
Present whereabouts unknown
Saondale, Tokyo

**448. SILVER LIZ**
The Richard Shapiro Collection, Los Angeles
Courtesy Pace Wildenstein Gallery, NY

**449. SILVER LIZ**
Xavier Hufkens Gallery, Brussels
Courtesy The Andy Warhol Art Authentication Board

**450. TEN LIZES**
Musée national d'art moderne, Centre Georges Pompidou, Paris.
Achat à la Dia Art Foundation
Adam Rzepka, Centre Georges Pompidou, Paris

**451. LIZ DIPTYCH**
Magrill Collection
Courtesy Magrill Collection

**452. SILVER LIZ**
Robert E. Abrams
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**453. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts
© The Andy Warhol Foundation for the Visual...

**454. SILVER LIZ**
Dr. and Mrs. George Bean, Bloomfield Hills, MI
© The Andy Warhol Foundation for the Visual...

**455. SILVER LIZ**
The Andy Warhol Foundation for the Visual Art
© The Andy Warhol Foundation for the Visual...

**456. SILVER LIZ**
The Andy Warhol Foundation for the Visual Art
Marcus Leith © Tate Gallery, London

**457. SILVER LIZ**
Stan Faro Art, Ltd.
© The Andy Warhol Foundation for the Visual...

**458. SILVER LIZ**
The Andy Warhol Foundation for the Visual Ar
© The Andy Warhol Foundation for the Visual...

**459. SILVER LIZ**
Jean B. Holzer
Courtesy of the owner

**466. ETHEL SCULL 36 TIMES**
The Whitney Museum of American Art, New Y
Rodner Scull
Courtesy The Whitney Museum of American Art

**481. ETHEL SCULL TRIPTYCH**
Jonathan Scull
Kevin Ryan © The Andy Warhol Foundation for...

**482. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Art
© The Andy Warhol Foundation for the Visua...

**483. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Art
© The Andy Warhol Foundation for the Visa...

**484. ETHEL SCULL**
The Andy Warhol Foundation for the Visual
© The Andy Warhol Foundation for the Visu...

**485. ETHEL SCULL**
The Andy Warhol Museum, Pittsburgh. Foun
Contribution the Andy Warhol Foundation for...
Richard Stoner, Pittsburgh

453. SILVER LIZ
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

454. SILVER LIZ
Dr. and Mrs. George Dave, Bloomfield Hills, Michigan
© The Andy Warhol Foundation for the Visual Arts, Inc.

455. SILVER LIZ
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

456. SILVER LIZ
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

457. SILVER LIZ
Ileen Fine Art Ltd.
© The Andy Warhol Foundation for the Visual Arts, Inc.

458. SILVER LIZ
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

459. SILVER LIZ
Jane R. Holzer
Courtesy of the owner

460. ETHEL SCULL 36 TIMES
The Whitney Museum of American Art, New York, Gift of Ethel
Redner Scull
Courtesy The Whitney Museum of American Art, New York.

461. ETHEL SCULL TRIPTYCH
Jonathon Scull
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

462. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

463. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

464. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

465. ETHEL SCULL
The Andy Warhol Museum, Pittsburgh. Founding Collection, the Andy
Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

466. ETHEL SCULL
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

467. ETHEL SCULL
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

468. ETHEL SCULL
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

469. ETHEL SCULL
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

470. ETHEL SCULL
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

471. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

472. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

473. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

474. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

475. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

476. ETHEL SCULL
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

477. BOBBY SHORT
The Andy Warhol Museum, Pittsburgh. Founding Collection, the Andy
Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

478. BOBBY SHORT
The Andy Warhol Museum, Pittsburgh. Founding Collection, the
Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

479. BOBBY SHORT
The Andy Warhol Museum, Pittsburgh. Founding Collection, the
Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

480. BOBBY SHORT
The Andy Warhol Museum, Pittsburgh. Founding Collection, the
Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

481. BOBBY SHORT
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

482. BOBBY SHORT
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

483. BOBBY SHORT
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

484. BOBBY SHORT
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

485. BOBBY SHORT
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

486. SELF-PORTRAIT
Guy and Nora Barron, Bloomfield Hills, Michigan
Eric Wheeler © The Andy Warhol Foundation for the Visual Arts, Inc.

487. SELF-PORTRAIT
Tilda von Watzdorf
© 2002, Sotheby's, Inc.

488. SELF-PORTRAIT
Private collection
Luigi Meoli, Turin

489. SELF-PORTRAIT
Thomas Ammann Fine Art, Zurich
Courtesy Thomas Ammann Fine Art AG, Zurich

490. SELF-PORTRAIT
Thomas Ammann Fine Art, Zurich
Courtesy Thomas Ammann Fine Art AG, Zurich

491. SELF-PORTRAIT
Private collection
Courtesy Mugrabi Collection

492. SELF-PORTRAIT
Courtesy Anthony d'Offay Gallery, London
Courtesy Anthony d'Offay Gallery, London

493. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

494. SELF-PORTRAIT
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Museum for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

495. SELF-PORTRAIT
Kenny Scharf
Courtesy Tony Shafrazi Gallery, NY

496. JUDITH GREEN
Judith Green
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

497. JUDITH GREEN
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Museum for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

498. JUDITH GREEN
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

499. JUDITH GREEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

500. JUDITH GREEN
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

501. JUDITH GREEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

502. JUDITH GREEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

503. JUDITH GREEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

# PHOTO-GRAPHY CREDITS FIGURES

EVERY REASONABLE EFFORT HAS BEEN MADE TO IDENTIFY COPYRIGHT HOLDERS OF IMAGES REPRODUCED OF AN INADVERTENT OVERSIGHT, PLEASE WRITE CORRECTION IN LATER PRINTINGS OR VOLUMES.

THE TRANSPARENCIES OF ALL LISTED CREDITS WANDA, MUSEUM, PITTSBURGH, WERE PHOTO STURBER, ROBERT KOSCHKA, OR SHEASKY BRO GRAPHICS, UNLESS OTHERWISE INDICATED.

Fig. A. © 2002 The Andy Warhol Foundation f
The Menil Collection, Houston. Gift of Adelaid
Photographer: F. W. Seiders.

Fig. B. © 2002 The Andy Warhol Foundation f

Fig. 1. © 2002 The Andy Warhol Foundation f

Fig. 2. © 2002 The Andy Warhol Foundation f

Fig. 3. Courtesy Nathan Gluck

Fig. 4. © 2002 The Andy Warhol Foundation
Photo: Walter Art Center, Minneapolis

Fig. 5. © 2002 The Andy Warhol Foundation

Fig. 6. © 2002 The Andy Warhol Foundation

Fig. 7. © 2002 The Andy Warhol Foundation
Photo: Jean-Jacque Fairground

Fig. 8. The Archives of The Andy Warhol Mus
Founding Collection, Contribution of the Andy
the Visual Arts, Inc.

Fig. 9. © 2002 The Andy Warhol Foundation

---

**504. JUDITH GREEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**505. 9 DEATHS TWICE I**
Private collection, Long Island, New York
Courtesy Galerie Bruno Bischofberger, Zurich

**506. 9 DEATHS TWICE II**
Private collection, Belgium
Studio Chevrinet.

**507. 9 DEATHS ON GREEN**
Present location unknown
Cor Hugesman, Antwerp

**508. 9 DEATHS ON TURQUOISE**
The Sonnabend Collection, New York
Jose A. Sanchez, Jr., Courtesy Baltimore Museum of Art

**509. 9 DEATHS**
Private collection
Foto Ars, Chiasso

**510. 9 DEATHS ON YELLOW**
The Sonnabend Collection, New York
Jose A. Sanchez, Jr., Courtesy Baltimore Museum of Art

**511. 9 DEATHS ON ORANGE**
The Sonnabend Collection, New York
Jose A. Sanchez, Jr., Courtesy Baltimore Museum of Art

**512. 9 DEATHS ON ORANGE (ORANGE DISASTER)**
Private collection, Courtesy Galerie Bruno Bischofberger, Zurich
Roland Aellez, Zurich

**513. 9 DEATHS ON RED**
Froehlich Collection, Stuttgart
Volker Naumann, Schönaich

**514. 9 DEATHS**
Mugrabi Collection
Courtesy Mugrabi Collection

**515. 9 DEATHS**
Private collection
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**516. 9 DEATHS**
Private collection, Germany
The Andy Warhol Art Authentication Board

**517. 9 DEATHS**
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

---

**518. 9 DEATHS**
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**519. 9 DEATHS**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**520. 9 DEATHS**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**521. CORPORATE TRADE ADS**
National Museum of American Art, Smithsonian Institution,
Washington, D.C. Gift of the Container Corporation
Smithsonian Institution

**522. CORPORATE TRADE ADS**
Private collection, Vienna
Photostudio Otto, Vienna

**523. CUP OF COFFEE**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**524. CUP OF COFFEE AND HAMMER**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**525. CUP OF COFFEE AND HAMMER**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**526. CAN OF MAN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**527. EAMES CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**528. LISTERINE BOTTLE**
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**529. LIZ #1**
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, NY

**530. LIZ #2**
Daniel Malingue
EzPart, Paris

---

**531. LIZ #3**
Private collection, Turin
Courtesy of the Owner

**532. LIZ #4**
Private collection, United States
Robert Pettus, St. Louis

**533. LIZ #5**
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, NY

**534. LIZ #6**
Galerie Bltjrson, Malmö
Ⓒ 2002, Sotheby's, Inc.

**535. LIZ**
Irving Blum
Courtesy Irving Blum

**536. LIZ**
Irving Blum
Courtesy Irving Blum

**537. LIZ**
Mr. and Mrs. Miles Fiterman
Glenn Halverson Ⓒ The Andy Warhol Foundation for the Visual
Arts, Inc.

**538. LIZ**
Robert B. Mayer Family Collection, Chicago
Courtesy the Robert B. Mayer Family Collection, Chicago

**539. LIZ**
Private collection, Paris
Courtesy Patrice Trigano

**540. LIZ**
Private collection, Germany
Ⓒ 2002, Sotheby's, Inc.

**541. LIZ**
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

**542. SATURDAY DISASTER**
Rose Art Museum, Brandeis University, Waltham, Massachusetts.
Gevirtz-Mnuchin Purchase Fund, by exchange
Rose Art Museum, Brandeis University

**543. AMBULANCE DISASTER**
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

---

**544. AMBULANCE DISASTER**
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx,
Berlin
Jochen Littkemann, Berlin

**545. AMBULANCE DISASTER**
Samuel and Ronnie Heyman
Ⓒ The Andy Warhol Foundation for the Visual Arts, Inc.

**546. FOOT AND TIRE**
The Andy Warhol Museum, Pittsburgh. Founding Collection,
Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

# Paintings and Sculptures 1964-1969

EDITED BY GEORG FREI AND NEIL PRINTZ, EXECUTIVE EDITOR SALLY KING-NERO

SPONSORED BY THOMAS AMMANN FINE ART AG ZURICH AND THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., NEW YORK



# PHOTO-GRAPHY CREDITS: CATALOGUE ENTRIES

OWNERS OF WORKS ARE LISTED FIRST, FOLLOWED BY THE PHOTOGRAPHY CREDIT

547. THIRTEEN MOST WANTED MEN
p. 827 Courtesy The New York Times
p. 828 Im Strong, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

548. MOST WANTED MEN NO. 1, JOHN M.
Kaiser Wilhelm Museum, Krefeld
Courtesy Kaiser Wilhelm Museum Krefeld

549. MOST WANTED MEN NO. 1, JOHN M.
Herbert F. Johnson Museum of Art, Cornell University
Otto E. Nelson, Herbert F. Johnson Museum of Art, Cornell University

550. MOST WANTED MEN NO. 2, JOHN VICTOR G.
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

551. MOST WANTED MEN NO. 2, JOHN VICTOR G.
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution Dia Center for the Arts
Paul Hester, Houston

552. MOST WANTED MEN NO. 3, ELLIS RUIZ B.
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

553. MOST WANTED MEN NO. 4, REDMOND C.
Private collection, San Francisco
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

554. MOST WANTED MEN NO. 5, ARTHUR ALVIN M.
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

555. MOST WANTED MEN NO. 6, THOMAS FRANCIS C.
Collection Onnasch, Berlin
Douglas M. Parker Studio, courtesy The Broad Art Foundation

556. MOST WANTED MEN NO. 6, THOMAS FRANCIS C.
Froelick Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

557. MOST WANTED MEN NO. 7, SALVATORE V.
Private collection
Courtesy of the owner

558. MOST WANTED MEN NO. 7, SALVATORE V.
Museum Ludwig, Cologne, Donation Ludwig
Rheinisches Bildarchiv Köln

559. MOST WANTED MEN NO. 8, ANDREW F.
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

560. MOST WANTED MEN NO. 8, JOHN S.
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

561. MOST WANTED MEN NO. 10, LOUIS JOSEPH M.
Städtisches Museum Abteiberg, Mönchengladbach
Wolfgang von Kastzen, Mönchengladbach

562. MOST WANTED MEN NO. 11, JOHN JOSEPH H., JR.
Museum für Moderne Kunst, Frankfurt am Main
Robert Häusser, Mannheim, courtesy Museum für Moderne Kunst, Frankfurt am Main

563. MOST WANTED MEN NO. 11, JOHN JOSEPH H., JR.
Private collection
Thomas Ammann Fine Art AG, Zürich

564. MOST WANTED MEN NO. 12, FRANK B.
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

565. MOST WANTED MEN NO. 12, FRANK B.
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

566. MOST WANTED MEN NO. 12, FRANK B.
The Saint Louis Art Museum, Gift of Mr. and Mrs. Ronald Greenberg,
Mr. and Mrs. Robert Greenberg, Mr. and Mrs. Lawrence Greenberg and
Mr. and Mrs. Howard Stott
The Saint Louis Art Museum

567. MOST WANTED MEN NO. 13, JOSEPH F.
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

568-589. BRILLO BOX (24 OFF)
Contribution The Andy Warhol Foundation for the
© The Andy Warhol Foundation for the Visual Art

591. NAM JUNE PAIK, ANDY WARHOL ROBOT
Kunstmuseum Wolfsburg, Schenkung Friedrich
Kunstmuseum Wolfsburg e.V.
Courtesy Kunstmuseum Wolfsburg

592. BRILLO PAINTING (30 OFF)
Ronald Feldman Fine Arts, NY
Courtesy The Andy Warhol Authentication Boa

593. BRILLO PAINTING (30 OFF)
Bennie Cunningham Wallace and David Russ Wals
Sandra and John A. Swartz
Courtesy The Andy Warhol Authentication Boa

584-592. MOTT'S APPLE JUICE BOX
The Andy Warhol Museum, Pittsburgh; Foundin
Contribution The Andy Warhol Foundation for the
© The Andy Warhol Foundation for the Visual Art

