# EXHIBIT D

FRAYDA FELDMAN AND
JÖRG SCHELLMANN

# Andy Warhol Prints

## A CATALOGUE RAISONNÉ 1962-1987

FOURTH EDITION REVISED AND EXPANDED BY
FRAYDA FELDMAN AND CLAUDIA DEFENDI

D.A.P. / DISTRIBUTED ART PUBLISHERS, INC. IN ASSOCIATION

WITH RONALD FELDMAN FINE ARTS, INC. / EDITION SCHELLMANN

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

# Published Prints

**PUBLISHED PRINTS (SECTION II)** is divided into three parts: **EDITION PRINTS (II)**, **UNIQUE EDITION PRINTS (IIA)**, and **TRIAL PROOF EDITION PRINTS (IIB)**. **PUBLISHED PRINTS** catalogues works released in limited editions which are usually signed and numbered. Prints completed but unsigned at the time of Warhol's death bear a stamped certificate of authenticity on the verso with a signature of the executor of the Estate of Andy Warhol, the publisher, and the printer. These include *Wayne Gretzky (#99)* trial proof edition prints (IIB.306), *Frolunda Hockey Player* trial proof edition prints (IIB.366), *Beethoven* (II.390–393), *Hans Christian Andersen* (II.394–401), and *Moonwalk* (II.404–405). *The Shadow* (II.269A), *Red Lenin* (II.403), and *Camouflage* (II.406–413) are only signed by the executor of The Estate of Andy Warhol. All are numbered. There are also signed or signed and dedicated prints outside of the edition.

**EDITION PRINTS** enumerates works published from 1962 through 1987 in limited impressions. The entry numbers from the earlier editions of this catalogue raisonné have been retained, and the Roman numeral II precedes them to indicate the catalogue section.

Although most works are usually both signed and numbered in ball-point pen, felt pen, ink, and/or pencil, there are exceptions. *Banana* (II.10), *SAS Passenger Ticket* (II.20), *Marcia Weisman* (II.122), *Frederick Weisman* (II.123), and *Sachiko* (II.154–155) are signed and unnumbered. *Marilyn Monroe I Love Your Kiss Forever Forever* (II.5), *Purple Cows* (II.17A), *Flash–November 22, 1963* (II.32–42) are signed, and the number is on the colophon page. *Birmingham Race Riot* (II.3) is unsigned, and the number is on the colophon page. *Cooking Pot* (II.1) and *Kiss* (II.8) are signed with an embossed signature, *Portraits of the Artists* (II.17) with an incised signature, *Jacqueline Kennedy (Jackie I, Jackie II, Jackie III)* (II.13, II.14, II.15), *Purple Cows* (II.17A), and *Paris Review* (II.18) with a rubber-stamped signature. All are numbered.

Warhol specifically created works to coincide with gallery or museum exhibitions. They are frequently considered to be posters but have been included in this volume because of their recurrent circulation in the print market. These works are *Campbell's Soup Can (Tomato)* (II.4, II.4A), *Flowers* (II.6), *Liz* (II.7), *S&H Green Stamps* (II.9), *Cow* (II.11, II.11A, II.12, II.12A), *Self-Portrait* (II.16), *Marilyn Monroe (Marilyn)* (II.21), *Mao* (II.125A), and *Self-Portrait* (II.156A). Such entries are marked with a bullet after the date of the work, and the same indicator also appears in the *Appendix to Published Prints* and the *Chronology of Printmaking Activity*.

Warhol continued the experimentation he had begun in the 1960s by widely varying the colors and composition during the proofing process in the prints published in limited editions. Pursuing his interest in serialization, he created the portfolio *Marilyn Monroe (Marilyn)* (II.22–30), which depicted the same subject in a variety of colors. When extensive proofing was completed, Warhol chose ten proofs from the large selection and then published each of them in a uniform edition of 250. Each of the 250 portfolios contained all ten images. A similar process was used in *Flowers* (II.64–73), *Electric Chairs* (II.74–83), and *Mao* (II.90–99).

Warhol experimented with a different technique in the creation of editions such as *Shadows I–V* (II.204–225). Rather than selecting proofs to be published in uniform editions, he assembled the proofs in mixed variations and published them in five different portfolios. The prints are all unique, but they were released as standard editions. The prints illustrated in the catalogue are oriented according to the location of the number and the signature, which in all cases appear on the lower right on the verso. "There is no uniform edition, simply color variants of several motifs, which can only be identified by the forms of the shadow and their accompanying space or brushstrokes" (Riva Castleman, *The Prints of Andy Warhol*, exh. cat. [New York: The Museum of Modern Art; Paris: Cartier Foundation for Contemporary Art, 1990], p. 24).

