

II.148



II.149

**II.148: MAN RAY 1974**
Screenprint on Strathmore Bristol paper,
31½ x 31½" (80 x 80 cm).
**Edition:** 100 signed, numbered, and dated
'74 in ball-point pen on verso; 20 HC signed
and numbered in pencil on verso.
**Printer:** Il Fauno, Milan, Italy
**Publisher:** Luciano Anselmino, Milan, Italy

**II.149: MAN RAY 1974**
Screenprint on paper, 13¾ x 13¾"
(34.9 x 34.9 cm). [Not shown to scale.]
**Edition:** 100 signed and numbered.
**Printer:** Il Fauno, Milan, Italy
**Publisher:** Luciano Anselmino, Milan, Italy



II.150



II.151

**II.150: JIMMY CARTER I 1976**
Screenprint on Strathmore Bristol paper,
39¼ x 29½" (99.7 x 74.9 cm).
**Edition:** 50, 25 AP, signed and numbered in pencil
lower center. Some prints are also signed by
Jimmy Carter. Published to raise funds for his
campaign for president.
**Printer:** Gem Screens, New York
**Publisher:** Democratic National Committee,
Washington, D.C.

**II.151: JIMMY CARTER II 1977**
Screenprint on Strathmore Bristol paper,
39¼ x 29½" (99.7 x 74.9 cm).
**Edition:** 100, 25 AP, signed and numbered in felt
pen lower left. Some prints are also signed by
Jimmy Carter. Published to raise funds for his
campaign for president.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Democratic National Committee,
Washington, D.C.



II.152

### II.152: JIMMY CARTER III 1977

Screenprint on J. Green paper, 28 ¼ x 20 ½" (71.7 x 52.1 cm).
**Edition:** 100, 20 AP, 2 PP, 1 HC, signed and numbered in pencil lower center. Published in the portfolio *Inaugural Impressions*, containing works by five artists, to commemorate the inauguration of President Jimmy Carter.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Democratic National Committee, Washington, D.C.



II.153



II.153A

### II.153: LILLIAN CARTER 1977

Screenprint on Strathmore Bristol paper, 39 ¼ x 29 ½" (99.7 x 74.9 cm).
**Edition:** 50, 20 AP, signed and numbered in pencil lower center. Published to raise funds for the Jimmy Carter campaign for president.
**Printer:** Gem Screens, New York
**Publisher:** Democratic National Committee, Washington, D.C.

### II.153A: GOLDA MEIR 1973

Screenprint on felt, 7 x 7 " (17.8 x 17.8 cm). [Not shown to scale.]
**Edition:** 550 signed and numbered in ball-point pen on a label on verso; some also signed on recto in ball-point pen vertically on right side. Published as a gift for those attending the American Friends of the Israel Museum Beaux Arts Ball in New York.
**Printer:** Unknown
**Publisher:** American Friends of the Israel Museum, New York


II.154


II.155

**II.154: SACHIKO 1977**
Screenprint on Strathmore Bristol paper, 40 x 30¼" (101.6 x 76.8 cm).
**Edition:** 7, 1 PP, signed in pencil lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York

**II.155: SACHIKO 1977**
Screenprint on Strathmore Bristol paper, 40 x 30¼" (101.6 x 76.8 cm).
**Edition:** 3 signed in pencil lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York


II.156


II.156A

**II.156: CARTER BURDEN 1977**
Screenprint on Italia paper, 40 x 28¼" (101.6 x 71.7 cm).
**Edition:** 200, 2 PP, signed and numbered in pencil lower left. Published to raise funds for the Carter Burden campaign for president of the New York City Council.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York

**II.156A: SELF-PORTRAIT 1978** •
Screenprint on wallpaper, 41¾ x 29¾" (106 x 75.6 cm).
**Edition:** approximately 300 with an unknown number signed. Published to coincide with the Warhol exhibition at the Kunsthaus, Zürich, Switzerland, May 26–July 30, 1978 and the Louisiana Museum of Modern Art, Humleback, Denmark, October 6–November 26, 1978.
**Printer:** Unknown
**Publisher:** Unknown


