



**II.236: KAREN KAIN 1980**
Screenprint with diamond dust on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 200, 30 AP, 5 PP, 25 TP, signed and
numbered in pencil lower right. The edition
of 200 is also signed in pencil by Karen Kain.
(See IIB.236, p. 181.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** William Hechter, Toronto, Canada

**II.237: KIMIKO 1981**
Screenprint on Stonehenge paper, 36 x 36" (91.4 x 91.4 cm).
**Edition:** 250, 50 AP, signed and numbered in pencil
on verso. Published to raise funds for a Visual Arts
Program sponsoring visiting artists and exhibitions
at Colorado State University, Fort Collins, Colorado.
**Printer:** Licht Editions, Ltd., Denver, Colorado
**Publisher:** Colorado State University, Department
of Art, Fort Collins, Colorado







**II.238: MILDRED SCHEEL 1980**
Screenprint with diamond dust on Arches 88
paper, 30½ x 21½" (77.5 x 54.6 cm).
**Edition:** 1,000, 5 HC, signed and numbered in pencil lower
right. The prints are also signed in felt pen by Mildred
Scheel, the president of the German Cancer Society.
Published to raise funds for the German Cancer Society.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Deutsche Krebshilfe e.V., Cologne, Germany

**II.239: MILDRED SCHEEL 1980**
Screenprint with diamond dust on Arches 88 paper,
30 ½ x 43" (77.5 x 109.2 cm).
**Edition:** 50 AP, 5 PP which are trial proof variations,
15 TP, signed and numbered in pencil lower right.
(See IIB.239, p. 181.) Published to raise funds for the
German Cancer Society.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Deutsche Krebshilfe e.V., Cologne, Germany



II.240



II.241

**II.240: EDWARD KENNEDY 1980**
Screenprint with diamond dust on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 300, 25 AP, 3 PP, 10 HC which are trial proof
variations, 15 TP, 1 TPPP, signed and numbered
in pencil lower right. (See IIB.240, p. 181.)
Published to raise funds for the Edward Kennedy
primary campaign for president.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Kennedy for President Committee,
Washington, D.C.

**II.241: EDWARD KENNEDY
(DELUXE EDITION) 1980**
Screenprint with diamond dust on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 50, 15 AP, 1 PP, signed and numbered
in pencil lower right. *DE* is marked before each num-
ber—e.g., *DE 1/50, DEAP 1/15, DEPP 1/1.* Published
in the portfolio *Artists for Kennedy*, containing
works by twenty-two artists, to raise funds for the
Edward Kennedy primary campaign for president.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Kennedy for President Committee,
Washington, D.C.



II.242: STATE I    II.243: STATE II    II.244: STATE III

**II.242–244: JOSEPH BEUYS 1980/83**

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).

There are three states; states II and III have rayon flock.

**Edition:** 150, 36 AP, 9 PP, 45 individual TP not in portfolios, signed
and numbered in pencil lower right. (See IIB.242–244, p. 182.)

II.242 (state I), 1980: numbered *101/150–150/150, AP 25/36–36/36, PP 7/9–9/9;*

II.243 (state II), 1980/83: numbered *51/150–100/150, AP 13/36–24/36, PP 4/9–6/9;*

II.244, (state III), 1980/83: numbered *1/150–50/150, AP 1/36–12/36, PP 1/9–3/9.*

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.245



II.246



II.247

**II.245–247: JOSEPH BEUYS 1980**

Portfolio of three screenprints on Arches Cover Black paper,
44 x 30" (111.8 x 76.2 cm); II.245 and II.247 have diamond dust.
**Edition:** 90, 15 AP, 3 PP, signed and numbered in pencil lower right;
one HC, 30 x 44" (76.2 x 111.8 cm), is a trial proof variation. There
are a total of 13 individual TP not in portfolios numbered *TP 1/3–3/3*
and *TP 1/10–10/10* signed and numbered in pencil lower right.
(See IIB.245–247, p. 182.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany / New York



