

II.304A

**II.304A: MAGAZINE AND HISTORY 1983**
Screenprint and offset lithograph on Rives paper, 33½ x 27½" (85.1 x 69.8 cm).
**Edition:** 500, approximately 8 HC, signed in pencil lower right and numbered
in pencil lower left. Published as a corporate gift.
**Printer:** Dr. Cantz'sche Druckerei and Frank Kicherer, Stuttgart, Germany
**Publisher:** Burda Verlag, Munich, Germany



II.305



II.306

**II.305: GRACE KELLY 1984**
Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 225, 30 AP, 8 PP, 2 HC, 50 numbered in Roman numerals,
20 TP, signed and numbered in pencil lower right. (See IIB.305,
p. 193.) Published to raise funds for the Institute of Contemporary
Art in Philadelphia, Pennsylvania.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Institute of Contemporary Art, University of
Pennsylvania, Philadelphia, Pennsylvania, with the consent
of the Princess Grace Foundation (USA), New York

**II.306: WAYNE GRETZKY #99 1984**
Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 300, 50 AP, 6 PP which are trial proof variations, signed
and numbered in pencil lower left. Some prints are also signed
by Wayne Gretzky. There are 46 TP signed and numbered in pencil
on verso by the executor of The Estate of Andy Warhol on
a stamped certificate of authenticity. (See IIB.306, p. 193.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Frans Wynans, Vancouver, Canada

  

II.307          II.308          II.309

**II.307–309: KIKU 1983**

Portfolio of three screenprints on Rives BFK paper, 19⅝ x 26"
(49.8 x 66 cm). [Not shown to scale.]
**Edition:** 300, 30 AP, 3 PP, 5 EP, signed and numbered in pencil lower left,
except II.309 signed in pencil lower right and numbered in pencil lower
left. There are 18 HC for II.307 signed and numbered in pencil lower left;
15 HC for II.308 signed and numbered in pencil lower left; and 17 HC for
II.309 signed in pencil lower left and lower right and numbered lower left.
**Printer:** Rupert Jasen Smith, New York; Ryoichi Ishida, Tokyo, Japan
**Publisher:** Gendai Hanga Center, Tokyo, Japan

  

II.310          II.311          II.312

**II.310–312: LOVE 1983**

Portfolio of three screenprints on Rives BFK paper, 26 x 19⅝"
(66 x 49.8 cm). [Not shown to scale.]
**Edition:** 100, 10 AP, 2 PP, 5 EP, signed and numbered in pencil lower left.
There are 16 HC for II.310, 7 HC for II.311, 17 HC for II.312 signed and numbered
in pencil lower left.
**Printer:** Rupert Jasen Smith, New York; Ryoichi Ishida, Tokyo, Japan
**Publisher:** Form K. K., Tokyo, Japan



I.313: HERSELF



II.314: THE NUN



I.315: WITH HAT

**I.313–315: INGRID BERGMAN 1983**

ortfolio of three screenprints on Lenox Museum Board,
8 x 38" (96.5 x 96.5 cm).
dition: 250, 20 AP, 5 PP, 30 HC, 30 TP, signed and
umbered in pencil lower right. (See IIB.313–315, p. 194.)
rinter: Rupert Jasen Smith, New York
ublisher: Galerie Börjeson, Malmö, Sweden



II.316A

**II.316A: DETAILS OF RENAISSANCE PAINTINGS
(PIERO DELLA FRANCESCA, *MADONNA DEL DUCA
DA MONTEFELTRO*, CIRCA 1472) 1984**
Screenprint on Arches Aquarelle (Cold Pressed) paper, 32 x 44"
(81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 36 TP signed and numbered in pencil lower left.
Each print is unique. (See II.316–319.) (See IIB.316A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.316



II.317



II.318



II.319

**II.316–319: DETAILS OF RENAISSANCE PAINTINGS
(SANDRO BOTTICELLI, *BIRTH OF VENUS*, 1482) 1984**
Portfolio of four screenprints on Arches Aquarelle (Cold Pressed) paper,
32 x 44" (81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 70, 18 AP, 5 PP, 5 HC, signed and numbered in pencil lower left.
There are 36 TP portfolios, signed and numbered in pencil lower left,
containing II.316A and one image from each of the *Details* portfolios
(II.316–319, II.320–323, II.324–327). There are several TP of *Birth of Venus*
on Arches 88 paper, 29½ x 41" (74.9 x 104.1 cm). (See IIB.316 A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany / New York



