

II.377: JOHN WAYNE



II.378: ANNIE OAKLEY



II.379: GENERAL CUSTER



II.380: NORTHWEST COAST MASK

**II.377–386: COWBOYS AND INDIANS 1986**
Portfolio of ten screenprints on Lenox Museum Board, 36 x 36"
(91.4 x 91.4 cm).
**Edition:** 250, 50 AP, 15 PP, 15 HC, 10 numbered in Roman numerals, signed
and numbered in pencil as follows: *Annie Oakley, General Custer, Kachina
Dolls, Plains Indian Shield, Mother and Child, Geronimo, Indian Head Nickel*–
lower left; *John Wayne, Northwest Coast Mask, Teddy Roosevelt*–lower
right. Some *John Wayne* prints are unique and dated and marked *unique*
on verso. There are 36 TP, signed and numbered in pencil, containing the
following four additional prints: *War Bonnet Indian, Buffalo Nickel, Action
Picture*, and *Sitting Bull*. (See II.373–376.) The TP of *Kachina Dolls* are
signed and numbered in pencil lower right. (See IIB.373–386, pp. 204–07.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Gaultney, Klineman Art, Inc., New York

ANDY WARHOL PRINT



II.381: KACHINA DOLLS





II.382: PLAINS INDIAN SHIELD



II.383: MOTHER AND CHILD



II.384: GERONIMO



II.385: INDIAN HEAD NICKEL



II.386: TEDDY ROOSEVELT



II.387: SATYRIC FESTIVAL SONG



II.388: LAMENTATION



II.389: LETTER TO THE WORLD (THE KICK)

**II.387–389: MARTHA GRAHAM 1986**

Portfolio of three screenprints on Lenox Museum Board,
36 x 36" (91.4 x 91.4 cm).
**Edition:** 100, 25 AP, 5 PP, 10 HC, 25 numbered in Roman numer-
als, signed and numbered in pencil on verso. Published to
commemorate the sixtieth anniversary of the Martha Graham
Center of Contemporary Dance, Inc., New York.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Martha Graham Center of Contemporary Dance, Inc.,
New York



II.390



II.391



II.392



II.393

**II.390–393: BEETHOVEN 1987**

Portfolio of four screenprints on Lenox Museum Board,
40 x 40" (101.6 x 101.6 cm).
**Edition:** 60, 15 AP, 10 PP, 20 numbered in Roman numerals,
72 individual TP not in portfolios, numbered in pencil and
signed in pencil on verso by the executor of The Estate of
Andy Warhol, the publisher, and the printer on a stamped
certificate of authenticity. (See IIB.390–393, p. 208.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Hermann Wünsche, Bonn, Germany



11.394



11.395



11.396



11.397

**11.394–397: HANS CHRISTIAN ANDERSEN 1987**
Portfolio of four screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 25, 8 AP, 3 PP, 5 HC, numbered in pencil and signed
in pencil on verso by the executor of The Estate of Andy Warhol,
the publisher, and the printer on a stamped certificate of
authenticity. There are 36 TP for II.394–397 and II.398–401
signed and numbered in pencil as noted above. (See IIB.394–397,
IIB.398–401, p. 209.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Art Expo Danmark, Odense, Denmark









**II.398–401: HANS CHRISTIAN ANDERSEN 1987**

Portfolio of four screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 25, 8 AP, 3 PP, 5 HC, numbered in pencil and signed
in pencil on verso by the executor of The Estate of Andy Warhol,
the publisher, and the printer on a stamped certificate of
authenticity. There are 36 TP for II.394–397 and II.398–401
signed and numbered in pencil as noted above. (See IIB.394–397,
IIB.398–401, p. 209.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Art Expo Danmark, Odense, Denmark



II.402



II.403

**II.402: LENIN 1987**

Screenprint on Arches 88 paper, 39⅜ x 29½ "
(100 x 74.9 cm).

**Edition:** 120, 24 AP, 6 PP, 10 HC, signed and num-
bered in pencil lower left. There are 46 TP for
II.402 and II.403 signed and numbered in pencil
lower left. (See IIB.402, IIB.403, p. 210.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Galerie Bernd Klüser, Munich, Germany

**II.403: RED LENIN 1987**

Screenprint on Arches 88 paper, 39⅜ x 29½"
(100 x 74.9 cm).

**Edition:** 120, 24 AP, 6 PP, 10 HC, numbered in pencil
and signed in pencil on verso by the executor of
The Estate of Andy Warhol on a stamped certificate
of authenticity. There are 46 TP for II.402 and
II.403 signed and numbered in pencil lower left.
(See IIB.402, IIB.403, p. 210.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Andy Warhol, New York



II.404



II.405

### II.404–405: MOONWALK 1987

Portfolio of two screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 160, 31 AP, 5 PP, 5 EP, 66 individual TP not in portfolios,
signed with a printed signature and numbered in pencil lower
right. The prints are also numbered in pencil and signed in
pencil on verso by the executor of The Estate of Andy Warhol,
the publisher, and the printer on a stamped certificate of
authenticity. (See IIB.404–405, p. 210.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



**II.406–413: CAMOUFLAGE 1987**
Portfolio of eight screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 80, 3 PP, 1 EP, 84 individual TP not in portfolios, signed
and numbered in pencil on verso by the executor of The Estate
of Andy Warhol on a stamped certificate of authenticity.
(See IIB.406–413, p. 210.) The colors are not accurately
reproduced since they are fluorescent.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.410



II.411



II.412



II.413

# UNIQUE EDITION PRINTS





**IIA.2: $1.57 GIANT SIZE 1963**
Screenprint on coated record cover stock,
12¼ x 12¼" (31.1 x 31.1 cm). [Not shown to scale.]
**Edition:** 75 signed and numbered in pen on verso;
10 HC, signed in pen on verso, marked *HC* and
unnumbered. Each print is unique. (See II.2, p. 58.)



