# EXHIBIT E

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation
## or Section 4947(a)(1) Nonexempt Charitable Trust
## Treated as a Private Foundation
Note: *The organization may be able to use a copy of this return to satisfy state reporting requirements.*

OMB No. 1545-0052

**1997**

For calendar year 1997, or tax year beginning  05/01 , 1997, and ending  04/30 , 19 98

| Name of organization | A Employer Identification number |
|---|---|
| THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC | 13-3410749 |

Use the IRS label. Otherwise, please print or type. See Specific Instructions.

Number and street (or P.O. box number if mail is not delivered to street address)   Room/suite
65 BLEECKER STREET   7TH FLOOR

B State registration number (see Instruction F)
041047

City or town, state, and ZIP + 4
NEW YORK, NY 10012

C If exemption application is pending, check here ▶ ☐

D 1. Foreign organizations, check here ▶ ☐
   2. Organizations meeting the 85% test, check here and attach computation ▶ ☐

H Check type of organization:  [X] Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust  ☐ Other taxable private foundation

E If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

I Fair market value of assets at end of year (from Part II, col. (c), line 16) ▶ 119,424,148.

J Accounting method:  ☐ Cash  ☐ Accrual
[X] Other (specify) MODIFIED
(Part I, column (d) must be on cash basis.)

F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

G If address changed, check here ▶ ☐

**Part I** Analysis of Revenue and Expenses *(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see page 9 of the instructions.))*

| | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|
| 1 Contributions, gifts, grants, etc., received (attach schedule) | | | | |
| 2 Contributions from split-interest trusts | | | | |
| 3 Interest on savings and temporary cash investments | 16,699. | 16,699. | | STMT 1 |
| 4 Dividends and interest from securities | 1,007,957. | 1,007,957. | | STMT 2 |
| 5a Gross rents | | | | |
| b (Net rental income or (loss) ........) | | | | |
| 6 Net gain or (loss) from sale of assets not on line 10 | 15,237,151. | | | |
| 7 Capital gain net income (from Part IV, line 2) | | 403,427. | | |
| 8 Net short-term capital gain | | | | |
| 9 Income modifications | | | | |
| 10a Gross sales less returns and allowances | | | | |
| b Less: Cost of goods sold | | | | |
| c Gross profit or (loss) (attach schedule) | | | | |
| 11 Other income (attach schedule) STMT 3 | 760,576. | 750,576. | | |
| 12 Total. Add lines 1 through 11 | 17,022,383. | 2,178,659. | | |
| 13 Compensation of officers, directors, trustees, etc. | 494,628. | 19,834. | | 474,794. |
| 14 Other employee salaries and wages | 1,195,558. | 150,314. | | 1,045,244. |
| 15 Pension plans, employee benefits | 482,252. | 45,512. | | 436,740. |
| 16a Legal fees (attach schedule) STMT 4 | 891,512. | 77,519. | NONE | 813,993. |
| b Accounting fees (attach schedule) STMT 5 | 195,975. | 19,240. | NONE | 176,735. |
| c Other professional fees (attach schedule) STMT 6 | 2,589,467. | 26,824. | | 2,562,643. |
| 17 Interest | | | | |
| 18 Taxes (attach schedule) (see page 12 of the instructions) STMT 7 | 150,673. | 11,545. | | 110,888. |
| 19 Depreciation (attach schedule) and depletion | | | | |
| 20 Occupancy | 123,474. | 11,289. | | 112,185. |
| 21 Travel, conferences, and meetings | 89,961. | 5,815. | | 84,146. |
| 22 Printing and publications | | | | |
| 23 Other expenses (attach schedule) STMT 9 | 1,404,125. | 75,492. | | 1,328,633. |
| 24 Total operating and administrative expenses. Add lines 13 through 23 | 7,617,625. | 443,384. | NONE | 7,146,001. |
| 25 Contributions, gifts, grants paid | 9,577,397. | | | 8,688,702. |
| 26 Total expenses and disbursements. Add lines 24 and 25 | 17,195,022. | 443,384. | NONE | 15,834,703. |
| 27 Subtract line 26 from line 12: | | | | |
| a Excess of revenue over expenses and disbursements | -172,639. | | | |
| b Net investment income (if negative, enter -0-) | | 1,735,275. | | |
| c Adjusted net income (if negative, enter -0-) | | | | |

JSA For Paperwork Reduction Act Notice, see the instructions.
7E1410 2.000

V707

Form **990-PF** (1997)

3

Form 990-PF (1987)                                                                13-3410749    Page 2

## Part II    Balance Sheets

Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.)

| | | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|
| | **Assets** | | | |
| 1 | Cash - non-interest-bearing | 520,542. | 550. | 550. |
| 2 | Savings and temporary cash investments | | 258,193. | 258,193. |
| 3 | Accounts receivable ▶ _____ 318,250 | | | |
| | Less: allowance for doubtful accounts ▶ _____ | 150,558. | 318,250. | 318,250. |
| 4 | Pledges receivable ▶ _____ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | | | |
| 5 | Grants receivable | | | |
| 6 | Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see page 14 of the instructions) | | | |
| 7 | Other notes and loans receivable (attach schedule) ▶ _____ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | | | |
| 8 | Inventories for sale or use | | | |
| 9 | Prepaid expenses and deferred charges | | | |
| 10a | Investments - U.S. and state government obligations (attach schedule) | | | |
| b | Investments - corporate stock (attach schedule) STMT 10 | 14,469,577. | 31,820,242. | 31,820,242. |
| c | Investments - corporate bonds (attach schedule) | | | |
| 11 | Investments - land, buildings, and equipment basis ▶ _____ Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| 12 | Investments - mortgage loans | | | |
| 13 | Investments - other (attach schedule) | | | |
| 14 | Land, buildings, and equipment basis ▶ _____ Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| 15 | Other assets (describe ▶ _____ STMT 11 _____ ) | 94,974,369. | 81,756,578. | 87,026,913. |
| 16 | Total assets (to be completed by all filers - see page 15 of the instructions) | 110,115,046. | 114,153,813. | 119,424,148. |
| | **Liabilities** | | | |
| 17 | Accounts payable and accrued expenses | | | |
| 18 | Grants payable | 600,000. | 1,463,795. | |
| 19 | Deferred revenue | 424,100. | | |
| 20 | Loans from officers, directors, trustees, and other disqualified persons | | | |
| 21 | Mortgages and other notes payable (attach schedule) | | | |
| 22 | Other liabilities (describe ▶ _____ ) | | | |
| 23 | Total liabilities (add lines 17 through 22) | 1,024,100. | 1,463,795. | |
| | **Net Assets or Fund Balances** Organizations that follow SFAS 117, check here ▶ [X] and complete lines 24 through 26 and lines 30 and 31. | | | |
| 24 | Unrestricted | 109,090,946. | 112,690,018. | |
| 25 | Temporarily restricted | | | |
| 26 | Permanently restricted | | | |
| | Organizations that do not follow SFAS 117, check here and complete lines 27 through 31. ▶ [ ] | | | |
| 27 | Capital stock, trust principal, or current funds | | | |
| 28 | Paid-in or capital surplus, or land, bldg., and equipment fund | | | |
| 29 | Retained earnings, accumulated income, endowment, or other funds | | | |
| 30 | Total net assets or fund balances (see page 16 of the instructions) | 109,090,946. | 112,690,018. | |
| 31 | Total liabilities and net assets/fund balances (see page 16 of the instructions) | 110,115,046. | 114,153,813. | |

