THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

| | Ending Cost Basis | Ending Market Value |
|---|---|---|
| **COMMON STOCKS (Small Cap Account) - continued** | | |
| Charlotte Russe Holding Inc | 40,658 | 69,120 |
| Chesapeake Corp | 43,888 | 28,140 |
| CNS Inc | 2,008 | 4,302 |
| Comstock Res Inc | 22,528 | 46,620 |
| CRM Holdings Ltd Corp | 36,405 | 29,708 |
| Cutter & Buck Inc | 23,051 | 49,200 |
| Del Global Tech Corp | 11,563 | 13,065 |
| Diodes Inc | 34,414 | 85,554 |
| Donegal Group Inc | 53,746 | 85,726 |
| Dot Hill Systems Corp | 26,199 | 20,475 |
| Electro Rent Corp. | 15,148 | 19,344 |
| Elizabeth Arden Inc | 36,416 | 57,150 |
| EMC INS Group | 25,026 | 38,025 |
| Ennis, Inc | 46,437 | 47,280 |
| Eschelon Telecom | 13,558 | 16,250 |
| ESS Technology | 22,267 | 6,974 |
| Exide Technologies Inc | 65,427 | 25,988 |
| Fargo Electronics Inc | 9,481 | 16,632 |
| Feldman Mall Pptys Inc | 36,109 | 33,600 |
| Finlay Enterprises Inc | 52,525 | 34,812 |
| Five Star Quality Care | 16,863 | 37,080 |
| Flanders Corp | 21,762 | 23,828 |
| Fremont Gen Corp | 117,612 | 180,144 |
| Gander Mtn Co | 44,367 | 30,566 |
| GSE Systems Inc | 9,690 | 18,480 |
| Gymboree Corp | 50,555 | 99,264 |
| Healthcare Svcs Group | 35,470 | 83,265 |
| Healthtronics Surgical Svcs Inc | 30,533 | 40,800 |
| Highland Hospitality Corp | 66,198 | 79,980 |
| HMS Holding Corp | 16,376 | 36,851 |
| Hooper Holmes Inc | 44,811 | 25,960 |
| Indus Intl Inc | 11,943 | 14,344 |
| Infocus Corp | 45,470 | 32,142 |
| Ingles Mkts Inc | 13,065 | 23,855 |
| Input/Output Inc | 42,344 | 58,464 |
| Insituform Technologies Inc | 18,056 | 30,576 |
| Inter Tel Inc | 32,201 | 36,704 |
| Interline Brands Inc | 46,552 | 75,040 |
| J Jill Group LLC | 45,198 | 69,658 |
| JDA Software Group Inc | 55,731 | 57,372 |
| JER Investment Tr Inc | 62,109 | 56,595 |
| Kadant Inc | 33,813 | 44,859 |
| Kaman Corp | 33,322 | 70,470 |
| Keystone Automotive Ind | 56,961 | 123,900 |
| Kimball Intl Inc Cl B | 15,335 | 18,300 |
| KMG Amer Corp | 40,181 | 37,146 |
| Landec Corp | 33,831 | 69,125 |
| Learning Tree Int'l Inc | 29,974 | 23,520 |
| Lenox Group Inc | 37,393 | 42,222 |
| Levitt Corp | 14,493 | 21,027 |
| Lexington Corp Pptys Tr | 33,878 | 38,808 |
| LionBridge Technologies | 37,870 | 41,922 |
| LKQ Corp | 28,079 | 67,328 |
| LSI Industrial Inc Ohio | 24,148 | 25,065 |
| Lumment Mtg Cap Inc | 46,430 | 29,880 |
| Madden Steven Ltd | 43,375 | 111,804 |
| Magnetek Inc | 22,517 | 28,329 |
| Maidenform Brand | 29,659 | 29,700 |
| Material Sciences Corp | 28,169 | 25,775 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

|  | Ending<br>Cost Basis | Ending<br>Market Value |
|---|---|---|
| COMMON STOCKS (Small Cap Account) - continued | | |
| MCG Capital Corp | 87,893 | 81,180 |
| Meadowbrook Ins Group | 20,193 | 38,610 |
| Medical Pptys Tr Inc | 29,119 | 30,100 |
| Methode Electronics Inc | 14,051 | 13,720 |
| MICROTEK Med Hldgs Inc | 11,540 | 15,666 |
| Midwest Banc Hldgs Inc | 20,552 | 21,114 |
| Monaco Coach Corp | 19,821 | 18,096 |
| Monro Muffler Brake Inc | 39,686 | 47,255 |
| MRO Software Inc | 42,741 | 57,060 |
| MSC Software Corp | 26,469 | 65,600 |
| Nautilus, Inc | 15,064 | 16,400 |
| Navarre Corp | 26,905 | 14,184 |
| NewPark Resources Inc | 21,752 | 29,970 |
| NN Inc | 64,450 | 70,125 |
| North American Scientific Inc | 33,112 | 11,336 |
| Northwst Pipe Co | 29,826 | 73,725 |
| NS Group Inc | 26,192 | 70,028 |
| Option Care Inc | 22,119 | 39,353 |
| PC Mall Inc | 21,551 | 27,320 |
| Pemstar Inc | 17,451 | 14,850 |
| Penni Corp | 25,441 | 45,045 |
| Placer Sierra Bancshares | 37,545 | 42,480 |
| Plato Learning Inc | 19,624 | 32,000 |
| PMA Cap Corp | 31,553 | 33,252 |
| Pomeroy IT Solutions | 57,074 | 41,454 |
| Premiere Global Svcs | 33,402 | 45,298 |
| Procentury Corp | 49,907 | 63,840 |
| Quaker Fabric Corp | 23,865 | 5,760 |
| Qualstar Corp | 25,232 | 18,000 |
| Red Lions Hotel Corp | 12,527 | 33,600 |
| Rehabcare Group Inc | 25,924 | 26,288 |
| Retail Ventures Inc | 27,363 | 45,080 |
| Rumage Corp | 26,830 | 26,532 |
| Russ Berrie & Co Inc | 27,722 | 23,850 |
| School Specialty Inc | 47,570 | 54,555 |
| SeaBright Insurance Holdings | 26,884 | 28,934 |
| Seracare Life Science | 17,632 | 7,440 |
| Sharper Image Corp | 40,497 | 43,616 |
| Shoe Carnival | 38,370 | 47,651 |
| Silicon Graphics Inc | 22,648 | 4,928 |
| Source Interlink Co | 66,438 | 63,897 |
| Specialty Underwriters Alliance Inc | 27,761 | 19,633 |
| SPSS Inc | 35,508 | 69,720 |
| Stride Rite Corp | 38,082 | 50,436 |
| Supportsoft Inc | 27,679 | 25,592 |
| Thomas Pptys Group Inc | 28,781 | 31,920 |
| Tredegar Corp | 15,526 | 19,272 |
| Universal Electronics Inc | 32,150 | 38,104 |
| Wabash Int'l Corp | 28,011 | 32,580 |
| Warren Res Inc | 13,875 | 25,704 |
| Watchguard Technologies Inc | 10,487 | 10,920 |
| WD-40 Co | 33,450 | 37,716 |
| Wet Seal Inc | 37,971 | 33,350 |
| Willis Lease Fin Corp | 28,344 | 45,225 |
| Winston Hotels Inc | 71,382 | 77,544 |
| Woodhead Inds Inc | 42,549 | 52,160 |
| | | |
| SUB-TOTAL | 4,930,037 | 6,086,484 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

|  | Ending Cost Basis | Ending Market Value |
|---|---|---|
| **CONVERTIBLE CORPORATE BONDS** | | |
| Silicon Graphics Inc | 10,745 | 9,100 |
| SUB-TOTAL | 10,745 | 9,100 |
| **GLOBAL COMMON STOCKS** | | |
| Firstservice Corp | 1,555 | 4,988 |
| Hummingbird Commun Ltd | 50,835 | 61,675 |
| Lumenis Ltd | 8,241 | 5,600 |
| Novamerican Steel Inc | 22,318 | 25,800 |
| Quanta Capital Holdings | 12,700 | 6,500 |
| Scottish Re Group Ltd | 85,660 | 92,920 |
| Willbros Group Inc | 25,634 | 44,200 |
| SUB-TOTAL | 206,943 | 241,683 |
| GRAND TOTAL | 21,221,642 | 24,799,926 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART II - CORPORATE BONDS
==========================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|-------------|-------------------|------------|
| SEE ATTACHED SCHEDULE | 17,862,163. | 17,862,163. |
| TOTALS | 17,862,163. | 17,862,163. |

