# EXHIBIT G


1159069.1

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC. 4
PART XVI LINE 3 - GRANTS AND CONTRIBUTIONS PAID PAGE 4 OF 4

Art given:

8/31/88 The Armitage Foundation, NY (public foundation)

Moon Explorer (Toy Series), 1983 $ 15,000

5/12/88 Carnegie Museum of Art, Pittsburgh, PA (public foundation)

Portrait of Andrew Carnegie, 1981 $ 425,000

6/15/88 Cunningham Dance Foundation, NY (public foundation)

Moon Explorer (Toy Series), 1983 $ 15,000

3/24/89 Menil Collection, Houston, TX (private "operating" foundatior

Last Supper, 1986 $ 850,000

Values of these works determined by Vincent Fremont at The Estate of Andy Warhol through Mr. Fremont's long experience with the works of Andy Warhol and the market for these works. In addition the values are based upon prices at auction for similar works in similar time-periods.

Video equipment given:

4/5/89 Film/Video Arts, NY (public foundation)

Two film-editing tables $ 8,000

value determined from appraisal by The Editing Machine, Inc.

12/8/88 BACA Downtown, Brooklyn, NY (public foundation)

Video equipment $ 21,850

value determined from appraisal by Telstar Editing

TOTAL GRANTS AND CONTRIBUTIONS PAID $3,311,850

**Annual report copy for period 5/1/93 - 4/30/94**

| **Historic Preservation and Parks Program (con't)** | **4/30/94 BALANCE** | [illegible] | [illegible] | **4/30/95 BALANCE** |
|---|---|---|---|---|
| LANDMARKS HARLEM, New York, NY<br>2nd year of 2-year grant for a public education program | $ 25,000 | | $ 25,000 | |
| NEW MEXICO COMMUNITY FOUNDATION, Santa Fe, NM<br>Technical Advisor/Youth Training Coordinator and a Community Project Coordinator/Trainer for "Churches: Symbols of Community" project | | $ 25,000 | $ 25,000 | |
| THE NEW SCHOOL FOR SOCIAL RESEARCH, New York, NY<br>3rd year of 3-year grant for Environmental Simulation Center | $ 75,000 | | $ 75,000 | |
| PARTNERS FOR SACRED PLACE, Philadelphia, PA<br>2nd year of 2-year grant for "A New Partnership for Property Stewardship in the African-American Church" | $ 25,000 | | $ 25,000 | |
| THE PRESERVATION COALITION OF GREATER PHILADELPHIA, Philadelphia, PA<br>Historic structures report and schematic plan for Eastern State Penitentiary Task Force | | $ 25,000 | $ 25,000 | |
| **Non Cash Grants** | | | | |
| MUSEUM OF MODERN ART, New York | | $260,000 | $260,000 | |
| MUSEUM SALES PROGRAM - see attached | | $750,500 | $750,500 | |
| FEDERAL RESERVE BANK, Washington, D.C. | | $ 300 | $ 300 | |
| **TOTALS** | $1,292,300 | $2,098,402 | $2,794,602 | $596,100 |

[Introduction to Schedule of Museum Sales, as Part of Statement 16]

The Foundation established a program to offer to selected museums the opportunity to purchase works of Warhol art from it at prices below market value. The purpose of the program was twofold: to raise funds for the Foundation's other grant-making programs and "to make many important and unique works accessible to a large public" in furtherance of its mission to foster the visual arts. Museums were selected to participate in the program based on their location, collections, resources, and opportunity of making the art available to wide or new audiences. Each work was sold to a museum through this program at a price equal to one half or less of the Foundation's book value for that work.

The sales proceeds of the works were substantially less than their fair market value on the respective dates of sale as appraised by the Foundation's independent appraisers, O'Toole-Ewald Art Associates, Inc., taking into account the comparable public sales, the terms of the museum sales, and other relevant factors.

The difference between the fair market value of each work and the proceeds of its sale constitutes a qualified grant by the Foundation to the purchasing museum. The attached Schedule sets forth the facts of each museum sale, the proceeds of sale of each work, the appraised fair market value of that work, and the resulting amount of the qualified grant.

**THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.**
**AMENDED FORM 990-PF**
**APRIL 30, 1994**

**MUSEUM SALES PROGRAM**

| Museum | Work of Art | Appraised Value As of Date of Sale | Sales Price | Amount of Grant |
|---|---|---|---|---|
| The Denver Art Museum | American Indian, The (Russell Means) | $ 110,000 | $ 37,500 | $ 72,500 |
| Sheldon Art Museum | Myths: Mickey Mouse | 100,000 | 50,000 | 50,000 |
| Walker Art Institute | Joseph Beuys | 230,000 | 175,000 | 55,000 |
| Walker Art Institute | Self-Portrait | 35,000 | 12,500 | 22,500 |
| Walker Art Institute | Self-Portrait | 35,000 | 12,500 | 22,500 |
| Davis Museum | Brillo Box | 41,000 | 16,250 | 24,750 |
| Davis Museum | Campbell's Tomato Juice | 21,000 | 16,250 | 4,750 |
| Museum of Fine Arts, Boston | Oxidation Painting | 80,000 | 25,000 | 55,000 |
| Museum of Fine Arts, Boston | Mick Jagger | 28,000 | 22,500 | 5,500 |
| The Art Institute of Chicago | Joseph Beuys | 100,000 | 75,000 | 25,000 |
| Akron Art Museum | Brillo Box | 41,000 | 20,000 | 21,000 |
| Worcester Art Museum | Campbell's Soup Can (Tomato) | 240,000 | 125,000 | 115,000 |
| Akron Art Museum | Brillo Box | 41,000 | 20,000 | 21,000 |
| Newark Museum | Campbell's Tomato Juice | 21,000 | 12,500 | 8,500 |
| Newark Museum | Campbell's Tomato Juice | 21,000 | 12,500 | 8,500 |
| The Baltimore Museum of Art | Self-Portrait | 190,000 | 100,000 | 90,000 |
| The Baltimore Museum of Art | Shadow | 78,000 | 60,000 | 18,000 |
| The Baltimore Museum of Art | Physiological Diagram | 60,000 | 60,000 | - |
| Philadelphia Museum of Art | Camouflage Self-Portrait | 190,000 | 100,000 | 90,000 |
| The Art Museum, Princeton | Brillo Box | 41,000 | 20,000 | 21,000 |
| Newark Museum | Campbell's Tomato Juice | 21,000 | 12,500 | 8,500 |
| Stamford University Museum | Electric Chair | 19,000 | 7,500 | 11,500 |
| | Grand Totals | $1,743,000 | $ 992,500 | $ 750,500 |

**Annual report copy for period 5/1/94 - 4/30/95**

| HISTORIC PRESERVATION | 4/30/94 BALANCE | AUTHORIZED | PAID | 4/30/95 BALANCE |
|---|---|---|---|---|
| CANTERBURY SHAKER VILLAGE, Canterbury, NH<br>Restoration of The Dwelling House (1793) | | $25,000 | $25,000 | |
| HISTORIC HAWAI'I FOUNDATION, Honolulu, HI<br>Restoration of the Kaka'ako Pump Station (1900) | | $25,000 | $25,000 | |
| THE HISTORIC PRESERVATION FOUNDATION OF NORTH CAROLINA, Wilmington, NC<br>Structural report and restoration plan for slave quarters at Bellamy Mansion Museum of History & Design Arts (c. 1860) | | $25,000 | $25,000 | |
| KATHMANDU VALLEY PRESERVATION TRUST, Cambridge, MA<br>Restoration of 18th century resthouse, Ayuguthi Sattal | | $15,500 | $15,500 | |
| NATIONAL TRUST FOR HISTORIC PRESERVATION, Washington, DC<br>Professional support for the Cultural Diversity Scholarship Program (over 2 years) | | $30,000 | $30,000 | |
| NEW JERSEY HISTORICAL SOCIETY, Newark, NJ<br>Essex Club (1926) facade restoration | | $25,000 | $25,000 | |
| **TOTAL** | $596,100 | $782,270 | $963,370 | $415,000 |
| Less Foreign Grants not allowable as qualifying distribution: | | | (60,000) | |
| Add Museum sales program (see attached) | ______ | 1,264,700 | 1,264,700 | |
| Grand Total | $596,100 | $2,046,970 | $2,168,070 | |

[Introduction to Schedule of Museum Sales,
as Part of Statement 17]

The Foundation established a program to offer to selected museums the opportunity to purchase works of Warhol art from it at prices below market value. The purpose of the program was twofold: to raise funds for the Foundation's other grant-making programs and "to make many important and unique works accessible to a large public" in furtherance of its mission to foster the visual arts. Museums were selected to participate in the program based on their location, collections, resources, and opportunity of making the art available to wide or new audiences. Each work was sold to a museum through this program at a price equal to one half or less of the Foundation's book value for that work.

