Gary D. Sesser
Ronald D. Spencer
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for The Andy Warhol Foundation for the Visual Arts, Inc.,*
*Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol*
*Art Authentication Board, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
JOE SIMON-WHELAN, Individually and on : Index No. 07 CV 6423 (LTS) (AJP)
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
:
- against - :
:
THE ANDY WARHOL FOUNDATION FOR :
THE VISUAL ARTS, INC., THE ESTATE OF :
ANDY WARHOL, VINCENT FREMONT, :
Individually and Successor Executor for the : **Rule 7.1 Statement**
Estate of Andy Warhol, VINCENT FREMONT :
ENTERPRISES, THE ANDY WARHOL ART :
AUTHENTICATION BOARD, INC., JOHN :
DOES 1-20, JANE DOES 1-10, and RICHARD :
ROES 1-10, :
:
Defendants. :
------------------------------------------------------------------ x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for Defendants The Andy Warhol Foundation for the Visual Arts, Inc., Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol Art Authentication Board, Inc., hereby certifies that there are no corporate parents, affiliates and/or subsidiaries of

said parties which are publicly held or which have a financial interest in the outcome of litigation.

New York, New York
September 14, 2007

        CARTER LEDYARD & MILBURN LLP

        By: _____
        Gary D. Sesser
        Ronald D. Spencer
        Two Wall Street
        New York, New York 10005
        (212) 732-3200

6227765.1