Gary D. Sesser
Ronald D. Spencer
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for The Andy Warhol Foundation for the Visual Arts, Inc.,
Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol
Art Authentication Board, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE SIMON-WHELAN, Individually And On       :   Index No. 07 CV 6423 (LTS) (AJP)
Behalf Of All Others Similarly Situated,    :
                                            :   ECF CASE
                  Plaintiff,                :
                                            :
         - against -                        :
                                            :
THE ANDY WARHOL FOUNDATION FOR              :
THE VISUAL ARTS, INC., THE ESTATE OF        :
ANDY WARHOL, VINCENT FREMONT,               :
Individually and Successor Executor for the :
Estate of Andy Warhol, VINCENT FREMONT      :
ENTERPRISES, THE ANDY WARHOL ART            :
AUTHENTICATION BOARD, INC., JOHN            :
DOES 1-20, JANE DOES 1-10, and RICHARD      :
DOES 1-10,                                  :
                                            :
                  Defendants.               :
------------------------------------------------------------X

# CERTIFICATE OF SERVICE

I am over the age of eighteen years, am not party to this proceeding and am employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn LLP. I hereby certify that on the 30th day of November 2007, I caused true and correct copies of the annexed document to be served by first class mail upon the following:

6253718.1

Lee A. Weiss, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

Seth Redniss, Esq.
Redniss & Associates LLC
185 Franklin Street, 5th Floor
New York, New York 10013

*/s/ Antonio Malaspina*
Antonio Malaspina