# EXHIBIT H



# ARTnews

JANUARY 2002



# Much More Than 15 Minutes

*The Rise and Rise Of Andy Warhol*

*AABBDFB* *****************3-DIGIT 101
POBOXNGRA96 1#580006    CJ
`L 0004 BN 0096  BAL
NY PUBL LIBR-B1153120  SEP 02
GRAND CENTRAL STA        BALA
PO BOX 2240
NEW YORK NY  10163-2240



# ARTnews
# 100
# YEARS
FOUNDED IN 1902

## Chakaia Booker: Queen of Rubber Soul
## The Green Polyethylene Avant-Garde Dish Rack
## Flashback: A Giant Step for Feminist Art



Above Andy Warhol at a party in 1964. Below Design for the Andy Warhol first-class stamp.

# Much More Than Fifteen Minutes

*Fifteen years after his death, Warhol's reputation is soaring. Collectors are paying record prices for his works, exhibitions are touring the globe, and a commemorative postage stamp is in the works* BY TYLER MARONEY



**A**t Sotheby's contemporary-art auction in London last June, prices were high and house records were broken. Gerhard Richter set an auction record for his color charts when *180 Colors* sold for $2.9 million. But the highlight of the evening was Lot 17, a pink acrylic-and-silk-screen print called *Little Electric Chair* by Andy Warhol. Sotheby's main saleroom on New Bond Street was standing-room-only that evening. When the bidding for *Little Electric Chair* began, it was heavy and furious, but when the bids climbed above the $1.5 million mark, the room fell silent. The three remaining bidders—none present and all anonymous—relayed their bids via representatives on cell phones. The sale catalogue lists the estimate for *Little Electric Chair* at $430,000 to $575,000. When Henry Wyndham,

chairman of Sotheby's Europe, brought down the gavel, the room broke into applause. *Little Electric Chair* had sold for $2.3 million.

The pink *Little Electric Chair*—an iconic image from Warhol's "Disaster" series, which also includes car crashes and race riots—is considered one of the higher-quality prints in the series, and the subject matter—capital punishment—is timely. Still, $2.3 million, four times the high estimate, was unheard of for a small (22-by-28-inch), early Warhol print.

Observers were stunned by the sale. "Everyone knew it would sell well," says Matthew Carey-Williams, a vice president of contemporary art at Sotheby's London (who has since transferred to New York). "No one thought it would do as well as it did." Stellan Holm, a New York dealer, who last spring held the biggest *Electric Chair* show in 30 years—15 of the original 40 prints, made in 1964—was impressed; he was on hand to bid on Lot 17.

Members of Warhol's former inner circle were surprised as well. The dealer Ivan Karp, as director of the Leo Castelli

THIS MATERIAL MAY BE PROTECTED BY COPYRIGHT LAW (TITLE 7, U.S. CODE)

©2002 THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS/
ARTISTS RIGHTS SOCIETY (ARS), NEW YORK/COURTESY SOTHEBY'S, NEW YORK



Colored Liz, 1963, acrylic and silk-screen ink on canvas, sold for $3.58 million at Sotheby's New York last November.

Gallery, represented Warhol and introduced him to many art insiders when he was coming up in the early 1960s. "In the old days, we couldn't sell *Electric Chairs* at Castelli. They were considered disreputable," says Karp, who is now director of the OK Harris Gallery in New York. In 1964 he sold one *Little Electric Chair* for $1,800. When Warhol first showed them as a group at a Toronto gallery in 1965, few people showed up at the opening, and there was no press coverage.

At Sotheby's contemporary-art sale in New York in November, a yellow *Little Electric Chair* fetched $2.3 million, matching the record set in June. At Christie's, a 1964 silk-screen portrait of Holly Solomon sold for $2.1 million. Such prices prove that Warhol, 15 years after his death in 1987, has become the hottest commodity on the contemporary-art market.

Warhol exhibitions are touring the globe. A retrospective of 82 works, co-organized last year by the Andy Warhol Museum in Pittsburgh and the U.S. Department of State, is appearing in Eastern Europe, making Warhol the first contemporary American artist ever shown in such countries as Kazakhstan and Latvia. Last year the Warhol Museum organized 39 exhibitions and loans—as many shows as in the three previous years together. What's more, Warhol's huge catalogue of films is being restored, and many are being screened for a new generation from Pittsburgh to London.

In September Zurich dealer Bruno Bischofberger, who was Warhol's close friend and has been showing his art since 1965, completed an exhibition of his 8-by-10-inch black-and-white photographs, a large but little-known body of work. In New York last fall, the Susan Sheehan Gallery presented a show of Warhol's prints, drawings, and sculptures from his famous "Shoe" series of the 1950s.

In October the New National Gallery in Berlin launched a huge Andy Warhol retrospective, curated by the Berlin-based dealer Heiner Bastian. The show, which will travel to the Tate Modern in London this spring, includes not only early and late drawings but many of Warhol's most recognizable paintings and prints, as well as a retrospective of his films.

Also in the spring, Phaidon Press will publish the first of six volumes of the Andy Warhol catalogue raisonné. The first two tomes will be edited by Georg Frei, a Zurich-based dealer, and Neil Printz, a member of the board of the Andy Warhol Foundation for the Visual Arts, who writes frequently about the artist. The Warhol Museum will oversee the remaining four volumes. The project has been in development since Warhol authorized the late Swiss art dealer Thomas Am-

mann to begin work on it in 1977.

Some observers believe that Warhol's reputation has profited from an increased interest in the period in which he flourished. "A bigger percentage of the collecting world is now interested in postwar art," Robert Mnuchin, of C&M Arts, says. "Warhol is at the center of that." Thomas Sokolowski, director of the Warhol Museum, says that he hasn't seen this much interest in Warhol since the artist's death.

Collectors are paying more for Warhol's work than ever. The art market had just peaked when Warhol died, and no one



The sale of the 1964 acrylic-and-silk-screen print *Little Electric Chair* (pink version) for $2.3 million at Sotheby's London last June capped Warhol's climb to the top of the art market.





©2002 THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS/ ARTISTS RIGHTS SOCIETY (ARS), NEW YORK/ART RESOURCE, NY

**The Warhol product line includes clothing, jewelry, and home furnishings. Here, limited-edition clothes by Coca Cola WARE and jewelry designed by Lillian Ball.**

imagined that his work would attract more attention than it did then. But it has. "Warhol's prices have risen drastically," says dealer Susan Sheehan, "much more so than for any other artist." Just three years ago, Sheehan says, she sold "Shoe" drawings from the 1950s for $5,000 to $12,000. Today they would fetch $75,000 to $125,000. Ivan Karp agrees. "Warhol's genuinely astounding prices seem grotesque," he says. "They're tainted with unreality."

In a recent article for Artnet.com, Richard Polsky, a private San Francisco–based dealer who specializes in post-1960 art, wrote that the $17.3 million Sotheby's sale in 1998 of *Orange Marilyn* was "the main event of the 1990s." It was, he wrote, one of the events that helped jump-start the current Warhol renaissance. The price shattered the 1989 auction record of $4 million, which belonged to *Shot Red Marilyn*.

"With Warhol, it's going to be like Picasso," predicts Jeffrey Deitch of Deitch Projects in New York. "There's so much you can still do with Warhol, so many aspects—as a painter and as a performance artist."

And as a photographer. In the last two decades of his life, Warhol did many celebrity portrait series with his Polaroid camera. In his classic in-your-face style, he shot everyone from Muhammad Ali and Truman Capote to Jane Fonda and Dennis Hopper. Today these photos, which measure 4¼ by 3¾ inches, have become collector's items, although many have begun to deteriorate. Eyestorm.com sold some for as much as $9,000 apiece. A Polaroid portrait of Hopper went for $3,500 at Sotheby's New York in November.

The Warhol boom is also manifesting itself outside the realm of art. The design for a new first-class postage stamp featuring a 1964 self-portrait by the artist, from a photo-booth snapshot now in the collection of the Warhol Museum, was unveiled at the Gagosian Gallery in New York in November and will go on sale next summer. The stamp's selvage carries the Warhol quotation: "If you want to know all

about Andy Warhol, just look at the surface of my paintings and films and me, and there I am. There is nothing behind it."

The exploitation of Warhol's images is becoming big business. Martin Cribbs, who is in charge of licensing for the Warhol Foundation, says that "the number of requests for Warhol licenses has definitely increased." In the last few years, he says, the foundation has earned $800,000 in licensing fees and is projecting earnings ten times that amount from deals that have just been signed.

Much of the licensing revenue will come from a partnership announced in October between the foundation and the Beanstalk Group, which promotes such brands as Coke, AT&T, and Harley-Davidson. Beanstalk was named the exclusive licensing agent for the Warhol Foundation in North America and Europe and will market products bearing Warhol's images, in-



COURTESY THE SUSAN SHEEHAN GALLERY

***Anyone for Shoes?*, ca. 1955. Once regarded as trifles, the shoe drawings are now much sought after.**



**Collectors prize Warhol's Polaroid celebrity snaps (above, Mick Jagger, 1975).**

©2002 THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS/ ARTISTS RIGHTS SOCIETY (ARS), NEW YORK/ART RESOURCE, NY

cluding dishes, bedding, and wallpaper, which will hit stores this month. Other recent deals have led to advertisements for British Airways and Mercedes-Benz, among other big corporations that have only just begun to take advantage of the Warhol brand. These new licenses extend the product line far beyond the generic museum-shop collectibles such as refrigerator magnets, calendars, and stationery that the foundation had so far approved.

Warhol's Montauk estate, which he bought for $220,000 in 1972 with his friend and collaborator Paul Morrissey, was put on the market last summer. The asking price for the 5.6-acre oceanfront property has held fast at $50 million. In October Sotheby's auctioned off property and artwork from the estate of Frederick W. Hughes, who was Warhol's business manager for 25 years as well as the executor of his estate. The auction raised $3.3 million, beating estimates. And in June the Pompidou Center in Paris wrapped up a show titled "The Pop Years," which featured the actual tinfoil that once lined the Factory, Warhol's Manhattan studio.

Academics are seizing on the current Warhol mania. The November issue of the journal *October*, published by MIT Press, was devoted to critical and biographical essays on the artist and his work. In September Warhol became the second visual artist to be the subject of a Penguin Lives Series book, written by the poet and English professor Wayne Koestenbaum. The only other visual artist in the series is Leonardo da Vinci.

When Warhol embarked on his career in the 1950s, he wasn't immediately taken seriously as an artist. Leo Castelli originally refused to show his work, brushing him off as immature and unoriginal. He became a sensation in 1964, when his Brillo boxes were shown at the Stable Gallery. But by the time he died, newer, younger artists, including the Neo-Expressionists, had eclipsed the aging former superstar. Today, however, dealers are interested in the early and late works, as well as the midcareer, iconic images, such as the portraits of Elizabeth Taylor and Mao Zedong and the signature paintings of dollar signs and Campbell's soup cans.

In 1958 the Museum of Modern Art declined the donation of a "Shoe" drawing; Warhol had yet to attain the notoriety of, say, Jackson Pollock or Robert Rauschenberg. But today the pre-Pop works—the drawings of cats, fairies, and gold shoes, for example—are among the most difficult-to-find items.

"We can't find the early material anymore," says Susan Sheehan. William S. Lieberman, chairman of 20th-century art at the Metropolitan Museum of Art, says that of the 14 Warhol paintings and 8 drawings owned by the museum, 4 of the most recent acquisitions were early drawings.

"Because beginnings are very important," says Mnuchin, "Warhol's early work is very important."

"Before Warhol died," says Andrew Fabricant, director of the Richard Gray Gallery in New York, "people didn't pay attention to his early work. Now that Warhol's early work has

changed hands a few times, many pieces have increased in value." It was Fabricant who bought the 1964 silk-screen portrait of Holly Solomon at Christie's New York in November.

Late works—the "Rorschach" and "Camouflage" paintings, for example—are also much sought after. "His late work was seen as flippant and commercial," says Fabricant. "Not anymore."

"Warhol was the most undervalued of the Pop artists," says Vincent Fremont, who once worked for the artist. He is now the exclusive dealer for paintings, drawings, and sculpture for the Warhol Foundation. This spring the Gagosian Gallery in New York will mount a show, curated with the foundation, of paintings Warhol did in the 1980s.

Warhol's influence on younger artists is greater than it was ten years ago. "Warhol was not as much an inspiration as a liberator," says Ivan Karp. "He allowed for a new creativity." He experimented with media, new printmaking techniques and Polaroids, for example, as well as with subject matter: advertisements, newspaper headlines, movie stars.

Sokolowski says that during this summer's Venice Biennale, "it was Warhol, Warhol, Warhol, everywhere you looked." He points to the hyperreal sculpture of Ron Mueck and to video artist Bill Viola, whose time-lag technique echoes Warhol's film style. Says Sokolowski, "Much of the thinking and production of today's artists is very Warholian."

"For the past five years," says Mnuchin, "there has been a broader recognition that Warhol is an important artist." Fabricant goes farther: "It's clear now that Warhol was one of the greatest artists of the 20th century." For the first time since his death, people are looking at his work in its totality.

"There has been a reevaluation of how good Warhol's [more



COURTESY THE ANDY WARHOL MUSEUM, PITTSBURGH, PA

**Thomas Sokolowski, director of the Warhol Museum, has been busy organizing traveling exhibitions of the artist's work.**



*Sunset, 1967, is from the Warhol Museum's collection of about 4,000 works, the largest cache of his art in the world.*

obscure] art is," says Stellan Holm. That people are buying lesser-known works is due in part to the fact that Warhol's prices have reached record highs. According to Fremont, it would have been impossible ten years ago to do a show in the United States of Warhol's drawings, because "there just wasn't enough interest."

Warhol was prolific; it was said that he wanted to make more art than Picasso. ("I want to be a machine," he famously remarked.) To suppress fakes, there is an Andy Warhol Art Authentication Board, which considers the legitimacy of artworks attributed to him. The six-member board is a private corporation, made up of curators, art historians, and former Warhol associates, that was created with the Warhol Foundation. Among its members are president David Whitney and secretary Neil Printz. It meets three times a year to examine artworks submitted by Warhol owners. It does not issue appraisals. Board members are unwilling to speak about its activities, but, according to a source, 10 to 20 percent of the works submitted to the board's rigorous monthlong test are considered questionable. Some observers feel that because Warhol often enlisted colleagues, lovers, and collaborators to help him make art, many legitimate pieces made in the serial manner have not been certified as authentic. Claudia Defendi, the board's assistant secretary, refuses to disclose details about how the board operates, citing concerns about client privacy.



*Warhol dealer and former employee Vincent Fremont.*

Because Warhol was so prolific, there is a perception that a lot of high-quality work is still available, says Polsky. "This is not true." Gallery owners, dealers, and auction houses agree that the supply is beginning to dry up. "The Warhol market continues to get stronger," says Leslie Prouty, Sotheby's deputy director of contemporary art. "But they are selling so well because they are hard to find these days." Mnuchin, who presented a show last year of Warhol's portraits of women, says, "There is a small percentage of what we consider quality work. When supply gets taken out of the market, prices go up."

Before he died, Warhol arranged for the creation of the Warhol Foundation, whose primary business is grant giving. (It earns revenue from licensing, the sale of art, and endowment income.) The foundation's biggest project was the Warhol Museum, which was founded with a $2 million grant in 1990. In October Joel Wachs, a 30-year veteran of the Los Angeles city council, took over as the new head of the Warhol Foundation. Wachs, a member of the foundation's board for six years, replaced Archibald L. Gillies, who served as its first president.

In 1992 the foundation found itself in a byzantine court battle brought on by Edward W. Hayes, who had been the attorney both for Warhol's estate and for the foundation, the estate's main beneficiary. The dispute involved the value of Warhol's art. Hayes, claiming that he was owed 2 percent of the value of the Warhol estate based on a contract he had signed with executor Frederick Hughes, argued that Warhol's body of work was worth more than $700 million. Christie's, which had been retained by the foundation to appraise Warhol's estate, put the sum at under $100 million. After seven years of countersuits, Hayes was forced to file for bankruptcy and repay the foundation some of what it had already paid him.

The foundation has been selling Warhol's work for 14 years. "It's getting harder to do exhibitions for the foundation," concedes Vincent Fremont. "There's less material." This is in part because after Warhol died, museums were given the first pick at around 50 percent of book value. The Warhol Museum owns more than 4,000 objects, the largest collection of the artist's work in the world.

"People didn't see Warhol as a visionary," says Fremont, from his office on Union Square, just a block from where Warhol built his second Factory. "Now they do." Warhol was mute when it came to discussing his art, Sokolowski explains. When he did speak, he was often contradictory.

"People always cherished *their* Andy," he says, whichever version of Andy they chose to know. ■

*Tyler Maroney is a Brooklyn-based writer. He is a former Fulbright Scholar.*

# EXHIBIT I

FOCUS - 32 of 160 DOCUMENTS

Copyright 2003 Newspaper Publishing PLC
Independent on Sunday (London)

**October 26, 2003, Sunday**

**SECTION:** NEWS; Pg. 9

**LENGTH:** 649 words

**HEADLINE:** ONE IN SIX ORIGINAL' **WARHOLS** IS A COPY;
POP ART FURIOUS COLLECTORS STAND TO LOSE MILLIONS AFTER THE ARTIST'S

**BYLINE:** JAMES MORRISON Andy **Warhol** dollar signs flank a 1964 self-portrait - one shown in the first ever **Warhol** retrospective, in 1965, but now rejected by the **Warhol** Authentication Board BRIDGEMAN ART LIBRARY

**BODY:**

If you've just paid pounds 5m for one of Andy **Warhol's** iconic Marilyn Monroe prints you'd better start searching for the great man's fingermarks. In a move that is alarming pop art collectors around the globe, the **Warhol** estate has re-classified as many as one in six of the pictures previously attributed to him as copies.

The sweeping reappraisal of one of the 20th century's most prolific artists is based on a strict new definition of what constitutes an original **Warhol**. The Andy **Warhol** Authentication Board, set up by his estate in 1995 to vet the thousands of prints ascribed to him, says that only the images he was directly involved in producing merit being described as his own work.

The board's decree leaves thousands of collectors, including many prominent personalities, facing the prospect that they have paid small fortunes for works that may soon be judged worthless.

The decision to redefine what constitutes a genuine **Warhol** stems from a revisionist view of the method he used to mass produce his famous images of celebrities and Campbell's soup tins. Many of the thousands of prints churned out by his New York studio, the Factory - and subsequently sold as **Warhols** - were manufactured by assistants working under his supervision. In some cases, his involvement was even more remote than this: acetates featuring original compositions travelled hundreds of miles to workshops where they were turned into prints by people he had never even met.

About 15 per cent of **Warhols** so far viewed by the board have had their authentication rescinded. Some critics view the board's decision as misguided at best and, at worst, a cynical ploy to inflate the value of its own stock of **Warhols.** The board is funded by the Andy **Warhol** Foundation for the Visual Arts, which oversees the ongoing sale of pictures by his estate.

Among those who have lost out because of the decision to de-authenticate works is Joe Simon, an American screenwriter who has had several images rejected. His disputed works open a philosophical Pandora's box about what should be defined as "original art". Among them is a 1965 red silkscreen self-portrait on canvas, which he bought for pounds 115,000 in 1989. The picture had previously been authenticated by Fred Hughes, the **Warhol** estate executor.

**Warhol** purportedly authorised Richard Ekstract, a magazine publisher, to make copies of a self-portrait in exchange for a loan of video equipment, and images were produced from the original acetates by printers who were

ONE IN SIX ORIGINAL' WARHOLS IS A COPY;POP ART FURIOUS COLLECTORS STAND TO LOSE MILLIONS AFTER THE ARTIST'S Independent on Sunday (London) October 26, 2003, Sunday

never directly employed by the artist.

Mr Simon, whose self-portrait "was seen as a **Warhol** for 38 years", accuses the board of rewriting history. "Nowadays, artists like Jeff Koons and Damien Hirst come up with ideas and the actual work is often physically made thousands of miles away."

In an interview with The Art Newspaper, Mr Simon also questioned the board's actions as "a perfect mechanism for removing as many **Warhols** from the market as possible, to preserve the scarcity and value of the multimillion-dollar stock of **Warhols** which was controlled by the small, tightly knit group around the foundation."

Ron Spencer, the board's lawyer, vehemently denied there was any financial motive for its actions. He said: "A work that the artist conceives, authorises, then supervises is the work of the artist. Unless all those factors are there then it is not the work of the artist."

But veteran art critic Brian Sewell said **Warhol's** estate was making "a false distinction".

"In the days of my misspent youth I was an occasional visitor to the Factory and I've seen his assistants saying to him things like, what shall we do with this, what shade shall we make this'. He would reply, don't know - you do it'. If he could leave to his assistants decisions on even the tone and colour of a print, I don't think the board has a leg to stand on."

**LOAD-DATE:** October 26, 2003

# EXHIBIT J

## New York

# Challenge to the Andy Warhol Authentication Board

*Four people are responsible for establishing whether works by the artist are authentic. Their decision is final. Now they are under attack by collectors who say they have ulterior motives for rejecting works*

## Iraq

### Senior cultural a... comes under 'frien...

*Pietro Cordone escapes ... but his Iraqi interpreter*

### Land of the risin...

---

**Lachaise** (1882–1935)
*Torso, 13 inches high*

---

*Rare English and Continental Silver, Antique Jewels and Miniatures, Fine Snuff-Boxes.*



**4  News**

THE ART NEWSPAPER, No. 140, OCTOBER 2003

# Andy Warhol dispute

CONTINUED FROM PAGE 1

ditional painter, something he never was. Several of the artist's former associates agree. Jean-Paul Russell, who worked as an assistant to one of Warhol's printers, Rupert Smith, says it was standard procedure for Warhol to choose a film transparency, make some suggestions about colours and how the work should be printed, then leave the rest to the printers. "They were done outside his studio like thousands of things he authorised," says Warhol's former manager Paul Morrissey.

New York dealer Ronald Feldman, who catalogued Warhol's prints and owned Mr Simon's self-portrait in the 1980s, says that, despite his use of assistants and industrial processes, Warhol "really cared about authorship and was never far from the [production] process." The question is: was he just a little too far from the making of the Electract series of silkscreens for them to be considered authentic?

Before the Authentication Board was established, Mr Feldman and Warhol executor Fred Hughes authenticate the self-portrait and he says he has no idea why the board is rejecting it now. "I can see why Joe Simon is questioning this decision, because everyone in the production chain felt that these were authentic works by Andy," says Mr Feldman.

This wrangle would be nothing more than a scholarly debate about connoisseurship were it not for the fact that reputations and huge sums of money are at stake. One silkscreen by Warhol, a 1964 "Orange Marilyn", sold for $17.3 million at auction in 1998. Another early canvas has made $8.5 million, and more than a dozen others have surpassed $3 million. Authentic medium-sized self-portraits from the 1960s comparable to Mr Simon's have sold for six-figure sums.

The Andy Warhol Foundation inherited thousands of works from the Warhol Estate and donated 900 paintings, 1,500 drawings, 750 prints, and 2,000 photos to create the permanent collection of the Andy Warhol Museum in Pittsburgh. More than 100 other paintings were sold at a 50% discount to various US museums in 1993 and 1994. The rest of the foundation's stock is still being sold gradually through exclusive agents Vincent Fremont and Tim Hunt, who consign the works to dealers such as the Gagosian Gallery. The money raised by the sales helps fund the foundation's grant-making programme.

Jack Cowart, director of the Roy Lichtenstein Foundation and head of the Council of Artist Foundations, says there is no standard way that foundations address issues of authenticity. Some rely on experts to pass judgement while others depend on catalogue raisonnés. Some need detailed letters of explanation, others do not. But, the Warhol Foundation has "the most multi-layered, lawyered-up and persuasive process I know," he says. The auction houses rely on the board to determine which consignments to include in their sales. "We pass things by them and they have the final word," says a spokesperson for Christie's.

Some dealers and collectors see a conflict in the Authentication Board receiving funds from the foundation; which itself sells Warhols from the estate. Board lawyer Ron Spencer rejects the implication of collusion, noting that the Authentication Board is separately incorporated and "entirely independent of outside influences, including the Warhol Foundation itself which has absolutely no input or influence on the board's decisions."

The board's current members—Warhol experts Neil Printz and Sally King-Nero, an historian Robert Rosenblum, and curator David Whitney—are "independent scholars who have their own reputations to protect," says Mr Spencer.

But Mr Simon sees them as "a perfect mechanism for removing as many Warhols from the market as possible, to preserve the scarcity and value of the multi-million dollar stock of Warhols which is controlled by the small, tightly knit group around the foundation."

The Authentication Board secretary, Claudia Defendi, reports that over a two-year period "the percentage of works denied authentication is roughly 15%."

The Warhol Foundation is also funding the project to publish a catalogue raisonné of Warhol's works, a collaborative project with Zurich dealer Thomas Ammann Fine Arts. Since Mr Ammann's death in 1993 his sister Doris Ammann has carried on the research with foundation support. Last year Phaidon published the first of the five volumes.

Authentication Board members are also working on the catalogue raisonné—Mr Printz is co-editor, Ms King-Nero is executive editor, and Mr Rosenblum serves as a consultant. The foundation has sold works to Ammann Fine Arts, however, no member of the board works for the Swiss gallery or any other commercial entity.

