# EXHIBIT L

FRAYDA FELDMAN AND
JÖRG SCHELLMANN

# Andy Warhol Prints

## A CATALOGUE RAISONNÉ 1962-1987

FOURTH EDITION REVISED AND EXPANDED BY
FRAYDA FELDMAN AND CLAUDIA DEFENDI

D.A.P. / DISTRIBUTED ART PUBLISHERS, INC. IN ASSOCIATION
WITH RONALD FELDMAN FINE ARTS, INC. / EDITION SCHELLMANN
THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

# Published Prints

PUBLISHED PRINTS (SECTION II) is divided into three parts: EDITION PRINTS (II), UNIQUE EDITION PRINTS (IIA), and TRIAL PROOF EDITION PRINTS (IIB). PUBLISHED PRINTS catalogues works released in limited editions which are usually signed and numbered. Prints completed but unsigned at the time of Warhol's death bear a stamped certificate of authenticity on the verso with a signature of the executor of the Estate of Andy Warhol, the publisher, and the printer. These include *Wayne Gretzky (#99)* trial proof edition prints (IIB.306), *Frolunda Hockey Player* trial proof edition prints (IIB.366), *Beethoven* (II.390–393), *Hans Christian Andersen* (II.394–401), and *Moonwalk* (II.404–405). *The Shadow* (II.269A), *Red Lenin* (II.403), and *Camouflage* (II.406–413) are only signed by the executor of The Estate of Andy Warhol. All are numbered. There are also signed or signed and dedicated prints outside of the edition.

EDITION PRINTS enumerates works published from 1962 through 1987 in limited impressions. The entry numbers from the earlier editions of this catalogue raisonné have been retained, and the Roman numeral II precedes them to indicate the catalogue section.

Although most works are usually both signed and numbered in ball-point pen, felt pen, ink, and/or pencil, there are exceptions. *Banana* (II.10), *SAS Passenger Ticket* (II.20), *Marcia Weisman* (II.122), *Frederick Weisman* (II.123), and *Sachiko* (II.154–155) are signed and unnumbered. *Marilyn Monroe I Love Your Kiss Forever Forever* (II.5), *Purple Cows* (II.17A), *Flash–November 22, 1963* (II.32–42) are signed, and the number is on the colophon page. *Birmingham Race Riot* (II.3) is unsigned, and the number is on the colophon page. *Cooking Pot* (II.1) and *Kiss* (II.8) are signed with an embossed signature, *Portraits of the Artists* (II.17) with an incised signature, *Jacqueline Kennedy (Jackie I, Jackie II, Jackie III)* (II.13, II.14, II.15), *Purple Cows* (II.17A), and *Paris Review* (II.18) with a rubber-stamped signature. All are numbered.

Warhol specifically created works to coincide with gallery or museum exhibitions. They are frequently considered to be posters but have been included in this volume because of their recurrent circulation in the print market. These works are *Campbell's Soup Can (Tomato)* (II.4, II.4A), *Flowers* (II.6), *Liz* (II.7), *S&H Green Stamps* (II.9), *Cow* (II.11, II.11A, II.12, II.12A), *Self-Portrait* (II.16), *Marilyn Monroe (Marilyn)* (II.21), *Mao* (II.125A), and *Self-Portrait* (II.156A). Such entries are marked with a bullet after the date of the work, and the same indicator also appears in the *Appendix to Published Prints* and the *Chronology of Printmaking Activity*.

Warhol continued the experimentation he had begun in the 1960s by widely varying the colors and composition during the proofing process in the prints published in limited editions. Pursuing his interest in serialization, he created the portfolio *Marilyn Monroe (Marilyn)* (II.22–30), which depicted the same subject in a variety of colors. When extensive proofing was completed, Warhol chose ten proofs from the large selection and then published each of them in a uniform edition of 250. Each of the 250 portfolios contained all ten images. A similar process was used in *Flowers* (II.64–73), *Electric Chairs* (II.74–83), and *Mao* (II.90–99).

Warhol experimented with a different technique in the creation of editions such as *Shadows I–V* (II.204–225). Rather than selecting proofs to be published in uniform editions, he assembled the proofs in mixed variations and published them in five different portfolios. The prints are all unique, but they were released as standard editions. The prints illustrated in the catalogue are oriented according to the location of the number and the signature, which in all cases appear on the lower right on the verso. "There is no uniform edition, simply color variants of several motifs, which can only be identified by the forms of the shadow and their accompanying space or brushstrokes" (Riva Castleman, *The Prints of Andy Warhol*, exh. cat. [New York: The Museum of Modern Art; Paris: Cartier Foundation for Contemporary Art, 1990], p. 24).

**UNIQUE EDITION PRINTS** illustrates works such as *Shadows* that are signed, numbered, and released as regular editions even though each print is unique. The majority of these prints were published by the artist himself, from 1975 to 1979 under the name "Andy Warhol Enterprises Inc." (*Gems* [IIA.186–189] and *Grapes [Special Edition]* [IIA.190A–195A]) and then "Andy Warhol New York," from 1979 to 1987 (*Shadows I–V* [IIA.204–225] and *$ [1]*, *$ [4]*, *$ [Quadrant]*, *$ [9]* [IIA.274–286]). There are also unique works that were commissioned by outside publishers, such as *$1.57 Giant Size* (IIA.2), *Mao* (IIA.89), *Sunset* (IIA.85–88), *Flowers (Hand-Colored)* (IIA.110–119), *Double Mickey Mouse* (IIA.269), *The Shadow* (IIA.269A), and *Anniversary Donald Duck* (IIA.360).

Since only one example of each unique print is illustrated in *Edition Prints*, two or three others have been reproduced in *Unique Edition Prints* to emphasize the variations. The subsection indication IIA is followed by the entry number, which corresponds to a specific print recorded in *Edition Prints* (e.g., IIA.2: *$1.57 Giant Size* in *Unique Edition Prints* relates to II.2: *$1.57 Giant Size* in *Edition Prints*).

In 1980, during the proofing of the *Ten Portraits of Jews of the Twentieth Century* portfolio, Warhol chose a limited number of unique proofs of each subject that reflected color and/or compositional changes. Entitled trial proofs, they were released as a formal component of the edition. Since many of the portfolios of the 1980s contained ten thematically related but diverse subjects, as opposed to the earlier portfolios such as *Mao*, which contained one subject in ten varied color combinations, the trial proof editions enabled Warhol to publish an even greater selection of prints.

**TRIAL PROOF EDITION PRINTS** documents these unique works. Trial proofs are signed and numbered TP 1, etc. *Vesuvius* (IIB.365), *Truck* (IIB.367–370), *Joseph Beuys in Memoriam* (IIB.371), and *Neuschwanstein* (IIB.372) are signed but unnumbered. Each print is unique, and the differences range from color variations, as in *Grace Kelly* (IIB.305) and *Vesuvius* (IIB.365) to color and compositional variations as in *The Marx Brothers* (IIB.232) and *Frolunda Hockey Player* (IIB.366). The subsection indication IIB is followed by the entry number, which corresponds to a specific print in *Edition Prints* (e.g., IIB.378: *Annie Oakley* in *Trial Proof Edition Prints* relates to II.378: *Annie Oakley* in *Edition Prints*). Three examples of each, with the exception of *Joseph Beuys* (IIB.245–247), are shown.

