

297: SIBERIAN TIGER



II.298: SAN FRANCISCO SILVERSPOT



299: ORANGUTAN



II.300: GREVY'S ZEBRA



:01: BLACK RHINOCEROS

II.302: BIGHORN RAM



II.303

**II.303: SPEED SKATER 1983**

Screenprint on Arches 88 paper, 33 ½ x 25 ½" (85.1 x 64.8 cm).
**Edition:** 150, 10 AP, 2 PP, signed and numbered in Roman numerals in pencil lower right.
There is a Deluxe Edition on Arches Aquarelle (Cold Pressed) paper, 33 ¾ x 24 ⅛" (84.8 x 61.3 cm).
**Deluxe Edition:** 50, 10 AP, 2 PP, signed and numbered in pencil lower right. There are the following TP for both editions signed and numbered in pencil lower right: 15 TP on Arches Aquarelle (Cold Pressed) paper and Arches 88 paper, 34 ⅛ x 24 ½" (86.7 x 62.2 cm); 15 TP lettered *TP A/0−0/0* on Arches Aquarelle (Cold Pressed) paper and Arches 88 paper, 40 ⅛ x 26" (103.2 x 66 cm); 6 TP numbered in Roman numerals on Arches 88 paper, 40 ⅛ x 29 ¼" (103.2 x 74.3 cm). (See IIB.303, p. 192.) Published in the portfolio *Art and Sports*, containing works by seventeen artists, the official art portfolio of the XIV Olympic Winter Games in Sarajevo, Yugoslavia.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Visconti Art Spectrum, Vienna, Austria



II.304

**II.304: SIDEWALK 1983**

Screenprint on Dutch Etching paper, 29 x 42" (73.7 x 106.7 cm).
**Edition:** 250, 30 AP, 6 PP, 15 HC, 45 TP, 3 TPPP, signed and numbered in pencil lower left. The TP and TPPP prints are on Dutch Etching paper, 30 x 44 ½" (76.2 x 113 cm). Some TP have diamond dust and are signed and numbered in pencil on verso. (See IIB.304, p. 192.)
Published in the portfolio *Eight by Eight to Celebrate the Temporary Contemporary*, containing works by eight artists, to raise funds for this new museum in Los Angeles, California.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** The Museum of Contemporary Art, Los Angeles, Californ



II.304A

## II.304A: MAGAZINE AND HISTORY 1983

Screenprint and offset lithograph on Rives paper, 33½ x 27½" (85.1 x 69.8 cm).
**Edition:** 500, approximately 8 HC, signed in pencil lower right and numbered
in pencil lower left. Published as a corporate gift.
**Printer:** Dr. Cantz'sche Druckerei and Frank Kicherer, Stuttgart, Germany
**Publisher:** Burda Verlag, Munich, Germany



II.305



II.306

## II.305: GRACE KELLY 1984

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 225, 30 AP, 8 PP, 2 HC, 50 numbered in Roman numerals,
20 TP, signed and numbered in pencil lower right. (See IIB.305,
p. 193.) Published to raise funds for the Institute of Contemporary
Art in Philadelphia, Pennsylvania.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Institute of Contemporary Art, University of
Pennsylvania, Philadelphia, Pennsylvania, with the consent
of the Princess Grace Foundation (USA), New York

## II.306: WAYNE GRETZKY #99 1984

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).
**Edition:** 300, 50 AP, 6 PP which are trial proof variations, signed
and numbered in pencil lower left. Some prints are also signed
by Wayne Gretzky. There are 46 TP signed and numbered in pencil
on verso by the executor of The Estate of Andy Warhol on
a stamped certificate of authenticity. (See IIB.306, p. 193.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Frans Wynans, Vancouver, Canada

  

II.307            II.308            II.309

## II.307-309: KIKU 1983

Portfolio of three screenprints on Rives BFK paper, 19⅛ x 26"
(49.8 x 66 cm). [Not shown to scale.]
**Edition:** 300, 30 AP, 3 PP, 5 EP, signed and numbered in pencil lower left,
except II.309 signed in pencil lower right and numbered in pencil lower
left. There are 18 HC for II.307 signed and numbered in pencil lower left;
15 HC for II.308 signed and numbered in pencil lower left; and 17 HC for
II.309 signed in pencil lower left and lower right and numbered lower left.
**Printer:** Rupert Jasen Smith, New York; Ryoichi Ishida, Tokyo, Japan
**Publisher:** Gendai Hanga Center, Tokyo, Japan

