

IIA.222–223 1/10

IIA.224–225 1/10

IIA.222–223 3/10

IIA.224–225 3/10

**IIA.222–223: SHADOWS IV 1979**
Portfolio of two screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 10 signed and numbered in pencil on verso.
Portfolios are assembled in mixed variations. Each
print is unique. (See II.222–223, p. 111.)

**IIA.224–225: SHADOWS V 1979**
Portfolio of two screenprints with diamond dust
on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm).
**Edition:** 10, 1 PP, 6 HC, signed and numbered in pencil
on verso. Portfolios are assembled in mixed variations.
Each print is unique. (See II.224–225, p. 111.)

  

**IIA.269: DOUBLE MICKEY MOUSE 1981**

Screenprint on Arches 88 paper,
30½ x 43" (77.5 x 109.2 cm).
**Edition:** 25 signed and numbered in pencil on verso;
some have diamond dust. Each print is unique.
(See II.269, p. 124.)

  

**IIA.269A: THE SHADOW 1981**

Screenprint on Lenox Museum Board,
38 x 38" (96.5 x 96.5 cm).
**Edition:** 32 signed and numbered in pencil on verso
by the executor of The Estate of Andy Warhol on
a stamped certificate of authenticity; some have
diamond dust. Each print is unique. (See II.269A, p. 124.)



IIA.274-279 3/60

IIA.274-279 AP 2/10



IIA.280 NUMBERS UNKNOWN



**IIA.274-279: $ (1) 1982**
Portfolio of six screenprints on Lenox Museum Board,
19 ¾ x 15 ⅝" (50.2 x 39.7 cm). [Not shown to scale.]
**Edition:** 60, 10 AP, 3 PP, 15 TP, signed and numbered
in pencil. Portfolios are assembled in mixed variations.
Each print is unique. (See II.274-279, p. 126.)

**IIA.280: $ (1) 1982**
Screenprint on Lenox Museum Board,
20 x 16" (50.8 x 40.6 cm).
**Edition:** 25 signed and numbered in pencil.
Each print is unique. (See II.280, p. 126.)

   

IIA.281−282 5/35

IIA.281−282 7/35

**IIA.281−282: $ (4) 1982**

Portfolio of two screenprints on Lenox Museum Board,
40 x 32" (101.6 x 81.3 cm).
**Edition:** 35, 10 AP, 2 PP, signed and numbered in
pencil. Portfolios are assembled in mixed variations.
Each print is unique. (See II.281−282, p. 126.)

   

IIA.283−284 15/60

IIA.283−284 23/60

**IIA.283−284: $ (QUADRANT) 1982**

Portfolio of two screenprints on Lenox Museum Board,
40 x 32" (101.6 x 81.3 cm).
**Edition:** 60, 10 AP, 3 PP, signed and numbered in pencil.
Each print is unique. (See II.283−284, p. 127.)

   

IIA.285-286 6/35

IIA.285-286 10/35

**IIA.285-286: $ (9) 1982**

Portfolio of two screenprints on Lenox Museum Board,
40 x 32" (101.6 x 81.3 cm).
**Edition:** 35, 10 AP, 2 PP, signed and numbered in
pencil. Portfolios are assembled in mixed variations.
Each print is unique. (See II.285-286, p. 127.)

  

IIA.360 13/30

17/30

23/30

**IIA.360: ANNIVERSARY DONALD DUCK 1985**

Screenprint on Arches 88 paper, 30½ x 43"
(77.5 x 109.2 cm).
**Edition:** 30 signed and numbered in pencil lower
left. Each print is unique. (See II.360, p. 148.)

# TRIAL PROOF EDITION PRINTS

THIS SPREAD AND FOLLOWING PAGE

**IIB.226–235: TEN PORTRAITS OF JEWS
OF THE TWENTIETH CENTURY 1980**
Portfolio of ten screenprints on Lenox Museum Board,
40 x 32" (101.6 x 81.3 cm). There are 25 TP signed and
numbered in pencil as follows: *Gertrude Stein, Martin Buber,
Albert Einstein, George Gershwin, Golda Meir, Sarah
Bernhardt, Sigmund Freud*–lower right; *Franz Kafka,
Louis Brandeis, The Marx Brothers*–lower left. Each print
is unique. (See II.226–235, pp. 112–13.)



IIB.226 FRANZ KAFKA TP 1/25          TP 4/25          TP 22/25

IIB.227 GERTRUDE STEIN TP 1/25          TP 4/25          TP 22/25



118.228 MARTIN BUBER TP 1/25    TP 4/25    TP 22/25

118.229 ALBERT EINSTEIN TP 1/25    TP 4/25    TP 22/25

118.230 LOUIS BRANDEIS TP 1/25    TP 4/25    TP 22/25

118.231 GEORGE GERSHWIN TP 1/25    TP 4/25    TP 22/25

SECTION IIB: TRIAL PROOF EDITION PRINTS                    179



IIB.232 THE MARX BROTHERS TP 1/25    TP 4/25    TP 22/25

IIB.233 GOLDA MEIR TP 1/25    TP 4/25    TP 22/25

IIB.234 SARAH BERNHARDT TP 1/25    TP 4/25    TP 22/25

IIB.238 SIGMUND FREUD TP 1/25    TP 4/25    TP 22/25

  

IIB.236 TP 7/25    TP 8/25    TP 11/25

## IIB.236: KAREN KAIN 1980

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm);
some have diamond dust. There are 25 TP signed and numbered
in pencil lower right. Each print is unique. (See II.236, p. 114.)

  

IIB.239 TP 3/15    TP 4/15    TP 13/15

## IIB.239: MILDRED SCHEEL 1980

Screenprint on Arches 88 paper, 30½ x 43" (77.5 x 109.2 cm);
some have diamond dust. There are 15 TP, 5 PP which are trial
proof variations, signed and numbered in pencil lower right.
Each print is unique. (See II.239, p. 114.)

  

IIB.240 TP 3/15    TP 6/15    TP 7/15

## IIB.240: EDWARD KENNEDY 1980

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm);
some have diamond dust. There are 15 TP, 1 TPPP, 10 HC which
are trial proof variations, signed and numbered in pencil lower
right. Each print is unique. (See II.240, p. 115.)

  

IIB.242-244 TP 19/45    TP 22/45    TP 26/45

**IIB.242-244: JOSEPH BEUYS 1980/83**
Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm).
There are 45 individual TP not in portfolios signed and
numbered in pencil lower right. Each print is unique.
(See II.242-244, p. 116.)



IIB.245-247 TP 4/10

**IIB.245-247: JOSEPH BEUYS 1980**
Screenprint on Arches Cover Black paper,
44 x 30" (111.8 x 76.2 cm); some have diamond
dust. There are 13 individual TP not in portfo-
lios signed and numbered *TP 1/3-3/3* and
*TP 1/10-10/10* in pencil lower right. Each print
is unique. (See II.245-247, p. 117.)

THIS PAGE AND FOLLOWING SPREAD

**IIB.258–267: MYTHS 1981**

Portfolio of ten screenprints on Lenox Museum Board, 38 x 38"
(96.5 x 96.5 cm); some have diamond dust. There are 30 TP signed
and numbered in pencil lower left, except *Dracula* and *The Shadow*
lower center. Each print is unique. (See II.258–267, pp. 122–23.)



IIB.258 THE STAR TP 14/30          TP 15/30                    TP 17/30

IIB.259 UNCLE SAM TP 14/30          TP 15/30                    TP 17/30



IIB.260 SUPERMAN TP 14/30

TP 15/30

TP 17/30

IIB.261 THE WITCH TP 14/30

TP 15/30

TP 17/30

IIB.262 MAMMY TP 14/30

TP 15/30

TP 17/30

IIB.263 HOWDY DOODY TP 14/30

TP 15/30

TP 17/30



IIB.264 DRACULA TP 14/30

TP 15/30

TP 17/30

IIB.265 MICKEY MOUSE TP 14/30

TP 15/30

TP 17/30

IIB.266 SANTA CLAUS TP 14/30

TP 15/30

TP 17/30

IIB.267 THE SHADOW TP 14/30

TP 15/30

TP 17/30

SECTION IIB: TRIAL PROOF EDITION PRINTS

185



IIB.268 TP 9/25           TP 10/25           TP 18/25

**IIB.268: JANE FONDA 1982**

Screenprint on Lenox Museum Board, 39½ x 31½" (100.3 x 80 cm);
some have diamond dust. There are 25 TP signed and numbered
in pencil lower left. Each print is unique. (See II.268, p. 124.)



**IIB.270−273: GOETHE 1982**

Portfolio of four screenprints on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm).
There are 15 TP signed and numbered in pencil lower left. (See II.270−273, p. 125.)





IIB.290 TP 3/25

TP 6/25

TP 18/25

### IIB.290: BROOKLYN BRIDGE 1983

Screenprint on Lenox Museum Board, 39¼ x 39¼ " (99.7 x 99.7 cm).
There are 25 TP signed and numbered in pencil lower left.
Each print is unique. (See II.290, p. 129.)





IIB.291–292 TP 5/65

TP 6/65

TP 24/65

### IIB.291–292: ALEXANDER THE GREAT 1982

Screenprint on Lenox Museum Board. There are the following individual TP
not in portfolios signed and numbered in pencil lower right: 65 TP, 40 x 40"
(101.6 x 101.6 cm); 15 TP, 39½ x 39½" (100.3 x 100.3 cm); 8 TP numbered in
Roman numerals, 40 x 32" (101.6 x 81.3 cm); 5 TPAP, 40 x 40" (101.6 x 101.6 cm).
Each print is unique. (See II.291–292, p. 129.)

THIS PAGE AND FOLLOWING SPREAD

## IIB.293-302: ENDANGERED SPECIES 1983

Portfolio of ten screenprints on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm). There are 30 TP signed and numbered in pencil as follows: *African Elephant, Giant Panda, Orangutan*–lower right; *Pine Barrens Tree Frog, Grevy's Zebra, Bald Eagle, Siberian Tiger, Black Rhinoceros*–lower left; *Bighorn Ram*–lower center; *San Francisco Silverspot*–verso. Each print is unique. (See II.293-302, pp. 130-31.)