593-626. DEL MONTE FREIGHT HALVES BOX
The Andy Warhol Foundation for the Visual Arts, I

627-718. BRILLO SOAP PADS BOX
The Andy Warhol Museum, Pittsburgh; Foundin
Contribution The Andy Warhol Foundation for the
© The Andy Warhol Foundation for the Visual Art

720. PAUL THEK, MEAT PIECE WITH BRILLO BOX
Philadelphia Museum of Art, Purchased with fun
Dietrich Foundation
Braydon Wood, 1981

721.1-721.94. BRILLO SOAP PADS BOX (STUCKO
Private collection, courtesy Blum Helman (cat. no. 721.
Courtesy the Andy Warhol Authentication Boa

722-728. BRILLO SOAP PAD BOXES (PASSAGEN TH
Galerie Lavrov, Paris (cat. no. 728 illustrated
© Clarisle's Images, Ltd., 2003

729-823. HEINZ TOMATO KETCHUP BOX
The Andy Warhol Museum, Pittsburgh; Foundin
Contribution The Andy Warhol Foundation for the
(cat. no. 768 illustrated)

WALLPAPER STUDIO, NEW YORK 2096
WARD, FRED 2022A
WARHOL, ANDY
EMPIRE 241A
FILMMAKING 144-154, 1799-1818
PHOTOGRAPHY OF 48A (FIG. 4), 67A (FIG. 13), 76A (FIG. 26B),
285A, 301A (FIG. 54), 377A (FIG. 64), 468 (FIGS. 69A-E), 1188
(FIGS. 67A-C), 2238 (FIGS. 87, 88A, 88B), 2248 (FIGS. 92A, 92B),
2256 (FIGS. 83, 95), 2538 (FIGS. 101, 102), 2540 (FIG. 109B), 263
(FIG. 104), 277B (FIG. 110), 310 (FIG. 117)
SCREEN TESTS 290B
SHOT AND WOUNDED BY VALERIE SOLANIS, 1968 367B, 387B
SIGNATURES 21A (FIGS. A AND B)
STUDIOS, 1963-84 102A, SEE ALSO UNDER THE FACTORY
STUDIOS, 1968, 33 UNION SQUARE WEST 367B, 3849 (FIGS. 131, 132)
TITLES AND DATES 19A
SEE ALSO ANDY WARHOL MUSEUM, PITTSBURGH; ANDY WARHOL
FOUNDATION FOR THE VISUAL ARTS, INC., NEW YORK
VIRGINIA, PAUL, FAMILY 1799
WARNER, PETER M. 494 (FIG. 3)
WHIRAI, SHICHAO, WABAN-AN, TOKYO 1792
WASHINGTON, D.C. SEE HIRSHHORN MUSEUM AND SCULPTURE GARDEN,
SMITHSONIAN INSTITUTION, WASHINGTON, DC
WEATHERSPOON GALLERY, UNIVERSITY OF NORTH CAROLINA IN
GREENSBORO 64A, 66A, 72A, 88A
WEBER, JOHN 53A
WECKENBLAH-PENDER, YVONNE 1588
THE WEEK THAT WAS (1984) 946, 104A, 105A, 112A, 120A, 143A (FIG.
38), 160A, 172A
THE WEEK THAT WAS #1 (1984) 946, 1044, 105A, 112A, 120A, 160A, 172A
THE WEEK THAT WAS #2 (1984) 89A, 994, 97A, 74B, 64A, 66A, 72A, 88A
WEEK, CHUCK 28B
WEINGARTEN, PAULA B. 1218
WERSHAUPT, SIEGFRIED 1228
WESSELMAN, FREDERICK 62A
WELLESLEY COLLEGE SEE DAVIS MUSEUM AND CULTURAL CENTER,
WELLESLEY COLLEGE, WELLESLEY, MA
WELT, PHILIPPE 1785
WESSELMAN, TOM 2565
WESTDEUTSCHE SPIELBANKEN GMBH & CO. KG 1931
WESTON, KARL E. 161A
WHITE DISASTER 3, WHITE DISASTER 21 (1983) (VOL. 1, CAT. NOS.
427-27) 53A
WHITE PAINTING SEE TIMEO9
WHITNEY, CONSTANCE 1482
WHITNEY, DAVID 59B, 63Z, 743, 829, 2288, 2836
WHITNEY MUSEUM OF AMERICAN ART, WARHOL RETROSPECTIVE (1971)
217B, 223B, 225B (FIGS. 57, 58), 263 (FIG. 107), 324B, 341B, 342B
(FIG. 126)
WILHELM LEMBRUCK MUSEUM, DUISBERG 806
WILLIAMS, JOHN SPILKELL 879
WILLIAMS, DANNY 207B
WILLIAMS, TENNESSEE 2590, 314 (FIG. 117)
WILLIAMS COLLEGE, WILLIAMSTOWN, MA 1917, 1063, 1071, 1237
WILLIAMS, OLIVER H. 1898, 1940

WINSTON, HARRY HAM JOAN 1885
WOLFSBURG SEE KUNSTMUSEUM WOLFSBURG
WOLLIN, DR. AND MRS. WILLIAM 1495, 1888
WOLK, ELLIOT K. 1370
WOLVERHAMPTON ART GALLERY, ENGLAND 1118
YOUNG, MARTIN 825
WOODWOOD FOUNDATION 294A
WORCESTER ART MUSEUM, WORCESTER, MASSACHUSETTS 1847
YALE UNIVERSITY ART GALLERY 1395, 1425
YASUMUND 88A, 285A
YOUNG MEN'S HEBREW ASSOCIATION (YMHA), PHILADELPHIA 279B,
280B
YOUVE IN? (1967) 1971.1, 279B, 280B, 287B, 287B (FIG. 115)

ZEIGLER, WILLIAM 86A
ZURICH SEE KUNSTHAUS, ZURICH
ZWIRNER, RUDOLF 51A, SEE ALSO GALERIE RUDOLF ZWIRNER,
COLOGNE

957. MOST WANTED MEN NO. 13, JOSEPH F.
...own
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

589-580. BRILLO BOX (3¢ OFF)
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

581. MAN WHO PAID, ANDY WARHOL ROBOT, WITH BRILLO BOX (3¢ OFF)
Kunstmuseum Wolfsburg, Sammlung Froenleinreis des
Kunstmuseums Wolfsburg e.V.
Courtesy Kunstmuseum Wolfsburg

582. BRILLO PAINTING (3¢ OFF)
Ronald Feldman Fine Arts, NY
Courtesy the Andy Warhol Art Authentication Board

583. BRILLO PAINTING (3¢ OFF)
Baruka Cunningham Wallace and David Alan Wallace
Sandra and John A. Swartz
Courtesy the Andy Warhol Art Authentication Board

584-592. MOTT'S APPLE JUICE BOX
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

593-636. DEL MONTE PEACH HALVES BOX
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

637-719. BRILLO SOAP PADS BOX
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

720. PAUL TREK, WEST PIECE WITH BRILLO BOX
Philadelphia Museum of Art; Purchased with funds from the Daniel W.
Dietrich Foundation
Grayboo Wood, 1981

721.1-721.94. BRILLO SOAP PADS BOX [STOCKHOLM TYPE]
Private collection, Switzerland (cat. no. 721.94 illustrated)
Courtesy the Andy Warhol Art Authentication Board

722-738. BRILLO SOAP PAD BOXES (PASADENA TYPE)
Galerie Leavre, Paris (cat. no. 738 illustrated)
© Christie's Images, Ltd., 2003

739-823. HEINZ TOMATO KETCHUP BOX
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
(cat no. 768 illustrated)
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

824-916. CAMPBELL'S TOMATO JUICE BOXES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
(cat. no. 688 illustrated)
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

917-935. KELLOGG'S CORNFLAKES BOXES
Timothy O. Fehr (cat. no. 920 illustrated)
Courtesy the Andy Warhol Art Authentication Board

936.1-936.67. KELLOGG'S CORNFLAKES BOXES (LOS ANGELES TYPE)
Private collection, New York (cat. no. 936.67 illustrated)
Courtesy the Andy Warhol Art Authentication Board

937. BRILLO JACKIE
Private collection, Belgium
Courtesy the Andy Warhol Art Authentication Board

938. BRILLO JACKIE
Mr. and Mrs. John Rosenkranz
Ben Blackwell © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

939. BRILLO JACKIE
Jane B. Holzer
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

940. BRILLO JACKIE
The Art Museum, Princeton University, Lent by the Schorr Family
Collection
Bruce M. White, The Art Museum, Princeton University

941. BRILLO JACKIE
The Art Museum, Princeton University, Lent by the Schorr Family
Collection
Bruce M. White, The Art Museum, Princeton University

942. BRILLO JACKIE
Holly Solomon, New York
Courtesy Holly Solomon Gallery, New York

943. BRILLO JACKIE
Mr. and Mrs. John Rosenkranz
Ben Blackwell © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

944. BRILLO JACKIE
Franklin Collection, Stuttgart
Archives of Franklin Collection

945. THE WEEK THAT WAS I
Samuel and Ronnie Heyman, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

946. THE WEEK THAT WAS II
Irma and Norman Braman
Courtesy Irma and Norman Braman

947. JACKIE FRIEZE
Collection of the Museum of Contemporary Art, Chicago, Promised Gift
of Mrs. Robert B. Mayer
Joe Ziolkowski

948. JACKIE FRIEZE
Private collection, Italy
Luigia Monzi, Torino

949. THIRTY-FIVE JACKIES
Museum für Moderne Kunst, Frankfurt a.M.
Ekon. Sgt. Sträher, courtesy Museum für Moderne Kunst, Frankfurt a.M.

950. TWENTY JACKIES
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx
Jochen Littkemann, Berlin

951. SIXTEEN JACKIES
Mr. and Mrs. David H. Piazza
Rick Echelmeyer © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

952. SIXTEEN JACKIES
The Gallery of Modern Art - Ivrald
Saburaha Yamauchi, Tokyo

953. SIXTEEN JACKIES
Collection Walker Art Center, Minneapolis Art Center Acquisition
Fund, 1968
Courtesy Walker Art Center

954. SIXTEEN JACKIES
Samuel and Ronnie Heyman, New York
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

955. TWELVE JACKIES
Collection Onnasch, Berlin
Courtesy Collection Onnasch, Berlin

956. TWELVE JACKIES
Gian Enzo Sperone, Rome
Courtesy Gian Enzo Sperone

957. NINE JACKIES
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

958. NINE JACKIES
Courtesy of the owner

959. NINE JACKIES
Kimiko and John Powers
The Metropolitan Museum of Art, New York. Gift of Halston
© 2002 The Metropolitan Museum of Art

960. NINE JACKIES
The Eli and Edythe L. Broad Collection
Courtesy the Eli and Edythe L. Broad Collection, Los Angeles

961. FOUR JACKIES
Philadelphia Museum of Art: Gift of Mrs. H. Gates Lloyd
Department of Rights and Reproductions, Philadelphia Museum of Art

962. FOUR JACKIES
Collection Mfr, Brussels
© Christie's Images, Ltd., 2003

963. FOUR JACKIES
Private collection

994. CHELSEA 4 *
Israel Museum Rosenkranz
Israel Museum / Ran Erdelman

965. FOUR JACKIES
Private Collection, New York
Courtesy Zindman / Fremont Photography, New York

966. JACKIE TRIPTYCH
Private collection, San Francisco
Ian Reeves © The Andy Warhol Foundation for the Visual Arts, Inc., NY

967. JACKIE TRIPTYCH
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv Köln

968. JACKIE TRIPTYCH
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

969. THREE JACKIES
Dr. Reiffy and Vicki Hemmesian
© Christie's Images, Ltd., 2003

970. JACKIE DIPTYCH
Private collection, Courtesy Galerie Bruno Bischofberger, Zurich
Roland Beller, Zurich

971. TWO JACKIES
O'Gara Gallery, NY
Courtesy the Andy Warhol Art Authentication Board

972. DOUBLE JACKIE
Vicki and Kent Logan. Fractional and promised gift to the San
Francisco Museum of Modern Art
Courtesy O. James Dee

973. JACKIE
Eddie and Cynthia Greenwald, Los Angeles
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**974. JACKIE**
Akron Art Museum, Gift of Monroe Meyerson
Rickman Hahn

**975. JACKIE**
Robert Lehrman
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**976. JACKIE**
Dr. and Mrs. Wayne R. Rogers, Portland
Richard A. Heinrich © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**977. JACKIE**
Destroyed
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**978. JACKIE**
Dr. Kurt Abt
Courtesy the Andy Warhol Art Authentication Board

**979. JACKIE**
Lino Spiegel Wittis
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**980. JACKIE**
Mr. and Mrs. Richard Radak
Jim Strong, Inc., NY

**981. JACKIE**
Private Collection, Courtesy Ikon Fine Art, Ltd.

**982. JACKIE**
Stellan Holm Gallery and Barbara Mathes Gallery, New York
Courtesy the Andy Warhol Art Authentication Board

**983. JACKIE**
Charles and Marlies Keller, St. Gallen
© Christie's Images, Ltd., 2003

**984. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**985. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**986. JACKIE**
Private Collection
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**987. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**988. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**989. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**990. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**991. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**992. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**993. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**994. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**995. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**996. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**997. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**998. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**999. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1000. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1001. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1002. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1003. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1004. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1005. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1006. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1007. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1008. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1009. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1010. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1011. JACKIE**
David Deublet, Toronto
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1012. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1013. JACKIE**
Blohn Fine Art, London
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1014. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1015. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1016. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1017. JACKIE**
Williams College Museum of Art, Williamstown, Massachusetts, Partial gift of The Andy Warhol Foundation for the Visual Arts, Inc. NY, and Museum purchase from the John B. Turner '24 Memorial Fund and Karl E. Weston Memorial Fund
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1018. JACKIE**
Present whereabouts unknown
© Christie's Images, Ltd., 2003

**1019. JACKIE**
Louisiana Museum of Modern Art, Humlebaek, Denmark
Louisiana Museum for Moderne Kunst, Humlebaek

**1020. JACKIE**
Collection of the Greenville County Museum of Art, gift of the Foundation for Contemporary Performance Arts, Inc. (by exchange)
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1021. JACKIE**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1022. JACKIE**
Private collection, Buenos Aires
José Cristaldi

**1023. JACKIE**
Leo B. Gordon
© Christie's Images, Ltd., 2003

**1024. JACKIE**
Jan Dembitz, Oudenaarde, Belgium
Kristien Daem, Gent

**1025. JACKIE**
Private collection, LA
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1029. JACKIE**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1027. JACKIE**
Private collection
Courtesy the Andy Warhol Art Authentica...