**UNIQUE EDITION PRINTS** illustrates works such as *Shadows* that are signed, numbered, and released as regular editions even though each print is unique. The majority of these prints were published by the artist himself, from 1975 to 1979 under the name "Andy Warhol Enterprises Inc." (*Gems* [IIA.186–189] and *Grapes [Special Edition]* [IIA.190A–195A]) and then "Andy Warhol New York," from 1979 to 1987 (*Shadows I–V* [IIA.204–225] and *$ [1]*, *$ [4]*, *$ [Quadrant]*, *$ [9]* [IIA.274–286]). There are also unique works that were commissioned by outside publishers, such as *$1.57 Giant Size* (IIA.2), *Mao* (IIA.89), *Sunset* (IIA.85–88), *Flowers (Hand-Colored)* (IIA.110–119), *Double Mickey Mouse* (IIA.269), *The Shadow* (IIA.269A), and *Anniversary Donald Duck* (IIA.360).

Since only one example of each unique print is illustrated in *Edition Prints*, two or three others have been reproduced in *Unique Edition Prints* to emphasize the variations. The subsection indication IIA is followed by the entry number, which corresponds to a specific print recorded in *Edition Prints* (e.g., IIA.2: *$1.57 Giant Size* in *Unique Edition Prints* relates to II.2: *$1.57 Giant Size* in *Edition Prints*).

In 1980, during the proofing of the *Ten Portraits of Jews of the Twentieth Century* portfolio, Warhol chose a limited number of unique proofs of each subject that reflected color and/or compositional changes. Entitled trial proofs, they were released as a formal component of the edition. Since many of the portfolios of the 1980s contained ten thematically related but diverse subjects, as opposed to the earlier portfolios such as *Mao*, which contained one subject in ten varied color combinations, the trial proof editions enabled Warhol to publish an even greater selection of prints.

**TRIAL PROOF EDITION PRINTS** documents these unique works. Trial proofs are signed and numbered TP 1, etc. *Vesuvius* (IIB.365), *Truck* (IIB.367–370), *Joseph Beuys in Memoriam* (IIB.371), and *Neuschwanstein* (IIB.372) are signed but unnumbered. Each print is unique, and the differences range from color variations, as in *Grace Kelly* (IIB.305) and *Vesuvius* (IIB.365) to color and compositional variations as in *The Marx Brothers* (IIB.232) and *Frolunda Hockey Player* (IIB.366). The subsection indication IIB is followed by the entry number, which corresponds to a specific print in *Edition Prints* (e.g., IIB.378: *Annie Oakley* in *Trial Proof Edition Prints* relates to II.378: *Annie Oakley* in *Edition Prints*). Three examples of each, with the exception of *Joseph Beuys* (IIB.245–247), are shown.

After the publication of *Ten Portraits of Jews of the Twentieth Century*, trial proofs continued to be released as a part of almost every major project on which Warhol worked, with the exception of *Kimiko* (II.237), *Shoes (Deluxe Edition)* (II.248–252), *Shoes* (II.253–257), *Eric Emerson (Chelsea Girls)* (II.287), *Watercolor Paint Kit with Brushes* (II.288), *Committee 2000* (II.289), *Magazine and History* (II.304A), *Kiku* (II.307–309), *Love* (II.310–312), *Frederick Weisman* (II.328), *Viewpoint* (II.329), and *Martha Graham* (II.387–389).

In some cases, there are unnumbered and often unsigned unique prints that relate to those published editions which did not include a formal trial proof edition. Several examples of these are illustrated in the *Appendix to Published Prints*, including *Flowers* (II.64–73), *Electric Chairs* (II.74–83), *Space Fruit: Oranges* (II.197), *Kiku* (II.307–309), *Love* (II.310–12), and *Martha Graham* (II.387–389).