II.157


II.158


II.159


II.160

**II.157–160: SKULLS 1976**
Portfolio of four screenprints on Strathmore Bristol paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 50, 10 AP, signed and numbered in pencil as follows: II.157 and II.159–lower left; II.158–lower center; II.160–signed lower right, numbered lower left.
**Printer:** Gem Screens, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.161

II.162

II.163

II.164

**II.161-164: HAMMER AND SICKLE 1977**
Portfolio of four screenprints on Strathmore Bristol paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 50, 10 AP, 2 PP, 1 HC, signed and numbered in pencil lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York





### II.165–171: HAMMER AND SICKLE (SPECIAL EDITION) 1977

Portfolio of seven screenprints on Strathmore Bristol paper, 30 x 40" (76.2 x 101.6 cm). Based on the print (II.164), the portfolio illustrates the five separate colors of the print progression (II.165–II.169) plus one (II.171) with only the drawing line and one (II.170) with the black separation in registration with the drawing line.
**Edition:** 10 signed and numbered in pencil lower center, except II.165 and II.166–lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York





**II.172–177: SEX PARTS 1978**
Portfolio of six screenprints on HMP paper,
31 x 23 ¼" (78.7 x 59 cm).
**Edition:** 30, 5 AP, 1 PP, signed and numbered
in pencil lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York

**II.178: FELLATIO 1978**
Screenprint on HMP paper, 31 x 23 ¼" (78.7 x 59 cm).
**Edition:** 30, 4 AP, 1 PP, signed and numbered in pencil
lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



**II.179–182: MUHAMMAD ALI 1978**
Portfolio of four screenprints on Strathmore Bristol paper,
40 x 30" (101.6 x 76.2 cm).
**Edition:** 150, 10 AP, 1 PP, signed and numbered in felt pen lower right, except II.179–lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.183

**II.183: AFTER THE PARTY 1979**
Screenprint on Arches 88 paper, 21½ x 30½"
(54.6 x 77.5 cm). [Not shown to scale.]
**Edition:** 1,000, 30 AP, 3 PP, 10 HC, signed and numbered in pencil lower right. Included with the Gold Edition of the 1979 book *Exposures* by Andy Warhol published by Grosset and Dunlap, Inc., New York.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Grosset and Dunlap, Inc., New York



II.184

**II.184: FIESTA PIG 1979**
Screenprint on Arches 88 paper, 21½ x 30½"
(54.6 x 77.5 cm). [Not shown to scale.]
**Edition:** 200, 10 AP, 5 PP which are proof variations, 1 HC, signed and numbered in pencil lower right. Commissioned by the publisher for the readers of *Die Welt*, a German newspaper.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Axel Springer Verlag, Hamburg, Germany



II.185

**II.185: U.N. STAMP 1979**
Offset lithograph on Rives paper, 8½ x 11"
(21.6 x 27.9 cm); image, 7 x 8½" (17.8 x 21.6 cm).
This philatelic art print has a stamp with a first-day cover cancellation done to accompany a new issue of United Nations stamps. [Not shown to scale.]
**Edition:** 1,000 signed in felt pen vertically along the right margin and numbered in pencil lower center. There is also a small printed signature lower right; 500 have a U.S. stamp, and 500 have a Swiss stamp. The illustrated work has a Swiss stamp. Published to raise funds for the educational programs of the World Federation of United Nations Associations.
**Printer:** United Nations
**Publisher:** United Nations Disaster Relief Organization


II.186


II.187


II.188


II.189

**II.186−189: GEMS 1978**
Portfolio of four screenprints on Strathmore Bristol paper,
30 x 40" (76.2 x 101.6 cm).
**Edition:** 20, 5 AP, 1 PP, 2 PP numbered in Roman numerals,
signed and numbered in felt pen lower left, except
II.189−lower center. II.186, II.187, II.188 are all unique;
II.189 are all the same. Portfolios are assembled
in mixed variations. (See IIA.186−189, p. 168.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



**II.190-195: GRAPES 1979**
Portfolio of six screenprints on Strathmore Bristol paper, 40 x 30" (101.6 x 76.2 cm).
**Edition:** 50, 10 AP, 2 PP, 1 HC, signed and numbered in felt pen as follows: II.190, II.192, II.194 – lower right; II.191, II.193, II.195 – lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.190A   II.191A   II.192A
II.193A   II.194A   II.195A