II.248



II.249

**II.248-252: SHOES (DELUXE EDITION) 1980**
Portfolio of five screenprints with diamond dust on Arches
Aquarelle (Cold Pressed) paper, 40¼ x 59½" (102.2 x 151.1 cm).
**Edition:** 10, 1 PP, signed and numbered in pencil on verso.
*DE* is marked after each number—e.g., *1/10 DE, PP 1/1 DE.*
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.250



II.251



II.252



11.253



11.254

**11.253–257: SHOES 1980**

Portfolio of five screenprints with diamond dust on Arches
Aquarelle (Cold Pressed) paper, 40¼ x 59½" (102.2 x 151.1 cm).
**Edition:** 60, 10 AP, 2 PP, signed and numbered in pencil on verso.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.255



II.256



II.257





II.258: THE STAR

II.259: UNCLE SAM





II.260: SUPERMAN

II.261: THE WITCH

**II.258-267: MYTHS 1981**

Portfolio of ten screenprints on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm).

**Edition:** 200, 30 AP, 5 PP, 5 EP, signed and numbered in pencil as follows: *The Star, The Witch, Howdy Doody*-verso; *Uncle Sam, Superman, Mammy, Dracula, Santa Claus, The Shadow*-lower right; *Mickey Mouse*-lower left. There are the following HC signed and numbered in pencil the same as above: *The Star, HC 1/4-4/4; Uncle Sam, HC 1/1; Superman, HC 1/12-12/12; The Witch, HC 1/10-10/10; Mammy, HC 1/4-4/4; Howdy Doody, HC 1/3-3/3; Dracula, HC 1/1; Mickey Mouse, HC 1/4-4/4; Santa Claus, HC 1/1; The Shadow, HC 1/1;* some of these are trial proof variations. There are 30 TP signed and numbered in pencil lower left, except *Dracula* and *The Shadow*-lower center. All regular edition prints have diamond dust, except *Dracula;* most TP have diamond dust. (See IIB.258-267, pp. 183-85.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Ronald Feldman Fine Arts, Inc., New York



II.262: MAMMY

II.263: HOWDY DOODY

II.264: DRACULA

II.265: MICKEY MOUSE

II.266: SANTA CLAUS

II.267: THE SHADOW



II.268

**II.268: JANE FONDA 1982**
Screenprint on Lenox Museum Board,
39½ x 31½" (100.3 x 80 cm).
**Edition:** 100, 25 AP, 3 PP, 25 TP, signed and
numbered in pencil lower left; some TP have
diamond dust. Some prints are also signed by
Jane Fonda. (See IIB.268, p. 186.) Published to
raise funds for the Tom Hayden campaign for
California state assemblyman.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Friends of Tom Hayden,
Santa Monica, California



II.269

**II.269: DOUBLE MICKEY MOUSE 1981**
Screenprint on Arches 88 paper, 30½ x 43" (77.5 x 109.2 cm).
**Edition:** 25 signed and numbered in pencil on verso; some have
diamond dust. Each print is unique. (See IIA.269, p. 174.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



II.269A

**II.269A: THE SHADOW 1981**
Screenprint on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm).
**Edition:** 32 signed and numbered in pencil on verso by the
executor of The Estate of Andy Warhol on a stamped certificate
of authenticity; some have diamond dust. Each print is unique.
(See IIA.269A, p. 174.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York






## II.270–273: GOETHE 1982

Portfolio of four screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).