II.320



II.321



II.322



II.323

**II.320–323: DETAILS OF RENAISSANCE PAINTINGS
(LEONARDO DA VINCI, *THE ANNUNCIATION*, 1472) 1984**
Portfolio of four screenprints on Arches Aquarelle (Cold Pressed) paper,
32 x 44" (81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 60, 15 AP, 5 PP, 4 HC, signed and numbered in pencil lower left.
There are 36 TP portfolios as described in II.316–319. (See IIB.316A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.324



II.325



II.326



II.327

**II.324–327: DETAILS OF RENAISSANCE PAINTINGS**
**(PAOLO UCCELLO, *ST. GEORGE AND THE DRAGON*, 1460) 1984**
Portfolio of four screenprints on Arches Aquarelle (Cold Pressed) paper,
32 x 44" (81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 50, 12 AP, 5 PP, 4 HC, signed and numbered in pencil lower left.
There are 36 TP portfolios as described in II.316–319. (See IIB.316A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.328



II.329

**II.328: FREDERICK WEISMAN 1984**
Screenprint on Arches Aquarelle paper,
44 x 28¼" (111.8 x 73 cm).
**Edition:** 24 signed and numbered in pencil lower
right. The prints, divided into four editions, have
different halftones; they are numbered as follow
*1/12–12/12* (black halftone), *1/4–4/4* (dark metal
lic green halftone), *1/4–4/4* (purple halftone),
*1/4–4/4* (ultra-blue halftone).
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York

**II.329: VIEWPOINT 1984**
Lithograph on Arches paper,
40 x 30" (101.6 x 76.2 cm).
**Edition:** 21 signed in pencil lower right
and numbered in pencil lower left.
**Printer:** Atelier Ettinger, New York
**Publisher:** Trans Atlantic Consultants, Inc.,
New York



II.329A

**II.329A: JEAN COCTEAU 1985**
Screenprint on paper, 38½ x 32" (97.8 x 81.3 cm).
**Edition:** 250 signed in pencil lower right and
numbered in pencil lower left. Commissioned
to commemorate the opening of The Severin
Wunderman Foundation in Irvine, California,
dedicated to the collection of Jean Cocteau
memorabilia.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York

   

II.330          II.331          II.332          II.333

**II.330–333: SAINT APOLLONIA 1984**

Portfolio of four screenprints on Essex Offset Kid
Finish paper, 30 x 22" (76.2 x 55.9 cm).
**Edition:** 250, 35 AP, 8 PP, 80 individual TP not in portfolios,
20 individual TP not in portfolios numbered in Roman numerals,
signed and numbered in pencil lower left. The prints *TP 1/80–
29/80* are on Arches 88 paper with the image reversed, 43 x 30½"
(109.2 x 77.5 cm), image, 30 x 22" (76.2 x 55.9 cm); *TP 30/80–
80/80* and *TP I/XX–XX/XX* are on Essex Offset Kid Finish paper,
35 x 23" (88.9 x 58.4 cm); image, 30 x 22" (76.2 x 55.9 cm).
(See II8.330–333, p. 196.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Dr. Frank Braun, Düsseldorf, Germany



II.334: QUEEN ELIZABETH II OF THE UNITED KINGDOM



II.335



II.336



II.337

THIS SPREAD AND FOLLOWING SPREAD

## II.334–349: REIGNING QUEENS 1985

Portfolio of sixteen screenprints on Lenox Museum Board,
39 ⅓ x 31½" (100 x 80 cm).