**IIA.89: MAO 1973**
Xerox print on typewriter paper,
11 x 8½" (27.9 x 21.6 cm). [Not shown to scale.]
**Edition:** 300, 25 AP, 31 PP, 6 HC, signed and numbered in ball-
point pen on verso. Each print is unique. (See II.89, p. 80.)



IIA.85–88 19/40

IIA.85–88 20/40

**IIA.85–88: SUNSET 1972**

Screenprint on paper, 34 x 34" (86.4 x 86.4 cm).
**Edition:** 632 prints divided as follows: 40 portfolios containing
four prints each, signed and numbered in pencil on verso; 472 prints,
signed, numbered 1/470–470/470, and dated in pencil on verso,
and two are marked *HC*; they are stamped in black on verso *Hotel
Marquette Prints.* Each print is unique. (See II.85–88, p. 81.)



IIA.110 AP 38/50

IIA.111 AP 38/50

IIA.112 AP 38/50

IIA.113 AP 38/50

IIA.114 AP 38/50

IIA.115 AP 38/50

IIA.116 AP 38/50

IIA.117 AP 38/50

IIA.118 AP 38/50

IIA.119 AP 38/50

**IIA.110–119: FLOWERS (HAND-COLORED) 1974**
Portfolio of ten screenprints hand-colored with Dr. Martin's
analine watercolor dyes on Arches paper and J. Green paper,
40 1/8 x 27 1/4" (103.8 x 69.2 cm). Some portfolios are assembled
with both types of paper.
**Edition:** 250, 50 AP, signed, numbered, and dated '74 in pencil
on verso, initialled in pencil lower right. Each print is unique.
(See II.110–119, pp. 86–87.)



IIA.110 AP 39/50

IIA.111 AP 39/50

IIA.112 AP 39/50

IIA.113 AP 39/50

IIA.114 AP 39/50

IIA.115 AP 39/50

IIA.116 AP 39/50

IIA.117 AP 39/50

IIA.118 AP 39/50

IIA.119 AP 39/50



IIA.186 14/20

IIA.187 14/20

IIA.188 14/20

IIA.189 14/20

IIA.186 AP 5/5

IIA.187 AP 5/5

IIA.188 AP 5/5

IIA.189 AP 5/5

**IIA.186–189: GEMS 1978**
Portfolio of four screenprints on Strathmore Bristol paper,
30 x 40" (76.2 x 101.6 cm).
**Edition:** 20, 5 AP, 1 PP, 2 PP numbered in Roman numerals,
signed and numbered in felt pen lower left, except IIA.189 –
lower center. Prints IIA.186, IIA.187, IIA.188 are all unique;
IIA.189 are all the same. Portfolios are assembled in mixed
variations. (See II.186 – 189, p. 103.)



IIA.190A SE 2/10  IIA.191A SE 2/10  IIA.190A SE 5/10  IIA.191A SE 5/10

IIA.192A SE 2/10  IIA.193A SE 2/10  IIA.192A SE 5/10  IIA.193A SE 5/10

IIA.194A SE 2/10  IIA.195A SE 2/10  IIA.194A SE 5/10  IIA.195A SE 5/10

**IIA.190A–195A: GRAPES (SPECIAL EDITION) 1979**
Portfolio of six screenprints on Strathmore Bristol paper,
40 x 30" (101.6 x 76.2 cm).
**Edition:** 10, 1 PP, signed and numbered in felt pen as follows:
IIA.190A, IIA.193A, IIA.194A–lower right; IIA.191A, IIA.192A, II.195A–
lower left. *SE* is marked before each number–e.g., *SE 1/10, SEPP 1/1.*
Each print is unique. (See II.190A–195A, p. 105.)



IIA.204–209 12/15

IIA.204–209 15/15

**IIA.204–209: SHADOWS I 1979**

Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 15, 2 AP, 1 PP, 1 HC, signed and numbered
in pencil on verso. Portfolios are assembled in mixed
variations. Each print is unique. (See II.204–209, p. 108.)



IIA.210–215 4/10                    IIA.210–215 AP 2/2

**IIA.210–215: SHADOWS II 1979**
Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 10, 2 AP, signed and numbered in pencil on
verso. Portfolios are assembled in mixed variations.
Each print is unique. (See II.210–215, p. 109.)



**IIA.216−221: SHADOWS III 1979**
Portfolio of six screenprints with diamond dust
on Arches 88 paper, 30½ x 43" (77.5 x 109.2 cm).
**Edition:** 3 signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations.
Each print is unique. (See II.216−221, p. 110.)



IIA.222−223 1/10

IIA.224−225 1/10

IIA.222−223 3/10

IIA.224−225 3/10

**IIA.222−223: SHADOWS IV 1979**

Portfolio of two screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 10 signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations. Each
print is unique. (See II.222−223, p. 111.)

**IIA.224−225: SHADOWS V 1979**

Portfolio of two screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 10, 1 PP, 6 HC, signed and numbered in pencil
on verso. Portfolios are assembled in mixed variations.
Each print is unique. (See II.224−225, p. 111.)