## Part III    Analysis of Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | 1 | 109,090,946. |
| 2 | Enter amount from Part I, line 27a | 2 | -172,639. |
| 3 | Other increases not included in line 2 (itemize) ▶ _____ SEE STATEMENT 12 | 3 | 3,771,711. |
| 4 | Add lines 1, 2, and 3 | 4 | 112,690,018. |
| 5 | Decreases not included in line 2 (itemize) ▶ _____ | 5 | |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5) - Part II, column (b), line 30 | 6 | 112,690,018. |

JSA
7E1420 1.000

Form 990-PF (1997)                                                13-3410749 ,    Page **3**

## Part IV Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold, (e.g., real estate, 2-story brick warehouse; or common stock, 200 shs. MLC Co.) | (b) How acquired P-Purchase D-Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| **1a** SEE PART IV SCHEDULE | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

| (e) Gross sales price minus expense of sale | (f) Depreciation allowed (or allowable) | (g) Cost or other basis | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| (i) F.M.V. as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Gains (Col. (h) gain minus col. (k), but not less than -0-) or Losses (from col. (h)) |
|---|---|---|---|
| **a** | | | |
| **b** | | | |
| **c** | | | |
| **d** | | | |
| **e** | | | |

| | | |
|---|---|---|
| **2** Capital gain net income or (net capital loss) . . . . { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 } | **2** | 403,427. |
| **3** Net short-term capital gain or (loss) as defined in sections 1222(5) and (6): If gain, also enter in Part I, line 8, column (c) (see pages 11 and 16 of the instructions). } If (loss), enter -0- in Part I, line 8 . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |

## Part V Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the organization liable for the section 4942 tax on the distributable amount of any year in the base period? . . . . ☐ Yes ☒ No
If "Yes," the organization does not qualify under section 4940(e). Do not complete this part.

**1**    Enter the appropriate amount in each column for each year; see page 16 of the instructions before making any entries.

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col. (b) divided by col. (c)) |
|---|---|---|---|
| 1996 | 6,147,897. | 81,571,633. | 0.07536807557 |
| 1995 | 5,603,561. | 102,553,609. | 0.05464031012 |
| 1994 | 8,115,808. | 68,669,614. | 0.11818630581 |
| 1993 | 9,601,061. | 90,930,209. | 0.10558714321 |
| 1992 | 11,102,249. | 113,934,673. | 0.09744398880 |

| | | | |
|---|---|---|---|
| **2** Total of line 1, column (d) . . . . . . . . . . . . . . . . . | **2** | | 0.45122582351 |
| **3** Average distribution ratio for the 5-year base period—divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years . . . . . . . . | **3** | | 0.09024516470 |
| **4** Enter the net value of noncharitable-use assets for 1997 from Part X, line 5 . . . . . . . . . | **4** | | 84,392,124. |
| **5** Multiply line 4 by line 3 . . . . . . . . . . . . . . . . . . | **5** | | 7,615,981. |
| **6** Enter 1% of net investment income (1% of Part I, line 27b) . . . . . . . . . . . . . . | **6** | | 17,353. |
| **7** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . | **7** | | 7,633,334. |
| **8** Enter qualifying distributions from Part XII, line 4 . . . . . . . . . . . . . . . . | **8** | | 15,834,703. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate. See the Part VI instructions on page 16.

JSA
7E1430 2.000                                      V707                                      5

Form 990-PF (1997)                                                                    13-3410749    Page 4

## Part VI    Excise Tax on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 – see page 16 of the instructions)

| | | |
|---|---|---|
| 1a Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1. | | |
| Date of ruling letter: _____ (attach copy of ruling letter if necessary - see instructions) | 1 | 17,353. |
| b Domestic organizations that meet the section 4940(e) requirements in Part V, check here ▶ ☒ and enter 1% of Part I, line 27b | | |
| c All other domestic organizations, enter 2% of line 27b. Exempt foreign organizations enter 4% of line 27b | | |
| 2 Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0- | 2 | |
| 3 Add lines 1 and 2 | 3 | 17,353. |
| 4 Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | 4 | NONE |
| 5 Tax on investment income. Subtract line 4 from line 3. If zero or less, enter -0- | 5 | 17,353. |
| 6 Credits/Payments: | | |
| a 1997 estimated tax payments and 1996 overpayment credited to 1997 ..... 6a 46,000. | | |
| b Exempt foreign organizations - tax withheld at source ..... 6b NONE | | |
| c Tax paid with application for extension of time to file (Form 2758) ..... 6c NONE | | |
| d Backup withholding erroneously withheld ..... 6d | | |
| 7 Total credits and payments. Add lines 6a through 6d | 7 | 46,000. |
| 8 Enter any PENALTY for underpayment of estimated tax. Check here ☒ if Form 2220 is attached | 8 | |
| 9 TAX DUE. If the total of lines 5 and 8 is more than line 7, enter AMOUNT OWED ▶ | 9 | |
| 10 OVERPAYMENT. If line 7 is more than the total of lines 5 and 8, enter the AMOUNT OVERPAID | 10 | 28,647. |
| 11 Enter the amount of line 10 to be: Credited to 1998 estimated tax ▶                    Refunded ▶ | 11 | 28,647. |

## Part VII-A    Statements Regarding Activities

| | | Yes | No |
|---|---|---|---|
| 1a During the tax year, did the organization attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? | 1a | | X |
| b Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see page 17 of the instructions for definition)? | 1b | | X |
| *If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the organization in connection with the activities.* | | | |
| c Did the organization file Form 1120-POL for this year? | 1c | N/A | |
| d Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | |
| (1) On the organization. ▶ $                    (2) On organization managers. ▶ $ | | | |
| e Enter the reimbursement (if any) paid by the organization during the year for political expenditure tax imposed on organization managers. ▶ $ | | | |
| 2 Has the organization engaged in any activities that have not previously been reported to the IRS? | 2 | | X |
| *If "Yes," attach a detailed description of the activities.* | | | |
| 3 Has the organization made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* | 3 | | X |
| 4 a Did the organization have unrelated business gross income of $1,000 or more during the year? | 4a | | X |
| b If "Yes," has it filed a tax return on Form 990-T for this year? | 4b | N/A | |
| 5 Was there a liquidation, termination, dissolution or substantial contraction during the year? | 5 | | X |
| *If "Yes," attach the statement required by General Instruction T.* | | | |
| 6 Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either: | | | |
| • By language in the governing instrument, or | | | |
| • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 6 | X | |
| 7 Did the organization have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col. (c), and Part XV.* | 7 | X | |
| 8 a Enter the states to which the foundation reports or with which it is registered (see page 17 of the instructions) ▶ NEW YORK | | | |
| b If the answer is "Yes" to line 7, has the organization furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? *If "No," attach explanation* | 8b | X | |
| 9 Is the organization claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 1997 or the taxable year beginning in 1997 (see instructions for Part XIV on page 23)? *If "Yes," complete Part XIV* | 9 | | X |
| 10 Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses.* | 10 | | X |
| 11 a Did anyone request to see either the organization's annual return or its exemption application (or both)? | 11a | | X |
| b If "Yes," did the organization comply pursuant to the instructions? (See General Instruction Q.) | 11b | N/A | |
| 12 The books are in care of ▶ THE FOUNDATION                    Telephone no. ▶ 212-387-7555 | | | |
| Located at ▶ 65 BLEECKER STREET NY,NY                    ZIP code ▶ 10012 | | | |
| 13 Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of Form 1041. - Check here ▶ ☐ | | | |
| and enter the amount of tax-exempt interest received or accrued during the year ▶ 13 | | | |

JSA
7E1440 2.000

Form 990-PF (1997)                                                                                          Page 5