8BC04N M261          V05-8.1                    29          STATEMENT 12

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

### CORPORATE BONDS

|  | % | Date | Ending Cost Basis | Ending Market Value |
|---|---|---|---|---|
| **CORPORATE BONDS** | | | | |
| AG First Farm CB | 8 390% | 12/15/2016 | 410,000 | 443,825 |
| American Electric S/U Note | 4.710% | 8/16/2007 | 191,395 | 188,195 |
| American Gen Fin Corp | 2 750% | 6/15/2008 | 72,581 | 70,890 |
| American Gen | 8 130% | 3/15/2046 | 261,258 | 317,439 |
| American Int'l Group | 6 250% | 5/1/2036 | 184,051 | 184,057 |
| Appalachian Power Co . | 5 800% | 10/1/2035 | 148,860 | 133,710 |
| AT&T Broadband | 9 460% | 11/15/2022 | 59,766 | 57,040 |
| Auburn Hills TR | VAR | 5/1/2020 | 58,261 | 54,602 |
| Autop Del Maipo | 7 370% | 6/15/2022 | 311,161 | 329,340 |
| British Telecom | 8 630% | 12/15/2030 | 161,491 | 150,416 |
| CC Funding TR SR NT | 6 900% | 2/16/2007 | 193,554 | 184,848 |
| Celulosa Arauco 144A | 5 630% | 4/20/2015 | 146,906 | 138,650 |
| Cisco Systems Inc . | 5 500% | 2/22/2016 | 92,575 | 90,656 |
| Comcast Corp | 6 450% | 3/13/2037 | 47,818 | 45,691 |
| Consumers Energ | 4 000% | 5/15/2010 | 408,376 | 384,334 |
| Continental Cable | 9 000% | 9/1/2008 | 52,669 | 48,321 |
| DaimlerChrysler | 4 780% | 10/31/2008 | 72,000 | 72,331 |
| DaimlerChrysler NA | 4 750% | 1/15/2008 | 12,968 | 12,828 |
| DBS Capital Funding Corp | VAR | 3/31/2049 | 76,978 | 75,257 |
| Dresdner Funding Trust | 8 150% | 6/30/2031 | 122,922 | 114,160 |
| Duke Cap Corp | 4 300% | 5/18/2006 | 177,174 | 173,913 |
| Entergy LA LLC | 6 300% | 9/1/2035 | 29,999 | 27,657 |
| Enterprise Prod OP L P | 7 500% | 2/1/2011 | 147,012 | 137,140 |
| Enterprise Prod OP L P | 5 000% | 3/1/2015 | 33,549 | 31,103 |
| Farmers Exchange Cap TR | 7 200% | 7/15/2048 | 95,809 | 95,930 |
| Ford Motor Cred | 6 500% | 1/25/2007 | 91,123 | 90,436 |
| Goldman Sachs Group | 4 750% | 7/15/2013 | 43,524 | 41,329 |
| Harrah's Operating Gtd SR Nts | 5 630% | 6/1/2015 | 152,174 | 142,380 |
| Harrah's Operating Co . | 5 750% | 10/1/2017 | 46,694 | 44,044 |
| Mantis Reef LTD | 4 690% | 11/14/2008 | 177,386 | 171,902 |
| Mizuho Fin Grp | 8 380% | 12/29/1949 | 221,321 | 228,416 |
| MUFG Capital Finance Ltd | 6 350% | 12/29/2049 | 220,000 | 215,578 |
| Northeast Utl | 3 300% | 6/1/2008 | 273,362 | 261,396 |
| One America Fin | 7 000% | 10/15/2033 | 93,519 | 96,679 |
| Psi Energy | 6 120% | 10/15/2035 | 94,950 | 90,231 |
| Pulte Homes | 7.880% | 8/1/2011 | 140,752 | 139,776 |
| Pulte Homes | 6 250% | 2/15/2013 | 32,268 | 31,747 |
| Reinsurance Group | VAR | 12/15/2065 | 89,735 | 84,726 |
| Residential Capital | 6 500% | 4/17/2013 | 64,813 | 64,786 |
| Royal Bank of Scotland | 9 120% | 3/31/2049 | 153,104 | 152,728 |
| SBC Communications | 5 880% | 2/1/2012 | 47,332 | 45,202 |
| Scottsg Power PLC | 5 810% | 3/15/2025 | 179,917 | 169,110 |
| Stora Enso Corp | 7 250% | 4/15/2036 | 100,572 | 99,810 |
| TCI Communications | 8 750% | 8/1/2015 | 189,875 | 175,281 |
| Tele Communs SR DEB | 10 130% | 4/15/2022 | 56,429 | 50,408 |
| Telecom Italia Cap | 4 000% | 1/15/2010 | 43,518 | 42,377 |
| Telecom Italia Cap | 4 950% | 9/30/2014 | 71,154 | 68,655 |
| Telecom Italia Cap | 5 250% | 11/15/2013 | 105,316 | 99,015 |
| Time Warner Cos Inc | 7 570% | 2/1/2024 | 228,384 | 230,158 |
| TXU Energy Co LLC | 7 000% | 3/15/2013 | 77,337 | 72,499 |
| Verizon Global Funding | 7 750% | 12/1/2030 | 89,025 | 82,725 |
| Verizon New England | 6 500% | 9/15/2011 | 38,048 | 37,525 |
| Viacom Inc | 5 750% | 4/30/2011 | 89,456 | 89,379 |
| Viacom Inc | 6 880% | 4/30/2036 | 108,903 | 108,405 |
| Wachovia Bank Medium Term Note | 5 600% | 3/15/2016 | 59,926 | 58,626 |
| Axis Capital Holdings (Convertible) | 7 500% | | 28,100 | 28,013 |
| | | | | |
| SUB-TOTAL | | | 6,977,150 | 6,875,675 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