The sales proceeds of the works were substantially less than their fair market value on the respective dates of sale as appraised by the Foundation's independent appraisers, O'Toole-Ewald Art Associates, Inc., taking into account the comparable public sales, the terms of the museum sales, and other relevant factors.

The difference between the fair market value of each work and the proceeds of its sale constitutes a qualified grant by the Foundation to the purchasing museum. The attached Schedule sets forth the facts of each museum sale, the proceeds of sale of each work, the appraised fair market value of that work, and the resulting amount of the qualified grant.

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.
AMENDED FORM 990-PF
30-Apr-95

MUSEUM SALES PROGRAM

| Number | Work of Art | Appraised Value As of Date of Sale | Sales Price | Amount of Grant | Museum |
|---|---|---|---|---|---|
| PA 35 108 | Ladies and Gentlemen | 50,000 | 37,500 | 12,500 | Baltimore Museum |
| PA 35 118 | Ladies and Gentlemen | 50,000 | 37,500 | 12,500 | Baltimore Museum |
| PA 44.007 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 44.008 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 44.011 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 44.017 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 75.056 | Rorschach | 124,000 | 87,500 | 36,500 | Baltimore Museum |
| TOP 40.001 | The Last Supper | 6,500 | 3,000 | 3,500 | Baltimore Museum |
| TOP 40.010 | The Last Supper | 13,000 | 3,500 | 9,500 | Baltimore Museum |
| TOP 40.014 | The Last Supper | 13,000 | 3,500 | 9,500 | Baltimore Museum |
| FL 14 | 00002 Halston and Woman | 8,000 | 6,000 | 2,000 | Center for Creative Photography |
| PR 39 | Electric Chair AP 45/50 "J" | 1,800 | 1,000 | 800 | Center for Creative Photography |
| PR 39 | Electric Chair AP 45/50 "K" | 1,800 | 1,000 | 800 | Center for Creative Photography |
| PR 103 S | The Shadow 11/32 "S" | 7,500 | 4,000 | 3,500 | Museum of Modern Art |
| PR 141 S | Beuys In Memoriam 13/20 "S" AP | 7,700 | 4,000 | 3,700 | Museum of Modern Art |
| PR 150 S | Red Lenin 97/120 "S" | 6,000 | 4,000 | 2,000 | Museum of Modern Art |
| PR 56 | Mick Jagger 89/250 "F" | 5,600 | 3,000 | 2,600 | Museum of Modern Art |
| PR 56 | Mick Jagger 89/250 "G" | 5,600 | 3,000 | 2,600 | Museum of Modern Art |
| UP 34.12 | The Scream | 3,000 | 2,000 | 1,000 | Museum of Modern Art |
| UP 64.02 | Philip's Skull | 1,500 | 300 | 1,200 | Museum of Modern Art |
| PR 49 S | M. Cunningham I TP 1/4 | 2,200 | 2,000 | 200 | National Portrait Gallery |
| PR 74 | Ali 86/150 A-D | 6,800 | 4,000 | 2,800 | National Portrait Gallery |
| SC 12.032 | Campbell's Tomato Juice | 24,000 | 12,500 | 11,500 | Newark Art Museum |
| SC 12.048 | Campbell's Tomato Juice | 24,000 | 12,500 | 11,500 | Newark Art Museum |
| SC 10.010 | Brillo Box | 43,500 | 20,000 | 23,500 | Philadelphia Museum of Art |
| SC 10.011 | Brillo Box | 43,500 | 20,000 | 23,500 | Philadelphia Museum of Art |
| SC 10.013 | Brillo Box | 43,500 | 20,000 | 23,500 | Philadelphia Museum of Art |
| FM 05 | 00071 Taylor Maid | 4,000 | 2,500 | 1,500 | San Francisco Museum of Modern Art |
| FM 08 | 00004Jim Brodey | 4,000 | 2,500 | 1,500 | San Francisco Museum of Modern Art |
| PA 55.010 | Liz (On Horseback from National Velvet) | 1,200,000 | 600,000 | 600,000 | San Francisco Museum of Modern Art |
| PO 40.062 | Self Portrait | 120,000 | 100,000 | 20,000 | The Hirshorn Museum |
| PA 56 153 | Jackie | 49,000 | 17,500 | 31,500 | The Museum of Fine Arts, Boston |
| PA 56.159 | Jackie | 49,000 | 17,500 | 31,500 | The Museum of Fine Arts, Boston |
| SC 10 009 | Brillo Box | 43,500 | 20,000 | 23,500 | Virginia Museum of Fine Arts |
| SC 12 045 | Campbell's Tomato Juice | 24,000 | 12,250 | 11,750 | Virginia Museum of Fine Arts |
| SC 12 046 | Campbell's Tomato Juice | 24,000 | 12,250 | 11,750 | Virginia Museum of Fine Arts |
| PA 56 082 | Jackie | 350,000 | 125,000 | 225,000 | Wadsworth Antheneum |
| PO 40.054 | Self Portrait | 120,000 | 100,000 | 20,000 | Wadsworth Antheneum |
| PA 56.010 | Jackie | 49,000 | 17,500 | 31,500 | Williams College Museum of Art |
| PA 56 072 | Jackie | 49,000 | 17,500 | 31,500 | Williams College Museum of Art |
| | Totals | 2,656,000 | 1,391,300 | 1,264,700 | |