The board does not explain its decisions because to do so would provide "a roadmap for forgers", says Mr Spencer, who says the letter to Mr Simon was an "exception" and does not herald a policy change.

Until the board makes known the basis for its opinions, particularly concerning works produced by assistants, the controversy will only become more intense. An article by Michael Shnayerson in Vanity Fair's November issue will add fuel to the fire, with a wealth of anecdotal evidence from disgruntled owners, including Mr Simon and Mr Ekstract, who has had his own work rejected by the board.

Mr Simon would already be in court were it not for the document he signed waiving the right to sue when he submitted his works for authentication. That compulsory waiver has not stopped everyone. New York dealer Ivan Karp sued the

LOWELL LIBSON LTD

HENRY EDRIDGE
1769 – 1821

COLONEL COOTE MANNINGHAM OF THE 95TH RIFLES

PENCIL AND GREY WASH WITH TOUCHES OF WATERCOLOUR
16 1/4 X 11 1/2 INCHES; 414 X 291 MM
SIGNED AND DATED 1800

THIS WORK WILL BE INCLUDED IN OUR FORTHCOMING

WATERCOLOURS AND DRAWINGS EXHIBITION
18TH NOVEMBER – 12TH DECEMBER 2003

PLEASE CONTACT THE GALLERY FOR FURTHER DETAILS

2 CLIFFORD STREET, LONDON W1S 2LF
TEL: +44 (0)20 7734 8686 FAX: +44 (0)20 7734 9997
EMAIL: pictures@lowell-libson.com www.lowell-libson.com

## In memoriam



process." The question is: was he just a little too far from the making of the Ekstract series of silkscreens for them to be considered authentic?

Before the Authentication Board was established, Mr Feldman had Warhol executor Fred Hughes authenticate the self-portrait and he says he has no idea why the board is rejecting it now. "I can see why Joe Simon is questioning this decision, because everyone in the

paintings, 1,500 drawings, 750 prints, and 2,000 photos to create the permanent collection of the Andy Warhol Museum in Pittsburgh. More than 100 other paintings were sold at a 50% discount to various US museums in 1993 and 1994. The rest of the foundation's stock is still being sold gradually through exclusive agents Vincent Fremont and Tim Hunt, who consign the works to dealers such as the

spokesperson for Christie's.

Some dealers and collectors see a conflict in the Authentication Board receiving funds from the foundation, which itself sells Warhols from the estate. Board lawyer Ron Spencer rejects the implication of collusion, noting that the Authentication Board is separately incorporated and "entirely independent of outside influences, including the Warhol Foundation itself which has

publish a catalogue raisonné of Warhol's works, a collaborative project with Zurich dealer Thomas Ammann Fine Arts. Since Mr Ammann's death in 1993 his sister Doris Ammann has carried on the research with foundation support. Last year Phaidon published the first of the five volumes.

Authentication Board members are also working on the catalogue raisonné—Mr Printz is co-editor, Ms King-Nero is executive editor, and . Mr Rosenblum serves as a consultant. The foundation has sold works to Ammann Fine Arts, however, no member of the board works for the Swiss gallery or any other commercial entity.

The board does not explain its decisions because to do so would provide "a roadmap for forgers", says Mr Spencer, who says the letter to Mr Simon was an "exception" and does not herald a policy change.

Until the board makes known the basis for its opinions, particularly concerning works produced by assistants, the controversy will only become more intense. An article by Michael Schnayerson in Vanity Fair's November issue will add fuel to the fire, with a wealth of anecdotal evidence from disgruntled owners, including Mr Simon and Mr Ekstract, who has had his own work rejected by the board.

Mr Simon would already be in court were it not for the document he signed waiving the right to sue when he submitted his works for authentication. That compulsory waiver has not stopped everyone. New York dealer Ivan Karp sued the board but dropped his claim when told why the board had rejected his work.

"The knee-jerk reaction is litigation," says Mr Cowart of the Lichtenstein Foundation, "but if you have a definitive archive and a clear objective process, usually the attribution will be sustained." Mr Simon alludes to a class-action suit being brought against the board, but Mr Spencer is confident that, if it comes to that, the courts will uphold the Authentication Board's decision.

Jason Edward Kaufman



18ᵗʰ NOVEMBER – 12ᵗʰ DECEMBER 2003

PLEASE CONTACT THE GALLERY FOR FURTHER DETAILS

3 CLIFFORD STREET, LONDON W1S 2LF
TEL: +44 (0)20 7734 8686 FAX: +44 (0)20 7734 9997
EMAIL: pictures@lowell-libson.com www.lowell-libson.com

## In memoriam

□ John Craxton died on 21 August, aged 83. After World War II, Craxton studied painting. London where his work was shown in the early 1950s. He moved to the US where, in 1952, in Phil Lieder and the backing of the businessman John Irwin, he co-founded the magazine Artforum. In 1965 he became director of the Art Gallery of the University of California in Irvine and, in 1967, he was appointed senior curator of the Pasadena Art Museum, while continuing as West Coast editor of Artforum. He moved to New York in 1971 on his being made editor of the magazine in which post he continued until 1980. Two years after becoming director of the Museum of Art in Akron, Ohio, his life took a new dramatic direction when, aged 60, he resigned and became a photographer, soon establishing himself as an internationally-acclaimed artist specialising in large format, black and white close-up images of his own ageing body.

□ Terry Frost died on 1 September, aged 87. After service in World War II, Frost studied at the Camberwell School of Art and, through the artist Adrian Heath, he was introduced to St Ives in Cornwall, the place with which he was associated for the rest of his life and where he encountered Ben Nicholson and Barbara Hepworth. It was Victor Pasmore, however, who lectures him most, turning Frost to abstraction which remained his principal aesthetic for the rest of his career. He taught at the Universities of Leeds and Reading, and was knighted in 1998.

□ Milldred Montague died on 13 August, aged 89. The son of Sir Eric MacLagan, for six years the director of the Victoria and Albert Museum, and the grandson of William Maclagan, an Archbishop of York, Maclagan was educated at Winchester and Oxford. An historian, he was a fellow of Trinity College, Oxford, for over 40 years, an expert on heraldry, early medieval England and Byzantium, and Richmond Herald at the College of Arms.

□ Patrick Procktor died on 29 August, aged 67. Born in Dublin, Procktor was raised in England. After National Service, he secured a place in 1958 at the Slade School of Art and his first solo show at the Redfern Gallery in 1963. The following year he was selected to appear in the Whitechapel Gallery's "New generation" exhibition that also featured Patrick Caulfield, David Hockney and Bridget Riley. Although a talented watercolourist, Procktor made his name with water-based acrylic paintings, but continued to experiment throughout his career, producing landscapes, flower paintings and still-lifes, but was most famous for his portraits, celebrities of the 1960s, such as Mick Jagger, Ossie John (he both of whom he designed sets, costume), Joe Orton, Cecil Beaton and Derek Jarman. A fire destroyed his house and its contents in 1999, a tragedy from which he never completely recovered.

□ Leni Riefenstahl died on 8 September, aged 101. Born in Berlin, the daughter of a heating and plumbing engineer, Riefenstahl worked first as a dancer, but, by the mid-1920s, she had moved into a series of "mountain films" that laid the foundations of her career. In 1935 she produced "Triumph des Willens" (Triumph of the will), a dramatic propaganda film of the 1934 Nazi Party congress and rally in Nuremberg in 1934, and, a year later, "Olympia", the technically brilliant film of the Olympic games in Berlin. The identification of these films with Nazism and her personal acquaintance with Hitler sealed her professional fate. After World War II, although cleared of being a Nazi, she was always under suspicion and often condemned. In the 1960s she reclaimed reputation to some degree when she became a photographer and underwater filmmaker.

□ John Shearman died on 11 August, aged 72. A student of Johannes Wilde at the Courtauld Institute of Art, Shearman joined the teaching staff on completion of his doctorate in 1957, rose through the ranks from lecturer (1957-67), to reader (1967-74), to deputy director of the Warburg. Professor of the History of Art (1974-79). He then taught at Princeton University (1979-93) from 1987 was at Harvard University where he was appointed Adams University Professor in 1994 which post he held until his retirement in 2002. Shearman will be remembered for stylish and ground-breaking book Mannerism that appeared in 1967 and continues in print, developed with subtlety and sophistication considerations of the original sittings of works of art and was the author of many influential articles. He was a leading expert on Andrea del Sarto and, above all, Raphael. His enormous assembly of documents on Raphael and his works to be published by the Bibliotheca Hertziana under the auspices of the Max-Planck-Gesellschaft enabling Raphael the least documented High Renaissance artist and for Shearman a memorial more lasting than bronze.



## JACK KILGORE & Co.

154 EAST 71ˢᵗ STREET NEW YORK NY
TEL (212) 650-1149 FAX (212) 650-7389 INFO@KILGOREGALLERY.COM

### Dutch and Flemish
### Old Master Paintings

# EXHIBIT K

# Paintings and Sculpture 1961-1963

EDITED BY GEORG FREI AND NEIL PRINTZ SPONSORED BY THOMAS AMMANN FINE ART AG ZURICH AND THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., NEW YORK

# PHOTO-GRAPHY CREDITS: CATALOGUE ENTRIES

OWNERS OF WORKS ARE LISTED FIRST, FOLLOWED BY THE PHOTOGRAPHY CREDIT

001. ADVERTISEMENT
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

002. WHERE IS YOUR RUPTURE? (1)
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

003. WHERE IS YOUR RUPTURE? (2)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

004. FALSE PLATE
Mugrabi Collection
Courtesy Mugrabi Collection

005. STRONG ARMS AND BROAD SHOULDERS
Private collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

006. BEFORE AND AFTER (1)
The Metropolitan Museum of Art, New York. Gift of Halston, 1981
©2002 The Metropolitan Museum of Art

007. BEFORE AND AFTER (2)
The Museum of Modern Art, New York. Gift of David Geffen, 1995
Courtesy Gagosian Gallery, NY

008. BEFORE AND AFTER (3)
Emilio and John Powers
Leo Stevens

009. MAKE HIM WANT YOU
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution Dia Center for the Arts
Paul Hester © Dia Center for the Arts

010. MAKE HIM WANT YOU
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution Dia Center for the Arts
Paul Hester © Dia Center for the Arts

011. LITTLE KING
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

012. SUPERMAN
Gunter Sachs
Jean Michalon, Studio Arfort, Paris

013. SATURDAY'S POPEYE
Ludwig Forum für Internationale Kunst, Collection Ludwig, Aachen
Ludwig Forum für Internationale Kunst, Sammlung Ludwig

014. POPEYE
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

015. CROSSWORD
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

016. DICK TRACY AND SAM KETCHUM
David Geffen
Courtesy David Geffen Collection

017. DICK TRACY
The Grant Foundation, Greenwich, Connecticut
Courtesy The Grant Foundation, Greenwich, CT

018. BATMAN
Private collection
Courtesy Galerie Bruno Bischofberger, Zurich

019. NANCY
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

020. $199 TELEVISION
Emilio and John Powers
Courtesy Gagosian Gallery

021. ICEBOX
The Menil Collection
Hickey & Robertson, Houston

022. STORM DOOR (1)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

023. WATER HEATER
The Museum of Modern Art, New York,
Dec. 12, 1971
© 2002 The Museum of Modern Art, New

024. 3-D MAZUMA
The Andy Warhol Museum, Pittsburgh, Founding Contribution Dia Center for the Arts
© The Andy Warhol Foundation for the Visual

025. DIFFERENT ISOMERS
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

026. WATCHES
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

027. DRILLS ? 28
Private collection

028. CAKE
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

029. RUPTURE-LASER
Daros Collection, Switzerland
© The Andy Warhol Foundation for the Visual

030. TYPEWRITER (1)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

031. TYPEWRITER (2)
The Andy Warhol Museum Pittsburgh, Founding Contribution the Andy Warhol Foundation for the
New York

032. TOILET
The Andy Warhol Museum, Pittsburgh, Founding Contribution Dia Center for the Arts
© The Andy Warhol Foundation for the Visual

033. RADIATION
The Andy Warhol Museum, Pittsburgh, Founding Contribution the Andy Warhol Foundation for the

034. PIPE
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

035. TELEPHONE (1)
Private collection, San Francisco
Courtesy Thomas Ammann Fine Art AG, Zurich

WASHINGTON, D.C. NATIONAL GALLERY OF ART  SEE NATIONAL GALLERY OF ART, WASHINGTON, D.C.
WECKER(1983)  976, 36, 42, 44
WATER HEATER(1961)  823, 38, 46, 43-4
WATT, BRIDGET  78, 85 (FIG. 52)
WATZINGER, TRULA VON  487
WAX, SIDNEY  458
WEBER, JOHN  136, 94, 129, 146, 356, 377-8 (FIGS. 241A-B)
WEIL, SUSAN  257, 266, 266 (FIG. 186)
WEITZMAN, J. DANIEL  76
WEIR, TRESAM?  215, 222 (FIG. 211), 256 (FIG. 186)
WESTIN, ALICE AND MARKUS (CLOCKSMOOT)  987
WHERE IS YOUR RUPTURE?(1?)(1961)  962, 21, 23
WHERE IS YOUR RUPTURE? (1)(?CRAFT POWERS PROGRAM) (1961)  962, 21, 23
WHITE BURNING CAR III(1963)  429-334, 347, 384
WHITE BURNING CAR TWICE (PRINTE CAR CRARD)(1963)  429, 384, 347, 388
WHITE CAR CRASH 19 TIMES  SEE WHITE DISASTER
WHITE DISASTER(WHITE CAR CRASH 19 TIMES) (1963)  352-311, 320, 330
WHITE DISASTER (WHITE BURNING CAR III)(1963)  429, 384, 386, 388
WHITE DISASTER #4  310, 384
WHITE DISASTER #7  310, 384
WHITE MAGAZINE(1962)  336, 229, 232
WHITNEY MUSEUM OF AMERICAN ART, NEW YORK  191, 282, 468; 468, 488
WICKER, DAVID  254
WIGSTOCK(1991)  905, 26, 27, 28, 29(FIG. 6)
WILCOX, JOHN  355
WILDER, THORNTON, OUR TOWN  338, 341 (FIGS. 223-4)
WOLF FAMILY 1965 ART TRUST  178
WHAJ, DANIEL  123
WOOD, NATALIE  206, 209-10, 214, 215(FIG. 163-6)
WINOL I., MANUFACTURING COMPANY, CATALOGUE  56 (FIG. 20)
WINOL I., WIRE PHOTO SOURCE PHOTOGRAPH, ELECTRIC CHAIR SERIES  329 (FIG. 218)
WRAPPING PAPER DESIGN (CA. 1962)  116, 130 (FIG. 109)

XAVIER HUFKENS GALLERY, BRUSSELS  449

YAM FESTIVAL NEWSPAPER, N.D.  78, 85 (FIG. 52)
YAM, RAYMOND  112, 113
WARHARS (POP MUSIC GROUP)  75
YELLOW CLOSE COVER BEFORE STRIKING (1962)  107, 159, 162, 163
YELLOW HEATER(1961)  334, 347, 347 (FIG. 231)
(FROM MARSCHENHEN) AND MARSCHENHEN #11(1962)  294, 261, 267
YVONN MARSCHENHEN(1962)  295, 261, 267

ZURICH, KUNSTHAUS  SEE KUNSTHAUS, ZURICH

082. CAMPBELL'S SOUP CAN (VEGETABLE)
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

083. CAMPBELL'S SOUP CAN (TURKEY NOODLE)
The Sonnabend Collection, New York
Daniel L. Salter, Courtesy Baltimore Museum of Art

084. CAMPBELL'S SOUP CAN (CREAM CHOWDER-DOMINATION STYLE)
Dr. Robert Powers, Brussels
De Bauboere, Brugge

085. CAMPBELL'S SOUP CAN (SCOTCH BROTH)
Ulli Knecht, Stuttgart
John M. Hull

086. CAMPBELL'S SOUP CAN (CONSOMMÉ)
Mr. and Mrs. J. Tomilson Hill
Courtesy The Andy Warhol Art Authentication Board

087. CAMPBELL'S SOUP CAN (CREAM OF MUSHROOM)
Africa and North America, Cleveland
Robert of France

068. DANCE DIAGRAM (1)
Museum für Moderne Kunst, Frankfurt
Robert Klossec, Museum für Moderne Kunst, Frankfurt

069. DANCE DIAGRAM (2)
Reinhard Onnasch, Berlin
Friedrich Rosenthal, Cologne

070. DANCE DIAGRAM (3)
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.

071. DANCE DIAGRAM (4)
Moderna Museet, Stockholm
Moderna Museet, Stockholm

072. DANCE DIAGRAM (5)
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

073. DANCE DIAGRAM (6)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

074. DANCE DIAGRAM (7)
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

077. MALE GENITAL DIAGRAM
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

---

048. CAMPBELL'S SOUP CAN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

050. SMALL CAMPBELL'S SOUP CAN (CREAM OF CHICKEN)
Private collection, Stockholm
Per-Olin Stockman, Stockholm

051. 32 CAMPBELL'S SOUP CANS
The Museum of Modern Art, New York. Gift of Irving Blum, Nelson A.
Rockefeller Bequest, gift of Mr. and Mrs. William A. M. Burden, gift
of Abby and Gordon Bunshaft in honor of Henry Moore, Abby Aldrich
Rockefeller Fund, Philip Johnson Fund, Frances Keech Bequest, gift
of Mrs. Bliss Parkinson, and Florence B. Wesley Bequest.
Courtesy Irving Blum

052. CAMPBELL'S SOUP CAN (PEPPER POT)
Mr. and Mrs. Avery R. Rosenthal, San Francisco
Paul M. Berg, San Francisco

053. CAMPBELL'S SOUP CAN (TOMATO)
Pamela Sanders, Greenwich, Connecticut
Zindman / Fremont, New York

054. SMALL CAMPBELL'S SOUP CAN (TOMATO)
Robert Shapazian, Los Angeles
Brian Forest, Santa Monica

055. SMALL CAMPBELL'S SOUP CAN (TOMATO)
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, New York

056. SMALL CAMPBELL'S SOUP CAN (CHILI BEEF)
Maria and Conrad Janis, Beverly Hills
Alan Finkleman, New York

057. SMALL CAMPBELL'S SOUP CAN (PEPPER POT)
Mr. and Mrs. Burton G. Tremaine, Jr.
David Stansbury © The Andy Warhol Foundation for the
Visual Arts, Inc.

058. LITTLE CAMPBELL'S SOUP CAN (WHIRLWIND)
Private collection, Singapore
© Christie's Images, Ltd., 2002

059. LITTLE CAMPBELL'S SOUP CAN (CONSOMMÉ)
Present location unknown
Reproduced from Crone, 1970, no. 450.
Photo Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

060. CAMPBELL'S SOUP CAN (BLACK BEAN)
Robert Shapazian, Los Angeles
Brian Forest, Santa Monica

061. CAMPBELL'S SOUP CAN (TOMATO)
Robert Shapazian, Los Angeles
Courtesy of Robert Shapazian

---

036. TELEPHONE (2)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

037. MR. SCHULLE'S COMAS
The Metropolitan Museum of Art, New York. Gift of Halston, [1982]
© 2002 The Metropolitan Museum of Art

038. COCA-COLA (1)
Private collection
Courtesy Galerie Bruno Bischofberger, Zurich

039. COCA-COLA (2)
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

040. A NUT FOR NIX (1)
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

041. PEACH HALVES
Staatsgalerie Stuttgart, [1964]
Staatsgalerie Stuttgart

042. CAMPBELL'S SOUP CAN (TOMATO RICE)
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution Dia Center for the Arts
Courtesy Dia Center for the Arts, New York

043. CAMPBELL'S SOUP CAN (CHICKEN WITH RICE)
SMALL CAMPBELL'S SOUP CAN (BEAN WITH BACON)
Städtisches Museum Abteiberg, Mönchengladbach
Ruth Kaiser, Viersen

044. CAMPBELL'S SOUP CAN (CHICKEN WITH RICE)
Alan L. Freeman, Chicago
Courtesy Alan L. Freeman, Chicago

045. CAMPBELL'S SOUP CAN (PEPPER POT)
Paul Warhola Family

046. CAMPBELL'S SOUP CAN (TOMATO)
Present location unknown
© 2002, Sotheby's, Inc.

047. LITTLE CAMPBELL'S SOUP CAN (TOMATO)
Kunstmuseum St. Gallen, Gift of Erna and Carl Burgauer, Kilchberg
Kunstmuseum St.Gallen

048. CAMPBELL'S SOUP CAN (OLD FASHIONED TOMATO RICE)
Kaprolos Gallery
© The Andy Warhol Foundation for the Visual Arts, Inc.

---

023. WOMEN HEATER
The Museum of Modern Art, New York. Gift of Roy Lichtenstein,
Etc., 1971
© 2002 The Museum of Modern Art, New York

024. 3-D TRACTION
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

025. [DIFFERENT] COMICS
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

026. WATCHES
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

027. DRILLS ? AM
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

028. CAGAT
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

029. RUPTURE-EASER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

030. TYPEWRITER (1)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

031. TYPEWRITER (2)
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.,
New York

032. TOILET
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

033. DATSUN
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

034. PIPE
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

035. TELEPHONE (1)
Private collection, San Francisco
Courtesy Thomas Ammann Fine Art AG, Zurich

076. 200 CAMPBELL'S SOUP CANS
Simito and John Powers
Courtesy Castelian Gallery, NY

077. 100 CANS
Albright-Knox Art Gallery, Buffalo, Gift of Seymour H. Knox
Greenberg, Wrezan & Hay, Buffalo

078. 100 CAMPBELL'S SOUP CANS
Museum für Moderne Kunst, Frankfurt
Museum für Moderne Kunst, Frankfurt

079. CAMPBELL'S SOUP BOX
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

080. SCHLITZ CANS
Magroll Collection
Courtesy Magroll Collection

081. STORM DOOR (2)
Robert and Sheryl Boitzer, New York
Courtesy of Robert and Sheryl Boitzer, New York

082. COCA-COLA (3)
Magroll Collection
Courtesy Magroll Collection

083. A BOY FOR MEG (2)
National Gallery of Art, Washington, D.C. Gift of the International Art Foundation, through the generosity of Mr. and Mrs. Tremaine, 1971
Photograph © Board of Trustees, National Gallery of Art, Washington

084. TELEPHONE (3)
The Museum of Contemporary Art, Los Angeles. Purchased with funds provided by an anonymous donor
© The Andy Warhol Foundation for the Visual Arts, Inc.

085. CAMPBELL'S SOUP CAN
Robert Shapazian, Los Angeles
© 2002, Sotheby's, Inc.

086. BIG CAMPBELL'S SOUP CAN WITH CAN OPENER (VEGETABLE)
Collection of Mr. and Mrs. Harvey A. Ebsworth
Courtesy of Mr. and Mrs. Harvey A. Ebsworth

087. BIG CAMPBELL'S SOUP CAN, 19¢ (BEEF NOODLE)
The Menil Collection, Houston
Mickey & Bubertson, Houston

088. BIG CAMPBELL'S SOUP CAN, 19¢ (BEEF NOODLE)
Barns Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

089. SMALL CAMPBELL'S SOUP CAN, 19¢ (CHICKEN NOODLE)
Robert and Jane Meyerhoff
Courtesy Robert and Jane Meyerhoff

090. BIG TORN CAMPBELL'S SOUP CAN (PEPPER POT)
Irving Blum
Courtesy Irving Blum

091. SMALL TORN CAMPBELL'S SOUP CAN (PEPPER POT)
Irving Blum
Courtesy Irving Blum

092. BIG TORN CAMPBELL'S SOUP CAN (PEPPER POT)
Private collection, Switzerland
© Christie's Images, Ltd. 2002

093. BIG TORN CAMPBELL'S SOUP CAN (PEPPER POT)
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

094. BIG TORN CAMPBELL'S SOUP CAN (VEGETABLE BEEF)
Hornbaum Zürich, Zürich
Hornbaum Zürich, Zürich

095. BIG TORN CAMPBELL'S SOUP CAN (BLACK BEAN)
Kunstsammlung Nordrhein-Westfalen, Düsseldorf
Walter Klein, Düsseldorf

096. CRUSHED CAMPBELL'S SOUP CAN (BEEF NOODLE)
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

097. BIG CRUSHED CAMPBELL'S SOUP CAN (BEEF NOODLE)
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

098. SMALL CRUSHED CAMPBELL'S SOUP CAN (BEEF NOODLE)
Robert Shapazian, Los Angeles
© 2002, Sotheby's, Inc.

099. BIG CRUSHED CAMPBELL'S SOUP CAN (CREAM OF CHICKEN)
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

100. FIVE CAMPBELL'S SOUP CANS
Private collection, Maine
Courtesy of the Owner

101. FIVE CAMPBELL'S SOUP CANS
Private Collection
© Christie's Images, Ltd. 2002

102. FIVE CAMPBELL'S SOUP CANS
Private collection
© 2002, Sotheby's, Inc.

103. ONE DOLLAR BILL
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

104. SAM GREEN STAMPS
Philip Johnson
© 2002 The Museum of Modern Art, New York

105. SAM GREEN STAMPS
Leonardo National Corporation, New York, Owner of S&H Green Stamps Co.
© Christie's Images, Ltd. 2002

106. SAM GREEN STAMPS
Getty Raber Estate
Courtesy The Betty Raber Estate

107. SAM GREEN STAMPS
Nancy Olnick and Giorgio Spanu Collection
© 2002, Sotheby's, Inc.

108. SAM GREEN STAMPS
Mr. and Mrs. Burton G. Tremaine, Jr.
David Stanbury © The Andy Warhol Foundation for the Visual Arts, Inc.