After the publication of *Ten Portraits of Jews of the Twentieth Century*, trial proofs continued to be released as a part of almost every major project on which Warhol worked, with the exception of *Kimiko* (II.237), *Shoes (Deluxe Edition)* (II.248–252), *Shoes* (II.253–257), *Eric Emerson (Chelsea Girls)* (II.287), *Watercolor Paint Kit with Brushes* (II.288), *Committee 2000* (II.289), *Magazine and History* (II.304A), *Kiku* (II.307–309), *Love* (II.310–312), *Frederick Weisman* (II.328), *Viewpoint* (II.329), and *Martha Graham* (II.387–389).

In some cases, there are unnumbered and often unsigned unique prints that relate to those published editions which did not include a formal trial proof edition. Several examples of these are illustrated in the *Appendix to Published Prints*, including *Flowers* (II.64–73), *Electric Chairs* (II.74–83), *Space Fruit: Oranges* (II.197), *Kiku* (II.307–309), *Love* (II.310–12), and *Martha Graham* (II.387–389).

# EDITION PRINTS



II.1



II.2

**II.1: COOKING POT 1962**

Photoengraving on Rives BFK paper, 10 x 7½"
(25.4 x 19 cm); image, 6 x 4¼" (15.2 x 10.8 cm).
[Not shown to scale.]
**Edition:** 60, 25 numbered in Roman numerals,
embossed with the artist's signature, numbered lower
right in pencil; some numbered and dated in pencil
on verso. Published in the portfolio *International
Anthology of Contemporary Engraving: The Interna-
tional Avant-Garde, Vol. 5, America Discovered* (1964),
containing works by twenty artists.
**Printer:** Atelier Georges Leblanc, Paris, France
**Publisher:** Galleria Schwarz, Milan, Italy

**II.2: $1.57 GIANT SIZE 1963**

Screenprint on coated record cover stock, 12¼ x 12¼"
(31.1 x 31.1 cm). The cover is printed in many colors,
including green, orange, pink, white, and yellow with
black lettering. [Not shown to scale.]
**Edition:** 75 signed and numbered in pen on verso;
10 HC signed in pen on verso, marked *HC*, and unnum-
bered. The prints were signed and numbered in 1971.
Each print is unique. (See IIA.2, p. 164.)
Published to coincide with the "Popular Image
Exhibition" at the Washington Gallery of Modern Art,
Washington, D.C., April 18–June 2, 1963.
**Printer:** Andy Warhol and Billy Klüver, New York
**Publisher:** Billy Klüver, New York



**II.3: BIRMINGHAM RACE RIOT 1964**
Screenprint on paper, 20 x 24" (50.8 x 61 cm). [Not shown to scale.]
**Edition:** 500, 10 AP, unsigned. Published in the portfolio
*Ten Works by Ten Painters* which is unsigned and is numbered
on the colophon page.
**Printer:** Ives-Sillman, Inc., New Haven, Connecticut
**Publisher:** Wadsworth Atheneum, Hartford, Connecticut



**II.4: CAMPBELL'S SOUP CAN (TOMATO) 1964 •**
Screenprint on shopping bag, 19¼ x 17" (48.9 x 43.2 cm);
image, 6 x 3¼" (15.2 x 8.2 cm). [Not shown to scale.]
**Edition:** approximately 300 signed in ball-point pen
on verso; some initialled below the image on right.
Published for the "American Supermarket" exhibition
at the Bianchini Gallery, New York, October 1964.
**Printer:** Unknown
**Publisher:** Bianchini Gallery, New York



**II.4A: CAMPBELL'S SOUP CAN (TOMATO) 1966 •**
Screenprint on shopping bag, 19¼ x 17" (48.9 x 43.2 cm);
image, 16 x 9¼" (40.6 x 23.2 cm). [Not shown to scale.]
**Edition:** unknown size with an unknown number signed.
Published for a Warhol exhibition at the Institute of Contemporary
Art, Boston, Massachussets, October 1–November 6, 1966.
**Printer:** Unknown
**Publisher:** Institute of Contemporary Art, Boston, Massachussets



II.5

**II.5: MARILYN MONROE I LOVE YOUR KISS FOREVER FOREVER 1964**
Lithograph printed on a double-page spread.
**Edition:** 2,000 printed on paper, 16⅛ x 22½" (40.9 x 57.1 cm).
Published in an unsigned, unbound book *1¢ Life*, numbered on the
colophon. [Not shown to scale.]
**Special Edition:** 60, 40 HC printed on Arches paper, 16⅛ x 22½"
(40.9 x 57.1 cm), signed in pencil vertically lower right. Published in an
unbound book *1¢ Life*, numbered as follows on the colophon: 20 New York
Edition, 20 Paris Edition, 20 Rest of the World, 40 reserved for the
participating artists and collaborators marked *Exemplaire HC*. Each edition
of *1¢ Life* contains sixty-two works by twenty-eight artists.
**Printer:** Maurice Beaudet, Paris, France
**Publisher:** E.W. Kornfeld, Bern, Switzerland



II.6



II.7

**II.6: FLOWERS 1964 ●**
Offset lithograph on paper, 23 x 23"
(58.4 x 58.4 cm). [Not shown to scale.]
**Edition:** approximately 300 signed and dated
'64 in pen lower right; some signed in pencil.
Published to coincide with a Warhol exhibition
at Leo Castelli Gallery, New York, November
21–December 17, 1964.
**Printer:** Total Color, New York
**Publisher:** Leo Castelli Gallery, New York

**II.7: LIZ 1964 ●**
Offset lithograph on paper, 23⅛ x 23⅛"
(58.7 x 58.7 cm). [Not shown to scale.]
**Edition:** approximately 300 signed and
dated in ball-point pen.
**Printer:** Total Color, New York
**Publisher:** Leo Castelli Gallery, New York



II.8

**II.8: KISS 1966**
Screenprint on plexiglass, 12½ x 8" (31.7 x 20.3 cm)
on a plexiglass mount, 5¼ x 8" (13.3 x 20.3 cm).
[Not shown to scale.]
**Edition:** 75, 25 AP lettered *A–Y*; signature
embossed and number incised on plexiglass
mount. Published for the project *Seven Objects
in a Box*, containing works by seven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine
& Foundry, Inc.), New York
**Publisher:** Tanglewood Press, Inc., New York



II.9



II.10

**II.9: S&H GREEN STAMPS 1965 •**
Offset lithograph on paper, 23 x 22¾" (58.4 x 57.8 cm).
[Not shown to scale.]
**Edition:** approximately 300; some signed in ball-point
pen; some dated. Six-thousand folded prints were used
as announcements for a Warhol exhibition at the Institute
of Contemporary Art in Philadelphia, Pennsylvania,
October 8 – November 21, 1965.
**Printer:** Eugene Feldman, Philadelphia, Pennsylvania
**Publisher:** Institute of Contemporary Art,
Philadelphia, Pennsylvania

**II.10: BANANA CA. 1966**
Screenprint on styrene, 24 x 53¼" (61 x 135.2 cm); image, approximately
17 x 36" (43.2 x 91.4 cm). The banana skin, printed on laminated plastic,
17¼ x 36¼" (45.4 x 92.1 cm), can be removed and placed anywhere on the
sheet. [Not shown to scale.]
**Edition:** approximately 300; some have a stamped signature on recto;
some signed on verso; some stamped *AP* on recto; some dated.
**Printer:** Unknown
**Publisher:** Andy Warhol, New York



II.11

**II.11: COW 1966 •**
Screenprint on wallpaper, 45 ½ x 29 ¼"
(115.6 x 75.6 cm).
**Edition:** unlimited with 100 signed with a rubber
stamp and numbered on verso; some dated on
recto. Published for an exhibition at Leo Castelli
Gallery, New York, April 2– April 27, 1966.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Andy Warhol, New York