  

II.310            II.311            II.312

## II.310-312: LOVE 1983

Portfolio of three screenprints on Rives BFK paper, 26 x 19¼"
(66 x 49.8 cm). [Not shown to scale.]
**Edition:** 100, 10 AP, 2 PP, 5 EP, signed and numbered in pencil lower left.
There are 16 HC for II.310, 7 HC for II.311, 17 HC for II.312 signed and numbered
in pencil lower left.
**Printer:** Rupert Jasen Smith, New York; Ryoichi Ishida, Tokyo, Japan
**Publisher:** Form K. K., Tokyo, Japan



I.313: HERSELF



II.314: THE NUN



.315: WITH HAT

.313–315: INGRID BERGMAN 1983

ortfolio of three screenprints on Lenox Museum Board,
3 x 38" (96.5 x 96.5 cm).

lition: 250, 20 AP, 5 PP, 30 HC, 30 TP, signed and
imbered in pencil lower right. (See IIB.313–315, p. 194.)

inter: Rupert Jasen Smith, New York

iblisher: Galerie Börjeson, Malmö, Sweden



II.316A

**II.316A: DETAILS OF RENAISSANCE PAINTINGS
(PIERO DELLA FRANCESCA, *MADONNA DEL DUCA
DA MONTEFELTRO*, CIRCA 1472) 1984**
Screenprint on Arches Aquarelle (Cold Pressed) paper, 32 x 44"
(81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 36 TP signed and numbered in pencil lower left.
Each print is unique. (See II.316–319.) (See IIB.316A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.316



II.317



II.318



II.319

**II.316–319: DETAILS OF RENAISSANCE PAINTINGS
(SANDRO BOTTICELLI, *BIRTH OF VENUS*, 1482) 1984**
Portfolio of four screenprints on Arches Aquarelle (Cold Pressed) paper,
32 x 44" (81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 70, 18 AP, 5 PP, 5 HC, signed and numbered in pencil lower left.
There are 36 TP portfolios, signed and numbered in pencil lower left,
containing II.316A and one image from each of the *Details* portfolios
(II.316–319, II.320–323, II.324–327). There are several TP of *Birth of Venus*
on Arches 88 paper, 29½ x 41" (74.9 x 104.1 cm). (See IIB.316A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany / New York



II.320



II.321



II.322



II.323

**II.320–323: DETAILS OF RENAISSANCE PAINTINGS
(LEONARDO DA VINCI, *THE ANNUNCIATION*, 1472) 1984**

Portfolio of four screenprints on Arches Aquarelle (Cold Pressed) paper,
32 x 44" (81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 60, 15 AP, 5 PP, 4 HC, signed and numbered in pencil lower left.
There are 36 TP portfolios as described in II.316–319. (See IIB.316A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York

ANDY WARHOL PRINTS


II.324


II.325


II.326


II.327

**II.324–327: DETAILS OF RENAISSANCE PAINTINGS
(PAOLO UCCELLO, *ST. GEORGE AND THE DRAGON*, 1460) 1984**
Portfolio of four screenprints on Arches Aquarelle (Cold Pressed) paper,
32 x 44" (81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm).
**Edition:** 50, 12 AP, 5 PP, 4 HC, signed and numbered in pencil lower left.
There are 36 TP portfolios as described in II.316–319. (See IIB.316A–327, p. 195.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann & Klüser, Munich, Germany/New York



II.328



II.329

**II.328: FREDERICK WEISMAN 1984**
Screenprint on Arches Aquarelle paper,
44 x 28¾" (111.8 x 73 cm).
**Edition:** 24 signed and numbered in pencil lower
right. The prints, divided into four editions, have
different halftones; they are numbered as follow
1/12–12/12 (black halftone), 1/4–4/4 (dark meta
lic green halftone), 1/4–4/4 (purple halftone),
1/4–4/4 (ultra-blue halftone).
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York

**II.329: VIEWPOINT 1984**
Lithograph on Arches paper,
40 x 30" (101.6 x 76.2 cm).
**Edition:** 21 signed in pencil lower right
and numbered in pencil lower left.
**Printer:** Atelier Ettinger, New York
**Publisher:** Trans Atlantic Consultants, Inc.,
New York