IIB.293 AFRICAN ELEPHANT TP 13/30          TP 14/30          TP 15/30

IIB.294 PINE BARRENS TREE FROG TP 13/30          TP 14/30          TP 15/30



118.295 GIANT PANDA TP 13/30    TP 14/30    TP 15/30

118.296 BALD EAGLE TP 13/30    TP 14/30    TP 15/30

118.297 SIBERIAN TIGER TP 13/30    TP 14/30    TP 15/30

118.298 SAN FRANCISCO SILVERSPOT TP 13/30    TP 14/30    TP 15/30



IIB.299 ORANGUTAN TP 13/30    TP 14/30    TP 15/30

IIB.300 GREVY'S ZEBRA TP 13/30    TP 14/30    TP 15/30

IIB.301 BLACK RHINOCEROS TP 13/30    TP 14/30    TP 15/30

IIB.302 BIGHORN RAM TP 13/30    TP 14/30    TP 15/30

SECTION IIB: TRIAL PROOF EDITION PRINTS



IIB.303 TP A/O          TP G/O          TP O/O

**IIB.303: SPEED SKATER 1983**

Screenprint on Arches Aquarelle (Cold Pressed) paper and Arches 88 paper. There
are the following TP signed and numbered in pencil lower right: 15 TP on both types
of paper, 34⅛ x 24½" (86.7 x 62.2 cm); 15 TP lettered *TP A/O−O/O* on both types of
paper, 40⅝ x 26" (103.2 x 66 cm); 6 TP numbered in Roman numerals on Arches 88
paper, 40⅝ x 29¼" (103.2 x 74.3 cm). Each print is unique. (See II.303, p. 132.)



IIB.304 TP 19/45          TP 28/45          TP 29/45

**IIB.304: SIDEWALK 1983**

Screenprint on Dutch Etching paper, 30 x 44½" (76.2 x 113
cm); some have diamond dust. There are 45 TP and 3 TPPP
signed and numbered in pencil lower left. The TP with
diamond dust are signed and numbered in pencil on verso.
Each print is unique. (See II.304, p. 132.)

  

IIB.305 TP 2/20          TP 11/20              TP 13/20

## IIB.305: GRACE KELLY 1984

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x
81.3 cm). There are 20 TP signed and numbered in pencil
lower right. Each print is unique. (See II.305, p. 133.)

  

IIB.306 TP 11/46         TP 22/46              TP 23/46

## IIB.306: WAYNE GRETZKY #99 1984

Screenprint on Lenox Museum Board, 40 x 32" (101.6 x 81.3 cm). There
are 46 TP signed and numbered in pencil on verso by the executor of The
Estate of Andy Warhol on a stamped certificate of authenticity. There
are 6 PP, which are trial proof variations, signed and numbered in pencil
lower left. Each print is unique. (See II.306, p. 133.)



IIB.313 HERSELF TP 3/30     TP 6/30     TP 10/30

IIB.314 THE NUN TP 3/30     TP 6/30     TP 10/30

II.315 WITH HAT TP 3/30     TP 6/30     TP 10/30

**IIB.313 – 315: INGRID BERGMAN 1983**

Portfolio of three screenprints on Lenox Museum Board, 38 x 38"
(96.5 x 96.5 cm). There are 30 TP signed and numbered in pencil
lower right. Each print is unique. (See II.313–315, p. 135.)



IIB.316A PIERO DELLA FRANCESCA, (MADONNA DEL DUCA DA MONTEFELTRO) TP 16/36

TP 17/36

TP 18/36

IIB.316~319 SANDRO BOTTICELLI, (BIRTH OF VENUS) TP 16/36

TP 17/36

TP 18/36

IIB.320~323 LEONARDO DA VINCI, (THE ANNUNCIATION) TP 16/36

TP 17/36

TP 18/36

IIB.324~327 PAOLO UCCELLO, (ST. GEORGE AND THE DRAGON) TP 16/36

TP 17/36

TP 18/36

**IIB.316A–327: DETAILS OF RENAISSANCE PAINTINGS 1984**

Portfolio of four screenprints on Arches Aquarelle (Cold Pressed) paper, 32 x 44"
(81.3 x 111.8 cm); image, 25 x 37" (63.5 x 94 cm). There are 36 TP signed and
numbered in pencil lower left. Each print is unique. (See II.316A–327, pp. 136–39.)

  

IIB.330-333 TP 47/80        TP 56/80        TP 80/80

**IIB.330 – 333: SAINT APOLLONIA 1984**

Screenprint on Arches 88 paper and Essex Offset Kid Finish paper. There are 80 individual TP not in portfolios, and 20 individual TP numbered in Roman numerals not in portfolios signed and numbered in pencil lower left. *TP 1/80–29/80* are on Arches 88 paper with the image reversed, 43 x 30½" (109.2 x 77.5 cm); *TP 30/80 – 80/80* and *TP I/XX–XX/XX* are on Essex Offset Kid Finish paper, 35 x 23" (88.9 x 58.4 cm); image, 30 x 22" (76.2 x 55.9 cm). [Not shown to scale.] Each print is unique. (See II.330–333, p. 141.)



IIB.334-337 QUEEN ELIZABETH II
TP 13/30

TP 14/30

TP 15/30

IIB.338-341 QUEEN BEATRIX
TP 13/30

TP 14/30

TP 15/30

IIB.342-345 QUEEN MARGRETHE II
TP 13/30

TP 14/30

TP 15/30

IIB.346-349 QUEEN NTOMBI TWALA
TP 13/30

TP 14/30

TP 15/30

## IIB.334-349: REIGNING QUEENS 1985

Portfolio of four screenprints on Lenox Museum Board, 39¾ x 31½" (100 x 80 cm). There are 30 TP signed and numbered in pencil as follows: *Elizabeth II, Beatrix*–lower right; *Margrethe II, Ntombi Twala*–lower left. Each print is unique. (See II.334–349, pp. 142–45.)

SECTION IIB: TRIAL PROOF EDITION PRINTS

THIS SPREAD AND FOLLOWING PAGE

**IIB.350–359: ADS 1985**

Portfolio of ten screenprints on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm). There are 30 TP signed and numbered in pencil as follows: *Rebel Without a Cause (James Dean), Van Heusen (Ronald Reagan), Volkswagen, Apple*–lower right; *Mobil, Blackglama (Judy Garland), Paramount, Life Savers, Chanel, The New Spirit (Donald Duck)*–lower left. Each print is unique. (See II.350–359, pp. 146–47.)



IIB.350 MOBIL TP 13/30          TP 16/30          TP 17/30

IIB.351 BLACKGLAMA (JUDY GARLAND) TP 13/30     TP 16/30          TP 17/30



IIB.352 PARAMOUNT TP 13/30     TP 16/30     TP 17/30

IIB.353 LIFE SAVERS TP 13/30     TP 16/30     TP 17/30

IIB.354 CHANEL TP 13/30     TP 16/30     TP 17/30

IIB.355 REBEL WITHOUT A CAUSE
(JAMES DEAN) TP 13/30     TP 16/30     TP 17/30

SECTION IIB: TRIAL PROOF EDITION PRINTS



IIB.386 VAN HEUSEN (RONALD REAGAN)
TP 13/30

TP 16/30

TP 17/30

II.387 THE NEW SPIRIT (DONALD DUCK)
TP 12/30

TP 16/30

TP 17/30

IIB.388 VOLKSWAGEN TP 13/30

TP 16/30

TP 17/30

IIB.389 APPLE TP 13/30

TP 16/30

TP 17/30





IIB.360A TP 4/10    TP 6/10    TP 7/10

**IIB.360A: TURTLE 1985**
Screenprint on Lenox Museum Board, 31½ x 39¼" (80 x
100 cm). There are 10 TP signed and numbered in pencil
lower right. Each print is unique. (See II.360A, p. 148.)





IIB.360B TP 1/30    TP 3/30    TP 12/30

**IIB.360B: PETE ROSE 1985**
Screenprint on Lenox Museum Board, 39¼ x 31½" (100 x
80 cm). There are 30 TP signed and numbered in pencil
lower right. Each print is unique. (See II.360B, p. 148.)





IIB.361–364

**IIB.361–364: COLOGNE CATHEDRAL 1985**
Screenprint on Lenox Museum Board, 39¼ x 31½" (100 x 80 cm); some have
diamond dust. There are 80 individual TP not in portfolios signed in pencil vertically
lower right and unnumbered. Each print is unique. (See II.361–364, p. 149.)





IIB.365B

### IIB.365: VESUVIUS 1985

Screenprint on Arches 88 paper, 31½ x 39¼" (80 x 100 cm). There are 57 TP signed in pencil lower right and unnumbered. Each print is unique. (See II.365, p. 150.)





IIB.366 TP 1/14          TP 2/14          TP 10/14

### IIB.366: FROLUNDA HOCKEY PLAYER 1986

Screenprint on Lenox Museum Board. There are 14 TP numbered as follows: *TP 1/14 – 3/14*, 39¼ x 39¼" (100 x 100 cm); *TP 4/14–14/14*, 39¼ x 31½" (100 x 80 cm). They are signed and numbered in pencil on verso by the executor of The Estate of Andy Warhol on a stamped certificate of authenticity. *TP 1/14–3/14* also have a stamped Warhol signature on verso. Each print is unique. (See II.366, p. 150.)





IIB.367–370

### IIB.367–370: TRUCK 1985

Screenprint on Lenox Museum Board. There are the following 73 individual TP not in portfolios signed in pencil lower right and unnumbered: 30 TP, 40¼ x 40½" (100.2 x 100.2 cm); 30 TP, 39¼ x 39¼" (100 x 100 cm); 13 TP, 32 x 40" (81.3 x 101.6 cm). Each print is unique. (See II.367–370, p. 151.)