**1028. JACKIE**
The Andy Warhol Foundation for the Visual A...
Contribution The Andy Warhol Foundation for the Visua...

**1029. JACKIE**
The Andy Warhol Museum, Pittsburgh; Found...
Contribution The Andy Warhol Foundation for the Visua...
© The Andy Warhol Foundation for the Visual A...

**1030. JACKIE**
The Andy Warhol Foundation for the Visual A...
© The Andy Warhol Foundation for the Visua...

**1031. JACKIE**
The Andy Warhol Museum, Pittsburgh; Found...
Contribution The Andy Warhol Foundation for the Visua...
© The Andy Warhol Foundation for the Visual A...

**1032. JACKIE**
Private collection
© The Andy Warhol Foundation for the Visua...

**1033. JACKIE**
The Andy Warhol Foundation for the Visual A...
© The Andy Warhol Foundation for the Visua...

**1034. JACKIE**
Anton D. Segerstrom
© The Andy Warhol Foundation for the Visua...

**1035. JACKIE**
The Andy Warhol Foundation for the Visual A...
© The Andy Warhol Foundation for the Visua...

**1036. JACKIE**
The Andy Warhol Museum Pittsburgh, Found...
Contribution The Andy Warhol Foundation for the An...

**1037. JACKIE**
The Andy Warhol Foundation for the Visual A...
© The Andy Warhol Foundation for the Visua...

**1038. JACKIE**
Mayrell Collection
© The Andy Warhol Foundation for the Visua...

**1039. JACKIE**
The Andy Warhol Foundation for the Visual A...
© The Andy Warhol Foundation for the Visua...

1027. JACKIE
Private collection
Courtesy the Andy Warhol Art Authentication Board

1029. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1030. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1030. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1031. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1032. JACKIE
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1033. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1034. JACKIE
Anton B. Segerstrom
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1035. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1036. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1037. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1038. JACKIE
Magritte Collection
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1039. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1040. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1041. JACKIE
Edward & Dana Slabke

1042. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1043. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1044. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1045. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1046. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1047. JACKIE
Blakes Fine Art, London
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1048. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1049. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1050. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1051. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1052. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1053. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1054. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1055. JACKIE
Private collection, Switzerland
Hugh Kelly, London

1056. JACKIE
Private collection
Courtesy the Andy Warhol Art Authentication Board

1057. JACKIE
Private collection, Venice
Courtesy of the owner

1058. JACKIE
Magritte collection
Courtesy Magritte collection

1059. JACKIE
Jane B. Holzer
Courtesy Jane B. Holzer

1060. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1061. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1062. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1063. JACKIE
Williams College Museum of Art, Williamstown, Massachusetts, Partial
gift of The Andy Warhol Foundation for the Visual Arts, Inc., NY, and
museum purchase from the John B. Turner '24 Memorial Fund and Karl
E. Weston Memorial Fund
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1064. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1065. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1066. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1067. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1068. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1069. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1070. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1071. JACKIE
Williams College Museum of Art, Williamstown, Massachusetts, Partial
gift of The Andy Warhol Foundation for the Visual Arts, Inc., NY, and
museum purchase from the John B. Turner '24 Memorial Fund and Karl
E. Weston Memorial Fund

1072. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1073. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1074. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1075. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1076. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1077. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1078. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1079. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1080. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1081. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1082. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1083. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1084. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1085. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1086. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1087. JACKIE**
The Orlofsche Family
Douglas M. Parker Studio, CA © The Andy Warhol Foundation for the
Visual Arts, Inc., NY

**1088. JACKIE**
Present whereabouts unknown
© Christie's Images, Ltd., 2003

**1089. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1090. JACKIE**
Froehlich Collection, Stuttgart
Archives of Froehlich Collection

**1091. JACKIE**
Florence and S. Brooks Barron
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1092. JACKIE**
Private collection, Spain
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1093. JACKIE**
Mr. and Mrs. Ronald K. Greenberg, St. Louis
Courtesy Greenberg Van Doren Gallery

**1094. JACKIE**
Magnoli Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1095. JACKIE**
Private collection, Padua
Courtesy of the owner

**1096. JACKIE**
Andrea Caratsch, Switzerland
Courtesy Galerie Bruno Bischofberger, Zurich

**1097. JACKIE**
Private collection, Italy
Amoretti, Parma

**1098. JACKIE**
Lilione et Michel Durand-Dessert, Paris
Adam Rzpka

**1099. JACKIE**
Marianne and Pierre Nahon, Vence
Courtesy Galerie Beaubourg

**1100. JACKIE**
Galerie Afriono de Nairmont, Paris
Roland Rohar, Zürich, Courtesy Galerie Jérôme de Noirmont, Paris

**1101. JACKIE**
Frederick W. Hughes
Larry Lamay, NYC © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

**1102. JACKIE**
Frederick W. Hughes
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1103. JACKIE**
Jane B. Holzer
Courtesy Fred Hughes

**1104. JACKIE**
Present whereabouts unknown
Courtesy Fred Hughes

**1105. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1106. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1107. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1108. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1109. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1110. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1111. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1112. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1113. JACKIE**
Andrea Caratsch, Switzerland
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1114. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1115. JACKIE**
Present whereabouts unknown
see Figure 38

**1116. JACKIE**
Charles B. Carpenter, Jr.
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1117. JACKIE**
Angelo Baldassarre, Bari
Archives of Collection Angelo Baldassarre, Bari, Italy

**1118. JACKIE**
Christo and Jeanne-Claude, New York
André Grossmann

**1119. JACKIE**
Wolverhampton Art Gallery, England
David Flockett

**1120. JACKIE**
Private collection, Switzerland
Courtesy of the present owner

**1121. JACKIE**
Magnoli Collection
Courtesy Magnoli Collection

**1122. JACKIE**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1123. JACKIE**
Private collection, Italy
Luigia Manzi, Torino

**1124. JACKIE**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1125. JACKIE**
Present whereabouts unknown
Prolance Cunling Associates Limited

**1126. JACKIE**
Present whereabouts unknown
Courtesy The Andy Warhol Art Authentication Board

**1127. JACKIE**
Present whereabouts unknown
Reproduced from Evora, 1970, no. 109.
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1128. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1129. JACKIE**
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

**1130. JACKIE**
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

**1131. JACKIE**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1132. JACKIE**
Private Collection, Duomo, Italy
Federica de Angeli, Reserve

**1133. JACKIE**
N. Meess M.D.
Photograph Courtesy of Sotheby's, Inc., NY

**1134. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation f...
© The Andy Warhol Foundation for the Visual...

**1135. JACKIE**
The Andy Warhol Museum, Pittsburgh; Foun...
Contribution The Andy Warhol Foundation f...
© The Andy Warhol Foundation for the Visual...

**1136. JACKIE**
The Andy Warhol Museum, Pittsburgh; Foun...
Contribution The Andy Warhol Foundation f...
© The Andy Warhol Foundation for the Visual...

**1137. JACKIE**
The Andy Warhol Foundation for the Visual...
© The Andy Warhol Foundation for the Visual...

**1138. JACKIE**
Private collection, Minneapolis
© The Andy Warhol Foundation for the Visual...

**1139. JACKIE**
Jane B. Holzer
© The Andy Warhol Foundation for the Visual...

**1140. JACKIE**
The Andy Warhol Foundation for the Visual...
© The Andy Warhol Foundation for the Visual...

**1141. JACKIE**
Allen Memorial Art Museum, Oberlin...
Estate of Ellen H. Johnson, 1982
Courtesy Allen Memorial Art Museum

**1142. JACKIE**
Private collection
Stefania Beretta Telegraph, Giubiasco

**1143. JACKIE**
The Andy Warhol Museum, Pittsburgh; Foun...
Contribution The Andy Warhol Foundation f...
© The Andy Warhol Foundation for the Visual...

**1144. JACKIE**
The Andy Warhol Museum, Pittsburgh; Foun...
Contribution The Andy Warhol Foundation f...
© The Andy Warhol Foundation for the Visual...

1132. JACKIE
Private Collection, Genoa, Italy
Federica de Angeli, Genova

1133. JACKIE
R. Manes M.D.
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1134. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1135. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1136. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1137. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1138. JACKIE
Private collection, Minneapolis
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1139. JACKIE
Jane B. Holzer
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1140. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1141. JACKIE
Allen Memorial Art Museum, Oberlin College, Ohio, Loan from the
Estate of Ellen H. Johnson, 1992
Courtesy Allen Memorial Art Museum

1142. JACKIE
Private collection
Stefania Boretto Fotografo, Giödasera

1143. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1144. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1145. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1146. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1147. JACKIE
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1148. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1149. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1150. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1151. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1152. JACKIE
Mugrabi Collection
Courtesy Mugrabi Collection

1153. JACKIE
Private collection, Houston, Texas
Wordsalive Photography, Texas © The Andy Warhol Foundation for the
Visual Arts, Inc., NY

1154. JACKIE
Madame Gilles de Menilman
Courtesy Madame de Henderson

1155. JACKIE
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1156. JACKIE
Martin Hopper
Xavier Dyan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1157. JACKIE
Private collection, Italy
Luigia Manci, Torino

1158. JACKIE
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1159. JACKIE
Vahé and Lucie Patel, Los Angeles
Sqodda and House, Los Angeles

1160. JACKIE
Christopher Meyerhofer, Zollfrex
Fotostudio Thoma, Zürich

1161. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1162. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1163. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1164. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1165. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1166. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1167. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1168. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1169. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1170. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1171. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1172. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1173. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1174. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1175. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1176. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1177. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1178. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1179. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1180. JACKIE
Museum of Fine Arts, Boston, Gift of The Andy Warhol Foundation for
the Visual Arts, Inc., NY, with Additional Funds Provided by the
Catherine and Paul Buttenwieser Fund and Barbara Fish Lee and
Thomas H. Lee
© The Andy Warhol Foundation for the Visual Arts, Inc.

1181. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1182. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1183. JACKIE
Museum of Fine Arts, Boston, Gift of The Andy Warhol Foundation for
the Visual Arts, Inc., NY, with Additional Funds Provided by the
Catherine and Paul Buttenwieser Fund and Barbara Fish Lee and
Thomas H. Lee
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1184. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1185. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
Present whereabouts unknown
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1186. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1187. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1188. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1189. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1190. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1191. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1192. JACKIE**
Memorial Art Gallery of the University of Rochester, Marion Stratton
Gould Fund
James Vin, Courtesy Memorial Art Gallery

**1193. JACKIE**
Magrall Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1194. JACKIE**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1195. JACKIE**
Mr. and Mrs. Isadore H. Marder
Courtesy Wili Brown, Philadelphia

**1196. JACKIE**
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1197. JACKIE**
Ulmer Museum, Ulm, Founding Collection Klaus Fried
Bernd Kugler, Ulm

**1198. JACKIE**
Private collection, Switzerland
Courtesy Private Collection

**1199. JACKIE**
Francesco Lomenzaro, Verona
Courtesy Francesco Lomenzaro

**1200. JACKIE**
Private collection, Switzerland
Courtesy Private Collection

**1201. JACKIE**
Private collection

**1202. JACKIE**
Private collection
Studio Blu, Turin

**1203. JACKIE**
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

**1204. JACKIE**
Dr. Carlo De Stefani
Foto Corvo, Vittorio Veneto

**1205. JACKIE**
Present whereabouts unknown
Bacci, Milan

**1206. JACKIE**
Stefan Hohn Gallery, New York
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1207. JACKIE**
Nina Sundell

**1208. JACKIE**
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1209. JACKIE**
Kantor Gallery

**1210. JACKIE**
Private collection, Switzerland
Courtesy The Andy Warhol Art Authentication Board

**1211. JACKIE**
Private collection, Italy
Studio Blu, Turin

**1211. JACKIE**
Private collection, Paris
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1212. JACKIE**
Private collection, Italy
Courtesy of the owner

**1213. JACKIE**
Eileen and Peter Rhoden, Courtesy Peter Freeman, Inc.
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1214. JACKIE**
Amy Sullivan
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1215. JACKIE**
Private collection, Salzburg
Courtesy Galerie Thaddaeus Ropac

**1216. JACKIE**
Vehb and Lucio Fontat, Los Angeles
William Nettles, Los Angeles

**1217. JACKIE**
Hoyn and Ralph Goldenberg
Michael Tropes © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

**1218. JACKIE**
Paula D. Weingarten
Courtesy the Andy Warhol Art Authentication Board

**1219. JACKIE**
Private collection, New York
Courtesy the Andy Warhol Art Authentication Board

**1220. JACKIE**
Magrall Collection
© Christie's Images, Ltd., 2003

**1221. JACKIE**
Christophe Van de Weghe Fine Art
Courtesy the Andy Warhol Art Authentication Board

**1222. JACKIE**
Present whereabouts unknown
© Ehrlobe's Images, Ltd., 2003

**1223. JACKIE**
Present whereabouts unknown
Robert Boyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1224. JACKIE**
Present whereabouts unknown
Robert Boyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1225. JACKIE**
Present whereabouts unknown
Robert Boyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1226. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1227. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1228. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1229. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1230. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1231. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1232. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1233. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1234. JACKIE**
Present whereabouts unknown
© Ehrlobe's Images, Ltd., 2003

**1235. JACKIE**
Magrall Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1236. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1237. JACKIE**
Williams College Museum of Art, Williamstown, ...
gift of The Andy Warhol Foundation for the Visual ...
museum purchase from the John B. Turner ...
E. Weston Memorial Fund
Courtesy Williams College Museum of Art

**1238. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding ...
Contribution The Andy Warhol Foundation for the Visual ...
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1239. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding ...
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1240. MIKE AND BOB ABRAMS**
Mrs. Harry H. Abrams
Kevin Ryan © The Andy Warhol Foundation for th...

**1241. MIKE AND BOB ABRAMS**
Robert E. Abrams
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1242. MIKE AND BOB ABRAMS**
Private collection
Ian Barlington Jones

**1243. JUDY HEIMAN**
Present whereabouts unknown
Not Illustrated

**1244. SELF-PORTRAIT**
Stefan S. Edlis Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1245. SELF-PORTRAIT**
Gerald S. Finberg
Courtesy Sandra and Gerald Finberg

**1246. SELF-PORTRAIT**
Jean-Christophe Castelli
Courtesy of Jean-Christophe Castelli

**1247. SELF-PORTRAIT**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1248. SELF-PORTRAIT**
Private collection
Brian Forest © The Andy Warhol Foundation for the...