# EDITION PRINTS



II.1



II.2

**II.1: COOKING POT 1962**
Photoengraving on Rives BFK paper, 10 x 7½"
(25.4 x 19 cm); image, 6 x 4¼" (15.2 x 10.8 cm).
[Not shown to scale.]
**Edition:** 60, 25 numbered in Roman numerals,
embossed with the artist's signature, numbered lower
right in pencil; some numbered and dated in pencil
on verso. Published in the portfolio *International
Anthology of Contemporary Engraving: The Interna-
tional Avant-Garde, Vol. 5, America Discovered* (1964),
containing works by twenty artists.
**Printer:** Atelier Georges Leblanc, Paris, France
**Publisher:** Galleria Schwarz, Milan, Italy

**II.2: $1.57 GIANT SIZE 1963**
Screenprint on coated record cover stock, 12¼ x 12¼"
(31.1 x 31.1 cm). The cover is printed in many colors,
including green, orange, pink, white, and yellow with
black lettering. [Not shown to scale.]
**Edition:** 75 signed and numbered in pen on verso;
10 HC signed in pen on verso, marked *HC*, and unnum-
bered. The prints were signed and numbered in 1971.
Each print is unique. (See IIA.2, p. 164.)
Published to coincide with the "Popular Image
Exhibition" at the Washington Gallery of Modern Art,
Washington, D.C., April 18 – June 2, 1963.
**Printer:** Andy Warhol and Billy Klüver, New York
**Publisher:** Billy Klüver, New York



II.3

**II.3: BIRMINGHAM RACE RIOT 1964**
Screenprint on paper, 20 x 24" (50.8 x 61 cm). [Not shown to scale.]
**Edition:** 500, 10 AP, unsigned. Published in the portfolio
*Ten Works by Ten Painters* which is unsigned and is numbered
on the colophon page.
**Printer:** Ives-Sillman, Inc., New Haven, Connecticut
**Publisher:** Wadsworth Atheneum, Hartford, Connecticut



II.4



II.4A

**II.4: CAMPBELL'S SOUP CAN (TOMATO) 1964 •**
Screenprint on shopping bag, 19¼ x 17" (48.9 x 43.2 cm);
image, 6 x 3¼" (15.2 x 8.2 cm). [Not shown to scale.]
**Edition:** approximately 300 signed in ball-point pen
on verso; some initialled below the image on right.
Published for the "American Supermarket" exhibition
at the Bianchini Gallery, New York, October 1964.
**Printer:** Unknown
**Publisher:** Bianchini Gallery, New York

**II.4A: CAMPBELL'S SOUP CAN (TOMATO) 1966 •**
Screenprint on shopping bag, 19¼ x 17" (48.9 x 43.2 cm);
image, 16 x 9⅛" (40.6 x 23.2 cm). [Not shown to scale.]
**Edition:** unknown size with an unknown number signed.
Published for a Warhol exhibition at the Institute of Contemporary
Art, Boston, Massachusetts, October 1–November 6, 1966.
**Printer:** Unknown
**Publisher:** Institute of Contemporary Art, Boston, Massachusetts



II.5

## II.5: MARILYN MONROE I LOVE YOUR KISS FOREVER FOREVER 1964

Lithograph printed on a double-page spread.
**Edition:** 2,000 printed on paper, 16⅛ x 22½" (40.9 x 57.1 cm).
Published in an unsigned, unbound book 1¢ Life, numbered on the colophon. [Not shown to scale.]
**Special Edition:** 60, 40 HC printed on Arches paper, 16⅛ x 22½" (40.9 x 57.1 cm), signed in pencil vertically lower right. Published in an unbound book 1¢ Life, numbered as follows on the colophon: 20 New York Edition, 20 Paris Edition, 20 Rest of the World, 40 reserved for the participating artists and collaborators marked Exemplaire HC. Each edition of 1¢ Life contains sixty-two works by twenty-eight artists.
**Printer:** Maurice Beaudet, Paris, France
**Publisher:** E.W. Kornfeld, Bern, Switzerland



II.6



II.7

## II.6: FLOWERS 1964 •

Offset lithograph on paper, 23 x 23" (58.4 x 58.4 cm). [Not shown to scale.]
**Edition:** approximately 300 signed and dated '64 in pen lower right; some signed in pencil. Published to coincide with a Warhol exhibition at Leo Castelli Gallery, New York, November 21–December 17, 1964.
**Printer:** Total Color, New York
**Publisher:** Leo Castelli Gallery, New York

## II.7: LIZ 1964 •

Offset lithograph on paper, 23⅛ x 23⅛" (58.7 x 58.7 cm). [Not shown to scale.]
**Edition:** approximately 300 signed and dated in ball-point pen.
**Printer:** Total Color, New York
**Publisher:** Leo Castelli Gallery, New York