**II.190A–195A: GRAPES (SPECIAL EDITION) 1979**
Portfolio of six screenprints on Strathmore Bristol paper, 40 x 30" (101.6 x 76.2 cm).
**Edition:** 10, 1 PP, signed and numbered in felt pen as follows: II.190A, II.193A, II.194A–lower right; II.191A, II.192A, II.195A–lower left. *SE* is marked before each number–e.g., *SE 1/10, SEPP 1/1*. Each print is unique. (See IIA.190A–195A, p. 169.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.196

**II.196: SPACE FRUIT: LEMONS 1978**
Screenprint on Strathmore Bristol paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 10, 1 PP, signed and numbered in felt pen lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.197

**II.197: SPACE FRUIT: ORANGES 1978**
Screenprint on Strathmore Bristol paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 10, 1 PP, signed and numbered in pencil lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York


**II.198: CANTALOUPES II**


**II.199: WATERMELON**


**II.200: APPLES**


**II.201: CANTALOUPES I**


**II.202: PEACHES**


**II.203: PEARS**

**II.198-203: SPACE FRUIT: STILL LIFES 1979**
Portfolio of six screenprints on Lenox Museum Board,
30 x 40" (76.2 x 101.6 cm).
**Edition:** 150, 1 PP on Strathmore Bristol paper, signed and numbered in felt pen lower left. There are 30 on 4-ply Lenox Museum Board numbered in Roman numerals, signed and numbered in felt pen as follows: II.198, II.201, II.202 – lower right; II.199, II.200, II.203 – lower left.
**Printer:** Rupert Jasen Smith and Joe Grippi, New York
**Publisher:** Grippi/Zivian, Inc., New York



II.204-209

**II.204-209: SHADOWS I 1979**
Portfolio of six screenprints with diamond dust on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 15, 2 AP, 1 PP, 1 HC, signed and numbered in pencil on verso. Portfolios are assembled in mixed variations. Each print is unique. (See IIA.204-209, p. 170.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.210-215

**II.210-215: SHADOWS II 1979**
Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 10, 2 AP, signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations. Each print
is unique. (See IIA.210-215, p. 171.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.216-221

**II.216–221: SHADOWS III 1979**

Portfolio of six screenprints with diamond dust on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 3 signed and numbered in pencil on verso. Portfolios are assembled in mixed variations. Each print is unique. (See IIA.216–221, p. 172.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York




II.222-223

**II.222–223: SHADOWS IV 1979**
Portfolio of two screenprints with diamond dust on Arches 88 paper, 43 x 30 ½" (109.2 x 77.5 cm).
**Edition:** 10 signed and numbered in pencil on verso. Portfolios are assembled in mixed variations. Each print is unique. (See IIA.222–223, p. 173.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York




II.224-225

**II.224–225: SHADOWS V 1979**
Portfolio of two screenprints with diamond dust on Arches 88 paper, 43 x 30 ½" (109.2 x 77.5 cm).
**Edition:** 10, 1 PP, 6 HC, signed and numbered in pencil on verso. Portfolios are assembled in mixed variations. Each print is unique. (See IIA.224–225, p. 173.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.226: FRANZ KAFKA

II.227: GERTRUDE STEIN

II.228: MARTIN BUBER

II.229: ALBERT EINSTEIN

**II.226-235: TEN PORTRAITS OF JEWS OF THE TWENTIETH CENTURY 1980**

Portfolio of ten screenprints on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 200, 30 AP, 5 PP, 3 EP, 25 TP, signed and numbered in pencil as follows: *Gertrude Stein, Martin Buber, George Gershwin, Golda Meir, Sarah Bernhardt, Sigmund Freud*–lower right; *Franz Kafka, Albert Einstein, Louis Brandeis, The Marx Brothers*–lower left. The TP of *Albert Einstein* are signed lower right. (See IIB.226-235, pp. 178-80.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York; Jonathan A Editions, Tel Aviv, Israel



II.230: LOUIS BRANDEIS
II.231: GEORGE GERSHWIN
II.232: THE MARX BROTHERS
II.233: GOLDA MEIR
II.234: SARAH BERNHARDT
II.235: SIGMUND FREUD