**Edition:** 100, 5 PP, 2 EP, 6 HC (three of which are numbered in
Roman numerals), signed and numbered in pencil lower right,
except II.272–lower left. There are 22 AP signed and numbered
in pencil lower right and 15 TP signed and numbered in pencil
lower left. (See IIB.270–273, p. 187.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Editions Schellmann & Klüser, Munich, Germany/
New York; Denise René/Hans Mayer, Düsseldorf, Germany

  

II.274-279

  

**II.274-279: $ (1) 1982**
Portfolio of six screenprints on Lenox Museum
Board, 19 ¾ x 15 ⅝" (50.2 x 39.7 cm).
**Edition:** 60, 10 AP, 3 PP, 15 TP, signed and
numbered in pencil. Portfolios are assembled in
mixed variations. Each print is unique.
(See IIA.274-279, p. 175.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.280

**II.280: $ (1) 1982**
Screenprint on Lenox Museum Board,
20 x 16" (50.8 x 40.6 cm).
**Edition:** 25 signed and numbered in pencil.
Each print is unique. (See IIA.280, p. 175.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York

 

II.281-282

**II.281-282: $ (4) 1982**
Portfolio of two screenprints on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 35, 10 AP, 2 PP, signed and numbered in
pencil. Portfolios are assembled in mixed variations
Each print is unique. (See IIA.281-282, p. 176.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York





II.283-284

**II.283-284: $ (QUADRANT) 1982**
Portfolio of two screenprints on Lenox
Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 60, 10 AP, 3 PP, signed and
numbered in pencil. Each print is unique.
(See IIA.283-284, p. 176.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York





II.285-286

**II.285-286: $ (9) 1982**
Portfolio of two screenprints on Lenox
Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 35, 10 AP, 2 PP, signed and
numbered in pencil. Portfolios are assembled
in mixed variations. Each print is unique.
(See IIA.285-286, p. 177.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.287

**II.287: ERIC EMERSON (CHELSEA GIRLS) 1982**
Screenprint on Somerset Satin White paper,
30 x 22" (76.2 x 55.9 cm); image, 19 x 13" (48.3 x 33 cm).
[Not shown to scale.]
**Edition:** 75, 13 AP, 24 HC, signed and numbered in pencil
lower right. Published in *A Portfolio of Thirteen Prints*,
containing works by thirteen artists, to commemorate the
conversion of New York City's Second Avenue Court House
into the new home of Anthology Film Archives, the first
museum dedicated to avant-garde film and video.
**Printer:** Porter-Wiener Studio, New York
**Publisher:** Anthology Film Archives, New York



II.288

**II.288: WATERCOLOR PAINT KIT WITH BRUSHES 1982**
Offset lithograph on Carnival Felt Cover, 9 x 12"
(22.9 x 30.5 cm). [Not shown to scale.]
**Edition:** 500, 75 AP, 5 PP, signed in felt pen lower right
and numbered in pencil lower left. Published to raise funds
for the New York Association for the Blind.
**Printer:** Kordett Color Graphics and Rupert Jasen Smith,
New York
**Publisher:** The New York Association for the Blind



II.289

**II.289: COMMITTEE 2000 1982**
Screenprint on Lenox Museum Board, 30 x 20"
(76.2 x 50.8 cm). [Not shown to scale.]
**Edition:** 2,000, 200 AP, 25 PP, 50 HC, 5 TP which are the
same as the edition, signed and numbered in pencil lo
right. Published to raise funds for the Committee 2000
which works on projects to commemorate the year 200
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Committee 2000, Munich, Germany



II.290

**II.290: BROOKLYN BRIDGE 1983**

Screenprint on Lenox Museum Board, 39¼ x 39¼" (99.7 x 99.7 cm).
**Edition:** 200, 20 AP, 5 PP, 10 HC, signed vertically in pencil and numbered in pencil lower left; prints numbered
*176/200–200/200* signed horizontally in pencil lower left. There are 25 TP signed and numbered in pencil
lower left. (See IIB.290, p. 188.) Published to commemorate the 100th anniversary of the Brooklyn Bridge.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** The 1983 Brooklyn Bridge Centennial Commission, Inc., New York