**Edition:** 40, 10 AP, 5 PP, 3 HC, 30 TP containing only one image of each queen, signed and numbered in pencil as follows: *Queen Elizabeth II, Queen Beatrix*–lower right; *Queen Margrethe II, Queen Ntombi Twala*–lower left. The color block screen placement of the AP of *Queen Beatrix* (II.338, II.340, II.341) differs from the other edition prints. (See IIB.334–349, p. 197.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** George C. P. Mulder, Amsterdam, The Netherlands



II.338: QUEEN BEATRIX OF THE NETHERLANDS



II.339



II.340



II.341

NOT ILLUSTRATED

## II.334A–349A: REIGNING QUEENS (ROYAL EDITION) 1985

Portfolio of sixteen screenprints on Lenox Museum Board with diamond dust, 39⅜" x 31½" (100 x 80 cm).

**Edition:** 30, 5 AP, 2 PP, 2 HC, signed and numbered in pencil as follows: *Queen Elizabeth II, Queen Beatrix*–lower right; *Queen Margrethe II, Queen Ntombi Twala*–lower left. *R* is marked before each number–e.g., *R 1/30, RAP 1/5, RPP 1/2, RHC 1/2*. The color block screen placement of the AP of *Queen Beatrix* (II.338, II.340, II.341) differs from the other edition prints.

**Printer:** Rupert Jasen Smith, New York
**Publisher:** George C. P. Mulder, Amsterdam, The Netherlands



II.342: QUEEN MARGRETHE II OF DENMARK



II.343



II.344



II.345



II.346: QUEEN NTOMBI TWALA OF SWAZILAND



II.347



.348



II.349



II.350: MOBIL



II.351: BLACKGLAMA (JUDY GARLAND)



II.352: PARAMOUNT



II.353: LIFE SAVERS

**II.350–359: ADS 1985**

Portfolio of ten screenprints on Lenox Museum Board, 38 x 38"
(96.5 x 96.5 cm).

**Edition:** 190, 30 AP, 5 PP, 5 EP, 10 HC, 10 numbered in Roman numerals,
1 BAT, 30 TP, signed and numbered in pencil as follows: *Rebel Without
a Cause (James Dean), Van Heusen (Ronald Reagan), Volkswagen,
Apple*–lower right; *Mobil, Blackglama (Judy Garland), Paramount, Life
Savers, Chanel, The New Spirit (Donald Duck)*–lower left. (See IIB.350–
359, pp. 198–200.)

**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York

ANDY WARHOL PRINT



II.354: CHANEL



II.355: REBEL WITHOUT A CAUSE (JAMES DEAN)



II.356: VAN HEUSEN (RONALD REAGAN)



II.357: THE NEW SPIRIT (DONALD DUCK)



II.358: VOLKSWAGEN



II.359: APPLE



**II.360:** 

**II.360: ANNIVERSARY DONALD DUCK 1985**
Screenprint on Arches 88 paper, 30½ x 43" (77.5 x 109.2 cm).
**Edition:** 30 signed and numbered in pencil lower left.
Each print is unique. (See IIA.360, p. 177.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



**II.360A**

**II.360A: TURTLE 1985**
Screenprint on Lenox Museum Board, 31½ x 39⅜" (80 x 100 cm).
**Edition:** 250, 50 AP, 10 PP, 2 BAT, 10 TP, signed and numbered
in pencil lower right. (See IIB.360A, p. 201.) Published to coincide
with the 1985 film *Turtle Diary* written by Harold Pinter.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** CBS, Inc., Los Angeles, California



**II.360B**

**II.360B: PETE ROSE 1985**
Screenprint on Lenox Museum Board, 39⅜ x 31½" (100 x 80 cm).
**Edition:** 50, 14 AP numbered in Roman numerals, 8 PP, 30 TP, 4 Progressive
Proofs, 1 Final Proof/Right to Print, signed and numbered in pencil lower right.
(See IIB.360B, p. 201.) Published by the Cincinnati Art Museum through Carl
Solway Gallery, Inc., in Cincinnati, Ohio, with the authorization of Pete Rose
Enterprises, Inc., to raise funds for the museum.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Cincinnati Art Museum, Cincinnati, Ohio



II.361



II.362



II.363



II.364

**II.361−364: COLOGNE CATHEDRAL 1985**
Portfolio of four screenprints with diamond dust on
Lenox Museum Board, 39¾ x 31½" (100 x 80 cm).
**Edition:** 60, 15 AP, 6 PP, 15 HC, signed in pencil vertically lower
right and numbered in pencil lower right. There are 80 individual
TP not in portfolios signed in pencil vertically lower right and
unnumbered. (See IIB.361−364, p. 201.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Hermann Wünsche, Bonn, Germany