## Part VII-B    Statements Regarding Activities for Which Form 4720 May Be Required

File Form 4720 if any item is checked in the "Yes" column unless an exception applies.

|  |  | Yes | No |
|---|---|---|---|

1  Self-dealing (section 4941):

a  During the year did the organization (either directly or indirectly):

(1) Engage in the sale or exchange, or leasing of property with a disqualified person? . . . . . . . . .  ☐ Yes  ☒ No

(2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from)
a disqualified person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

(3) Furnish goods, services, or facilities to (or accept them from) a disqualified person? . . . . . . .  ☐ Yes  ☒ No

(4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person? . . . . . . . . .  ☒ Yes  ☐ No

(5) Transfer any income or assets to a disqualified person (or make any of either available
for the benefit or use of a disqualified person)? . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

(6) Agree to pay money or property to a government official? (Exception. Check "No"
if the organization agreed to make a grant to or to employ the official for a period
after termination of government service, if terminating within 90 days.) . . . . . . . . . . . .  ☐ Yes  ☒ No

b  If any answer is "Yes" to 1a(1)-(6), did ANY of the acts fail to qualify under the exceptions described in
Regulations section 53.4941(d)-3 or in a current notice regarding disaster assistance (see page 18 of the
instructions)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1b** | | X

Organizations relying on a current notice regarding disaster assistance check here  . . . . . . . . . . . ▶ ☐

c  Did the organization engage in a prior year in any of the acts described in 1a, other than excepted acts,
that were not corrected before the first day of the tax year beginning in 1997? . . . . . . . . . . . . **1c** | | X

2  Taxes on failure to distribute income (section 4942) (does not apply for years the organization
was a private operating foundation defined in section 4942(j)(3) or 4942(j)(5)):

a  At the end of the tax year 1997, did the organization have any undistributed income (lines 6d
and 6e, Part XIII) for tax year(s) beginning before 1997? . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No
If "Yes," list the years  ▶ 19_____,  19_____,  19_____,  19_____

b  Are there any years listed in 2a for which the organization is NOT applying the provisions of section 4942(a)(2)
(relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2)
to ALL years listed, answer "No" and attach statement - see page 18 of the instructions.) . . . . . . . **2b** | | N/A

c  If the provisions of section 4942(a)(2) are being applied to ANY of the years listed in 2a, list the years here.
▶ 19_____,  19_____,  19_____,  19_____

3  Taxes on excess business holdings (section 4943):

a  Did the organization hold more than a 2% direct or indirect interest in any business
enterprise at any time during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

b  If "Yes," did it have excess business holdings in 1997 as a result of (1) any purchase by the organization
or disqualified persons after May 26, 1969; (2) the lapse of the 5-year period (or longer period approved
by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest; or (3)
the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Schedule C, Form 4720, to determine
if the organization had excess business holdings in 1997.) . . . . . . . . . . . . . . . . . . . . **3b** | | N/A

4  Taxes on investments that jeopardize charitable purposes (section 4944):

a  Did the organization invest during the year any amount in a manner that would jeopardize its charitable
purposes? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4a** | | X

b  Did the organization make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable
purpose that had not been removed from jeopardy before the first day of the tax year beginning in 1997? . . . . . . . . . **4b** | | X

5  Taxes on taxable expenditures (section 4945) and political expenditures (section 4955):

a  During the year did the organization pay or incur any amount to:

(1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? . . . . . .  ☐ Yes  ☒ No

(2) Influence the outcome of any specific public election (see section 4955); or to carry on,
directly or indirectly, any voter registration drive? . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☒ No

(3) Provide a grant to an individual for travel, study, or other similar purposes? . . . . . . . . . .  ☐ Yes  ☒ No

(4) Provide a grant to an organization other than a charitable, etc., organization described
in section 509(a)(1), (2), or (3), or section 4940(d)(2)? . . . . . . . . . . . . . . . . . .  ☒ Yes  ☐ No

(5) Provide for any purpose other than religious, charitable, scientific, literary, or
educational purposes, or for the prevention of cruelty to children or animals? . . . . . . . . .  ☐ Yes  ☒ No

b  If any answer is "Yes" to 5a(1)-(5), did ANY of the transactions fail to qualify under the exceptions described in
Regulations section 53.4945 or in a current notice regarding disaster assistance (see page 18 of the instructions)? . . . **5b** | | X

Organizations relying on a current notice regarding disaster assistance check here  . . . . . . . . . . . ▶ ☐

c  If the answer is "Yes" to question 5a(4), does the organization claim exemption from the tax
because it maintained expenditure responsibility for the grant? . . . . . . . . . . . . . . . .  ☒ Yes  ☐ No

If "Yes," attach the statement required by Regulations section 53.4945-5(d).

JSA
7E1450 2.000

V707                                                                                           7

Form 990-PF (1997)                                                                    13-3410749 ·    Page 6

**Part VIII**    Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

**1    List all officers, directors, trustees, foundation managers and their compensation (see page 19 of the instructions):**

| (a) Name and address | (b) Title and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| SEE STATEMENT 14 | | 494,628. | 66,377. | NONE |
| | | | | |
| | | | | |
| | | | | |

**2    Compensation of five highest-paid employees (other than those included on line 1 - see page 19 of the instructions). If none, enter "NONE."**

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| TIMOTHY HUNT<br>271 WEST 70TH ST, NY NY | CURATOR<br>40 HRS\WK | 125,000. | 21,141. | NONE |
| PAMELA CLAPP<br>50 WHITE STREET NY NY | GRANT ADMI<br>40 HRS\WK | 125,000. | 24,649. | NONE |
| CLAUDIA DEFENDI<br>237 WEST 12TH ST, NY NY | CURATOR<br>40 HRS\WK | 100,000. | 15,541. | NONE |
| NEIL PRINTZ<br>259 1/2 WEST 21ST STREET NY NY | CURATOR<br>40 HRS\WK | 71,000. | 14,157. | NONE |
| VIVIENNE BARRIFFE<br>1040 EAST 102ND ST BKLYN NY | ACCOUNTANT<br>40 HRS\WK | 65,750. | 13,107. | NONE |

Total number of other employees paid over $50,000 ........................................▶    11

**3    Five highest-paid independent contractors for professional services - (see page 19 of the instructions). If none, enter "NONE."**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| VINCENT FREEMONT ENTERPRISES<br>51 FIFTH AVE NY, NY | ART SALES | 2,190,710. |
| SKADDEN ARPS SLATE MEAGHER AND FLOM<br>919 THIRD AVE  NY,NY 10022-3897 | LEGAL | 388,248. |
| COBLENCE AND WARNER<br>415 MADISON AVE NY NY 10017 | LEGAL | 171,427. |
| CARTER LEDYARD AND MILBURN<br>2 WALL STREET NY NY 10005-2072 | LEGAL | 280,702. |
| CONDON O'MEARA MCGINTY AND DONNELLY LLP<br>300 EAST 42ND ST. NY,NY 10017 | ACCOUNTING | 195,975. |

Total number of others receiving over $50,000 for professional services ........................▶    2

**Part IX-A    Summary of Direct Charitable Activities**

List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses

1  NOT APPLICABLE

2

3

4

JSA
7E1460 2.000

Form 990-PF (1997)                                                                 13-3410749      Page 7

## Part IX-B    Summary of Program-Related Investments (see page 20 of the instructions)

| Describe any program-related investments made by the foundation during the tax year. | Amount |
|---|---|
| 1   NOT APPLICABLE | |
| | |
| 2 | |
| | |
| 3 | |