## CORPORATE POOLS & PASS-THROUGHS

| | % | Date | Ending Cost Basis | Ending Market Value |
|---|---|---|---|---|
| ABN Amro Mortgage | 4 750% | 3/25/2033 | 147,497 | 145,538 |
| America W Arils | 7 930% | 1/2/2019 | 60,417 | 60,849 |
| Banc Amer Mtg Secs Inc | VAR | 7/25/2034 | 146,359 | 139,403 |
| Bayview Financial CMO | 5 000% | 2/28/2045 | 250,993 | 249,817 |
| BFC Finance Corp | 7 380% | 12/1/2017 | 290,583 | 278,486 |
| Chase Mtg Finance Corp | VAR | 12/25/2035 | 359,215 | 355,079 |
| Citigroup Mortgage CMO | 4 700% | 2/25/2036 | 215,077 | 219,259 |
| Citigroup Mortgage CMO | 4 900% | 2/25/2036 | 77,092 | 76,859 |
| Citigroup Mortgage CMO | VAR | 3/25/2036 | 366,718 | 366,710 |
| Countrywide Altern CMO | 4 250% | 3/25/2034 | 140,386 | 137,765 |
| Countrywide Altern CMO | 5 500% | 8/25/2034 | 166,436 | 163,794 |
| Credit Suisse F/B | 5 500% | 6/25/2033 | 148,612 | 146,288 |
| C Walt, Inc | 5 500% | 7/25/2025 | 244,241 | 236,255 |
| C Walt, Inc | 5 250% | 12/25/2033 | 153,621 | 151,449 |
| C Walt, Inc | 7 000% | 12/25/2034 | 227,006 | 216,945 |
| C Walt, Inc | 6 000% | 2/25/2035 | 115,769 | 114,504 |
| C Walt, Inc CMO | 5 500% | 8/25/2034 | 148,590 | 145,463 |
| CWMBS, Inc | 6 250% | 10/25/2032 | 104,757 | 103,247 |
| CWMBS, Inc Mtg | 5 500% | 1/25/2034 | 91,481 | 90,628 |
| CWABS Ser 2004 | 5 000% | 2/25/2035 | 8,981 | 8,488 |
| CWABS 05-1 AF2 | 4 360% | 6/15/2035 | 257,928 | 257,868 |
| First Franklin | 5 750% | 7/25/2034 | 5,896 | 5,882 |
| First Horizon Mtg P/T | 5 150% | 6/25/2035 | 230,255 | 224,749 |
| GMAC Mortgage CMO | 5 750% | 4/25/2036 | 386,584 | 386,403 |
| Greenpoint MHS | 7 270% | 6/15/2029 | 523,023 | 543,250 |
| GS Mortgage Securities | 4 760% | 7/10/2039 | 277,911 | 275,383 |
| GSR Mortgage Loan Trust | VAR | 2/25/2036 | 279,320 | 275,324 |
| JP Morgan CMO | 5 330% | 12/15/2044 | 244,629 | 241,700 |
| LB-UBS Com'l 05-C3 AM | 4 790% | 5/15/2015 | 371,847 | 344,766 |
| Master Adj Rate Mtg Trust | VAR | 7/24/2035 | 147,326 | 143,932 |
| Mastr Asset SEC | 5 500% | 7/25/2033 | 175,714 | 164,836 |
| Merrill Lynch CMO | 5 980% | 3/25/2036 | 295,159 | 295,146 |
| MMCA Auto Trust | 3 570% | 8/17/2009 | 5,009 | 4,970 |
| MMCA Auto Trust | 4 300% | 3/15/2010 | 116,046 | 113,393 |
| Nomura Home Equity Abs | 5 500% | 1/25/2036 | 97,461 | 96,842 |
| Popular Abs Inc | 5 500% | 1/25/2036 | 335,585 | 334,175 |
| Resid Accred CMO | 6 000% | 11/25/2032 | 163,465 | 160,812 |
| Resid Accred CMO | 5 750% | 2/25/2034 | 186,884 | 184,702 |
| Resid Asset Mtg Products | VAR | 5/25/2035 | 275,399 | 275,495 |
| Sail Net Interest Abs | 5 500% | 6/27/2035 | 87,581 | 87,996 |
| Sec Asset Backed Nim Trust | 6.000% | 1/25/2026 | 162,295 | 162,179 |
| SGMS Nim Abs | 5 750% | 10/25/2035 | 94,897 | 94,309 |
| Struct Adj Rate CMO | 5 250% | 12/25/2035 | 183,902 | 180,967 |
| Struct Adj Rate CMO | VAR | 2/25/2036 | 183,087 | 181,555 |
| Sys 2001 Assets | 7 160% | 12/15/2011 | 95,275 | 88,550 |
| Wachovia Bank CMO | 5 200% | 12/15/2044 | 187,187 | 184,642 |
| Washington Mut | VAR | 10/25/2033 | 178,179 | 173,952 |
| Washington Mut CMO | VAR | 12/25/2035 | 184,627 | 182,114 |
| Washington Mut CMO | VAR | 12/25/2035 | 182,322 | 179,635 |
| Washington Mut CMO | VAR | 3/25/2035 | 274,079 | 275,530 |
| Wells Fargo Gtd Remic TR | VAR | 4/25/2009 | 278,009 | 270,340 |
| Wells Fargo Gtd Remic TR | VAR | 8/25/2035 | 187,677 | 190,000 |
| Wells Fargo Co | 4 000% | 8/25/2034 | 277,681 | 269,136 |
| Wells Fargo Mtg CMO | 4 990% | 10/25/2035 | 146,599 | 144,743 |
| Wells Fargo Abs | VAR | 3/25/2036 | 586,451 | 584,386 |
| SUB-TOTAL | | | 11,129,120 | 10,986,488 |
| GRAND TOTAL | | | 18,106,270 | 17,862,163 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL          13-3410749

FORM 990PF, PART II - OTHER INVESTMENTS
===================================================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
| --- | --- | --- |
| ARDEN ENDOWMENT ADVISORS LTD | 15,012,132. | 15,012,132. |
| BLACKSTONE PARK AVENUE NON-TAXABLE FUND LP | 13,249,088. | 13,249,088. |
| VALUE PARTNERS LTD | 158,319. | 158,319. |
| CAPITAL GUARDIAN - GRANTOR TRUST | 34,275,584. | 34,275,584. |
| MARSICO FOCUSED GROWTH FUND LP | 5,082,675. | 5,082,675. |
| SANDERSON INTERNATIONAL VALUE FUND | 3,017,826. | 3,017,826. |
| PURCHASED INTEREST | 97,695. | 97,695. |
| TOTALS | 70,893,319. | 70,893,319. |

8BC04N M261                    V05-8.1                    30                    STATEMENT  13

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART II - OTHER ASSETS
================================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
| --- | --- | --- |
| ART WORK - SEE STATEMENT 23 | 14,912,431. | 74,185,438. |
| TOTALS | 14,912,431. | 74,185,438. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                13-3410749

FORM 990PF, PART II - DEFERRED REVENUE
===========================================

| DESCRIPTION | ENDING BOOK VALUE |
| --- | --- |
| DEFERRED REVENUE - DEPOSITS RECEIVED ON THE SALE OF ARTWORKS | 18,000. |
| TOTALS | 18,000. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749


FORM 990PF, PART III - OTHER INCREASES IN NET WORTH OR FUND BALANCES
==================================================================

DESCRIPTION                                            AMOUNT
-----------                                            ------


NET UNREALIZED GAIN ON INVESTMENTS                    19,301,353.
                                                  ---------------
                                  TOTAL                19,301,353.
                                                  ===============

THE ANDY WARHOL FOUNDATION FOR THE VISUAL    13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES
====================================================================

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| JOEL WACHS<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | PRESIDENT<br>40 HRS/WK | 250,022. | 44,000. | NONE |
| KATHLEEN C. MAURER<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | TREASURER/CFO<br>40 HRS/WK | 170,690. | 34,138. | NONE |
| JOHN WARHOLA<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | VP/DIRECTOR<br>20 HRS/WK | 72,052. | 12,410. | NONE |
| PATRICIA CRUZ<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| DAVID DECHMAN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>7 HRS/WK | 5,833. | NONE | NONE |
| SHERRI GELDIN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| JANE HAMMOND<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>7 HRS/WK | 5,833. | NONE | NONE |
| WERNER KRAMARSKY<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES
=========================================================================

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| RICK LOWE<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ANN R. LEVEN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ELIZABETH MURRAY<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ANN PHILBIN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| LISA PHILLIPS<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| JOCK REYNOLDS<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ROBERT STORR<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| JOHN WATERS<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |

STATEMENT 18 IS A CONTINUATION
OF STATEMENT 17

8BC04N M261                    V05-8.1                    35                    STATEMENT    18

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| PATRICIA WILLIAMS 65 BLEECKER STREET, 7TH FLOOR NEW YORK, NY 10012 | DIRECTOR 12 HRS/WK | 10,000. | NONE | NONE |
| ROBERT G. WILMERS 65 BLEECKER STREET, 7TH FLOOR NEW YORK, NY 10012 | DIRECTOR 12 HRS/WK | 10,000. | NONE | NONE |
| M. ANTOINETTE THOMAS 65 BLEECKER STREET, 7TH FLOOR NEW YORK, NY 10012 | SECRETARY 20 HRS/WK | * SEE BELOW | NONE | NONE |
| GRAND TOTALS | | 634,430. | 90,548. | |

* Ms Thomas is not directly compensated as Secretary; her law firm, Carter Ledyard & Milburn LLP, charges for the portion of her time in keeping minutes (see Statement 4).

8BC04N M261                          V05-8.1                  36

STATEMENT 19 IS A CONTINUATION OF STATEMENT 17

STATEMENT   19

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                13-3410749

990PF, PART VIII - COMPENSATION OF THE FIVE HIGHEST PAID EMPLOYEES
===============================================================================

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| PAMELA CLAPP<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | PROGRAM DIRECTOR<br>40 HRS/WK | 186,153. | 37,230. | NONE |
| MICHAEL HERMANN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NT 10012 | LICENSING DIRECTOR<br>40 HRS/WK | 113,850. | 22,770. | NONE |
| NEIL PRINTZ<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | ART HISTORIAN<br>40 HRS/WK | 113,850. | 22,770. | NONE |
| YONA BACKER<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | PROGRAM ASSOCIATE<br>40 HRS/WK | 107,143. | 21,428. | NONE |
| CLAUDIA DEFENDI<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | CHIEF CURATOR<br>32 HRS/WK | 106,330. | 21,266. | NONE |
| TOTAL COMPENSATION | | 627,326.<br>========== | 125,464.<br>========== | NONE<br>========== |