**Annual report copy for period 5/1/95 - 4/30/96**

| HISTORIC PRESERVATION PROGRAM (con't) | 4/30/95 BALANCE | AUTHORIZED | PAID | 4/30/96 BAL[ANCE] |
|---|---|---|---|---|
| ROBERT E. LEE MEMORIAL ASSOCIATION, INC., Stratford, VA<br>Stratford Hall Plantation (c.1730) Historic Structures Report | | $25,000 | $25,000 | |
| THE MILLAY COLONY FOR THE ARTS, INC., Austerlitz, NY<br>Building design project | | $20,000 | $20,000 | |
| MUNICIPAL ART SOCIETY OF NEW YORK, New York, NY<br>Seventh Regiment Armory (1877-81) restoration feasibility study | | $15,000 | $15,000 | |
| THE OSSABAW ISLAND FOUNDATION, Savannah, GA<br>Professional support to develop preservation plan for Ossabaw Island's historic structures | | $30,000 | $30,000 | |
| PRESERVATION LEAGUE OF NEW YORK STATE, Albany, NY<br>Regranting program: The Rural New York Grant Program (over 2 years) | | $45,000 | $22,500 | $22,500 |
| RITTENHOUSE COALITION, Philadelphia, PA<br>Stained-Glass Restoration Project at three historic churches in Philadelphia | | $35,000 | $35,000 | |
| MARK TWAIN HOUSE, Hartford, CT<br>Historic Structures Report | | $25,000 | $25,000 | |
| **TOTAL** | **$415,000** | **$1,568,015** | **$1,210,515** | **$772,500** |
| LESS: FOREIGN GRANT NOT ALLOWABLE AS QUALIFYING DISTRIBUTION | | | (10,000) | |
| ADD: MUSEUM SALES PROGRAM (SEE ATTACHED) | | 367,975 | 367,975 | |
| GRAND TOTAL | $415,000 | $1,935,990 | $1,568,490 | $772,500 |

STATEMENT

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.
AMENDED FORM 990-PF
APRIL 30, 1996