109. SAM GREEN STAMPS
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.

110. RED AIRMAIL STAMPS
Robert R. Halff
© 2002, Sotheby's, Inc.

111. RED AIRMAIL STAMPS
Daimler, Stuttgart
© Christie's Images, Ltd. 2002

112. BLUE AIRMAIL STAMPS
Di Knecht, Stuttgart
© 2002, Sotheby's, Inc.

113. AIRMAIL STAMPS
Joseph Adamec, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

114. BLUE AIRMAIL STAMPS
Private collection
Courtesy The Mayor Gallery, London

115. BLUE AIRMAIL STAMPS
Private collection
Per-Nils Stockman, Stockholm

116. RED AIRMAIL STAMP
The Estate of Burton and Emmy Tremaine
Beveast Aguloct © The Andy Warhol Foundation for the Visual Arts, Inc.

117. BLUE AIRMAIL STAMP
Magroll Collection
© 2002, Sotheby's, Inc.

118. BLUE AIRMAIL STAMP
Private collection
Courtesy Galerie 1900-2000, Paris

119. BLUE AIRMAIL STAMP
Private collection, Geneva
© Christie's Images, Ltd. 2002

120. RED AIRMAIL STAMP
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Center for the Arts
Richard Stoner, Pittsburgh

121. BLUE AIRMAIL STAMP
Private collection, Beverly Hills
Courtesy Michael Kohn Gallery, Los Angeles

122. BLUE AIRMAIL STAMP
Private collection, Houston
© Christie's Images, Ltd. 2002

123. RED AIRMAIL STAMP
Daniel Wolf
© The Andy Warhol Foundation for the Visual Arts, Inc.

124. BLUE AIRMAIL STAMP
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

125. BLUE DOLLAR BILLS
Private collection
Alexander Shdadorovich, Athens

126. 102 ONE DOLLAR BILLS
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

127. ONE DOLLAR BILLS
The Estate of Rhyne Grinsley
Propeller Works, CT © The Andy Warhol Foundation for the Visual Arts, Inc.

123. ONE DOLLAR BILLS
Present location unknown
© 2002, Sotheby's, Inc.

125. TWO DOLLAR BILLS (FRONT AND BACK)
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig

130. FRONT AND BACK DOLLAR BILLS
Private collection
Courtesy Thomas Ammann Fine Art AG, Inc.

131. TWO DOLLAR BILLS (FRONTS)
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

132. TWO DOLLAR BILLS (BACKS)
Barns Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Inc.

133. FORTY TWO DOLLAR BILLS (FRONTS)
Present location unknown
© Christie's Images, Ltd. 2002

134. ONE DOLLAR BILLS (FRONTS)
Pontus Bonnier
© 2002, Sotheby's, Inc.

135. PRINTED DOLLAR #1
Timothy Baum, New York
Courtesy Timothy Baum

136. PRINTED DOLLAR #2
The Wayne B. Swanson Family, Boson, In
E.G. Schongof © The Andy Warhol Foundation Visual Arts, Inc.

137. PRINTED DOLLAR #3
Private collection
Courtesy Sonnabend Gallery, New York

138. PRINTED DOLLAR #5
Mark Lancaster
Peter Goldenz

139. PRINTED DOLLAR #6
Michael Asher
Courtesy Michael Asher

140. PRINTED DOLLAR #7
Mr. and Mrs. Burton Tremaine, Jr.
David Stansbury © The Andy Warhol Foundation for the Visual Arts, Inc.

141. 2 PRINTED DOLLARS
Present location unknown
© 2002, Sotheby's, Inc.

128. ONE DOLLAR BILLS
Present location unknown
© 2002, Sotheby's, Inc.

129. TWO DOLLAR BILLS (FRONT AND REAR)
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

130. FRONT AND BACK DOLLAR BILLS
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

131. TWO DOLLAR BILLS (FRONTS)
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

132. TWO DOLLAR BILLS (BACKS)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

133. THIRTY TWO DOLLAR BILLS (FRONTS AND BACKS)
Present location unknown
© Christie's Images, Ltd., 2002

134. ONE DOLLAR BILLS (FRONTS)
Pontus Bonnier
© 2002, Sotheby's, Inc.

135. PRINTED DOLLAR #1
Timothy Baum, New York
Courtesy Timothy Baum

136. PRINTED DOLLAR #2
The Wayne D. Swanson Family; Susan, Stephen, and Stacey
E.K. Swango © The Andy Warhol Foundation for the
Visual Arts, Inc.

137. PRINTED DOLLAR #3
Private collection
Courtesy Sonnabend Gallery, New York

138. PRINTED DOLLAR #5
Mark Lancaster
Peter Goldberg

139. PRINTED DOLLAR #6
Michael Asher
Courtesy Michael Asher

140. PRINTED DOLLAR #7
Mr. and Mrs. Morton Trautman, Jr.
David Stansbury © The Andy Warhol Foundation for the
Visual Arts, Inc.

141. 2 PRINTED DOLLARS
Present location unknown
© 2002, Sotheby's, Inc.

142. DOUBLE ONE DOLLAR BILL
Mr. and Mrs. Maurice Jones
© 2002, Sotheby's, Inc.

143. DOUBLE ONE DOLLAR BILLS
Present location unknown
© 2002, Sotheby's, Inc.

144. ONE DOLLAR BILL (FRONT)
Nathan Gluck
Courtesy Thomas Ammann Fine Art AG, Zurich

145. TWO DOLLAR BILL (FRONT)
Nathan Gluck
Courtesy The Andy Warhol Art Authentication Board

146. TWO DOLLAR BILLS (BACKS)
Timothy Baum, New York
Courtesy Timothy Baum

147. TWO DOLLAR BILL (FRONT)
Marshall Lee, New York
Courtesy The Andy Warhol Art Authentication Board

148. #1 PRINTED 2 DOLLAR
The Dayton Art Institute, Dayton, Ohio, Gift of Mr. and Mrs. Thomas
C. Colt, Jr.
Bettye Forbaraugh, © The Dayton Art Institute

149. TWO DOLLAR BILL (FRONT AND BACK)
Horace and John Solomon, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

150. TWO DOLLAR BILL (FRONT)
Present location unknown
© Christie's Images, Ltd., 2002

151. ONE DOLLAR BILL (BACK)
Fritz de Knegt, New York
Courtesy The Andy Warhol Art Authentication Board

152. ONE DOLLAR BILL (FRONT)
Private collection
Courtesy Sonnabend Gallery, New York

153. ONE DOLLAR BILL (FRONT)
Neo and Amanto Broodthaers
Friedrich Rosenstiel, Cologne

154. ONE DOLLAR BILL (FRONT)
James and Susan Phillips
Courtesy The Andy Warhol Art Authentication Board

155. ONE DOLLAR BILL (FRONT)
Collection Herkman
Christian Dupot, Salzburg

156. ONE DOLLAR BILL (BACK)
Steven Meijas
© 2002, Sotheby's, Inc.

157. ONE DOLLAR BILL (FRONT)
Present location unknown
Michael H. Lord
Courtesy Michael H. Lord

158. ONE DOLLAR BILL (BACK)
Gabriele and Thomas Stiterweak, Stuttgart
Courtesy Galerie Bruno Bischofberger, Zurich

159. ONE DOLLAR BILL (BACK)
Present location unknown
Photo credit unknown

160. ONE DOLLAR BILL (BACK)
Hans Mirays Langen
Courtesy Galerie Bruno Bischofberger, Zurich

161. ONE DOLLAR BILLS (BACKS)
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

162. ONE DOLLAR BILLS (BACKS)
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© 2002, Sotheby's, Inc.

163. TWO DOLLAR BILL (FRONT)
Jane R. Holzer
Courtesy The Andy Warhol Art Authentication Board

164. TWO DOLLAR BILL (BACK)
Present location unknown
© 2002, Sotheby's, Inc.

165. TWO DOLLAR BILL (FRONT)
Present location unknown
Photo credit unknown

166. TWO DOLLAR BILL (FRONT)
Present location unknown
© 2002, Sotheby's, Inc.

167. TWO DOLLAR BILL (FRONT)
Present location unknown
Courtesy Michael Kohn Gallery, Los Angeles

168. TWO DOLLAR BILL (FRONT)
Present location unknown
Courtesy Kern and Philip Showers

169. HANDLE WITH CARE—GLASS—THANK YOU
Burns Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

170. HANDLE WITH CARE—GLASS—THANK YOU
Marc and Livia Straus
© 2002, Sotheby's, Inc.

171. FRAGILE—HANDLE WITH CARE
Private collection
Courtesy The Mayor Gallery, London

172. FRAGILE—HANDLE WITH CARE
Private collection, New York
Courtesy Private Collection, NY

173. FRAGILE
Poeten and Kerstin Bonnier
Per-Olle Stackman, Stockholm

174. FRAGILE
Private collection
Courtesy The Andy Warhol Art Authentication Board

175. FRAGILE
Anton and Ralph Guelenberg
© 2002, Sotheby's, Inc.

176. FRAGILE
Present location unknown
© 2002, Sotheby's, Inc.

177. THIS SIDE UP
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Center for the Arts
Richard Stoner, Pittsburgh

178. THIS SIDE UP
Wolf Faabby 1962 Art Trust
© The Andy Warhol Foundation for the Visual Arts, Inc.

179. THIS SIDE UP
Private collection
Courtesy Galerie Bruno Bischofberger, Zurich

180. THIS SIDE UP
Private collection, Paris
Jacqueline Hyde, Paris

181. THIS SIDE UP
Private collection
Courtesy Galerie 1900-1960, Paris

182. OPEN THIS END
Gabriele Bryars
Courtesy Cannaerts, NY

183. OPEN THIS END
Lennart Prantz
Courtesy The Andy Warhol Art Authentication Board

184. OPEN THIS END
Blake Byrne, Los Angeles
William Nettles

185. CLOSE COVER BEFORE STIRRING (COCA-COLA)
Louisiana Museum of Modern Art, Humlebaek, Denmark
Louisiana Museum for Moderne Kunst, Humlebaek

186. CLOSE COVER BEFORE STIRRING (PEPSI-COLA)
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

187. YELLOW CLOSE COVER BEFORE STIRRING
Private collection
John Back, New York

188. BLUE CLOSE COVER BEFORE STIRRING
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

189. RED CLOSE COVER BEFORE STIRRING
Whitney Museum of American Art, New York
Michael Chipen © The Andy Warhol Foundation for the Visual Arts,
Inc.

190. COCA-COLA (4)
Michael and Elizabeth Rea
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

191. BEFORE AND AFTER (4)
Whitney Museum of American Art, New York
Sandak, Inc./G.K. Hall, Boston. Courtesy The Whitney Museum of
American Art, New York

192. TELEPHONE (1)
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

193. DO IT YOURSELF (FLOWERS)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

194. DO IT YOURSELF (SEASCAPE)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

195. DO IT YOURSELF (SEASCAPE)
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx,
Berlin
Joshua Lichtmann, Berlin

196. DO IT YOURSELF (LANDSCAPE)
Museum Ludwig, Cologne, Donation Ludwig
Rheinisches Bildarchiv, Museum Ludwig Cologne

197. DO IT YOURSELF (VIOLIN)
Private collection
Courtesy of the owner

198. DAILY NEWS
Museum für Moderne Kunst, Frankfurt
Robert Häusser, Museum für Moderne Kunst, Frankfurt

199. 129 DIE IN JET
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

200. CLOCKS
Private collection
Frederick R. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

201. TEN COCA-COLA BOTTLES
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

202. GREEN COCA-COLA BOTTLES
Whitney Museum of American Art, New York
Geoffrey Clements. Courtesy The Whitney Museum of American Art,
New York

203. FIVE COKE BOTTLES
Private collection
John Back, New York

204. FOUR COKE BOTTLES
Mr. and Mrs. Arnold Tenenbaum
© 2002, Sotheby's, Inc.

205. THREE COKE BOTTLES
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

206. TWO COKE BOTTLES
Nathan Black
Courtesy The Andy Warhol Art Authentication Board

207. COCA-COLA BOTTLE
Robert Watson

208. COKE
Francois de Menil
Jim Strong Inc., NY

209. COKE BOTTLE
Private collection
Amaroli, Parma

210. SONG BOTTLE
Vald and Lucia Fetni, Los Angeles
Spotez and Rumez, Los Angeles

211. MARTINSON COFFEE
Leonard Bernstein, Brookline, Massachusetts
David Matthews

212. MARTINSON COFFEE
Pontus Bonnier, Stockholm
Per-Olle Stackman, Stockholm

213. MARTINSON COFFEE
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

214. MARTINSON COFFEE
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

215. COFFEE LABELS
Tony Shafrazi
Courtesy Tony Shafrazi Gallery

216. COFFEE LABELS
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

217. PONTIAC
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx,
Berlin
Courtesy Thomas Ammann Fine Art AG, Zurich

218. LINCOLN CONTINENTAL
Frederick W. Hughes
Courtesy Thomas Ammann Fine Art AG, Zurich

219. TWELVE CADILLACS
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

220. SEVEN CADILLACS
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

221. AVANTI
Private collection
Courtesy The Andy Warhol Art Authentication Board

222. AVANTI
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

223. AVANTI
Sabine Wachters, Brussels
Courtesy Sabine Wachters Fine Art, Brussels

224. AVANTI
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

225. AVANTI
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

226. AVANTI
Anzai Art Office, Tokyo
Courtesy Anzai Art Office, Tokyo

227. AVANTI
Present location unknown
Courtesy Timothy Baum, New York

228. BUICK
Private collection, New York
Courtesy Andrew L. Terner, Inc.

229. TWO BUICKS
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

230. BUICK
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

231. BASEBALL
The Nelson-Atkins Museum of Art, Kansas City, Missouri; Gift of the
Guild of the Friends of Art and other Friends of the Museum
Mel McLean, The Nelson-Atkins Museum of Art

232. MORAE
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

233. MORAE
Private collection, New York
Courtesy Eugenia Gallery, NY

234. WARREN
Private collection
Roland Reiter, Zurich

235. WARREN
William Dakin, Paris
Jacqueline Hyde, Paris

236. WARREN
The Andy Warhol Museum, Pittsburgh, Founding Collection, the Andy
Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

237. TAB
Frederick W. Hughes
Courtesy Thomas Ammann Fine Art AG, Zurich

238. TROY
Private collection, Turin
Courtesy of the Owner

239. TROY DIPTYCH
Museum of Contemporary Art, Chicago
The Museum of Contemporary Art, Chicago

240. TROY
Gian Enzo Sperone
Courtesy Gian Enzo Sperone

241. TROY
Mugrabi Collection
Courtesy Mugrabi Collection

242. TROY
Jane B. Holzer
Courtesy Thomas Ammann Fine Art AG, Zurich

243. TROY
Mr. and Mrs. Richard Lane
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

244. TROY ROMANCE
Pasquale Trisorio, Naples
Peppe Avallone, Naples

245. TROY
The Andy Warhol Museum, Pittsburgh, Fo...
Contribution the Andy Warhol Foundation...
© The Andy Warhol Foundation for the Visual Arts, Inc.

246. TROY
Art Nespoulo, S.A.
© Christie's Images, Ltd., 2002

247. TROY
Present location unknown
Michele Maler

248. ERDO MARILYN MONROE
The Museum of Modern Art, New York, Gi...
© 2002 The Museum of Modern Art, New York

249. BLUE MARILYN
The Art Museum, Princeton University, Gi...
Class of 1932, and Mrs. Bruce, in 1979
Clem Fiori, The Art Museum, Princeton U...

250. GREEN MARILYN
National Gallery of Art, Washington, D.C.
S. Cohn in Honor of the 50th Anniversary
Art, 1989
Photograph © Board of Trustees, Nation...
Washington

238. TROY
Private collection, Turin
Courtesy of the Owner

239. TROY DIPTYCH
Museum of Contemporary Art, Chicago, Gift of Mrs. Robert B. Mayer
The Museum of Contemporary Art, Chicago

240. TROY
Gian Enzo Sperone
Courtesy Gian Enzo Sperone

241. TROY
Mugrabi Collection
Courtesy Mugrabi Collection

242. TROY
Jean E. Holzer
Courtesy Thomas Ammann Fine Art AG, Zurich

243. TROY
Mr. and Mrs. Richard Lunn
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

244. TROY DOMAINE
Pasquale Trisorio, Naples
Peppe Avallone, Naples

245. TROY
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

246. TROY
Art Hispanola, S. A.
© Christie's Images, Ltd., 2002

247. TROY
Present location unknown
Michele Maier

248. GOLD MARILYN MONROE
The Museum of Modern Art, New York, Gift of Philip Johnson, 1962
© 2002 The Museum of Modern Art, New York

249. BLUE MARILYN
The Art Museum, Princeton University, Gift of Alfred H. Barr, Jr.,
Class of 1922, and Mrs. Barr, in 1978
Clem Fiori, The Art Museum, Princeton University

250. GREEN MARILYN
National Gallery of Art, Washington, D.C., Gift of William C. and Irene
S. Seitz in Honor of the 50th Anniversary of the National Gallery of
Art, 1990
Photograph © Board of Trustees, National Gallery of Art,
Washington

251. MINT MARILYN
Jasper Johns
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

252. LAVENDER MARILYN [1]
Private collection, Paris
J. L. Blahá, Paris

253. WHITE MARILYN
Private collection, Boston
Courtesy S. Zachary Lee

254. LICORICE MARILYN
David Whitney
Courtesy The Broad Foundation, Greenwich, CT

255. LEMON MARILYN
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

256. ORANGE MARILYN
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

257. PEACH MARILYN
Private collection
© Christie's Images, Ltd., 2002

258. CHERRY MARILYN
Private collection
Robert Boyer, LAC AG

259. RED MARILYN
Irving Blum
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

260. LAVENDER MARILYN [2]
Uli Knecht, Stuttgart
Courtesy of the owner

261. BLACK AND WHITE MARILYN
Elina Palansky
Courtesy Elina Palansky

262. MARILYN DIPTYCH
Tate Gallery, London
Tate Gallery, London

263. MARILYN X 100
The Cleveland Museum of Art, Leonard C. Hanna, Jr. Fund, 1999
© 2002, Sotheby's, Inc.

264. TWENTY-FIVE COLORED MARILYNS
Modern Art Museum of Fort Worth, The Benjamin J. Tillar Memorial
Trust, acquired 1983 from the collection of Mr. Vernon Nikkel,
New Mexico
Modern Art Museum of Fort Worth

265. MARILYN MONROE IN BLACK AND WHITE
Moderna Museet, Stockholm
Moderna Museet, Stockholm

266. TWENTY MARILYNS
Mugrabi Collection
© 2002, Sotheby's, Inc.

267. NINE MARILYNS
Linda and Harry Macklowe, New York
Courtesy Linda and Harry Macklowe, NY

268. MARILYN SIX-PACK
Emily and Jerry Spiegel, New York
Zimmern / Fremont, New York

269. FOUR MARILYNS
Private collection
Peter Lauri, Bern

270. FOUR MARILYNS
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

271. FOUR MARILYNS
Private collection
© 2002, Sotheby's, Inc.

272. THREE MARILYNS
Joseph Helman, New York
Courtesy Joseph Helman Gallery, New York

273. THREE MARILYNS
Paul Nichols Family
Denise Whitbuck Faraonz

274. THREE MARILYNS
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

275. TWO MARILYNS
The Eli and Edythe L. Broad Collection
Courtesy Thomas Ammann Fine Art AG, Zurich

276. TWO MARILYNS
Mr. and Mrs. J. Tomilson Hill
Courtesy Richard Gray Gallery, Chicago

277. TWO MARILYNS
Paul Warhola Family
© 2002, Sotheby's, Inc.

278. TWO MARILYNS
Lucy Mitchell-Innes and David Nash
© Christie's Images, Ltd., 2002

279. TWO MARILYNS
Froehlich Collection, Stuttgart
Courtesy Froehlich Collection, Stuttgart

280. TWO MARILYNS
Joseph Rauch
Douglas M. Parker Studio, CA © The Andy Warhol Foundation for the
Visual Arts, Inc.

281. MARILYN
Private collection
Courtesy The Andy Warhol Art Authentication Board

282. MARILYN
Solomon & Company Fine Arts, New York
Courtesy Solomon & Company Fine Art, NY

283. IRVING MARILYN
Private collection
© Christie's Images, Ltd., 2002

284. IRVING MARILYN
Froehlich Collection, Stuttgart
Archive Froehlich Collection, Stuttgart

285. MARILYN'S LIPS
Hirshhorn Museum and Sculpture Garden, Smithsonian Institution,
Washington, D.C.
Smithsonian Institution

286. RED ELVIS
Private collection
Smithsonian Institution

287. ELVIS 49 TIMES
William J. Hall
Douglas M. Parker Studio, CA © The Andy Warhol Foundation for the
Visual Arts, Inc.

288. ELVIS 21 TIMES
Ferry Palomoska
Courtesy Thomas Ammann Fine Art AG, Zurich

289. CAMPBELL'S ELVIS
David Teehl, Los Angeles
Courtesy David Teehl Fine Art, Los Angeles

290. LET US NOW PRAISE FAMOUS MEN
Samuel and Ronnie Heyman, New York
© 2002, Sotheby's, Inc.

291. LET US NOW PRAISE FAMOUS MEN (RAUSCHENBERG FAMILY)
National Gallery of Art, Washington, D.C. Gift of Mr. and Mrs. William
N. Adams
Board of Trustees, National Gallery of Art, Washington

282. TEAM (ROBERT RAUSCHENBERG)
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

283. TRIPLE RAUSCHENBERG
Private collection
Courtesy Sonnabend Gallery, New York

284. YOUNG RAUSCHENBERG
Eddy and Jerry Spiegel, New York
Zindman / Fremont, New York

285. YOUNG RAUSCHENBERG
Vilora Gallery, New York
© 2002, Sotheby's, Inc.

286. ROBERT RAUSCHENBERG
Spencer Museum of Art, The University of Kansas
Spencer Museum of Art, The University of Kansas

287. ROBERT RAUSCHENBERG
Andrea Caratsch, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

288. DOUBLE RAUSCHENBERG
John R. Reizer
Courtesy The Andy Warhol Art Authentication Board

289. ROBERT RAUSCHENBERG
Private collection
C. Fink © Thomas Ammann Fine Art AG, Zurich

290. RAUSCHENBERG FAMILY
Marhanne and Pierre Nahon, Yvorn, France
Courtesy Marianne and Pierre Nahon

291. MEN IN HER LIFE
Norton S. Dumsey Family Collection
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc.

292. MEN IN HER LIFE
Private collection, Japan
Courtesy Thomas Ammann Fine Art AG, Zurich

293. MEN IN HER LIFE
Marge Lucerie Gallery, Los Angeles
Courtesy Marge Lucerie Gallery, Los Angeles

294. MEN IN HER LIFE
Present location unknown
Patinet, Paris

295. BLUE LIZ AS CLEOPATRA
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

296. DOUBLE LIZ AS CLEOPATRA
Robert and Meryl Meltzer, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

297. LIZ AS CLEOPATRA
Private collection, Tokyo
© 2002, Sotheby's, Inc.

298. LIZ AS CLEOPATRA
Victor A. Gallegos
Dan Garrotto

301. OPTICAL CAR CRASH
Kunstmuseum Basel
Öffentliche Kunstsammlung Basel, Martin Bühler

310. GREEN CAR CRASH
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

311. STATUE OF LIBERTY
Daros Collection, Switzerland
Courtesy Daros Services

312. STATUE OF LIBERTY
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.

313. ALBUM OF A HAT QUEEN
Private collection, Houston
© 2002, Sotheby's, Inc.

314. ALBUM OF A HAT QUEEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

315. ALBUM OF A HAT QUEEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
Cont/Contion the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

316. ALBUM OF A HAT QUEEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

317. ALBUM OF A HAT QUEEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

318. PARTY (GANGBURG)
Patty Mucha
The Pinterwelz, VT © The Andy Warhol Foundation for the Visual Arts, Inc.

319. A WOMAN'S SUICIDE
Kunstsammlung Nordrhein-Westfalen, Düsseldorf
Walter Klein, Düsseldorf

320. SUICIDE (SILVER JUMPING MAN)
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

321. SUICIDE (SILVER JUMPING MAN)
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

322. SUICIDE (PURPLE JUMPING MAN)
Takanza Museum of Contemporary Art
Courtesy Galerie Bruno Bischofberger, Zurich

323. BELLEVUE I
Private collection
Mimmo Capone, Rome, Courtesy Galleria Nilterwolf, Milano

324. BELLEVUE II
Stedelijk Museum, Amsterdam, Purchased with support of the Vereniging Rembrandt
Stedelijk Museum, Amsterdam

325. 1947 WHITE
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Center for the Arts
Richard Stoner, Pittsburgh

326. SUICIDE (FALLEN BODY)
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

327. COLORED MONA LISA
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

328. THIRTY ARE BETTER THAN ONE
The Brant Foundation, Greenwich, Connecticut
Courtesy The Brant Foundation, Greenwich, CT

329. FOUR MONA LISAS
The Metropolitan Museum of Art, New York, Gift of Henry Geldzahler, 1965
© 2002 The Metropolitan Museum of Art

330. MONA LISA'S HANDS
The Andy Warhol Museum, Pittsburgh, Founding collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.