II.11A

**II.11A: COW 1971 •**
Screenprint on wallpaper, 45 ½ x 29 ¼"
(115.6 x 75.6 cm).
**Edition:** unlimited with approximately 100
signed in felt pen in 1979. Published for a Warhol
exhibition at the Whitney Museum of American
Art, New York, May 1– June 13, 1971.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Factory Additions, New York



II.12



II.12A

**II.12: COW 1971** ▪

Screenprint on wallpaper, 45½ x 29¼"
(115.6 x 75.6 cm).
**Edition:** unlimited with 150 signed, numbered,
and dated in ball-point pen on verso; some dated
on recto.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Factory Additions, New York

**II.12A: COW 1976** ▪

Screenprint on wallpaper, 45½ x 29¼"
(115.6 x 75.6 cm).
**Edition:** unlimited with approximately 100 signed
in felt pen in 1979. Published for an exhibition
at the Modern Art Pavilion, Seattle Center, Seattle,
Washington, November 18, 1976–January 9, 1977.
**Printer:** Bill Miller's Wallpaper Studio, Inc.,
New York
**Publisher:** Factory Additions, New York



II.13



II.14

**II.13: JACQUELINE KENNEDY I
(JACKIE I) 1966**
Screenprint on paper, 24 x 20" (61 x 50.8 cm);
image, 20¼ x 17⅛" (52.4 x 43.5 cm). [Not shown
to scale.]
**Edition:** 200, 50 numbered in Roman numerals,
signed with a rubber stamp and numbered in
pencil on verso. Published in the portfolio *11 Pop
Artists I*, containing works by eleven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine &
Foundry, Inc.), New York
**Publisher:** Original Editions, New York

**II.14: JACQUELINE KENNEDY II
(JACKIE II) 1966**
Screenprint on paper, 24 x 30" (61 x 76.2 cm).
[Not shown to scale.]
**Edition:** 200, 50 numbered in Roman numerals, signed
with a rubber stamp and numbered in pencil on verso.
Published in the portfolio *11 Pop Artists II*, containing
works by eleven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine & Foundry,
Inc.), New York
**Publisher:** Original Editions, New York



II.15

**II.15: JACQUELINE KENNEDY III
(JACKIE III) 1966**
Screenprint on paper, 40 x 30" (101.6 x 76.2 cm).
[Not shown to scale.]
**Edition:** 200, 50 numbered in Roman numerals, signed
with a rubber stamp and numbered in pencil on verso.
Published in the portfolio *11 Pop Artists III*, containing
works by eleven artists.
**Printer:** KMF, Inc. (Knickerbocker Machine
& Foundry, Inc.), New York
**Publisher:** Original Editions, New York



II.16



II.17

**II.16: SELF-PORTRAIT 1966** •
Offset lithograph on silver coated paper,
23 x 23" (58.4 x 58.4 cm).
**Edition:** 300 signed and numbered in ball-point
pen on verso; some signed on recto. Published to
announce a Warhol exhibition at the Leo Castelli
Gallery, New York, April 2–April 27, 1966.
**Printer:** Total Color, New York
**Publisher:** Leo Castelli Gallery, New York

**II.17: PORTRAITS OF THE ARTISTS 1967**
One hundred polystyrene boxes in ten colors,
each 2 x 2" (5.1 x 5.1 cm), each screenprinted with
a portrait of one of the ten artists in the portfolio
*Ten from Leo Castelli*, to commemorate the tenth
anniversary of the Leo Castelli Gallery, New York.
Overall size of the work is 20 x 20" (50.8 x 50.8
cm), containing ten portraits of each artist.
**Edition:** 200, 25 lettered *A–Y*. A small initial
and number are incised on a box printed with
Warhol's portrait. The configuration of the boxes
may vary from the one illustrated above.
**Printer:** Fine Creations, Inc., New York
**Publisher:** Tanglewood Press, Inc., New York



*Andy Warhol*

II.17A

**II.17A: PURPLE COWS 1967**
Rubber stamp print on Rives paper, 9½ x 6½"
(24.1 x 16.5 cm), tipped on Rives paper,
11¼ x 8¼" (28.2 x 20.9 cm); each image,
¾ x 1" (1.9 x 2.5 cm). [Not shown to scale.]
**Edition:** 225 signed as follows: approximately 203
signed with a rubber stamp, 20 signed with a rubber
stamp and signed in pencil lower right, 2 signed in
pencil lower right. Published in the bound portfolio
*Stamped Indelibly*, containing fifteen works by four-
teen artists, which is numbered on the colophon page.
**Printer:** William Katz, New York
**Publisher:** Indianakatz, New York

**S E C T I O N   I I :   E D I T I O N   P R I N T S**





**II.18: PARIS REVIEW 1967**

Screenprint with die-cut holes on cream
paper, 37 x 27⅛" (94 x 68.9 cm). [Not shown to scale.]
**Edition:** 150 signed with a rubber stamp
and numbered in pencil lower right. Published in a
series of prints by forty artists to publicize and pro-
vide financial support for the *Paris Review* magazine.
**Printer:** Chiron Press, New York.
**Publisher:** *Paris Review*, New York

**II.19: LINCOLN CENTER TICKET 1967**

Screenprint on opaque acrylic, 45 x 24"
(114.3 x 61 cm). [Not shown to scale.]
**Edition:** 200 signed and numbered with an
engraving needle on verso. Published to
commemorate the Fifth New York Film Festival
at Lincoln Center.
**Printer:** Chiron Press, New York
**Publisher:** Leo Castelli Gallery, New York



II.20

**II.20: SAS PASSENGER TICKET 1968**
Screenprint on paper, 26¾ x 48¾" (67.9 x 123.8 cm). [Not shown to scale.]
**Edition:** 250 signed in pencil on verso. Published for a Warhol exhibition
at the Moderna Museet, Stockholm, Sweden, February 10 – March 17, 1968 which
traveled to the Stedelijk Museum, Amsterdam, The Netherlands; Kunsthalle,
Bern, Switzerland; Kunstnerses Hus, Oslo, Norway.
**Printer:** Stig Arbam AB, Malmö, Sweden
**Publisher:** Moderna Museet, Stockholm, Sweden



II.21

**II.21: MARILYN MONROE (MARILYN) 1967 •**
Screenprint on paper, 6 x 6" (15.2 x 15.2 cm).
[Not shown to scale.]
**Edition:** 100 signed in pencil and numbered with a
rubber stamp on verso; some signed and unnumbered;
some dated. There are numerous AP signed and
marked *a.p.* in pencil on verso. Published to announce
the publication of the *Marilyn Monroe (Marilyn)*
portfolio.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Factory Additions, New York



**II.22-31: MARILYN MONROE (MARILYN) 1967**
Portfolio of ten screenprints on paper, 36 x 36" (91.4 x 91.4 cm).
**Edition:** 250 signed in pencil and numbered with a rubber stamp
on verso; some signed in ball-point pen; some initialled on verso;
some dated. There are 26 AP signed and lettered A–Z on verso.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Factory Additions, New York



II.26

II.27

II.28

II.29

II.30

II.31

SECTION II: EDITION PRINTS



**COVER OF FLASH–NOVEMBER, 22, 1963 1968**
Screenprint on cloth mounted on cardboard, 22½ x 44¼"
(57.1 x 113.7 cm), unsigned and unnumbered. [Not shown to scale.]