II.329A

**II.329A: JEAN COCTEAU 1985**
Screenprint on paper, 38½ x 32" (97.8 x 81.3 cm).
**Edition:** 250 signed in pencil lower right and
numbered in pencil lower left. Commissioned
to commemorate the opening of The Severin
Wunderman Foundation in Irvine, California,
dedicated to the collection of Jean Cocteau
memorabilia.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York

   

II.330      II.331      II.332      II.333

**II.330–333: SAINT APOLLONIA 1984**

Portfolio of four screenprints on Essex Offset Kid
Finish paper, 30 x 22" (76.2 x 55.9 cm).
**Edition:** 250, 35 AP, 8 PP, 80 individual TP not in portfolios,
20 individual TP not in portfolios numbered in Roman numerals,
signed and numbered in pencil lower left. The prints *TP 1/80–
29/80* are on Arches 88 paper with the image reversed, 43 x 30½"
(109.2 x 77.5 cm), image, 30 x 22" (76.2 x 55.9 cm); *TP 30/80–
80/80* and *TP I/XX–XX/XX* are on Essex Offset Kid Finish paper,
35 x 23" (88.9 x 58.4 cm); image, 30 x 22" (76.2 x 55.9 cm).
(See IIB.330–333, p. 196.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Dr. Frank Braun, Düsseldorf, Germany



**II.334: QUEEN ELIZABETH II OF THE UNITED KINGDOM**



II.335



II.336



II.337

THIS SPREAD AND FOLLOWING SPREAD

**II.334–349: REIGNING QUEENS 1985**

Portfolio of sixteen screenprints on Lenox Museum Board, 39 ⅜ x 31½" (100 x 80 cm).

**Edition:** 40, 10 AP, 5 PP, 3 HC, 30 TP containing only one image of each queen, signed and numbered in pencil as follows: *Queen Elizabeth II, Queen Beatrix*–lower right; *Queen Margrethe II, Queen Ntombi Twala*–lower left. The color block screen placement of the AP of *Queen Beatrix* (II.338, II.340, II.341) differs from the other edition prints. (See IIB.334–349, p. 197.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** George C. P. Mulder, Amsterdam, The Netherlands



II.338: QUEEN BEATRIX OF THE NETHERLANDS



II.339



II.340



II.341

NOT ILLUSTRATED

**II.334A–349A: REIGNING QUEENS (ROYAL EDITION) 1985**

Portfolio of sixteen screenprints on Lenox Museum Board with diamond dust, 39¼" x 31½" (100 x 80 cm).
**Edition:** 30, 5 AP, 2 PP, 2 HC, signed and numbered in pencil as follows: *Queen Elizabeth II, Queen Beatrix*–lower right; *Queen Margrethe II, Queen Ntombi Twala*–lower left. *R* is marked before each number–e.g., *R* 1/30, RAP 1/5, RPP 1/2, RHC 1/2. The color block screen placement of the AP of *Queen Beatrix* II.338, II.340, II.341) differs from the other edition prints.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** George C. P. Mulder, Amsterdam, The Netherlands







II.342: QUEEN MARGRETHE II OF DENMARK

II.343





II.344

II.345



I.346: QUEEN NTOMBI TWALA OF SWAZILAND



II.347



.348



II.349



II.350: MOBIL



II.351: BLACKGLAMA (JUDY GARLAND)



II.352: PARAMOUNT



II.353: LIFE SAVERS

**II.350–359: ADS 1985**
Portfolio of ten screenprints on Lenox Museum Board, 38 x 38"
(96.5 x 96.5 cm).
**Edition:** 190, 30 AP, 5 PP, 5 EP, 10 HC, 10 numbered in Roman numerals,
1 BAT, 30 TP, signed and numbered in pencil as follows: *Rebel Without
a Cause (James Dean), Van Heusen (Ronald Reagan), Volkswagen,
Apple*—lower right; *Mobil, Blackglama (Judy Garland), Paramount, Life
Savers, Chanel, The New Spirit (Donald Duck)*—lower left. (See IIB.350–
359, pp. 198–200.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York

ANDY WARHOL PRINT



II.354: CHANEL



II.355: REBEL WITHOUT A CAUSE (JAMES DEAN)