IIB.371

**IIB.371: JOSEPH BEUYS IN MEMORIAM 1986**

Screenprint on Arches 88 paper, 32 x 24" (81.3 x 61 cm). There are
26 TP signed in pencil and unnumbered; some are on Arches 88
paper, 41 x 29½" (104.1 x 74.9 cm). [Not shown to scale.] Each print
is unique. (See II.371, p. 152.)



IIB.372

**IIB.372: NEUSCHWANSTEIN 1987**

Screenprint on Arches 88 paper, 43 x 30½" (109.2 x 77.5 cm); image, 33½ x 23¾"
(85.1 x 60 cm). There are 25 TP signed in pencil lower left and unnumbered.
[Not shown to scale.] Each print is unique. (See II.372, p. 152.)

SECTION IIB: TRIAL PROOF EDITION PRINTS

THIS SPREAD AND FOLLOWING SPREAD

**IIB.373–386: COWBOYS AND INDIANS 1986**
Portfolio of fourteen screenprints on Lenox Museum Board, 36 x 36" (91.4 x 91.4 cm).
There are 36 TP signed and numbered in pencil as follows: *Buffalo Nickel, Sitting Bull,
John Wayne, Northwest Coast Mask, Kachina Dolls, Teddy Roosevelt*–lower right; *War
Bonnet Indian, Action Picture, General Custer, Plains Indian Shield, Mother and Child,
Geronimo, Indian Head Nickel*–lower left. The image of *Annie Oakley* may be reversed,
signed lower left or lower right. Each print is unique. (See II.373–386, pp. 153–55.)



IIB.373 WAR BONNET INDIAN TP 6/36        TP 11/36        TP 12/36

IIB.374 BUFFALO NICKEL TP 6/36        TP 11/36        TP 12/36



IIB.375 ACTION PICTURE TP 6/36

TP 11/36

TP 12/36

IIB.376 SITTING BULL TP 6/36

TP 11/36

TP 12/36

IIB.377 JOHN WAYNE TP 6/36

TP 11/36

TP 12/36

IIB.378 ANNIE OAKLEY TP 6/36

TP 11/36

TP 12/36

SECTION IIB:  TRIAL PROOF EDITION PRINTS

205



118.379 GENERAL CUSTER TP 6/36          TP 11/36          TP 12/36

118.380 NORTHWEST COAST MASK
TP 6/36          TP 11/36          TP 12/36

118.381 KACHINA DOLLS TP 6/36          TP 11/36          TP 12/36

118.382 PLAINS INDIAN SHIELD
TP 6/36          TP 11/36          TP 12/36



IIB.383 MOTHER AND CHILD TP 6/36    TP 11/36    TP 12/36

IIB.384 GERONIMO TP 6/36    TP 11/36    TP 12/36

IIB.385 INDIAN HEAD NICKEL TP 6/36    TP 11/36    TP 12/36

IIB.386 TEDDY ROOSEVELT TP 6/36    TP 11/36    TP 12/36

SECTION IIB: TRIAL PROOF EDITION PRINTS

  

IIB.390–393 TP 2/72          TP 8/72          TP 27/72

**IIB.390–393: BEETHOVEN 1987**

Screenprint on Lenox Museum Board, 40 x 40" (101.6 x 101.6 cm). There
are 72 individual TP not in portfolios numbered in pencil and signed
in pencil on verso by the executor of The Estate of Andy Warhol, the
publisher, and the printer on a stamped certificate of authenticity.
Each print is unique. (See II.390–393, p. 157.)

OPPOSITE

**IIB.394–397, IIB.398–401: HANS CHRISTIAN ANDERSEN 1987**

Portfolio of four screenprints on Lenox Museum Board, 38 x 38"
(96.5 x 96.5 cm). There are 36 TP for portfolios (II.394–397 and II.398–
401) numbered in pencil and signed in pencil on verso by the executor
of The Estate of Andy Warhol, the publisher, and the printer on a stamped
certificate of authenticity. Each print is unique. (See II.394–397,
II.398–401, pp. 158–59.)



IIB.394, IIB.398 TP 1/36   TP 5/36   TP 10/36

IIB.395, IIB.399 TP 1/36   TP 5/36   TP 10/36

IIB.396, IIB.400 TP 1/36   TP 5/36   TP 10/36

IIB.397, IIB.401 TP 1/36   TP 5/36   TP 10/36

SECTION IIB: TRIAL PROOF EDITION PRINTS

  

IIB.402, IIB.403 TP 4/46          TP 8/46          TP 11/46

**IIB.402, IIB.403: LENIN 1987**

Screenprint on Arches 88 paper, 39¼ x 29½" (100 x 74.9 cm). There
are 46 TP for II.402 and II.403 signed and numbered in pencil lower
left. Each print is unique. (See II.402, II.403, p. 160.)

  

IIB.404–405 TP 31/66          TP 32/66          TP 42/66

**IIB.404–405: MOONWALK 1987**

Screenprint on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm). There are 66 individ-
ual TP not in portfolios signed with a printed signature and numbered in pencil lower
right. The prints are also numbered in pencil and signed in pencil on verso by the
executor of The Estate of Andy Warhol, the publisher, and the printer on a stamped
certificate of authenticity. Each print is unique. (See II.404–405, p. 161.)

OPPOSITE

**IIB.406–413: CAMOUFLAGE 1987**

Screenprint on Lenox Museum Board, 38 x 38" (96.5 x 96.5 cm). There are 84
individual TP not in portfolios signed and numbered in pencil on verso by the
executor of The Estate of Andy Warhol on a stamped certificate of authenticity.
Each print is unique. (See II.406–413, pp. 162–63.)



IIB.406, IIB.407 TP 38/84

TP 40/84

TP 61/84

IIB.408, IIB.409 TP 75/84

TP 77/84

TP 78/84

IIB.410, IIB.411 TP 66/84

TP 70/84

TP 74/84

IIB.412, IIB.413 TP 8/84

TP 12/84

TP 23/84

SECTION IIB: TRIAL PROOF EDITION PRINTS

# APPENDIX TO PUBLISHED PRINTS

### II.1: COOKING POT 1962

Based on a newspaper advertisement.

Artists selected by Billy Klüver and Arturo Schwarz for the portfolio *International Anthology of Contemporary Engraving: The International Avant-Garde, Vol. 5, America Discovered* (1964): George Brecht, Allan D'Arcangelo, Jim Dine, Stephan Durkee, Letty Eisenhauer, Stanley Fisher, Sam Goodman, Red Grooms, Robert Indiana, Alan Kaprow, Roy Lichtenstein, Boris Lurie, Claes Oldenburg, James Rosenquist, George Segal, Richard Stankiewicz, Wayne Thiebaud, Andy Warhol, Robert Watts, Robert Whitman.

Dated 1962; released in 1964.

### II.2: $1.57 GIANT SIZE 1963

Cover designed by David Hays.

The phonograph record includes interviews with the following artists who participated in the "Popular Image Exhibition" at the Washington Gallery of Modern Art, Washington, D.C., April 18–June 2, 1963, organized by Billy Klüver and Alice Denney: George Brecht, Jim Dine, Jasper Johns, Roy Lichtenstein, Claes Oldenburg, Robert Rauschenberg, James Rosenquist, Andy Warhol, Robert Watts, John Wesley, Tom Wesselmann.

The covers of the records, sold at the time of the exhibition, were unsigned and unnumbered. Warhol signed and numbered the edition of 75 and 10 HC in 1971.

### II.3: BIRMINGHAM RACE RIOT 1964

Based on a photograph by Charles Moore in *Life*, May 17, 1963.

Artists selected by Samuel Wagstaff for the *Ten Works by Ten Painters* portfolio: Stuart Davis, Robert Indiana, Ellsworth Kelly, Roy Lichtenstein, Robert Motherwell, George Ortman, Larry Poons, Ad Reinhardt, Frank Stella, Andy Warhol.

Bears the printer's chop mark.

Warhol made paintings of this subject.

### II.5: MARILYN MONROE I LOVE YOUR KISS FOREVER FOREVER 1964

Based on a photograph of Marilyn Monroe's lips.

Illustrates Walasse Ting's poem, "Jade White Butterfly," in *1¢ Life*, compiled by Walasse Ting and Sam Francis. There is a lithograph by Robert Rauschenberg on the verso of the print.

Artists in the unbound book are: Pierre Alechinsky, Karel Appel, Enrico Baj, Alan Davie, Jim Dine, Öyvind Fahlström, Sam Francis, Robert Indiana, Alfred Jensen, Asger Jorn, Kiki O.K., Alan Kaprow, Alfred Leslie, Roy Lichtenstein, Joan Mitchell, Claes Oldenburg, Mel Ramos, Robert Rauschenberg, Reinhood, Jean-Paul Riopelle, James Rosenquist, Antonio Saura, Kimber Smith, K.R.H. Sonderborg, Walasse Ting, Bram van Velde, Andy Warhol, Tom Wesselmann.

Warhol made paintings of this subject.

### II.6: FLOWERS 1964 •

Based on a photograph of hibiscus flowers by Patricia Caulfield in *Modern Photography*, June 1964.

The orientation of the work illustrated in the catalogue is based on that in Caulfield's photograph. The location of the signature and date, and hence the orientation, may vary in other examples.

Warhol made paintings of this subject.

### II.7: LIZ 1964 •

Based on a publicity photograph, ca. 1960.

Warhol made paintings of this subject.

### II.8: KISS 1966

Based on frames from Warhol's 1963 film *Kiss*.

Artists in the *Seven Objects in a Box* portfolio: Allan D'Arcangelo, Jim Dine, Roy Lichtenstein, Claes Oldenburg, George Segal, Andy Warhol, Tom Wesselmann.

See I.8, p. 49 for another version of this subject.

### II.9: S&H GREEN STAMPS 1965 •

Warhol made paintings of this subject.

### II.11: COW 1966 •

*Cow* (II.11, II.11A, II.12, II.12A) is based on a photograph in an unidentified book on animal husbandry; the caption reads

"A Good Jersey Head."

Printed in left margin, *Andy Warhol*.

Vertical dimensions may vary since the individual images were printed on and then cut from a wallpaper roll.