1237. JACKIE
Williams College Museum of Art, Williamstown, Massachusetts, Partial gift of The Andy Warhol Foundation for the Visual Arts, Inc., NY, and museum purchase from the John B. Turner '24 Memorial Fund and Karl E. Weston Memorial Fund
Courtesy Williams College Museum of Art

1238. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution Dia Center for the Arts
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1239. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1240. MIKE AND BOB ABRAMS
Mrs. Harry N. Abrams
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1241. MIKE AND BOB ABRAMS
Robert E. Abrams
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1242. MIKE AND BOB ABRAMS
Private collection
Ian Boranston Jones

1243. JUDY HERMAN
Present whereabouts unknown
Not Illustrated

1244. SELF-PORTRAIT
Stefan T. Edlis Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1245. SELF-PORTRAIT
Gerald S. Fineberg
Courtesy Sandra and Gerald Fineberg

1246. SELF-PORTRAIT
Jean-Christophe Castelli
Courtesy of Jean-Christophe Castelli

1247. SELF-PORTRAIT
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2000

1248. SELF-PORTRAIT
Private collection
Brian Forrest © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1249. SELF-PORTRAIT
Memorial Union Gallery–Student Art Collection, North Dakota State University
Dan Koeck, courtesy Memorial Union Gallery, North Dakota State University

1250. SELF-PORTRAIT
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

1251. SELF-PORTRAIT
Froehlich Collection, Stuttgart
Froehlich Collection

1252. SELF-PORTRAIT
Private collection
Courtesy Thomas Ammann Fine Art, Zurich

1253. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1254. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
American Republic Insurance Company, Des Moines, Iowa
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1255. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Des Moines Art Center, Permanent Collection, Gift of Watson Powell
Courtesy Roy Andrews, Des Moines

1256. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

1257. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Butler Institute of American Art, Youngstown, Ohio
Howard Agriesti Photography © Butler Institute of American Art

1258. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Leslie Ferrari
Mickey-Robinson, Houston

1259. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1260. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Mark Lancaster
Peter Goldberg © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1261. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Museum of Modern Art, New York, Gift of Carol Sinclair
Courtesy The Museum of Modern Art, New York

1262. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1263. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Frederick W. Hughes
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1264. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1265. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Robert Shapashe, Los Angeles
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1266. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1267. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1268. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1269. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1270. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1271. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1272. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Robert Shapashe, Los Angeles
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1273. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1274. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1275. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1276. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1277. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1278. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1279. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1280. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1281. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1282. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1283. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1284. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1285. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1286. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1287. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1288. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1289. ROBERT MASES [ROBERT MASES]
Present whereabouts unknown
Reproduced from Crone, 1970, no. 281.
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1290. SHOT RED MARILYN
Private collection
© Christie's Images, Ltd., 2003

1291. SHOT ORANGE MARILYN
Private Collection
Tom Bennett

1292. SHOT LIGHT BLUE MARILYN
Courtesy The Brant Foundation, Greenwich, CT
Courtesy The Brant Foundation, Greenwich, CT

1293. SHOT SAGE BLUE MARILYN
Private collection
Courtesy Thomas Ammann Fine Art, Zurich

1294. TURQUOISE MARILYN
Stefan T. Edlis
Courtesy Stefan T. Edlis

1295. RED MARILYN
Froehlich Collection, Stuttgart
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1296. RED MARILYN
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1297. BLUE MARILYN
Wadsworth Atheneum, Hartford
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1298. FLOWERS [FOUR-FOOT FLOWERS]
Mr. and Mrs. Philip Gersh
Douglas M. Parker Studio © The Andy Warhol Foundation for the
Visual Arts, Inc., NY

1299. FLOWERS [FOUR-FOOT FLOWERS]
The National Museum of Art, Osaka
The National Museum of Art, Osaka

1300. FLOWERS [FOUR-FOOT FLOWERS]
Private collection
Courtesy of the owner

1301. FLOWERS [FOUR-FOOT FLOWERS]
Present whereabouts unknown
Robert McKeever, Gagosian Gallery, New York

1302. FLOWERS [FOUR-FOOT FLOWERS]
Private collection
Courtesy Kimbell Art Museum, Fort Worth

1303. FLOWERS [FOUR-FOOT FLOWERS]
Leo Castelli
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.,

1304. FLOWERS [FOUR-FOOT FLOWERS]
Private collection, Stockholm, Sweden
Tom Bennett

1305. FLOWERS [FOUR-FOOT FLOWERS]
Yale University Art Gallery, Gift of the Woodward Foundation
Courtesy Yale University Art Gallery

1306. FLOWERS [FOUR-FOOT FLOWERS]
Froehlich Collection, Stuttgart
Archives of Froehlich Collection

1307. FLOWERS [FOUR-FOOT FLOWERS]
Mr. and Mrs. Edgar Wachenheim III
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1308. FLOWERS
Magdali Collection
Courtesy Magdali Collection

1309. FLOWERS
U.S. Senator Frank Lautenberg
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1310. FLOWERS
Magdali Collection
Courtesy Galerie Bruno Bischofberger, Zurich

1311. FLOWERS [FOUR-FOOT FLOWERS]
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1312. FLOWERS
The National Museum of Art, Osaka
Courtesy Kaiser Wilhelm Museum Krefeld

1313. FLOWERS [FOUR-FOOT FLOWERS]
The Solomon R. Guggenheim Museum, New York: Gift, Roy
Lichtenstein, New York
© Christie's Images, Ltd., 2003

1314. FLOWERS
The Brant Foundation, Greenwich, Connecticut
Fred Scruton, Brooklyn, NY

1315. FLOWERS
Anne Leeum Simonson
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

1316. FLOWERS
Magdali Collection
Courtesy Galerie Bruno Bischofberger, Zurich

1317. FLOWERS
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1318. FLOWERS
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1319. FLOWERS
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1320. FLOWERS
Private collection, Courtesy Gagosian Gallery
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1321. FLOWERS
Sondra and Charles Gilman, Jr.
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1322. FLOWERS
Present whereabouts unknown
Courtesy The Andy Warhol Art Authentication Board

1323. FLOWERS
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1324. FLOWERS
Private collection
Courtesy Thomas Ammann Fine Art, Zurich

1325. FLOWERS
Kaiser Wilhelm Museum Krefeld, Collection Helga and Walter Lauffs
Courtesy Kaiser Wilhelm Museum Krefeld

1326. FLOWERS
Museum Laura, Naples
Courtesy of the owner

1327. FLOWERS
Hirshhorn Museum and Sculpture Garden, Smithsonian Institution, The
Joseph H. Hirshhorn Bequest, 1981
Photography by Lee Stalsworth, Hirshhorn Museum and Sculpture
Garden, Smithsonian Institution

1328. FLOWERS
Siegfried Weishaupt, Laupheim
Siegfried Weishaupt

1329. FLOWERS
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1330. FLOWERS
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1331. FLOWERS
Magdali Collection
© Christie's Images, Ltd., 2003

1332. FLOWERS
Private collection, Paris
J.L. Mabit, Paris

1333. FLOWERS
Mr. and Mrs. A.L. Sherr
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1334. FLOWERS
Lockisky Shea Gallery
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1335. FLOWERS
Private collection
Courtesy of the owner

1336. FLOWERS
Charles H. Carpenter, Jr.
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1337. FLOWERS
Roy and Dorothy Lichtenstein
Roy Lichtenstein

1338. FLOWERS
Dr. Robert & Marilyn Reutez
Courtesy The Andy Warhol Art Authentication Board

1339. FLOWERS
Massimo Lauro, Naples
Courtesy of the owner

1340. FLOWERS
Tai Cheung Holdings Ltd.
Courtesy The Andy Warhol Art Authentication Board

1341. FLOWERS
Private collection, Lausanne
© Christie's Images, Ltd., 2003

1342. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1343. FLOWERS
Walter J. Yurchuck
Courtesy The Andy Warhol Foundation for the

1344. FLOWERS
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 200[3]

1345. FLOWERS
Tai Cheung Holdings Ltd.
Courtesy The Andy Warhol Art Authentication Board

1346. FLOWERS
... and Mrs. Kenneth R. Dayton
Glenn Halvorson © The Andy Warhol Foundation for the
... NY

1347. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1348. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 200[3]

1349. FLOWERS
Private collection, Lausanne
Photograph Courtesy of Sotheby's, Inc. Copyright 200[3]

1350. FLOWERS
Robert K. M. Storn, NY
Bill Orcutt, NY

1351. FLOWERS
Yolo Brandhorst
© Christie's Images, Ltd., 2003

1352. FLOWERS
Private collector
Courtesy of the owner

1353. FLOWERS
Magdali Collection
Courtesy Magdali Collection

1354. FLOWERS
Private collection
Douglas M. Parker Studio © The Andy Warhol Foundation for the
Visual Arts, Inc., NY

1355. FLOWERS
The Menil Collection, Houston
Hickey-Robertson, Houston

1356. FLOWERS
Irving and Joan Gotz
Don Quaralio © The Andy Warhol Foundation for th[e]

1343. FLOWERS
Jennifer J. Yerbich
Courtesy the Andy Warhol Art Authentication Board

1344. FLOWERS
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1345. FLOWERS
Tai Cheung Holdings Ltd.
Courtesy the Andy Warhol Art Authentication Board

1346. FLOWERS
Mr. and Mrs. Kenneth H. Dayton
Glenn Halverson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1347. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1348. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1349. FLOWERS
Private collection, Lausanne
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1350. FLOWERS
Robert A. M. Stern, NY
Bill Orcutt, NY

1351. FLOWERS
Udo Brandhorst

1352. FLOWERS
Private collection
Courtesy of the owner

1353. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1354. FLOWERS
Private collection
Douglas M. Parker Studio © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1355. FLOWERS
The Menil Collection, Houston
Hickey-Robertson, Houston

1356. FLOWERS
Irving and Joan Gatz
Don Quezulo © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1357. FLOWERS
Present whereabouts unknown
Robert Bayer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1358. FLOWERS
Peter C.A. Mohn, Copenhagen
Courtesy of the owner

1359. FLOWERS
Madeleine and Jay Bennett
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1360. FLOWERS
Mugrabi collection
Courtesy Mugrabi Collection

1361. FLOWERS
Margot Siegel
Glenn Halverson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1362. FLOWERS
Mirella and Jaimot E. Lévy, Lausanne
Courtesy of the owner

1363. FLOWERS
Private collector
Courtesy of Tony Shafrazzi Gallery, NY

1364. FLOWERS
Philadelphia Museum of Art, Partial and Promised Gift of Anne d'Harnoncourt and Joseph Rishel
Graydon Wood, 2002

1365. FLOWERS
Nancy Reich and Giorgio Spanu
© Christie's Images, Ltd., 2003

1366. FLOWERS
Angelo Baldassarre, Bari
Archives of Collection Angelo Baldassarre, Bari, Italy

1367. FLOWERS
Vivian Horan Fine Art, NY
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1368. FLOWERS
Dr. Duffy and Vidal Novosasalan
Courtesy of the owner

1369. FLOWERS
Lockeby Shea Gallery
Photo d'art Speldoorn

1370. FLOWERS
The Menil Foundation Collection, Houston
© Christie's Images, Ltd., 2003

1371. FLOWERS
Froblich Collection, Stuttgart
Prudence Cuming Associates Limited

1372. FLOWERS
Heiner Bastian, Berlin
David Feiger, Bermantsville, MI

1373. FLOWERS
Present whereabouts unknown
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1374. FLOWERS
Margaret F. Eads
Gene Z. McChaney © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1375. FLOWERS
The Menil Foundation Collection, Houston
Hickey-Robertson, Houston

1376. FLOWERS
Elliot K. Wolk, Scarsdale NY
Propeller Works / Scott Milne © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1377. FLOWERS
Mugrabi Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1378. FLOWERS
Max Schmid
Christian Baur, Basel

1379. FLOWERS
Courtesy the Andy Warhol Art Authentication Board

1380. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1381. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1382. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1383. FLOWERS
David and Deborah Flaschen
David Mathews © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1384. FLOWERS
Peter Morton
© Christie's Images, Ltd., 2003

1385. FLOWERS
Private collection, Paris
Galerie Daniel Templon

1386. FLOWERS
Mugrabi Collection
© Christie's Images, Ltd., 2003

1387. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1388. FLOWERS
Susan Sheehan Gallery
Courtesy Mugrabi Collection

1389. FLOWERS
Jane R. Holzer
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, NY

1390. FLOWERS
Massimo Lauro, Naples
Courtesy of the owner

1391. FLOWERS
Courtesy The Brant Foundation, Greenwich, Connecticut
Fred Scruton, Brooklyn, NY

1392. FLOWERS
Private collection
Paolo Pellion di Persano

1393. FLOWERS
Private collection
Paolo Pellion di Persano

1394. FLOWERS
Private collection
Paolo Pellion di Persano

1395. FLOWERS
Haunstein R. Schöbel
Courtesy of the owner

1395. FLOWERS
Private collection, Zurich
© Christie's Images, Ltd., 2003

1397. FLOWERS
Private collection, Cologne
Friedrich Rosenthal

**1399. FLOWERS**
Private collection
Courtesy Tony Shafrazi Gallery

**1400. FLOWERS**
Donald J. Christel, L.A.
Courtesy the Andy Warhol Art Authentication Board

**1401. FLOWERS**
Gary B. and Jean L. Cohen, Chevy Chase, MD
Gregory R. Staley © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1402. FLOWERS**
Gary B. and Jean L. Cohen, Chevy Chase, MD
Gregory R. Staley © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1403. FLOWERS**
Gary B. and Jean L. Cohen, Chevy Chase, MD
Gregory R. Staley © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1404. FLOWERS**
© Christie's Images, Ltd., 2003

**1405. FLOWERS**
Magrabi Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1406. FLOWERS**
Private collection, Minneapolis, MN
Courtesy The Andy Warhol Art Authentication Board

**1407. FLOWERS**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

**1408. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1409. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1410. FLOWERS**
Janet and Robert Borden
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1411. FLOWERS**
Ed Sanders, NY
Robert McGovern, Gagosian Gallery, New York

**1412. FLOWERS (LARGE FLOWERS)**
Private Collection
Adam Reich

**1413. FLOWERS**
Gagosian Gallery
Robert McGovern, Gagosian Gallery, New York

**1414. FLOWERS (FIVE-FOOT FLOWERS)**
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1415. FLOWERS (FIVE-FOOT FLOWERS)**
Mrs. George C. Houston
Dimitris Skliris

**1416. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1417. FLOWERS**
The Menil Collection, Houston
Paul Hester, Houston

**1418. LITTLE RACE RIOT**
Angelo Baldassarre, Bari
Archives of Collezione Angela Baldassarre, Bari, Italy

**1419. LITTLE RACE RIOT**
Museum of Art, Rhode Island School of Design, Albert Pilavin Memorial Collection of Twentieth Century Art
Eric Gould