**II.8: KISS 1966**

Screenprint on plexiglass, 12½ x 8" (31.7 x 20.3 cm)
on a plexiglass mount, 5¼ x 8" (13.3 x 20.3 cm).
[Not shown to scale.]
**Edition:** 75, 25 AP lettered *A–Y;* signature
embossed and number incised on plexiglass
mount. Published for the project *Seven Objects
in a Box,* containing works by seven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine
& Foundry, Inc.), New York
**Publisher:** Tanglewood Press, Inc., New York





**II.9: S&H GREEN STAMPS 1965 •**

Offset lithograph on paper, 23 x 22¾" (58.4 x 57.8 cm).
[Not shown to scale.]
**Edition:** approximately 300; some signed in ball-point
pen; some dated. Six-thousand folded prints were used
as announcements for a Warhol exhibition at the Institute
of Contemporary Art in Philadelphia, Pennsylvania,
October 8–November 21, 1965.
**Printer:** Eugene Feldman, Philadelphia, Pennsylvania
**Publisher:** Institute of Contemporary Art,
Philadelphia, Pennsylvania

**II.10: BANANA CA. 1966**

Screenprint on styrene, 24 x 53¼" (61 x 135.2 cm); image, approximately
17 x 36" (43.2 x 91.4 cm). The banana skin, printed on laminated plastic,
17¼ x 36¼" (45.4 x 92.1 cm), can be removed and placed anywhere on the
sheet. [Not shown to scale.]
**Edition:** approximately 300; some have a stamped signature on recto;
some signed on verso; some stamped *AP* on recto; some dated.
**Printer:** Unknown
**Publisher:** Andy Warhol, New York





**II.11: COW 1966 •**
Screenprint on wallpaper, 45½ x 29¼"
(115.6 x 75.6 cm).
**Edition:** unlimited with 100 signed with a rubber
stamp and numbered on verso; some dated on
recto. Published for an exhibition at Leo Castelli
Gallery, New York, April 2– April 27, 1966.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Andy Warhol, New York

**II.11A: COW 1971 •**
Screenprint on wallpaper, 45½ x 29¼"
(115.6 x 75.6 cm).
**Edition:** unlimited with approximately 100
signed in felt pen in 1979. Published for a Warhol
exhibition at the Whitney Museum of American
Art, New York, May 1– June 13, 1971.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Factory Additions, New York



II.12



II.12A

**II.12: COW 1971** •
Screenprint on wallpaper, 45 ½ x 29 ¾"
(115.6 x 75.6 cm).
**Edition:** unlimited with 150 signed, numbered,
and dated in ball-point pen on verso; some dated
on recto.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Factory Additions, New York

**II.12A: COW 1976** •
Screenprint on wallpaper, 45 ½ x 29 ¾"
(115.6 x 75.6 cm).
**Edition:** unlimited with approximately 100 signed
in felt pen in 1979. Published for an exhibition
at the Modern Art Pavilion, Seattle Center, Seattle,
Washington, November 18, 1976 – January 9, 1977.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Factory Additions, New York



II.13



II.14

**II.13: JACQUELINE KENNEDY I
(JACKIE I) 1966**
Screenprint on paper, 24 x 20" (61 x 50.8 cm);
image, 20⅝ x 17⅛" (52.4 x 43.5 cm). [Not shown
to scale.]
**Edition:** 200, 50 numbered in Roman numerals,
signed with a rubber stamp and numbered in
pencil on verso. Published in the portfolio 11 Pop
Artists I, containing works by eleven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine &
Foundry, Inc.), New York
**Publisher:** Original Editions, New York

**II.14: JACQUELINE KENNEDY II
(JACKIE II) 1966**
Screenprint on paper, 24 x 30" (61 x 76.2 cm).
[Not shown to scale.]
**Edition:** 200, 50 numbered in Roman numerals, signed
with a rubber stamp and numbered in pencil on verso.
Published in the portfolio 11 Pop Artists II, containing
works by eleven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine & Foundry,
Inc.), New York
**Publisher:** Original Editions, New York