II.291



II.292

**II.291–292: ALEXANDER THE GREAT 1982**

Portfolio of two screenprints on Lenox Museum Board, 39½ x 39½" (100.3 x 100.3 cm).
**Edition:** 25, 5 AP, 1 PP, signed and numbered in pencil lower right. There are the following individual
TP not in portfolios signed and numbered in pencil lower right: 65 TP, 40 x 40" (101.6 x 101.6 cm);
15 TP, 39½ x 39½" (100.3 x 100.3 cm); 8 TP numbered in Roman numerals, 40 x 32" (101.6 x 81.3 cm);
5 TPAP, 40 x 40" (101.6 x 101.6 cm). (See IIB.291–292, p. 188.) Published in cooperation with
the Hellenic Heritage Foundation to coincide with "The Search for Alexander" exhibition at the
Metropolitan Museum of Art, New York, October 27, 1982–January 3, 1983.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Alexander Iolas, New York



II.293: AFRICAN ELEPHANT



II.294: PINE BARRENS TREE FROG



II.295: GIANT PANDA

II.296: BALD EAGLE

**II.293–302: ENDANGERED SPECIES 1983**
Portfolio of ten screenprints on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm).
**Edition:** 150, 30 AP, 5 PP, 5 EP, 3 HC, 10 numbered in Roman numerals, 1 BAT,
30 TP, signed and numbered in pencil as follows: *African Elephant, San
Francisco Silverspot, Orangutan*–lower right; *Pine Barrens Tree Frog, Giant
Panda, Bald Eagle, Siberian Tiger, Black Rhinoceros*–lower left; *Grevy's Zebra,
Bighorn Ram*–lower center. The TP of *Grevy's Zebra* are signed and numbered
in pencil lower left; *Giant Panda*–lower right; *San Francisco Silverspot*–verso.
(See IIB.293–302, pp. 189–91.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



297: SIBERIAN TIGER



II.298: SAN FRANCISCO SILVERSPOT



299: ORANGUTAN



II.300: GREVY'S ZEBRA



301: BLACK RHINOCEROS



II.302: BIGHORN RAM



II.303

**II.303: SPEED SKATER 1983**

Screenprint on Arches 88 paper, 33½ x 25½" (85.1 x 64.8 cm).
**Edition:** 150, 10 AP, 2 PP, signed and numbered in Roman numerals in pencil lower right.
There is a Deluxe Edition on Arches Aquarelle (Cold Pressed) paper, 33⅜ x 24⅛" (84.8 x 61.3 cm).
**Deluxe Edition:** 50, 10 AP, 2 PP, signed and numbered in pencil lower right. There are the following TP for both editions signed and numbered in pencil lower right: 15 TP on Arches Aquarelle (Cold Pressed) paper and Arches 88 paper, 34⅛ x 24½" (86.7 x 62.2 cm); 15 TP lettered *TP A/O–O/O* on Arches Aquarelle (Cold Pressed) paper and Arches 88 paper, 40⅝ x 26" (103.2 x 66 cm); 6 TP numbered in Roman numerals on Arches 88 paper, 40⅝ x 29¼" (103.2 x 74.3 cm). (See IIB.303, p. 192.) Published in the portfolio *Art and Sports*, containing works by seventeen artists, the official art portfolio of the XIV Olympic Winter Games in Sarajevo, Yugoslavia.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Visconti Art Spectrum, Vienna, Austria



II.304

**II.304: SIDEWALK 1983**

Screenprint on Dutch Etching paper, 29 x 42" (73.7 x 106.7 cm).
**Edition:** 250, 30 AP, 6 PP, 15 HC, 45 TP, 3 TPPP, signed and numbered in pencil lower left. The TP and TPPP prints are on Dutch Etching paper, 30 x 44½" (76.2 x 113 cm). Some TP have diamond dust and are signed and numbered in pencil on verso. (See IIB.304, p. 192.) Published in the portfolio *Eight by Eight to Celebrate the Temporary Contemporary*, containing works by eight artists, to raise funds for this new museum in Los Angeles, California.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** The Museum of Contemporary Art, Los Angeles, California