II.365



II.366

**II.365: VESUVIUS 1985**
Screenprint on Arches 88 paper, 31½ x 39⅜" (80 x 100 cm).
**Edition:** 250, 50 AP, 10 PP, signed and numbered in pencil
lower right. There are 57 TP signed in pencil lower right
and unnumbered. (See IIB.365, p. 202.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Fondazione Amelio, Naples, Italy

**II.366: FROLUNDA HOCKEY PLAYER 1986**
Screenprint on Lenox Museum Board,
39⅜ x 31½" (100 x 80 cm).
**Edition:** 100, 20 AP, 5 PP, signed and numbered
in pencil lower left. There are 14 TP numbered as
follows: TP 1/14–3/14, 39⅜ x 39⅜" (100 x 100 cm);
TP 4/14–14/14, 39⅜ x 31½" (100 x 80 cm). They
are signed and numbered in pencil on verso by
the executor of The Estate of Andy Warhol on a
stamped certificate of authenticity. TP 1/14–3/14
also have a stamped Warhol signature on verso.
(See IIB.366, p. 202.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Art Now Gallery, Göteborg, Sweden



II.367



II.368



II.369



II.370

**II.367–370: TRUCK 1985**

Portfolio of four screenprints on Lenox Museum Board,
39¼ x 39¼" (100 x 100 cm).
**Edition:** 60, 15 AP, 10 PP, 15 HC, 5 numbered in Roman numerals,
signed and numbered in pencil lower right. There are the following
73 individual TP not in portfolios signed in pencil lower right and
unnumbered: 30 TP, 40¼ x 40¼" (100.2 x 100.2 cm); 30 TP, 39¼ x
39¼" (100 x 100 cm); 13 TP, 32 x 40" (81.3 x 101.6 cm). (See IIB.367–
370, p. 202.) Published in cooperation with the Bundesverband des
Deutschen Güterfernverkehrs to commemorate the XXth World
Congress of the International Road Transport Union.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Hermann Wünsche, Bonn, Germany



II.371



II.372

**II.371: JOSEPH BEUYS IN MEMORIAM 1986**
Screenprint on Arches 88 paper, 32 x 24" (81.3 x 61 cm).
**Edition:** 90, 20 AP, 5 PP, 5 HC, 30 numbered in Roman
numerals, signed and numbered in pencil lower left.
There are 26 TP signed in pencil and unnumbered;
some are on Arches 88 paper, 41 x 29½" (104.1 x 74.9
cm). (See IIB.371, p. 203.) Published in the portfolio
*for Joseph Beuys*, containing works by thirty artists,
as a *hommage* to Joseph Beuys after his death in 1986.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Galerie Bernd Klüser, Munich, Germany;
Editions Schellmann, Munich, Germany/New York

**II.372: NEUSCHWANSTEIN 1987**
Screenprint on Arches 88 paper, 33½ x 23⅝"
(85.1 x 60 cm).
**Edition:** 100, 25 AP, 5 PP, 10 HC, signed and numbered
in pencil lower left. There are 25 TP signed in pencil
lower left and unnumbered on Arches 88 paper,
43 x 30½" (109.2 x 77.5 cm). (See IIB.372, p. 203.) Pub-
lished to commemorate the 100th anniversary of the
Bavarian Reinsurance Company, Munich, Germany.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann, Munich,
Germany/New York; Sabine Knust, Munich, Germany



11.373: WAR BONNET INDIAN



11.374: BUFFALO NICKEL



11.375: ACTION PICTURE



11.376: SITTING BULL

**11.373–376: COWBOYS AND INDIANS 1986**
Screenprints on Lenox Museum Board, 36 x 36" (91.4 x 91.4 cm).
**Edition:** 36 TP of each print signed and numbered in pencil
as follows: *War Bonnet Indian, Action Picture*–lower left;
*Buffalo Nickel, Sitting Bull*–lower right. Each print is unique.
(See 11.377–386.) (See 11B.373–386, pp. 204–07.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Gaultney, Klineman Art, Inc., New York