## Part X    Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see page 20 of the instructions.)    *SEE STATEMENT 16 & 17 ATTACHED*

| | | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| a | Average monthly fair market value of securities | 1a | 21,900,662. |
| b | Average of monthly cash balances | 1b | 497,428. |
| c | Fair market value of all other assets (see page 21 of the instructions) | 1c | 63,279,193. |
| d | Total (add lines 1a, b, and c) | 1d | 85,677,283. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation) ▶    1e    108,923,712. | | |
| 2 | Acquisition indebtedness applicable to line 1 assets | 2 | NONE |
| 3 | Subtract line 2 from line 1d | 3 | 85,677,283. |
| 4 | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see page 21 of the instructions) | 4 | 1,285,159. |
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 84,392,124. |
| 6 | Minimum investment return. Enter 5% of line 5 | 6 | 4,219,606. |

## Part XI    Distributable Amount (see page 21 of the instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part.)

| | | | |
|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 | 1 | 4,219,606. |
| 2a | Tax on investment income for 1997 from Part VI, line 5     2a    17,353. | | |
| b | Income tax for 1997. (This does not include the tax from Part VI.)    2b | | |
| c | Add lines 2a and 2b | 2c | 17,353. |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 | 3 | 4,202,253. |
| 4a | Recoveries of amounts treated as qualifying distributions     4a    10,000. | | |
| b | Income distributions from section 4947(a)(2) trusts    4b | | |
| c | Add lines 4a and 4b | 4c | 10,000. |
| 5 | Add lines 3 and 4c | 5 | 4,212,253. |
| 6 | Deduction from distributable amount (see page 22 of the instructions) | 6 | NONE |
| 7 | Distributable amount as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1 | 7 | 4,212,253. |

## Part XII    Qualifying Distributions (see page 22 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes: | | |
| a | Expenses, contributions, gifts, etc. - total from Part I, column (d), line 26 | 1a | 15,834,703. |
| b | Program-related investments - total of lines 1-3 of Part IX-B | 1b | NONE |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes | 2 | NONE |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | |
| a | Suitability test (prior IRS approval required) | 3a | NONE |
| b | Cash distribution test (attach the required schedule) | 3b | NONE |
| 4 | Qualifying distributions. Add lines 1a through 3b. Enter here and on Part V, line 8 and Part XIII, line 4 | 4 | 15,834,703. |
| 5 | Organizations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b (see page 22 of the instructions) | 5 | 17,353 |
| 6 | Adjusted qualifying distributions. Subtract line 5 from line 4 | 6 | 15,817,350 |

Note:    *The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.*

JSA
7E1470 1.000

Form 990-PF (1997)    13-3410749    Page 8

## Part XIII    Undistributed Income (see page 22 of the instructions)

*SEE STATEMENT 18 ATTACHED*

| | | (a) Corpus | (b) Years prior to 1996 | (c) 1996 | (d) 1997 |
|---|---|---|---|---|---|
| 1 | Distributable amount for 1997 from Part XI, line 7 | | | | 4,212,253. |
| 2 | Undistributed income, if any, as of the end of 1996: | | | | |
| a | Enter amount for 1996 only | | | NONE | |
| b | Total for prior years: 1995 | | NONE | | |
| 3 | Excess distributions carryover, if any, to 1997: | | | | |
| a | From 1992 | 5,430,261. | | | |
| b | From 1993 | 5,050,705. | | | |
| c | From 1994 | 4,985,279. | | | |
| d | From 1995 | 494,172. | | | |
| e | From 1996 | 2,083,408. | | | |
| f | Total of lines 3a through e | 18,043,825. | | | |
| 4 | Qualifying distributions for 1997 from Part XII, line 4: ▶ 15,834,703. | | | | |
| a | Applied to 1996, but not more than line 2a | | | NONE | |
| b | Applied to undistributed income of prior years (Election required - see page 23 of the instructions) | | NONE | | |
| c | Treated as distributions out of corpus (Election required - see page 23 of the instructions) | NONE | | | |
| d | Applied to 1997 distributable amount | | | | 4,212,253. |
| e | Remaining amount distributed out of corpus | 11,622,450. | | | |
| 5 | Excess distributions carryover applied to 1997 (If an amount appears in column (d), the same amount must be shown in column (a).) | NONE | | | NONE |
| 6 | Enter the net total of each column as indicated below: | | | | |
| a | Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | 29,866,275. | | | |
| b | Prior years' undistributed income. Subtract line 4b from line 2b | | NONE | | |
| c | Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | NONE | | |
| d | Subtract line 6c from line 6b. Taxable amount - see page 23 of the instructions | | NONE | | |
| e | Undistributed income for 1996. Subtract lines 4a from line 2a. Taxable amount - see page 23 of the instructions | | | NONE | |
| f | Undistributed income for 1997. Subtract lines 4d and 5 from line 1. This amount must be distributed in 1998 | | | | NONE |
| 7 | Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(E) or 4942(g)(3) (see page 23 of the instructions) | NONE | | | |
| 8 | Excess distributions carryover from 1992 not applied on line 5 or line 7 (see page 23 of the instructions) | 5,430,261. | | | |
| 9 | Excess distributions carryover to 1998. Subtract lines 7 and 8 from line 6a | 24,236,014. | | | |
| 10 | Analysis of line 9: | | | | |
| a | Excess from 1993 | 5,050,705. | | | |
| b | Excess from 1994 | 4,985,279. | | | |
| c | Excess from 1995 | 494,172. | | | |
| d | Excess from 1996 | 2,083,408. | | | |
| e | Excess from 1997 | 11,622,450. | | | |

JSA
7E1480 3.000

V707

8

Form 990-PF (1997)

13-3410749    Page 9

**Part XIV**  Private Operating Foundations (see page 23 of the instructions and Part VII-A, question 9)    NOT APPLICABLE

**1 a** If the foundation has received a ruling or determination letter that it is a private operating foundation, and the ruling is effective for 1997, enter the date of the ruling . . . . . . . . . . . ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| | Tax year | | Prior 3 years | | |
|---|---|---|---|---|---|
| | (a) 1997 | (b) 1996 | (c) 1995 | (d) 1994 | (e) Total |
| **2 a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . | | | | | |
| **b** 85% of line 2a . . . . . | | | | | |
| **c** Qualifying distributions from Part XII, line 4 for each year listed | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c . . . . . | | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon: | | | | | |
| **a** "Assets" alternative test - enter: | | | | | |
| **(1)** Value of all assets . . . | | | | | |
| **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) . . . . | | | | | |
| **b** "Endowment" alternative test - Enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed . . . . . . . . | | | | | |
| **c** "Support" alternative test - enter: | | | | | |
| **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . | | | | | |
| **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) . . . . | | | | | |
| **(3)** Largest amount of support from an exempt organization | | | | | |
| **(4)** Gross investment income | | | | | |

**Part XV**  Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year -- see page 24 of the instructions.)

**1**  Information Regarding Foundation Managers:

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000). (See section 507(d)(2).)

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

NONE

**2**  Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:

Check here ▶ ☐ if the organization only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds.

If the organization makes gifts, grants, etc. (see page 24 of the instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d.