8BC04N M261                    V05-8.1                          37                    STATEMENT    20

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

990PF, PART VIII- COMPENSATION OF THE FIVE HIGHEST PAID PROFESSIONALS
================================================================================

| NAME AND ADDRESS | TYPE OF SERVICE | COMPENSATION |
|---|---|---|
| VINCENT FREMONT ENTERPRISES<br>ONE UNION SQUARE WEST<br>NEW YORK, NY 10003 | ART SALES | 950,000. |
| TIMOTHY HUNT<br>135 EASTERN PARKWAY<br>BROOKLYN, NY 11203 | ART SALES | 352,885. |
| CAPITAL GUARDIAN TRUST<br>630 FIFTH AVENUE<br>NEW YORK, NY 10111 | INVESTMENT ADVISORY | 169,061. |
| CONDON O'MEARA MCGINTY & DONNELLY LLP<br>3 NEW YORK PLAZA<br>NEW YORK, NY 10004 | AUDITING | 137,686. |
| SPEARS, GRISANTI & BROWN LLC<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10011 | INVESTMENT ADVISORY | 131,769. |

TOTAL COMPENSATION                                    1,741,401.
                                                     ============

STATEMENT  21

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART X - REDUCTION CLAIMED FOR BLOCKAGE
===================================================

DESCRIPTION                                                          AMOUNT
-----------                                                          ------

SEE STATEMENT 23                                                 99,994,465.
                                                                 ----------------
TOTAL                                                            99,994,465.
                                                                 ================

**THE ANDY WARHOL FOUNDATION**
**FOR THE VISUAL ARTS, INC.**

**FORM 990-PF**

**APRIL 30, 2006**

**EIN: 13-3410749**

PART X:

Line 1 (c)

| | | |
|---|---|---:|
| Value of Art created or purchased by Andy Warhol before application of Blockage discount | $ | 174,179,903 |
| Less: Discount for Blockage pursuant to appraisals | | (99,994,465) |
| subtotal | | 74,185,438 |
| Average Fair Market Value of Limited Partnerships | | 65,028,442 |
| Accounts receivable and deposits | | 66,916 |
| Purchased interest | | 97,695 |
| Fair market value of all Other Assets (Part X -Line 1(c) ) | $ | 139,378,491 |

Line 1 (e)

| | | |
|---|---|---:|
| Discount for Blockage pursuant to appraisals (Part X - Line 1 (e) ) | $ | 99,994,465 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

FORM 990-PF

APRIL 30, 2006

EIN: 13-3410749

PART XV - Supplementary Information:

Question 2 - Information regarding contribution, grant, gift, loan, scholarship, ect., programs:

(a)   Ms. Pamela Clapp, Program Director
      The Andy Warhol Foundation for the Visual Arts, Inc.
      65 Bleecker Street - 7th Floor
      New York, NY 10012
      (212) 387-7555

(b)   A letter (approx. three pages) with a detailed proposal, including objectives,
      timetables, budget and copy of the organization's IRS determination letter.

(c)   Grant requests are reviewed twice a year.  The postmark deadlines for proposals are
      March 1 and September 1.

(d)   Grants are awarded to advance the visual arts, including their study, creation,
      preservation and exhibition, and the public understanding and appreciation thereof.
      Grants are currently awarded under the following categories of projects:

      curatorial, creation of new work through regranting initiatives and artists'
      in residence programs.

The Foundation also supports efforts to strengthen areas that directly affect the context
in which artists work, such as freedom of artistic expression and equitable access to
resources including housing and healthcare.  At present, grants are awarded only to
organizations and not to individuals, and the Foundation is unable to fund proposals
using a fiscal agent.

Statement 24

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **CURATORIAL** | | | | | |
| **1708 Gallery** Richmond, VA *Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Acadiana Arts Council** Lafayette, LA *Katrina Relief Emergency Fund: Project HEAL* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **African Film Festival** New York, NY *Support for programming and marketing (over 3 years)* | PUBLIC | $50,000.00 | $0.00 | $30,000.00 | $20,000.00 |
| **The Aldrich Contemporary Art Museum** Ridgefield, CT *"No Reservations: Native American Culture and History in Contemporary Art" exhibition* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **American Federation of Arts** New York, NY *"Lorna Simpson" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Anthology Film Archives** New York, NY *Preservation project for artist films (over 2 years)* | PUBLIC | $0.00 | $150,000.00 | $75,000.00 | $75,000.00 |
| **Art in General** New York, NY *Support for The Commission Project (over 2 years)* | PUBLIC | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| **Artists Alliance, Inc.** New York, NY *Visual art program support (over 2 years)* | PUBLIC | $20,000.00 | $0.00 | $20,000.00 | $0.00 |
| **Art Institute of Chicago** Chicago, IL *Support for the Michael Asher publication* | PUBLIC | $0.00 | $10,000.00 | $10,000.00 | $0.00 |

STATEMENT 25

1

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **ART2102**<br>Los Angeles, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $40,000.00 | $20,000.00 | $20,000.00 |
| **Arthouse at the Jones Center**<br>Austin, TX<br>*"Dario Robleto and Jeremy Blake: The Gospel of Lead" and "Daniel Bozhkov: Underground Waterworks and Recent Projects" exhibitions* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Artists Space**<br>New York, NY<br>*Visual arts program support* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Artspace Projects, Inc.**<br>Minneapolis, MN<br>*For predevelopment of an affordable artist live/work project at P.S. 109, 213 East 99th Street in East Harlem.* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Bay Area Video Coalition**<br>San Francisco, CA<br>*Residency and media preservation program support (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **Bemis Center for Contemporary Arts.**<br>Omaha, NE<br>*Artist-in-residence program support (over 2 years)* | PUBLIC | $40,000.00 | $0.00 | $40,000.00 | $0.00 |
| **Big Orbit**<br>Buffalo, NY<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Bowery Arts and Science, Ltd.**<br>New York, NY<br>*Film arts program support* | PUBLIC | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| **Brennan Center for Justice, NYU School of Law**<br>New York, NY<br>*Free Expression Policy Project (over 3 years)* | PUBLIC | $50,000.00 | $0.00 | $50,000.00 | $0.00 |

2

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **The Brooklyn Rail, Inc.**<br>Brooklyn, NY<br>*Publication support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **California State University, Los Angeles**<br>Los Angeles, CA<br>*"Kim Jones: A Retrospective" exhibition* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Camden Arts Centre**<br>London, UK<br>*Exhibition program support* | FOREIGN/ EXPENDITURE RESPONSIBILITY | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Capital City Arts Initiative**<br>Carson City, NV<br>*Visual arts program support* | PUBLIC | $0.00 | $40,000.00 | $20,000.00 | $20,000.00 |
| **Center for Photography at Woodstock**<br>Woodstock, NY<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **CEPA Gallery**<br>Buffalo, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Cinematexas**<br>Austin, TX<br>*International Short Film Festival 2005, 2006 and 2007 (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **Contemporary Arts Center**<br>New Orleans, LA<br>*Katrina Relief Emergency Fund: 2006 visual arts programming* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Contemporary Arts Museum**<br>Houston, TX<br>*Katrina Relief Emergency Fund: for grants to visual artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |

STATEMENT 25

3

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Craft Emergency Relief Fund** Montpelier, VT *Katrina Relief Emergency Fund: For grants to craft artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Creative Capital Foundation** New York, NY *General operating support; Arts Writing Grant Program (over 3 years)* | PUBLIC | $1,000,000.00 | $3,350,000.00 | $1,450,000.00 | $2,900,000.00 |
| **Council on Foundations** New York, NY *General support* | PUBLIC | $0.00 | $16,280.00 | $16,280.00 | $0.00 |
| **Creative Time, Inc.** New York, NY *"Art at the High Line" and "Strange Powers" exhibitions* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Cuban Artists Fund** New York, NY *For the Robert Mapplethorpe exhibition at the Wilfredo Lam Center for Contemporary Art, Havana, Cuba* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| **District of Columbia Arts Center** Washington, DC *Visual art program support (over 2 years)* | PUBLIC | $0.00 | $45,000.00 | $45,000.00 | $0.00 |
| **Diverse Works** Houston, TX *Visual arts exhibitions, residencies, and commissions (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **The Drawing Center** New York, NY *Contemporary exhibition program support (over 2 years)* | PUBLIC | $0.00 | $100,000.00 | $50,000.00 | $50,000.00 |
| **Thomas A. Edison Black Maria Film-Video Festival** Jersey City, NJ *The Black Maria Film and Video Festival, traveling series and the 25th anniversary* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |

4

STATEMENT 25

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Equality Forum** Philadelphia, PA *For "The Museum Closet" panel at the 2006 Equality Forum* | PUBLIC | $0.00 | $6,000.00 | $6,000.00 | $0.00 |
| **Fabric Workshop and Museum** Philadelphia, PA *Support for five artists-in-residence* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Galería de la Raza/Studio 24** San Francisco, CA *Exhibition program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Georgia State University** Atlanta, GA *"Potentially Harmful: The Art of American Censorship" exhibition* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Guggenheim Museum** New York, NY *"SuperCinema" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Hallwalls Contemporary Arts Center** Buffalo, NY *Visual art program support (over 2 years)* | PUBLIC | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| **Haus der Kunst** Munch, Germany *Allan Kaprow exhibition* | FOREIGN/ EXPENDITURE RESPONSIBILITY | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Herschell Carrousel Factory** N. Tonawonda, NY *For an exhibition based on Andy Warhol's collection of carousel horses* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| **Hyde Park Art Center** Chicago, IL *Exhibition program support (over 2 years)* | PUBLIC | $0.00 | $70,000.00 | $70,000.00 | $0.00 |
| **Indianapolis Museum of Art** Indianapolis, IN *Maria Magdalena Campos-Pons exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

5

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **The Institute of Contemporary Art**<br>Boston, MA<br>*"Super Vision" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **The Institute for Figuring**<br>Los Angeles, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $45,000.00 | $22,500.00 | $22,500.00 |
| **International Association of Art Critics**<br>New York, NY<br>*Panelist's expenses for the Critics Conference* | PUBLIC | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| **International Center of Photography**<br>New York, NY<br>*"Snap Judgments: New Positions in Contemporary African Photography" exhibition* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **International Film Seminars**<br>New York, NY<br>*Flaherty film seminar, publication, and exhibition series (over 2 years)* | PUBLIC | $25,000.00 | $0.00 | $25,000.00 | $0.00 |
| **Intersection for the Arts**<br>San Francisco, CA<br>*Exhibition program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Living Arts of Tulsa**<br>Tulsa, OK<br>*New Genre Film Festival and visual art program support (over 3 years)* | PUBLIC | $20,000.00 | $0.00 | $20,000.00 | $0.00 |
| **Location One**<br>New York, NY<br>*Artist-in-Residence program support for New York-based artists (over 2 years)* | PUBLIC | $0.00 | $45,000.00 | $45,000.00 | $0.00 |

6

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| Los Angeles Municipal Art Gallerie Associates<br>Los Angeles, CA<br>*For the Edward Biberman documentary film* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| The Louisiana Cultural Economy Foundation<br>New Orleans, LA<br>*Katrina Relief Emergency Fund: for grants to visual artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| Lower East Side Printshop<br>New York, NY<br>*Support for the Special Editions Fellowship (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| Lower Manhattan Cultural Council<br>New York, NY<br>*Katrina Relief Emergency Fund: Gulf Coast Residency Program* | PUBLIC | $0.00 | $80,000.00 | $80,000.00 | $0.00 |
| The Luggage Store Gallery<br>San Francisco, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $70,000.00 | $35,000.00 | $35,000.00 |
| The Marie Walsh Sharpe Art Foundation<br>Colorado Springs, CO<br>*Support for the Space Program (over 3 years)* | PRIVATE FDN/<br>EXPENDITURE<br>RESPONSIBILITY | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| Massachusetts Institute of Technology, List Visual Arts Center<br>Cambridge, MA<br>*"9 Evenings Reconsidered: Art, Theatre, and Engineering, 1966" exhibition* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| Mississippi Arts Commission<br>Jackson, MS<br>*Katrina Relief Emergency Fund: for grants to visual artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

7

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **The Montclair Art Museum**<br>Montclair, NJ<br>*"Anxious Objects: Willie Cole's Favorite Brands, 1988-2006" exhibition* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **Mount Holyoke College Art Museum**<br>Hadley, MA<br>*"Jane Hammond: Paper Work" exhibition* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **The Museum for African Art**<br>Long Island City, NY<br>*"Ibrahim El Salahi: A Visionary Modernist" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Museum of Contemporary Art, Cleveland**<br>Cleveland, OH<br>*"All Digital" exhibition* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **The Museum of Fine Arts**<br>Houston, TX<br>*"Hélio Oiticica: The Body of Color" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Museum Ludwig**<br>Köln, Germany<br>*"The Eighth Square" exhibition* | FOREIGN/ EXPENDITURE RESPONSIBILITY | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Museum of Modern Art, Medzilaborce**<br>Medzilaborce, Slovak Republic<br>*General support for arts programming* | FOREIGN/ EXPENDITURE RESPONSIBILITY | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| **National Film Preservation Foundation**<br>San Francisco, CA<br>*"The American Avant-Garde, 1945-1985" DVD anthology* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **The Nature Conservancy, Inc.**<br>East Hampton, NY<br>*Visual arts program support for 2005 and 2006 at the Andy Warhol Preserve* | PUBLIC | $0.00 | $10,000.00 | $5,000.00 | $5,000.00 |

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **New Orleans Museum of Art**<br>New Orleans, LA<br>*Katrina Relief Emergency Fund: Curatorial staff salary support* | PUBLIC | 0.00 | $200,000.00 | $200,000.00 | $0.00 |
| **Ninth Street Independent Film Center**<br>San Francisco, CA<br>*Support for collaborative programming and shared technology (over 2 years)* | PUBLIC | $37,500.00 | $0.00 | $37,500.00 | $0.00 |
| **North Side Civic Development Council**<br>Pittsburgh, PA<br>*For the fabrication of a statue of Andy Warhol for site specific installation* | PUBLIC | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| **Ogden Museum of Southern Art, University of New Orleans**<br>New Orleans, LA<br>*Katrina Relief Emergency Fund: staff salary support* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **The Ohr – O'Keefe Museum of Art**<br>Biloxi, MS<br>*Katrina Relief Emergency Fund: staff salary support* | PUBLIC | $0.00 | $150,000.00 | $150,000.00 | $0.00 |
| **Oklahoma Visual Arts Coalition**<br>Oklahoma City, OK<br>*Program support for exhibitions, publications, and artist services (over 2 years)* | PUBLIC | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| **PERFORMA**<br>New York, NY<br>*Commission and produce performances by visual artists (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **Printed Matter, Inc.**<br>New York, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $80,000.00 | $0.00 |
| **P.S.1 Contemporary Art Center**<br>Long Island City, NY<br>*P.S 1 Special Projects Program* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |

9

STATEMENT 25

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Real Art Ways**<br>Hartford, CT<br>*"Acting on Faith" and "Next" exhibitions* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Rema Hort Mann Foundation, Inc.**<br>New York, NY<br>*Support for emerging artists in financial need* | PUBLIC | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| **San Diego Museum of Art**<br>San Diego, CA<br>*Publication to accompany the "Transmission: The Art of Matta and Gordon Matta-Clark" exhibition* | PUBLIC | $0.00 | $35,000.00 | $35,000.00 | $0.00 |
| **San Francisco Museum of Modern Art**<br>San Francisco, CA<br>*"Olafur Eliasson" exhibition* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **San Jose Institute of Contemporary Art**<br>San Jose, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **SculptureCenter**<br>Long Island City, NY<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **Southern Exposure**<br>San Francisco, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Space One Eleven**<br>Birmingham, AL<br>*Series of three exhibitions on social and political topics relating to the "new south" (over 2 years)* | PUBLIC | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| **Spaces**<br>Cleveland, OH<br>*Exhibition and artist-in-residence program support (over 2 years)* | PUBLIC | $40,000.00 | $0.00 | $40,000.00 | $0.00 |

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Storefront for Architecture**<br>New York, NY<br>*Commissioning, research, and publishing projects (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **The Studio Museum in Harlem**<br>New York, NY<br>*"Frequency" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Turchin Center for the Visual Arts, Appalachian State University**<br>Boone, NC<br>*"Redefining Space" exhibition program and sculpture conference* | PUBLIC | $0.00 | $45,000.00 | $45,000.00 | $0.00 |
| **University of California, Los Angeles / Chicano Studies Research Center**<br>Los Angeles, CA<br>*"A Ver: Revisioning Art History" project support* | PUBLIC | $0.00 | $100,000.00 | $50,000.00 | $50,000.00 |
| **University of Minnesota**<br>Minneapolis, MN<br>*"Picturing Power: The Documentary Photography of Paul Shambroom" exhibition, catalogue and symposium* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **University of Texas at El Paso/ Stanlee and Gerald Rubin Center for the Visual Arts**<br>El Paso, TX<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **University of Wyoming/ University of Wyoming Art Museum**<br>Laramie, WY<br>*Exhibition program support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Visual AIDS**<br>New York, NY<br>*Robert Blanchon Estate Project* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **The Andy Warhol Museum**<br>Pittsburgh, PA<br>*General support* | PUBLIC | $0.00 | $250,000.00 | $250,000.00 | $0.00 |