MUSEUM SALES PROGRAM

| NUMBER | WORK OF ART | APPRAISED VALUE AS OF DATE OF SALE | SALES PRICE | AMOUNT OF GRANT | MUSEUM |
|---|---|---|---|---|---|
| PA 19.007 | EGGS | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| PA 45.138 | OXIDATION PAINTING | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| PA 45.136 | OXIDATION PAINTING | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| PA 56.035 | JACKIE - INAUGURATION | 51,000 | 17,500 | 33,500 | WILLIAMS COLLEGE MUSEUM OF ART |
| PA 56.170 | JACKIE - SMILING | 51,000 | 17,500 | 33,500 | WILLIAMS COLLEGE MUSEUM OF ART |
| PA 77.021 | HEARTS | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| PA 85.047 | CAMOUFLAGE | 210,000 | 125,000 | 85,000 | BALTIMORE MUSEUM OF ART |
| SC 12.019 | CAMPBELL'S TOMATO JUICE | 24,000 | 12,500 | 11,500 | NEWARK ART MUSEUM |
| PR 034A | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034B | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034C | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034D | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034E | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034F | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034G | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034H | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034J | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034K | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 102S | DOUBLE MICKEY MOUSE | 20,000 | 12,500 | 7,500 | METROPOLITAN MUSEUM OF ART |
| TOP 31.049 | STILL-LIFE (HAMMER AND SICKLE) | 3,500 | 6,000 | (2,500) | METROPOLITAN MUSEUM OF ART |
| TOP 84.003 | SELF-PORTRAIT | 11,500 | 6,000 | 5,500 | METROPOLITAN MUSEUM OF ART |
| TOP 115.196 | DAVID HOCKNEY | 10,000 | 5,000 | 5,000 | METROPOLITAN MUSEUM OF ART |
| TOP 123.006 | ALBUM OF A MAT QUEEN | 6,500 | 3,750 | 2,750 | METROPOLITAN MUSEUM OF ART |
| TOP 147.008 | MAN | 5,000 | 3,750 | 1,250 | METROPOLITAN MUSEUM OF ART |
| TOP 279.002 | STUART PRESTON | 15,000 | 3,000 | 12,000 | METROPOLITAN MUSEUM OF ART |
| TOP 283.012 | HIGH HEEL | 15,000 | 6,000 | 9,000 | METROPOLITAN MUSEUM OF ART |
| TOP 331.001 | "LETTER OF LOVE" ILLUSTRATION | 2,000 | 25 | 1,975 | METROPOLITAN MUSEUM OF ART |
| FC 01.00003 | SELF-PORTRAIT | 7,000 | 7,500 | (500) | METROPOLITAN MUSEUM OF ART |
| FL 05.00055 | UNTITLED (CYCLIST) | 7,500 | 6,000 | 1,500 | WHITNEY MUSEUM OF AMERICAN ART |
| FL 13.00005 | UNTITLED | 11,250 | 7,500 | 3,750 | NATIONAL MUSEUM OF AMERICAN ART |
| FM 04.00131 | HOLLY SOLOMAN | 4,000 | 2,500 | 1,500 | WHITNEY MUSEUM OF AMERICAN ART |
| FM 04.00025 | EDIE SEDGWICK | 4,000 | 2,500 | 1,500 | WHITNEY MUSEUM OF AMERICAN ART |
| FM 05.00003 | GREGORY ROZAKIS | 500 | 1,250 | (750) | METROPOLITAN MUSEUM OF ART |
| | TOTALS | 728,750 | 360,775 | 367,975 | |

Introduction to Schedule of Museum Sales,
as Part of Statement 14

The Foundation established a program to offer to selected museums the opportunity to purchase works of Warhol art from it at prices below market value. The purpose of the program was twofold: to raise funds for the Foundation's other grant-making programs and "to make many important and unique works accessible to a large public" in furtherance of its mission to foster the visual arts. Museums were selected to participate in the program based on their location, collections, resources, and opportunity of making the art available to wide or new audiences. Each work was sold to a museum through this program at a price equal to one half or less of the Foundation's book value for that work.

The sales proceeds of the works were substantially less than their fair market value on the respective dates of sale as appraised by the Foundation's independent appraisers, O'Toole-Ewald Art Associates, Inc., taking into account the comparable public sales, the terms of the museum sales, and other relevant factors.

The difference between the fair market value of each work and the proceeds of its sale constitutes a qualified grant by the Foundation to the purchasing museum. The attached Schedule sets forth the facts of each museum sale, the proceeds of sale of each work, the appraised fair market value of that work, and the resulting amount of the qualified grant.