331. MONA LISA
Private collection, Brussels
Courtesy The Andy Warhol Art Authentication Board

332. DOUBLE MONA LISA
The Menil Foundation, Houston
Janet Woodward, Houston

333. DOUBLE MONA LISA
Present location unknown
© 2002, Sotheby's, Inc.

334. YELLOW MONA LISA
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

335. MOSES
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

336. MERCE CUNNINGHAM
Magriel Collection
Courtesy Magriel Collection

337. MERCE CUNNINGHAM
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

338. MERCE CUNNINGHAM
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

339. MERCE CUNNINGHAM
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Larry Lame © The Andy Warhol Foundation for the Visual Arts, Inc.

340. BLACK AND WHITE DISASTER
Los Angeles County Museum of Art, Gift of Los Castelli Gallery and Ferus Gallery through the Contemporary Art Council
Los Angeles County Museum of Art

341. CROWD
Private collection
Tom Powel

342. GREEN DISASTER
Private collection
Courtesy of the owner

343. GREEN DISASTER #2
Museum für Moderne Kunst, Frankfurt
Axel Schneider, Museum für Moderne Kunst, Frankfurt

345. SILVER CAR CRASH
Private collection
Robert Bayer, LAC AG

346. BLACK AND WHITE DISASTER #4
Kunstmuseum Basel
Öffentliche Kunstsammlung Basel, Martin

347. ORANGE CAR CRASH
Private collection
Galleria Civica d'Arte Moderna, Turin
Mauri (Orici Di) Torino

348. 5 DEATHS
Private collection
Courtesy of the owner

349. 5 DEATHS
Eugenie Gallery, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

350. ORANGE CAR CRASH 14 TIMES
The Museum of Modern Art, New York, Gift
© 2002 The Museum of Modern Art, New

351. SILVER CAR CRASH
Private collection
Robert Bayer, LAC AG

352. WHITE DISASTER
Private collection
Robert Bayer, LAC AG

353. SILVER CAR CRASH
Private collection, Genoa
Frederico de Angeli, Genova

354. HORIZONTAL ORANGE CAR CRASH
Musée d'Art Contemporain, Dunkerque
Cirtolo's Images, Ltd., 2002

355. ORANGE CAR CRASH (SINGLE ORANGE
Armand Drouise
Museum Moderner Kunst Stiftung Ludwig, Vienna, Loan by Sammlung Ludwig, Aachen

356. ORANGE DISASTER #5
Solomon R. Guggenheim Museum, New York
Ahman/Eaddy Collection, 1974
Solomon R. Guggenheim Museum

357. LAVENDER DISASTER
The Menil Collection, Houston
© 2002, Sotheby's, Inc.

358. BLUE ELECTRIC CHAIR
Private collection
Robert Bayer, LAC AG

345. SILVER CAR CRASH
Private collection
Robert Rayes, LAC AG

346. BLACK AND WHITE DISASTER #4
Kunstmuseum Basel
Öffentliche Kunstsammlung Basel, Martin Bühler

347. ORANGE CAR CRASH
Galleria Civica d'Arte Moderna, Turin
Mount Christ Di Torino

348. 5 DEATHS
Private collection
Courtesy of the owner

349. 5 DEATHS
Eugenio Lopez, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

350. ORANGE CAR CRASH 14 TIMES
The Museum of Modern Art, New York, Gift of Philip Johnson
© 2002 The Museum of Modern Art, New York

351. SILVER CAR CRASH
Private collection
Robert Rayes, LAC AG

352. WHITE DISASTER
Private collection
Robert Rayes, LAC AG

353. SILVER CAR CRASH
Private collection, Genoa
Frederico de Angeli, Genova

354. HORIZONTAL ORANGE CAR CRASH
Musée d'Art Contemporain, Dunkerque
© Christie's Images, Ltd., 2002

355. ORANGE CAR CRASH (SINGLE ORANGE CAR CRASH)
Amuné Arratia
© 2002, Sotheby's, Inc.

356. ORANGE DISASTER #6
Solomon R. Guggenheim Museum, New York. Gift of the Harry N.
Abrams Family Collection, 1974
Solomon R. Guggenheim Museum

357. LAVENDER DISASTER
The Menil Collection, Houston
© 2002, Sotheby's, Inc.

358. BLUE ELECTRIC CHAIR
Private collection
Robert Rayes, LAC AG

359. RED DISASTER
Museum of Fine Arts, Boston, Charles H. Bayley Picture and
Painting Fund
Museum of Fine Arts, Boston

360. DOUBLE LAVENDER DISASTER
Mr. and Mrs. Richard S. Lane
© 2002, Sotheby's, Inc.

361. ELECTRIC CHAIR
Ren and Ann Pizzuti, Columbus, Ohio
© Christie's Images, Ltd., 2002

362. SILVER DISASTER #6
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, New York

363. DOUBLE SILVER DISASTER
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

364. TRIPLE SILVER DISASTER
Wadsworth Atheneum, Hartford, Connecticut, The Ella Gallup
Sumner and Mary Catlin Sumner Collection
Irving Blumstein, New Britain, CT

365. SKIER DISASTER
Private collection, Courtesy Galerie Bruno Bischofberger
Roland Aellen, Zurich

366. RED EXPLOSION
Bruno Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

367. GANGSTER FUNERAL
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

368. HOSPITAL
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution Dia Art Center for the Arts
Richard Stoner, Pittsburgh

369. TUNAFISH DISASTER
Daros and Andrew Saul
Courtesy Daros and Andrew Saul

370. TUNAFISH DISASTER
Daros Collection, Switzerland
Courtesy Daros Services

371. TUNAFISH DISASTER
Private collection
Courtesy of the owner

372. MRS. MCCARTHY AND MRS. BROWN
Froehlich Collection, Stuttgart
Marcus Leith © Tate Gallery, London

373. TUNAFISH DISASTER
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

374. TUNAFISH DISASTER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

375. SILVER DISASTER #6
Private collection
Luigi Mauri, Turin

376. TUNAFISH DISASTER
Private collection, Courtesy Galerie Bruno Bischofberger, Zurich
Roland Aellen, Zurich

377. TUNAFISH DISASTER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

378. TUNAFISH DISASTER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

379. TUNAFISH DISASTER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

380. SILVER MARLON
Private collection, San Francisco
Ian Reeves

381. SILVER LIZ AS CLEOPATRA
Art Gallery of Ontario, Gift of Mrs Zita Landauer, in memory of her
husband, Walter Landauer, 1979
Art Gallery of Ontario, Toronto

382. CAGNEY
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx,
Berlin
Jochen Littkemann, Berlin

383. THREE WOMEN
Private collection, Switzerland
Courtesy The Andy Warhol Art Authentication Board

384. THE KISS (BELA LUGOSI)
Museum Boymans-Van Beuningen, Rotterdam
Museum Boymans-Van Beuningen, Rotterdam

385. ELVIS 11 TIMES
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution Richard Stoner for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

386. ELVIS 6 TIMES
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

387. ELVIS 4 TIMES
Daros Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

388. ELVIS 3 TIMES
Frederick W. Hughes
Courtesy Thomas Ammann Fine Art AG, Zurich

389. ELVIS 2 TIMES
Earle F. Bluntt, Palm Beach, Florida
© The Andy Warhol Foundation for the Visual Arts, Inc.

390. ELVIS 3 TIMES
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc.

391. ELVIS 2 TIMES
Fukuoka Art Museum, Fukuoka, Japan
Fujimoto Kampozai

392. ELVIS 2 TIMES
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx,
Berlin
Courtesy Thomas Ammann Fine Art AG, Zurich

393. ELVIS 2 TIMES
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

394. ELVIS 2 TIMES
Private collection, Palm Beach
Courtesy Thomas Ammann Fine Art AG, Zurich

395. ELVIS 2 TIMES
Private collection
Courtesy The Andy Warhol Art Authentication Board

396. ELVIS
Jane R. Holzer
Courtesy Thomas Ammann Fine Art AG, Zurich

397. EIGHT ELVIS
Mr. and Mrs. Burlingtool
Arts Fotografica

**398. TRIPLE ELVIS**
Virginia Museum of Fine Arts, Richmond, Virginia, Gift of Sydney and Frances Lewis
Ron Jennings © 2004 Virginia Museum of Fine Arts

**399. TRIPLE ELVIS**
Private collection
Giorgio Colombo, Milan

**400. SINGLE ELVIS**
Judco I. Kovacs
© 2002, Sotheby's, Inc.

**401. TRIPLE ELVIS**
Museum of Contemporary Art/Ludwig Museum, Budapest
József Rosta, Budapest

**402. TRIPLE ELVIS**
Private collection, San Francisco
© 2002, Sotheby's, Inc.

**403. TRIPLE ELVIS**
Internationales Sponsorium, Aachen
Achim Kukulies, Dusseldorf

**404. DOUBLE ELVIS**
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

**405. DOUBLE ELVIS**
Mr. and Mrs. Bolton Art
Robert Wharton, Fort Worth

**406. DOUBLE ELVIS**
Froehlich Collection, Stuttgart
Marcus Leith © Tate Gallery, London

**407. TRIPLE ELVIS**
Jerry and Emily Spiegel Family Foundation
Zindman/Fremont, New York

**408. DOUBLE ELVIS**
Private collection
Courtesy of the Owner

**409. DOUBLE ELVIS**
Private collection, Turin
Courtesy of the Owner

**410. DOUBLE ELVIS**
The Seattle Art Museum, Purchased with funds from the National Endowment for the Arts, PONCHO, and the Seattle Art Museum
Paul Macapia, The Seattle Art Museum

**411. DOUBLE ELVIS**
Private collection
© 2002, Sotheby's, Inc.

**412. DOUBLE ELVIS**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**413. DOUBLE ELVIS**
Nancy Walsh and Giorgio Spanu Collection
© Christie's Images, Ltd., 2002

**414. SINGLE ELVIS**
Museum of Contemporary Art/Ludwig Museum, Budapest
József Rosta, Budapest

**415. SINGLE ELVIS**
National Gallery of Australia, Canberra
National Gallery of Australia, Canberra

**416. SINGLE ELVIS**
Akron Art Museum, Purchased with the aid of funds from the National Endowment for the Arts and the L. L. Bottisford Estate
Richmon Haley, Akron Art Museum

**417. SINGLE ELVIS**
William S. Ehrlich and Ruth Lloyd
Peter Muscato, Brooklyn, NY

**418. SINGLE ELVIS**
Present location unknown
Sennaku, Tokyo

**419. SINGLE ELVIS**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**420. ELVIS I AND II**
Art Gallery of Ontario, Gift from the Women's Committee Fund
Art Gallery of Ontario, Toronto

**421. PINK RACE RIOT**
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bildarchiv, Museum Ludwig Cologne

**422. MUSTARD RACE RIOT**
Mr. and Mrs. Richard E. Lane
Courtesy Leo Castelli Gallery, NY

**423. RACE RIOT**
Steen Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**424. MAUVE RACE RIOT**
Present location unknown
Rho Transparency

**425. GREEN CAR CRASH**
Private collection
Courtesy Bruno Bischofberger Esterin, Zurich

**426. WHITE DISASTER I**
Staatsgalerie Stuttgart
Volker Naumann, Stuttgart

**427. WHITE DISASTER II**
Museum für Moderne Kunst, Frankfurt
Museum für Moderne Kunst, Frankfurt

**428. WHITE BURNING CAR III**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution Dia Art Center
Richard Stoner, Pittsburgh

**429. WHITE BURNING CAR TWICE**
Private collection
Courtesy of the Owner

**430. NATIONAL VELVET**
San Francisco Museum of Modern Art
Courtesy Thomas Ammann Fine Art AG, Zurich
© The Andy Warhol Foundation for the Visual Arts, Inc.

**431. DOUBLE ELVIS**
Burns Collection, Switzerland
Courtesy Thomas Ammann Fine Art AG, Zurich

**432. DOUBLE ELVIS**
The Andy Warhol Museum, Pittsburgh; Founding Collection, the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**433. SILVER LIZ**
Mr. and Mrs. Kelvyn Estrin, Bethesda, Maryland
Christie's Images, Ltd., 2002

**434. SILVER LIZ**
Carolyn and Jack Zurich
Roy Perella

**435. SILVER LIZ**
Private collection
Courtesy The Andy Warhol Art Authentication Board

**436. SILVER LIZ**
Jane R. Holzer
Robert Wharton

**437. SILVER LIZ**
Robert E. Abrams
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**438. SILVER LIZ**
Marianne and Pierre Huber, Vessa
Courtesy Marianne and Pierre Huber

**439. SILVER LIZ**
Private collection, Zurich
Jacqueline Hyde, Paris

**440. SILVER LIZ**
Private collection
Courtesy Blagrad Collection

**441. SILVER LIZ**
Private collection, Chicago
Courtesy of the Owner

**442. SILVER LIZ III**
Froehlich Collection, Stuttgart
Marcus Leith © Tate Gallery, London

**443. SILVER LIZ**
Mr. and Mrs. Richard Liew, New York
Courtesy Sten Holman Gallery, NY

**444. SILVER LIZ**
Private collection
Courtesy Thomas Ammann Fine Art AG, Zurich

**445. SILVER LIZ**
Private collection
Courtesy of the Owner

**446. SILVER LIZ**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**447. SILVER LIZ**
Present whereabouts unknown
Sennaku, Tokyo

**448. SILVER LIZ**
The Richard Shapiro Collection, Los Angeles
Courtesy Paco Wildenstein Gallery, NY

**449. SILVER LIZ**
Xavier Hufkens Gallery, Brussels
Courtesy The Andy Warhol Art Authentication Board

**450. TEN LIZES**
Musée national d'art moderne, Centre Georges Pompidou, Paris
Achim & le Bia Art Foundation
Adam Rzepka, Centre Georges Pompidou, Paris

**451. LIZ DIPTYCH**
Mugrabi Collection
Courtesy Mugrabi Collection

**452. SILVER LIZ**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

**453. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**454. SILVER LIZ**
Mr. and Mrs. George Dane, Bloomfield Hills
© The Andy Warhol Foundation for the Visual Arts, Inc.

**455. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**456. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**457. SILVER LIZ**
Bruno Bischofberger Art, Zurich
© The Andy Warhol Foundation for the Visual Arts, Inc.

**458. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**459. SILVER LIZ**
Jane R. Holzer
Courtesy of the owner

**460. ETHEL SCULL 36 TIMES**
The Whitney Museum of American Art, New York
Balfour Scull
Courtesy The Whitney Museum of America

**461. ETHEL SCULL TRIPTYCH**
Jonathan Scull
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**462. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**463. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**464. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**465. ETHEL SCULL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

**453. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**454. SILVER LIZ**
Dr. and Mrs. George Rose, Bloomfield Hills, Michigan
© The Andy Warhol Foundation for the Visual Arts, Inc.

**455. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**456. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**457. SILVER LIZ**
Ileana Thea Art, Ltd.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**458. SILVER LIZ**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**459. SILVER LIZ**
Jane B. Holzer
Courtesy of the owner

**460. ETHEL SCULL 36 TIMES**
The Whitney Museum of American Art, New York, Gift of Ethel Redner Scull
Courtesy the Whitney Museum of American Art, New York.

**461. ETHEL SCULL TRIPTYCH**
Jonathan Scull
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**462. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**463. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**464. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**465. ETHEL SCULL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**466. ETHEL SCULL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

**467. ETHEL SCULL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

**468. ETHEL SCULL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

**469. ETHEL SCULL**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

**470. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**471. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**472. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**473. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**474. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**475. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**476. ETHEL SCULL**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**477. BOBBY SHORT**
The Andy Warhol Museum, Pittsburgh, Founding Collection, the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**478. BOBBY SHORT**
The Andy Warhol Museum, Pittsburgh, Founding Collection, the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**479. BOBBY SHORT**
The Andy Warhol Museum, Pittsburgh, Founding Collection, the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**480. BOBBY SHORT**
The Andy Warhol Museum, Pittsburgh, Founding Collection, the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**481. BOBBY SHORT**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**482. BOBBY SHORT**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**483. BOBBY SHORT**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**484. BOBBY SHORT**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**485. BOBBY SHORT**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**486. SELF-PORTRAIT**
Gwy and Kara Estrem, Bloomfield Hills, Michigan
Eric Wheeler © The Andy Warhol Foundation for the Visual Arts, Inc.

**487. SELF-PORTRAIT**
Thin von Watzdorf
© 2002, Sotheby's, Inc.

**488. SELF-PORTRAIT**
Private collection
Leigh Bowod, Berlin

**489. SELF-PORTRAIT**
Thomas Ammann Fine Art, Zurich
Courtesy Thomas Ammann Fine Art AG, Zurich

**490. SELF-PORTRAIT**
Thomas Ammann Fine Art, Zurich
Courtesy Thomas Ammann Fine Art AG, Zurich

**491. SELF-PORTRAIT**
Private collection
Courtesy Anthony d'Offay Gallery, London

**492. SELF-PORTRAIT**
Courtesy Anthony d'Offay Gallery, London
Courtesy Anthony d'Offay Gallery, London

**493. SELF-PORTRAIT**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**494. SELF-PORTRAIT**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**495. SELF-PORTRAIT**
Kacey Schorf
Courtesy Tony Shafrazi Gallery, NY

**496. JUDITH GREEN**
Judith Green
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**497. JUDITH GREEN**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**498. JUDITH GREEN**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**499. JUDITH GREEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**500. JUDITH GREEN**
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

**501. JUDITH GREEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**502. JUDITH GREEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

**503. JUDITH GREEN**
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

# PHOTOGRAPH CREDIT FIGURE

EVERY REASONABLE EFFORT HAS BEEN MADE [...] COPYRIGHT HOLDERS OF IMAGES REPRODUC[...] IF AN INADVERTENT OVERSIGHT, PLEASE IN CONNECTION IN LATER PRINTINGS OR VOLU[...]

THE TRANSPARENCIES OF ALL ITEMS CREAT[...] WARHOL MUSEUM, PITTSBURGH, WERE PHO[...] STRNLE, ROBERT DUSCHAC, OR SORLEFF B[...] GRAPHICS, UNLESS OTHERWISE INDICATED.

Fig. A. © 2002 The Andy Warhol Foundation
The Menil Collection, Houston, Gift of Adr[...]
Photographer: E. W. Suhler.

Fig. B. © 2002 The Andy Warhol Foundation

Fig. 1. © 2002 The Andy Warhol Foundation

Fig. 2. © 2002 The Andy Warhol Foundation

Fig. 3. Courtesy Nathan Gluck

504. EIGHTH GREEN
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

505. 5 DEATHS TWICE I
Private collection, Long Island, New York
Courtesy Galerie Bruno Bischofberger, Zurich

506. 5 DEATHS TWICE II
Private collection, Belgium
Studio Clearhout.

507. 5 DEATHS ON GREEN
Present location unknown
Cor Hageman, Antwerp

508. 5 DEATHS ON TURQUOISE
The Sonnabend Collection, New York
Jose A. Sanchez, Jr., Courtesy Baltimore Museum of Art

509. 5 DEATHS
Private collection
Foto Arce, Chicago

510. 5 DEATHS ON YELLOW
The Sonnabend Collection, New York
Jose A. Sanchez, Jr., Courtesy Baltimore Museum of Art

511. 5 DEATHS ON ORANGE
The Sonnabend Collection, New York
Jose A. Sanchez, Jr., Courtesy Baltimore Museum of Art

512. 5 DEATHS ON ORANGE (ORANGE DISASTER)
Private collection, Courtesy Galerie Bruno Bischofberger, Zurich
Roland Reiter, Zurich

513. 5 DEATHS IN RED
Froehlich Collection, Stuttgart
Volker Naumann, Schbaisch

514. 5 DEATHS
Private collection
Mugrabi Collection
Courtesy Mugrabi Collection

515. 5 DEATHS
Private collection

516. 5 DEATHS
Private collection, Germany
Courtesy The Andy Warhol Art Authentication Board

517. 5 DEATHS
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

518. 5 DEATHS
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

519. 5 DEATHS
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

520. 5 DEATHS
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

521. CORPORATE TRADE ADS
National Museum of American Art, Smithsonian Institution, Washington, D.C. Gift of the Container Corporation
Smithsonian Institution

522. CORPORATE TRADE ADS
Private collection, Vienna
Photostudio Otto, Vienna

523. CUP OF COFFEE
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

524. CUP OF COFFEE AND HAMMER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

525. CUP OF COFFEE AND HAMMER
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

526. CAN OF HAM
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

527. JAMES CHAIR
The Andy Warhol Foundation for the Visual Arts, Inc., New York
© The Andy Warhol Foundation for the Visual Arts, Inc.

528. LISTENING BOTTLE
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc.

529. LIZ #1
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, NY

530. LIZ #2
Daniel Hechter
EcFart, Paris

531. LIZ #3
Private collection, Turin
Courtesy of the Owner

532. LIZ #4
Private collection, United States
Robert Pettus, St. Louis

533. LIZ #5
The Sonnabend Collection, New York
Courtesy Sonnabend Gallery, NY

534. LIZ #6
Galerie Näprison, Malmö
© 2002, Sotheby's, Inc.

535. LIZ
Irving Blum
Courtesy Irving Blum

536. LIZ
Irving Blum
Courtesy Irving Blum

537. LIZ
Mr. and Mrs. Niklas Filaraun
Glenn Halvorsen © The Andy Warhol Foundation for the Visual Arts, Inc.

538. LIZ
Robert B. Mayer Family Collection, Chicago
Courtesy the Robert B. Mayer Family Collection, Chicago

539. LIZ
Private collection, Paris
Courtesy Patrice Trigano

540. LIZ
Private collection, Germany
© 2002, Sotheby's, Inc.

541. LIZ
Frederick W. Hughes, New York
Courtesy Thomas Ammann Fine Art AG, Zurich

542. SATURDAY DISASTER
Rose Art Museum, Brandeis University, Waltham, Massachusetts. Gevirtz-Mnuchin Purchase Fund, by exchange
Rose Art Museum, Brandeis University

543. AMBULANCE DISASTER
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution the Andy Warhol Foundation for the Visual Arts, Inc.
Richard Stoner, Pittsburgh

544. AMBULANCE DISASTER
Staatliche Museen zu Berlin, Nationalgalerie, Collection Marx, Berlin
Jochen Littkemann, Berlin

545. AMBULANCE DISASTER
Samuel and Ronnie Heyman
© The Andy Warhol Foundation for the Visual Arts, Inc.

546. FIAT AND TIRE
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution Dia Center for the Arts
Richard Stoner, Pittsburgh

# Paintings and Sculptures 1964–1969

EDITED BY GEORG FREI AND NEIL PRINTZ, EXECUTIVE EDITOR SALLY KING-NERO

SPONSORED BY THOMAS AMMANN FINE ART AG ZURICH AND THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., NEW YORK

THE ANDY WARHOL CATALOGUE RAISONNÉ

# PHOTO-GRAPHY CREDITS: CATALOGUE ENTRIES

SOURCES OF WORKS ARE LISTED FIRST, FOLLOWED BY THE PHOTOGRAPHY CREDIT

**541. THIRTEEN MOST WANTED MEN**
p. 437: Courtesy The New York Times
p. 438 Ileana Sonnabend
p. 439 Ota Strang, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**546. MOST WANTED MEN NO. 1, JOHN M.**
Estate Marie Menken, Erstled
Courtesy Keller Wilhelm Museum Krefeld

**548. MOST WANTED MEN NO. 1, JOHN M.**
Herbert F. Johnson Museum of Art, Cornell University
Otto R. Bohon, Herbert F. Johnson Museum of Art, Cornell University

**550. MOST WANTED MEN NO. 2, JOHN VICTOR G.**
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

**551. MOST WANTED MEN NO. 2, JOHN VICTOR G.**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution Dia Center for the Arts
Paul Rocher, Frankfurt

**552. MOST WANTED MEN NO. 3, ELLIS RUIZ B.**
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

**553. MOST WANTED MEN NO. 4, REDMOND J.**
Private collection, San Francisco
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**554. MOST WANTED MEN NO. 5, ARTHUR ALVIN B.**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2002

**555. MOST WANTED MEN NO. 6, THOMAS FRANCIS C.**
Collection Memorod, Berlin
Douglas M. Parker Studio, Courtesy The Broad Art Foundation

**556. MOST WANTED MEN NO. 6, THOMAS FRANCIS C.**
Froehlich Collection, Stuttgart
Courtesy Staatsgalerie Stuttgart

**557. MOST WANTED MEN NO. 7, SALVATORE V.**
Private collection
Courtesy of the owner

**558. MOST WANTED MEN NO. 7, SALVATORE V.**
Museum Ludwig, Cologne, Donation Ludwig
Rheinisches Bildarchiv Köln

**559. MOST WANTED MEN NO. 8, ANDREW F.**
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

**560. MOST WANTED MEN NO. 8, JOHN S.**
Daros Collection, Switzerland
Jean-Pierre Kuhn, Schweizerisches Institut für Kunstwissenschaft, Zürich