PAGE 7          PAGE 10          PAGE 12

**EXAMPLES OF TELETYPE TEXT**

**II.32–42: FLASH–NOVEMBER 22, 1963 1968**
Portfolio of eleven screenprints, colophon, and Teletype text on paper,
21 x 21" (53.3 x 53.3 cm). The prints, wrapped with the screenprint cover, are
in a plexiglass box, 23 x 22½" x 2" (58.4 x 57.1 x 5.1 cm). [Not shown to scale.]
**Edition:** 200, 26 numbered in Roman numerals; 10 lettered A–J have three addi-
tional screenprints, each of which is a composite of images from II.33 and II.38.
(See II.43A–43C.) Each print, housed in a folder with a page of Teletype text,
is signed in ball-point pen on verso; the colophon is signed and numbered in ball-
point pen. The three additional prints are not in folders.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Racolin Press, Inc., Briarcliff Manor, New York





**II.43A–43C: FLASH–NOVEMBER 22, 1963 1968**

Additional screenprints in portfolios lettered *A–J.* (See II.32–42.)

SECTION II: EDITION PRINTS



11.44



11.45



11.46



11.47

**11.44–53: CAMPBELL'S SOUP I 1968**

Portfolio of ten screenprints on paper,
35 x 23" (88.9 x 58.4 cm).
**Edition:** 250 signed in ball-point pen and numbered
with a rubber stamp on verso. There are 26 AP signed
and lettered A–Z in ball-point pen on verso.
**Printer:** Salvatore Silkscreen Co., Inc., New York
**Publisher:** Factory Additions, New York

ANDY WARHOL PRINTS



11.48



11.49



11.50



11.51



11.52



11.53



11.54



11.55



11.56



11.57

**11.54–63: CAMPBELL'S SOUP II 1969**
Portfolio of ten screenprints on paper,
35 x 23" (88.9 x 58.4 cm).
**Edition:** 250 signed in ball-point pen and numbered
with a rubber stamp on verso. There are 26 AP signed
and lettered A–Z in ball-point pen on verso.
**Printer:** Salvatore Silkscreen Co., Inc., New York
**Publisher:** Factory Additions, New York



11.58



11.59



11.60



11.61



11.62



11.63



**II.64–73: FLOWERS 1970**

Portfolio of ten screenprints on paper,
36 x 36" (91.4 x 91.4 cm).
**Edition:** 250 signed in ball-point pen and numbered
with a rubber stamp on verso; some dated. There are 26
AP signed and lettered *A–Z* in ball-point pen on verso.
**Printer:** Aetna Silkscreen Products, Inc., New York
**Publisher:** Factory Additions, New York



SECTION II: EDITION PRINTS.



**II.74-83: ELECTRIC CHAIRS 1971**

Portfolio of ten screenprints on paper, 35½ x 48" (90.2 x 121.9 cm).
**Edition:** 250 signed and dated '71 in ball-point pen and numbered with
a rubber stamp on verso; some signed in pencil. There are 50 AP num-
bered in Roman numerals, signed and dated in ball-point pen on verso
and stamped *AP* and numbered with a rubber stamp on verso.
**Printer:** Silkprint Kettner, Zürich, Switzerland
**Publisher:** Bruno Bischofberger, Zürich, Switzerland





II.84

**II.84: VOTE MCGOVERN 1972**

Screenprint on Arches 88 paper, 42 x 42" (106.7 x 106.7 cm).
**Edition:** 250 signed and numbered in ball-point pen on verso. There
are 22 proofs divided as follows: 1 RTP, 1 PP II, 16 CTP, 3 Gemini impres-
sions, 1 Cancellation, signed and numbered in ball-point pen on verso.
Some TP do not have the *Vote McGovern* lettering. Published to raise
funds for the George McGovern campaign for president.
**Printer:** Jeff Wasserman at Gemini G.E.L., Los Angeles, California
**Publisher:** Gemini G.E.L., Los Angeles, California



II.89

**II.89: MAO 1973**

Xerox print on typewriter paper, 11 x 8½" (27.9 x 21.6 cm).
[Not shown to scale.]
**Edition:** 300, 25 AP, 31 PP, 6 HC, signed and numbered in
ball-point pen on verso. Each print is unique. (See IIA.89, p. 164.)
Published in the portfolio *The New York Collection for Stockholm,*
containing works by thirty artists to support a project to purchase
a collection of works by New York artists of the 1960s for the
Moderna Museet, Stockholm, Sweden.
**Printer:** Julie Martin, New York
**Publisher:** Experiments in Art and Technology, New York



**II.85–88: SUNSET 1972**

Screenprint on paper, 34 x 34" (86.4 x 86.4 cm).

**Edition:** 632 unique prints divided as follows: 40 portfolios containing four prints each, signed and numbered in pencil on verso. The remaining 472 prints were used by architects Johnson & Burgee for the Hotel Marquette, Minneapolis, Minnesota. In 1981, upon removal from the hotel, these prints were signed, numbered *1/470–470/470*, and dated in pencil on verso, and two were marked *HC*; they were stamped in black on verso *Hotel Marquette Prints*. (See IIA.85–88, p. 165.)

**Printer:** Salvatore Silkscreen Co., Inc., New York

**Publisher:** David Whitney, New York

**SECTION II: EDITION PRINTS**



**II.90 - 99: MAO 1972**

Portfolio of ten screenprints on Beckett High White paper,
36 x 36" (91.4 x 91.4 cm).
**Edition:** 250 signed in ball-point pen and numbered with a
rubber stamp on verso. There are 50 AP signed and numbered
in pencil on verso; some signed and numbered in ball-point pen.
**Printer:** Styria Studio, Inc., New York
**Publisher:** Castelli Graphics and Multiples, Inc., New York



II.94

II.95

1.96

II.97

98

II.99



II.100
II.101
II.102
II.103

**II.100-109: FLOWERS (BLACK AND WHITE) 1974**
Portfolio of ten screenprints on Arches paper and
J. Green paper, 40⅞ x 27¼" (103.8 x 69.2 cm). Some
portfolios are assembled with both types of paper.
**Edition:** 100 signed and numbered in pencil on verso,
initialled in pencil lower right.
**Printer:** Alexander Heinrici, New York
**Publisher:** Peter M. Brant, Castelli Graphics,
and Multiples, Inc., New York



II.104

II.105

II.106

II.107

II.108

II.109



II.110    II.111    II.112    II.113

**II.110–119: FLOWERS (HAND-COLORED) 1974**
Portfolio of ten screenprints hand-colored with Dr. Martin's aniline
watercolor dyes on Arches paper and J. Green paper, 40 1/4 x 27 1/4"
(103.8 x 69.2 cm). Some portfolios are assembled with both types
of paper. Each print is unique. (See IIA.110–119, pp. 166–67.)
**Edition:** 250, 50 AP, signed, numbered, and dated '74 in pencil on verso,
initialled in pencil lower right.
**Printer:** Alexander Heinrici, New York
**Publisher:** Peter M. Brant, Castelli Graphics, and Multiples, Inc., New York



II.114

II.115

II.116

II.117

II.118

II.119





**II.120:** **UNTITLED 12 1974**

Screenprint on Arches paper, 30 x 22"
(76.2 x 55.9 cm); image, 19 x 16" (48.3 x 40.6 cm).
[Not shown to scale.]
**Edition:** 100, 13 AP, 3 PP, signed, numbered,
and dated '74 in ball-point pen on verso; AP
and PP are not dated. Published in the portfolio
*For Meyer Schapiro*, containing works by twelve
artists on the occasion of his seventieth birthday.
**Printer:** Alexander Heinrici, New York
**Publisher:** The Committee to Endow a Chair in
Honor of Meyer Schapiro at Columbia University,
New York