II.356: VAN HEUSEN (RONALD REAGAN)



II.357: THE NEW SPIRIT (DONALD DUCK)



I.358: VOLKSWAGEN



II.359: APPLE



**II.360: ANNIVERSARY DONALD DUCK 1985**
Screenprint on Arches 88 paper, 30½ x 43" (77.5 x 109.2 cm).
**Edition:** 30 signed and numbered in pencil lower left.
Each print is unique. (See IIA.360, p. 177.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



**II.360A: TURTLE 1985**
Screenprint on Lenox Museum Board, 31½ x 39¾" (80 x 100 cm).
**Edition:** 250, 50 AP, 10 PP, 2 BAT, 10 TP, signed and numbered
in pencil lower right. (See IIB.360A, p. 201.) Published to coincide
with the 1985 film *Turtle Diary* written by Harold Pinter.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** CBS, Inc., Los Angeles, California



**II.360B: PETE ROSE 1985**
Screenprint on Lenox Museum Board, 39¾ x 31½" (100 x 80 cm).
**Edition:** 50, 14 AP numbered in Roman numerals, 8 PP, 30 TP, 4 Progressive
Proofs, 1 Final Proof/Right to Print, signed and numbered in pencil lower right.
(See IIB.360B, p. 201.) Published by the Cincinnati Art Museum through Carl
Solway Gallery, Inc., in Cincinnati, Ohio, with the authorization of Pete Rose
Enterprises, Inc., to raise funds for the museum.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Cincinnati Art Museum, Cincinnati, Ohio



II.361



II.362



II.363



II.364

**II.361–364: COLOGNE CATHEDRAL 1985**

Portfolio of four screenprints with diamond dust on
Lenox Museum Board, 39⅜ x 31½" (100 x 80 cm).
Edition: 60, 15 AP, 6 PP, 15 HC, signed in pencil vertically lower
right and numbered in pencil lower right. There are 80 individual
TP not in portfolios signed in pencil vertically lower right and
unnumbered. (See IIB.361–364, p. 201.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Hermann Wünsche, Bonn, Germany



II.365



II.366

**II.365: VESUVIUS 1985**

Screenprint on Arches 88 paper, 31½ x 39¾" (80 x 100 cm).
**Edition:** 250, 50 AP, 10 PP, signed and numbered in pencil
lower right. There are 57 TP signed in pencil lower right
and unnumbered. (See IIB.365, p. 202.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Fondazione Amelio, Naples, Italy

**II.366: FROLUNDA HOCKEY PLAYER 1986**

Screenprint on Lenox Museum Board,
39⅜ x 31½" (100 x 80 cm).
**Edition:** 100, 20 AP, 5 PP, signed and numbered
in pencil lower left. There are 14 TP numbered as
follows: *TP 1/14–3/14*, 39⅜ x 39⅜" (100 x 100 cm);
*TP 4/14–14/14*, 39⅜ x 31½" (100 x 80 cm). They
are signed and numbered in pencil on verso by
the executor of The Estate of Andy Warhol on a
stamped certificate of authenticity. *TP 1/14–3/14*
also have a stamped Warhol signature on verso.
(See IIB.366, p. 202.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Art Now Gallery, Göteborg, Sweden



II.367



II.368



II.369



II.370

**II.367-370: TRUCK 1985**

Portfolio of four screenprints on Lenox Museum Board,
39¼ x 39¼" (100 x 100 cm).
**Edition:** 60, 15 AP, 10 PP, 15 HC, 5 numbered in Roman numerals,
signed and numbered in pencil lower right. There are the following
73 individual TP not in portfolios signed in pencil lower right and
unnumbered: 30 TP, 40¼ x 40¼" (100.2 x 100.2 cm); 30 TP, 39¼ x
39¼" (100 x 100 cm); 13 TP, 32 x 40" (81.3 x 101.6 cm). (See IIB.367-
370, p. 202.) Published in cooperation with the Bundesverband des
Deutschen Güterfernverkehrs to commemorate the XXth World
Congress of the International Road Transport Union.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Hermann Wünsche, Bonn, Germany