### II.11A: COW 1971 •

Printed in right margin, © *Copyright Factory Additions 1971*; printed in left margin, *Andy Warhol Whitney Museum May 1–June 13, 1971*.

Vertical dimensions may vary since the individual images were printed on and then cut from a wallpaper roll.

### II.12: COW 1971 •

Printed in right margin, © *Copyright Factory Additions 1971*; printed in left margin, *Andy Warhol*.

Vertical dimensions may vary since the individual images were printed on and then cut from a wallpaper roll.

### II.12A: COW 1976 •

Printed in right margin, *Modern Art Pavilion Seattle Center*; printed in left margin, *Andy Warhol Nov. 18, 1976 to Jan. 9, 1977 Copyright awe.*

Vertical dimensions may vary since the individual images were printed on and then cut from a wallpaper roll.

### II.13: JACQUELINE KENNEDY I (JACKIE I) 1966

Based on a photograph in *Life*, December 6, 1963.

Artists in the *11 Pop Artists I* portfolio: Allan D'Arcangelo, Jim Dine, Allen Jones, Gerald Laing, Roy Lichtenstein, Tom Phillips, Mel Ramos, James Rosenquist, Andy Warhol, John Wesley, Tom Wesselmann.

Printed in 1965; released and dated in 1966.

Warhol made paintings of this subject.

### II.14: JACQUELINE KENNEDY II (JACKIE II) 1966

Based on a photograph by Fred Ward in *Life*, December 6, 1963.

Artists in the *11 Pop Artists II* portfolio: Allan D'Arcangelo, Jim Dine, Allen Jones, Gerald Laing, Roy Lichtenstein, Tom Phillips, Mel Ramos, James Rosenquist, Andy Warhol, John Wesley, Tom Wesselmann.

Printed in 1965; released and dated in 1966.

Warhol made paintings of this subject.

## II.15: JACQUELINE KENNEDY III (JACKIE III) 1966

Based on photographs by Fred Ward in *Life*, December 6, 1963.

Artists in the *11 Pop Artists III* portfolio: Allan D'Arcangelo, Jim Dine, Allen Jones, Gerald Laing, Roy Lichtenstein, Tom Phillips, Mel Ramos, James Rosenquist, Andy Warhol, John Wesley, Tom Wesselmann.

Printed in 1965; released and dated in 1966.

Warhol made paintings of this subject.

## II.16: SELF-PORTRAIT 1966 *

Based on a photograph by Rudolph Burkhardt.

Warhol made paintings of this subject.

## II.17: PORTRAITS OF THE ARTISTS 1967

Introduction to the portfolio by William Lieberman.

Artists in the *Ten from Leo Castelli* portfolio as they appear from left to right in the work illustrated on p. 65: Lee Bontecou, Frank Stella, Larry Poons, Robert Morris, Donald Judd, Robert Rauschenberg, James Rosenquist, Jasper Johns, Roy Lichtenstein, Andy Warhol.

## II.17A: PURPLE COWS 1967

Artists in the *Stamped Indelibly* portfolio: Robert Creeley, Allen Ginsberg, Red Grooms, Robert Indiana, Allen Jones, Kenneth Koch, Josef Levi, Roy Lichtenstein, Gerard Malanga, Marisol (Marisol Escobar), Claes Oldenburg, Peter Saul, Andy Warhol, Tom Wesselmann, John Willenbecher.

## II.18: PARIS REVIEW 1967

Artists participating in the project: Richard Anuszkiewicz, Allan D'Arcangelo, Chryssa, Paul Davis, Willem de Kooning, Jim Dine, Jimmy Ernst, Helen Frankenthaler, Jane Freilicher, Milton Glaser, Arnold Hoffman, Robert Indiana, Howard Kanowitz, Alex Katz, Ellsworth Kelly, Nicholas Krushenick, Robert Kushner, Sol LeWitt, Roy Lichtenstein, Kim MacConnel, Conrad Marca-Relli, Marisol (Marisol Escobar), Robert Motherwell, Louise Nevelson, Claes Oldenburg, George Ortman, Steve Poleskie, Robert Rauschenberg, James Rosenquist, David Salle, Ben Shahn, Theodoros Stamos, Saul Steinberg, Carol Summers,

Ernest Trova, Esteban Vicente, Andy Warhol, John Wesley, Jane Wilson, Jack Youngerman.

The following artists made posters for the project: Christo (Christo Javacheff), David Hockney, Richard Lindner, Toni Ungerer.



## II.19: LINCOLN CENTER TICKET 1967

500 unsigned posters of this subject were published by List Art Posters for Lincoln Center for the Performing Arts. Printed on bottom of poster, © *List Art Foundation, Inc. Andy Warhol/commissioned by Lincoln Center for the Performing Arts for List Art Posters–Lincoln Center.*

## II.20: SAS PASSENGER TICKET 1968

Based on Warhol's round-trip SAS airline ticket and baggage check to Stockholm dated December 7, 1967.

## II.21: MARILYN MONROE (MARILYN) 1967*

Based on a publicity photograph by Gene Kornman for the 1953 film *Niagara*.

## II.22–31: MARILYN MONROE (MARILYN) 1967

Based on a publicity photograph by Gene Kornman for the 1953 film *Niagara*.

There are unauthorized prints, 33¼ x 33¼" (84.5 x 84.5 cm), which were published in 1970 in different colors from the portfolio. Stamped in black on verso, *published by Sunday B. Morning* and *fill in your signature;* some prints are inscribed by Warhol, *This is not by me. Andy Warhol.*

There are unauthorized prints, 36 x 36" (91.4 x 91.4 cm), in the same colors as the portfolio in an edition of 250 with a stamped number on verso. Stamped in black on verso, *published by Sunday B. Morning* and *fill in your signature.*

There are unauthorized prints, which are frequently referred to as the European Artist's Proof Edition; they are dated 1985 and have a stamped signature.

Warhol made paintings of this subject.

There is a wool tapestry, 69 x 71" (175.3 x 180.3 cm), made in an edition of twenty in 1968.

## II.32–42: FLASH–NOVEMBER 22, 1963 1968

Cover based on the front page of the *New York World Telegram*, Friday, November 22, 1963, the date of the assassination of President John F. Kennedy.

The design overlay, based on a commercial page of patterns used by graphic designers, is similar to those used in *Lincoln Center Ticket* (II.19, p. 66) and *SAS Passenger Ticket* (II.20, p. 67).

Text by Phillip Greer based on Teletype reports about the assassination of President Kennedy.

Prints based on campaign posters, mass-media photographs, and advertisements.

The sequence of the prints and its relation to the Teletype text in the portfolio is unknown.

A print of Robert Kennedy was considered for the portfolio but was not included (illustrated left).

## II.44–53: CAMPBELL'S SOUP I 1968

Based on Campbell's soup can labels.

Warhol made paintings of these subjects.

There is a felt banner, *Campbell's Soup (Tomato)*, 88½ x 58¼" (224.8 x 148.6 cm), made in an edition of twenty in 1966.

## II.54–63: CAMPBELL'S SOUP II 1969

Based on Campbell's soup can labels.

Warhol made paintings of these subjects.



## II.64–73: FLOWERS 1970

Based on a photograph of hibiscus flowers by Patricia Caulfield in *Modern Photography*, June 1964.

The orientation of the prints illustrated in the catalogue is based on that in Caulfield's photograph. The location of the signature and date, and hence the orientation, may vary in other examples.

Forty unsigned proofs are marked on verso, *for exhibition purposes only and* dated '70.

There are unauthorized prints, 36 x 36" (91.4 x 91.4 cm), in the same colors as the portfolio in an edition of 250 with a stamped number on verso. Stamped in black on verso, *published by Sunday B. Morning and fill in your signature.*

Warhol made paintings of this subject.

There is a wool and silk tapestry, 83 x 83" (210.8 x 210.8 cm), made in an edition of twenty in 1968.

Prints exist which differ from the published edition (example illustrated on previous page).

## II.74–83: ELECTRIC CHAIRS 1971

Based on a press service photograph (Wide World Photo, January 13, 1953) of the electric chair in the death chamber at Sing Sing Prison, Ossining, New York, in which alleged atomic spies Julius and Ethel Rosenberg were executed.

Stamped in black on verso, *© Copyright Factory Additions Edition Bischofberger, Zurich.*

There are unauthorized prints, 36 ¼ x 50" (93.7 x 127 cm), in different colors from the portfolio in an edition of 250 with a stamped number on verso. The images are based on the paintings. Stamped in black on verso, *fill in your own signature and published by Sunday B. Morning.*

Warhol made paintings of this subject.

Prints exist which differ from the published edition (example illustrated below).



## II.84: VOTE MCGOVERN 1972

Based on the photograph of Richard Nixon on the cover of *Newsweek,* January 27, 1969.

Stamped in black on verso, *© Copyright 1972 Andy Warhol.*

Bears the publisher's chop mark and papermaker's watermark.

## II.85–88: SUNSET 1972

Warhol was commissioned ca. 1966 by the de Menil family, collectors from Houston, Texas, to create a film of a sunset to be shown in the Rothko Chapel in Houston. One of the stills from this film may be the source for these prints.

Marked in pencil on verso, *© 1972.* Stamped in black on verso, *Hotel Marquette Prints.*

## II.89: MAO 1973

Based on a drawing by Andy Warhol.

The drawing of Mao was Xeroxed sequentially (e.g., copy one was the master for copy two, etc.), each time enlarging the image 1% to 2% until, at the end of the edition, it was completely abstract.

Artists selected by K.G.P. Hulten for *The New York Collection for Stockholm* portfolio: Lee Bontecou, Robert Breer, John Chamberlain, Walter de Maria, Jim Dine, Mark di Suvero, Öyvind Fahlström, Dan Flavin, Red Grooms, Hans Haacke, Alex Hay, Donald Judd, Ellsworth Kelly, Sol LeWitt, Roy Lichtenstein, Robert Morris, Louise Nevelson, Kenneth Noland, Claes Oldenburg, Nam June Paik, Robert Rauschenberg, Larry Rivers, James Rosenquist, George Segal, Richard Serra, Keith Sonnier, Richard Stankiewicz, Cy Twombly, Andy Warhol, Robert Whitman.