**1420. LITTLE RACE RIOT**
Private collection, Monte Carlo
Courtesy Galerie Bruno Bischofberger, Zurich

**1421. LITTLE RACE RIOT**
Stefan T. Edlis
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1422. LITTLE RACE RIOT**
Froehlich Collection, Stuttgart
© Christie's Images, Ltd., 2003

**1423. LITTLE RACE RIOT**
Mr. and Mrs. Filmman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1424. LITTLE ELECTRIC CHAIR**
Private collection, Brussels
Fabien de Cugnac, Brussels

**1425. LITTLE ELECTRIC CHAIR**
Yale University Art Gallery, Gift of Richard Brown Baker, B.A. 1935
Courtesy Yale University Art Gallery

**1426. LITTLE ELECTRIC CHAIR**
Ronald and Amy Guttman
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1427. LITTLE ELECTRIC CHAIR**
The Brant Foundation, Greenwich, CT and Stellan Holm Gallery, NY
© Christie's Images, Ltd., 2003

**1428. LITTLE ELECTRIC CHAIR**
Rimiko and John Powers
Courtesy of the owner

**1429. LITTLE ELECTRIC CHAIR**
Mr. and Mrs. David H. Pincus
Rick Echelmeyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1430. LITTLE ELECTRIC CHAIR**
Magrabi Collection
Prhto Brian Albert, Courtesy Tony Shafrazi Gallery, NY

**1431. LITTLE ELECTRIC CHAIR**
Cy Twombly, Rome
Mimmo Capone, Roma

**1432. LITTLE ELECTRIC CHAIR**
Private collection, Paris
Courtesy of the owner

**1433. LITTLE ELECTRIC CHAIR**
Present whereabouts unknown
Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

**1434. LITTLE ELECTRIC CHAIR**
Stellan Holm Gallery
Courtesy Stellan Holm Gallery

**1435. LITTLE ELECTRIC CHAIR**
Philadelphia Museum of Art, Gift of Mr. and Mrs. David H. Pincus
Graydon Wood, 1995

**1436. LITTLE ELECTRIC CHAIR**
Philadelphia Museum of Art, Gift of Mr. and Mrs. David H. Pincus
Graydon Wood, 1995

**1437. LITTLE ELECTRIC CHAIR**
Stellan Holm, New York
Courtesy the Andy Warhol Art Authentication Board

**1438. LITTLE ELECTRIC CHAIR**
The Menil Collection, Houston
Hickey-Robertson, Houston

**1439. LITTLE ELECTRIC CHAIR**
Peter Brley, New York
Fred Scruton, Brooklyn, NY

**1440. LITTLE ELECTRIC CHAIR**
Santo D'Urzio
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1441. LITTLE ELECTRIC CHAIR**
Irving Blum
Courtesy the Andy Warhol Art Authentication Board

**1442. LITTLE ELECTRIC CHAIR**
Private collection
Folzenzia s.n.c., Torin

**1443. LITTLE ELECTRIC CHAIR**
Private collection
Wolfgang Pankoke, Karlsruhe

**1444. LITTLE ELECTRIC CHAIR**
Perry Rubenstein Gallery
Courtesy Zindman / Fremont Photography, New York

**1445. LITTLE ELECTRIC CHAIR**
Private collection, Paris
Courtesy of the owner

**1446. LITTLE ELECTRIC CHAIR**
Private collection
Courtesy of the owner

**1447. LITTLE ELECTRIC CHAIR**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1448. LITTLE ELECTRIC CHAIR**
Vicki and Kent Logan, fractional gift to San Francisco Museum of Modern Art

**1449. LITTLE ELECTRIC CHAIR**
Courtesy The Andy Warhol Art Authentication Board

**1450. LITTLE ELECTRIC CHAIR**
Jay Johnson and Tom Cashin
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1451. LITTLE ELECTRIC CHAIR**
Jay Johnson and Tom Cashin
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1452. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

**1453. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1454. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1455. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1456. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

**1457. LITTLE ELECTRIC CHAIR**
Magrabi Collection

**1458. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

**1459. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1460. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1461. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1462. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1463. LITTLE ELECTRIC CHAIR**
Private collection
Phillips / Schwab

**1464. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

1452. LITTLE ELECTRIC CHAIR
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

1453. LITTLE ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1454. LITTLE ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1455. LITTLE ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1456. LITTLE ELECTRIC CHAIR
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

1457. LITTLE ELECTRIC CHAIR
Mugrabi Collection
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1458. LITTLE ELECTRIC CHAIR
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

1459. LITTLE ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1460. LITTLE ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1461. LITTLE ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1462. LITTLE ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1463. LITTLE ELECTRIC CHAIR
Private collection
Phillips / Schenk

1464. LITTLE ELECTRIC CHAIR
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

1465. FLOWERS
Private collection, Zurich
Courtesy of the owner

1466. FLOWERS
Gunter Sachs
Courtesy Gunter Sachs

1467. FLOWERS
Froehlich Collection, Stuttgart
Uwe H. Seyl, Stuttgart

1468. FLOWERS [FOUR-FOOT FLOWERS]
Partick Demarchelier
Courtesy Washington Galleries

1469. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1470. FLOWERS
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1471. FLOWERS
Jane B. Holzer
Courtesy Thomas Ammann Fine Art, Zurich

1472. FLOWERS
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

1473. FLOWERS
Thomas Ammann Fine Art, Zurich
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1474. FLOWERS
Private collection
Foto Vera, Chiasso

1475. FLOWERS
Private Collection
Paolo Pallтом di Persano

1476. FLOWERS
Private Collection
Paolo Pallтом di Persano

1477. TWO-FOOT FLOWERS
Private Collection
Paolo Pallтом di Persano

1478. FLOWERS
Lowe Art Museum, University of Miami, Museum Purchase, 1965
Don Quaralle © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1479. FLOWERS
Present whereabouts unknown
Courtesy Leo Castelli Gallery

1480. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1481. FLOWERS
Armand Arnaulo
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1482. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1483. FLOWERS
Private collection
Courtesy Solomon & Co. Fine Art

1484. FLOWERS
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1485. FLOWERS
The Andy Warhol Foundation for the Visual Arts Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1486. FLOWERS [LARGE FLOWERS]
Stedelijk Museum, Amsterdam
Stedelijk Museum Amsterdam

1487. FLOWERS
Private Collection, Houston, TX
Wendeline Photography, Texas © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1488. FLOWERS
Giorgia Banth
Giorgia Marin

1489. FLOWERS
Andrea Caratsch, Switzerland
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1490. FLOWERS
Margot Stigel
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1491. FLOWERS
Leo Castelli
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1492. FLOWERS
Constance Whitney
Courtesy Grant Selwyn Fine Art

1493. FLOWERS
Carl H. and Audrey A. P. Lavin, Canton, Ohio
Canton art & Photo Service, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1494. FLOWERS
Sandra Batman, Toronto, Canada
Carlo Catanzcz, Art Gallery of Ontario

1495. FLOWERS
Dr. and Mrs. William Wrigin
Seymour Nbelnick © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1496. FLOWERS
Sean Sheahan Gallery
Courtesy The Andy Warhol Art Authentication Board

1497. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1498. FLOWERS
Private collection
Courtesy of the owner

1499. FLOWERS
Katje Gallery, Seoul, Korea
Ai Sisi Concretots

1500. FLOWERS
Mrs. George C. Heuston
Aura photography

1501. FLOWERS
Andrea and Robert Furlanott
Jim Strong, Inc., NY © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1502. FLOWERS
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

1503. FLOWERS
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

1504. FLOWERS
Paolo Consolandi, Milan
Mario Tedeschi, Milano

**1505. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1506. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1507. FLOWERS**
Susan Sheehan Gallery
Courtesy the Andy Warhol Art Authentication Board

**1508. FLOWERS**
Yvonne Weisheim-Ferber
Robert Bayer © LACAI, Basel

**1509. FLOWERS**
Present whereabouts unknown
Courtesy O'Hara Gallery

**1510. FLOWERS**
Galerie Fabian Budolska
Courtesy the Andy Warhol Art Authentication Board

**1511. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1512. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1513. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1514. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1515. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1516. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1517. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1518. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1519. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1520. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1521. FLOWERS**
The SonxaSuxaCollection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1522. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1523. FLOWERS**
Jane B. Richter
© Christie's Images, Ltd., 2003

**1524. FLOWERS**
Private collection, Lausanne
© Christie's Images, Ltd., 2003

**1525. FLOWERS**
Giovanni Camullo
Courtesy of the owner

**1526. FLOWERS**
Donald J. Christal, Los Angeles
Courtesy Stellan Holm Gallery

**1527. FLOWERS**
Present whereabouts unknown
Courtesy Stellan Holm Gallery

**1528. FLOWERS**
Present whereabouts unknown
Courtesy Stellan Holm Gallery

**1529. FLOWERS**
Present whereabouts unknown
-Courtesy Stellan Holm Gallery

**1530. FLOWERS**
Barbara Mathes Gallery, New York
Courtesy the Andy Warhol Art Authentication Board

**1531. FLOWERS**
Barbara Mathes Gallery, New York
Courtesy the Andy Warhol Art Authentication Board

**1532. FLOWERS**
Joseph K. Levene
Courtesy the Andy Warhol Art Authentication Board

**1533. FLOWERS**
Frits de Kangt
Courtesy the Andy Warhol Art Authentication Board

**1534. FLOWERS**
Mireille and James J. Levy, Lausanne
Courtesy Stellan Holm Gallery

**1535. FLOWERS**
Mark and Hilarie Moore
Courtesy the Andy Warhol Art Authentication Board

**1536. FLOWERS**
Mark and Hilarie Moore
Courtesy the Andy Warhol Art Authentication Board

**1537. FLOWERS**
Gallery Shirabd
Courtesy the Andy Warhol Art Authentication Board

**1538. FLOWERS**
Private collection, Munich
Courtesy the Andy Warhol Art Authentication Board

**1539. FLOWERS**
Susan Sheehan Gallery
Courtesy the Andy Warhol Art Authentication Board

**1540. FLOWERS**
Susan Sheehan Gallery
Courtesy the Andy Warhol Art Authentication Board

**1541. FLOWERS**
Susan Sheehan Gallery
Courtesy the Andy Warhol Art Authentication Board

**1542. FLOWERS**
Susan Sheehan Gallery
Courtesy the Andy Warhol Art Authentication Board

**1543. FLOWERS**
Van de Weghe Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

**1544. FLOWERS**
Nolje Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1545. FLOWERS**
Kolje Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1546. FLOWERS**
Nolje Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1547. FLOWERS**
Nolje Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1548. FLOWERS**
Ruth Harf
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1549. FLOWERS**
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

**1550. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1551. FLOWERS**
Frits de Kangt
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1552. FLOWERS**
Van de Weghe Fine Art, New York
© Christie's Images, Ltd., 2003

**1553. FLOWERS**
Curt and Erna Burgauer
Courtesy of the owner

**1554. FLOWERS**
Ruth Harf
Courtesy the Andy Warhol Art Authentication Board

**1555. FLOWERS**
Trudy Craney Germann
Courtesy the Andy Warhol Art Authentication Board

**1556. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1557. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1558. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1559. FLOWERS**
Scott Z. Burns
Courtesy the Andy Warhol Art Authentication Board

**1560. FLOWERS**
Delly J. Fiterman
Courtesy Petronella J. Thone

**1561. FLOWERS**
William L. Bell
Photograph Courtesy of Sotheby's, Inc. Copyright 2

**1562. FLOWERS**
Mr. and Mrs. J. Irwin Miller
Indianapolis Museum of Art

**1563. FLOWERS**
Bill Bass, Los Vegas, NV
Michael Tropen © The Andy Warhol Foundation for
Inc., NY

**1564. FLOWERS**
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

**1565. FLOWERS**
Melva Bisbee Gallery, NY
Courtesy Robert Lorenzzon

**1566. FLOWERS**
Nia Demartbeller
Courtesy the Andy Warhol Art Authentication Board

**1567. FLOWERS**
Jacob Baal-Teshuva
Kevin Ryan © The Andy Warhol Foundation for th

**1568. FLOWERS**
Private collection, Paris
Georges Ponset

**1569. FLOWERS**
Dr. and Mrs. Gerahard Bollon, Bloemfield, Chicago
Dirk Bakker © The Andy Warhol Foundation for th

**1570. FLOWERS**
Leo J. Lieberman
© Christie's Images, Ltd., 2003

**1571. FLOWERS**
Mireille and James Levy, Lausanne
© Christie's Images, Ltd., 2003

**1572. FLOWERS**
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

**1573. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright

**1574. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gall

**1561. FLOWERS**
William J. Bell
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1562. FLOWERS**
Mr. and Mrs. J. Irwin Miller
Indianapolis Museum of Art

**1563. FLOWERS**
Bill Bass, Las Vegas, NV
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1564. FLOWERS**
Sablon Wachters Fine Arts, Brussels
Sablon Wachters Fine Arts, Brussels

**1565. FLOWERS**
Mehra Helene Gallery, NY
Courtesy Robert Lorenzzon

**1566. FLOWERS**
Mia Demar.shaller
Courtesy the Andy Warhol Art Authentication Board

**1567. FLOWERS**
Jacob Baal-Teshuva
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1568. FLOWERS**
Private collection, Paris
Georges Poncet

**1569. FLOWERS**
Dr. and Mrs. Kershed Bellina, Bloomfield, Michigan
Dirk Bakker © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1570. FLOWERS**
Lui L Lieberman
© Christie's Images, Ltd., 2003

**1571. FLOWERS**
Mireille and James Levy, Lausanne
© Christie's Images, Ltd., 2003

**1572. FLOWERS**
Sablon Wachters Fine Arts, Brussels
Sablon Wachters Fine Arts, Brussels

**1573. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1574. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1575. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1576. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1577. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1578. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1579. FLOWERS**
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

**1580. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1581. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1582. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1583. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1584. FLOWERS**
The Sonnabend Collection
The Sonnabend Collection

**1585. FLOWERS**
The Sonnabend Collection
Courtesy the Andy Warhol Art Authentication Board

**1586. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1587. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1588. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1589. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1590. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1591. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1592. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1593. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1594. FLOWERS**
Michel Bakani
Foto Moderna, Paro