II.15

**II.15: JACQUELINE KENNEDY III
(JACKIE III) 1966**
Screenprint on paper, 40 x 30" (101.6 x 76.2 cm).
[Not shown to scale.]
**Edition:** 200, 50 numbered in Roman numerals, signed
with a rubber stamp and numbered in pencil on verso.
Published in the portfolio 11 Pop Artists III, containing
works by eleven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine
& Foundry, Inc.), New York
**Publisher:** Original Editions, New York



II.16

**II.16: SELF-PORTRAIT 1966 •**
Offset lithograph on silver coated paper,
23 x 23" (58.4 x 58.4 cm).
**Edition:** 300 signed and numbered in ball-point
pen on verso; some signed on recto. Published to
announce a Warhol exhibition at the Leo Castelli
Gallery, New York, April 2–April 27, 1966.
**Printer:** Total Color, New York
**Publisher:** Leo Castelli Gallery, New York



II.17

**II.17: PORTRAITS OF THE ARTISTS 1967**
One hundred polystyrene boxes in ten colors,
each 2 x 2" (5.1 x 5.1 cm), each screenprinted with
a portrait of one of the ten artists in the portfolio
*Ten from Leo Castelli*, to commemorate the tenth
anniversary of the Leo Castelli Gallery, New York.
Overall size of the work is 20 x 20" (50.8 x 50.8
cm), containing ten portraits of each artist.
**Edition:** 200, 25 lettered *A–Y*. A small initial
and number are incised on a box printed with
Warhol's portrait. The configuration of the boxes
may vary from the one illustrated above.
**Printer:** Fine Creations, Inc., New York
**Publisher:** Tanglewood Press, Inc., New York



*Andy Warhol*

II.17A

**II.17A: PURPLE COWS 1967**
Rubber stamp print on Rives paper, 9½ x 6½"
(24.1 x 16.5 cm), tipped on Rives paper,
11¼ x 8¼" (28.2 x 20.9 cm); each image,
¾ x 1" (1.9 x 2.5 cm). [Not shown to scale.]
**Edition:** 225 signed as follows: approximately 203
signed with a rubber stamp, 20 signed with a rubber
stamp and signed in pencil lower right, 2 signed in
pencil lower right. Published in the bound portfolio
*Stamped Indelibly*, containing fifteen works by four-
teen artists, which is numbered on the colophon page.
**Printer:** William Katz, New York
**Publisher:** Indianakatz, New York



11.18



11.19

**11.18: PARIS REVIEW 1967**
Screenprint with die-cut holes on cream
paper, 37 x 27¼" (94 x 68.9 cm). [Not shown to scale.]
**Edition:** 150 signed with a rubber stamp
and numbered in pencil lower right. Published in a
series of prints by forty artists to publicize and pro-
vide financial support for the *Paris Review* magazine.
**Printer:** Chiron Press, New York
**Publisher:** *Paris Review*, New York

**11.19: LINCOLN CENTER TICKET 1967**
Screenprint on opaque acrylic, 45 x 24"
(114.3 x 61 cm). [Not shown to scale.]
**Edition:** 200 signed and numbered with an
engraving needle on verso. Published to
commemorate the Fifth New York Film Festival
at Lincoln Center.
**Printer:** Chiron Press, New York
**Publisher:** Leo Castelli Gallery, New York



II.20



II.21

**II.20: SAS PASSENGER TICKET 1968**
Screenprint on paper, 26¾ x 48¾" (67.9 x 123.8 cm). [Not shown to scale.]
**Edition:** 250 signed in pencil on verso. Published for a Warhol exhibition
at the Moderna Museet, Stockholm, Sweden, February 10 – March 17, 1968 which
traveled to the Stedelijk Museum, Amsterdam, The Netherlands; Kunsthalle,
Bern, Switzerland; Kunstnerses Hus, Oslo, Norway.
**Printer:** Stig Arbam AB, Malmö, Sweden
**Publisher:** Moderna Museet, Stockholm, Sweden

**II.21: MARILYN MONROE (MARILYN) 1967** •
Screenprint on paper, 6 x 6" (15.2 x 15.2 cm).
[Not shown to scale.]
**Edition:** 100 signed in pencil and numbered with a
rubber stamp on verso; some signed and unnumbered;
some dated. There are numerous AP signed and
marked *a.p.* in pencil on verso. Published to announce
the publication of the *Marilyn Monroe (Marilyn)*
portfolio.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Factory Additions, New York



**II.22–31: MARILYN MONROE (MARILYN) 1967**
Portfolio of ten screenprints on paper, 36 x 36" (91.4 x 91.4 cm).
**Edition:** 250 signed in pencil and numbered with a rubber stamp
on verso; some signed in ball-point pen; some initialled on verso;
some dated. There are 26 AP signed and lettered *A–Z* on verso.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Factory Additions, New York



II.26

II.27

II.28

II.29

II.30

II.31



**COVER OF FLASH–NOVEMBER, 22, 1963 1968**
Screenprint on cloth mounted on cardboard, 22½ x 44¼"
(57.1 x 113.7 cm), unsigned and unnumbered. [Not shown to scale.]