**a** The name, address, and telephone number of the person to whom applications should be addressed:

SEE ATTACHED SCHEDULE

**b** The form in which applications should be submitted and information and materials they should include:

SEE ATTACHED SCHEDULE

**c** Any submission deadlines:

SEE ATTACHED SCHEDULE

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors: SEE ATTACHED SCHEDULE

JSA
7E1490 1.000

V707

Form 990-PF (1997)                                        13-3410749       Page 10

**Part XV     Supplementary Information (continued)**

**3    Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| SEE STATEMENT 15 | | | | 8,688,702. |
| Total ............................................. ▶ 3a | | | | 8,688,702. |
| **b** *Approved for future payment* | | | | |
| SEE STATEMENT 15 | | | | 1,463,795. |
| Total ............................................. ▶ 3b | | | | 1,463,795. |

Form 990-PF (1997)                                                    13-3410749    Page 11

## Part XVI-A    Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | Related or exempt function income (See page 24 of the instructions.) |
| 1  Program service revenue: | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f _____ | | | | | |
| g  Fees and contracts from government agencies | | | | | |
| 2  Membership dues and assessments | | | | | |
| 3  Interest on savings and temporary cash investments | | | 14 | 16,699. | |
| 4  Dividends and interest from securities | | | 14 | 1,007,957. | |
| 5  Net rental income or (loss) from real estate: | | | | | |
| a  Debt-financed property | | | | | |
| b  Not debt-financed property | | | | | |
| 6  Net rental income or (loss) from personal property | | | | | |
| 7  Other investment income | | | | | |
| 8  Gain or (loss) from sales of assets other than inventory | | | 18 | 15,237,151. | |
| 9  Net income or (loss) from special events | | | | | |
| 10  Gross profit or (loss) from sales of inventory | | | | | |
| 11  Other revenue:  a | | | | | |
| b  ROYALTIES&LICENSING | | | 15 | 750,576. | |
| c  RETURNED GRANT | | | | | 10,000. |
| d _____ | | | | | |
| e _____ | | | | | |
| 12  Subtotal. Add columns (b), (d), and (e) | | | | 17,012,383. | 10,000. |
| 13  Total. Add line 12, columns (b), (d), and (e) ............................►13 | | | | | 17,022,383. |

(See worksheet in line 13 instructions on page 25 to verify calculations.)

## Part XVI-B    Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). (See page 26 of the instructions.) |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | NOT APPLICABLE |
| | |
| | |
| | |
| | |

JSA
7E1492 1.000

V707                                                                        13

Form 990-PF (1997)                                                                    13-3410749   Page 12

## Part XVII   Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | |
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
| | (1) Cash | 1a(1) | | X |
| | (2) Other assets | a(2) | | X |
| b | Other Transactions: | | | |
| | (1) Sales of assets to a noncharitable exempt organization | b(1) | | X |
| | (2) Purchases of assets from a noncharitable exempt organization | b(2) | | X |
| | (3) Rental of facilities or equipment | b(3) | | X |
| | (4) Reimbursement arrangements | b(4) | | X |
| | (5) Loans or loan guarantees | b(5) | | X |
| | (6) Performance of services or membership or fundraising solicitations | b(6) | | X |
| c | Sharing of facilities, equipment, mailing lists, or other assets, or paid employees | c | | X |
| d | If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received. | | | |

| (a) Line no. | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2 a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?  ☐ Yes  ☒ No

b  If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## Part XVIII   Public Inspection

1  Enter the date the notice of availability of the annual return appeared in a newspaper ▶ _02/06/99_

2  Enter the name of the newspaper ▶ NEW YORK TIMES

3  Check here ▶ ☒ to indicate that you have attached a copy of the newspaper notice required by the instructions on page 26.

...mplete.)
...cluding accompanying schedules and statements, and to the best of my knowledge and belief, it is
...r or fiduciary) is based on all information of which preparer has any knowledge.

13/2/99      President

# THE NEW YORK TIMES, SATURDAY, FEBRUARY 6, 1999



**PUBLIC AND COMMERCIAL NOTICES** (5100-5102)

**Public Notices**          **5100**

The Annual Report of The Andy Warhol Foundation for the Visual Arts Inc, is available at the address noted below for inspection during normal business hours by any citizen who so requests it, within 180 days after publication of this notice, of its availability.

The Andy Warhol Foundation for the Visual Arts Inc
65 Bleeker St
New York, NY 10012
The Principal Manager is
Archibald L. Gillies,
President
212-387-7555

# THE ANDY WARHOL FOUNDATION
## FOR THE VISUAL ARTS, INC.

### FORM 990-PF

### April 30, 1998

### EIN: 13-3410749

#### Net Gain on Investments

| Corporate Stocks | Proceeds | Cost | Gain (Loss) |
|---|---|---|---|
| Amazon Com Inc. | $  24,629 | $  18,000 | $   6,629 |
| American Skiing Company | 15,887 | 15,415 | 472 |
| Ameresco Inc. | 34,949 | 21,250 | 13,699 |
| Cendant | 18 | - | 18 |
| Dental Care Alliance Inc. | 54,999 | 55,625 | (626) |
| Diana Corp. | 15,456 | 60,400 | (44,944) |
| Fresh Del Monte Produce Inc. | 34,944 | 32,000 | 2,944 |
| Tridium World Communication Ltd. | 43,899 | 40,000 | 3,899 |
| Knoll Inc. | 69,298 | 68,000 | 1,298 |
| Manchester Equipment Corp. | 6,495 | 20,000 | (13,505) |
| MPW Industrial Services Group | 4,636 | 4,500 | 136 |
| Ocwen Asset Investment Group | 264,492 | 240,000 | 24,492 |
| Pharmerica Inc. | 2 | - | 2 |
| Rock of Ages Corp. | 38,087 | 33,300 | 4,787 |
| Smith Foods and Drug Centers Inc. | 39,449 | 26,940 | 12,509 |
| Styling Technology Corporation | 48,954 | 20,000 | 28,954 |
| Summit Holding Southeast Inc. | 26,919 | 22,000 | 4,919 |
| Transitional Hospitals Corp. | 30,899 | 18,050 | 12,849 |
| Vencor Inc. | 24,224 | 29,550 | (5,326) |
| Total Corporate Stocks | 778,236 | 725,030 | 53,206 |

| Mutual Funds | | | |
|---|---|---|---|
| Morgan Grenfell - fixed income fund | 4,700,000 | 4,490,012 | 209,988 |
| Magus ECU | 275,929 | 250,000 | 25,929 |
| Total Mutual Funds | $4,975,929 | $4,740,012 | $  235,917 |

| | | | |
|---|---|---|---|
| Capital gains reinvested | - | - | 114,304 |
| Total gain on investments | | | $   403,427 |

# THE ANDY WARHOL FOUNDATION
## FOR THE VISUAL ARTS, INC.

### FORM 990-PF

### April 30, 1998

### EIN: 13-3410749

### Schedule of Gain and Losses from Sale of Assets

| | |
|---|---:|
| Gain on the sale of artwork | $ 14,833,724 |
| Gain on the sale of mutual funds | 235,917 |
| Capital gains reinvested | 114,304 |
| Gain on the sale of corporate stocks | 53,206 |
| Total | $ 15,237,151 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - INTEREST ON TEMPORARY CASH INVESTMENTS

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME |
|---|---|---|
| INTEREST ON CHECKING ACCOUNTS | 14,050. | 14,050. |
| NEUBERGER & BERMAN | 2,138. | 2,138. |
| INTEREST ON 990-PF REFUND | 211. | 211. |
| OTHER | 300. | 300. |
| TOTAL | 16,699. | 16,699. |

STATEMENT 1

SPRINX 2000

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - DIVIDENDS AND INTEREST FROM SECURITIES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME |
|---|---|---|
| DIVIDENDS ON SECURITIES | 1,007,957. | 1,007,957. |
| TOTAL | 1,007,957. | 1,007,957. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - OTHER INCOME

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME |
|---|---|---|
| ROYALTY AND LICENSING FEES | 750,576. | 750,576. |
| RETURNED GRANT | 10,000. | |
| TOTALS | 760,576. | 750,576. |