11

STATEMENT 25

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Wave Hill** Bronx, NY *Visual art program support (over 2 years)* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **Weatherspoon Art Museum/ University of North Carolina** Greensboro, NC *For a catalogue to accompany an exhibition by artist John Duff* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| **White Box, Ltd.** New York, NY *Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $40,000.00 | $20,000.00 | $20,000.00 |
| **Women's Studio Workshop** Rosendale, NY *New York State Artist Workspace Consortium program support (over 2 years)* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Wood Street Galleries/ Pittsburgh Cultural Trust** Pittsburgh, PA *Visual art program support (over 3 years)* | PUBLIC | $0.00 | $75,000.00 | $50,000.00 | $25,000.00 |
| **Working Today** Brooklyn, NY *For the health insurance advocacy program (over 2 years)* | PUBLIC | $0.00 | $115,000.00 | $57,500.00 | $57,500.00 |
| | | $2,827,951.00 | $0.00 | | $1,608,877.00 |
| **WARHOL INITIATIVE** | | | | | |
| General expenses | PUBLIC | | | $341,392.00 | |
| 911 Media Arts Center | PUBLIC | | | $15,000.00 | |
| Artspace, Inc. | PUBLIC | | | $48,000.00 | |
| Atlanta Contemporary Art Center | PUBLIC | | | $25,000.00 | |
| Aurora Picture Show | PUBLIC | | | $55,000.00 | |
| Franklin Art Works | PUBLIC | | | $60,142.00 | |
| Kansas City Artists Coalition | PUBLIC | | | $9,850.00 | |
| Locust Projects, Inc. | PUBLIC | | | $67,000.00 | |
| Midway Contemporary Art | PUBLIC | | | $44,800.00 | |
| Momenta Art | PUBLIC | | | $115,000.00 | |

STATEMENT 25

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| Participant, Inc. | PUBLIC | | | $100,000.00 | |
| Ruby Green Contemporary Art Center | PUBLIC | | | $54,390.00 | |
| Smack Mellon | PUBLIC | | | $100,000.00 | |
| The Soap Factory | PUBLIC | | | $55,000.00 | |
| Trans>/Passim, Inc. | PUBLIC | | | $78,500.00 | |
| Transformer Incorporated | PUBLIC | | | $50,000.00 | |
| SUB-TOTAL | | | | $1,219,074.00 | |
| ARTS WRITERS INITIATIVE | | $0.00 | $650,000.00 | $0.00 | $650,000.00 |
| TOTAL CASH GRANTS | | $4,300,451.00 | $9,619,280.00 | $8,050,854.00 | $5,868,877.00 |
| LESS: FOREIGN AND PRIVATE FOUNDATION GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS | | | | $65,000.00 | |
| TOTAL QUALIFYING DISTRIBUTIONS | | | | $7,985,854.00 | |

STATEMENT 25

13

Form 990-PF
p. 5
Question 5(c)
Part VII-B

## THE ANDY WARHOL FOUNDATION
### FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

### STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)  Name and address of grantee -
        Camden Arts Centre
        Arkwright Road
        London NW3 6DG
        United Kingdom

(b)  Date and amount of grant -
        06/03/2005
        $50,000.00

(c)  Purpose of grant -
        Victor Grippo , Runa Islam, and Kerry
        James Marshall exhibitions

(d)  Amount expended by grantee -
        $50,000.00

(e)  Whether grantee has diverted any portion of the funds from the purpose of the
grant, to the knowledge of the Foundation -

      No.

(f)  Dates of any reports received from the grantee - 04/10/2006

(g)  The date and results of any verification of the grantee's reports pursuant to and to
the extent required by Regulation § 53.4945-5 (c) (1) -

      The Foundation had no reason to doubt the accuracy or reliability of the
reports received, therefore no independent verification is required to be
undertaken.

STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)    Name and address of grantee -          Haus der Kunst
                                              prinzregentenstrasse 1
                                              d 80538 Munich
                                              Germany

(b)    Date and amount of grant -             12/09/2005
                                              $60,000.00

(c)    Purpose of grant -                     Allan Kaprow exhibition

(d)    Amount expended by grantee -           $60,000.00

(e)    Whether grantee has diverted any portion of the funds from the purpose of the
       grant, to the knowledge of the Foundation -

              No.

(f)    Dates of any reports received from the grantee - 06/27/2006

(g)    The date and results of any verification of the grantee's reports pursuant to and to
       the extent required by Regulation § 53.4945-5 (c) (1) -

              The Foundation had no reason to doubt the accuracy or reliability of the
              reports received, therefore no independent verification is required to be
              undertaken.

STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)   Name and address of grantee -          Andy Warhol Museum of Modern Art,
                                             Medzilaborce
                                             Andy Warhol Street 749/26
                                             068 01  Medzilaborce
                                             Slovakia

(b)   Date and amount of grant -            05/05/2005
                                             $15,000.00

(c)   Purpose of grant -                     General support for arts programming

(d)   Amount expended by grantee -          $15,000.00

(e)   Whether grantee has diverted any portion of the funds from the purpose of the
      grant, to the knowledge of the Foundation -

          No.

(f)   Dates of any reports received from the grantee -  04/15/2006

(g)   The date and results of any verification of the grantee's reports pursuant to and to
      the extent required by Regulation § 53.4945-5 (c) (1) -

          The Foundation had no reason to doubt the accuracy or reliability of the
          reports received, therefore no independent verification is required to be
          undertaken.

                                                          STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)  Name and address of grantee -          Museum Ludwig
                                            Bischofsgartenstr. 1,
                                            50667 Köln
                                            Germany

(b)  Date and amount of grant -             06/03/2005
                                            $75,000.00

(c)  Purpose of grant -                     *The Eighth Square* exhibition

(d)  Amount expended by grantee -           $75,000.00

(e)  Whether grantee has diverted any portion of the funds from the purpose of the
     grant, to the knowledge of the Foundation -

          No.

(f)  Dates of any reports received from the grantee -      03/15/2006
                                                           01/11/2007

(g)  The date and results of any verification of the grantee's reports pursuant to and to
     the extent required by Regulation § 53.4945-5 (c) (1) -

          The Foundation had no reason to doubt the accuracy or reliability of the
          reports received, therefore no independent verification is required to be
          undertaken.

                                            STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)   Name and address of grantee -

The Marie Walsh Sharpe Art Foundation
830 North Tejon Street
Arkwright Road
Suite 120
Colorado Springs, CO 80903

(b)   Date and amount of grant -

06/04/2004
$150,000.00 (over 3 years)

(c)   Purpose of grant -

For the Space Program (over 3 years)

(d)   Amount expended by grantee -

$150,000.00

(e)   Whether grantee has diverted any portion of the funds from the purpose of the grant, to the knowledge of the Foundation -

No.

(f)   Dates of any reports received from the grantee -    07/11 /2006

(g)   The date and results of any verification of the grantee's reports pursuant to and to the extent required by Regulation § 53.4945-5 (c) (1) -

The Foundation had no reason to doubt the accuracy or reliability of the reports received, therefore no independent verification is required to be undertaken.

STATEMENT 26

13-3410749

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

FORM 990-PF, PART XVI-A - ANALYSIS OF OTHER REVENUE

|  | BUSINESS CODE | AMOUNT | EXCLUSION CODE | AMOUNT | RELATED OR EXEMPT FUNCTION INCOME |
|---|---|---|---|---|---|
| CORPORATE BOND PROCEEDS |  |  | 14 | 39,877. |  |
| RETURNED GRANT |  |  |  |  | 1,000. |
| CLASS ACTION INSURANCE SETTLEMENT |  |  |  |  | 4,353. |
| MISCELLANEOUS INCOME |  |  |  |  | 579. |
| TOTALS |  |  |  | 39,877. | 5,932. |

STATEMENT 27

**THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.**

**CONFORMITY STATEMENT**

**For the Year Ended 04/30/2006**

I certify that the attached amended by-laws are complete and accurate copies of the original document

_Signature of Officer_     3/14/07
             Date

Kathleen C. Maurer   Chief Financial
_Type or print name and title_   Officer and Treasurer

BY-LAWS

OF

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.

(a New York Not-for-Profit corporation)

As amended, by unanimous vote of the Directors at a meeting of the Directors held on June 3, 2005, and effective as of October 14, 2005.