## NON-CASH GRANTS: FILM AND VIDEO

**TOTAL BOOK VALUE:** $4,787,401.00
**METHOD USED TO DETERMINE BOOK VALUE:** COST
**METHOD USED TO DETERMINE FAIR MARKET VALUE:** APPRAISAL

| | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|
| **Museum of Modern Art**<br>New York, NY<br>Film physical property: various film elements | | $863,306 | $863,306 | |
| **The Andy Warhol Museum**<br>Pittsburgh, NY<br>Film rights, film physical property, video rights, and video physical property | | $5,732,040 | $5,732,040 | |
| **University of California, Los Angeles**<br>Los Angeles, CA<br>Reference Prints | | $68,670 | $68,670 | |
| **International Museum of Photography at George Eastman House**<br>Rochester, NY<br>Motion picture film prints | | $2,550 | $2,550 | |
| **SUBTOTAL NON-CASH GRANTS** | | $6,666,566 | $6,666,566 | |
| **GRAND TOTAL** | $600,000 | $9,577,397 | $8,713,602 | $1,463,795 |
| Less: Foreign Grants Not Allowable As Qualifying Distributions | | | 24,900 | |
| | | | $8,688,702 | |

STATEMENT 16

| Annual report copy for period 5/1/1998 - 4/30/1999 | Beginning Balance 1999 | Authorized 1999 | Amount Paid 1999 | Ending Balance 1999 |
|---|---|---|---|---|
| **NON-CASH GRANTS: ARTWORK** | | | | |
| **METHOD USED TO DETERMINE BOOK VALUE:** COST<br>**METHOD USED TO DETERMINE FAIR MARKET VALUE:** APPRAISAL | | | | |
| **The Andy Warhol Museum**<br>Pittsburgh, PA<br>*Artwork* | | $62,432,109.00 | $62,432,109.00 | |
| **SUB-TOTAL NON-CASH GRANTS** | | **$62,432,109.00** | **$62,432,109.00** | |
| **TOTAL ALL GRANTS** | **$1,463,795.00** | **$65,863,319.00** | **$65,638,614.00** | **$1,688,500.00** |
| **LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS** | | | $220,000.00 | |
| **GRAND TOTAL** | **$1,463,795.00** | **$65,863,319.00** | **$65,418,614.00** | **$1,688,500.00** |

| Grantee Organization | | Beginning Balance 2000 | Authorized 2000 | Amount Paid 2000 | Ending Balance 2000 |
|---|---|---|---|---|---|
| **NON-CASH GRANTS: ARTWORK** | | | | | |
| **METHOD USED TO DETERMINE BOOK VALUE: COST**<br>**METHOD USED TO DETERMINE FAIR MARKET VALUE: APPRAISAL** | | | | | |
| **Friends of Art and Preservation in Embassies**<br>Washington, DC<br>Artwork | PUBLIC | | $140,000.00 | $140,000.00 | |
| **Kunstmuseum**<br>Switzerland<br>Art work | FOREIGN/<br>PUBLIC<br>CHARITY | | $2,000.00 | $2,000.00 | |
| **SUB-TOTAL NON-CASH GRANTS** | | | $142,000.00 | $142,000.00 | |
| **TOTAL ALL GRANTS** | | $1,688,500.00 | $6,503,300.00 | $3,453,846.00 | $4,737,954.00 |
| **LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS** | | | | $10,000.00 | |
| GRAND TOTAL | | $1,688,500.00 | $6,503,300.00 | $3,443,846.00 | $4,737,954.00 |