**561. MOST WANTED MEN NO. 10, LOUIS JOSEPH M.**
Städtische Museen Abteiberg, Mönchengladbach
Wolfgang von Zeschau, Mönchengladbach

**562. MOST WANTED MEN NO. 11, JOHN JOSEPH H., JR.**
Museum für Moderne Kunst, Frankfurt am Main
Robert Bänzer, Abteilung, courtesy Museum für Moderne Kunst, Frankfurt am Main

**563. MOST WANTED MEN NO. 11, JOHN JOSEPH H., JR.**
Private collection
Thomas Ammann Fine Art, Zürich

**564. MOST WANTED MEN NO. 12, FRANK B.**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

**565. MOST WANTED MEN NO. 12, FRANK B.**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**566. MOST WANTED MEN NO. 12, FRANK B.**
The Sobel Louis Art Museum, Gift of Mr. and Mrs. Ronald Greenberg
Mr. and Mrs. Robert Greenberg, Mr. and Mrs. Lawrence Greenberg and Mr. and Mrs. Harold Stief
© The Sobel Louis Art Museum

**567. MOST WANTED MEN NO. 13, JOSEPH F.**
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

**588—586. BRILLO BOX (3¢ OFF)**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**581. HEINZ RICE, PEACH, ABBEY WRACOX, SUNSET, WITH Heartbroome Wolfsberg, Scheelitang Freundeskreis Kunstsommaven Wolfsberg**
Courtesy Kunstsommaven Wolfsberg

**542. BRILLO PAINTING (3¢ OFF)**
Harald Falckenberg Fine Arts, DT
Courtesy The Andy Warhol Foundation for the Visual Arts, Inc., NY

**543. BRILLO PAINTING (3¢ OFF)**
Brooks Cunningham Wallace and David Alan Walt
Sandra and John A. Deertz
Courtesy The Andy Warhol Foundation for the Visual Arts, Inc., NY

**584—591. WHITE APPLE JUICE BOX**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**588—596. DEL MONTE PEACH HALVES BOX**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**627—719. BRILLO SOAP PADS BOX**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**720. PLID, TREX, BRIEF PIECE WITH BRILLO BOX**
Philadelphia Museum of Art, Purchased with funds
Dietrich Foundation
Graydon Wood, 1991

**721—721.34. BRILLO SOAP PADS BOX (POLYCHROM)**
Private collection, Switzerland (not. no. 721.34.)
Courtesy The Andy Warhol Foundation for the Visual Arts, Inc., NY

**722—724. BRILLO SOAP PAD BOXES (SPAGHEGH ?)**
Galerie Lavrov, Paris (cat. no. 734 illustrated)
© Christie's Images, Ltd., 2003

**739—423. HEINZ TOMATO KETCHUP BOX**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

WALLPAPER STUDIO, NEW YORK, 2098
WUHU, FEBD 2024
WONDERS, 2047
ARCHIVE: 374, 354
EMPIRE 241A
FILMMAKER: 144—194, 1790—1818
PHOTOGRAPHS OF 454 (FR. 6), 674 (FIG. 13), 704 FIG. 2081,
285A, 304A (FIG. 54), 377A (FIG. 44), 449 (FIGS. 664—7), 1100
(FIGS. 674—C), 2234 (FIGS. 67, 69A, 69B), 2248 (FIGS. 924, 92D),
2256 (FIGS.30, 95), 2254 (FIGS. 101, 102), 2549 (FIG. 10308), 263
(FIG. 104), 2778 (FIG. 119, 810 (FIG. 117)
SCREEN TESTS  2900
SHOT AND DESIGNED BY VALERIE SOLANIS, 1964  347R, 3078
SIGNATURES  214 (FIGS. A AND B)
STARGAZ, 1966  — 1324. SEE ALSO UNDER THE FACTORY
STRORS, 1964—84  115A. SEE ALSO WARHOL, ANDY WARHOL
TIVOLI AND NAKED  397A, 3848 (FIGS. 131, 132)
SEE ALSO ANDY WARHOL MUSEUM, PITTSBURGH; ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., NEW YORK
WARHOLA, PAUL, FAMILY  1790
WARHOL, PETER M.  454 (FIG. 3)
WIAGLE, SHAGYOU, WAGAN—UM, TOKYO  1792
WASHINGTON, D.C. SEE HIRSHHORN MUSEUM AND SCULPTURE GARDEN, SMITHSONIAN INSTITUTION, WASHINGTON, DC
WAX, SIDNEY  2550
WEATHERSPOON GALLERY, UNIVERSITY OF NORTH CAROLINA IN
GREENSBORO  864, 684A, 724, 88A
WEBER, JOHN  1680
WEISCHELLM-KRANZEN, TYRONE  1608
THE WEEKS THAT WAS (1964)  848, 1344, 1654, 122A, 112A, 120A, 1436 (FIG. 78), 147A, 172A
THE WEEK THAT WAS (11964)  840, 234A, 135A, 112A, 172A, 170A, 1784, 177A
WEISS—HAYED, DR. MARIA  804, 084, 634, 748 644A 604, 724, 884
WEIL, CHRISZ  238
WEINGARTEN, PAULA G.  1210
WEISSMANN, SIEGFRIED  1528
WESSMAN, FREDERICK  424
WELLESLEY COLLEGE SEE DAVIS MUSEUM AND CULTURAL CENTER, WELLESLEY COLLEGE, WELLESLEY, MA
WEL, PHILIPPE  1789
TEXACLINA, TOM  2640
WESTSTONE SPIELSANDER BONN & CO., KG  1831
ESTON, EDWA  4614
WIDE OSGHTER & WRITE BROSTED HI (1964)1790, 1, 642, 944.
457—271  504
WHY PAINTINGS SEE ZINCED
WINKEL, CONSTANCE  2492
WINKEL, ANDY  580, 632, 744, 829, 2289, 2890
WHITNEY MUSEUM OF AMERICAN ART, WARHOL RETROSPECTIVE (1971)
2234, 2234, 2254 (FIGS. 67, 96), 253 (FIG. 107), 3243, 3414, 3429
(FIG. 126)
LUGAN LEONARDON MUSEUM, SWEEDEN  868
US, LISA SPIEGEL  879
CLANCY, DANNY  2879
AIKEN, TENNESSEE  2000, 310 (FIG. 117)
LANDS COLLEGE, WILLIAMSTOWN, MA  1817, 1903, 1971, 1237
ZEFF, ALPHER H.  1900, 1948

WINSTON, HARRY AND MAAN  1896
WOLFSBURG SEE KUNSTSOMMAVEN WOLFSBURG
WINSAN, DR. AND MRS. WILLIAM  1495, 1896
WOLK, ELLIOT K.  1370
WOLVERHAMPTON ART GALLERY, ENGLAND  4119
WOOD, MARTIN  825
WINGWINGS FOUNDATION  2544
WORCESTER ART MUSEUM, WORCESTER, MASSACHUSETTS  1447
YALE UNIVERSITY ART GALLERY  1305, 1425
YINN, HARFORD  60A, 3854
YINNH HREF'S HEBREW ASSOCIATION (TOMAG, PHILADELPHIA  2798, 2803
YOUNG M (11917)  1217.5, 2790, 2340, 2870, 2870 (FIG. 115)
ZEIGLER, WILLIAM  66A
ZURICH. SEE KUNSTHAUS, ZÜRICH
ZWIRNER, RUDOLF  514. SEE ALSO GALERIE RUDOLF ZWIRNER, COLOGNE

937. MOST WANTED MEN NO. 13, JOSEPH F.
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

938–939. BRILLO BOX (30 OFF)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

940. NAM JUNE PAIK, JEFF MUNROE GURDY, WITH BRILLO BOX (50 OFF)
Deutschesmes Wolxberg, Schomburg Freundeskreis des Kunstmuseums Wolfsburg e.V.
Courtesy Kunstmuseum Wolfsburg

941. BRILLO PAINTING (30 OFF)
Arnold Feldman The Art, NY
Courtesy The Andy Warhol Art Authentication Board

942. BRILLO PAINTING (30 OFF)
Ronnie Cunningham Wallace and David Alan Wallace
Sandra and John E. Swartz
Courtesy The Andy Warhol Art Authentication Board

944–962. DOTT'S APPLE RICE BOX
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

963–969. DEL MONTE PEACH HALVES BOX
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

977–978. BRILLO SOAP PADS BOX
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

728. PINK, TRUE, HIGH PIECE WITH BRILLO BOX
Philadelphia Museum of Art; Purchased with funds from the Donald W.
Metrick Foundation
Graydon Wood, 1991

721.1–721.24. BRILLO SOAP PADS BOX (STOCKHOLM TYPE)
Private collection, Switzerland (cat. no. 721.24 illustrated)
Courtesy The Andy Warhol Art Authentication Board

722–726. BRILLO SOAP PAD BOXES (PANAMA TYPE)
Valeria Lavvne, Paris (cat. no. 726 illustrated)
© Christie's Images, Ltd., 2003

726–723. HEINZ TOMATO KETCHUP BOX
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
(cat. no. 740 illustrated)
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

824–815. CAMPBELL'S TOMATO RICE BOXES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
(cat. no. 845 illustrated)
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

917–935. KELLOGG'S CORNFLAKES BOXES
Mandy R. Kahr (cat. no. 920 illustrated)
Courtesy The Andy Warhol Art Authentication Board

836.1–836.87. KELLOGG'S CORNFLAKES BOXES (LOS ANGELES TYPE)
Private collection, New York (cat. no. 836.87 illustrated)
Courtesy The Andy Warhol Art Authentication Board

937. BRUNO JACKIE
Private collection, Belgium
Courtesy The Andy Warhol Art Authentication Board

938. BRUNO JACKIE
Mr. and Mrs. John Rosenbaum
Ben Blackwell © The Andy Warhol Foundation for the Visual Arts, Inc., NY

939. BRUNO JACKIE
Jane B. Holzer
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

940. BRUNO JACKIE
The Art Museum, Princeton University, Lent by the Schorr Family
Collection
Bruce M. White, The Art Museum, Princeton University

941. BRUNO JACKIE
The Art Museum, Princeton University, Lent by the Schorr Family
Collection
Bruce M. White, The Art Museum, Princeton University

942. BRUNO JACKIE
Billy Solomon, New York
Courtesy Billy Solomon, New York

943. BRUNO JACKIE
Mr. and Mrs. John Rosenbaum
Ben Blackwell © The Andy Warhol Foundation for the Visual Arts, Inc., NY

944. BRUNO JACKIE
Froehlich Collection, Stuttgart
Archives of Frank Collection

945. THE WEEK THAT WAS I
Samuel and Ronnie Heyman, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

946. THE WEEK THAT WAS II
Irma and Norman Braman
Courtesy Irma and Norman Braman

947. JACKIE FRIEZE
Collection of the Museum of Contemporary Art, Chicago, Promised Gift
of Mrs. Robert B. Mayer
Joe Ziolkowski

948. JACKIE FRIEZE
Private collection, Italy
Luigia Bonci, Torino

949. TWENTY-FIVE JACKIES
Museum für Moderne Kunst, Frankfurt a.M.
Ebert, Egl, Gaffron, courtesy Museum für Moderne Kunst, Frankfurt a.M.

950. TWENTY JACKIES
Staatliche Museen zu Berlin, Nationalgalerie, Sammlung Marx
Jochen Littkemann, Berlin

951. SIXTEEN JACKIES
Mr. and Mrs. David A. Pincus
Eichi Eslenmeyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

952. SIXTEEN JACKIES
The Gallery of Modern Art – Iwaki
Sobunta Yamamote, Tokyo

953. SIXTEEN JACKIES
Collection Walker Art Center, Minneapolis Art Center Acquisition
Fund, 1969
Courtesy Walker Art Center

954. SIXTEEN JACKIES
Samuel and Ronnie Heyman, New York
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

955. TWELVE JACKIES
Collection Onnasch, Berlin
Courtesy Collection Onnasch, Berlin

974. TWENTY JACKIES
Gian Enzo Sperone, Rome
Courtesy Gian Enzo Sperone

957. NINE JACKIES
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

958. NINE JACKIES
Bubby and John Powers
Courtesy of the owner

960. NINE JACKIES
The Metropolitan Museum of Art, New York, Gift of Halston
© 2002 The Metropolitan Museum of Art

990. NINE JACKIES
The Gil and Lyndon L. Brasel Collection
Courtesy The Gil and Lyndon L. Brasel Collection, Los Angeles

967. FOUR JACKIES
Philadelphia Museum of Art; Gift of Mrs. H. Gates Lloyd
Department of Rights and Reproductions, Philadelphia Museum of Art

987. TWIN JACKIES
Collection Mrs. Brussels
© Christie's Images, Ltd., 2003

982. FOUR JACKIES
Private collection
Michael Maharm © The Andy Warhol Foundation for the Visual Arts, Inc., NY

984. CHELSEA *
Private collection, New York
Israel Museum Busanileuss
Israel Museum / Han Schnivan

984. FOUR JACKIES
Private Collection, New York
Courtesy Tishman / Fremont Photograph, New York

981. JACKIE TRIPTYCH
Private collection, San Francisco
Ian Reeves © The Andy Warhol Foundation for the Visual Arts, Inc., NY

987. JACKIE TRIPTYCH
Museum Ludwig, Cologne, Ludwig Donation
Rheinisches Bilderchiv Köln

980. JACKIE TRIPTYCH
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

981. THREE JACKIES
Dr. Buffy and David Immanoolse
© Christie's Images, Ltd., 2003

930. JACKIE TRIPTYCH
Private collection, Courtesy Galerie Bruno Bischofberger, Zurich
Roland Heiler, Zurich

971. TWO JACKIES
D'Vero Gallery, NY
Courtesy The Andy Warhol Foundation for the Visual Arts, Inc., NY

972. DOUBLE JACKIE
Void and Saint Lagon, (freelmon) and promised gift to the San
Francisco Museum of Modern Art
Courtesy M. Iannee Bse

971. JACKIE
Eddie and Cynthia Brunewald, Los Angeles
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

975. JACSIE
Akron Art Museum, Gift of Mrs. or Maurice Rishman Holce

976. JACSIE
Robert Lehrman
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

979. JACSIE
Dr. and Mrs. Wayne R. Rogers, Portland
Richard A. Dolpin ● The Andy Warhol Foundation for the Visual Arts, NY

977. JACSIE
Destroyed
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

978. JACSIE
Dr. Karl Abt
Courtesy the Andy Warhol Art Authentication Board

979. JACSIE
Lisa Spiegel Willen
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

980. JACSIE
Mr. and Mrs. Richard Nodak
Nes Strang, Inc., NY

981. JACSIE
Private Collection, Courtesy Ronn Finn Art, Ltd.
Courtesy the Andy Warhol Art Authentication Board

982. JACSIE
Stefan Hahn Gallery and Barbara Mathes Gallery, New York
Courtesy the Andy Warhol Art Authentication Board

983. JACSIE
Charles and Marilou Ruhler, R. Guism
● Christie's Images, Ltd., 2003

984. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

985. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

986. JACSIE
Iwan Collection
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

987. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

988. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

989. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

990. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

991. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

992. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

993. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

994. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

995. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

996. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1000. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1001. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1002. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1003. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1004. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1005. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1006. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1007. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1008. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1009. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1010. JACSIE
David Bambini, Toronto
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1011. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1012. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1013. JACSIE
Meies Fine Art, London
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1014. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts

1015. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1016. JACSIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1017. JACSIE
Williams College Museum of Art, Williamstown, Massachusetts, Partial
gift of The Andy Warhol Foundation for the Visual Arts, Inc., NY, and
Museum purchase from the John B. Turner '24 Memorial Fund and
Prof. E. Weston Memorial Fund
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1018. JACSIE
Present whereabouts unknown
● Christie's Images, Ltd., 2003

1019. JACSIE
Louisiana Museum of Modern Art, Humlebaek, Denmark
Louisiana Museum for Moderne Kunst, Humlebaek

1020. JACSIE
Collection of the Greenville County Museum of Art, Gift of the
Foundation for Contemporary Performance Arts, Inc. (by exchange)
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1021. JACSIE
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1022. JACSIE
Private collection, Buenos Aires
José Cristall

1023. JACSIE
Leo R. Scelan
● Christie's Images, Ltd., 2003

1024. JACSIE
Jan Crombe, Oudenaarde, Belgium
Kristien Daem, Gent

1025. JACSIE
Private collection, LA.
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1026. JACSIE
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1027. JACSIE
Private collection
Courtesy the Andy Warhol Foundation for the Visual

1028. JACSIE
The Andy Warhol Foundation for the Visual A
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1029. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding
Contribution The Andy Warhol Foundation for th
● The Andy Warhol Foundation for the Visual

1030. JACSIE
The Andy Warhol Foundation for the Visual Ar
● The Andy Warhol Foundation for the Visual

1031. JACSIE
Private collection
● The Andy Warhol Foundation for the Visual

1032. JACSIE
Private collection
● The Andy Warhol Foundation for the Visual

1033. JACSIE
The Andy Warhol Foundation for the Visual Ar
● The Andy Warhol Foundation for the Visual

1034. JACSIE
John D. Zagorssen
● The Andy Warhol Foundation for the Visual

1035. JACSIE
The Andy Warhol Foundation for the Visual Ar
● The Andy Warhol Foundation for the Visual

1036. JACSIE
The Andy Warhol Foundation for the Visual Ar
● The Andy Warhol Foundation for the Visual

1037. JACSIE
The Andy Warhol Museum, Pittsburgh; Founding
Contribution The Andy Warhol Foundation for th
● The Andy Warhol Foundation for the Visual Ar

1038. JACSIE
Nugent Collection
● The Andy Warhol Foundation for the Visual Ar

1039. JACSIE
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1627. JACKIE**
Private collection
Courtesy The Andy Warhol Art Authentication Board

**1628. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1629. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1630. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1631. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1632. JACKIE**
Private collection
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1633. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1634. JACKIE**
Anton S. Angerstern
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1635. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1636. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1637. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1638. JACKIE**
Magpie Collection
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1639. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1640. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1641. JACKIE**
Edward & Ileana Sheltin
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1642. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1643. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1644. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1645. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1646. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1647. JACKIE**
Helen Flew Art London
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1648. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1649. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1650. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1651. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1652. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1653. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1654. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1655. JACKIE**
Private collection, Switzerland
Hugh Selby, London

**1656. JACKIE**
Private collection
Courtesy The Andy Warhol Art Authentication Board

**1657. JACKIE**
Private collection, Venice
Courtesy of the owner

**1658. JACKIE**
Magpil collection
Courtesy Magpil collection

**1659. JACKIE**
John H. Holzer
Courtesy Jones B. Meltzer

**1660. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1661. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1662. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1663. JACKIE**
Williams College Museum of Art, Williamstown, Massachusetts, Partial
gift of The Andy Warhol Foundation for the Visual Arts, Inc., NY, and
museum purchase from the John B. Turner '24 Memorial Fund and Karl
E. Weston Memorial Fund
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1664. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1665. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1666. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1667. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1668. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1669. JACKIE**
Williams College Museum of Art, Williamstown, Massachusetts, Partial
gift of The Andy Warhol Foundation for the Visual Arts, Inc., NY, and
museum purchase from the John B. Turner '24 Memorial Fund and Karl
E. Weston Memorial Fund
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1670. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1671. JACKIE**
Williams College Museum of Art, Williamstown, Massachusetts, Partial
gift of The Andy Warhol Foundation for the Visual Arts, Inc., NY, and
museum purchase from the John B. Turner '24 Memorial Fund and Karl
E. Weston Memorial Fund
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1672. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1673. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1674. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1675. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1676. JACKIE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1677. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1678. JACKIE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
• The Andy Warhol Foundation for the Visual Arts, Inc., NY

1132. JACRE
Private Collection, Genoa, Italy
Federico de Angeli, Geneva

1133. JACRE
R. Manz M.D.
Photograph Courtesy of Sotheby's, Inc. Cop

1134. JACRE
The Andy Warhol Museum, Pittsburgh; Foun
Contribution The Andy Warhol Foundation f
The Andy Warhol Foundation for the Vis

1135. JACRE
The Andy Warhol Museum, Pittsburgh; Foun
Contribution The Andy Warhol Foundation f
The Andy Warhol Foundation for the Vis

1136. JACRE
Private Collection, Spain
The Andy Warhol Foundation for the Vis

1137. JACRE
The Andy Warhol Foundation for the Visual
The Andy Warhol Foundation for the Vis

1138. JACRE
Private collection, Minnesota
The Andy Warhol Foundation for the Vis

1139. JACRE
Jean R. Meltzer
The Andy Warhol Foundation for the Vis

1140. JACRE
The Andy Warhol Foundation for the Visual
The Andy Warhol Foundation for the Vis

1141. JACRE
Mme. et and J.P. Barbou, Charles Sofeg
Estate of Edna D. Johnson, 1982
Courtesy Allen Memorial Art Museum

1142. JACRE
Private collection
Shotaiski Daraida Fotografa, Guidonce

1143. JACRE
Private collection
Courtesy Mitwall

1144. JACRE
The Andy Warhol Museum, Pittsburgh; Foun
Contribution The Andy Warhol Foundation f
The Andy Warhol Foundation for the Vis

1118. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1119. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1107. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1108. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1109. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1110. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1111. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1112. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Vis

1113. JACRE
Andrea Caratsch, Switzerland
The Andy Warhol Foundation for the Vis

1114. JACRE
Christa and Joanne-Zlzeric, New York
André Grossmann

1115. JACRE
Present whereabouts unknown
see Figure 26

1110. JACRE
Waterschappen Art Gallery, England
David Plunkett

1120. JACRE
Private collection, Switzerland
Courtesy of the present owner

1121. JACRE
Magrali Collection
Courtesy Magrali Collection

1122. JACRE
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1123. JACRE
Private collection, Italy
Luigia Massi, Torino

1124. JACRE
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1125. JACRE
Present whereabouts unknown
Frabacco Taming Associates Limited

1126. JACRE
Present whereabouts unknown
Courtesy The Andy Warhol Authentication Board

1127. JACRE
Present whereabouts unknown
Reproduced from Cross, 1970, no. 198.
Botto Dyan Of The Andy Warhol Foundation for the Visual

1128. JACRE
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

1129. JACRE
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

1130. JACRE
Courtesy Mitwall

1116. JACRE
Charles R. Carpenter, Jr.

1117. JACRE
Angelo Baldassarro, Bari
Archives of Collection Angelo Baldassarro, Bari, Italy

1131. JACRE
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1079. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1080. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1081. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1082. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1083. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1084. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1085. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1086. JACRE
Present whereabouts unknown
Detsky's Images, Ltd., 2003

1087. JACRE
The Grindade Family
Douglas M. Parker Studio, CA  The Andy Warhol Foundation for the
Visual Arts, Inc., NY

1088. JACRE
Present whereabouts unknown

1089. JACRE
Franklin Collection, Stuttgart
Archives of Franklin Collection

1091. JACRE
Florence and S. Brooks Barron
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1092. JACRE
Private collection, Spain
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1093. JACRE
Mr. and Mrs. Ronald K. Greenberg, St. Louis
Courtesy Greenberg Van Doren Gallery

1094. JACRE
Magrali Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1095. JACRE
Private collection, Padua
Courtesy of the owner

1096. JACRE
Andrea Caratsch, Switzerland
Courtesy Galerie Bruno Bischofberger, Zurich

1097. JACRE
Private collection, Italy
Amoretti, Parma

1098. JACRE
Ultima et Michael Durand-Dessert, Paris
Adam Rzepka

1099. JACRE
Marianne and Pierre Nahon, Venee
Courtesy Galerie Beauborg

1100. JACRE
Galerie Helene de Matros, Paris
Roland Dufau, Zürich, Courtesy Galerie Helene de Matros, Paris

1101. JACRE
Frederick W. Hughes
Larry Lamay, NYC  The Andy Warhol Foundation for the Visual Arts,
Inc., NY

1102. JACRE
Frederick W. Hughes
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1103. JACRE
Jean D. Melzer
Courtesy Fred Hughes

1104. JACRE
Present whereabouts unknown
Courtesy Fred Hughes

1090. JACRE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1105. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1106. JACRE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1132. JACBE**
Private Collection, Rome, Italy
Federico de Angot, Genova

**1133. JACBE**
H. Bacon W.D.
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1134. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1135. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1136. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1137. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1138. JACBE**
Private collection, Minneapolis

**1139. JACBE**
John R. Baker

**1140. JACBE**
Allen Memorial Art Museum, Oberlin College, Ohio, Loan from the
Estate of Ethel R. Johnson, 1982
Courtesy Allen Memorial Art Museum

**1141. JACBE**
Private collection

**1142. JACBE**
Zehrab Torritin Fotograft, Giabbasso

**1143. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1144. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1145. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1146. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1147. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1148. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1149. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1150. JACBE**
Impresti Collection
Courtesy Impresti Collection

**1151. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1152. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1153. JACBE**
Private collection, Houston, Texas
Westmine Photography, Texas ○ The Andy Warhol Foundation for the
Visual Arts, Inc., NY

**1154. JACBE**
Madame Olina de Menterlous
Courtesy Madame de Menterlous

**1155. JACBE**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1156. JACBE**
Mario Depper
Kevin Ryan ○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1157. JACBE**
Private collection, Italy
Lidgio Bassi, Turin