**II.121:** **PALOMA PICASSO 1975**

Screenprint on Arches paper, 41 x 29½"
(104.1 x 74.9 cm).
**Edition:** 90, 15 AP, 3 PP, 30 HC, 30 numbered in
Roman numerals, signed and numbered in pencil
on verso. Published in the portfolio *America's
Hommage à Picasso*, containing works by eleven
artists. This is Volume VI of the six-volume *Hom-
mage à Picasso* project, containing works by sixty-
eight artists, published after Picasso's death.
**Printer:** Alexander Heinrici, New York
**Publisher:** Propyläen-Verlag, Berlin, Germany;
Panthéon Presse, Rome, Italy

II.120



II.121





**II.122:** **MARCIA WEISMAN 1975**

Screenprint on Arches Aquarelle paper,
44 x 28¾" (111.8 x 73 cm).
**Edition:** 10 initialled in pencil lower left.
**Printer:** Unknown
**Publisher:** Andy Warhol Enterprises, Inc.,
New York

**II.123:** **FREDERICK WEISMAN 1975**

Screenprint on Arches Aquarelle paper,
44 x 28¾" (111.8 x 73 cm).
**Edition:** 10 initialled in pencil lower right.
**Printer:** Unknown
**Publisher:** Andy Warhol Enterprises, Inc.,
New York

II.122

II.123



II.124



II.125

### II.124: MERCE CUNNINGHAM I 1974

Screenprint on Japanese gift wrapping paper, 30 x 20" (76.2 x 50.8 cm). [Not shown to scale.] **Edition:** 100, 30 AP, 3 PP, 5 HC, signed and numbered in pencil on verso. There are 4 TP on blue, gray, green, and red Cockerell paper, 25½ x 20¼" (64.8 x 51.4 cm), signed and numbered in pencil on verso in the mid-1980s. Published in the portfolio *Cunningham I*, containing works by seven artists, to raise funds for the Merce Cunningham Dance Company, New York.
**Printer:** Alexander Heinrici, New York
**Publisher:** Castelli Graphics and Multiples, Inc., New York

### II.125: MERCE CUNNINGHAM II 1979

Screenprint on Japanese gift wrapping paper, 30 x 20" (76.2 x 50.8 cm). [Not shown to scale.] **Edition:** 25 signed, numbered, and dated in pencil on verso.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Multiples, Inc., New York



II.125A



II.126



II.127

### II.125A: MAO 1974 •

Screenprint on wallpaper, 40⅛ x 29½" (101.9 x 74.9 cm).
**Edition:** unlimited with approximately 100 signed in felt pen in 1979. Published for a Warhol exhibition at the Musée Galliera, Paris, France, February 23–March 18, 1974.
**Printer:** Bill Miller's Wallpaper Studio, New York
**Publisher:** Factory Additions, New York

### II.126: LADIES AND GENTLEMEN 1975

Screenprint on paper, 39¼ x 27½" (99.7 x 69.8 cm).
**Edition:** 150 initialled in pencil lower right and numbered in pencil on verso.
**Printer:** Unknown
**Publisher:** Studio G7, Bologna, Italy

### II.127: LADIES AND GENTLEMEN 1975

Screenprint on paper, 37½ x 25½" (95.2 x 64.8 cm).
**Edition:** 250, 50 AP numbered in Roman numerals, signed and numbered in pencil on verso.
**Printer:** Unknown
**Publisher:** Mazzotta Editore, Milan, Italy



II.128

II.129

II.130

II.131

**II.128–137: LADIES AND GENTLEMEN 1975**
Portfolio of ten screenprints on Arches paper,
43½ x 28½" (110.5 x 72.4 cm);
image, approximately 33½ x 26½" (85.1 x 67.3 cm).
**Edition:** 250, 25 AP, 1 PP, signed, numbered,
and dated '75 in pencil on verso.
**Printer:** Alexander Heinrici, New York
**Publisher:** Luciano Anselmino, Milan, Italy



II.132

II.133

II.134

I.135

II.136

II.137



**II.138-147: MICK JAGGER 1975**

Portfolio of ten screenprints on Arches Aquarelle
(Rough) paper, 43½ x 29" (110.5 x 73.7 cm).
**Edition:** 250, 50 AP, 3 PP, signed in pencil lower right
and numbered in pencil lower left; some signed in felt
pen. Most of the prints are also signed in black, green,
or red felt pen by Mick Jagger.
**Printer:** Alexander Heinrici, New York
**Publisher:** Seabird Editions, London, England



II.142

II.143

II.144

II.145

II.146

II.147



II.148



II.149

**II.148: MAN RAY 1974**
Screenprint on Strathmore Bristol paper,
31½ x 31½" (80 x 80 cm).
**Edition:** 100 signed, numbered, and dated
'74 in ball-point pen on verso; 20 HC signed
and numbered in pencil on verso.
**Printer:** Il Fauno, Milan, Italy
**Publisher:** Luciano Anselmino, Milan, Italy

**II.149: MAN RAY 1974**
Screenprint on paper, 13¾ x 13¾"
(34.9 x 34.9 cm). [Not shown to scale.]
**Edition:** 100 signed and numbered.
**Printer:** Il Fauno, Milan, Italy
**Publisher:** Luciano Anselmino, Milan, Italy



II.150



II.151

**II.150: JIMMY CARTER I 1976**
Screenprint on Strathmore Bristol paper,
39¼ x 29½" (99.7 x 74.9 cm).
**Edition:** 50, 25 AP, signed and numbered in pencil
lower center. Some prints are also signed by
Jimmy Carter. Published to raise funds for his
campaign for president.
**Printer:** Gem Screens, New York
**Publisher:** Democratic National Committee,
Washington, D.C.

**II.151: JIMMY CARTER II 1977**
Screenprint on Strathmore Bristol paper,
39¼ x 29½" (99.7 x 74.9 cm).
**Edition:** 100, 25 AP, signed and numbered in felt
pen lower left. Some prints are also signed by
Jimmy Carter. Published to raise funds for his
campaign for president.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Democratic National Committee,
Washington, D.C.



**II.152**

**II.152: JIMMY CARTER III 1977**

Screenprint on J. Green paper, 28 ¼ x 20 ½" (71.7 x 52.1 cm).
**Edition:** 100, 20 AP, 2 PP, 1 HC, signed and numbered in
pencil lower center. Published in the portfolio *Inaugural
Impressions*, containing works by five artists, to commemo-
rate the inauguration of President Jimmy Carter.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Democratic National Committee, Washington, D.C.



**II.153**



**II.153A**

**II.153: LILLIAN CARTER 1977**

Screenprint on Strathmore Bristol paper,
39 ¼ x 29 ½" (99.7 x 74.9 cm).
**Edition:** 50, 20 AP, signed and numbered in
pencil lower center. Published to raise funds
for the Jimmy Carter campaign for president.
**Printer:** Gem Screens, New York
**Publisher:** Democratic National Committee,
Washington, D.C.