II.371



II.372

**II.371: JOSEPH BEUYS IN MEMORIAM 1986**
Screenprint on Arches 88 paper, 32 x 24" (81.3 x 61 cm).
**Edition:** 90, 20 AP, 5 PP, 5 HC, 30 numbered in Roman
numerals, signed and numbered in pencil lower left.
There are 26 TP signed in pencil and unnumbered;
some are on Arches 88 paper, 41 x 29½" (104.1 x 74.9
cm). (See IIB.371, p. 203.) Published in the portfolio
*for Joseph Beuys*, containing works by thirty artists,
as a *hommage* to Joseph Beuys after his death in 1986.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Galerie Bernd Klüser, Munich, Germany;
Editions Schellmann, Munich, Germany/New York

**II.372: NEUSCHWANSTEIN 1987**
Screenprint on Arches 88 paper, 33½ x 23⅝"
(85.1 x 60 cm).
**Edition:** 100, 25 AP, 5 PP, 10 HC, signed and numbered
in pencil lower left. There are 25 TP signed in pencil
lower left and unnumbered on Arches 88 paper,
43 x 30½" (109.2 x 77.5 cm). (See IIB.372, p. 203.) Pub-
lished to commemorate the 100th anniversary of the
Bavarian Reinsurance Company, Munich, Germany.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Editions Schellmann, Munich,
Germany/New York; Sabine Knust, Munich, Germany



II.373: WAR BONNET INDIAN



II.374: BUFFALO NICKEL



II.375: ACTION PICTURE



II.376: SITTING BULL

**II.373-376: COWBOYS AND INDIANS 1986**

Screenprints on Lenox Museum Board, 36 x 36" (91.4 x 91.4 cm).
**Edition:** 36 TP of each print signed and numbered in pencil
as follows: *War Bonnet Indian, Action Picture*-lower left;
*Buffalo Nickel, Sitting Bull*-lower right. Each print is unique.
(See II.377-386.) (See IIB.373-386, pp. 204-07.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Gaultney, Klineman Art, Inc., New York

SECTION II: EDITION PRINTS



II.377: JOHN WAYNE



II.378: ANNIE OAKLEY



II.379: GENERAL CUSTER

II.380: NORTHWEST COAST MASK

### II.377–386: COWBOYS AND INDIANS 1986

Portfolio of ten screenprints on Lenox Museum Board, 36 x 36"
(91.4 x 91.4 cm).

**Edition:** 250, 50 AP, 15 PP, 15 HC, 10 numbered in Roman numerals, signed and numbered in pencil as follows: *Annie Oakley, General Custer, Kachina Dolls, Plains Indian Shield, Mother and Child, Geronimo, Indian Head Nickel*–lower left; *John Wayne, Northwest Coast Mask, Teddy Roosevelt*–lower right. Some *John Wayne* prints are unique and dated and marked *unique* on verso. There are 36 TP, signed and numbered in pencil, containing the following four additional prints: *War Bonnet Indian, Buffalo Nickel, Action Picture,* and *Sitting Bull.* (See II.373–376.) The TP of *Kachina Dolls* are signed and numbered in pencil lower right. (See IIB.373–386, pp. 204–07.)

**Printer:** Rupert Jasen Smith, New York
**Publisher:** Gaultney, Klineman Art, Inc., New York



II.381: KACHINA DOLLS

II.382: PLAINS INDIAN SHIELD

II.383: MOTHER AND CHILD

II.384: GERONIMO

II.385: INDIAN HEAD NICKEL

II.386: TEDDY ROOSEVELT



II.387: SATYRIC FESTIVAL SONG



II.388: LAMENTATION



II.389: LETTER TO THE WORLD (THE KICK)

**II.387–389: MARTHA GRAHAM 1986**
Portfolio of three screenprints on Lenox Museum Board,
36 x 36" (91.4 x 91.4 cm).
**Edition:** 100, 25 AP, 5 PP, 10 HC, 25 numbered in Roman numer-
als, signed and numbered in pencil on verso. Published to
commemorate the sixtieth anniversary of the Martha Graham
Center of Contemporary Dance, Inc., New York.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Martha Graham Center of Contemporary Dance, Inc.,
New York



II.390

II.391

II.392

II.393

**II.390–393: BEETHOVEN 1987**

Portfolio of four screenprints on Lenox Museum Board, 40 x 40" (101.6 x 101.6 cm).