Stamped in black on verso, *© Copyright 1973 Andy Warhol.*

## II.90–99: MAO 1972

Based on the photograph on the cover of *Quotations from Chairman Mao Tse-Tung.*

Stamped in black on verso, *Copyright © Andy Warhol 1972 Printed at Styria Studio.*

Warhol made paintings of this subject.

## II.100–109: FLOWERS (BLACK AND WHITE) 1974

Based on images found in a wallpaper catalogue and A.S. Barnes, *Interpretive Floral Designs,* (New York: Raymond Russ Stoltz, 1972).

Stamped in black on verso, *© Copyright By Andy Warhol Multiples Inc. & Castelli Graphics 2, 1974.*

Bears the papermaker's watermark.

Two additional images were considered for the portfolio but were not included.

## II.110–119: FLOWERS (HAND-COLORED) 1974

Based on images found in a wallpaper catalogue and A.S. Barnes, *Interpretive Floral Designs,* (New York: Raymond Russ Stoltz, 1972).

Artist's proofs are printed on four different papers: Fabriano CMF, 40 ¼ x 27 ¼" (103.5 x 69.2 cm);



Arches, 41 ¾ x 29 ¾" (106 x 75.6 cm); Arches Aquarelle (Rough), 40 ¼ x 25 ¼" (102.2 x 64.1 cm); J. Green, 40 ½ x 27 ¼" (102.9 x 69.5 cm).

Stamped in black on verso, *© Copyright By Andy Warhol Multiples Inc. & Castelli Graphics 2, 1974.*

Bears the papermaker's watermark.

Two additional images were considered for the portfolio but were not included (an example illustrated above).

## II.120: UNTITLED 12 1974

Based on earlier Warhol paintings and prints: *Brillo Box, Campbell's Soup Can, Cow, Electric Chair, Flowers, Mona Lisa.*

Artists in the *For Meyer Schapiro* portfolio: Stanley William Hayter, Jasper Johns, Ellsworth Kelly, Alexander Liberman, Roy Lichtenstein, André Masson, Robert Motherwell, Claes Oldenburg, Robert Rauschenberg, Saul Steinberg, Frank Stella, Andy Warhol.

Bears the papermaker's watermark.

## II.121: PALOMA PICASSO 1975

Based on a photograph by Andy Warhol.

Artists in the *America's Hommage à Picasso* portfolio (*Volume VI* of the *Hommage à Picasso* project): Allan D'Arcangelo, Dan Flavin, Robert Indiana, Walter de Maria, Louise Nevelson, Claes Oldenburg, Binky Palermo, Larry Rivers, James Rosenquist, Ernest Trova, Andy Warhol.

The following fifty-seven artists participated in the other five *Hommage à Picasso* portfolios:
*Volume I:* Pol Bury, Jorge Castillo, Corneille, Jacques Lipchitz, Giacomo Manzù, Matta (Echaurren Matta), Joan Miró, Eduardo Paolozzi, Robert Rauschenberg, Fritz Wotruba.

*Volume II:* Shusaku Arakawa, Enrico Baj, Hans Bellmer, Niki de Saint-Phalle, Richard Hamilton, David Hockney, Robert Kitaj, Nicholas Krushenick, Heinz Mack, Jean Tinguely, Jan Voss.

*Volume III:* Pierre Alechinsky, Joseph Beuys. Lyn Chadwick, Eduardo Chillida, Christo (Christo Javacheff), Alan Davie. H.A.P. Grieshaber, Jiri Kolár, André Masson, Frank Stella, Stephan Wewerka.

*Volume IV:* Max Bill, Jim Dine, Allen Jones, Roy Lichtenstein, Henry Moore, Robert Motherwell, Edouard Pignon, Emil Schumacher, Hervé Télémaque, Joe Tilson, Walasse Ting.

*Volume V:* Altenbourg, Fernandez Arman, Öyvind Fahlström, Renato Guttuso, Hans Hartung, Alfred Hrdlicka, Donald Judd, Wilfredo Lam, Michelangelo Pistoletto, Bernhard Schultze, Kumi Sugai, Antoni Tàpies, Günther Uecker, Victor Vasarely.

**II.122: MARCIA WEISMAN 1975**

Based on a photograph by Andy Warhol.

Warhol made paintings of this subject.

**II.123: FREDERICK WEISMAN 1975**

Based on a photograph by Andy Warhol.

Warhol made paintings of this subject.

**II.124: MERCE CUNNINGHAM I 1974**

Based on a photograph by Richard Rutledge.

Artists in the *Cunningham I* portfolio: John Cage, Jasper Johns, Robert Morris, Bruce Nauman, Robert Rauschenberg, Frank Stella, Andy Warhol.

Warhol made paintings of this subject.

There are four trial proofs, which were signed and numbered in pencil on verso in the mid-1980s.

**II.125: MERCE CUNNINGHAM II 1979**

Based on a photograph by Richard Rutledge.

Marked in pencil on verso, ©.

**II.125A: MAO 1974 \***

Printed in right margin, *Musee Galliera 23 Fevrier–18 Mars Ouvert de 10 a 17 Ferme Mardi*; printed in left margin, © 1974 Andy Warhol Mao.

Vertical dimensions may vary since the individual images were printed on and then cut from a wallpaper roll.

**II.126: LADIES AND GENTLEMEN 1975**

Stamped on verso, *Andy Warhol dal manifesto per la mostra al "Diamanti" di Ferrara 1975–Edizione speciale–Tiratura 150.* (Work by Andy Warhol for the exhibition at "Diamanti" in Ferrara in 1975. Special edition–150 prints). The Palazzo di Diamante is a municipal art center in Ferrara, Italy.

**II.128–137: LADIES AND GENTLEMEN 1975**

Based on photographs by Andy Warhol.

Most of the models frequented a night club called the Gilded Grape in New York City.

Marked in pencil on verso, © AWE.

Warhol made paintings of these subjects.

**II.138–147: MICK JAGGER 1975**

Based on photographs by Andy Warhol.

Stamped in black on verso, © *Seabird Editions.*

Bears the papermaker's chop mark and watermark.

Warhol made paintings of these subjects.

**II.148: MAN RAY 1974**

Based on a photograph by Andy Warhol.

Bears the papermaker's chop mark.

Warhol made paintings of this subject.

**II.149: MAN RAY 1974**

Based on a photograph by Andy Warhol.

Warhol made paintings of this subject.

**II.150: JIMMY CARTER I 1976**

Based on a photograph by Andy Warhol.

A painting of this subject by Warhol appeared on the cover of the *New York Times Magazine,* September 26, 1976.

Bears the papermaker's chop mark.

Warhol made paintings of this subject.

**II.151: JIMMY CARTER II 1977**

Based on a photograph by Andy Warhol.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc.*

Bears the papermaker's chop mark.

**II.152: JIMMY CARTER III 1977**

Based on a photograph by Andy Warhol.

Artists in the *Inaugural Impressions* portfolio: Jacob Lawrence, Roy Lichtenstein, Robert Rauschenberg, Andy Warhol, Jamie Wyeth.

**II.153: LILLIAN CARTER 1977**

Based on a photograph by Andy Warhol.

Bears the papermaker's chop mark.

Warhol made paintings of this subject.

**II.153A: GOLDA MEIR 1973**

Stamped in black on a label on verso, *Golda Meir by Andy Warhol Collection: Israel Museum Jerusalem*

*American Friends of the Israel Museum.*

Warhol made paintings of this subject.

**II.154–155: SACHIKO 1977**

Based on a photograph by Andy Warhol.

Bears the printer's chop mark and papermaker's chop mark.

**II.156: CARTER BURDEN 1977**

Based on a photograph by Andy Warhol.

Andy Warhol's signature, as it appears on the masthead of *Interview* magazine, is printed with the drawing line next to the tie.

Bears the papermaker's watermark.

**II.156A: SELF-PORTRAIT 1978 \***

Vertical dimensions may vary since the individual images were printed on and then cut from a wallpaper roll.

**II.157–160: SKULLS 1976**

Based on photographs by Ronnie Cutrone.

Bears the papermaker's chop mark.

Warhol made paintings of these subjects.



**II.161–164: HAMMER AND SICKLE 1977**

Based on photographs by Ronnie Cutrone.

Bears the papermaker's chop mark.

Warhol made paintings of these subjects.

Prints exist which differ from the published edition (example illustrated above).

**II.165–171: HAMMER AND SICKLE (SPECIAL EDITION) 1977**

Based on a photograph by Ronnie Cutrone.

Bears the papermaker's chop mark.

**II.172–177: SEX PARTS 1978**

Based on photographs by Andy Warhol.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc. 1978.*

Bears the printer's chop mark and papermaker's watermark.

### II.178: FELLATIO 1978

Based on a photograph by Andy Warhol.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc. 1978.*

Bears the printer's chop mark and papermaker's watermark.

### II.179–182: MUHAMMAD ALI 1978

Based on photographs by Andy Warhol.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc. 1978.*

Bears the papermaker's chop mark.

Warhol made paintings of these subjects.

### II.183: AFTER THE PARTY 1979

Based on a photograph by Andy Warhol.

The image is printed on a half-sheet of Arches 88 paper with one edge machine-trimmed and the other edge deckled. The rainbow roll drawing line varies from print to print.

Bears the printer's chop mark.

### II.184: FIESTA PIG 1979

Based on a photograph by Andy Warhol.

Stamped in black on verso, © *Andy Warhol.*

The image is printed on a half-sheet of Arches 88 paper with one edge machine-trimmed and the other edge deckled. The rainbow roll drawing line varies from print to print.

Bears the printer's chop mark.

Warhol was a collector of Fiesta, colorful dishes manufactured from the 1930s to the 1950s.