**1595. FLOWERS**
Private collection
Photo d'Art Speldoorn, Brussels

**1596. FLOWERS**
Private collection

**1597. FLOWERS**
Zanda Marca
Andrea Morecchio

**1598. FLOWERS**
Paolo Consolandi, Milan
Mario Doboroli, Milano

**1599. FLOWERS**
Zaira Mis, Brussels
Fabien de Cugnac, Brussels

**1600. FLOWERS**
Private Collection
Courtesy Richard Gray Gallery, Chicago/New York

**1601. FLOWERS**
Private collection
Courtesy Richard Gray Gallery, Chicago/New York

**1602. FLOWERS**
Private collection
Courtesy Richard Gray Gallery, Chicago/New York

**1603. FLOWERS**
Heiner Bastian, Berlin
Courtesy Thomas Ammann Fine Art, Zurich

**1604. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1605. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1606. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1607. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1608. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1609. FLOWERS**
E. and A. Taly, Antwerp
Edeye, graphic and photographs, Belgium

**1610. FLOWERS**
E. and A.Taly, Antwerp
Edeye, graphic and photographs, Belgium

**1611. FLOWERS**
Collection Neuman, Luxembourg
Laurent Neum, Photo Mirpisic & Hebertz, Luxembourg

**1612. FLOWERS**
Collection Neuman, Luxembourg
Laurent Neum, Photo Mirpisic & Hebertz, Luxembourg

**1613. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1614. FLOWERS**
Vivian Horan Fine Art, NY
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1615. FLOWERS**
Vivian Horan Fine Art, NY
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1616. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1617. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1618. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1619. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1620. FLOWERS**
Martin S. Bleeler
Craig Smith

**1621. FLOWERS**
Leo Halco
Courtesy the Andy Warhol Art Authentication Board

**1622. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1623. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1624. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1625. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1626. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1627. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1628. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1629. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1630. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1631. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1632. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1633. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1634. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1635. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1636. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1637. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1638. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1639. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1640. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1641. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1642. FLOWERS**
Fritz de Kaapt, New York
Courtesy the Andy Warhol Art Authentication Board

**1643. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1644. FLOWERS**
Bruno Bischofberger, Galleria Il Capricorno, Venice
Giancarlo Vismara

**1645. FLOWERS**
Fausto Balsarani
Studio Angusta Rizza, Sale

**1646. FLOWERS**
E. and A. Tab, Antwerp
Maeye, graphic and photographs, Belgium

**1647. FLOWERS**
Private collection, Lugano, Switzerland
Sandro Mahler Pozza TI

**1648. FLOWERS**
Paolo Consolandi, Milan
Mario Tedeschi, Milano

**1649. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1650. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1651. FLOWERS**
Private collection courtesy, Stellan Holm Gallery, NY
Courtesy the Andy Warhol Foundation for the Visual Arts

**1652. FLOWERS**
Helmar Bastian, Berlin
Courtesy Galerie Bruno Bischofberger, Zurich

**1653. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1654. FLOWERS**
Mr. and Mrs. Harold Hochiman
Rick Echeimeyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1655. FLOWERS**
Mr. and Mrs. Alvin Dorsky
Rick Echeimeyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1656. FLOWERS**
Mr. and Mrs. David Pincus
Rick Echeimeyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1657. FLOWERS**
Cy Twombly, Rome
Mimmo Capone, Rome

**1658. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1659. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1660. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1661. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1662. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1663. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1664. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1665. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1666. FLOWERS**
Kimiko and John Powers
Courtesy of the owner

**1667. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1668. FLOWERS**
Private Collection, Lugano, Switzerland
Foto Bieda

**1669. FLOWERS**
Cy Twombly, Rome
Mimmo Capone, Roma

**1670. FLOWERS**
Private collection
Courtesy of the present owner

**1671. FLOWERS**
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for

**1672. FLOWERS**
Robert B. Denham
Eduardo Calderón © The Andy Warhol Foundation Inc., NY

**1673. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1674. FLOWERS**
Bill Bass, Las Vegas, NV
Michael Tropea © The Andy Warhol Foundation Inc., NY

**1675. FLOWERS**
E. and A. Tab, Antwerp
Maeye, graphic and photographs, Belgium

**1676. FLOWERS**
Timothy D. Kehr
Courtesy Timothy D. Kehr

**1677. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1678. FLOWERS**
Mr. and Mrs. Mike Fiterman
Glenn Halvorson © The Andy Warhol Foundation Inc., NY

**1679. FLOWERS**
Mr. and Mrs. Mike Fiterman
Glenn Halvorson © The Andy Warhol Foundation Inc., NY

**1680. FLOWERS**
Mr. and Mrs. Mike Fiterman
Glenn Halvorson © The Andy Warhol Foundation Inc., NY

**1681. FLOWERS**
Mr. and Mrs. Mike Fiterman
Glenn Halvorson © The Andy Warhol Foundation Inc., NY

**1682. FLOWERS**
Mr. and Mrs. Mike Fiterman
Glenn Halvorson © The Andy Warhol Foundation Inc., NY

1671. FLOWERS
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1672. FLOWERS
Robert B. Bontan
Eduardo Calderón © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1673. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1674. FLOWERS
Bill Buss, Las Vegas, NY
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1675. FLOWERS
E. and A. Tris, Antwerp
Maps, graphs and photographs, Belgium

1676. FLOWERS
Timothy D. Bahr
Courtesy Timothy D. Bahr

1677. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1678. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1679. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1680. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1681. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1682. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1683. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1684. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1685. FLOWERS
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1686. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1687. FLOWERS
David McCabe
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1688. FLOWERS
Private collection, New York
Courtesy the Andy Warhol Art Authentication Board

1689. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1690. FLOWERS
Douglas S. Cramer, Los Angeles
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1691. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1692. FLOWERS
Olga Hospele
Courtesy of the owner

1693. FLOWERS
Private collection, Belgium
Muller with Walter Gallery, Knokke

1694. FLOWERS
Private collection, NY
Courtesy the Andy Warhol Art Authentication Board

1695. FLOWERS
Victoria Brynner, Los Angeles
Zindman / Fremont Photography, New York

1696. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1697. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1698. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1699. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1700. FLOWERS
Private collection
© Christie's Images, Ltd., 2003

1701. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1702. FLOWERS
Shizuko Watari, Watari-um, Tokyo
Robert Bayer © LACAG, Basel

1703. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1704. FLOWERS
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

1705. FLOWERS
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

1706. FLOWERS
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

1707. FLOWERS
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

1708. FLOWERS
Private collection
Jennifer Crowther and Neal Adam

1709. FLOWERS
Private collection, Sweden
Courtesy the Andy Warhol Art Authentication Board

1710. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1711. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1712. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1713. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1714. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1715. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1716. FLOWERS
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

1717. FLOWERS
Anna D. Agbi
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1718. FLOWERS
Private collection
© Christie's Images, Ltd., 2003

1719. FLOWERS
Ikon Fine Art, Ltd.
Ikon Fine Art, Ltd.

1720. FLOWERS
Mark and Hilarie Moore
Courtesy the Andy Warhol Art Authentication Board

1721. FLOWERS
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

1722. FLOWERS
The Sonnabend collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

1723. FLOWERS
Jeanetta Bonnier Collection
Courtesy the Estate of Andy Warhol

1724. FLOWERS
Private collection, Stockholm
Per Rylander, Stockholm

1725. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1726. FLOWERS
Luciano Benignano
Courtesy the Andy Warhol Art Authentication Board

1727. FLOWERS
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1728. FLOWERS
Timothy Baum
© Christie's Images, Ltd., 2003

1729. FLOWERS
Arlene and Alain Rivili
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1730. FLOWERS
Arlene and Alain Rivili
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1731. FLOWERS
Arlene and Alain Rivili
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1732. FLOWERS
Private collection
Beth Phillips

1733. FLOWERS
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1734. FLOWERS
Edward Jaeger-Booth
Courtesy Galerie Bruyère, Basel

1735. FLOWERS
Thaddaeus Ropac, Salzburg
Courtesy Galerie Thaddaeus Ropac

1736. FLOWERS
Private collection
Natsushi Nakabayashi

1737. FLOWERS
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

1738. FLOWERS
Vrbna Horse Fine Art
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1739. FLOWERS
Vrbna Horse Fine Art
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1740. FLOWERS
Carol Mara
Luca Bossaglia

1741. FLOWERS
Helene Bastian, Berlin
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1742. FLOWERS
Helene Bastian, Berlin
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1743. FLOWERS
Anzal Art Office, Inc.
Courtesy Anzal Art Office

1744. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1745. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1746. FLOWERS
Marianne Erdös, New York
Courtesy Stellan Holm Gallery

1747. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1748. FLOWERS
Private collection, Basel
Courtesy Galerie Bruyère, Basel

1749. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1750. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1751. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1752. FLOWERS
Anzal Art Office, Inc.
Courtesy the Andy Warhol Art Authentication Board

1753. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1754. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1755. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1756. FLOWERS
Marianne Erdös, New York
Courtesy the Andy Warhol Art Authentication Board

1757. FLOWERS
Marianne Erdös, New York
Courtesy the Andy Warhol Art Authentication Board

1758. FLOWERS
Marianne Erdös, New York
Courtesy the Andy Warhol Art Authentication Board

1759. FLOWERS
Ruth Horf
Courtesy the Andy Warhol Art Authentication Board

1760. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1761. FLOWERS
Ruth Horf
Courtesy the Andy Warhol Art Authentication Board

1762. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1763. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1764. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1765. FLOWERS
Philippe Wolf, Paris
St. Esfarl © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1766. FLOWERS
Mr. and Mrs. Jan L. Skeem, Calistoga, CA
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1767. FLOWERS
Present whereabouts unknown
Galerie Thaddaeus Ropac

1768. FLOWERS
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

1769. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1770. FLOWERS
Patrice Trigano, Paris
Courtesy Galerie Patrice Trigano

1771. FLOWERS
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

1772. FLOWERS
Carsoco, LLP
Courtesy the Andy Warhol Art Authentication Board

1773. FLOWERS
Timothy Baum, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1774. FLOWERS
Private collection, New York
Courtesy the Andy Warhol Art Authentication Board

1775. FLOWERS
Private collection
© Christie's Images, Ltd., 2003

1776. FLOWERS
Dorothy Tremaine MoM
Howard Agriesti © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1777. FLOWERS
Timothy Baum, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1778. FLOWERS
Horace and Anita Solomon, New York
New York Film Works, Inc.

1779. FLOWERS
Louise Ferrari
George Hixson, Houston, TX

1780. FLOWERS
Jared Sable
Dannan Moore Photography, Inc. © The Andy Warhol Foundation for the Visual Arts, NY

1781. FLOWERS
Sherry D'Onorat
Courtesy of the owner

1782. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1783. FLOWERS
Raymond Fero
Courtesy the Andy Warhol Art Authentication Board

1784. FLOWERS
David M. Martinez
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1785. FLOWERS
Private collection
Documentary photograph

1786. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1787. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1788. FLOWERS
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1789. FLOWERS
Paul Warhola Family
© The Andy Warhol Foundation for the Visual Arts, Inc.

1790. FLOWERS
Donald J. Christel, Los Angeles
Courtesy the Andy Warhol Art Authentication Board

1791. FLOWERS
Diana von Furstenberg
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1792. FLOWERS
Seibu Gallery, Tokyo
Photograph Courtesy of Sotheby's, Inc.

1793. FLOWERS
Mrs. Pierre Schlumberger
Courtesy Schlumberger

1784. FLOWERS
David M. Martinez
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1785. FLOWERS
Private collection

1786. FLOWERS
Private collection
Documentary photograph

1787. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1788. FLOWERS
Jared Sable
Thomas Moore Photography, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1789. FLOWERS
Sherry O'Donnell
Courtesy of the owner

1790. FLOWERS
Donald J. Cabraza, Los Angeles
Courtesy the Andy Warhol Art Authentication Board

1791. FLOWERS
Diane von Furstenberg
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1792. FLOWERS
Sofia Gallery, Tokyo
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1793. FLOWERS
Mrs. Pierre Schlumberger
Courtesy Schlumberger

1794. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1795. FLOWERS
Mr. and Mrs. R. Phillips, London
Courtesy the Andy Warhol Art Authentication Board

1796. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1797. FLOWERS
Margot T. and Robert E. Linton
© Christie's Images, Ltd., 2003

1798. FLOWERS
Eric and Jan Manasse, Westport, CT
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1799. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1800. FLOWERS
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1801. FLOWERS
Thaddaeus Ropac, Salzburg
Courtesy Galerie Thaddaeus Ropac

1802. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1803. FLOWERS
Private collection, Switzerland
Courtesy the Andy Warhol Art Authentication Board

1804. FLOWERS
Sil and Alan Greenwald
Jon Macosici

1805. FLOWERS
Private collection
Don Quaralle © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1806. FLOWERS
Joseph K. Levene
Courtesy the Andy Warhol Art Authentication Board

1807. FLOWERS
Anzai Art Office, Inc.
Courtesy Anzai Art Office

1808. FLOWERS
Anzai Art Office, Inc.
Courtesy Anzai Art Office

1809. FLOWERS
Galerie Beaubourg, Venice
Courtesy Galerie Beaubourg

1810. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1811. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1812. FLOWERS
Private collection

1813. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1814. FLOWERS
Gian Paolo Halperma
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1815. FLOWERS
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1816. FLOWERS (LARGE FLOWERS)
Private Collection
Roland Feuler, Zurich

1817. FLOWERS
Private collection
Courtesy of the collector

1818. FLOWERS (LARGE FLOWERS)
The Brant Foundation, Greenwich, CT
Courtesy The Brant Foundation, Greenwich, CT

1819. FLOWERS
Private Collection, Cleveland, Ohio
Mort Tucker Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1820. FLOWERS
Private Collection, France
Courtesy Saatchi Collection

1821. FLOWERS (LARGE FLOWERS)
Museum Ludwig, Cologne, Ludwig Donation, Rheinisches Bildarchiv Köln

1822. FLOWERS
Private collection, Berlin
Courtesy Thomas Ammann Fine Art, Zurich

1823. FLORENCE BARRON
Florence and S. Brooks Barron
Avra photography

1824. FLORENCE BARRON
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1825. FLORENCE BARRON
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1826. FLORENCE BARRON
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1827. FLORENCE BARRON
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1828. FLORENCE BARRON
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1829. FLORENCE BARRON
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1830. MIRIAM DAVIDSON
Private collection
Thomas Moore Photography, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1831. MIRIAM DAVIDSON
Gerd Metzdorff, Vancouver
Courtesy Smith Photo Prints, Vancouver

1832. MIRIAM DAVIDSON
Gerd Metzdorff, Vancouver
Courtesy Smith Photo Prints, Vancouver

1833. MIRIAM DAVIDSON
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1834. LARGE SLEEP
Present whereabouts unknown
Jim Strong, Inc., NY

**1434.2 LARGE SLEEP**
The Andy Warhol Museum, Pittsburgh, Founding Collection.
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Courtesy of the Andy Warhol Museum, Pittsburgh