PAGE 7                    PAGE 10                    PAGE 12

**EXAMPLES OF TELETYPE TEXT**

**II.32–42: FLASH–NOVEMBER 22, 1963 1968**
Portfolio of eleven screenprints, colophon, and Teletype text on paper,
21 x 21" (53.3 x 53.3 cm). The prints, wrapped with the screenprint cover, are
in a plexiglass box, 23 x 22½" x 2" (58.4 x 57.1 x 5.1 cm). [Not shown to scale.]
**Edition:** 200, 26 numbered in Roman numerals; 10 lettered A–J have three addi-
tional screenprints, each of which is a composite of images from II.33 and II.38.
(See II.43A–43C.) Each print, housed in a folder with a page of Teletype text,
is signed in ball-point pen on verso; the colophon is signed and numbered in ball-
point pen. The three additional prints are not in folders.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Racolin Press, Inc., Briarcliff Manor, New York



II.43A–43C: FLASH – NOVEMBER 22, 1963 1968
Additional screenprints in portfolios lettered A–J. (See II.32–42.)



II.44



II.45



II.46



II.47

**II.44–53: CAMPBELL'S SOUP I 1968**
Portfolio of ten screenprints on paper,
35 x 23" (88.9 x 58.4 cm).
**Edition:** 250 signed in ball-point pen and numbered
with a rubber stamp on verso. There are 26 AP signed
and lettered A–Z in ball-point pen on verso.
**Printer:** Salvatore Silkscreen Co., Inc., New York
**Publisher:** Factory Additions, New York



II.48



II.49



II.50



II.51



II.52



II.53



II.54



II.55



II.56



II.57

**II.54–63: CAMPBELL'S SOUP II 1969**
Portfolio of ten screenprints on paper,
35 x 23" (88.9 x 58.4 cm).
**Edition:** 250 signed in ball-point pen and numbered
with a rubber stamp on verso. There are 26 AP signed
and lettered A–Z in ball-point pen on verso.
**Printer:** Salvatore Silkscreen Co., Inc., New York
**Publisher:** Factory Additions, New York



CHICKEN 'N DUMPLINGS SOUP

II.58



HOT DOG BEAN SOUP

II.59



OYSTER STEW SOUP

II.60



Tomato-Beef NOODLE O's SOUP

II.61



GOLDEN MUSHROOM SOUP

II.62



CHEDDAR CHEESE SOUP

II.63



11.64

11.65

11.66

11.67

**II.64–73: FLOWERS 1970**

Portfolio of ten screenprints on paper,
36 x 36" (91.4 x 91.4 cm).

**Edition:** 250 signed in ball-point pen and numbered
with a rubber stamp on verso; some dated. There are 26
AP signed and lettered A–Z in ball-point pen on verso.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Factory Additions, New York



II.68

II.69

II.70

II.71

II.72

II.73



II.74



II.75



II.76



II.77

**II.74–83: ELECTRIC CHAIRS 1971**
Portfolio of ten screenprints on paper, 35½ x 48" (90.2 x 121.9 cm).
**Edition:** 250 signed and dated '71 in ball-point pen and numbered with
a rubber stamp on verso; some signed in pencil. There are 50 AP num-
bered in Roman numerals, signed and dated in ball-point pen on verso
and stamped *AP* and numbered with a rubber stamp on verso.
**Printer:** Silkprint Kettner, Zürich, Switzerland
**Publisher:** Bruno Bischofberger, Zürich, Switzerland



II.78

II.79

II.80

II.81

II.82

II.83



II.84

## II.84: VOTE McGOVERN 1972

Screenprint on Arches 88 paper, 42 x 42" (106.7 x 106.7 cm).
**Edition:** 250 signed and numbered in ball-point pen on verso. There
are 22 proofs divided as follows: 1 RTP, 1 PP II, 16 CTP, 3 Gemini impres-
sions, 1 Cancellation, signed and numbered in ball-point pen on verso.
Some TP do not have the *Vote McGovern* lettering. Published to raise
funds for the George McGovern campaign for president.
**Printer:** Jeff Wasserman at Gemini G.E.L., Los Angeles, California
**Publisher:** Gemini G.E.L., Los Angeles, California