STATEMENT 17

5PSI NX 2 000

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - LEGAL FEES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | ADJUSTED NET INCOME | CHARITABLE PURPOSES |
|---|---|---|---|---|
| COBLENCE AND WARNER | 171,427. | 77,519. | | 93,908. |
| CARTER LEDYARD AND MILBURN | 280,702. | | | 280,702. |
| SKADDEN ARPS SLATE MEAGHER AND FLOM LLP | 388,248. | | | 388,248. |
| KIRKPATRICK LOCKHART | 945. | | | 945. |
| OTHER LEGAL FEES | 50,190. | | | 50,190. |
| TOTALS | 891,512. | 77,519. | NONE | 813,993. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - ACCOUNTING FEES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | ADJUSTED NET INCOME | CHARITABLE PURPOSES |
|---|---|---|---|---|
| CONDON O'MEARA MCGINTY AND DONNELLY LLP | 195,975. | 19,240. | | 176,735. |
| TOTALS | 195,975. | 19,240. | NONE | 176,735. |

STATEMENT 5

SPSLNX 2.00D

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - OTHER PROFESSIONAL FEES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSES |
|---|---|---|---|
| INVESTMENT ADVISORY FEES | 26,824. | 26,824. | |
| CONSULTANT FEES | 182,849. | | 182,849. |
| APPRAISAL FEES | 126,977. | | 126,977. |
| COMMISSIONS | 2,229,877. | | 2,229,877. |
| CURATOR FEES | 22,940. | | 22,940. |
| TOTALS | 2,588,467. | 26,824. | 2,562,643. |

STATEMENT 6

1/707

SPSJMX 2.000

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - TAXES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSES |
|---|---|---|---|
| FEDERAL EXCISE TAXES | 28,240. | 11,545. | 110,888. |
| PAYROLL TAXES | 122,433. | | |
| TOTALS | 150,673. | 11,545. | 110,888. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - OTHER EXPENSES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSES |
|---|---|---|---|
| ART ADVISORY FEES | 3,693. | | 3,693. |
| CURATOR FEES | 107,049. | | 107,049. |
| INSURANCE | 101,493. | 5,103. | 96,390. |
| ART STORAGE | 317,658. | | 317,658. |
| FILM AND VIDEO | 25,177. | | 25,177. |
| OFFICE EXPENSES | 243,608. | 22,191. | 221,417. |
| LICENSING EXPENSE | 29,810. | 29,810. | |
| SPECIAL PROJECTS | 72,545. | | 72,545. |
| CATALOGUE RAISONNE | 319,049. | | 319,049. |
| PRINTS CATALOGUE | 22,717. | | 22,717. |
| FOUNDATION 10-YEAR REPORT | 69,365. | 5,514. | 63,851. |
| AUTHENTICATION EXPENSE | 20,967. | | 20,967. |
| OUTSIDE COMPUTER SERVICES | 17,476. | 8,737. | 8,739. |
| MEMBERSHIP FEES | 11,407. | 908. | 10,499. |
| OFFICE EQUIPMENT | 40,611. | 3,229. | 37,382. |
| FILING FEES | 1,500. | | 1,500. |

SPSI NX 2 000

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - OTHER EXPENSES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSES |
|---|---|---|---|
| TOTALS | 1,404,125. | 75,492. | 1,328,633. |

SPSINX 2.000

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

FORM 990PF, PART II - CORPORATE STOCK

13-3410749

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|---|---|---|
| MORGAN GRENFELL FXD INCOME FD | 20,744,034. | 20,744,034. |
| GALLEON INTERNATIONAL FUND LTD | 544,671. | 544,671. |
| VALUE PARTNERS LTD | 1,464,001. | 1,464,001. |
| BP INSTITUTIONAL PARTNERS LP | 306,568. | 306,568. |
| CHILTON INTERNATIONAL LTD | 1,271,868. | 1,271,868. |
| TAURUS CAPITAL INTERNATIONAL | 653,111. | 653,111. |
| CAPRA GLOBAL MANAGED ASSETS | 1,091,795. | 1,091,795. |
| OBSIDIAN OFFSHORE FUND | 1,031,594. | 1,031,594. |
| SENIOR GLOBAL FUND | 1,160,973. | 1,160,973. |
| GARNET FUND | 533,188. | 533,188. |
| PERRY PARTNERS INTERNATIONAL | 593,390. | 593,390. |
| ARIEL FUND LTD. | 1,038,290. | 1,038,290. |
| TONTINE OVERSEAS FUND LTD. | 645,133. | 645,133. |
| CORPORATE STOCKS-SEE ATTACHED | 741,626. | 741,626. |
| TOTALS | 31,820,242. | 31,820,242. |

SPS\NX 2 600

# THE ANDY WARHOL FOUNDATION
## FOR THE VISUAL ARTS, INC.

### FORM 990-PF

### April 30, 1998

### EIN: 13-3410749

## Corporate Stocks at April 30, 1998

| Corporate Stocks | Ending Book Value | Ending Market Value |
|---|---|---|
| American Skiing Company | $ 46,500 | $ 46,500 |
| Beverly Enterprises Inc. | 31,500 | 31,500 |
| Cendant | 55,162 | 55,162 |
| Coram Healthcare Corp. | 13,750 | 13,750 |
| Edison International | 59,625 | 59,625 |
| Greyhound Lines Inc. | 20,000 | 20,000 |
| Greyhound Lines, 8.25%, Conv. Preferred | 23,400 | 23,400 |
| Griffon Corp. | 26,750 | 26,750 |
| Keystone Automotive | 25,812 | 25,812 |
| Niagara Mohawk Power Corp. | 98,000 | 98,000 |
| NJCO2 Inc. | 22,250 | 22,250 |
| O'Sullivan Industry Holdings Inc. | 15,125 | 15,125 |
| Pharmerica Inc. | 12,627 | 12,627 |
| Philip Services Corp. | 15,000 | 15,000 |
| Priority Healthcare Corp. | 18,875 | 18,875 |
| Rayovac Corp. | 46,500 | 46,500 |
| Shoneys Inc. | 26,875 | 26,875 |
| Unisys Corp. | 89,250 | 89,250 |
| Vencor Inc. | 27,125 | 27,125 |
| Wang Laboratories Inc. | 67,500 | 67,500 |
| Totals | $ 741,626 | $ 741,626 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART II - OTHER ASSETS

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|---|---|---|
| ART WORK | 81,756,578. | * 87,026,913. |
| TOTALS | 81,756,578. | 87,026,913. |

* CONSISTS OF FAIR MARKET VALUE ($62,960,943)
PLUS DISCOUNTED APPRAISED VALUE OF CERTAIN ARTWORK
HELD FOR CHARITABLE USE ($24,065,970).