Secretary

1309423.1

TABLE OF CONTENTS

Page

ARTICLE I Members ...............................................................................1

ARTICLE II Directors ..............................................................................1

      Section 2.01 .   Management ...........................................................1
      Section 2.02 .   Number ................................................................1
      Section 2.03 .   Warhola Designee...................................................1
      Section 2.04 .   Classification, Election and Term .............................1
      Section 2.05 .   Resignations..........................................................2
      Section 2.06 .   Removal, Vacancies and Increases............................2
      Section 2.07 .   Quorum and Board Action.......................................2
      Section 2.08 .   Annual Meeting .....................................................3
      Section 2.09 .   Regular Meetings...................................................3
      Section 2.10 .   Special Meetings....................................................3
      Section 2.11 .   Committees...........................................................3
      Section 2.12 .   Action without a Meeting.........................................4
      Section 2.13 .   Meeting by Use of Telecommunications ....................4
      Section 2.14 .   Waiver of Notice of Meeting....................................4
      Section 2.15 .   Advisory Directors.................................................4
      Section 2.16 .   Compensation .......................................................4

ARTICLE III Officers ...............................................................................5

      Section 3.01 .   Appointment and Number ........................................5
      Section 3.02 .   Appointed Term.....................................................5
      Section 3.03 .   Removal; Resignation.............................................5
      Section 3.04 .   Vacancies.............................................................5
      Section 3.05 .   Chairman of the Board: ...........................................5
      Section 3.06 .   President:..............................................................5
      Section 3.07 .   Vice President:.......................................................6
      Section 3.08 .   Secretary:.............................................................6
      Section 3.09 .   Treasurer:.............................................................6

ARTICLE IV Advisors...............................................................................6

ARTICLE V Miscellaneous ........................................................................6

      Section 5.01 .   Seal ....................................................................6
      Section 5.02 .   Fiscal Year ...........................................................6
      Section 5.03 .   Books and Records .................................................7
      Section 5.04 .   Checks, Notes, Contracts, Etc ..................................7

1309423.1

Section 5.05 . Investments ..........................................................................7

Section 5.06 . Amendment of By-Laws.........................................................7

Section 5.07 . Definitions ...........................................................................7

1309423.1

BY-LAWS

of

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.

---

ARTICLE I

Members

The Corporation shall not have members.

ARTICLE II

Directors

Section 2.01.  Management

Section 2.02.  Number

Section 2.03.  Warhola Designee.  John Warhola shall have the right to designate a son of his to serve as his successor as a director, such designation to become effective when John Warhola ceases for any reason to serve as a director.  Any such designation shall be effected by a writing dated and signed by John Warhola and delivered to the Secretary, prior to John Warhola ceasing to be a director, and may be revoked by a later written designation or revocation so delivered to the Secretary.  The Secretary shall keep the current designation, if any, in the minute book of the Corporation until John Warhola ceases to be a director.

Section 2.04.  Classification, Election and Term.  The Board of Directors shall be divided into two classes, to be designated Class A and Class B.  Class B shall be further divided into four subclasses to be designated Class B-1, Class B-2, Class B-3, and Class B-4.

(a)  Class A Directors.  The Class A directors shall be (i) John Warhola and, following John Warhola's ceasing to be a director, the Warhola Designee, if any, as said term is defined in Section 2.03, until the death, resignation or removal for cause of any of them as herein provided, and (ii) unless the directors otherwise determine, the person who is the duly appointed President of the Corporation holding office from time to time.  Class A Directors shall be elected in the manner provided in Section 2.07 and shall assume the office immediately upon election and serve until the next annual meeting of directors following such election or until their prior death, resignation or removal as provided in Section 2.06, except that, until such event, John Warhola or the Warhola Designee, if any, as the case may

1309423.1

be, and, unless the directors otherwise determine, the person who is then the duly appointed President of the Corporation, shall be elected automatically as Class A directors at each annual meeting of directors.

(a)    Class B Directors.    Class B shall be comprised of directors elected at large. The Class B directors shall be divided into four subclasses, as nearly equal in number as possible, for the purpose of staggering their terms of office. The terms of office of the initial Class B-1 directors shall expire at the annual meeting of directors in 2006; the terms of office of the initial Class B-2 directors shall expire at the annual meeting of directors in 2007; the terms of office of the initial Class B-3 directors shall expire at the annual meeting of directors in 2008, and the terms of office of the initial Class B-4 directors shall expire at the annual meeting of directors in 2009. At each annual meeting of directors after 2005, successors to the Class B directors whose terms shall then expire shall be elected in the manner provided in Section 2.07 of these by-laws and shall assume their offices immediately upon election and serve until the fourth succeeding annual meeting of directors following such election or until their prior death, resignation or removal as provided in Section 2.06. A Class B director shall not serve more than two consecutive terms, and in no case longer than the eighth annual meeting of directors succeeding his or her election, and shall not be eligible to serve as a director again until at least one year has elapsed after the expiration of his or her most recent term. Any newly created directorships or any decrease in the number of directors shall be so apportioned among the Class B subclasses as to make all subclasses as nearly equal in number as possible.

Section 2.05.    Resignations.    Any director may resign at any time by giving written notice to the Board of Directors. Such resignation shall be effective immediately or at the time specified therein without the need for acceptance.

Section 2.06.    Removal, Vacancies and Increases.    Any or all of the directors may be removed at any time, with cause, by vote of a majority of the directors holding office at the time, provided that neither John Warhola nor the Warhola Designee shall be removed as a director except by the unanimous vote of the other directors then in office.

Newly created directorships resulting from an increase in the number of directors, or vacancies occurring in the Board of Directors for any reason, may be filled by a vote of the directors in the manner provided in Section 2.07 of these by-laws or by a sole remaining director, although less than a quorum.

A director elected to fill a vacancy (including a vacancy resulting from an increase in the number of directors) shall hold office for a term that coincides with the terms of the other directors in the class or subclass of directors in which such vacancy may occur.

Section 2.07.    Quorum and Board Action.    At all meetings of the Board of Directors, the presence of a majority of the directors then in office or, if there is an even number of directors then in office, one half of said directors,  shall constitute a quorum for the transaction of business. Except as otherwise provided in the Not-for-Profit Corporation Law, the Certificate of Incorporation or these by-laws, the vote of a majority of the directors present at the time of the vote, if a quorum is present at such time, shall be the act of the

1309423.1

-2-

Board of Directors.

A majority of the directors present, whether or not a quorum is present, may adjourn any meeting of the directors to another time and place. Notice of any adjournment need not be given if such time and place are announced at the meeting, and at the adjourned meeting any business may be transacted that might have been transacted on the original date of the meeting.

Section 2.08. Annual Meeting. The annual meeting of directors for the election of directors and officers and the transaction of such other proper business as may come before the meeting shall be held at such place within or outside the State of New York, and on such date and at such time, as shall be fixed from time to time by the Board of Directors and designated in the notice or waiver of notice of the meeting, if any.

Section 2.09. Regular Meetings. Regular meetings of the Board of Directors may be held without notice at such time and place as may be fixed from time to time by the Board.

Section 2.10. Special Meetings. Special meetings of the Board of Directors may be called and held at any place and at any time by (i) the Chairman of the Board or the President or (ii) by the Secretary or any director upon written demand of not less than two of the directors, pursuant to notice to, or waiver of notice signed by, all the directors.

Unless waived, notice of each special meeting, stating the time and place of the meeting, shall be given to each director by delivered letter, by telegram, telecopier or e-mail, by courier service or by personal communication over the telephone or otherwise, received by such director or delivered at such director's address in each such case not later than the second day prior to the meeting, or by letter mailed by first class mail not later than the fifth day prior to the meeting. Notice of a meeting need not specify the purpose of the meeting.

Section 2.11. Committees. There shall be an Executive Committee consisting of the Chair, the President and the Chairs of the Standing Committees of the Board of Directors. The Executive Committee shall act for the directors, without prior specific authorization, when the Board of Directors is not in session, (a) to take such actions as are necessary or desirable to implement or effectuate decisions or policies which have been adopted by the Board of Directors, or (b) to act for the directors in cases where emergency action is required and the Board of Directors cannot reasonably be convened in a timely manner, or (c) to act for the directors as to any matter designated by the Board of Directors to be acted upon by the Executive Committee. The Executive Committee shall report to the Board of Directors as to any action by it on behalf of the directors at the next meeting of the Board of Directors subsequent to such action. In no case shall the Executive Committee have any authority to undertake actions prohibited to it pursuant to the New York Not-or-Profit Corporation Law.