STATEMENT 21

Annual report copy for period 5/1/2000 - 4/30/2001

| Grantee Organization | | Beginning Balance 2001 | Authorized 2001 | Amount Paid 2001 | Ending Balance 2001 |
|---|---|---|---|---|---|
| **WARHOL INITIATIVE** | | $2,830,454.00 | $2,000,000.00 | | $3,995,596.00 |
| General expenses | | | | $150,888.00 | |
| Art in General, New York, NY | PUBLIC | | | $110,000.00 | |
| DiverseWorks, Houston, TX | PUBLIC | | | $110,000.00 | |
| Galeria de la Raza, San Francisco, CA | PUBLIC | | | $124,970.00 | |
| Hallwalls, Buffalo, NY | PUBLIC | | | $110,000.00 | |
| Legion Arts, Cedar Rapids, IA | PUBLIC | | | $4,000.00 | |
| New Langton Arts, San Francisco, CA | PUBLIC | | | $112,500.00 | |
| San Francisco Camera Work, San Francisco, CA | PUBLIC | | | $112,500.00 | |
| SUB-TOTAL | | | | $834,858.00 | |
| **SUB-TOTAL CASH GRANTS** | | $4,737,954.00 | $8,658,334.00 | $4,045,692.00 | $9,350,596.00 |
| **LESS: RETURNED GRANT** | | | $30,000.00 | $30,000.00 | |
| | | $4,737,954.00 | $8,628,334.00 | $4,015,692.00 | $9,350,596.00 |
| **NON-CASH GRANTS: ARTWORK** | | | | | |
| **METHOD USED TO DETERMINE BOOK VALUE: COST** | | | | | |
| **METHOD USED TO DETERMINE FMV VALUE: APPRAISAL** | | | | | |
| **Foundation for Contemporary Performance Arts**<br>New York, NY<br>Artwork | PUBLIC | | $25,000.00 | $25,000.00 | |
| **Coalition for the Homeless / Artwalk NY**<br>New York, NY<br>Artwork | PUBLIC | | $46,000.00 | $46,000.00 | |
| **The Andy Warhol Museum**<br>Pittsburgh, PA<br>Artwork | PUBLIC | | $5,000,410.00 | $5,000,410.00 | |
| **SUB-TOTAL NON-CASH GRANTS** | | | $5,071,410.00 | $5,071,410.00 | |
| **TOTAL ALL GRANTS** | | $4,737,954.00 | $13,699,744.00 | $9,087,102.00 | $9,350,596.00 |
| **LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS** | | | | $115,000.00 | |
| GRAND TOTAL | | $4,737,954.00 | $13,699,744.00 | $8,972,102.00 | $9,350,596.00 |

STATEMENT 21

| Grantee Organization | | Beginning Balance 2002 | Authorized 2002 | Amount Paid 2002 | Ending Balance 2002 |
|---|---|---|---|---|---|
| **NON-CASH GRANTS: ARTWORK**<br>**METHOD USED TO DETERMINE BOOK VALUE: COST**<br>**METHOD USED TO DETERMINE FMV VALUE: APPRAISAL** | | | | | |
| **Museum of Modern Art, Medzilaborce**<br>Medzilaborce, Slovak Republic<br>Artwork | FOREIGN/ PRIVATE | | $5,600.00 | $5,600.00 | |
| **The Andy Warhol Museum**<br>Pittsburgh, PA<br>Artwork | PUBLIC | | $166,000.00 | $166,000.00 | |
| **SUB-TOTAL NON-CASH GRANTS** | | | $171,600.00 | $171,600.00 | |
| **TOTAL ALL GRANTS** | | $9,350,596.00 | $3,747,867.00 | $5,010,404.00 | $8,088,059.00 |
| **LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS** | | | | $72,000.00 | |
| GRAND TOTAL | | $9,350,596.00 | $3,747,867.00 | $4,938,404.00 | $8,088,059.00 |