**1158. JACBE**
Present whereabouts unknown

**1159. JACBE**
Vahk and Lucio Fabbri, Los Angeles
Spokio and Boaro, Los Angeles

**1160. JACBE**
Christopher Bayerhofer, Zollitan
Falcotriala Banau, Zurich

**1161. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1162. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1163. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1164. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1165. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1166. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1167. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1168. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1169. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1170. JACBE**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1171. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1172. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1173. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1174. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1175. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1176. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1177. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1178. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1179. JACBE**
Museum of Fine Arts, Boston. Gift of The Andy Warhol Foundation for
the Visual Arts, Inc., NY, with Additional Funds Provided by the
Collection and Paul Buttenwieser Fund and Barbara Fish Lee and
Thomas H. Lee
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1180. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1181. JACBE**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1182. JACBE**
Museum of Fine Arts, Boston. Gift of The Andy Warhol Foundation for
the Visual Arts, Inc., NY, with Additional Funds Provided by the
Collection and Paul Buttenwieser Fund and Barbara Fish Lee and
Thomas H. Lee
○ The Andy Warhol Foundation for the Visual Arts, Inc., NY

1184. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1185. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1186. JACKIE
Present whereabouts unknown
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1187. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1188. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1189. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1190. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
restitution The Andy Warhol Foundation for the Visual Arts, Inc., NY, Marion Stratton
Ali Feed

91. JACKIE
...University of Rochester, Marion Stratton
...on '04, Courtesy Memorial Art Gallery

92. JACKIE
...Art Gallery
...graph Courtesy of Sotheby's, Inc. Copyright 2002

X. JACKIE
...ynold Collection
Fleryl Wargill Collection

I. JACKIE
...ent whereabouts unknown
...ograph Courtesy of Sotheby's, Inc. Copyright 2002

. JACKIE
...of Mrs. Robert N. Harber
...lary Will Brown, Philadelphia

. JACKIE
...in collection
...graph Courtesy of Sotheby's, Inc. Copyright 2002

1197. JACKIE
Ulmer Museum, Ulm; Founding Collection Karl Fried
Bernd Kugler, Ulm

1198. JACKIE
Private collection, Switzerland
Courtesy Private Collection

1199. JACKIE
Francesco Lorenzano, Verona
Courtesy Francesco Lorenzano

1200. JACKIE
Private collection, Switzerland
Courtesy Private Collection

1201. JACKIE
Private collection
Courtesy the Andy Warhol Art Authentication Board

1202. JACKIE
Private collection
Studio Blu, Torino

1203. JACKIE
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

1204. JACKIE
St. Carlo De Stefani
Fein Sorva, Vittorio Veneto

1205. JACKIE
Present whereabouts unknown
Donzi, Milan

1206. JACKIE
Staller Robin Gallery, New York
Courtesy the Andy Warhol Foundation for the Visual Arts, Inc., NY

1207. JACKIE
Miss Sombati
Bente Ryno © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1208. JACKIE
Kasher Gallery
Courtesy the Andy Warhol Art Authentication Board

1209. JACKIE
Private collection, Switzerland
Courtesy the Andy Warhol Art Authentication Board

1210. JACKIE
Private collection, Italy
Studio Blu, Torino

1211. JACKIE
Private collection, Paris
Photograph Courtesy of Sotheby's, Inc.

1212. JACKIE
Private collection, Italy
Courtesy of the owner

1213. JACKIE
Eileen and Peter Minton, Courtesy Peter Freeman, Inc.
Kevin Ryno © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1214. JACKIE
Amy Sullivan
Kevin Ryno © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1215. JACKIE
Private collection, Salzburg
Courtesy Galerie Thaddaeus Ropac

1216. JACKIE
Walsh and Lucio Fattori, Los Angeles
William Nettles, Los Angeles

1217. JACKIE
Ralph and Ralph Goldenberg
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1218. JACKIE
Paola R. Weisgarden
Courtesy the Andy Warhol Art Authentication Board

1219. JACKIE
Private collection, New York
Courtesy the Andy Warhol Art Authentication Board

1220. JACKIE
Wargill Collection
© Christie's Images, Ltd., 2003

1221. JACKIE
Christopher Van de Weghe Fine Art
Courtesy Van de Weghe Fine Art

1222. JACKIE
Present whereabouts unknown
Tim Turner

1223. JACKIE
Present whereabouts unknown
Robert Boyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1224. JACKIE
Present whereabouts unknown
Robert Boyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1225. JACKIE
Present whereabouts unknown
Robert Boyer © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1226. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1227. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1228. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1229. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1230. JACKIE
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1231. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1232. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1233. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1234. JACKIE
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1235. JACKIE
Wargill Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1236. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1237. JACKIE
Williams College Museum of Art, Williamstown,
gift of The Andy Warhol Foundation for the Visual
museum purchase from the John B. Turner '24 M
E. Everton Memorial Fund
Courtesy Williams College Museum of Art

1238. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding
Contribution The Andy Warhol Foundation for the Visual Art
© The Andy Warhol Foundation for the Visual Art

1239. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding
Contribution The Andy Warhol Foundation for the
© The Andy Warhol Foundation for the Visual Art

1240. MIKE AND BOB ADAMS
Dr. Barry S. Abrams
Kevin Ryno © The Andy Warhol Foundation for th

1241. MIKE AND BOB ADAMS
Robert L. Abrams
Kevin Ryno © The Andy Warhol Foundation for th

1242. MIKE AND BOB ADAMS
Private collection.
Ian Essington Jones

1243. ROY BEHMAN
Present whereabouts unknown
Pat Blanctrand

1244. SELF-PORTRAIT
Stefan L Edlis Collection
Photograph Courtesy of Sotheby's, Inc. Copyright

1245. SELF-PORTRAIT
Gerald S. Fineberg
Courtesy Stanley and Gerald Fineberg

1246. SELF-PORTRAIT
Courtesy of Ivan-Christophe Castelli

1247. SELF-PORTRAIT
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright

1248. SELF-PORTRAIT
Private collection
Brian Forrat © The Andy Warhol Foundation for the

1237. JACKIE
Williams College Museum of Art, Williamstown, Massachusetts, Partial gift of The Andy Warhol Foundation for the Visual Arts, Inc., and museum purchase from the John B. Turner '24 Memorial Fund and Karl E. Weston Memorial Fund
Courtesy Williams College Museum of Art

1238. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1239. JACKIE
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1240. JACK AND BOB ABRAMS
Mrs. Harry H. Abrams
Kevin Ryan ● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1241. JACK AND BOB ABRAMS
Robert E. Abrams
Kevin Ryan ● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1242. JACK AND BOB ABRAMS
Private collection
Ian Berington Jones

1243. JUDY HIMAN
Present whereabouts unknown
Not illustrated

1244. SELF-PORTRAIT
Stefan T. Edlis Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1245. SELF-PORTRAIT
Gerald S. Fineberg
Courtesy Sotheby's and Gerald Fineberg

1246. SELF-PORTRAIT
Jean-Christophe Castelli
Courtesy of Jean-Christophe Castelli

1247. SELF-PORTRAIT
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1248. SELF-PORTRAIT
Private collection
Hans Frevel ● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1249. SELF-PORTRAIT
Memorial Union Gallery-Student Art Collection, North Dakota State University
Dan Koeck, Courtesy Memorial Union Gallery, North Dakota State University

1250. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1251. SELF-PORTRAIT
Froehlich Collection, Stuttgart
Froehlich Collection

1252. SELF-PORTRAIT
Private collection
Courtesy Thomas Ammann Fine Art, Zürich

1253. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1254. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
American Republic Insurance Company, Des Moines, Iowa
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1255. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Des Moines Art Center, Permanent Collection, Gift of Watson Powell
Courtesy Des Moines Art Center, Des Moines

1256. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stoner, Pittsburgh

1257. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Weller Institute of American Art, Youngstown, Ohio
Howard Agriesti Photography ● Butler Institute of American Art

1258. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Louboo Ferrari
Mokryi-Dobinson, Houston

1259. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1260. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Neda Lancaster
Peter Lathrop ● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1261. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Museum of Modern Art, New York, Gift of Carol Sinclair
Courtesy The Museum of Modern Art, New York

1282. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Present whereabouts unknown
Christie's Images, Ltd., 2002

1283. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Frederick H. Hughes
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1284. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1285. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Robert Shapazian, Los Angeles
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1286. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1287. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1288. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1271. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1272. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
Robert Shapazian, Los Angeles
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1273. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1274. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1271. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1277. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1271. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1273. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1280. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1281. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1282. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1283. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1286. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1287. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1288. THE AMERICAN MAN (PORTRAIT OF WATSON POWELL)
The Andy Warhol Foundation for the Visual Arts, Inc., NY
● The Andy Warhol Foundation for the Visual Arts, Inc., NY

1290. ROBERT MOSES
Present whereabouts unknown
Reproduced from Crone, 1970, no. 251.
Kerin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1290. SHOT RED MARILYN
Private collection
© Christie's Images, Ltd., 2003

1291. SHOT ORANGE MARILYN
Private Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1292. SHOT LIGHT BLUE MARILYN
Courtesy The Brant Foundation, Greenwich, CT
Courtesy The Brant Foundation, Greenwich, CT

1293. SHOT SAGE BLUE MARILYN
Private collection
Courtesy Thomas Ammann Fine Art, Zurich

1294. TURQUOISE MARILYN
Stefan T. Edlis
Courtesy Stefan T. Edlis

1295. RED MOSE
Tenshido Collection, Stuttgart
Photograph Courtesy of Sotheby's, Inc. Copyright 2002

296. RED MOSE
he Andy Warhol Museum, Pittsburgh; Founding Collection,
ontribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
The Andy Warhol Foundation for the Visual Arts, Inc., NY

297. BLUE MOSE
Delsworth Atheneum, Hartford
The Andy Warhol Foundation for the Visual Arts, Inc., NY

98. FLOWERS [FOUR-FOOT FLOWERS]
and Mrs. Philip Gersh
eph Ryan © The Andy Warhol Foundation for the
sual Arts, Inc., NY

99. FLOWERS [FOUR-FOOT FLOWERS]
rivate collection
rtesy of the owner

99. FLOWERS [FOUR-FOOT FLOWERS]
esent whereabouts unknown
ograph Courtesy of Sotheby's, Inc. Copyright 2003

1. FLOWERS [FOUR-FOOT FLOWERS]
esent whereabouts unknown
ort whereabouts unknown
rt Colbourne © The Andy Warhol Foundation for the
sual Arts, Inc., NY

---

1302. FLOWERS [FOUR-FOOT FLOWERS]
Private collection
Courtesy Modern Art Museum, Fort Worth

1303. FLOWERS [FOUR-FOOT FLOWERS]
Leo Castelli
Kerin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1304. FLOWERS [FOUR-FOOT FLOWERS]
Private collection, Stockholm, Sweden
Tom Barratt

1305. FLOWERS [FOUR-FOOT FLOWERS]
Yale University Art Gallery, Gift of the Woodward Foundation
Courtesy Yale University Art Gallery

1306. FLOWERS [FOUR-FOOT FLOWERS]
Froelich Collection, Stuttgart
Archives of Froelich Collection

1307. FLOWERS [FOUR-FOOT FLOWERS]
Mr. and Mrs. Edgar Wachenheim III
Kerin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1308. FLOWERS
Margulf Collection
Courtesy Margulf Collection

1309. FLOWERS
U.S. Senator Frank Lautenberg
Kerin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1310. FLOWERS
Margulf Collection
Courtesy Galerie Bruno Bischofberger, Zurich

1311. FLOWERS [FOUR-FOOT FLOWERS]
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1312. FLOWERS
The National Museum of Art, Osaka
The National Museum of Art, Osaka

1313. FLOWERS [FOUR-FOOT FLOWERS]
The Sezanne B. Saugenheim Museum, New York; Mr. Day
Lieberman, New York
© Christie's Images, Inc., 2003

1314. FLOWERS
The Brant Foundation, Greenwich, Connecticut
Fred Scruton, Brooklyn, NY

1315. FLOWERS
Anne Larsen Hirschman
Glenn Halvorson © The Andy Warhol Foundation for the
Inc., NY

---

1316. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1317. FLOWERS
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1318. FLOWERS
Private collection

1319. FLOWERS
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1320. FLOWERS
Private collection, Courtesy Gagosian Gallery
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1321. FLOWERS
Sandra and Charles Gilman, Jr.
Courtesy Margulf Collection

1322. FLOWERS
Private collection
Courtesy Van den Marck Fine Art, Zurich

1323. FLOWERS
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1324. FLOWERS
Private collection
Courtesy Thomas Ammann Fine Art, Zurich

1325. FLOWERS
Kaiser Wilhelm Museum Krefeld, Collection Helga and Walter Lauffs
Courtesy Kaiser Wilhelm Museum Krefeld

1326. FLOWERS
Private collection
Courtesy Thomas Ammann Fine Art, Zurich

1327. FLOWERS
Washburn Museum and Sculpture Service, Smithsonian Institution, The
Joseph H. Hirshhorn Bequest, 1981
Photography by Lee Stalsworth, Hirshhorn Museum and Sculpture
Garden, Smithsonian Institution

1328. FLOWERS
Siegfried Weishaupt, Langholm
Siegfried Weishaupt

---

1324. FLOWERS
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1330. FLOWERS
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1331. FLOWERS
Margulf Collection
© Christie's Images, Ltd., 2003

1332. FLOWERS
Private collection, Paris
J.L. Mabit, Paris

1333. FLOWERS
Mr. Mrs. E.J. Shirt
Kerin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1334. FLOWERS
Lockjafoy Shea Gallery
Courtesy of the owner

1335. FLOWERS
Private collection
Courtesy of the owner

1336. FLOWERS
Charles R. Carpenter, Jr.
Kerin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1337. FLOWERS
Roy and Dorothy Lichtenstein
Roy Lichtenstein

1338. FLOWERS
Drs. Robert & Marilyn Rentez
Courtesy the Andy Warhol Art Authentication Board

1339. FLOWERS
Maxima Lueru, Naples
Courtesy of the owner

1340. FLOWERS
Tel Chuney Holdings Ltd.
Courtesy the Andy Warhol Art Authentication Board

1341. FLOWERS
Private collection, Lausanne
© Christie's Images, Ltd., 2003

1342. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

---

3. FLOWERS
...ander J. Verheek
Courtesy the Andy Warhol Art Authentication Board

44. FLOWERS
...vate collection
...graph Courtesy of Sotheby's, Inc. Copyright 200

45. FLOWERS
...i Chenney Holdings Ltd.
...rtesy the Andy Warhol Art Authentication Board

46. FLOWERS
...r and Mrs. Kenneth R. Boylan
...Reference © The Andy Warhol Foundation for t
..., NY

47. FLOWERS
...resent whereabouts unknown
© Christie's Images, Ltd., 2003

48. FLOWERS
...resent whereabouts unknown
...Photograph Courtesy of Sotheby's, Inc. Copyright 20

49. FLOWERS
...Private collection, Lausanne
...Photograph Courtesy of Sotheby's, Inc. Copyright 21

50. FLOWERS
...bert A. M. Stern, NY
...M Brant, NY

51. FLOWERS
...Jan Bronkhorst
© Christie's Images, Inc., 2003

52. FLOWERS
...Private collection
...Courtesy of the owner

53. FLOWERS
...Margulf Collection
...Courtesy Margulf Collection

54. FLOWERS
...Private collection
...Courtesy the Andy Warhol Art Authentication Board

55. FLOWERS
...The Brant Collection, Houston
...Ricky-Roberison, Houston

56. FLOWERS
...Friley and Jean Seitz
...Ron Kuerrin © The Andy Warhol Foundation for th

1343. FLOWERS
Jennifer L. Perlmott
Courtesy the Andy Warhol Art Authentication Board

1344. FLOWERS
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1345. FLOWERS
Tel Chenney Holdings Ltd.
Courtesy the Andy Warhol Art Authentication Board

1346. FLOWERS
Mr. and Mrs. Kenneth R. Heyton
Simon Halvorsen © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1347. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1348. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1349. FLOWERS
Private collection, Lausanne
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1350. FLOWERS
Robert A. M. Stern, NY
830 Broad, NY

1351. FLOWERS
Udo Brandhorst
© Christie's Images, Ltd., 2003

1352. FLOWERS
Private collection
Courtesy of the owner

1353. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1354. FLOWERS
Private collection
Douglas M. Parker Studio © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1355. FLOWERS
The Menil Collection, Houston
Hickey-Robertson, Houston

1357. FLOWERS
Present whereabouts unknown
Robert Boyce © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1358. FLOWERS
Peter C.A. Moin, Copenhagen
Courtesy of the owner

1359. FLOWERS
Madeleine and Jerry Bennett
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1360. FLOWERS
Mugrabi collection
Courtesy Mugrabi Collection

1361. FLOWERS
Margot Siegel
Simon Halvorsen © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1362. FLOWERS
Mireille and James L. Levy, Lausanne
Courtesy of the owner

1363. FLOWERS
Private collector
Courtesy of Huey Shultrazzi Gallery, NY

1364. FLOWERS
Philadelphia Museum of Art, Partial and Promised Gift of Anne d'Harnoncourt and Joseph Rishel
Graydon Wood, 2002

1365. FLOWERS
Henry Ubelel and Giorgio Spanu
© Christie's Images, Ltd., 2003

1366. FLOWERS
Angelo Baldassarre, Bari
Archives of Collection Angelo Baldassarre, Bari, Italy

1367. FLOWERS
Vivian Horan Fine Art, NY
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1368. FLOWERS
Dr. Kelly and Vicki Nervenstein
Courtesy of the owner

1369. FLOWERS
Lockeley Dons Gallery
Photo Curt Speelmans

1370. FLOWERS
The Menil Foundation Collection, Houston
© Christie's Images, Ltd., 2003

1371. FLOWERS
Froutick Collection, Stuttgart
Prudence Cuming Associates Limited

1372. FLOWERS
Heiner Bastian, Berlin
David Folger, Karnersville, NJ

1373. FLOWERS
Present whereabouts unknown
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1374. FLOWERS
Margaret E. Rnle
Gene E. McKinney © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1375. FLOWERS
The Menil Foundation Collection, Houston
Hickey-Robertson, Houston

1376. FLOWERS
Ethel K. Webb, Scarsdale NY
Propeller Works / Scott Miles © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1377. FLOWERS
Mugrabi Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1378. FLOWERS
Max Schmid
Christian Baur, Basel

1379. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1380. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1381. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1382. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1383. FLOWERS
David and Deborah Flaschen
David Badburn © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1384. FLOWERS
Peter Burton
© Daniela's Images, Ltd., 2003

1385. FLOWERS
Private collection, Paris
Galerie Daniel Templon

1386. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1387. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1388. FLOWERS
Susan Shonton Gallery
Courtesy Mugrabi Collection

1389. FLOWERS
Jean R. Weiner
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1390. FLOWERS
Massimo Lauro, Naples
Courtesy of the owner

1391. FLOWERS
Courtesy The Israel Foundation, Greenwich, Connecticut
Fred Scruton, Brooklyn, NY

1392. FLOWERS
Private collection
Paolo Pellion di Persano

1393. FLOWERS
Private collection
Paolo Pellion di Persano

1394. FLOWERS
Mugrabi Collection
Courtesy Mugrabi Collection

1395. FLOWERS
Menadora M. Schinkel
Courtesy of the owner

1396. FLOWERS
Private collection, Zurich
© Christie's Images, Ltd., 2003

1397. FLOWERS
Private collection, Cologne
Friedrich Rosenstiel

**1452. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stasse, Pittsburgh

**1453. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1454. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1455. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1456. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stasse, Pittsburgh

**1457. LITTLE ELECTRIC CHAIR**
Marginil Collection
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1458. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stasse, Pittsburgh

**1459. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1460. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1461. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1462. LITTLE ELECTRIC CHAIR**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1463. LITTLE ELECTRIC CHAIR**
Private collection
Phillips / Zabona

**1464. LITTLE ELECTRIC CHAIR**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Richard Stasse, Pittsburgh

**1465. FLOWERS**
Private collection, Zurich
Courtesy of the owner

**1466. FLOWERS**
Hauber Sachs
Courtesy Hauber Sachs

**1467. FLOWERS**
Froelich Collection, Stuttgart
Uwe H. Seyl, Stuttgart

**1468. FLOWERS (FOUR-FOOT FLOWERS)**
Partick Demarchelier
Courtesy Demarchelier Collection

**1469. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1470. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1471. FLOWERS**
Jean R. Hutzer
Courtesy Thomas Ammann Fine Art, Zurich

**1472. FLOWERS**
The Sonnabend Collection
Lawrence Block, NY, Courtesy Sonnabend Gallery, New York

**1473. FLOWERS**
Thomas Ammann Fine Art, Zurich
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1474. FLOWERS**
Private collection
Fola Ozen, Chicago

**1475. FLOWERS**
Private Collection
Paolo Pollon of Persano

**1476. FLOWERS**
Private Collection
Paolo Pollon of Persano

**1477. TWO-FOOT FLOWERS**
Private Collection
Paolo Pollon of Persano

**1478. FLOWERS**
Leva Art Museum, University of Miami, Museum Purchase, 1995
Don Quixotto © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1479. FLOWERS**
Present whereabouts unknown
Courtesy Leo Castelli Gallery

**1480. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1481. FLOWERS**
Armand Orassias
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1482. FLOWERS**
Present whereabouts unknown
© Calcular a Images, Ltd., 2003

**1483. FLOWERS**
Private collection
Courtesy Solomon & Co. Fine Art

**1484. FLOWERS**
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1485. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1486. FLOWERS (LARGE FLOWERS)**
Stedelijk Museum, Amsterdam
Stedelijk Museum Amsterdam

**1487. FLOWERS**
Private Collection, Houston, TX
Wendalinn (Hendayed), Texas © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1488. FLOWERS**
Giorgio Marie
Giorgio Marie

**1489. FLOWERS**
Andrea Caraisch, Switzerland
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1490. FLOWERS**
Margot Siegel
Olen Halvorsen © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1491. FLOWERS**
Leo Castelli
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1492. FLOWERS**
Constance Mildeney
Courtesy Grant Selwyn Fine Art

**1493. FLOWERS**
Earl H. and Audrey S. P. Lustre, Lenlaw, Ohio
Carlson Art & Photo Service, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1494. FLOWERS**
Sandra Simson, Toronto, Canada
Carlo Catmaral, Art Gallery of Ontario

**1495. FLOWERS**
Dr. and Mrs. William Weiple
Seymour Mednick © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1496. FLOWERS**
Susan Sheahan Gallery
Courtesy The Andy Warhol Art Authentication Board

**1497. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1498. FLOWERS**
Private collection
Courtesy of the owner

**1499. FLOWERS**
Balpe Gallery, Seoul, Korea
All Giat Camnaralis

**1500. FLOWERS**
Mrs. George C. Rumlon
Reza photography

**1501. FLOWERS**
Andrew and Robert Fortuned
Jon Strong, Inc., NY © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1502. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1503. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1504. FLOWERS**
Paolo Casadcond, Milno
Mario Tedecishi, Milano

**1500. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1509. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc., Copyright 2003

**1507. FLOWERS**
Susan Shenkon Gallery
Courtesy the Andy Warhol Art Authentication Board

**1508. FLOWERS**
Yvonn Westheim-Forber
Robert Mayer © LACAR, Basel

**1506. FLOWERS**
Present whereabouts unknown
Courtesy d'Marie Gallery

**1510. FLOWERS**
Galerie Schion Bodmole
Courtesy the Andy Warhol Art Authentication Board

**1511. FLOWERS**
Private collection, Lausanne
© Christie's Images, Ltd., 2003

**1512. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1513. FLOWERS**
The Sonnabend Collection
Sean Werner, Ontario, Courtesy Sonnabend Gallery, New York

**1514. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1515. FLOWERS**
Present whereabouts unknown
Sean Werner, Ontario, Courtesy Sonnabend Gallery, New York

**1516. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1517. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1518. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1519. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1520. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1521. FLOWERS**
The Sonnabend Collection
Lawrence Rosh, NY, Courtesy Sonnabend Gallery, New York