**II.153A: GOLDA MEIR 1973**

Screenprint on felt, 7 x 7 " (17.8 x 17.8 cm). [Not shown to scale.]
**Edition:** 550 signed and numbered in ball-point pen on a label
on verso; some also signed on recto in ball-point pen vertically
on right side. Published as a gift for those attending the Ameri-
can Friends of the Israel Museum Beaux Arts Ball in New York.
**Printer:** Unknown
**Publisher:** American Friends of the Israel Museum, New York





**II.154: SACHIKO 1977**

Screenprint on Strathmore Bristol paper,
40 x 30¼" (101.6 x 76.8 cm).
**Edition:** 7, 1 PP, signed in pencil lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, inc.,
New York

**II.155: SACHIKO 1977**

Screenprint on Strathmore Bristol paper,
40 x 30½" (101.6 x 76.8 cm).
**Edition:** 3 signed in pencil lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc.,
New York





**II.156: CARTER BURDEN 1977**

Screenprint on Italia paper, 40 x 28¼"
(101.6 x 71.7 cm).
**Edition:** 200, 2 PP, signed and numbered
in pencil lower left. Published to raise funds
for the Carter Burden campaign for president
of the New York City Council.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc.,
New York

**II.156A: SELF-PORTRAIT 1978 •**

Screenprint on wallpaper, 41¾ x 29¾"
(106 x 75.6 cm).
**Edition:** approximately 300 with an unknown
number signed. Published to coincide with
the Warhol exhibition at the Kunsthaus, Zürich,
Switzerland, May 26–July 30, 1978 and the
Louisiana Museum of Modern Art, Humleback,
Denmark, October 6–November 26, 1978.
**Printer:** Unknown
**Publisher:** Unknown



**II.157–160: SKULLS 1976**

Portfolio of four screenprints on Strathmore Bristol
paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 50, 10 AP, signed and numbered in pencil as
follows: II.157 and II.159–lower left; II.158–lower center;
II.160–signed lower right, numbered lower left.
**Printer:** Gem Screens, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.161    II.162    II.163    II.164

**II.161–164: HAMMER AND SICKLE 1977**
Portfolio of four screenprints on Strathmore Bristol
paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 50, 10 AP, 2 PP, 1 HC, signed and numbered
in pencil lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.165    II.166

II.167    II.168

II.169    II.170



II.171

**II.165–171: HAMMER AND SICKLE
(SPECIAL EDITION) 1977**

Portfolio of seven screenprints on Strathmore Bristol
paper, 30 x 40" (76.2 x 101.6 cm). Based on the print (II.164),
the portfolio illustrates the five separate colors of the
print progression (II.165–II.169) plus one (II.171) with only
the drawing line and one (II.170) with the black separation
in registration with the drawing line.
**Edition:** 10 signed and numbered in pencil lower center,
except II.165 and II.166–lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York





**II.172–177: SEX PARTS 1978**
Portfolio of six screenprints on HMP paper,
31 x 23¼" (78.7 x 59 cm).
**Edition:** 30, 5 AP, 1 PP, signed and numbered
in pencil lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York

**II.178: FELLATIO 1978**
Screenprint on HMP paper, 31 x 23¼" (78.7 x 59 cm).
**Edition:** 30, 4 AP, 1 PP, signed and numbered in pencil
lower right.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York

100



II.179    II.180

II.181    II.182

**II.179-182: MUHAMMAD ALI 1978**

*Portfolio of four screenprints on Strathmore Bristol paper,*
*40 x 30" (101.6 x 76.2 cm).*

**Edition:** 150, 10 AP, 1 PP, signed and numbered in felt pen
lower right, except II.179-lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York

S E C T I O N   I I :   E D I T I O N   P R I N T S



II.183

**II.183: AFTER THE PARTY 1979**
Screenprint on Arches 88 paper, 21½ x 30½"
(54.6 x 77.5 cm). [Not shown to scale.]
**Edition:** 1,000, 30 AP, 3 PP, 10 HC, signed and numbered
in pencil lower right. Included with the Gold Edition
of the 1979 book *Exposures* by Andy Warhol published
by Grosset and Dunlap, Inc., New York.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Grosset and Dunlap, Inc., New York



II.184

**II.184: FIESTA PIG 1979**
Screenprint on Arches 88 paper, 21½ x 30½"
(54.6 x 77.5 cm). [Not shown to scale.]
**Edition:** 200, 10 AP, 5 PP which are proof variations, 1 HC,
signed and numbered in pencil lower right. Commissioned
by the publisher for the readers of *Die Welt*, a German
newspaper.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Axel Springer Verlag, Hamburg, Germany



II.185

**II.185: U.N. STAMP 1979**
Offset lithograph on Rives paper, 8½ x 11"
(21.6 x 27.9 cm); image, 7 x 8½" (17.8 x 21.6 cm).
This philatelic art print has a stamp with a first-day
cover cancellation done to accompany a new issue
of United Nations stamps. [Not shown to scale.]
**Edition:** 1,000 signed in felt pen vertically along
the right margin and numbered in pencil lower center.
There is also a small printed signature lower right;
500 have a U.S. stamp, and 500 have a Swiss stamp.
The illustrated work has a Swiss stamp. Published
to raise funds for the educational programs of the
World Federation of United Nations Associations.
**Printer:** United Nations
**Publisher:** United Nations Disaster Relief Organization



II.186



II.187



II.188



II.189

**II.186–189: GEMS 1978**

Portfolio of four screenprints on Strathmore Bristol paper,
30 x 40" (76.2 x 101.6 cm).

**Edition:** 20, 5 AP, 1 PP, 2 PP numbered in Roman numerals,
signed and numbered in felt pen lower left, except
I.189–lower center. II.186, II.187, II.188 are all unique;
I.189 are all the same. Portfolios are assembled
n mixed variations. (See IIA.186–189, p. 168.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Andy Warhol Enterprises, Inc., New York



II.190    II.191    II.192

II.193    II.194    II.195

**II.190-195: GRAPES 1979**

Portfolio of six screenprints on Strathmore Bristol
paper, 40 x 30" (101.6 x 76.2 cm).
**Edition:** 50, 10 AP, 2 PP, 1 HC, signed and numbered
in felt pen as follows: II.190, II.192,
II.194 – lower right; II.191, II.193, II.195 – lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



**II.190A–195A: GRAPES (SPECIAL EDITION) 1979**

Portfolio of six screenprints on Strathmore Bristol
paper, 40 x 30" (101.6 x 76.2 cm).
**Edition:** 10, 1 PP, signed and numbered in felt pen
as follows: II.190A, II.193A, II.194A – lower right; II.191A,
II.192A, II.195A – lower left. *SE* is marked before each
number – e.g., *SE 1/10, SEPP 1/1.* Each print is unique.
(See IIA.190A–195A, p. 169.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



**II.196: SPACE FRUIT: LEMONS 1978**

Screenprint on Strathmore Bristol paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 10, 1 PP, signed and numbered in felt pen lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



**II.197: SPACE FRUIT: ORANGES 1978**

Screenprint on Strathmore Bristol paper, 30 x 40" (76.2 x 101.6 cm).
**Edition:** 10, 1 PP, signed and numbered in pencil lower left.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol Enterprises, Inc., New York



II.198: CANTALOUPES II



II.199: WATERMELON



II.200: APPLES



II.201: CANTALOUPES I



II.202: PEACHES



II.203: PEARS

**II.198–203: SPACE FRUIT: STILL LIFES 1979**
Portfolio of six screenprints on Lenox Museum Board.
30 x 40" (76.2 x 101.6 cm).
**Edition:** 150, 1 PP on Strathmore Bristol paper, signed and numbered
in felt pen lower left. There are 30 on 4-ply Lenox Museum Board
numbered in Roman numerals, signed and numbered in felt pen as
follows: II.198, II.201, II.202–lower right; II.199, II.200, II.203–lower left.
**Printer:** Rupert Jasen Smith and Joe Grippi, New York
**Publisher:** Grippi/Zivian, Inc., New York



II.204-209

**II.204-209: SHADOWS I 1979**

Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 15, 2 AP, 1 PP, 1 HC, signed and numbered in pen-
cil on verso. Portfolios are assembled in mixed variations.
Each print is unique. (See IIA.204-209, p. 170.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



**II.210-215: SHADOWS II 1979**

Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30 ½" (109.2 x 77.5 cm).
**Edition:** 10, 2 AP, signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations. Each print
is unique. (See IIA.210–215, p. 171.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