**Edition:** 60, 15 AP, 10 PP, 20 numbered in Roman numerals, 72 individual TP not in portfolios, numbered in pencil and signed in pencil on verso by the executor of The Estate of Andy Warhol, the publisher, and the printer on a stamped certificate of authenticity. (See IIB.390–393, p. 208.)

**Printer:** Rupert Jasen Smith, New York

**Publisher:** Hermann Wünsche, Bonn, Germany



11.394



11.395



11.396



11.397

**11.394–397: HANS CHRISTIAN ANDERSEN 1987**
Portfolio of four screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 25, 8 AP, 3 PP, 5 HC, numbered in pencil and signed
in pencil on verso by the executor of The Estate of Andy Warhol,
the publisher, and the printer on a stamped certificate of
authenticity. There are 36 TP for 11.394–397 and 11.398–401
signed and numbered in pencil as noted above. (See 11B.394–397,
11B.398–401, p. 209.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Art Expo Danmark, Odense, Denmark



11.398



11.399



11.400



11.401

**11.398–401: HANS CHRISTIAN ANDERSEN 1987**
Portfolio of four screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 25, 8 AP, 3 PP, 5 HC, numbered in pencil and signed
in pencil on verso by the executor of The Estate of Andy Warhol,
the publisher, and the printer on a stamped certificate of
authenticity. There are 36 TP for 11.394–397 and 11.398–401
signed and numbered in pencil as noted above. (See IIB.394–397,
IIB.398–401, p. 209.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Art Expo Danmark, Odense, Denmark



II.402



II.403

**II.402: LENIN 1987**

Screenprint on Arches 88 paper, 39 ¾ x 29 ½ "
(100 x 74.9 cm).
**Edition:** 120, 24 AP, 6 PP, 10 HC, signed and num-
bered in pencil lower left. There are 46 TP for
II.402 and II.403 signed and numbered in pencil
lower left. (See IIB.402, IIB.403, p. 210.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Galerie Bernd Klüser, Munich, Germany

**II.403: RED LENIN 1987**

Screenprint on Arches 88 paper, 39 ¾ x 29 ½"
(100 x 74.9 cm).
**Edition:** 120, 24 AP, 6 PP, 10 HC, numbered in pencil
and signed in pencil on verso by the executor of
The Estate of Andy Warhol on a stamped certificate
of authenticity. There are 46 TP for II.402 and
II.403 signed and numbered in pencil lower left.
(See IIB.402, IIB.403, p. 210.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York





II.404

II.405

**II.404–405: MOONWALK 1987**

Portfolio of two screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 160, 31 AP, 5 PP, 5 EP, 66 individual TP not in portfolios,
signed with a printed signature and numbered in pencil lower
right. The prints are also numbered in pencil and signed in
pencil on verso by the executor of The Estate of Andy Warhol,
the publisher, and the printer on a stamped certificate of
authenticity. (See IIB.404–405, p. 210.)
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Ronald Feldman Fine Arts, Inc., New York



**II.406 – 413: CAMOUFLAGE 1987**
Portfolio of eight screenprints on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 80, 3 PP, 1 EP, 84 individual TP not in portfolios, signed
and numbered in pencil on verso by the executor of The Estate
of Andy Warhol on a stamped certificate of authenticity.
(See IIB.406 – 413, p. 210.) The colors are not accurately
reproduced since they are fluorescent.
**Printer:** Rupert Jasen Smith, New York
**Publisher:** Andy Warhol, New York



II.410    II.411
II.412    II.413

# UNIQUE EDITION PRINTS



**IIA.2: $1.57 GIANT SIZE 1963**
Screenprint on coated record cover stock,
12¼ x 12¼" (31.1 x 31.1 cm). [Not shown to scale.]
**Edition:** 75 signed and numbered in pen on verso;
10 HC, signed in pen on verso, marked *HC* and
unnumbered. Each print is unique. (See II.2, p. 58.)



**IIA.89: MAO 1973**
Xerox print on typewriter paper,
11 x 8½" (27.9 x 21.6 cm). [Not shown to scale.]
**Edition:** 300, 25 AP, 31 PP, 6 HC, signed and numbered in ball-
point pen on verso. Each print is unique. (See II.89, p. 80.)