 

### II.185: U.N. STAMP 1979

Printed on verso, *Photo-collage by Andy Warhol (U.S.A.) World Federation of United Nations Associations Cachet Print.*

There are 25,000 first-day cover envelopes printed with either U.S. stamps, Swiss stamps, or both (illustrated above).

### II.186–189: GEMS 1978

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc. 1978.*

Bears the printer's chop mark and papermaker's chop mark.

Warhol made paintings of these subjects.

### II.190–195: GRAPES 1979

Based on photographs by Ronnie Cutrone.

There is also a portfolio entitled *Grapes D.D.* (Diamond Dust) which depicts the same subjects and has fine diamond dust over transparent burgundy or cobalt ink. It is an edition of four numbered in Roman numerals (I/IV–IV/IV) and 1 PP; all are signed and numbered in felt pen.

*Grapes D.D.* is not illustrated in the catalogue because the diamond dust is so fine as to be indistinguishable in photographs. This is the first time Warhol used diamond dust in prints; thereafter, he used coarser particles of diamond dust.

Stamped in black on verso, © *Andy Warhol 1979.*

Bears the printer's chop mark and papermaker's chop mark.

### II.190A–195A: GRAPES (SPECIAL EDITION) 1979

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol 1979.*

Bears the printer's chop mark and papermaker's chop mark.

### II.196: SPACE FRUIT: LEMONS 1978

Based on a photograph by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc. 1978.*

Bears the printer's chop mark and papermaker's chop mark.

There is one unsigned and unnumbered progressive set of six prints that includes the four separate colors of the print progression plus one with only the drawing line and one with the black separation in registration with the drawing line.

### II.197: SPACE FRUIT: ORANGES 1978

Based on a photograph by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc. 1978.*

Bears the printer's chop mark and papermaker's chop mark.

There is one unsigned and unnumbered progressive set of six prints that includes the four separate colors of the print progression plus one with only the drawing line and one with the black separation in registration with the drawing line.

Prints exist which differ from the published edition (example illustrated below).

### II.198–203: SPACE FRUIT: STILL LIFES 1979

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol Enterprises, Inc.;* marked in ball-point pen, *1979.*

Bears Joe Grippi's chop mark. The prints numbered in Roman numerals have Joe Grippi's chop mark but no stamps. Some of these are printed differently from the other edition prints; the placement of the images and borders may vary.

There is one unsigned and unnumbered progressive set for each print in the portfolio that includes the separate colors of the print progression plus one with the drawing line and one with the black separation in registration with the drawing line. There are seven prints in the *Cantaloupe II* set, eight in *Watermelon*, seven in *Apples*, eight in *Cantaloupe I*, eight in *Peaches*, and six in *Pears*.

### II.204–209: SHADOWS I 1979

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol 1979.*

Marked in pencil on verso, *Shadows I.*

Bears the printer's chop mark.

### II.210–215: SHADOWS II 1979

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol 1979.*

Marked in pencil on verso, *Shadows II.*

Bears the printer's chop mark.

### II.216–221: SHADOWS III 1979

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © *Andy Warhol 1979.*

Marked in pencil on verso, *Shadows III.*

Bears the printer's chop mark.



**II.222–223: SHADOWS IV 1979**

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © Andy Warhol 1979.

Marked in pencil on verso, Shadows IV.

Bears the printer's chop mark.

**II.224–225: SHADOWS V 1979**

Based on photographs by Ronnie Cutrone.

Stamped in black on verso, © Andy Warhol 1979.

Marked in pencil on verso, Shadows V.

Bears the printer's chop mark.

**II.226–235: TEN PORTRAITS OF JEWS OF THE TWENTIETH CENTURY 1980**

Photographic sources and credits: Sarah Bernhardt, Louis Brandeis, George Gershwin, Golda Meir, Gertrude Stein, The Bettmann Archive, Inc., New York; Martin Buber, Yivo Institute for Jewish Research, New York; Franz Kafka, Schocken Books, New York; The Marx Brothers, still from the film A Night in Casablanca; Sigmund Freud, Max Halberstadt; Albert Einstein, Trude Fleischmann.

There is a colophon signed in pencil lower right.

Stamped in black on verso, Ten Portraits of Jews of the Twentieth Century © Andy Warhol 1980 Publishers: Ronald Feldman Fine Arts, New York; Jonathan A Editions, Tel Aviv.

All bear the printer's chop mark with the exception of Albert Einstein.

Warhol made paintings of these subjects.

**II.236: KAREN KAIN 1980**

Based on a photograph of Kain, a Canadian ballerina, by Andy Warhol.

Stamped in black on verso, H. P. Productions, Ltd. © Andy Warhol 1980.

Bears the printer's chop mark.

Warhol made paintings of this subject.

**II.237: KIMIKO 1981**

Based on a photograph by Andy Warhol.

Bears the printer's chop mark.

Warhol made paintings of this subject.

**II.238: MILDRED SCHEEL 1980**

Based on a photograph by Andy Warhol.

Stamped in black on verso, © Andy Warhol 1980.

The image is printed on a half-sheet of Arches 88 with

one edge machine-trimmed and the other edge deckled.

Bears the printer's chop mark.

**II.239: MILDRED SCHEEL 1980**

Based on a photograph by Andy Warhol.

There are approximately five artist's proofs that are trial proof variations.

Stamped in black on verso, © Andy Warhol 1980.

Bears the printer's chop mark.

**II.240: EDWARD KENNEDY 1980**

Based on a photograph by Andy Warhol.

Stamped in black on verso, © Andy Warhol 1980.

Bears the printer's chop mark.

**II.241: EDWARD KENNEDY (DELUXE EDITION) 1980**

Based on a photograph by Andy Warhol.

Artists who participated in the Artists for Kennedy project: Herb Aach, Ilya Bolotowsky, Nassos Daphnis, Gordon Hart, Harry Koursaros, Nicholas Krushenick, Les Levine, Robert Morris, Seong Moy, Lowell Nesbitt, Dennis Oppenheim, David Prentice, Robert Rauschenberg, Jay Rosenblum, Donald Saff, Richard Serra, Leon Polk Smith, Alan Sonfist, Robert Stanley, Andy Warhol, Jamie Wyeth, Jack Youngerman.

Stamped in black on verso, © Andy Warhol 1980.

Bears the printer's chop mark.

**II.242–244: JOSEPH BEUYS 1980/83**

Based on a photograph by Andy Warhol.

Stamped in black on verso, © Andy Warhol 1980; stamped in blue on verso, Beuys by Warhol Published by Verlag Schellmann & Kluser, Munich. State I has no blue stamp.

State I (II.242) was originally printed in 1980 in an edition of 150; 100 prints from this edition were reprinted with rayon flock in 1983 and became state II (II.243) and state III (II.244); (see II.242–244, p. 116). This is the only time Warhol used rayon flock in screenprints.

There is at least one trial proof in the edition on Arches Cover Black paper.

Warhol made paintings of this subject.

**II.245–247: JOSEPH BEUYS 1980**

Based on a photograph by Andy Warhol.

Bears the printer's chop mark and publisher's chop mark.

Warhol made paintings of this subject.

**II.248–252: SHOES (DELUXE EDITION) 1980**

Based on photographs by Andy Warhol.

Stamped in black on verso, © Andy Warhol 1980.

Bears the printer's chop mark and papermaker's watermark and chop mark.

Warhol made paintings of these subjects.

**II.253–257 SHOES 1980**

Based on photographs by Andy Warhol.

Stamped in black on verso, © Andy Warhol 1980.

II.253 and II.254 were misprinted and had to be reprinted; approximately eighty impressions of each subject exist, unsigned and unnumbered.

Bears the printer's chop mark and papermaker's watermark and chop mark.

Warhol made paintings of these subjects.

**II.258–267: MYTHS 1981**

Photographic sources and credits: The Star, photograph of Greta Garbo as Mata Hari by Clarence Sinclair Bull; Uncle Sam, James Mahoney by Andy Warhol; The Witch, Margaret Hamilton by Andy Warhol; Mammy, Sylvia Williams by Andy Warhol; Howdy Doody, photograph of the original Howdy Doody by Andy Warhol; Dracula, Sean McKeon by Andy Warhol; Santa Claus, John Viggiano by Andy Warhol; The Shadow, Andy Warhol by Rupert Jasen Smith.

There is a colophon.

Stamped in black on verso, © Andy Warhol 1981 Publisher: Ronald Feldman Fine Arts, Inc. New York.

Stamped in black on verso of Superman, © D.C. Comics, Inc. 1981 This interpretation created by Andy Warhol is derived from an original version of Superman copyrighted by D.C. Comics.

Stamped in black on verso of Mickey Mouse, This interpretation created and copyrighted by Andy Warhol is derived from an original version of Mickey Mouse copyrighted by Walt Disney Productions, Inc.

Bears the printer's chop mark.

Warhol made paintings of these subjects.

**II.268: JANE FONDA 1982**

Based on a photograph by Andy Warhol.

Stamped in black on verso, © Andy Warhol 1982.

Jane Fonda was married to Tom Hayden when this print was published.

Bears the printer's chop mark.

Warhol made paintings of this subject.

**II.269: DOUBLE MICKEY MOUSE 1981**

Stamped in black on verso, © *Andy Warhol 1981 Publisher: Ronald Feldman Fine Arts, Inc. New York This interpretation created and copyrighted by Andy Warhol is derived from an original version of Mickey Mouse copyrighted by Walt Disney Productions, Inc.*

Bears the printer's chop mark.

**II.269A: THE SHADOW 1981**

Based on a photograph by Rupert Jasen Smith.

Posthumously stamped in black on verso, © *Andy Warhol 1981 Publisher: Ronald Feldman Fine Arts, Inc. New York Certificate of Authenticity I The Undersigned Hereby Certify This To Be An Original Andy Warhol Title: Print Number: Frederick Hughes, Executor Estate of Andy Warhol.*

Bears the printer's chop mark.

**II.270–273: GOETHE 1982**

Based on Johann Heinrich Wilhelm Tischbein's 1787–88 painting *Goethe in der Römischen Campagna*, in the Städelsches Kunstinstitut und Städtische Galerie, Frankfurt, Germany.