**1435. SINGLE LARGE SLEEP**
Present whereabouts unknown
Not Illustrated

**1436. LARGE KISS**
The Andy Warhol Museum, Pittsburgh, Founding Collection.
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Courtesy of the Andy Warhol Museum, Pittsburgh

**1437. KISS**
Present whereabouts unknown
Courtesy the ICA, Boston

**1438. SLEEP**
Present whereabouts unknown
Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

**1439. EAT**
Present whereabouts unknown
Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

**1440. EMPIRE**
Present whereabouts unknown
Reproduced from Evans, 1978, no. 828
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1441. HENRY GELDZAHLER**
Cy Twombly, Rome
Minom Capone, Rome

**1442. LARGE CAMPBELL'S SOUP CAN**
Robert Hiatt?
Douglas Parker © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1443. LARGE CAMPBELL'S SOUP CAN**
Waddington Galleries, London
Courtesy Waddington Galleries, London

**1444. LARGE CAMPBELL'S SOUP CAN**
Campbell's Soup Company
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1445. LARGE CAMPBELL'S SOUP CAN**
Barbara and Arman A. Jacobson
Brian Forest © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1446. LARGE CAMPBELL'S SOUP CAN**
Private collection

**1447. LARGE CAMPBELL'S SOUP CAN**
Worcester Art Museum, Worcester, Massachusetts. Stoddard
Acquisition Fund and Partial Gift of the Andy Warhol Foundation
Courtesy Worcester Art Museum

**1448. LARGE CAMPBELL'S SOUP CAN**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1449. COLORED CAMPBELL'S SOUP CAN**
Milwaukee Art Museum, Gift of Mrs. Harry Lynde Bradley
Malcolm Varon, NYC

**1450. COLORED CAMPBELL'S SOUP CAN**
Milwaukee Art Museum, Gift of Mrs. Harry Lynde Bradley
Malcolm Varon, NYC

**1451. COLORED CAMPBELL'S SOUP CAN**
Private collection, Philadelphia
Courtesy the Andy Warhol Art Authentication Board

**1452. COLORED CAMPBELL'S SOUP CAN**
The Sonnabend Collection
Courtesy Sonnabend Gallery

**1453. COLORED CAMPBELL'S SOUP CAN**
Lilja Art Fund Foundation, Liechtenstein
Lilja Art Fund Foundation

**1454. COLORED CAMPBELL'S SOUP CAN**
Private collection, Philadelphia, PA
Courtesy the Andy Warhol Art Authentication Board

**1455. COLORED CAMPBELL'S SOUP CAN**
Private collection, York
Courtesy of the owner

**1456. COLORED CAMPBELL'S SOUP CAN**
Mr. and Mrs. Morton Neuman, Chicago
Courtesy The Art Institute of Chicago

**1457. COLORED CAMPBELL'S SOUP CAN**
Stephan T. Edlis Collection
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1458. COLORED CAMPBELL'S SOUP CAN**
The Sonnabend Collection
Courtesy Sonnabend Gallery

**1459. COLORED CAMPBELL'S SOUP CAN**
The Menil Collection, Houston
Allen Mewbourn, The Menil Collection

**1460. COLORED CAMPBELL'S SOUP CAN**
The Sonnabend Collection
Courtesy Sonnabend Gallery

**1461. COLORED CAMPBELL'S SOUP CAN**
Minliss and John Powers
Otto E. Nelson

**1462. COLORED CAMPBELL'S SOUP CAN**
The Sonnabend Collection
Courtesy Sonnabend Gallery

**1463. COLORED CAMPBELL'S SOUP CAN**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1464. COLORED CAMPBELL'S SOUP CAN**
Staatliche Museen zu Berlin, Nationalgalerie, Sammlung Marx
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1465. COLORED CAMPBELL'S SOUP CAN**
Private collection
A.C. Cooper, London

**1466. COLORED CAMPBELL'S SOUP CAN**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1467. COLORED CAMPBELL'S SOUP CAN**
Baronio Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1468. SILVER CLOUDS**
Installation at Leo Castelli Gallery
a-c: Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

**1469.1 SILVER CLOUDS**
(Feres series)
Photograph by John Barstow

**1469.2 SILVER CLOUDS**
(E.A.T. series)
Photograph courtesy of Billy Klover

**1468.3 SILVER CLOUDS**
(Decor for RainForest)
Photograph © Michael O'Neil. Courtesy the Cunningham Dance Foundation

**1468.4 SILVER CLOUDS**
The Andy Warhol Museum, Pittsburgh
Photograph by Paul Rocheleau

**1470. COW WALLPAPER**
Installation, Leo Castelli Gallery
a-c: Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

**1471.1 COW WALLPAPER**
Installation, Moderna Musset, Stockholm
Reproduced from the Moderna Musset Exhibition catalogue, Stockholm

**1471.2 COW WALLPAPER**
Installation, Whitney Museum of American Art
Photograph by Geoffrey Clements, New York © 1995

**1472. SELF-PORTRAIT**
The Museum of Modern Art, NY. Gift of Philip Johnson
© Christie's Images, Ltd., 2003

**1473. SELF-PORTRAIT**
Barbara and Tom Ruben
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1474. SELF-PORTRAIT**
Barbara and Tom Ruben
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1475. SELF-PORTRAIT**
The Eli and Edyth L. Broad Collection
Courtesy The Museum of Modern Art, New York

**1476. SELF-PORTRAIT**
Stefan T. Edlis Collection
Courtesy of the owner

**1477. SELF-PORTRAIT**
Mugrabi Collection
Courtesy Mugrabi Collection

**1478. SELF-PORTRAIT**
Mugrabi Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1479. SELF-PORTRAIT**
Bill Bass, Las Vegas, NV. USA
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1480. SELF-PORTRAITS**
Private collection
Grayton Wood, 2003 © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1481. SELF-PORTRAIT**
Private collection
André Morin

**1482. SELF-PORTRAIT**
Städtische Galerie im Lenbachhaus, Munich. Loan from a private collection.
Courtesy Lenbachhaus Munich

**1483. SELF-PORTRAIT**
Private collection, London
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1484. SELF-PORTRAIT**
Anita and Burton Reiner, Bethesda, MD
Courtesy University of Maryland Art Museum

**1485. SELF-PORTRAIT**
Harry and Joan Winslow
Tiffany Photographic Studio, Florida © Service for the Visual Arts, Inc., NY

**1486. SELF-PORTRAIT**
Sydney and Frances Lewis
Benois McMahers © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1487. SELF-PORTRAIT**
Mrs. Samuel Maslon
Douglas M. Parker Studio © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1488. SELF-PORTRAIT**
Sandra Helman, Toronto, Canada
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1489. SELF-PORTRAIT**
Dr. B. Schaub, Küsnacht, Zürich
Courtesy Futurhelix Thuma, Zürich

**1490. SELF-PORTRAIT**
Museum of Contemporary Art, Tokyo
Courtesy Museum of Contemporary Art, Tokyo

**1491. SELF-PORTRAIT**
Janet and Robert Eardon
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1492. SELF-PORTRAIT**
Janet and Robert Eardon
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1493. SELF-PORTRAITS**
San Francisco Museum of Modern Art, NY
Les Fathernes

**1494. SELF-PORTRAIT**
Courtesy Anthony d'Offay Gallery, London
Courtesy Anthony d'Offay Gallery, London

**1495. SELF-PORTRAIT**
Janet and Robert Eardon
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1496. SELF-PORTRAIT**
Janet and Robert Eardon
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

um of America's Art
Elsworth, New York © 1995

rt, NY. Gift of Philip Johnson
, 2003

dy Warhol Foundation for the Visual Arts,

dy Warhol Foundation for the Visual Arts,

d Collection
Modern Art, New York

sotheby's, Inc. Copyright 2003

on

otheby's, Inc. Copyright 2003

USA

dy Warhol Foundation for the Visual Arts,

he Andy Warhol Foundation for the Visual

boshoim, Munich. Loan from a private col-

unich

otheby's, Inc. Copyright 2003

---

1884. SELF-PORTRAIT
Anita and Burton Reiner, Bethesda, MD
Courtesy University of Maryland Art Gallery

1885. SELF-PORTRAIT
Harry and Joan Winston
Tiffany Photographic Studio, Florida © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1886. SELF-PORTRAIT
Sydney and Frances Lewis
Dennis McMahon © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1887. SELF-PORTRAIT
Mrs. Samuel Mualem
Douglas M. Parker Studio © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1888. SELF-PORTRAIT
Sandra Reimen, Toronto, Canada
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1889. SELF-PORTRAIT
Dr. B. Soleth, Ellenacht, Zurich
Courtesy Feineheils Thoma, Zurich

1890. SELF-PORTRAIT
Museum of Contemporary Art, Tokyo
Courtesy Museum of Contemporary Art, Tokyo

1891. SELF-PORTRAIT
Janet and Robert Barton
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1892. SELF-PORTRAIT
Janet and Robert Barton
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1893. SELF-PORTRAITS
San Francisco Museum of Modern Art, Gift of Michael D. Abrams
Leo Fatheree

1894. SELF-PORTRAIT
Courtesy Anthony d'Offay Gallery, London/Jason McCoy, Inc., New York
Courtesy Anthony d'Offay Gallery, London

1895. SELF-PORTRAIT
Janet and Robert Barton
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1896. SELF-PORTRAIT
Janet and Robert Barton
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

---

1897. SELF-PORTRAIT
Courtesy Anthony d'Offay Gallery, London/Jason McCoy, Inc., New York
Courtesy Anthony d'Offay Gallery, London

1898. SELF-PORTRAIT
Dr. and Mrs. William Wright
Seymour Mednick © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1899. SELF-PORTRAIT
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1900. SELF-PORTRAIT
Private collection
Courtesy Anthony d'Offay Gallery, London

1901. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1902. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1903. SELF-PORTRAIT
Alvis and Marilyn Bush
© Christie's Images, Ltd., 2003

1904. SELF-PORTRAIT
Courtesy Anthony d'Offay Gallery, London/Jason McCoy, Inc., New York
Zindman / Fremont Photographs, New York

1905. SELF-PORTRAIT
Mildred S. Lee
David Mathews

1906. SELF-PORTRAIT
Neshof Art Moderne, St. Etienne
Y. Bresson, Musée d'Art Moderne-St. Etienne

1907. SELF-PORTRAIT
Andersson
Ben Blackwell

1908. SELF-PORTRAIT
Private collection, U.S.A.
Bob Melkerson

1909. SELF-PORTRAIT
Froehlick Collection, Stuttgart
Courtesy D. James Dee

---

1910. SELF-PORTRAIT
Joy Johnson and Tom Cashin
Larry Lamay, NYC © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1911. SELF-PORTRAIT
Kimiko and John Powers
Courtesy of the owner

1912. SELF-PORTRAIT
Armand Ornstein
Jean Marie Delbecht, Paris

1913. SELF-PORTRAIT
Mugrabi Collection
Courtesy Mugrabi Collection

1914. SELF-PORTRAIT
The Detroit Institute of Arts, Founders Society Purchase, Friends of Modern Art Fund
© 1998 The Detroit Institute of Arts

1915. SELF-PORTRAIT
The Detroit Institute of Arts, Founders Society Purchase, Friends of Modern Art Fund
© 1998 The Detroit Institute of Arts

1916. SELF-PORTRAIT
San Francisco Museum of Modern Art, Gift of Harry W. and Margaret Anderson

1917. SELF-PORTRAIT
The Tate Gallery, London
John Webb

1918. SELF-PORTRAIT
Mr. and Mrs. Ronald K. Greenberg, St. Louis
Courtesy Greenberg Van Doren Gallery

1920. SELF-PORTRAIT
B. S. Linhart
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1921. SELF-PORTRAIT
Froehlick Collection, Stuttgart
Courtesy D. James Dee

1922. SELF-PORTRAIT
Private collection
Courtesy Baati and Elke Geshäedt's Foundation

---

1923. SELF-PORTRAIT
Gunter Sachs
© Christie's Images, Ltd., 2003

1924. MOLLY SOLOMON
Private collector
Courtesy Holly Solomon Gallery, New York

1925. FRANCES LEWIS
Sydney and Frances Lewis
Dennis McMahon © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1926. MARLON
Private collection
Marhson Perez-Gruber

1927. MARLON
Margot Kritz, Rechenberg
Rudolf Nagel Frankfurt am Main

1928. MARLON
Dr. B. A. Soleth, Ellenacht, Zurich
Thomas Ammann Fine Art AG, Zurich

1929. MARLON
Froehlick Collection, Stuttgart
Courtesy Sugonian Gallery, New York

1930. MARLON
Mugrali Collection
Thomas Ammann Fine Art AG, Zurich

1931. FOUR MARLONS
Westdeutsche Spielbanken GmbH & Co, KG
Thomas Ammann Fine Art AG, Zurich

1932. FOUR MARLONS
Louisiana Museum of Modern Art, Denmark
Strilving

1933. DOUBLE MARLON
Private collection
Robert McAlester, Sugonian Gallery, New York

1934. DOUBLE TORSO [BOSOMS I]
Playboy Enterprises, Inc.
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1935. TORSO [BOSOMS I] [WHITE PAINTING]
Norton Simon Museum, Pasadena, CA, Gift of Irvin Blum, 1989
Norton Simon Museum, Pasadena, CA

1936. TORSO [BOSOMS II] [WHITE PAINTING]
Present whereabouts unknown
Courtesy Moderna Museet, Stockholm

1936. BOMB '67
Bea DeRose
Photo by Raymond Martinez, New Smyrna Beach, FL

1937.1 YOU'RE IN
Private collection, New York
Courtesy The Andy Warhol Foundation for the Visual Arts, Inc., no. 27

1937.2 YOU'RE IN
Craig Tenbroeke
Courtesy the Andy Warhol Art Authentication Board

1937.3 YOU'RE IN
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
Courtesy of the Andy Warhol Museum, Pittsburgh

1937.4 YOU'RE IN
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1937.5 YOU'RE IN
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1937.6 YOU'RE IN
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1937.7-1937.12 YOU'RE IN
Private collection
The Andy Warhol Foundation for the Visual Arts, Inc., NY
Not Illustrated

1938.1-1938.15 PORTRAITS OF THE ARTISTS: CASTELLI GROUP PORTRAIT
Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

1938.1 LEE BONTECOU
Present whereabouts unknown
Reproduced from Hanover, 1981, no. 23

1938.3 JOHN CHAMBERLAIN
Private collection
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1938.4 JOHN CHAMBERLAIN
Present whereabouts unknown
Reproduced from Hanover, 1981, no. 24

1938.5 JASPER JOHNS
Present whereabouts unknown
Reproduced from Hanover, 1981, no. 25

1938.11 JAMES ROSENQUIST
Present whereabouts unknown
Reproduced from Hanover, 1981, no. 27

1938.13 FRANK STELLA
Private collection
Adam Reich © The Andy Warhol Foundation for the Visual Arts, Inc.

1938.14 FRANK STELLA
Present whereabouts unknown
Reproduced from Hanover, 1981, no. 28

1939. JOHN CHAMBERLAIN (315 RUMS)
John Chamberlain
© The Andy Warhol Foundation for the Visual Arts, Inc.

1940. DONALD JUDD
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1941. DONALD JUDD
Galerie 1900-2000, Marcel Fleiss
Serge Veignant, Paris

1942. DONALD JUDD
Galerie 1900-2000, Marcel Fleiss
Serge Veignant, Paris

1943. DONALD JUDD
Private collection
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1944. ROY LICHTENSTEIN
Bernard Meisalar, Nice
Marcel Lenoy, Paris

1945. ROY LICHTENSTEIN
Mignon Perfettini, Antwerp
Marge, graphic and photogram, Belgium

1946. ROY LICHTENSTEIN
Private collection
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1947. ROBERT MORRIS
Present whereabouts unknown
Reproduced from Crone, 1970, no. 182
René Block © The Andy Warhol Foundation for the Visual Arts, Inc.