II.89

## II.89: MAO 1973

Xerox print on typewriter paper, 11 x 8½" (27.9 x 21.6 cm).
[Not shown to scale.]
**Edition:** 300, 25 AP, 31 PP, 6 HC, signed and numbered in
ball-point pen on verso. Each print is unique. (See IIA.89, p. 164.)
Published in the portfolio *The New York Collection for Stockholm*,
containing works by thirty artists to support a project to purchase
a collection of works by New York artists of the 1960s for the
Moderna Museet, Stockholm, Sweden.
**Printer:** Julie Martin, New York
**Publisher:** Experiments in Art and Technology, New York



II.85-88

**II.85-88: SUNSET 1972**
Screenprint on paper, 34 x 34" (86.4 x 86.4 cm).
**Edition:** 632 unique prints divided as follows: 40 portfolios containing
four prints each, signed and numbered in pencil on verso. The remain-
ing 472 prints were used by architects Johnson & Burgee for the Hotel
Marquette, Minneapolis, Minnesota. In 1981, upon removal from the
hotel, these prints were signed, numbered 1/470-470/470, and dated
in pencil on verso, and two were marked *HC*; they were stamped in
black on verso *Hotel Marquette Prints*. (See IIA.85-88, p. 165.)
**Printer:** Salvatore Silkscreen Co., Inc., New York
**Publisher:** David Whitney, New York



**II.90–99: MAO 1972**
Portfolio of ten screenprints on Beckett High White paper,
36 x 36" (91.4 x 91.4 cm).
**Edition:** 250 signed in ball-point pen and numbered with a
rubber stamp on verso. There are 50 AP signed and numbered
in pencil on verso; some signed and numbered in ball-point pen.
**Printer:** Styria Studio, Inc., New York
**Publisher:** Castelli Graphics and Multiples, Inc., New York



II.94

II.95

II.96

II.97

II.98

II.99



11.100

11.101



11.102

11.103

**II.100-109: FLOWERS (BLACK AND WHITE) 1974**
Portfolio of ten screenprints on Arches paper and
J. Green paper, 40⅛ x 27¼" (103.8 x 69.2 cm). Some
portfolios are assembled with both types of paper.
**Edition:** 100 signed and numbered in pencil on verso,
initialled in pencil lower right.
**Printer:** Alexander Heinrici, New York
**Publisher:** Peter M. Brant, Castelli Graphics,
and Multiples, Inc., New York



II.104

II.105

II.106

II.107

II.108

II.109



**II.110–119: FLOWERS (HAND-COLORED) 1974**
Portfolio of ten screenprints hand-colored with Dr. Martin's aniline
watercolor dyes on Arches paper and J. Green paper, 40⅛ x 27¼"
(103.8 x 69.2 cm). Some portfolios are assembled with both types
of paper. Each print is unique. (See IIA.110–119, pp. 166–67.)
**Edition:** 250, 50 AP, signed, numbered, and dated '74 in pencil on verso,
initialled in pencil lower right.
**Printer:** Alexander Heinrici, New York
**Publisher:** Peter M. Brant, Castelli Graphics, and Multiples, Inc., New York



II.114

II.115

II.116

II.117

II.118

II.119





**II.120: UNTITLED 12 1974**
Screenprint on Arches paper, 30 x 22"
(76.2 x 55.9 cm); image, 19 x 16" (48.3 x 40.6 cm).
[Not shown to scale.]
**Edition:** 100, 13 AP, 3 PP, signed, numbered,
and dated '74 in ball-point pen on verso; AP
and PP are not dated. Published in the portfolio
*For Meyer Schapiro*, containing works by twelve
artists on the occasion of his seventieth birthday.
**Printer:** Alexander Heinrici, New York
**Publisher:** The Committee to Endow a Chair in
Honor of Meyer Schapiro at Columbia University,
New York

**II.121: PALOMA PICASSO 1975**
Screenprint on Arches paper, 41 x 29½"
(104.1 x 74.9 cm).
**Edition:** 90, 15 AP, 3 PP, 30 HC, 30 numbered in
Roman numerals, signed and numbered in pencil
on verso. Published in the portfolio *America's
Hommage à Picasso*, containing works by eleven
artists. This is Volume VI of the six-volume *Hom-
mage à Picasso* project, containing works by sixty-
eight artists, published after Picasso's death.
**Printer:** Alexander Heinrici, New York
**Publisher:** Propyläen-Verlag, Berlin, Germany;
Panthéon Presse, Rome, Italy

II.120

II.121





**II.122: MARCIA WEISMAN 1975**
Screenprint on Arches Aquarelle paper,
44 x 28¼" (111.8 x 73 cm).
**Edition:** 10 initialled in pencil lower left.
**Printer:** Unknown
**Publisher:** Andy Warhol Enterprises, Inc.,
New York

**II.123: FREDERICK WEISMAN 1975**
Screenprint on Arches Aquarelle paper,
44 x 28¼" (111.8 x 73 cm).
**Edition:** 10 initialled in pencil lower right.
**Printer:** Unknown
**Publisher:** Andy Warhol Enterprises, Inc.,
New York

II.122

II.123







**II.124: MERCE CUNNINGHAM I 1974**

Screenprint on Japanese gift wrapping paper, 30 x 20" (76.2 x 50.8 cm). [Not shown to scale.] **Edition:** 100, 30 AP, 3 PP, 5 HC, signed and numbered in pencil on verso. There are 4 TP on blue, gray, green, and red Cockerell paper, 25½ x 20½" (64.8 x 51.4 cm), signed and numbered in pencil on verso in the mid-1980s. Published in the portfolio *Cunningham I*, containing works by seven artists, to raise funds for the Merce Cunningham Dance Company, New York. **Printer:** Alexander Heinrici, New York **Publisher:** Castelli Graphics and Multiples, Inc., New York

**II.125: MERCE CUNNINGHAM II 1979**

Screenprint on Japanese gift wrapping paper, 30 x 20" (76.2 x 50.8 cm). [Not shown to scale.] **Edition:** 25 signed, numbered, and dated in pencil on verso. **Printer:** Rupert Jasen Smith, New York **Publisher:** Multiples, Inc., New York







**II.125A: MAO 1974** •

Screenprint on wallpaper, 40¼ x 29½" (101.9 x 74.9 cm). **Edition:** unlimited with approximately 100 signed in felt pen in 1979. Published for a Warhol exhibition at the Musée Galliera, Paris, France, February 23–March 18, 1974. **Printer:** Bill Miller's Wallpaper Studio, New York **Publisher:** Factory Additions, New York

**II.126: LADIES AND GENTLEMEN 1975**

Screenprint on paper, 39¼ x 27½" (99.7 x 69.8 cm). **Edition:** 150 initialled in pencil lower right and numbered in pencil on verso. **Printer:** Unknown **Publisher:** Studio G7, Bologna, Italy

**II.127: LADIES AND GENTLEMEN 1975**

Screenprint on paper, 37½ x 25½" (95.2 x 64.8 cm). **Edition:** 250, 50 AP numbered in Roman numerals, signed and numbered in pencil on verso. **Printer:** Unknown **Publisher:** Mazzotta Editore, Milan, Italy



II.128

II.129

II.130

II.131

**II.128–137: LADIES AND GENTLEMEN 1975**
Portfolio of ten screenprints on Arches paper,
43½ x 28½" (110.5 x 72.4 cm);
image, approximately 33½ x 26½" (85.1 x 67.3 cm).
**Edition:** 250, 25 AP, 1 PP, signed, numbered,
and dated '75 in pencil on verso.
**Printer:** Alexander Heinrici, New York
**Publisher:** Luciano Anselmino, Milan, Italy



II.132

II.133

II.134

II.135

II.136

II.137



II.138

II.139

II.140

II.141

### II.138–147: MICK JAGGER 1975

Portfolio of ten screenprints on Arches Aquarelle
(Rough) paper, 43½ x 29" (110.5 x 73.7 cm).
**Edition:** 250, 50 AP, 3 PP, signed in pencil lower right
and numbered in pencil lower left; some signed in felt
pen. Most of the prints are also signed in black, green,
or red felt pen by Mick Jagger.
**Printer:** Alexander Heinrici, New York
**Publisher:** Seabird Editions, London, England



II.142

II.143

II.144

II.145

II.146

II.147