SPSI NX 2.000

STATEMENT 11

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART III - OTHER INCREASES IN NET WORTH OR FUND BALANCES
================================================================================

DESCRIPTION                                      AMOUNT
-----------                                      ------


UNREALIZED GAINS ON INVESTMENTS                1,892,546.
NET GAIN ON NON-CASH GRANTS                    1,879,165.
                                               -----------
                            TOTAL              3,771,711.
                                               ==========

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCOUNT |
|---|---|---|---|---|
| ARCHIBALD GILLIES<br>275 CENTRAL PARK WEST<br>NEW YORK, NY 10024 | PRESIDENT<br>40 HRS | 219,423. | 30,000. | NONE |
| JAMES MCCAULEY<br>1059 82ND STREET<br>BROOKLYN, NY 11228 | TREASURER<br>40HRS | 125,000. | 25,000. | NONE |
| BRENDON GILL<br>65 BLEECKER STREET 7TH FLOOR<br>NEW YORK, NY 10012 | CHAIRMAN<br>20 HRS | 14,538. | 3,231. | NONE |
| ESTATE OF BRENDON GILL<br>1 HOWE PLACE<br>BRONXVILLE, NY 10708 | CHAIRMAN<br>20 HRS | 1,667. | NONE | NONE |
| JOHN WARHOLA<br>1166 WINDMILL AVENUE<br>PITTSBURGH, PA 15237 | VP/DIRECT<br>20 HRS. | 51,500. | 8,146. | NONE |
| KINSHASHA HOLMAN CONWILL<br>144 WEST 125TH STREET<br>NEW YORK, NY 10027 | DIRECTOR<br>3 HRS | 10,000. | NONE | NONE |
| ANTHONY SOLOMON<br>535 PARK AVE<br>NEW YORK, NY 10021 | DIRECTOR<br>3 HRS | 10,000. | NONE | NONE |
| FREDERICK HUGHES<br>1342 LEXINGTON AVE<br>NEW YORK, NY 10128 | DIRECTOR<br>3 HRS | 10,000. | NONE | NONE |

V707                                    27                        STATEMENT 13

SPRLINX 2.000

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCOUNT |
|---|---|---|---|---|
| KATHY HALBREIH 1900 JAMES AVE S MINNEAPOLIS, MN 55403 | DIRECTOR 3 HRS | 10,000. | NONE | NONE |
| RICHARD GLUCKMAN 145 HUDSON STREET NEW YORK, NY 10013 | DIRECTOR 3 HRS | 10,000. | NONE | NONE |
| LORD PALUMBO 37A WALLBROOK LONDON EC4N 8BS UNITED KINGDOM | DIRECTOR 3 HRS | 2,500. | NONE | NONE |
| ROBERT J DENISON FIRST SECURITY MANAGEMENT 375 PARK AVE NEW YORK, NY 10152 | DIRECTOR 3 HRS | 10,000. | NONE | NONE |
| SUSANA TORRUELLA LEVAL C\O EL MUSEO DEL BARRIO 1230 FIFTH AVE NEW YORK, NY 10029 | DIRECTOR 3 HRS | 10,000. | NONE | NONE |
| VISHAKHA N. DESAI C/O THE ASIA SOCIETY 725 PARK AVENUE NEW YORK, NY 10021 | DIRECTOR 3 HRS | 10,000. | NONE | NONE |
| | GRAND TOTALS | 494,628. | 66,377. | NONE |

SPBI NX 2.000

Annual Report copy for period 5/1/97 - 4/30/98

## CASH GRANTS
## CURATORIAL PROGRAM

| | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **Alliance for Young Artists & Writers**<br>New York, NY<br>*Hands and Minds exhibition* | PUBLIC | | $10,000 | $10,000 | |
| **Aperture Foundation**<br>New York, NY<br>*Miguel Rio Branco: An Aperture Monograph publication* | PUBLIC | | $25,000 | $25,000 | |
| **Appalshop**<br>Whitesburg, KY<br>*Stranger With a Camera documentary film* | PUBLIC | | $15,000 | $15,000 | |
| **The Armory Center for the Arts**<br>Pasadena, CA<br>*Visual arts programming support (over 2 years)* | PUBLIC | | $40,000 | $20,000 | $20,000 |
| **Art in General**<br>New York, NY<br>*Artists Residency Program and Suspended Instants exhibition (over 2 years)* | PUBLIC | | $50,000 | $25,000 | $25,000 |
| **Atlantic Center for the Arts**<br>New Smyrna Beach, FL<br>*Scholarship for artist residency program (over 2 years)* | PUBLIC | | $30,000 | $15,000 | $15,000 |
| **The Bronx Museum of the Arts**<br>Bronx, NY<br>*Tomie Arai: Double Happiness and Rimer Cardillo: Araucaria exhibitions* | PUBLIC | | $30,000 | $30,000 | |

STATEMENT 12

Annual Report copy for period 5/1/97 - 4/30/98

| CURATORIAL PROGRAM | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **The Caribbean Cultural Center**<br>New York, NY<br>*Transforming the Crown: African, Asian and Caribbean Artists in Britain, 1966-1996 exhibition* | PUBLIC | | $20,000 | $20,000 | |
| **Center for Arts and Culture**<br>Washington, DC<br>*Establishment of Center for Arts and Culture* | PUBLIC | | $35,000 | $35,000 | |
| **The Center for Women and Their Work**<br>Austin, TX<br>*Exhibition program and publication support* | PUBLIC | | $25,000 | $25,000 | |
| **Chicago Filmmakers**<br>Chicago, IL<br>*Film and video exhibition program* | PUBLIC | | $25,000 | $25,000 | |
| **Chicago New Art Association**<br>Chicago, IL<br>*Program support for the New Art Examiner magazine (over 2 years)* | PUBLIC | | $40,000 | $20,000 | $20,000 |
| **Corcoran Gallery of Art**<br>Washington, DC<br>*Ida Applebroog: Nothing Personal, Paintings 1987-1997 exhibition* | PUBLIC | | $30,000 | $30,000 | |
| **Creative Time, Inc.**<br>New York, NY<br>*Between Dreams and History site-specific installation by Shimon Attie* | PUBLIC | | $25,000 | $25,000 | |

Annual Report copy for period 5/1/97 - 4/30/98

| CURATORIAL PROGRAM | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **Delaware Center for the Contemporary Arts** Wilmington, DE *Visual arts programming support* | PUBLIC | | $20,000 | $20,000 | |
| **DiverseWorks** Houston, TX *Visual arts programming support (over 2 years)* | PUBLIC | $20,000 | | $20,000 | |
| **The Drawing Center** New York, NY *Visual arts programming support (over 2 years)* | PUBLIC | | $50,000 | $25,000 | $25,000 |
| **Exit Art** New York, NY *Visual arts programming support (over 2 years)* | PUBLIC | | $40,000 | $20,000 | $20,000 |
| **Experimental Television Center Ltd.** Newark Valley, NY *Upstate Video History Reclamation Project* | PUBLIC | | $25,000 | $25,000 | |
| **Film/Video Arts, Inc.** New York, NY *Program support for Digital Technologies in the Arts (over 2 years)* | PUBLIC | | $30,000 | $15,000 | $15,000 |
| **Galeria de la Raza/Studio 24** San Francisco, CA *Visual arts programming support (over 2 years)* | PUBLIC | $20,000 | | $20,000 | |

Annual Report copy for period 5/1/97 - 4/30/98

## CURATORIAL PROGRAM

| CURATORIAL PROGRAM | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **Gotham Dance Inc./Bebe Miller Company** New York, NY *The Conservator's Dream film project by artists Isaac Julien, Ralph Lemon, and Bebe Miller* | PUBLIC | | $25,000 | $25,000 | |
| **Hallwalls Contemporary Arts Center** Buffalo, NY *Artist-in-residence program support (over 2 years)* | PUBLIC | $20,000 | | $20,000 | |
| **The Hambidge Center** Rabun Gap, GA *Alliance of Artists' Communities' "American Creativity at Risk" symposium reports and transcripts* | PUBLIC | | $8,000 | $8,000 | |
| **Institute of International Visual Arts** London, United Kingdom *Research and development for six major solo exhibitions (over 2 years)* | FOREIGN | $12,500 | | $12,500 | |
| **L.A. Freewaves** Los Angeles, CA *6th Celebration of Independent Video, Etc. festival* | PUBLIC | | $30,000 | $30,000 | |
| **The Lab / The Art Re Grup, Inc.** San Francisco, CA *Visual arts programming support (over 2 years)* | PUBLIC | | $25,000 | $12,500 | $12,500 |
| **Lehman College Art Gallery** Bronx, NY *Visual arts programming support* | PUBLIC | | $25,000 | $25,000 | |

Annual Report copy for period 5/1/97 - 4/30/98

## CURATORIAL PROGRAM

| | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **Los Angeles Contemporary Exhibitions**<br>Los Angeles, CA<br>*Visual arts programming support (over 2 years)* | PUBLIC | $12,500 | | $12,500 | |
| **Los Angeles County Museum of Art**<br>Los Angeles, CA<br>*Love Forever: Yayoi Kusama, 1958-1968 exhibition catalogue* | PUBLIC | | $30,000 | $30,000 | |
| **Madison Art Center**<br>Madison, WI<br>*Ursula von Rydingsvard: Sculpture exhibition* | PUBLIC | | $15,000 | $15,000 | |
| **MEXIC-ARTE Museum**<br>Austin, TX<br>*Contemporary visual arts programming (over 2 years)* | PUBLIC | | $30,000 | $15,000 | $15,000 |
| **Minetta Brook**<br>New York, NY<br>*Thames and Hudson Rivers Project public art project in New York City and London* | PUBLIC | | $30,000 | $30,000 | |
| **Museum of Contemporary Art, Los Angeles**<br>Los Angeles, CA<br>Director's fee contribution from Joel Wachs for funds to purchase the work of emerging and under-recognized artists for the museum | PUBLIC | | $10,000 | $10,000 | |

Annual Report copy for period 5/1/97 – 4/30/98

| CURATORIAL PROGRAM | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **Museum of Contemporary Art, San Diego**<br>La Jolla, CA<br>*David Reed Paintings: Motion Pictures exhibition* | PUBLIC | | $35,000 | $35,000 | |
| **Museum of Jurassic Technology**<br>Culver City, CA<br>*The World is Bound with Secret Knots exhibition* | PUBLIC | | $25,000 | $25,000 | |
| **Museum of Modern Art**<br>New York, NY<br>*Warhol Film Preservation Project (over 7 years)* | PUBLIC | $200,000 | | $100,000 | $100,000 |
| **Museum of Modern Art**<br>Medzilaborce, Slovakia<br>*Experimental centre of art education* | FOREIGN | | $10,000 | $10,000 | |
| **Museum of Photographic Arts**<br>San Diego, CA<br>*Abelardo Morell and the Camera Eye exhibition* | PUBLIC | | $25,000 | $25,000 | |
| **National Campaign for Freedom of Expression**<br>Washington, DC<br>*Public education efforts in regard to the*<br>*Finley v. NEA case before the U.S. Supreme Court* | PUBLIC | | $10,000 | $10,000 | |
| **New Langton Arts**<br>San Francisco, CA<br>*Visual arts programming support (over 2 years)* | PUBLIC | | $25,000 | $12,500 | $12,500 |
| **The New Museum of Contemporary Art**<br>New York, NY<br>*Exhibition Program support (over 2 years)* | PUBLIC | $15,000 | | $15,000 | |

Annual Report copy for period 5/1/97 - 4/30/98

## CURATORIAL PROGRAM

| | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **New School for Social Research** New York, NY | PUBLIC | | $9,000 | $9,000 | |
| *Preparation and submission of an amici curiae brief in the case of NEA v. Karen Finley et. al.* | | | | | |
| **New York Foundation for the Arts** New York, NY | PUBLIC | | $200,000 | $100,000 | $100,000 |
| *Artists' Fellowships Program (over 2 years)* | | | | | |
| **Number, Inc.** Memphis, TN | PUBLIC | | $15,000 | $15,000 | |
| *NUMBER publication's 10th Anniversary issue, web site, and exhibition X Marks the Spot* | | | | | |
| **The Ohio State University / Wexner Center for the Arts** Columbus, OH | PUBLIC | | $35,000 | $35,000 | |
| *Ray Johnson: Correspondences exhibition and catalogue* | | | | | |
| **Otis College of Art & Design** Westchester, CA | PUBLIC | | $25,000 | $25,000 | |
| *Kay Rosen exhibition and catalogue* | | | | | |
| **Painted Bride Art Center** Philadelphia, PA | PUBLIC | | $25,000 | $12,500 | $12,500 |
| *Visual arts programming support (over 2 years)* | | | | | |
| **Philadelphia Museum of Art** Philadelphia, PA | PUBLIC | | $30,000 | $30,000 | |
| *Museum Studies: Rirkrit Tiravanija series project and Raymond Pettibon exhibition* | | | | | |

Annual Report copy for period 5/1/97 - 4/30/98

## CURATORIAL PROGRAM

| | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **Project 180**<br>New York, NY<br>*Dia/Printed Matter/Electronic Arts Intermix alliance project* | PUBLIC | | $10,000 | $10,000 | |
| **Public Art Fund**<br>New York, NY<br>*Projects for New York City by artists Rachel Whiteread and Andrea Zittel* | PUBLIC | | $25,000 | $25,000 | |
| **The Queens Museum of Art**<br>Flushing, NY<br>*Conceptualist Art: Points of Origin, 1950s-1980s exhibition* | PUBLIC | | $25,000 | $25,000 | |
| **Renaissance Society at the University of Chicago**<br>Chicago, IL<br>*Arturo Herrera, Willie Doherty, and Kerry James Marshall exhibitions (over 2 years)* | PUBLIC | | $40,000 | $20,000 | $20,000 |
| **San Francisco Camerawork**<br>San Francisco, CA<br>*Exhibition program and publication support* | PUBLIC | | $15,000 | $15,000 | |
| **San Francisco Museum of Modern Art**<br>San Francisco, CA<br>*Inside Out: New Chinese Art exhibition* | PUBLIC | | $40,000 | $40,000 | |
| **SITE Santa Fe**<br>Santa Fe, NM<br>*TRUCE: Echoes of Art in an Age of Endless Conclusions second international biennial exhibition* | PUBLIC | | $25,000 | $25,000 | |

Annual Report copy for period 5/1/97 - 4/30/98

## CURATORIAL PROGRAM

| CURATORIAL PROGRAM | | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|---|
| **Space One Eleven**<br>Birmingham, AL<br>*Visual arts programming support (over 2 years)* | PUBLIC | | $35,000 | $17,500 | $17,500 |
| **Storefront for Art & Architecture**<br>New York, NY<br>*Artists' participation in the project Home: Made In Detroit: In Search of Labor, Education and Housing* | PUBLIC | | $35,000 | $35,000 | |
| **The Studio Museum in Harlem**<br>New York, NY<br>*Norman Lewis: Black Paintings, 1944-1977; and African-American Artists and American Modernism exhibition support (over 2 years)* | PUBLIC | $25,000 | | $25,000 | |
| **Third World Newsreel / Camera News**<br>New York, NY<br>*Newsreel: 30 Years of Media and Politics on the Left monograph and series of screenings commemorating the 30th anniversary of Third World Newsreel* | PUBLIC | | $25,000 | $25,000 | |
| **University of California, Berkeley, University Art Museum**<br>Berkeley, CA<br>*Transformation: The Art of Joan Brown exhibition* | PUBLIC | | $30,000 | $30,000 | |
| **University of California, Riverside**<br>Riverside, CA<br>*Continuous Replay: The Photographs of Arnie Zane exhibition and catalogue* | PUBLIC | | $30,000 | $30,000 | |