The Board of Directors, by resolution adopted by a majority of the entire Board, may designate such other committees, consisting of three or more directors, as the Board may determine from time to time to be appropriate. Members of any committee shall serve at the pleasure of the Board of Directors.

1309423.1

Meetings of each committee may be held upon call of the chairman of the committee, the President or any two members of the committee. A majority of the members of a committee shall constitute a quorum for the transaction of business, and the vote of a majority of the members present at the time of the vote, if a quorum is present at such time, shall be the act of the committee. Unless waived, notice of the time and place of each meeting of a committee shall be given to each member thereof in the same manner as in the case of special meetings of the Board of Directors.

Section 2.12. Action without a Meeting. Any action required or permitted to be taken at any meeting of the Board of Directors or of any committee thereof may be taken without a meeting if a written consent thereto setting forth the action so taken is signed by all members of the Board or of such committee, as the case may be, and such written consent shall be filed with the minutes of the Board or of such committee.

Section 2.13. Meeting by Use of Telecommunications. Any one or more of the members of the Board of Directors or of any committee thereof may participate in any meeting by means of conference telephone or similar communications equipment allowing all persons participating in the meeting to hear each other at the same time, and participation in a meeting by such means shall constitute presence in person at such meeting.

Section 2.14. Waiver of Notice of Meeting. Notice of a meeting of the Board of Directors or of a committee thereof need not be given to any director or member of a committee who submits a signed waiver of notice of the meeting whether before or after the meeting, or who attends the meeting without protesting, prior thereto or at its commencement, the lack of notice thereof to said director or committee member.

Section 2.15. Advisory Directors. The Board of Directors may from time to time appoint advisory directors, who shall be entitled to notice of and to attend meetings of the Board, but shall not have the right to vote on any matter and shall not be counted as directors for purposes of determining whether a quorum of directors is present or for purposes of written consents in lieu of meetings, and failure for any reasons to give an advisory director notice of a meeting (or obtain his or her waiver thereof) shall have no effect on the validity or propriety of such meeting or any action taken thereat. Each advisory director shall serve at the pleasure of the Board and shall be entitled to such compensation, if any, as may be fixed from time to time by the Board.

Section 2.16. Compensation. Directors may receive reasonable compensation for services to the Corporation in their capacities as directors or otherwise, in such amounts as may be fixed from time to time by the Board.

1309423.1

-4-

## ARTICLE III

### Officers

Section 3.01.  Appointment and Number.  The officers of the Corporation shall be appointed by the Board of Directors.  The officers shall be a Chairman of the Board, a President, one or more Vice-Presidents, a Secretary and a Treasurer, and such other officers as the Board may from time to time determine.  Any person may hold two or more offices at the same time, except the offices of President and Secretary.  The Chairman of the Board must be a director; any other officer may (but need not) be a director.

Section 3.02.  Appointed Term.  Subject to removal, all officers shall be appointed to hold office until the next annual meeting of the Board of Directors following their election and until their respective successors are elected and qualified.

Section 3.03.  Removal; Resignation.  Any officer may be removed by the Board of Directors at any time with or without cause.  Such removal shall be without prejudice to any such person's contract rights, if any, but the appointment of any person as an officer, agent or employee of the Corporation shall not of itself create contract rights.  Any officer may resign from office at any time by delivering a written resignation to the Board.  Such resignation shall be effective upon receipt thereof by the Board or at such later date as may be specified in the resignation.  Acceptance of the resignation shall not be necessary to make the resignation effective.

Section 3.04.  Vacancies.  Any vacancy in any office, however arising, shall be filled by the Board of Directors.  In the case of a vacancy in the office of Secretary or Treasurer, the President may temporarily appoint a person who shall serve until such vacancy is filled by the Board of Directors.

Section 3.05.  Chairman of the Board: Powers and Duties.  The Chairman of the Board shall preside at all meetings of the Board and shall have such other powers and perform such other duties as the Board may from time to time prescribe.

Section 3.06.  President:  Powers and Duties.  The President shall be the chief executive and administrative officer of the Corporation and shall generally supervise the affairs of the Corporation.  Subject to any resolution adopted pursuant to Section 5.04 of these by-laws, the President shall have the authority (1) to sign checks, drafts (or other orders for the payment of money), acceptances and notes (or the evidences of indebtedness) and (2) to execute and deliver contracts, conveyances or other instruments. The President shall have authority and responsibility for marshalling, preserving, selling, lending, turning to account and distributing any and all works of art and other property owned by the Corporation. The President may delegate duties and authorities to other persons from time to time on such terms as he may deem appropriate, subject to veto by the Board. The President shall also have such other powers and perform such other duties as the Board may from time to time prescribe, including without limitation any powers and duties set forth in any employment

1309423.1

agreement between the President and the Corporation which is approved by the Board.

Section 3.07. Vice President: Powers and Duties. Each Vice President shall have such powers and perform such duties as the Board may from time to time prescribe. In the absence or inability to act of the President, unless the Board shall otherwise provide, the Vice President who has served for the longest time, and who shall be present and able to act, shall perform all the duties and may exercise any of the powers of the President, subject to the control of the Board of Directors. The performance of any such duty by a Vice President shall be conclusive evidence of his power to act.

Section 3.08. Secretary: Powers and Duties. The Secretary shall keep the minutes of all meetings of the Board in books to be kept for that purpose; serve or cause to be served all notices of the Corporation; have custody of the seal of the Corporation; affix the said seal to documents duly authorized by the Board; and perform all duties incident to the office of Secretary and such other duties as may from time to time be assigned to him or her by the Board.

Section 3.09. Treasurer: Powers and Duties. The Treasurer shall keep or cause to be kept complete and accurate accounts of receipts and disbursements of the Corporation, and shall deposit all moneys and other valuable effects of the Corporation in the name and to the credit of the Corporation in such banks or depositories as the Board may designate. Whenever required by the Board, the Treasurer shall at all reasonable times exhibit the books and accounts to any officer or director of the Corporation, and shall perform all duties incident to the office of Treasurer, and such other duties as shall from time to time be assigned to him or her by the Board. Annually, at a meeting of the Board, the Treasurer shall present a verified or certified copy of the most recent annual reports filed by the Corporation with the Internal Revenue Service and the Attorney General of the State of New York. The Treasurer shall, if required by the Board, give such security for the faithful performance of his or her duties as the Board may require.

## ARTICLE IV

### Advisors

The Board may appoint from time to time any number of persons as advisors of the Corporation to act either singly or as a committee or committees. Each advisor shall hold office during the pleasure of the Board, and shall have only such authority or obligations as the Board may from time to time determine.

## ARTICLE V

### Miscellaneous

Section 5.01. Seal. The corporate seal of the Corporation shall have inscribed thereon the name of the Corporation, the year of its incorporation and the words "New York."

Section 5.02. Fiscal Year. The fiscal year of the Corporation shall end on April 30.

1309423.1

Section 5.03.  Books and Records.  The Corporation shall keep correct and complete books and records of account and shall keep minutes of the proceedings of its Board of Directors and Executive Committee and other committees, if any.  The Corporation shall keep such other books and records as may be required under applicable laws and as may be considered necessary or appropriate by the Board of Directors or the officers of the Corporation.

Section 5.04.  Checks, Notes, Contracts, Etc.  The Board of Directors is authorized to select such depositories as it shall deem proper for the funds of the Corporation and shall determine who shall be authorized in the Corporation's behalf to sign bills, notes receipts, acceptances, endorsements, checks, releases, contracts and documents.

Section 5.05.  Investments.  The funds of the Corporation may be retained in whole or in part in cash or be invested and reinvested from time to time in such property, real, personal or otherwise, or stocks, bonds or other securities, as the Board of Directors or any committee formed or designated by the Board to perform such function, or in the absence of action by the Board or such committee, as the President, in its or his discretion may deem desirable consistent with the purposes of the Corporation as set forth in the Certificate of Incorporation and with the requirements of applicable law.

Section 5.06.  Amendment of By-Laws.  These by-laws may be amended or repealed, and new by-laws may be adopted, by the Board of Directors except that those provisions of Sections 2.03, 2.04(a), and 2.06 pertaining to John Warhola and the Warhola Designee shall be amended with the consent of John Warhola or, following his ceasing to be a director, the Warhola Designee, if any.

Section 5.07.  Definitions.  Unless otherwise defined herein, the words, terms and phrases used herein shall be deemed to have the meaning, if any, ascribed thereto in the Not-for-Profit Corporation Law.

* * * * *

1309423.1

-7-