Annual report copy for period 5/1/2002 - 4/30/2003

| Grantee Organization | | Beginning Balance 2003 | Authorized 2003 | Amount Paid 2003 | Ending Balance 2003 |
|---|---|---|---|---|---|
| **WARHOL INITIATIVE** | | $3,137,559.00 | $0.00 | | $1,925,749.00 |
| General expenses | | | | | |
| The Center for Women and Their Work, Austin, TX | PUBLIC | | | $172,094.00 | |
| Creative Time, Inc., New York, NY | PUBLIC | | | $82,000.00 | |
| Dieu Donné Papermill, New York, NY | PUBLIC | | | $100,000.00 | |
| Exit Art, New York, NY | PUBLIC | | | $102,748.00 | |
| Headlands Center for the Arts, Sausalito, CA | PUBLIC | | | $110,500.00 | |
| Intermedia Arts, Minneapolis, MN | PUBLIC | | | $48,600.00 | |
| Kansas City Artists Coalition, Kansas City, MO | PUBLIC | | | $10,000.00 | |
| Legion Arts, Cedar Rapids, IA | PUBLIC | | | $90,600.00 | |
| Los Angeles Contemporary Exhibitions, Los Angeles | PUBLIC | | | $58,239.00 | |
| Out North, Anchorage, AK | PUBLIC | | | $77,000.00 | |
| Real Art Ways, Hartford, CT | PUBLIC | | | $16,100.00 | |
| San Jose Center for Latino Arts/MACLA, San Jose | PUBLIC | | | $113,500.00 | |
| Self-Help Graphics, Los Angeles, CA | PUBLIC | | | $21,000.00 | |
| Space One Eleven, Birmingham, AL | PUBLIC | | | $99,000.00 | |
| SUB-TOTAL | | | | $110,429.00 | |
| | | | | $1,211,810.00 | |
| **SUB-TOTAL CASH GRANTS** | | $8,088,059.00 | $3,976,865.00 | $4,664,175.00 | $7,400,749.00 |
| **NON-CASH GRANTS: ARTWORK** | | | | | |
| **METHOD USED TO DETERMINE BOOK VALUE: COST** | | | | | |
| **METHOD USED TO DETERMINE FMV VALUE: APPRAISAL** | | | | | |
| **Merce Cunningham Dance Company** New York, NY Artwork | PUBLIC | | $5,000.00 | $5,000.00 | |
| **SUB-TOTAL NON-CASH GRANTS** | | | $5,000.00 | $5,000.00 | |
| **TOTAL ALL GRANTS** | | $8,088,059.00 | $3,981,865.00 | $4,669,175.00 | $7,400,749.00 |
| **LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS** | | | | $62,000.00 | |
| GRAND TOTAL | | $8,088,059.00 | $3,981,865.00 | $4,607,175.00 | $7,400,749.00 |

STATEMENT 23

**Annual report copy for period 5/1/2003 - 4/30/2004**

| Grantee Organization | | Beginning Balance 2004 | Authorized 2004 | Amount Paid 2004 | Ending Balance 2004 |
|---|---|---|---|---|---|
| Legion Arts | PUBLIC | | | $29,000.00 | |
| Los Angeles Contemporary Exhibitions | PUBLIC | | | $25,000.00 | |
| New Langton Arts | PUBLIC | | | $25,000.00 | |
| Out North | PUBLIC | | | $45,000.00 | |
| Project Row Houses | PUBLIC | | | $19,500.00 | |
| Real Art Ways | PUBLIC | | | $25,000.00 | |
| Salina Art Center | PUBLIC | | | $110,000.00 | |
| San Francisco Camerawork | PUBLIC | | | $25,000.00 | |
| San Jose Center for Latino | PUBLIC | | | $25,000.00 | |
| Southern Exposure | PUBLIC | | | $109,846.00 | |
| Spaces | PUBLIC | | | $25,000.00 | |
| White Columns | PUBLIC | | | $110,000.00 | |
| SUB-TOTAL | | | | $1,258,356.00 | |
| **SUB-TOTAL CASH GRANTS** | | $7,400,749.00 | $6,481,670.00 | $5,897,526.00 | $7,984,893.00 |
| **NON-CASH GRANTS: ARTWORK** | | | | | |
| **METHOD USED TO DETERMINE BOOK VALUE: COST** | | | | | |
| **METHOD USED TO DETERMINE FMV VALUE: APPRAISAL** | | | | | |
| **Max's Kansas City Project**<br>New York, NY<br>Artwork | PUBLIC | | $2,000.00 | $2,000.00 | |
| **SUB-TOTAL NON-CASH GRANTS** | | | $2,000.00 | $2,000.00 | |
| **LESS: RETURNED GRANTS** | | | | | |
| **New York Foundation for the Arts**<br>New York, NY | PUBLIC | $2,500.00 | $0.00 | $0.00 | $2,500.00 |
| **TOTAL ALL GRANTS** | | $7,398,249.00 | $6,483,670.00 | $5,899,526.00 | $7,982,393.00 |
| **LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS** | | | | $12,000.00 | |
| **TOTAL QUALIFYING DISTRIBUTIONS** | | | | $5,887,526.00 | |

STATEMENT 25