**1522. FLOWERS**
The Sonnabend Collection
Sean Werner, Ontario, Courtesy Sonnabend Gallery, New York

**1523. FLOWERS**
Jane R. Holzer
© Christie's Images, Ltd., 2003

**1524. FLOWERS**
Private collection, Lausanne
© Christie's Images, Ltd., 2003

**1525. FLOWERS**
General Schindle
Courtesy of the owner

**1526. FLOWERS**
Donald J. Christol, Los Angeles
Courtesy Stellan Holm Gallery

**1527. FLOWERS**
Present whereabouts unknown
Courtesy Stellan Holm Gallery

**1528. FLOWERS**
Present whereabouts unknown
Courtesy Stellan Holm Gallery

**1529. FLOWERS**
Present whereabouts unknown
Courtesy Stellan Holm Gallery

**1530. FLOWERS**
Barbara Mathes Gallery, New York
Courtesy the Andy Warhol Art Authentication Board

**1531. FLOWERS**
Barbara Mathes Gallery, New York
Courtesy the Andy Warhol Art Authentication Board

**1532. FLOWERS**
Joseph I. Lovesco
Courtesy the Andy Warhol Art Authentication Board

**1533. FLOWERS**
Fritz de Knegt
Courtesy the Andy Warhol Art Authentication Board

**1534. FLOWERS**
Mirella and Joanne J. Levy, Lausanne
Courtesy Stellan Holm Gallery

**1535. FLOWERS**
Mark and Marie Moore
Courtesy the Andy Warhol Art Authentication Board

**1536. FLOWERS**
Mark and Marie Moore
Courtesy the Andy Warhol Art Authentication Board

**1537. FLOWERS**
Gallery Schindel
Courtesy the Andy Warhol Art Authentication Board

**1538. FLOWERS**
Private collection, Munich
Courtesy the Andy Warhol Art Authentication Board

**1539. FLOWERS**
Susan Shenkon Gallery
Courtesy the Andy Warhol Art Authentication Board

**1540. FLOWERS**
Susan Shenkon Gallery
Courtesy the Andy Warhol Art Authentication Board

**1541. FLOWERS**
Susan Shenkon Gallery
Courtesy the Andy Warhol Art Authentication Board

**1542. FLOWERS**
Susan Shenkon Gallery
Courtesy the Andy Warhol Art Authentication Board

**1543. FLOWERS**
Van de Weghe Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

**1544. FLOWERS**
Ralgle Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1545. FLOWERS**
Ralgle Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1546. FLOWERS**
Ralgle Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1547. FLOWERS**
Ralgle Gallery, Seoul, Korea
Courtesy the Andy Warhol Art Authentication Board

**1548. FLOWERS**
Ruth Barr
Photograph Courtesy of Sotheby's, Inc., Copyright 2003

**1549. FLOWERS**
Stellan Wachers Fine Arts, Brussels
Stellan Wachers Fine Arts, Brussels

**1550. FLOWERS**
The Sonnabend Collection
Sean Werner, Ontario, Courtesy Sonnabend Gallery, New York

**1551. FLOWERS**
Fritz de Knegt
Photograph Courtesy of Sotheby's, Inc., Copyright 2003

**1552. FLOWERS**
Van de Weghe Fine Art, New York
© Christie's Images, Ltd., 2003

**1553. FLOWERS**
Gert and Erna Stingauer
Courtesy of the owner

**1554. FLOWERS**
Ruth Barr
Courtesy the Andy Warhol Art Authentication Board

**1555. FLOWERS**
Trudy Crumy-Bormann
Courtesy the Andy Warhol Art Authentication Board

**1556. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1557. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1558. FLOWERS**
Mr. and Mrs. Milos Fibereno
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1559. FLOWERS**
Scott Z. Burns
Courtesy the Andy Warhol Art Authentication Board

**1560. FLOWERS**
Bely J. Fineman
Courtesy Petronella J. Tisms

**1561. FLOWERS**
William L. Bell
Photograph Courtesy of Sotheby's, Inc., Copyright 2

**1562. FLOWERS**
Mr. and Mrs. J. Irwin Miller
Indianapolis Museum of Art

**1563. FLOWERS**
BR Rees, Las Vegas, NV
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1564. FLOWERS**
Stellan Wachers Fine Arts, Brussels
Stellan Wachers Fine Arts, Brussels

**1565. FLOWERS**
Matra Matea Gallery, NY
Courtesy Robert Lorenzson

**1566. FLOWERS**
Mia Schwanner
Courtesy the Andy Warhol Art Authentication Boa

**1567. FLOWERS**
Jacob Baal-Teshuva
Kevin Ryan © The Andy Warhol Foundation for th

**1568. FLOWERS**
Private collection, Paris
Georges Poncet

**1569. FLOWERS**
Mr. and Mrs. Carabod Balam, Bloomfield, Michiga
84th Author © The Andy Warhol Foundation for th

**1570. FLOWERS**
Lee I. Lieberman
© Christie's Images, Ltd., 2003

**1571. FLOWERS**
Mirella and Joanne Levy, Lausanne
© Christie's Images, Ltd., 2003

**1572. FLOWERS**
Stellan Wachers Fine Arts, Brussels
Stellan Wachers Fine Arts, Brussels

**1573. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc., Copyright Gall

**1574. FLOWERS**
Sean Werner, Ontario, Courtesy Sonnabend Gall

**1561. FLOWERS**
William J. Bell
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1562. FLOWERS**
Mr. and Mrs. J. Irwin Miller
Indianapolis Museum of Art

**1563. FLOWERS**
Bill Maris, Las Vegas, NV
Michael Dayton © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1564. FLOWERS**
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

**1565. FLOWERS**
Helen Holzer Gallery, NY
Courtesy Robert Lorenzson

**1566. FLOWERS**
Nils Brutzebacher
Courtesy The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1567. FLOWERS**
Jacob Baal-Teshuva
Erik Dyon © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1568. FLOWERS**
Private collection, Paris
Georges Poncet

**1569. FLOWERS**
Len J. Liebstander
© Christie's Images, Ltd., 2003

**1570. FLOWERS**
Mimbo and James Levy, Lausanne
© Christie's Images, Ltd., 2003

**1571. FLOWERS**
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

**1572. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1573. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1574. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1575. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1576. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1577. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1578. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1579. FLOWERS**
The Sonnabend Collection
Courtesy Sonnabend Gallery, New York

**1580. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1581. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1582. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1583. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1584. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1585. FLOWERS**
Courtesy Sonnabend Gallery, New York

**1586. FLOWERS**
Courtesy Sonnabend Gallery, New York

**1587. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1588. FLOWERS**
Private collection
Courtesy The Andy Warhol Art Authentication Board

**1589. FLOWERS**
The Sonnabend Collection
Lawrence Beck, NY, Courtesy Sonnabend Gallery, New York

**1590. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1591. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1592. FLOWERS**
The Sonnabend Collection
Sean Weaver, Ontario, Courtesy Sonnabend Gallery, New York

**1593. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1594. FLOWERS**
Michel Rolland
Fela Matassa, Paris

**1595. FLOWERS**
Private collection
Photo d'Art Speltdoorn, Brussels

**1596. FLOWERS**
Zenda Nborsi
Andrea Merocable

**1597. FLOWERS**
Paolo Consoldatel, Milan
Nunte Todossini, Milano

**1598. FLOWERS**
Zaira Wis, Brussels
Fabien de Cugnac, Brussels

**1599. FLOWERS**
Private Collection
Courtesy Richard Gray Gallery, Chicago/New York

**1600. FLOWERS**
Private collection
Courtesy Richard Gray Gallery, Chicago/New York

**1601. FLOWERS**
Private collection
Courtesy Richard Gray Gallery, Chicago/New York

**1602. FLOWERS**
Private collection
Courtesy Richard Gray Gallery, Chicago/New York

**1603. FLOWERS**
Helmar Bastian, Berlin
Courtesy Thomas Ammann Fine Art, Zurich

**1604. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1605. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1606. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1607. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1608. FLOWERS**
Helmar Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1609. FLOWERS**
E. and A. Six, Antwerp
Meyer, graphic and photographs, Belgium

**1610. FLOWERS**
E. and A. Six, Antwerp
Meyer, graphic and photographs, Belgium

**1611. FLOWERS**
Collection Remans, Luxembourg
Laurent Rose, Photo Mirynck & Roberty, Luxembourg

**1612. FLOWERS**
Collection Remans, Luxembourg
Laurent Rose, Photo Mirynck & Roberty, Luxembourg

**1613. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1614. FLOWERS**
Vivian Horan Fine Art, NY
Erik Dyon © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1615. FLOWERS**
Vivian Horan Fine Art, NY
Erik Dyon © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1671. FLOWERS**
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for

**1672. FLOWERS**
Robert H. Benham
Eduardo Calderón © The Andy Warhol Foundati
Inc., NY

**1673. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication B

**1674. FLOWERS**
Bill Bass, Las Vegas, NV
Michael Tropea © The Andy Warhol Foundation
Inc., NY

**1675. FLOWERS**
E. and A. Tok, Antwerp
Maps, graphs and photographs, Belgium

**1676. FLOWERS**
Timothy D. Kahr
Courtesy Timothy D. Kahr

**1677. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication B

**1678. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation
Inc., NY

**1679. FLOWERS**
Mr. and Mrs. Miles Fiterman
Shawn Halvorson © The Andy Warhol Foundation
Inc., NY

**1680. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation
Inc., NY

**1681. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation
Inc., NY

**1682. FLOWERS**
Mr. and Mrs. Miles Fiterman
Shawn Halvorson © The Andy Warhol Foundation
Inc., NY

---

**1657. FLOWERS**
Cy Twombly, Rome
Nimmo Capace, Rome

**1658. FLOWERS**
Fausto Saleazzi
Studio Angelo Rizzo, Gela

**1659. FLOWERS**
Rimba and John Powers
Courtesy of the owner

**1660. FLOWERS**
Rimba and John Powers
Courtesy of the owner

**1661. FLOWERS**
Rimba and John Powers
Courtesy of the owner

**1662. FLOWERS**
Gisbia and John Powers
Courtesy of the owner

**1663. FLOWERS**
Rimba and John Powers
Courtesy of the owner

**1664. FLOWERS**
Rimba and John Powers
Courtesy of the owner

**1665. FLOWERS**
Rimba and John Powers
Courtesy of the owner

**1666. FLOWERS**
Rimba and John Powers
Courtesy of the owner

**1667. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1668. FLOWERS**
Private Collection, Lugano, Switzerland
Foto Meala

**1669. FLOWERS**
Cy Twombly, Rome
Nimmo Capace, Rome

**1670. FLOWERS**
Private collection
Courtesy of the present owner

---

**1644. FLOWERS**
Grand Malakty, Galleria Il Capricorno, Venice
Giancarlo Wanale

**1645. FLOWERS**
Fausto Saleazzi
Studio Angelo Rizzo, Gela

**1646. FLOWERS**
E. and A. Tok, Antwerp
Maps, graphs and photographs, Belgium

**1647. FLOWERS**
Private collection, Lugano, Switzerland
Sandro Mahler Parza Tl

**1648. FLOWERS**
Paolo Dotacchimad, Milan
Mario Dotacchia, Milan

**1649. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1650. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1651. FLOWERS**
Private collection courtesy, Stellan Holm Gallery, NY
Courtesy the Andy Warhol Art Authentication Board

**1652. FLOWERS**
Heiner Bastian, Berlin
Courtesy Galerie Bruno Bischofberger, Zurich

**1653. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1654. FLOWERS**
Mr. and Mrs. Harold Hankidman
Rick Echolmeyer © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

**1655. FLOWERS**
Mr. and Mrs. David Harrisy
Rick Echolmeyer © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

**1656. FLOWERS**
Mr. and Mrs. David Pirveot
Rick Echolmeyer © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

---

**1630. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1631. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1632. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1633. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1634. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1635. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1636. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1637. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1638. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1639. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1640. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1641. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1642. FLOWERS**
Fritz de Hoog, New York
Courtesy the Andy Warhol Art Authentication Board

**1643. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

---

**1616. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1617. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1618. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1619. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1620. FLOWERS**
Martin B. Bidmer
Craig Smith

**1621. FLOWERS**
Leo Nolen
Courtesy the Andy Warhol Art Authentication Board

**1622. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1623. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1624. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1625. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1626. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1627. FLOWERS**
Alan Kaplan, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1628. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1629. FLOWERS**
Heiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1671. FLOWERS**
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**1672. FLOWERS**
Robert B. Benham
Edouard Calderón © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1673. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1674. FLOWERS**
Bill Bass, Las Vegas, NV
Michael Tropea © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1675. FLOWERS**
E. and A. Tak, Antwerp
Adeye, grphic and photograph, Belgium

**1676. FLOWERS**
Timothy R. Lahr
Courtesy Timothy R. Lahr

**1677. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1678. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1679. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1680. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1681. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1682. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1683. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1684. FLOWERS**
Mr. and Mrs. Miles Fiterman
Glenn Halvorson © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1685. FLOWERS**
David Netzhan
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc.

**1686. FLOWERS**
Private collection, New York
Courtesy the Andy Warhol Art Authentication Board

**1687. FLOWERS**
Present whereabouts unknown
© Christie's Images, Ltd., 2003

**1688. FLOWERS**
Douglas S. Cramer, Los Angeles
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1689. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1690. FLOWERS**
Ugo Rosgola
Courtesy of the owner

**1691. FLOWERS**
Private collection, Belgium
Maker with Blather Gallery, Baddea

**1692. FLOWERS**
Private collection, NY
Victoria Brynner, Los Angeles
Zindman/Fremont Photography, New York

**1693. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1694. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1695. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1696. FLOWERS**
Present whereabouts unknown
© Christie's Images, Ltd., 2003

**1697. FLOWERS**
Shinto Wheel, Waterloo, Belgium
Robert Bayer © LACMA, Basel

**1698. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1699. FLOWERS**
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

**1700. FLOWERS**
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

**1701. FLOWERS**
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

**1702. FLOWERS**
Edward Tyler Nahem Fine Art, New York
Courtesy the Andy Warhol Art Authentication Board

**1703. FLOWERS**
Private collection
Jennifer Kreutner and Album

**1704. FLOWERS**
Private collection, Sweden
Courtesy the Andy Warhol Art Authentication Board

**1710. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1711. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1712. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1713. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1714. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1715. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1716. FLOWERS**
Meiner Bastian, Berlin
Courtesy the Andy Warhol Art Authentication Board

**1717. FLOWERS**
Anna R. Agid
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1718. FLOWERS**
Private collection
© Christie's Images, Ltd., 2003

**1719. FLOWERS**
Bina Fine Art, Ltd.
Bina Fine Art, Ltd.

**1720. FLOWERS**
Mark and Marie Moore
Courtesy The Swanstound Gallery, New York

**1721. FLOWERS**
The Swanstound Collection
Lawrence Beck, NY, Courtesy Swanstound Gallery, New York

**1722. FLOWERS**
The Swanstound collection
Lawrence Beck, NY, Courtesy Swanstound Gallery, New York

**1723. FLOWERS**
Jeanette Bonnier Collection
Courtesy the Estate of Andy Warhol

1728. FLOWERS
Private collection, Stockholm
Per Jepsen, Stockholm

1735. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1736. FLOWERS
Lindum Brorsgaas
Courtesy the Andy Warhol Art Authentication Board

1737. FLOWERS
Dorothy Braun
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1738. FLOWERS
Dorothy Braun
D Christie's Images, Ltd., 2003

1739. FLOWERS
Stone and Alain Biehl
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1740. FLOWERS
Stone and Alain Biehl
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1741. FLOWERS
Stone and Alain König
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1742. FLOWERS
Trude collection
Phillips

1743. FLOWERS
Trude collection
telegraph Courtesy of Sotheby's, Inc. Copyright 2003

1744. FLOWERS
Gerd Sander-Oberth
Gallery Gerd Sander-Oberth

1745. FLOWERS
Johannes Braun, Salzburg
Gallery Galerie Thaddaeus Ropac

1746. FLOWERS
trude collection

1747. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1738. FLOWERS
Yellow Narcus Fine Art
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1739. FLOWERS
Yellow Narcus Fine Art
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1740. FLOWERS
Carol Merz
Lena Bernaglia

1741. FLOWERS
Mohar Boston, Berlin
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1742. FLOWERS
Mohar Boston, Berlin
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1743. FLOWERS
Axcial Art Office, Inc.
Courtesy Axial Art Office

1744. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1745. FLOWERS
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1746. FLOWERS
Marianne Erdős, New York
Courtesy Dadium Baloh Gallery

1751. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1752. FLOWERS
Axial Art Office, Inc.
Courtesy the Andy Warhol Art Authentication Board

1753. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1754. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1755. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1756. FLOWERS
Marianne Erdős, New York

1757. FLOWERS
Marianne Erdős, New York
Courtesy the Andy Warhol Art Authentication Board

1758. FLOWERS
Ruth Berf
Courtesy the Andy Warhol Art Authentication Board

1759. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1760. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1761. FLOWERS
Nelle Berf
Courtesy the Andy Warhol Art Authentication Board

1762. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1763. FLOWERS
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

1764. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1765. FLOWERS
Philippe Weil, Paris
St. Le Fort © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1760. FLOWERS
Mr. and Mrs. Jan I. Cirova, Calistoga, CA
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1767. FLOWERS
Present whereabouts unknown
Galerie Thaddaeus Ropac

1770. FLOWERS
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

1770. FLOWERS
Patrizia Trigona, Paris
Courtesy Galerie Patrizia Trigona

1770. FLOWERS
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

1771. FLOWERS
Sabine Wachters Fine Arts, Brussels
Sabine Wachters Fine Arts, Brussels

1772. FLOWERS
Cerova, LLC
Courtesy the Andy Warhol Art Authentication Board

1773. FLOWERS
Timothy Baum, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1774. FLOWERS
Private collection, New York
Courtesy the Andy Warhol Art Authentication Board

1775. FLOWERS
Private collection
© Christie's Images, Ltd., 2003

1776. FLOWERS
Dorothy Tremaine Hint
Howard Agriend © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1777. FLOWERS
Dorothy Baum, New York
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1778. FLOWERS
Horace and Holfn Soloman, New York
New York Fine Works, Inc.

1779. FLOWERS
Louise Ferrari
George Minns, Houston, TX

1760. FLOWERS
Jared Sable
Thomas Moore Photografx, Inc. © The Andy Warhol the Visual Arts, Inc., NY

1761. FLOWERS
Sherry O'Donnell
Courtesy of the owner

1762. FLOWERS
Private collection
Courtesy the Andy Warhol Art Authentication Board

1763. FLOWERS
Raymond Foye
Courtesy the Andy Warhol Art Authentication Board

1764. FLOWERS
David M. Martinez
Photograph Courtesy of Sotheby's, Inc. Copyright

1765. FLOWERS
Private collection
Documentary photograph

1766. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright

1767. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright

1772. FLOWERS
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright

1768. FLOWERS
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for th

1769. FLOWERS
Paul Warhola Family
Courtesy the Andy Warhol Art Authentication Bo

1770. FLOWERS
Daniel L. Christol, Los Angeles
Courtesy the Andy Warhol Foundation for 1

1771. FLOWERS
Maria von Fürstenberg
Kevin Ryan © The Andy Warhol Foundation for 1

1772. FLOWERS
Selby Gallery, Tokyo
Photograph Courtesy of Sotheby's, Inc. Copyrig

Mrs. Pierre Schlumberger
Courtesy Schlumberger

**1790. FLOWERS**
Jared Sable
Thomas Ames Photography, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1791. FLOWERS**
Sherry Vilmaud
Courtesy of the owner

**1792. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1793. FLOWERS**
Raymond Topo
Courtesy the Andy Warhol Art Authentication Board

**1794. FLOWERS**
David M. Martinez
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1795. FLOWERS**
Private collection
Documentary photograph

**1796. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1797. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1798. FLOWERS**
Timothy Baum
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1790. FLOWERS**
Paul Warhola family
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1791. FLOWERS**
Randall J. Christ, Los Angeles
Courtesy the Andy Warhol Art Authentication Board

**1792. FLOWERS**
Blanc von Furstenberg
Don Quaritto © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1793. FLOWERS**
Sollen Gallery, Tokyo
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1794. FLOWERS**
Mrs. Pierre Schlumberger
Courtesy Schlumberger

**1794. FLOWERS**
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1795. FLOWERS**
Mr. and Mrs. R. Phillips, London
Courtesy the Andy Warhol Art Authentication Board

**1796. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1797. FLOWERS**
Margot T. and Robert E. Linton
© Christie's Images, Ltd., 2003

**1799. FLOWERS**
Eric and Jon Blumenz, Westport, CT
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1799. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1800. FLOWERS**
Private collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

**1801. FLOWERS**
Thaddaeus Ropac, Salzburg
Courtesy Galerie Thaddaeus Ropac

**1802. FLOWERS**
Present whereabouts unknown
© Christie's Images, Ltd., 2003

**1803. FLOWERS**
Private collection, Switzerland
Courtesy the Andy Warhol Art Authentication Board

**1804. FLOWERS**
Bill and Alice Greenwald
Jon Henault

**1805. FLOWERS**
Private collection
Courtesy the Andy Warhol Art Authentication Board

**1806. FLOWERS**
Joseph R. Lovano
Courtesy Van Huey Warhol Art Office

**1807. FLOWERS**
Axcial Art Office, Inc.
Courtesy Axcial Art Office

**1808. FLOWERS**
Axcial Art Office, Inc.
Courtesy Axcial Art Office

**1809. FLOWERS**
Galerie Brusberg, Venice
Courtesy Galerie Brusberg

**1810. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1811. FLOWERS**
Present whereabouts unknown
Courtesy the Andy Warhol Art Authentication Board

**1812. FLOWERS**
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1813. FLOWERS**
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1814. FLOWERS**
Gian Paolo Bajarone
The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1815. FLOWERS**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1816. FLOWERS (LARGE FLOWERS)**
Private Collection
Roland Gallay, Zurich

**1817. FLOWERS**
Private collection
Courtesy of the collector

**1818. FLOWERS (LARGE FLOWERS)**
The Brant Foundation, Greenwich, CT
Courtesy The Brant Foundation, Greenwich, CT

**1819. FLOWERS**
Private Collection, Cleveland, Ohio
Bert Tucker Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1820. FLOWERS**
Private Collection, France
Courtesy Sanstid Collection

**1821. FLOWERS (LARGE FLOWERS)**
Museum Ludwig, Cologne, Ludwig Donation,
Rheinisches Bildarchiv Köln

**1822. FLOWERS**
Private collection, Berlin
Courtesy Thomas Ammann Fine Art, Zurich

**1823. FLORENCE BARRON**
Florence and E. Brooks Barron
Aera photography

**1824. FLORENCE BARRON**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1825. FLORENCE BARRON**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1826. FLORENCE BARRON**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1827. FLORENCE BARRON**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1828. FLORENCE BARRON**
Thomas Moore Photography, Inc. © The Andy Warhol Foundation for
the Visual Arts, Inc., NY

**1829. FLORENCE BARRON**
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1830. MIRIAM DAVIDSON**
Private collection
Thomas Moore Photography, Inc. © The Andy Warhol Foundation for
the Visual Arts, Inc., NY

**1831. MIRIAM DAVIDSON**
Gerd Metzdorff, Vancouver
Courtesy Smith Photo Prints, Vancouver

**1832. MIRIAM DAVIDSON**
Gerd Metzdorff, Vancouver
Courtesy Smith Photo Prints, Vancouver

**1833. MIRIAM DAVIDSON**
The Andy Warhol Museum, Pittsburgh; Founding Collection,
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

**1834.1 LARGE SLEEP**
Present whereabouts unknown
Jim Strong, Inc., NY

1924-3 LARGE SLEEP
The Andy Warhol Museum, Pittsburgh, Founding Collection,
Contribution Dia Andy Warhol Foundation for the Visual Arts, Inc.,
Courtesy of The Andy Warhol Foundation, Pittsburgh

1935. SINGLE LARGE SLEEP
Present whereabouts unknown
Not illustrated

1934. LARGE KISS
The Andy Warhol Museum, Pittsburgh, Founding Collection.
Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
Courtesy of The Andy Warhol Museum, Pittsburgh

1937. KISS
Present whereabouts unknown
Courtesy Ileana Sonnabend

1938. SLEEP
Present whereabouts unknown
Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

1939. EAT
Present whereabouts unknown
Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

440. EMPIRE
Present whereabouts unknown
Reproduced from Eleven, 1979, no. 829
rote Byers © The Andy Warhol Foundation for the Visual Arts, Inc., NY

841. HENRY GELDZAHLER
7 Termolo, Rome
Ileana Sonnabend

842. LARGE CAMPBELL'S SOUP CAN
Hani Naïl
rgies Parker © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

43. LARGE CAMPBELL'S SOUP CAN
adeyant Galleries, London
Mary Musington Galleries, London

44. LARGE CAMPBELL'S SOUP CAN
mpbell's Soup Company
In Dyan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

45. LARGE CAMPBELL'S SOUP CAN
born and Avenue A, American
A Forest © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1. LARGE CAMPBELL'S SOUP CAN
No collection
rygugh Courtesy of Sotheby's, Inc. Copyright 2003

---

1947. LARGE CAMPBELL'S SOUP CAN
Worcester Art Museum, Worcester, Massachusetts, Stoddard
Acquisition Fund and Partial Gift of the Andy Warhol Foundation
Courtesy Worcester Art Museum

1948. LARGE CAMPBELL'S SOUP CAN
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1949. COLORED CAMPBELL'S SOUP CAN
Milwaukee Art Museum, Gift of Mr. Harry Lynde Bradley
Malcolm Varon, NYC

1950. COLORED CAMPBELL'S SOUP CAN
Milwaukee Art Museum, Gift of Mrs. Harry Lynde Bradley
Malcolm Varon, NYC

1951. COLORED CAMPBELL'S SOUP CAN
Private collection, Philadelphia
Courtesy The Andy Warhol Art Authentication Board

1952. COLORED CAMPBELL'S SOUP CAN
The Sonnabend Collection
Courtesy Sonnabend Gallery

1953. COLORED CAMPBELL'S SOUP CAN
Ufe Art Fund Foundation, Liechtenstein
Ufe Art Fund Foundation

1954. COLORED CAMPBELL'S SOUP CAN
Private collection, Philadelphia, PA
Courtesy The Andy Warhol Art Authentication Board

1955. COLORED CAMPBELL'S SOUP CAN
Private collection, Turin
Courtesy of the owner

1956. COLORED CAMPBELL'S SOUP CAN
Mr. and Mrs. Morton Neumann, Chicago
Courtesy The Art Institute of Chicago

1957. COLORED CAMPBELL'S SOUP CAN
Stephen T. Edlis Collection
Michael Tropea © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

1958. COLORED CAMPBELL'S SOUP CAN
The Sonnabend Collection
Courtesy Sonnabend Gallery

1959. COLORED CAMPBELL'S SOUP CAN
The Brant Collection, Greenwich
Allen Mewbourn, The Brant Collection

1960. COLORED CAMPBELL'S SOUP CAN
The Sonnabend Collection
Courtesy Sonnabend Gallery

---

1961. COLORED CAMPBELL'S SOUP CAN
Diablo and John Powers
Rita E. Helson

1962. COLORED CAMPBELL'S SOUP CAN
The Sonnabend Collection
Courtesy Sonnabend Gallery

1963. COLORED CAMPBELL'S SOUP CAN
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1964. COLORED CAMPBELL'S SOUP CAN
Staatliche Museen zu Berlin, Nationalgalerie, Sammlung Marx
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1965. COLORED CAMPBELL'S SOUP CAN
Private collection
A.C. Cooper, London

1966. COLORED CAMPBELL'S SOUP CAN
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1967. COLORED CAMPBELL'S SOUP CAN
Berezin Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1958. SILVER CLOUDS
Installation at Leo Castelli Gallery
+-= Rudolph Burckhardt, Courtesy the Rudolph Burckhardt Estate

1959. SILVER CLOUDS
[Fame series]
Photograph by John Barclay

1962. SILVER CLOUDS
[E.A.T. Works]
Photograph courtesy of Billy Kluver

1963. SILVER CLOUDS
[Decor for Rainforest]
Photograph © Michael Flask, Courtesy the Cunningham Dance
Foundation

1964. SILVER CLOUDS
The Andy Warhol Museum, Pittsburgh
Photograph by Paul Rosenheim

1970. COW WALLPAPER
Installation, Modern Museet, Stockholm
Reproduced from the Moderna Museet Exhibition catalogue,
Stockholm

1971.1 COW WALLPAPER
Installation, Modern Museet, Stockholm
Courtesy Lunbruckners Museel

---

1971.2 COW WALLPAPER
Installation, Whitney Museum of American Art
Photograph by Geoffrey Clements, New York © 1995

1972. SELF-PORTRAIT
The Museum of Modern Art, NY, Gift of Philip Johnson
© Christie's Images, Ltd., 2003

1973. SELF-PORTRAIT
Barbara and Tom Robin
Michael Tropea © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

1974. SELF-PORTRAIT
Barbara and Tom Rohen
Michael Tropea © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

1975. SELF-PORTRAIT
The US and Edgehi L. Broad Collection
Courtesy The Museum of Modern Art, New York

1976. SELF-PORTRAIT
Chiara T. Edlis Collection
Courtesy of the owner

1977. SELF-PORTRAIT
Magrell Collection
Courtesy Magrell Collection

1978. SELF-PORTRAIT
Magrell Collection
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1979. SELF-PORTRAIT
Bill Bass, Las Vegas, NV, USA
Michael Tropea © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

1980. SELF-PORTRAIT
Private collection
Brydan Wood, 2003 © The Andy Warhol Foundation for the Visual
Arts, Inc., NY

1981. SELF-PORTRAIT
Private collection
André Morain

1982. SELF-PORTRAIT
Städtische Galerie im Lenbachhaus, Munich. Loan from a private col-
lection.
Courtesy Lenbachhaus Museo

1983. SELF-PORTRAIT
Private collection, London
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

---

1984. SELF-PORTRAIT
Anin and Burton Reiner, Bethesda, MD
Courtesy University of Maryland Art Gallery

1985. SELF-PORTRAIT
Barry and Jean Blumine
Tibury Photographic Supply, Florida © The Andy Warhol Foundation
for the Visual Arts, Inc., NY

1986. SELF-PORTRAIT
Sydney and Frances Lewis
Dennis McIntyre © The Andy Warhol Foundation for the Visual Arts,
Inc., NY

1987. SELF-PORTRAIT
Mrs. Samuel Blazina
Michael A. Parker Studio © The Andy Warhol Foundation for the
Visual Arts, Inc., NY

1988. SELF-PORTRAIT
Sandra Brabowo, Toronto, Canada
Photograph Courtesy of Sotheby's, Inc. Copyright

1989. SELF-PORTRAIT
Dr. R. Schlick, Klausada, Zurich
Courtesy Fotostudio Thama, Zurich

1990. SELF-PORTRAITS
Museum of Contemporary Art, Tokyo
Courtesy Museum of Contemporary Art, Sohyo

1991. SELF-PORTRAIT
Janet and Robert Kardon
Kevin Ryan © The Andy Warhol Foundation for t

1992. SELF-PORTRAIT
Janet and Robert Kardon
Kevin Ryan © The Andy Warhol Foundation for t

1993. SELF-PORTRAITS
San Francisco Museum of Modern Art, Gift of Mi
Lee Felberno

1994. SELF-PORTRAIT
Courtesy Anthony d'Offay Gallery, London/Asom
Courtesy Anthony d'Offay Gallery, London

1995. SELF-PORTRAIT
Janet and Robert Kardon
Kevin Ryan © The Andy Warhol Foundation for t

1996. SELF-PORTRAIT
Janet and Robert Kardon
Kevin Ryan © The Andy Warhol Foundation for t

1884. SELF-PORTRAIT
Anita and Burton Reiner, Bethesda, MD
Courtesy University of Maryland Art Gallery

1885. SELF-PORTRAIT
Harry and Joan Winston
Tiffany Photographic Studio, Florida © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1886. SELF-PORTRAIT
Sydney and Frances Lewis
Bozo Hoffmann © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1887. SELF-PORTRAIT
Mrs. Samuel Wasias
Douglas M. Parker Studio © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1888. SELF-PORTRAIT
Sandra Rahman, Toronto, Canada
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1889. SELF-PORTRAIT
Dr. B. A. Schüle, Hinwald, Zürich
Courtesy Froindelis Thoma, Zürich

1890. SELF-PORTRAIT
Museum of Contemporary Art, Tokyo
Courtesy Museum of Contemporary Art, Tokyo

1891. SELF-PORTRAIT
Janet and Robert Sarians
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1892. SELF-PORTRAIT
Janet and Robert Sarians
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1893. SELF-PORTRAITS
San Francisco Museum of Modern Art, Gift of Michael B. Abrams
Len Fotheree

1894. SELF-PORTRAIT
Courtesy Anthony d'Offay Gallery, London/Jason McCoy, Inc., New York
Courtesy Anthony d'Offay Gallery, London

1895. SELF-PORTRAIT
Janet and Robert Sarians
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1896. SELF-PORTRAIT
Janet and Robert Sarians
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1897. SELF-PORTRAIT
Courtesy Anthony d'Offay Gallery, London/Jason McCoy, Inc., New York
Courtesy Anthony d'Offay Gallery, London

1898. SELF-PORTRAIT
Mr. and Mrs. William Wright
Seymour Mednick © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1899. SELF-PORTRAIT
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc.
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1900. SELF-PORTRAIT
Private collection
Courtesy Anthony d'Offay Gallery, London

1901. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1902. SELF-PORTRAIT
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1903. SELF-PORTRAIT
Alvin and Marilyn Bush
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1904. SELF-PORTRAIT
Mildred E. Lee
David Heffern

1905. SELF-PORTRAIT
R. S. Lindart
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1906. SELF-PORTRAIT
E. S. Lindart
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1907. SELF-PORTRAIT
Mossbaf Art Moderne, St. Etienne
T. Bresson, Musée d'Art Moderne–St. Etienne

1911. SELF-PORTRAIT
Emilio and John Powers
Courtesy of the owner

1912. SELF-PORTRAIT
Armand Brachlin
Jean-Marie Dathendal, Paris

1913. SELF-PORTRAIT
Magrall Collection
Courtesy Magrall Collection

1914. SELF-PORTRAIT
The Detroit Institute of Arts, Founders Society Purchase, Friends of Modern Art Fund
© 1999 The Detroit Institute of Arts

1915. SELF-PORTRAIT
The Detroit Institute of Arts, Founders Society Purchase, Friends of Modern Art Fund
© 1999 The Detroit Institute of Arts

1916. SELF-PORTRAIT
Staatsgalerie Moderner Kunst, Munich
Joachim Blauel-ARTOTHEK

1917. SELF-PORTRAIT
The Tate Gallery, London
John Webb

1918. SELF-PORTRAIT
Mr. and Mrs. Donald K. Greenberg, St. Louis
Courtesy Broadway, The Detroit Gallery

1919. SELF-PORTRAIT
San Francisco Museum of Modern Art, Gift of Harry W. and Margaret Anderson
Ben Blackwell

1920. SELF-PORTRAIT
Private Collection, U.S.A.
Courtesy D. James Dee

1921. SELF-PORTRAIT
Franklin Collection, Stuttgart
Courtesy D. James Dee

1922. SELF-PORTRAIT
Private collection
Courtesy David and Elise Hardenstein Foundation

1923. SELF-PORTRAIT
Becker Sachs
© Christie's Images, Ltd., 2003

1924. KELLY SALOMON
Private collection
Courtesy Andy Salomon Gallery, New York

1925. FRANCES LEWIS
Sydney and Frances Lewis
Bennie Huffstetter © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1926. MARLON
Private collection
Marlene Perez-Crozier

1927. MARLON
Magrall Collection
Thomas Ammann Fine Art AG, Zurich

1928. MARLON
Margrit Krätzi, Burklandung
Rudolf Kugel Frankfurt am Main

1929. MARLON
Dr. B. A. Schüle, Hinwald, Zürich
Thomas Ammann Fine Art AG, Zurich

1930. MARLON
Franklin Collection, Stuttgart
Courtesy Rupertin Gallery, New York

1931. DOUBLE MARLON
Private collection
Robert Modaver, Cagosian Gallery, New York

1932. FOUR MARLONS
Louisiana Museum of Modern Art, Denmark
Strobung

1933. DOUBLE MARLON
Private collection
Robert Modaver, Cagosian Gallery, New York

1934. DOUBLE TORSO (DRAWING I)
Playboy Enterprises, Inc.
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1935. TORSO (DRAWING III) [PRIVATE PAINTING]
Norton Simon Museum, Pasadena, CA, Gift of Irvin Blum, 1998
Norton Simon Museum, Pasadena, CA

1936. TORSO (DRAWING III) [PRIVATE PAINTING]
Present whereabouts unknown
Courtesy Moderne Museet, Stockholm

1936. JAMES ROSENQUIST
Present whereabouts unknown
Reproduced from Renover, 1981, no. 27

1938.13 FRANK STELLA
Private collection
Courtesy The Andy Warhol Art Authentication Board

1936.14 FRANK STELLA
Present whereabouts unknown
Reproduced from Renover, 1981, no. 23

1936. JOHN CHAMBERLAIN (2115 JONES)
John Chamberlain
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1937.12 TWYNE III
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1940. DONALD JUDD
Present whereabouts unknown
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1941. DONALD JUDD
Galerie 1900-2000, Marcel Fleiss
Serge Vojnovic, Paris

1942. DONALD JUDD
Galerie 1900-2000, Marcel Fleiss
Serge Vojnovic, Paris

1943. DONALD JUDD
Private collection
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1944. ROY LICHTENSTEIN
Bernard Blistène, Max
Marcel Lannoy, Paris

1945. ROY LICHTENSTEIN
Mignon Pritchoba, Antwerp
Scoyo, graphs and photographs, Belgium

1946. ROY LICHTENSTEIN
Private collection
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1947. ROBERT MORRIS
Present whereabouts unknown
Reproduced from Crone, 1970, no. 182

1948. LARRY POONS
Seymour Gallery
© Christie's Images, Ltd., 2003

1949. ROBERT RAUSCHENBERG
Life Mella, Paris
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

1950. ROBERT RAUSCHENBERG
Robert Rauschenberg
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1951. ROBERT RAUSCHENBERG
Private collection
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1952. RAUSCHENBERG
Jane Sweeting
Courtesy The Andy Warhol Art Authentication Board

1953. FRANK STELLA
Private collection
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1954. FRANK STELLA
Present whereabouts unknown
Christie's Images, NY

1955. CY TWOMBLY
Cy Twombly, Rome
Mimmo Capone, Rome

1956. SELF-PORTRAIT
Pavà Kestler
Courtesy the Andy Warhol Art Authentication Board

1957. SELF-PORTRAIT
B. and Erk London
Don Querolle © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1958. SELF-PORTRAIT
Magritt Collection
Courtesy Magritt Collection

1959. SELF-PORTRAIT
E. and A. Toh, Antwerp
Mayo, graphs and photographs, Belgium

1960. SELF-PORTRAIT
Private Collection
Courtesy Zabalaza / Fremont Photographic, New York

1961. SELF-PORTRAIT
Private collection
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1962. SELF-PORTRAIT
Private collection
Don Querolle © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1963. SELF-PORTRAIT
Private collection
Hugh Kelly, London

1964. SELF-PORTRAIT
Private collection
Hugh Kelly, London

1965. SELF-PORTRAIT
Private collection
Hugh Kelly, London

1966. SELF-PORTRAIT
Private collection, Paris
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1967. SELF-PORTRAIT
Private collection, Paris
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1968. SELF-PORTRAIT
Private collection, Paris
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1969. SELF-PORTRAIT
Private collection, Paris
St. Est'art © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1970. SELF-PORTRAIT
Anthony O'Effey Haller, London
Courtesy Anthony O'Effey Haller, London

1971. SELF-PORTRAIT
Present whereabouts unknown
© Christie's Images, Ltd., 2003

1972. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1973. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1974. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1975. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1976. SELF-PORTRAIT
Private collection
Don Querolle © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1977. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1978. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1979. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1980. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1981. LATE FOUR-FOOT FLOWERS
Office and Shirley Fiterman Collection
Glenn Beforest © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1982. LATE FOUR-FOOT FLOWERS
Private collection
Martin Bühler, Basel

1983. LATE FOUR-FOOT FLOWERS
Mileno and Iris Wallach
Courtesy the artist

1984. LATE FOUR-FOOT FLOWERS
Private collection, Palm Beach
Robert Bolson Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1985. LATE FOUR-FOOT FLOWERS
Private collection
Thomas R. Duferrak © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1986. SIXTEEN BECAUSE OF JANIS
The Museum of Modern Art, New York, The Sidney Collection
© 2002 The Museum of Modern Art, New York

1987. SMOKEY JANIS
Carroll Janis
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1988. SMOKEY JANIS
The Andy Warhol Foundation for the Visual Arts, Inc., NY

1989. SMOKEY JANIS
The Andy Warhol Museum, Pittsburgh; Founding Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1990. SMOKEY JANIS
The Andy Warhol Museum, Pittsburgh; Founding Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1978. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1979. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1980. SELF-PORTRAIT
Miles and Shirley Fiterman Collection
Courtesy The Norton Museum of Art, West Palm Beach, Florida

1981. LATE FOUR-FOOT FLOWERS
Miles and Shirley Fiterman Collection
Steve Halverson © The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1982. LATE FOUR-FOOT FLOWERS
Private collection
Martin Bühler, Basel
Courtesy of the owner

1983. LATE FOUR-FOOT FLOWERS
Nelson and Ira Warhola
Courtesy of the owner

1984. LATE FOUR-FOOT FLOWERS
Private collection, Palm Beach
Robert Delano Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1985. LATE FOUR-FOOT FLOWERS
Private collection
Thomas D. Dubrock © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1986. SEVEN DECADES OF JAMES
The Museum of Modern Art, New York, The Sidney and Harriet Janis Collection
© 2002 The Museum of Modern Art, New York

1987. SUNSET JAMES
Carroll Janis
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

1988. SUNSET JAMES
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1989. SUNSET JAMES
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1990. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1991. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1992. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1993. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1994. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1995. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1996. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1997. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1998. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

1999. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2000. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2001. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2002. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2003. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2004. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2005. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2006. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2007. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2008. SUNSET JAMES
Susan Sheehan Gallery
Courtesy The Andy Warhol Authentication Board

2009. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2010. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2011. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2012. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2013. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2014. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2015. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2016. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2017. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2018. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2019. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2020. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2021. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2022. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2023. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2024. SUNSET JAMES
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2025. NELSON ROCKEFELLER
Happy Rockefeller
Mick Hales, Greenworld Pictures, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2026. NELSON ROCKEFELLER
The National Trust for Historic Preservation, Nelson A. Rockefeller
Kennyo, Pocantico Historic Area
Properties, Kykuit / Scott Sobol © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2027. NELSON ROCKEFELLER
Anne and William J. Hokin
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2028. NELSON ROCKEFELLER
Private collection
Earle Dyes © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2029. NELSON ROCKEFELLER
The Andy Warhol Museum, Pittsburgh; Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

2030. CHAIRS
Installation, Moderna Museet, Stockholm
Courtesy Moderna Museet, Stockholm

2031. BIG ELECTRIC CHAIR
Staatsgalerie Stuttgart, Stuttgart
Volker Naumann, Schnackenburg

2852. BIG ELECTRIC CHAIR
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2853. BIG ELECTRIC CHAIR
Yrjola collection, New York

2854. BIG ELECTRIC CHAIR
Hamilton Museum on Berlin, Nationalgalerie, Collection Marx

2855. BIG ELECTRIC CHAIR
rné. H. Mattys, Belgium

2856. BIG ELECTRIC CHAIR
The national of contemporary art, and The Andy Warhol Foundation (1978)

2857. BIG ELECTRIC CHAIR
Josee—Williams—Proctor Institute, Utica, New York

2858. BIG ELECTRIC CHAIR
National Gallery of Australia, Canberra

08. BIG ELECTRIC CHAIR
a Menil Collection Museum
Mary – Robertson, Houston

48. BIG ELECTRIC CHAIR
vele collection
mne Hammos Fine Art

11. BIG ELECTRIC CHAIR
Lewarf Dumuseyn, Rome
Christie's Images, Ltd., 2003

12. BIG ELECTRIC CHAIR
Moderna Museet, Stockholm

3. BIG ELECTRIC CHAIR
Menil Collection, Houston
J Hester, Houston

4. BIG ELECTRIC CHAIR
Andy Warhol Foundation for the Visual Arts, Inc., NY

5. TEN-FOOT FLOWERS
Hamilton Museum on Berlin, Nationalgalerie, Collection Marx

2940. TEN-FOOT FLOWERS
Bonynte Collection, London
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2947. TEN-FOOT FLOWERS
The Metropolitan Museum of Art, Gift of Mr. and Mrs. Peter M. Brant, 1979
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2944. TEN-FOOT FLOWERS
La Jolla Museum of Contemporary Art, La Jolla, California, Museum Purchase Modern Art Council Funds
Phillip Schultz Zilkerman

2948. TEN-FOOT FLOWERS
Reputian Gallery
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2906. TEN-FOOT FLOWERS
Kunstmuseum Basel
Kunstmuseum Kunstsammlung Basel, Martin Bühler

2951. TEN-FOOT FLOWERS
Froehlich Collection, Stuttgart
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2952. TEN-FOOT FLOWERS
Moderna Museet, Stockholm
Torf Lund, Statens Konstmuseer

2953. TEN-FOOT FLOWERS
The Metropolitan Museum of Art, Gift of Mr. Irving Blum, 1982
© 2002 The Metropolitan Museum of Art

2954. TEN-FOOT FLOWERS
Sidney Brattler, Berlin
Jochen Littkemann, Berlin

2956. LITA CURRIAN STAR (LIZA MINNER)
The Museum of Modern Art, New York, Gift of Lita Hornick
© 1998 The Museum of Modern Art, New York

2957. HAPPY ROCKEFELLER (HAPPY (MRS. NELSON ROCKEFELLER))
National Trust For Historical Preservation, Nelson A. Rockefeller Collection
Malm Helm, Brunswood Pictures, Inc. © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2953. HAPPY ROCKEFELLER
The Menil Collection, Houston
Paul Hester, Houston

2954. HAPPY ROCKEFELLER (HAPPY (MRS. NELSON ROCKEFELLER))
Ivy Chief
Photograph Courtesy of Sotheby's, Inc. Copyright 2003

2956. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2960. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2961. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2962. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2963. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2964. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2965. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2966. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2967. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2968. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2970. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2971. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2972. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2871. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2874. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2875. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2876. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2877. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2878. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2879. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2880. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2881. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2882. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2883. HAPPY ROCKEFELLER
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2884. JEROME MACACY
The Menil Collection, Houston
Nick Gardaner, Houston

2890. DOMINIQUE DE MENIL
The Menil Collection, Houston
Mickey – Robertson, Houston

2867. DOMINIQUE DE MENIL
The Menil Collection, Houston
Mickey – Robertson, Houston

2868. DOMINIQUE DE MENIL
The Menil Collection, Houston
Mickey – Robertson, Houston

2898. DOMINIQUE DE MENIL
The Andy Warhol Museum, Pittsburgh; Founding Collection The Andy Warhol Foundation for the Visual Art

2899. DOMINIQUE DE MENIL
The Andy Warhol Museum, Pittsburgh; Founding Collection The Andy Warhol Foundation for the Visual Art
© The Andy Warhol Foundation for the Visual Art

2901. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Art
© The Andy Warhol Foundation for the Visual Art

2902. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Art
© The Andy Warhol Foundation for the Visual Art

2901.1 DOMINIQUE MENIL
The Menil Collection, Houston
Mickey-Robertson, Houston

2903.2 DOMINIQUE MENIL
Georges and Lois de Menil
Kevin Ryan © The Andy Warhol Foundation for t

2903.1 DOMINIQUE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for

2895.4 DOMINIQUE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for

2895.3 DOMINIQUE MENIL
Frederick W. Hughes
Kevin Ryan © The Andy Warhol Foundation for

2903.3 DOMINIQUE MENIL
Helen Winkler Fzzafak
Heiner-Robertson, Houston

# PHOTO-GRAPHY CREDITS: FIGURES

EVERY REASONABLE EFFORT HAS BEEN MADE TO LOCATE THE COPYRIGHT HOLDERS OF IMAGES REPRODUCED HERE. IN THE EVENT OF AN INADVERTENT OVERSIGHT, PLEASE NOTIFY THE PUBLISHER FOR CORRECTION IN LATER PRINTINGS OR VOLUMES.

THE TRANSPARENCIES OF ALL ITEMS CREDITED HERE TO THE ANDY WARHOL MUSEUM, PITTSBURGH, WERE PHOTOGRAPHED BY RICHARD STONER, ROBERT RUSCAVA, OR SHELLEY DONNELLY PHOTO GRAPHICS, UNLESS OTHERWISE INDICATED.

Frontespiece 2A, Andy Warhol, 1964, photograph by Ken Heyman
Frontespiece 2B, Andy Warhol, c.1964, photograph by Curtis. Reproduced from Andy Capote, Andy Warhol (New York: New York Graphic Society LTD, 1979, printed by Tim Carrara Press) Book 26, p. 46A. Andy Home-Lincia/Dynamic, NY.

Fig. 1. Andy Home-Lincia/Powercts, NY. Print by L. Lunney, 1965

Fig. 2. Copy print courtesy The Mead Collection, Houston

Fig. 3. Courtesy Seneca Museum of Art, photograph by Peter M. Warner

Fig. 4. Courtesy of the Estate of Edward Wabrashuk

Fig. 5. Courtesy Sennabound Gallery, NY

Fig. 6. The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

Fig. 7. The Archives of The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

Fig. 8. The Archives of The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY

Fig. 9. Andy Home-Lincia/Powercts, NY. Print by L. Lunney, 1965.

Fig. 10. Andy Home-Lincia/Powercts, NY. Print by L. Lunney, 1965.

---

2107. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2108. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2109. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2110. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

---

2085.3 DOMINIQUE DE MENIL
Eleanor Ryan
Daniel Maravell Photography © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2086. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2092. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2086. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2087. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2098. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2099. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2100. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2101. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2102. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2103. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2104. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2105. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2106. DOMINIQUE DE MENIL
The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

---

2087. DOMINIQUE DE MENIL
The Mead Collection, Houston
Mabry — Robertson, Houston

2048. DOMINIQUE DE MENIL
The Mead Collection, Houston
Mabry — Robertson, Houston

2089. DOMINIQUE DE MENIL
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2090. DOMINIQUE DE MENIL
The Andy Warhol Museum, Pittsburgh, Founding Collection, Contribution The Andy Warhol Foundation for the Visual Arts, Inc., NY
© The Andy Warhol Foundation for the Visual Arts, Inc., NY

2091. DOMINIQUE DE MENIL
The Mead Collection, Houston
Mabry-Robertson, Houston

2092.2 DOMINIQUE DE MENIL
Georges and Lois de Menil
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2092.3 DOMINIQUE DE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2093.4 DOMINIQUE DE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2094.5 DOMINIQUE DE MENIL
Private collection
Kevin Ryan © The Andy Warhol Foundation for the Visual Arts, Inc., NY

2095.2 DOMINIQUE DE MENIL
Helen Winkler Fosdick
Mabry-Robertson, Houston