**II.216−221: SHADOWS III 1979**

Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 3 signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations.
Each print is unique. (See iIA.216−221, p. 172.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York




II.222-223

**II.222–223: SHADOWS IV 1979**
Portfolio of two screenprints with diamond dust
on Arches 88 paper, 43 x 30 ½" (109.2 x 77.5 cm).
**Edition:** 10 signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations.
Each print is unique. (See IIA.222–223, p. 173.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York




II.224-225

**II.224–225: SHADOWS V 1979**
Portfolio of two screenprints with diamond dust
on Arches 88 paper, 43 x 30 ½" (109.2 x 77.5 cm).
**Edition:** 10, 1 PP, 6 HC, signed and numbered in
pencil on verso. Portfolios are assembled in mixed vari-
ations. Each print is unique. (See IIA.224–225, p. 173.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.226: FRANZ KAFKA

II.227: GERTRUDE STEIN

II.228: MARTIN BUBER

II.229: ALBERT EINSTEIN

**II.226–235: TEN PORTRAITS OF JEWS OF THE
TWENTIETH CENTURY 1980**
Portfolio of ten screenprints on Lenox Museum Board,
40 x 32" (101.6 x 81.3 cm).
**Edition:** 200, 30 AP, 5 PP, 3 EP, 25 TP, signed and numbered in pencil
as follows: *Gertrude Stein, Martin Buber, George Gershwin, Golda Meir,
Sarah Bernhardt, Sigmund Freud*–lower right; *Franz Kafka, Albert Einstein,
Louis Brandeis, The Marx Brothers*–lower left. The TP of *Albert Einstein*
are signed lower right. (See IIB.226–235, pp. 178–80.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York; Jonathan A Editions,
Tel Aviv, Israel



II.230: LOUIS BRANDEIS

II.231: GEORGE GERSHWIN

II.232: THE MARX BROTHERS

II.233: GOLDA MEIR

II.234: SARAH BERNHARDT

II.235: SIGMUND FREUD



11.236



11.237

**11.236: KAREN KAIN 1980**
Screenprint with diamond dust on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 200, 30 AP, 5 PP, 25 TP, signed and
numbered in pencil lower right. The edition
of 200 is also signed in pencil by Karen Kain.
(See IIB.236, p. 181.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** William Hechter, Toronto, Canada

**11.237: KIMIKO 1981**
Screenprint on Stonehenge paper, 36 x 36" (91.4 x 91.4 cm).
**Edition:** 250, 50 AP, signed and numbered in pencil
on verso. Published to raise funds for a Visual Arts
Program sponsoring visiting artists and exhibitions
at Colorado State University, Fort Collins, Colorado.
**Printer:** Licht Editions, Ltd., Denver, Colorado
**Publisher:** Colorado State University, Department
of Art, Fort Collins, Colorado



11.238



11.239

**11.238: MILDRED SCHEEL 1980**
Screenprint with diamond dust on Arches 88
paper, 30 ½ x 21½" (77.5 x 54.6 cm).
**Edition:** 1,000, 5 HC, signed and numbered in pencil lower
right. The prints are also signed in felt pen by Mildred
Scheel, the president of the German Cancer Society.
Published to raise funds for the German Cancer Society.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Deutsche Krebshilfe e.V., Cologne, Germany

**11.239: MILDRED SCHEEL 1980**
Screenprint with diamond dust on Arches 88 paper,
30 ½ x 43" (77.5 x 109.2 cm).
**Edition:** 50 AP, 5 PP which are trial proof variations,
15 TP, signed and numbered in pencil lower right.
(See IIB.239, p. 181.) Published to raise funds for the
German Cancer Society.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Deutsche Krebshilfe e.V., Cologne, Germany



II.240



II.241

## II.240: EDWARD KENNEDY 1980

Screenprint with diamond dust on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 300, 25 AP, 3 PP, 10 HC which are trial proof
variations, 15 TP, 1 TPPP, signed and numbered
in pencil lower right. (See IIB.240, p. 181.)
Published to raise funds for the Edward Kennedy
primary campaign for president.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Kennedy for President Committee,
Washington, D.C.

## II.241: EDWARD KENNEDY
## (DELUXE EDITION) 1980

Screenprint with diamond dust on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 50, 15 AP, 1 PP, signed and numbered
in pencil lower right. *DE* is marked before each num-
ber – e.g., *DE 1/50, DEAP 1/15, DEPP 1/1*. Published
in the portfolio *Artists for Kennedy*, containing
works by twenty-two artists, to raise funds for the
Edward Kennedy primary campaign for president.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Kennedy for President Committee,
Washington, D.C.





II.242: STATE I    II.243: STATE II    II.244: STATE III

**II.242–244: JOSEPH BEUYS 1980/83**

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).
There are three states; states II and III have rayon flock.
**Edition:** 150, 36 AP, 9 PP, 45 individual TP not in portfolios, signed
and numbered in pencil lower right. (See IIB.242–244, p. 182.)
II.242 (state I), 1980: numbered 101/150–150/150, AP 25/36–36/36, PP 7/9–9/9;
II.243 (state II), 1980/83: numbered 51/150–100/150, AP 13/36–24/36, PP 4/9–6/9;
II.244, (state III), 1980/83: numbered 1/150–50/150, AP 1/36–12/36, PP 1/9–3/9.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.245



II.246



II.247

**II.245-247: JOSEPH BEUYS 1980**

Portfolio of three screenprints on Arches Cover Black paper,
44 x 30" (111.8 x 76.2 cm); II.245 and II.247 have diamond dust.
**Edition:** 90, 15 AP, 3 PP, signed and numbered in pencil lower right;
one HC, 30 x 44" (76.2 x 111.8 cm), is a trial proof variation. There
are a total of 13 individual TP not in portfolios numbered *TP 1/3-3/3*
and *TP 1/10-10/10* signed and numbered in pencil lower right.
(See IIB.245-247, p. 182.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.248

II.249

**II.248–252: SHOES (DELUXE EDITION) 1980**

Portfolio of five screenprints with diamond dust on Arches
Aquarelle (Cold.Pressed) paper, 40¼ x 59½" (102.2 x 151.1 cm).
**Edition:** 10, 1 PP, signed and numbered in pencil on verso.
*DE* is marked after each number – e.g., *1/10 DE, PP 1/1 DE.*
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.250



II.251



II.252



II.253



II.254

**II.253–257: SHOES 1980**

Portfolio of five screenprints with diamond dust on Arches
Aquarelle (Cold Pressed) paper, 40¼ x 59½" (102.2 x 151.1 cm).
**Edition:** 60, 10 AP, 2 PP, signed and numbered in pencil on verso.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.255



II.256



II.257



II.258: THE STAR

II.259: UNCLE SAM





II.260: SUPERMAN

II.261: THE WITCH

**II.258–267: MYTHS 1981**

Portfolio of ten screenprints on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm).

**Edition:** 200, 30 AP, 5 PP, 5 EP, signed and numbered in pencil as follows: *The Star, The Witch, Howdy Doody*–verso; *Uncle Sam, Superman, Mammy, Dracula, Santa Claus, The Shadow*–lower right; *Mickey Mouse*–lower left. There are the following HC signed and numbered in pencil the same as above: *The Star, HC 1/4–4/4; Uncle Sam, HC 1/1; Superman, HC 1/12–12/12; The Witch, HC 1/10–10/10; Mammy, HC 1/4–4/4; Howdy Doody, HC 1/3–3/3; Dracula, HC 1/1; Mickey Mouse, HC 1/4–4/4; Santa Claus, HC 1/1; The Shadow, HC 1/1*; some of these are trial proof variations. There are 30 TP signed and numbered in pencil lower left, except *Dracula* and *The Shadow*–lower center. All regular edition prints have diamond dust, except *Dracula;* most TP have diamond dust. (See II8.258–267, pp. 183–85.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Ronald Feldman Fine Arts, inc., New York



II.262: MAMMY

II.263: HOWDY DOODY

II.264: DRACULA

II.265: MICKEY MOUSE

II.266: SANTA CLAUS

II.267: THE SHADOW



**II.268: JANE FONDA 1982**
Screenprint on Lenox Museum Board,
39½ x 31½" (100.3 x 80 cm).
**Edition:** 100, 25 AP, 3 PP, 25 TP, signed and
numbered in pencil lower left; some TP have
diamond dust. Some prints are also signed by
Jane Fonda. (See IIB.268, p. 186.) Published to
raise funds for the Tom Hayden campaign for
California state assemblyman.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Friends of Tom Hayden,
Santa Monica, California



**II.269: DOUBLE MICKEY MOUSE 1981**
Screenprint on Arches 88 paper, 30½ x 43" (77.5 x 109.2 cm).
**Edition:** 25 signed and numbered in pencil on verso; some have
diamond dust. Each print is unique. (See IIA.269, p. 174.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



**II.269A: THE SHADOW 1981**
Screenprint on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm).
**Edition:** 32 signed and numbered in pencil on verso by the
executor of The Estate of Andy Warhol on a stamped certificate
of authenticity; some have diamond dust. Each print is unique.
(See IIA.269A, p. 174.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



II.270



II.271



II.272



II.273

### II.270–273: GOETHE 1982

Portfolio of four screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).

Edition: 100, 5 PP, 2 EP, 6 HC (three of which are numbered in
Roman numerals), signed and numbered in pencil lower right,
except II.272–lower left. There are 22 AP signed and numbered
in pencil lower right and 15 TP signed and numbered in pencil
lower left. (See IIB.270–273, p. 187.)

Printer: Rupert Jasen Smith, New York

Publisher: Editions Schellmann & Klüser, Munich, Germany/
New York; Denise René/Hans Mayer, Düsseldorf, Germany

  

II.274–279

  

**II.274–279: $ (1) 1982**

Portfolio of six screenprints on Lenox Museum
Board, 19 ¾ x 15 ⅝" (50.2 x 39.7 cm).
**Edition:** 60, 10 AP, 3 PP, 15 TP, signed and
numbered in pencil. Portfolios are assembled
in mixed variations. Each print is unique.
(See IIA.274–279, p. 175.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.280

**II.280: $ (1) 1982**

Screenprint on Lenox Museum Board,
20 x 16" (50.8 x 40.6 cm).
**Edition:** 25 signed and numbered in pencil.
Each print is unique. (See IIA.280, p. 175.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York

 

II.281–282

**II.281–282: $ (4) 1982**

Portfolio of two screenprints on Lenox Museum
Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 35, 10 AP, 2 PP, signed and numbered in
pencil. Portfolios are assembled in mixed variations.
Each print is unique. (See IIA.281–282, p. 176.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York




II.283–284

**II.283–284: $ (QUADRANT) 1982**
Portfolio of two screenprints on Lenox
Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 60, 10 AP, 3 PP, signed and
numbered in pencil. Each print is unique.
(See IIA.283–284, p. 176.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York




II.285–286

**II.285–286: $ (9) 1982**
Portfolio of two screenprints on Lenox
Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 35, 10 AP, 2 PP, signed and
numbered in pencil. Portfolios are assembled
in mixed variations. Each print is unique.
(See IIA.285–286, p. 177.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.287

**II.287: ERIC EMERSON (CHELSEA GIRLS) 1982**
Screenprint on Somerset Satin White paper,
30 x 22" (76.2 x 55.9 cm); image, 19 x 13" (48.3 x 33 cm).
[Not shown to scale.]
**Edition:** 75, 13 AP, 24 HC, signed and numbered in pencil
lower right. Published in *A Portfolio of Thirteen Prints*,
containing works by thirteen artists, to commemorate the
conversion of New York City's Second Avenue Court House
into the new home of Anthology Film Archives, the first
museum dedicated to avant-garde film and video.
**Printer:** Porter-Wiener Studio, New York
**Publisher:** Anthology Film Archives, New York



II.288

**II.288: WATERCOLOR PAINT KIT WITH BRUSHES 1982**
Offset lithograph on Carnival Felt Cover, 9 x 12"
(22.9 x 30.5 cm). [Not shown to scale.]
**Edition:** 500, 75 AP, 5 PP, signed in felt pen lower right
and numbered in pencil lower left. Published to raise funds
for the New York Association for the Blind.
**Printer:** Kordett Color Graphics and Rupert Jasen Smith,
New York
**Publisher:** The New York Association for the Blind



II.289

**II.289: COMMITTEE 2000 1982**
Screenprint on Lenox Museum Board, 30 x 20"
(76.2 x 50.8 cm). [Not shown to scale.]
**Edition:** 2,000, 200 AP, 25 PP, 50 HC, 5 TP which are the
same as the edition, signed and numbered in pencil low
right. Published to raise funds for the Committee 2000
which works on projects to commemorate the year 200
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Committee 2000, Munich, Germany



II.290

### II.290: BROOKLYN BRIDGE 1983

Screenprint on Lenox Museum Board, 39¼ x 39¼" (99.7 x 99.7 cm).
**Edition:** 200, 20 AP, 5 PP, 10 HC, signed vertically in pencil and numbered in pencil lower left; prints numbered *176/200 – 200/200* signed horizontally in pencil lower left. There are 25 TP signed and numbered in pencil lower left. (See IIB.290, p. 188.) Published to commemorate the 100th anniversary of the Brooklyn Bridge.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** The 1983 Brooklyn Bridge Centennial Commission, Inc., New York



II.291



II.292

### II.291–292: ALEXANDER THE GREAT 1982

Portfolio of two screenprints on Lenox Museum Board, 39½ x 39½" (100.3 x 100.3 cm).
**Edition:** 25, 5 AP, 1 PP, signed and numbered in pencil lower right. There are the following individual TP not in portfolios signed and numbered in pencil lower right: 65 TP, 40 x 40" (101.6 x 101.6 cm); 15 TP, 39½ x 39½" (100.3 x 100.3 cm); 8 TP numbered in Roman numerals, 40 x 32" (101.6 x 81.3 cm); 5 TPAP, 40 x 40" (101.6 x 101.6 cm). (See IIB.291–292, p. 188.) Published in cooperation with the Hellenic Heritage Foundation to coincide with "The Search for Alexander" exhibition at the Metropolitan Museum of Art, New York, October 27, 1982–January 3, 1983.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Alexander Iolas, New York



**II.293: AFRICAN ELEPHANT**



**II.294: PINE BARRENS TREE FROG**



**II.295: GIANT PANDA**



**II.296: BALD EAGLE**

**II.293–302: ENDANGERED SPECIES 1983**

Portfolio of ten screenprints on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm).
**Edition:** 150, 30 AP, 5 PP, 5 EP, 3 HC, 10 numbered in Roman numerals, 1 BAT,
30 TP, signed and numbered in pencil as follows: *African Elephant, San
Francisco Silverspot, Orangutan*–lower right; *Pine Barrens Tree Frog, Giant
Panda, Bald Eagle, Siberian Tiger, Black Rhinoceros*–lower left; *Grevy's Zebra,
Bighorn Ram*–lower center. The TP of *Grevy's Zebra* are signed and numbered
in pencil lower left; *Giant Panda*–lower right; *San Francisco Silverspot*–verso.
(See IIB.293–302, pp. 189–91.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York