IIA.85–88 19/40

IIA.85–88 20/40

**IIA.85–88: SUNSET 1972**

Screenprint on paper, 34 x 34" (86.4 x 86.4 cm).
**Edition:** 632 prints divided as follows: 40 portfolios containing
four prints each, signed and numbered in pencil on verso; 472 prints,
signed, numbered 1/470–470/470, and dated in pencil on verso,
and two are marked *HC*; they are stamped in black on verso *Hotel
Marquette Prints*. Each print is unique. (See II.85–88, p. 81.)



IIA.110 AP 38/50

IIA.111 AP 38/50

IIA.112 AP 38/50

IIA.113 AP 38/50

IIA.114 AP 38/50

IIA.115 AP 38/50

IIA.116 AP 38/50

IIA.117 AP 38/50

IIA.118 AP 38/50

IIA.119 AP 38/50

**IIA.110–119: FLOWERS (HAND-COLORED) 1974**

Portfolio of ten screenprints hand-colored with Dr. Martin's
analine watercolor dyes on Arches paper and J. Green paper,
40¼ x 27¼" (103.8 x 69.2 cm). Some portfolios are assembled
with both types of paper.
**Edition:** 250, 50 AP, signed, numbered, and dated '74 in pencil
on verso, initialled in pencil lower right. Each print is unique.
(See II.110–119, pp. 86–87.)



IIA.110 AP 39/50

IIA.111 AP 39/50

IIA.112 AP 39/50

IIA.113 AP 39/50

IIA.114 AP 39/50

IIA.115 AP 39/50

IIA.116 AP 39/50

IIA.117 AP 39/50

IIA.118 AP 39/50

IIA.119 AP 39/50

SECTION IIA: UNIQUE EDITION PRINTS



IIA.186 14/20

IIA.187 14/20

IIA.188 14/20

IIA.189 14/20

IIA.186 AP 5/5

IIA.187 AP 5/5

IIA.188 AP 5/5

IIA.189 AP 5/5

**IIA.186–189: GEMS 1978**

Portfolio of four screenprints on Strathmore Bristol paper,
30 x 40" (76.2 x 101.6 cm).
**Edition:** 20, 5 AP, 1 PP, 2 PP numbered in Roman numerals,
signed and numbered in felt pen lower left, except IIA.189–
lower center. Prints IIA.186, IIA.187, IIA.188 are all unique;
IIA.189 are all the same. Portfolios are assembled in mixed
variations. (See II.186–189, p. 103.)



IIA.190A SE 2/10  IIA.191A SE 2/10  IIA.190A SE 5/10  IIA.191A SE 5/10

IIA.192A SE 2/10  IIA.193A SE 2/10  IIA.192A SE 5/10  IIA.193A SE 5/10

IIA.194A SE 2/10  IIA.195A SE 2/10  IIA.194A SE 5/10  IIA.195A SE 5/10

**IIA.190A-195A: GRAPES (SPECIAL EDITION) 1979**
*Portfolio of six screenprints on Strathmore Bristol paper,*
*40 x 30" (101.6 x 76.2 cm).*
**Edition:** 10, 1 PP, signed and numbered in felt pen as follows:
IIA.190A, IIA.193A, IIA.194A—lower right; IIA.191A, IIA.192A, II.195A—
lower left. *SE* is marked before each number—e.g., *SE 1/10, SEPP 1/1.*
Each print is unique. (See II.190A-195A, p. 105.)



IIA.204-209 12/15

IIA.204-209 15/15

**IIA.204-209: SHADOWS I 1979**

Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 15, 2 AP, 1 PP, 1 HC, signed and numbered
in pencil on verso. Portfolios are assembled in mixed
variations. Each print is unique. (See II.204-209, p. 108.)



IIA.210−215 4/10

IIA.210−215 AP 2/2

**IIA.210−215: SHADOWS II 1979**

Portfolio of six screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 10, 2 AP, signed and numbered in pencil on
verso. Portfolios are assembled in mixed variations.
Each print is unique. (See II.210−215, p. 109.)



IIA.216−221 1/3

IIA.216−221 3/3

**IIA.216−221: SHADOWS III 1979**

Portfolio of six screenprints with diamond dust
on Arches 88 paper, 30½ x 43" (77.5 x 109.2 cm).
**Edition:** 3 signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations.
Each print is unique. (See II.216−221, p. 110.)