Stamped in red on verso, © *Andy Warhol 1982 Publisher: Edition Schellmann & Kluser, Munchen Denise Rene/Hans Mayer, Dusseldorf.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

**II.274–286: $ (1), $ (4), $ (QUADRANT), $ (9) 1982**

Based on images found in commercial typography.

Stamped in red on verso, © *Andy Warhol 1982.*

Since the prints are unique and portfolios are assembled in mixed variations, the locations of the signature may vary.

Bears the printer's chop mark.

Warhol made paintings of this subject.

**II.287: ERIC EMERSON (CHELSEA GIRLS) 1982**

Based on frames from Andy Warhol's 1966 film *Chelsea Girls*.

Prior to the original publication of this catalogue, this print was incorrectly entitled *Eric Anderson (Chelsea Girls)*.

Artists in *A Portfolio of Thirteen Prints*: Raimund Abraham, Carl Andre, Rudolf Baranik, Joseph Beuys, Alice Neel, Claes Oldenburg, Robert Rauschenberg, James Rosenquist, Richard Serra, Harry Smith, May Stevens, Andy Warhol, William Wegman.

*HC 14/24* and *HC 19/24*, signed on recto and unnumbered,

stamped *The Estate of Andy Warhol* and initialled *VF* on verso.

Bears the papermaker's watermark.

**II.289: COMMITTEE 2000 1982**

Stamped in red on verso, © *Andy Warhol 1982.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

**II.290: BROOKLYN BRIDGE 1983**

Based on a photograph in the collection of the Museum of the City of New York.

Stamped in red on verso, © *Andy Warhol 1983.*

Bears the printer's chop mark.

**II.291–292: ALEXANDER THE GREAT 1982**

Based on a Hellenistic bronze bust in a private Swiss collection.

The Hellenic Heritage Foundation is a non-profit organization dedicated to the preservation and advancement of Greek culture.

Stamped in red on verso, © *Andy Warhol 1982.*

The prints were created to coincide with the "The Search for Alexander" exhibition at the Metropolitan Museum of Art, New York, October 27, 1982-January 3, 1983. The exhibition had opened at the National Gallery of Art, Washington, D.C. in November 1980, and traveled to Chicago, Boston, and San Francisco through May 1982.

Bears the printer's chop mark.

Warhol made paintings of this subject.

**II.293–302: ENDANGERED SPECIES 1983**

Photographic sources and credits: *African Elephant*, Mitch Reardon; *Pine Barrens Tree Frog*, George Porter; *Giant Panda*, George Holton; *Bald Eagle*, George Galicz; *Siberian Tiger*, Tom McHugh; *San Francisco Silverspot*, Larry Orsak; *Orangutan*, Jerry Ferrara; *Grevy's Zebra*, Mohamed Ismail; *Black Rhinoceros*, Mohammed Amin; *Bighorn Ram*, S.J. Krasemann.

There is a colophon.

Stamped in red on verso, © *Andy Warhol 1983 Publisher Ronald Feldman Fine Arts, Inc, New York.*

Prints numbered in Roman numerals were donated to wildlife organizations for fund-raising projects.

Bears the printer's chop mark.

Warhol made paintings of these subjects.

**II.303: SPEED SKATER 1983**

Based on a publicity photograph.

Artists in the *Art and Sports* portfolio: Piero Dorazio, Jean-Michel Folon, Emilio Greco, Gottfried Helnwein, Howard Hodgkin, Dzevad Hozo, Kyu-Baik Hwang, Jiri Kolár, Henry Moore, Mimmo Paladino, Michelangelo Pistoletto, James Rosenquist, Giuseppe Santomaso, Gabriel Stüpica, Cy Twombly, Victor Vasarely, Andy Warhol.

All artists with the exception of Warhol numbered the edition in Arabic numerals and the deluxe edition in Roman numerals.

Warhol numbered the edition in Roman numerals and the deluxe edition in Arabic numerals.

Stamped in red on verso, © *Andy Warhol 1983.*

Bears the printer's chop mark.

**II.304: SIDEWALK 1983**

Based on a photograph by Andy Warhol.

Artists in the *Eight by Eight to Celebrate the Temporary Contemporary* portfolio: Niki de Saint-Phalle, Richard Diebenkorn, Sam Francis, David Hockney, Ellsworth Kelly, Robert Rauschenberg, Jean Tinguely, Andy Warhol. Joseph Kosuth designed the portfolio box and frontispiece.

Stamped in red on verso, © *Andy Warhol 1983.*

The film stars' signatures, footprints, and handprints are as they appear at Grauman's Chinese Theater in Hollywood, California (now called Mann's Chinese Theater).

Bears the printer's chop mark.

**II.304A: MAGAZINE AND HISTORY 1983**

The image is a collage of twenty-five covers from *Bunte*, a weekly illustrated magazine published in Munich, Germany.

Warhol made paintings of this subject.

**II.305: GRACE KELLY 1984**

Based on a still from the 1951 film *Fourteen Hours*.

Stamped in black on verso, © *Andy Warhol 1984 Institute of Contemporary Art, University of Pennsylvania* with the consent of the Princess Grace Foundation, U.S.A.

**II.306: WAYNE GRETZKY #99 1984**

Based on a photograph by Andy Warhol.

Posthumously stamped in black on verso of the trial proofs, *Certificate of Authenticity I the undersigned hereby certify this to be an original work of art by Andy Warhol, completed by him Title Year Medium Description Dimensions Inventory # Frederick W. Hughes Executor Estate of Andy Warhol.*

Wayne Gretzky was a hockey player for the Edmonton Oilers in Ontario, Canada when this print was published. He is now retired.

Warhol made paintings of this subject.



## II.307–309: KIKU 1983

Based on the insignia of the Royal House of Japan, the chrysanthemum.

Stamped in blue on verso, © *Andy Warhol 1983*.

Bears the publisher's chop mark, Ryoichi Ishida's chop mark, and papermaker's watermark.

Prints exist which differ from the published edition (examples illustrated above).



## II.310–312: LOVE 1983

Based on photographs by Andy Warhol.

Stamped in blue on verso, © *Andy Warhol 1983*.

Bears Ryoichi Ishida's chop mark and papermaker's watermark.

Prints exist which differ from the published edition (example illustrated above).

## II.313–315: INGRID BERGMAN 1983

II.313 based on a publicity photograph; II.314 based on a still from the 1945 film *The Bells of St. Mary's*; II.315 based on a still from the 1944 film *Casablanca*.

Stamped in blue on verso, © *Andy Warhol 1983  Publisher Galerie Borjeson, Sweden*.



There is a "Guarantee of Authenticity" document for each print, 11 x 8½" (27.9 x 21.6 cm), bearing the watermarked signatures of the artist, printer, and publisher, and the written signatures of all three.

Bears the printer's chop mark.

## II.316A: DETAILS OF RENAISSANCE PAINTINGS (PIERO DELLA FRANCESCA, *MADONNA DEL DUCA DA MONTEFELTRO, CIRCA 1472*) 1984

Based on Piero della Francesca's painting *Virgin with Child, Saints, Angels, and Federigo II da Montefeltro*, in the Pinacoteca di Brera, Milan, Italy, from the Church of San Bernardino in Urbino.

Stamped in red on verso, *Andy Warhol 1984  Editions Schellmann & Kluser, Munich/New York*.

## II.316–319: DETAILS OF RENAISSANCE PAINTINGS (SANDRO BOTTICELLI, *BIRTH OF VENUS, 1482*) 1984

Based on Sandro Botticelli's painting *Birth of Venus*, in the Uffizi, Florence, Italy.

Stamped in red on verso, *Andy Warhol 1984 Editions Schellmann & Kluser, Munich/New York*.

Warhol made paintings of this subject.

## II.320–323: DETAILS OF RENAISSANCE PAINTINGS (LEONARDO DA VINCI, *THE ANNUNCIATION, 1472*) 1984

Based on Leonardo da Vinci's painting *The Annunciation*, in the Uffizi, Florence, Italy.

Stamped in red on verso, *Andy Warhol 1984 Editions Schellmann & Kluser, Munich/New York*.

Warhol made paintings of this subject.

## II.324–327: DETAILS OF RENAISSANCE PAINTINGS (PAOLO UCCELLO, *ST. GEORGE AND THE DRAGON, 1460*) 1984

Based on Paolo Uccello's painting *St. George and the Dragon*, in the National Gallery, London, England.

Stamped in red on verso, *Andy Warhol 1984 Editions Schellmann & Kluser, Munich/New York*.

Warhol made paintings of this subject.

## II.328: FREDERICK WEISMAN 1984

Based on a photograph by Andy Warhol.

Warhol made paintings of this subject.

## II.329: VIEWPOINT 1984

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.329A: JEAN COCTEAU 1985

Based on a photograph by Man Ray.

Stamped in black on verso, © *Andy Warhol 1985*.

Numbers *142/250, 143/250, 163/250*, and *164/250* exist in two impressions each.

Warhol made paintings of this subject.

## II.330–333: SAINT APOLLONIA 1984

Based on a 1470 panel painting attributed to the workshop of Piero della Francesca, *Saint Apollonia*, in the National Gallery, Washington, D.C. The martyr-saint, Apollonia (3rd century AD), a deaconess whose teeth were broken with pincers, was known as the patroness of toothaches.

Stamped in black on verso, © *Andy Warhol 1984*.

Warhol made paintings of this subject.

## II.334–349: REIGNING QUEENS 1985

Based on official or media photographs of Queen Elizabeth II of the United Kingdom, Queen Beatrix of The Netherlands, Queen Margrethe II of Denmark, and Queen Ntombi Twala of Swaziland, the only four reigning queens in the world at the time the portfolio was published.

Stamped in black on verso, © *Andy Warhol 1985*.

Bears the printer's chop mark.

Warhol made paintings of these subjects.

## II.350–359: ADS 1985

Based on original logos, trademarks, and advertisements for products or films.

There is a colophon.

Stamped in black on verso, © *Andy Warhol 1985 Publisher: Ronald Feldman Fine Arts, Inc., New York*. Stamped in black on verso of *Rebel without a Cause (James Dean)* © *Andy Warhol 1984*.

Each of the prints, with the exception of *Van Heusen (Ronald Reagan)*, bears a special stamp in black on verso.

**Mobil:** *This interpretation created and copyrighted by Andy Warhol is derived from an original version of the Pegasus trademark of Mobil Oil Corporation and subsidiary corporations. The Pegasus symbol is a registered trademark of Mobil Oil Corporation.*

**Blackglama (Judy Garland):** *Blackglama and What Becomes a Legend Most with its pictorial representation are trademarked and copyrighted by the Great Lakes Mink Association.*

**Paramount:** *This interpretation only created and copyrighted by Andy Warhol is derived from an original version of the Paramount logo owned by, copyrighted by and used by permission of Paramount Pictures Corporation.*

**Life Savers:** *This interpretation created and copyrighted by Andy Warhol is derived from an original version of a Life Savers, Inc. advertisement copyrighted by Life Savers, Inc. and reproduced with the permission of Nabisco Brands, Inc.*

**Chanel:** *The Chanel Classic Bottle, No. 5 Chanel and The Most Treasured Name in Perfume are registered trademarks of Chanel, Inc.*

**Rebel Without a Cause (James Dean):** *This interpretation created and copyrighted by Andy Warhol is derived from an original version of a James Dean poster copyrighted by Warner Bros., Inc.*

**The New Spirit (Donald Duck):** *This interpretation created and copyrighted by Andy Warhol is derived from an original version of Donald Duck copyrighted by Walt Disney Productions.*

**Volkswagen:** *© 1960 Volkswagen of America, Inc. Used with express permission.*

**Apple:** *© Apple Computer, Inc. 1985. The Apple logo is a registered trademark of Apple Computer, Inc. Macintosh is a trademark licensed to Apple Computer, Inc. This interpretation created and copyrighted by Andy Warhol is derived from an original version of the Apple logo copyrighted by Apple Computer, Inc. and used with the permission of Apple Computer, Inc.*

Bears the printer's chop mark and publisher's chop mark.

Warhol made paintings of these subjects.

## II.360: ANNIVERSARY DONALD DUCK 1985

Stamped in black on verso, *© Andy Warhol 1985  Publisher: Ronald Feldman Fine Arts, Inc. New York  This interpretation created and copyrighted by Andy Warhol is derived from an original version of Donald Duck copyrighted by Walt Disney Productions.*

Bears the printer's chop mark and publisher's chop mark.

## II.360A: TURTLE 1985

Based on a media photograph from the 1985 film *Turtle Diary.*

Stamped in black on verso, *© Andy Warhol 1985.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.360B: PETE ROSE 1985

Based on a publicity photograph by Gordon Baer.

Stamped in black on verso, *© Andy Warhol 1985.*

Pete Rose was a baseball player for the Cincinnati Reds when this print was published.

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.361–364: COLOGNE CATHEDRAL 1985

Based on a photograph by Christopher Makos.

Stamped in black on verso, *© Andy Warhol 1985  Publisher: Hermann Wunsche, Bonn-New York.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.365: VESUVIUS 1985

Based on Camillo De Vito's painting *Eruzione del Vesuvio,* in the Collezione Cousa, Naples, Italy.

Stamped in black on verso, *© Andy Warhol 1985  Fondazione Amelio Instituto Per L'Arte Contemporanea, Napoli.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.366: FROLUNDA HOCKEY PLAYER 1986

Based on a publicity photograph of Christer Kjellgren.

The trial proofs are posthumously stamped in black on verso, *Certificate of Authenticity  I the undersigned hereby certify this to be an original Andy Warhol  Title: Frolunda Hockey Player, 1986 ©  Print Number  Executor Estate of Andy Warhol.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.367–370: TRUCK 1985

The subject is Warhol's composite of different types of German commercial transportation.

Stamped in black on verso, *© Andy Warhol 1985.*

Bears the printer's chop mark.

## II.371: JOSEPH BEUYS IN MEMORIAM 1986

Based on a photograph by Andy Warhol.

Artists in the *for Joseph Beuys* portfolio: Shusasku Arakawa, James Brown, Sandro Chia, Dan Christiansen, Christo (Christo Javacheff), Francesco Clemente, Tony Cragg, Enzo Cucchi, Walter Dahn, Martin Disier, Jiri Georg Dokoupil, Keith Haring, Jörg Immendorf, Donald Judd, Per Kirkeby, Imi Knoebel, Jannis Kounellis, Sol LeWitt, Richard Long, Robert Longo, Bruce Maclean, Robert Mapplethorpe, Nam June Paik, Mimmo Paladino, A.R. Penck, Arnulf Rainer, Sarmento, Cindy Sherman, Emilio Vedova, Andy Warhol.

Stamped in black on verso, *© Andy Warhol 1986  Published By: Galerie Bernd Kluser/Edition Schellmann.*

Bears the printer's chop mark.

## II.372: NEUSCHWANSTEIN 1987

Based on a commercial tourist poster.

Stamped in black on verso, *© Andy Warhol 1987.*

There is at least one trial proof in the edition on brown paper.

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.373–376: COWBOYS AND INDIANS 1986

Photographic sources and credits: *War Bonnet Indian,* Hollywood film still; *Action Picture,* Charles Shreyvogel's painting *Breaking Through the Lines; Sitting Bull,* archival photograph.

Stamped in black on verso, *© Andy Warhol 1986  Publisher: Gaultney-Klineman Art Inc. New York.*

## II.377–386: COWBOYS AND INDIANS 1986

Photographic sources and credits: *John Wayne,* publicity photograph; *Annie Oakley,* anonymous photograph from *Annie Oakley* by Courtney Riley Cooper; *General Custer,* Mathew Brady; *Northwest Coast Mask, Kachina Dolls,* and *Plains Indian Shield,* Andy Warhol; *Mother and Child,* anonymous postcard photograph entitled *"Bright Eyes" Squaw and Papoose; Geronimo,* Ben Wittick; *Teddy Roosevelt,* George Gardner Rockwood.

There is a colophon.

All the prints, with the exception of *Annie Oakley,* are stamped in black on verso, *© Andy Warhol 1986  Publisher: Gaultney-Klineman Art (Inc. written in ink) New York.* The stamp on *Annie Oakley* is smaller, with *Inc.* printed and the date omitted. The trial proofs are stamped in black on verso, *© Andy Warhol 1986  Publisher: Gaultney-Klineman Art Inc. New York.*

Bears the printer's chop mark.

Warhol made paintings of *Northwest Coast Mask, Kachina Dolls,* and *Plains Indian Shield.*

## II.387~389: MARTHA GRAHAM 1986

Based on photographs by Barbara Morgan.

Stamped in black on verso, © *Andy Warhol 1986 Publisher: Martha Graham Center of Contemporary Dance Recreated by Andy Warhol from an original photograph by Barbara Morgan.*

Bears the printer's chop mark.

Prints exist which differ from the published edition (example illustrated below).



## II.390~393: BEETHOVEN 1987

Based on Karl Josef Stieler's 1819 painting *Beethoven*, in the Beethoven-Haus, Bonn, Germany; the musical notes are from Beethoven's 1801 *Moonlight Sonata*, Opus 27, no.2.

Posthumously stamped in black on verso, *Certificate of Authentity* [sic] *We the undersigned hereby certify this to be an original Andy Warhol work of art from his last collection entitled Beethoven Print Number: Fred Hughes Executor Andy Warhol Estate Hermann Wunsche Publisher Rupert Jasen Smith Master Printer.*

There are two trial proofs numbered *TP 72/72.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.394~401: HANS CHRISTIAN ANDERSEN 1987

Portrait of Hans Christian Andersen based on an official photograph; other prints based on cutouts created by Hans Christian Andersen between 1865 and 1870.

Posthumously stamped in black on verso, *Certificate of Authentity* [sic] *We the undersigned hereby certify this to be an original Andy Warhol work of art from his last collection entitled Hans Christian Andersen Print Number: Peter Thomson & Evan Fredericksen Art Expo Danmark, Publishers Rupert Jasen Smith Printer Fred Hughes Warhol Corporation.*

There is a stamped signature on verso.

Bears the printer's chop mark.

## II.402: LENIN 1987

Based on a photograph by Philipp Schönborn.

There are at least two trial proofs in the edition on brown paper.

Stamped in black on verso, © *Andy Warhol 1987.*

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.403: RED LENIN 1987

Based on a photograph by Philipp Schönborn.

Posthumously stamped in black on verso, *Certificate of Authenticity I the undersigned hereby certify this to be an original work of art by Andy Warhol completed by him* © *Andy Warhol 1987 Title Year Medium Description Dimensions Inventory # Frederick W. Hughes Executor Estate of Andy Warhol.*

The inventory number, noted above on the stamp, indicates the edition number.

Bears the printer's chop mark.

Warhol made paintings of this subject.

## II.404~405: MOONWALK 1987

Based on Andy Warhol's composite of two NASA photographs taken by Neil Armstrong of Edwin ("Buzz") Aldrin, Jr. walking on the moon for the first time in 1969 during the Apollo 11 mission.

Posthumously stamped in black on verso, *Certificate of Authenticity Moonwalk* © *Andy Warhol 1987 We the undersigned hereby certify this to be an original Andy Warhol work of art bearing a stamped signature of the artist Print #: Frederick Hughes Executor Andy Warhol Estate Rupert Jasen Smith Master Printer Ronald Feldman Fine Arts, Inc. Publisher.*

Bears the printer's chop mark and publisher's chop mark.

## II.406~413: CAMOUFLAGE 1987

Based on photographs by Andy Warhol.

Posthumously stamped in black on verso, © *Andy Warhol 1987 Certificate of Authenticity I The Undersigned Hereby Certify This To Be An Original Andy Warhol Title: Print Number: Frederick Hughes, Executor Estate of Andy Warhol.*

Bears the printer's chop mark.

Warhol made paintings of these subjects.