1954. LARRY POONS
Gagosian Gallery
© Christie's Images, Ltd., 2003

1950. ROBERT RAUSCHENBERG
Robert Rauschenberg
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

1951. ROBERT RAUSCHENBERG
Private collection
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1952. RAUSCHENBERG
Ivan Smurling
Courtesy the Andy Warhol Art Authentication Board

1953. FRANK STELLA
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

1954. FRANK STELLA
Present whereabouts unknown
Christie's Images, NY

1955. CY TWOMBLY
Cy Twombly, Rome
Mimmo Capone, Rome

1955L. SELF-PORTRAIT
Paull Kantor
Courtesy The Andy Warhol Art Authentication Board

1957. SELF-PORTRAIT
X. and Mrs Lucan
Don Iuvarella © The Andy Warhol Foundation for the Visual Arts, Inc.

1958. SELF-PORTRAIT
Magnoli Collection
Courtesy Magnoli Collection

1959. SELF-PORTRAIT
E. and A. Toh, Antwerp
Marge, graphic and photogram, Belgium

1960. SELF-PORTRAIT
Private Collection
Courtesy Zhidman / Froment Photography, New York

1961. SELF-PORTRAIT
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

1962. SELF-PORTRAIT
Private collection
Don Iuvarella © The Andy Warhol Foundation for the Visual Arts, Inc.

1963. SELF-PORTRAIT
Private collection
Hugh Kelly, London

1964. SELF-PORTRAIT
Private collection
Hugh Kelly, London

1965. SELF-PORTRAIT
Private collection
Hugh Kelly, London

1966. SELF-PORTRAIT
Private collection, Paris
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1967. SELF-PORTRAIT
Private collection, Paris
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1968. SELF-PORTRAIT
Private collection, Paris
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1969. SELF-PORTRAIT
Private collection, Paris
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1970. SELF-PORTRAIT
Anthony d'Offay Gallery, London
Courtesy Anthony d'Offay Gallery, London

1971. SELF-PORTRAIT
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1972. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1973. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1974. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1975. SELF-PORTRAIT
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

1976. SELF-PORTRAIT
Private collection
Don Iuvarella © The Andy Warhol Foundation for the Visual Arts, Inc.

1977. SELF-PORTRAIT
Private collection
Hugh Kelly, London

1978. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1979. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1980. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
St. Eof art © The Andy Warhol Foundation for the Visual Arts, Inc.

1981. LATE FOUR-FOOT FLOWERS
Miles and Shirley Fiterman Collection
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1982. LATE FOUR-FOOT FLOWERS
Private collection
Marfin Bühler, Basel

1983. LATE FOUR-FOOT FLOWERS
Miriam and Ira Wallach
Courtesy of the owner

1984. LATE FOUR-FOOT FLOWERS
Private collection, Palm Beach
Robert Holmes Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1985. LATE FOUR-FOOT FLOWERS
Private collection
Thomas E. DuBrock © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1986. SEVEN DECADES OF JAMS
The Museum of Modern Art, New York, The Sidney and Harriet Janis Collection
© 2002 The Museum of Modern Art, New York

1987. SIDNEY JANIS
Carroll Janis
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

1988. SIDNEY JANIS
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1989. SIDNEY JANIS
The Andy Warhol Museum, Pittsburgh; Founding Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

1990. SIDNEY JANIS
The Andy Warhol Museum, Pittsburgh; Founding Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**1978. SELF-PORTRAIT**
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

**1979. SELF-PORTRAIT**
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

**1980. SELF-PORTRAIT**
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

**1981. LATE FOUR-FOOT FLOWERS**
Miles and Shirley Fiterman Collection
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1982. LATE FOUR-FOOT FLOWERS**
Private collection
Martin Bühler, Basel

**1983. LATE FOUR-FOOT FLOWERS**
Motion and Irs Wollach
Courtesy of the owner

**1984. LATE FOUR-FOOT FLOWERS**
Private collection, Palm Beach
Robert Mason Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1985. LATE FOUR-FOOT FLOWERS**
Private collection
Thomas R. DuBrock © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1986. SEVEN DECADES OF MMS**
The Museum of Modern Art, New York. The Sidney and Harriet Janis Collection
© 2002 The Museum of Modern Art, New York

**1987. SIDNEY JANIS**
Carroll Janis
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1988. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1989. SIDNEY JANIS**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1990. SIDNEY JANIS**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1991. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1992. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1993. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1994. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1995. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1996. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1997. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1998. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1999. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2000. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2001. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2002. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2003. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2004. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2005. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2006. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2007. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2008. SIDNEY JANIS**
Susan Sheehan Gallery
Courtesy the Andy Warhol Art Authentication Board

**2009. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2010. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2011. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2012. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2013. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2014. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2015. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2016. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2017. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2018. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2019. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2020. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2021. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2022. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2023. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2024. SIDNEY JANIS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2025. NELSON ROCKEFELLER**
Happy Rockefeller
Mick Hales, Greenworld Pictures, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2026. NELSON ROCKEFELLER**
The National Trust for Historic Preservation, Nelson A. Rockefeller bequest, Pocantico Historic Area
Propeller Works / Scott Miles © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2027. NELSON ROCKEFELLER**
Anne and William L. Haile
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**2028. NELSON ROCKEFELLER**
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2029. NELSON ROCKEFELLER**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

**2030. CLOUDS**
Instellation, Moderna Museet, Stockholm
Courtesy Moderna Museet, Stockholm

**2031. BIG ELECTRIC CHAIR**
Froehlich Collection, Stuttgart
Volker Naumann, Schöneich

2032. BIG ELECTRIC CHAIR
Janet de Botton, London
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2033. BIG ELECTRIC CHAIR
Private collection, New York
Jochen Littmann, Berlin

2034. BIG ELECTRIC CHAIR
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx
Jochen Littmann, Berlin

2035. BIG ELECTRIC CHAIR
Prof. B. Mettays, Belgium
Courtesy of the owner

2036. BIG ELECTRIC CHAIR
Musée national d'art moderne, Centre G. Pompidou, Paris. Gift of The Menil Foundation (1976)
Musée national d'art moderne, Centre G. Pompidou, Paris

2037. BIG ELECTRIC CHAIR
Munson-Williams-Proctor Institute, Utica, New York
Courtesy Munson-Williams-Proctor Institute, New York

2038. BIG ELECTRIC CHAIR
National Gallery of Australia, Canberra
Courtesy National Gallery of Australia, Canberra

2039. BIG ELECTRIC CHAIR
The Menil Collection, Houston
Hickey – Robertson, Houston

2040. BIG ELECTRIC CHAIR
Private collection
Thomas Ammann Fine Art

2041. BIG ELECTRIC CHAIR
Enziabi Lenardi Bontempo, Rome
© Christie's Images, Ltd., 2003

2042. BIG ELECTRIC CHAIR
Moderna Museet, Stockholm
Courtesy Statens Konstmuseer, Stockholm

2043. BIG ELECTRIC CHAIR
The Menil Collection, Houston
Paul Hester, Houston

2044. BIG ELECTRIC CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., NY
Jochen Littmann, Berlin

2045. TEN-FOOT FLOWERS
The Andy Warhol Foundation for the Visual Arts, Inc., NY

2046. TEN-FOOT FLOWERS
Berardo Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2047. TEN-FOOT FLOWERS
The Metropolitan Museum of Art, Gift of Mr. and Mrs. Peter M. Brant, 1976
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2048. TEN-FOOT FLOWERS
La Jolla Museum of Contemporary Art, La Jolla, California. Museum Purchase Modern Art Council Funds
Philipp Schultz Rittermann

2049. TEN-FOOT FLOWERS
Bagsolen Gallery
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2050. TEN-FOOT FLOWERS
Kunstmuseum Basel
Öffentliche Kunstsammlung Basel, Martin Bühler

2051. TEN-FOOT FLOWERS
Froelich Collection, Stuttgart
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2052. TEN-FOOT FLOWERS
Moderna Museet, Stockholm
Turf Lund, Statens Konstmuseer

2053. TEN-FOOT FLOWERS
The Metropolitan Museum of Art, Gift of Mr. Irving Blum, 1995
© 2002 The Metropolitan Museum of Art

2054. TEN-FOOT FLOWERS
Heiner Bastian, Berlin
Jochen Littmann, Berlin

2055. TEN-FOOT FLOWERS
The Menil Collection, Houston
Paul Hester, Houston

2056. LITA CURTAIN STAR (LITA ANNINA)
The Museum of Modern Art, New York. Gift of Lita Hornick
© 1998 The Museum of Modern Art, New York

2057. HAPPY ROCKEFELLER (HAPPY (MRS. NELSON ROCKEFELLER))
National Trust For Historical Preservation, Nelson A. Rockefeller Collection
Mick Hales, Greenworld Pictures, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2058. HAPPY ROCKEFELLER (HAPPY (MRS. NELSON ROCKEFELLER))
Jay Chiat
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2059. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2060. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2061. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2062. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2063. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2064. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2065. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2066. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2067. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2068. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2069. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2070. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2071. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2072. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2073. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2074. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2075. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2076. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2077. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2078. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2079. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2080. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2081. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2082. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2083. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2084. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2085. JERMAINE MAGARY
The Menil Collection, Houston
Rick Gardener, Houston

2086. DOMINIQUE DE MENIL
The Menil Collection, Houston
Hickey – Robertson, Houston

2087. DOMINIQUE DE MENIL
The Menil Collection, Houston
Hickey – Robertson, Houston

2088. DOMINIQUE DE MENIL
The Menil Collection, Houston
Hickey – Robertson, Houston

2089. DOMINIQUE DE MENIL
The Andy Warhol Museum, Pittsburgh; Founding Collection, The Andy Warhol Foundation
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

2090. DOMINIQUE DE MENIL
The Andy Warhol Museum, Pittsburgh; Founding Collection The Andy Warhol Foundation
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

2091. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2092. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2092.1 DOMINIQUE DE MENIL
The Menil Collection, Houston
Hickey–Robertson, Houston

2092.2 DOMINIQUE DE MENIL
Georges and Lois de Menil
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2092.3 DOMINIQUE DE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2093.1 DOMINIQUE DE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2093.5 DOMINIQUE DE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2093.6 DOMINIQUE DE MENIL
Frederic W. Hughes
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2093.7 DOMINIQUE DE MENIL
Helen Winkler Fosdick
Hickey–Robertson, Houston

# PHOTO-GRAPHY CREDITS: FIGURES

EVERY REASONABLE EFFORT HAS BEEN MADE TO LOCATE THE COPYRIGHT HOLDERS OF IMAGES REPRODUCED HERE. IN THE EVENT OF AN INADVERTENT OVERSIGHT, PLEASE NOTIFY THE PUBLISHER FOR CORRECTION IN LATER PRINTINGS OR VOLUMES.

THE TRANSPARENCIES OF ALL ITEMS CREDITED HERE TO THE ANDY WARHOL MUSEUM, PITTSBURGH, WERE PHOTOGRAPHED BY RICHARD STONER, ROBERT BUDGEON, OR SIMILARLY STONE/ILE PHOTO GRAPHICS, UNLESS OTHERWISE INDICATED.

Frontispiece 26, Andy Warhol, 1964, photograph by Ken Heyman

Frontispiece 28, Andy Warhol, c.1969, photograph by Santa. Reproduced from John Coplans, *Andy Warhol* (New York; New York Graphic Society LTD, 1978, printed by The Corwen Press)

Book 29, p. 450, Billy Name–Unick/Dvoworks, NY.

Fig. 1. Billy Name–Unick/Dvoworks, NY, Print by L. Lanay, 1995

Fig. 2. Copy print courtesy The Menil Collection, Houston

Fig. 3. Courtesy Queens Museum of Art, photograph by Peter M. Warner

Fig. 4. Courtesy of the Estate of Edward Wallowitch

Fig. 5. Courtesy Sonnabend Gallery, NY

Fig. 6. The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© 2003 The Andy Warhol Foundation for the Visual Arts, Inc., NY

Fig. 7. The Archives of The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

Fig. 8. The Archives of The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

Fig. 9. Billy Name–Unick/Dvoworks, NY, Print by L. Lanay, 1995.

Fig. 10. Billy Name–Unick/Dvoworks, NY, Print by L. Lanay, 1995.

---

**2087. DOMINIQUE DE MENIL**
The Menil Collection, Houston
Hickey – Robertson, Houston

**2088. DOMINIQUE DE MENIL**
The Menil Collection, Houston
Hickey – Robertson, Houston

**2089. DOMINIQUE DE MENIL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2090. DOMINIQUE DE MENIL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2091. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2092. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2093.1 DOMINIQUE DE MENIL**
The Menil Collection, Houston
Hickey-Robertson, Houston

**2093.2 DOMINIQUE DE MENIL**
Georges and Lois de Menil

**2093.3 DOMINIQUE DE MENIL**
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2093.3 DOMINIQUE DE MENIL**
Private collection .
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2093.4 DOMINIQUE DE MENIL**
Private collection .
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2093.5 DOMINIQUE DE MENIL**
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2093.6 DOMINIQUE DE MENIL**
Frederick W. Hughes
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2093.7 DOMINIQUE DE MENIL**
Helen Winkler Fosdick
Hickey-Robertson, Houston

---

**2093.8 DOMINIQUE DE MENIL**
Simone Swan
Daniel Barsotti Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2094. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2095. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2096. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2097. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2098. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2099. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2100. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2101. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2102. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2103. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2104. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2105. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2106. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

---

**2107. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2108. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2109. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**2110. DOMINIQUE DE MENIL**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY