# EXHIBIT M



POST WAR AND
CONTEMPORARY ART

CHRISTIE'S

# Post-War and Contemporary Art

## Evening Sale

## Wednesday 16 May 2007

**PROPERTIES FROM**

The Collection of Mel Bochner and
Lizbeth Marano

The Collection of Laura de Coppet

The Eastman Family Collection

Selected Works from the Hirschland
Collection

The Estate of Sally Lilienthal

The Collection of Rex Inc.

**AUCTION**

Wednesday 16 May 2007
at 7.00 pm (Lots 1–78)

20 Rockefeller Plaza
New York, NY 10020

Admission to this sale is by ticket only. Please call +1 212 636 2437
for further information.

**VIEWING**

| | | |
|---|---|---|
| Saturday | 12 May | 10.00 am – 5.00 pm |
| Sunday | 13 May | 1.00 pm – 5.00 pm |
| Monday | 14 May | 10.00 am – 5.00 pm |
| Tuesday | 15 May | 10.00 am – 5.00 pm |
| Wednesday | 16 May | 10.00 am – 12.00 noon |

**AUCTIONEER**

Christopher Burge (# 761543)

**AUCTION CODE AND NUMBER**

In sending absentee bids or making
enquiries, this sale should be referred to as
**CRAFT-1834**

**AUCTION RESULTS**

UK: +44 (0)20 7627 2707
US: +1 212 703 8080
**christies.com**

**CONDITIONS OF SALE**

This auction is subject to
Important Notices,
Conditions of Sale and
to reserves.
[50]



# CHRISTIE'S

View catalogues and leave bids online

PROPERTY FROM A PRIVATE EAST COAST COLLECTION

14

# ANDY WARHOL (1928-1987)

FLOWERS

signed 'Andy Warhol' and stamped with the Andy Warhol Art
Authentication Board, Inc., stamp and numbered 'A102.0610'
(on the overlap)
synthetic polymer and silkscreen inks on canvas
24 x 24 in. (61 x 61 cm.)
Painted in 1964.

$ I ,200,000-1,800,000

**PROVENANCE:**
Leo Castelli Gallery, New York
OK Harris Works of Art, New York
Acquired from the above by the present owner,
circa 1969

**EXHIBITED:**
Pasadena Art Museum and Chicago, Museum
of Contemporary Art, *Andy Warhol*,
May-September 1970.
London, Tate Gallery, *Warhol*, February-March
1971, no. 86.

**LITERATURE:**
G. Frei and N. Printz, eds., *The Andy Warhol
Catalogue Raisonné: Paintings and Sculptures
1964-1969*, vol. 02A, New York, 2004, p. 302
(Leo Castelli number (LC103) listed).



Andy Warhol with *Flowers* at The Factory
at 231 East Forty Seventh Street,
New York, 1964. © 2007 Andy Warhol
Foundation for the Visual Arts / Artists
Rights Society (ARS), New York

Two years after Leo Castelli initially rejected
Warhol's work, the artist finally joined the
gallerist's stable of artists, and a one-man show
was slated for November 1964. Warhol
generally considered exhibitions an occasion to
present a fresh body of work organized by
subject, theme, or series, and planned to show
*Flowers* for his Castelli debut. He had begun
experimenting with the motif in the summer of
1964, beginning with a reproduction of a color
photograph of hibiscus flowers from a
photography magazine; by October, he
specifically developed *Flowers* with his
upcoming show in mind, nurturing its blooms
in an array of hues and sizes.

Warhol displayed his twenty-four-inch *Flowers*
on a floating wall panel in the front room of the
gallery, masking a bay of windows that looked
out onto East 77th Street. The canvases were
hung in four horizontal rows of seven with small
intervals between each image, although Warhol
did not specify any particular order within this
arrangement. He paid similar disregard to
orientation. "The paintings have no top or
bottom," wrote David Bourdon in his review of
the show. Close-up, frontal, and vividly
fluorescent, "like cut-out gouaches by Matisse
set adrift on Monet's lily pond," each canvas
was already vaguely abstract in both form and
feeling. Seen together as a random arrangement
of twenty-eight canvases, the effect was akin to
looking at "printed oilcloth, plastic tablecloth"
or—as Henry Geldzahler has described
them—"wallpaper" (D. Bourdon, "Andy
Warhol," *Village Voice*, December 3, 1964,
p. 11).

In his review for *Art News*, Thomas B. Hess also
described the experience of viewing the series:

"These are works for the mantelpiece of a T.V.
commercial hero. . . . Warhol's subject matter
used to lean on the sadistic and erotic—death
and pinups. Now four illustrations (from a
Kodak journal) of what seem to be pansies
(The *Herald Tribune* called them anemones)
have been screened, photo-mechanically
enlarged and squeegeed into batches of
stretched canvas. Color the background butter
grass. Colors the petals Op-Pop fluorescent:
Crash helmet orange, Joseph E. Levine gold,
Zap-gun ultra-maroon. They are successfully
drained of any interest beyond the conceptual
apparatus a spectator chooses to poke at them.
It is as if Warhol got hung up on the cliché that
attacks 'modern art' for being like 'wallpaper,'
and decided that wallpaper is a pretty good idea,
too.

Most of the works in the show had little gold
stars pasted to the wall beneath them—meaning
they had sold...The profound anti-style achieve-
ment of Warhol's show is that it embodies
what's 'In'" (T.B. Hess, "Reviews and Previews,"
*Art News*, January 1952).

A sellout in 1964 but perennially in bloom,
Warhol's *Flowers* retain their timelessness on
account of their mesmerizing visual power. With
their brightly contrasting hues, each blossom
transmits an electric jolt from one to the next as
if locked in an endless circuit. "The flowers are
beautiful," Bourdon wrote. "The artist is a
mechanical Renaissance man, a genius"
(D. Bourdan, *Ibid.*, p. 11). *Flowers* is an abiding
testament to Warhol's ability to not only arrest
beauty but to turn it into an enduring icon.



4815

PROPERTY OF A PRIVATE COLLECTOR

15

# ANDY WARHOL (1928-1987)

GREEN CAR CRASH (GREEN BURNING CAR I)

synthetic polymer, silkscreen ink and acrylic on linen
90 x 80 in. (228.6 x 203.2 cm.)
Painted in 1963.

## $25,000,000-35,000,000

See separate catalogue.

**PROVENANCE:**
Galerie Ileana Sonnabend, Paris
Gian Enzo Sperone Arte Moderna, Turin
Remo Morone, Turin
Anon. sale; Christie's, London, 6 December
1978, lot 229
Galerie Bruno Bischofberger, Zurich
Acquired from the above by the present owner

**EXHIBITED:**
Paris, Galerie Ileana Sonnabend, *Warhol*,
January-February 1964 (illustrated).
Turin, Gian Enzo Sperone Arte Moderna, *Warhol*,
February 1965 (illustrated).
Turin, Galleria Civica d'Arte Moderna, *New Dada
e Pop Art Newyorkesi*, 1969, no. 73 (illustrated).
Pasadena Art Museum; Chicago, Museum of
Contemporary Art; Eindhoven, Stedelijk van
Abbemuseum; Musée d'Art Moderne de la Ville
de Paris; London, Tate Gallery and New York,
Whitney Museum of American Art, *Andy Warhol*,
May 1970-July 1971, no. 18 (Paris, no. 59,
London, no. 98).
Kunsthaus Zurich, *Andy Warhol*, 1978, no. 76
(illustrated).
Kunstmuseum Thun, *Das Auto in der Vitrine*,
July-August 1985.
Kunstverein Hamburg, *Andy Warhol*, October-
December 1987, no. 5 (illustrated in color).
Kunstmuseum Lucerne, *Andy Warhol Paintings:
1960-1986*, July-September 1995, no. 12
(illustrated in color).
Riehen/Basel, Fondation Beyeler, *Andy Warhol:
Series and Singles*, September-December 2000,
pp. 99 and 196, no. 45 (illustrated in color).

**LITERATURE:**
*Andy Warhol*, exh. cat., Institute of
Contemporary Art, Philadelphia, October-
November 1965, no. 4 (illustrated).
D. Antin, "The Silver Tenement," *Art News*,
vol. 65, no. 4, Summer 1966, p. 47 (detail
illustrated as *Disaster*).
A. Boatto, *Pop Art in USA*, Milan, 1967,
p. 217 (illustrated).
M. Compton, *Pop Art*, London, 1970,
no. 107 (illustrated).
R. Crone, *Andy Warhol*, New York, 1970,
no. 326 (illustrated in color).
O. Hahn, *Warhol*, Paris, 1972, p. 60 (illustrated).
S. Wilson, *Pop*, London, 1974, no. 11 (illustrated
in color as *Green Disaster*).
R. Crone, *Das Bildnerische Werk Andy Warhols*,
Berlin, 1976, no. 764 (illustrated).
A. Boatto, *Pop Art*, Rome, 1983, no. 20
(illustrated in color).
J. Hendrickson, "Andy Warhol," *Nike*, vol. 5,
no. 20, October/November 1987,
p. 24 (illustrated).
D. Bourdan, *Andy Warhol*, New York, 1989,
p. 38, pl. 134 (illustrated in color).
K. Honnef, *Andy Warhol 1928-1987*, Cologne,
1989, p. 53 (illustrated in color).
*Art e Dossier*, no. 105, 1995, p. 38 (illustrated
in color).
A. Zaera, "Zwischen Geischt und Landschaft,"
*Arch +*, nos. 129-130, December 1995,
p. 101 (illustrated).
G. Frei and N. Printz, eds., *The Andy Warhol
Catalogue Raisonné of Paintings and Sculptures
1961-1963*, vol. 1, New York, 2002, pp. 385
and 388, no. 425 (illustrated in color).



1762





Above: Various 1950s Chrysler advertisements © 2007 DaimlerChrysler Corporation

Opposite page. Detail of source photograph for *Green Car Crash (Green Burning Car I)*, from the June 3, 1963 *Newsweek Magazine*. Photographer John Whitehead, Seattle Times. The Archives of the Andy Warhol Museum, Pittsburgh

The *Car Crash* paintings that Warhol made between late 1962 and early 1964, form the most varied and extensive group of pictures in his seminal series of *Death and Disaster* paintings. Drawing on six different documentary source photographs each outlining six separate, horrific and increasingly bizarre fatal accidents, Warhol's *Car Crashes* remain among the most powerful, challenging and provocative paintings made by any artist in the Post-War era.

*Green Car Crash (Green Burning Car I)* is one of the masterpieces from this series. It is an unforgettable painting that makes multiple use of what is arguably the most extraordinary, strange and disturbing source image of all those used in Warhol's famous *Death and Disaster* paintings. Describing more than just the scene of a car crash, this large electric green colored painting is a haunting work whose macabre and endlessly puzzling imagery startles with its stark and repetitive photographic presentation of a mundane suburban street shockingly transformed into a horrific disaster scene bordering on that of a surrealistic nightmare.

Silkscreened over a phthalo green background, *Green Car Crash (Green Burning Car I)* is a unique, seemingly mechanically colored work that belongs to a series of five paintings all made in the summer of 1963 and once known as the "burning car" paintings, that use the same source photograph. The other four paintings, *White Disaster I* (Staatsgalerie Stuttgart), *White Disaster II* (Museum für Moderne Kunst Frankfurt am Main), *White Burning Car III* (Andy Warhol Museum, Pittsburg) and the smaller image, *White Burning Car Twice*, are all executed solely in the newsprint-like tones of black and white. The extraordinary source image used by all these imposing and famous pictures was taken by photographer John Whitehead and inserted, apparently arbitrarily, into an article on racial integration that appeared in the June 3 issue of *Newsweek* in 1963 The caption that accompanied the photograph in the magazine described the photograph and the scene it records as follows: "End of the Chase: Pursued by a state trooper investigating a hit-and-run accident, commercial fisherman Richard J. Hubbard, 24, sped down a Seattle street at more than 60 mph, overturned, and hit a utility pole. The impact hurled him from the car, impaling him on a climbing spike. He died 35 minutes later in hospital."

The photograph used in these paintings describes therefore, a freak accident. Like the black irony implicit behind Warhol's later *Ambulance Disaster* paintings showing the horrific and fatal result of a collision between two ambulances returning from the same crash scene, or the

terrifying and almost comic minimalism of *Foot and Tire*, one of the key features of *Green Car Crash (Green Burning Car I)* is the truly strange and exceptional nature of its imagery. In one freakish instant, a peaceful suburban street has been transformed into a horrifying scene of hell. It was this truly unique moment of reality, this peculiar moment of transition, when all values were transformed, life extinguished into death, the banal and the mundane into the exceptional and extraordinary - that particularly fascinated Warhol in many of the *Car Crash* images he chose, captivating his imagination at precisely the same time that it also terrified him. As David Bourdon has recalled, all throughout his life Warhol had an acute terror of unpredictable and indiscriminate death - something which, by his own admission led to such things as a perpetual and irrational fear of the driver of whatever car he happened to be in falling asleep at the wheel. Deeply conscious of the ever-presence of death, Warhol was mesmerised by the shallow fleeting transience of life and the thin, fragile intensity of reality - the way in which things could be here one minute and gone the next. Something of this existential transience is implicit within the shallow photographic realism Warhol offered up in his paintings through the silkscreen technique. It is an element that is particularly emphasized in his *Death and Disaster* series and nowhere more so than in the "burning car" crash pictures such as *Green Car Crash (Green Burning Car I)*.

Following on perhaps, from his painting *Suicide (Fallen Body)* in which a woman's body lies amidst the crumpled wreckage of the car she had fallen onto, in Warhol's first great *Car Crash* paintings, *Green Disaster 2* (Museum für Moderne Kunst, Frankfurt am Main) and *Orange Car Crash 14 Times* (MoMA, New York) for example, the artist's concern was with the bizarre and horrifying intermingling of mangled human bodies and crumpled metal. It is in these paintings that Warhol first displays his interest in transforming, through a pattern of repetition, horrific reality into an abstraction - one which he later likened to being like "dress fabric." "When you see a gruesome image over and over again," Warhol told Gene Swenson at the time, "it really doesn't have any effect" (Andy Warhol cited in "Interview with Gene Swenson," *Art News*, New York, November 1963).

Using the shallowness and apparent objectivity of the photographic image and the ease of repetition provided by the silkscreen process, Warhol sought in these works to explore the power and potency of such horrific images of man merged with machine. Running the same image repetitively



John Whitehead—Seattle Times

**End of the Chase:** *Pursued by a state trooper investigating a hit-and-run accident, commercial fisherman Richard J. Hubbard, 24, sped down a Seattle street at more than 60 mph, overturned, and hit a utility pole. The impact hurled him from the car, impaling him on a climbing spike. He died 35 minutes later in a hospital.*

down to biracial negotiations. In a sixth city, Charlotte, the chamber of commerce volunteered a recommendation for integration of all businesses. There were pickets in Atlanta, mass rallies in Albany, Ga., plans for a protest march on City Hall in Houston.

It was, in Martin Luther King's view, a chain reaction. It would go on. "This summer," King said mildly, "we will have a great deal of activity."

## The Battle Ahead

It took just three words for ultra-segregationist George C. Wallace to

Nor was he troubled by the fact that the two Negroes would be knocking separate schoolhouse doors on the same day. Actually, he planned to send a representative to challenge Dave McGlathery—a 27-year-old National Aeronautics and Space Administration mathematician—at the gates to the Huntsville extension. For himself, Wallace picked center stage—the main campus at Tuscaloosa—and a rendezvous with Vivian Malone, 20, a junior at Alabama A&M College for Negroes. And insiders said, only when Federal government troops forced him to step aside —or arrested him—would he yield

across a brightly colored monochrome canvas in such a way that the eye becomes accustomed to its sequential and even patterned rhythm or play of form, Warhol not only sanitizes his imagery and makes it familiar, but he abstracts it, transforming its horrific and shocking power into something banal and vacant. In subsequent *Car Crash* images, such as *5 Deaths*, it is less the abstract and more the strange, bizarre, almost unreality of the photographic image and the accident itself, that appears to capture Warhol's attention and which his paintings focus upon. Verging on surrealism, *Green Car Crash (Green Burning Car I)* is the ultimate example of this other tendency in Warhol's *Car Crash* paintings. Like something from David Lynch's *Twin Peaks* or *Blue Velvet*, where the charming and banal idyll of a suburban community is shown to be nothing more than a shallow artifice of respectable surface appearance beneath which there lurks a darker reality of horror and depravity, *Green Car Crash (Green Burning Car I)* reveals a very real but similar rift in the world of appearances. And it does so with all the gritty realism and mechanical style of an illicit movie or a film noir.

What is most remarkable about the source image used in *Green Car Crash (Green Burning Car I)* and what distinguishes it from all other of the *Car Crash* images is the startling contrast that it reveals in its foreground and background. In the foreground of the painting Richard Hubbard's overturned car lies in flames, while his body, impaled on a post at the left of the picture, hangs limp, though still in fact alive, in a manner that has prompted several critics to mistake the image as one depicting a lynching in the Deep South. This horrific and extraordinary scene is displayed with the apparent calm detachment and documentary objectivity of a real estate photograph or image from a holiday brochure. Composed in such a way that the pole on which, the dying Mr. Hubbard is impaled, intersects the picture frame roughly in accordance with classical rules of landscape painting and so as to balance the dramatic horizontal of the burning car, the eye of the photographer has, unconsciously no doubt, fitted the physical details of this tragedy into a standard and visually pleasing formal arrangement. Something of the stability and calm of the composition is reiterated by the background scenery in which the sleepy suburban landscape, remains seemingly undisturbed and unchanged by the horrific incident taking place in the foreground. At the heart of this is the nonchalant figure of a man, hands in his pockets, seemingly unconcerned, sauntering past the scene on the other side of the sidewalk. He is apparently oblivious to the nightmare of death and destruction taking place only a few yards away from him.

This extraordinary contrast, captured in this photograph, between the mundane normality of everyday suburbia and the exceptional violence and tragedy that periodically strikes at its heart pictorially describes exactly what Warhol wished to express in the *Death and Disaster* series about the extraordinary tragedies and horrors occurring to ordinary people on a daily basis. Extraordinary tragedies and events that 'go by,' Warhol said, completely unnoticed. It was no doubt for this reason that, in this work alone of the five 'burning car' crash paintings, Warhol has concentrated on the specific part of the photograph showing the impaled figure and the passer-by, repeating this segment of the source photo in a triple sequence both at the centre and in the bottom row of the painting.

Emulating the effect of a stuttered filmic sequence, this film-shutter-like run of repeated imagery, throws the horror of the impaled man and the extraordinary complacency of the nonchalant figure strolling past him straight at the viewer in an almost accusatory way. Can we, the spectator, the painting seems to ask, really adopt a similarly blind attitude to such horror as that of the walking man going on his way oblivious to all around him? Here, the rippled emphasis of the repeated image does not diffuse the horror of the painting's imagery but compounds it. The fact that this painting was made at a time, in the early 1960s, when political conscience was becoming a central question of the New York intelligentsia only makes this image more prescient and indicative of its time. Indeed, in Warhol's hands, such is the power of this weird, banal and horrifying image to invoke questions about the moral complacency of a middle-class America that it seems more than coincidence that it



was made at precisely the same time that Hannah Arendt's report on the 'Banality of Evil' was being serialised in the *New Yorker* magazine

Painted sometime in either June or July of 1963, *Green Car (Green Burning Car I)* was one of the first paintings that Warhol made with the help of his new assistant Gerard Malanga. It was made as part of Warhol's preparation for his winter show at the Sonnabend Gallery in Paris. This exhibition Warhol originally intended to be called "Death in America," and was to include images of the darker side of the U.S. in the aim of pleasing the French intellectuals whom Warhol had been led to believe would not welcome his earlier "Pop" images drawn from the country's overtly consumerist culture. With its central image of disaster taking place in the heart of an all-American suburban landscape, *Green Car Crash (Green Burning Car I)* was one of the key paintings to be exhibited at this exhibition which subsequently opened to much acclaim in Paris in January 1964.

Like so much of Warhol's work *Green Car Crash (Green Burning Car I)* is a deeply incisive mirror of its time. Much more than a painting of a mere road accident, the painting with its sequential progression of silkscreened images seeming like razor thin slices of reality laid and overlaid upon one another, seems to present a panoply of mayhem and violence taking place in the suburban heart of America. Anticipating the troubled and turbulent path that middle-America would take throughout the 1960s, the painting is, like much of Warhol's work, deeply prophetic in the sentiments and atmosphere it projects.

Calvin Tomkins once described Warhol as "a rather terrifying oracle" who, in the 1960s, "made visible what was happening in some part to us all" ("Raggedy Andy" by Calvin Tomkins cited in *Andy Warhol*, exh. cat., Van Abbemuseum, Eindhoven. 1970. p. 10). *Green Car Crash (Green Burning Car I)* is a work that reveals Warhol seeming to stare at the synthetic surface of reality and peeling its layers off to reveal a deeper and more disturbing truth lying beneath it. Like veils or synthetic screens of reality, the layered images that combine to form this extraordinary painting seem to outline an innate and disturbing division underlying even the most mundane, ordinary and respectable reality. The more you look, the painting seems to suggest, the more things are not what they seem. It is the same sentiment that Warhol returned to when talking about suburban America in his 1985 book entitled *America*

"You see houses everywhere, the green lawns with the sprinklers, the jungle gyms in the backyards, the kids riding their bikes to school, the mailman coming by with a smile, a woman unloading bags of groceries from her station wagon, and you can't help but think, 'This is the real America.' You imagine that everyone around who you haven't seen in a long time is living this very regular humdrum life that's peaceful...But then you start learning the details. You find out the nice man who always had an extra piece of gum to give you has gone completely off his rocker and killed his wife, that the ex-minister of the church you grew up in is now a big drunk who's totalled three cars. You learn that your best friend's parents who were always so great are getting a divorce, that the woman who you always thought the most ordinary housewife ran off with another man from Canada. You find out that the girl you had a crush on in elementary school is now a religious fanatic living in India with a bald head. Nobody in America has a normal life" (Andy Warhol cited in *America*, New York, 1985, p. 176).

Oppposite. Andy Warhol in front of one of his paintings from the *Death and Disaster* series, in the living room of his townhouse, New York, 1963. Photograph by John D. Schiff. The Archives of Gerard Malanga



PROPERTY FROM AN IMPORTANT PRIVATE COLLECTION

*18

# ANDY WARHOL (1928-1987)

LEMON MARILYN

signed and dated 'Andy Warhol 62' (on the reverse)
synthetic polymer, silkscreen inks and acrylic on canvas
20 x 16 in. (50.8 x 40.6 cm.)
Painted in 1962.

ESTIMATE ON REQUEST

PROVENANCE:
Stable Gallery, New York
Acquired from the above by the present owner,
1962

EXHIBITED:
New York, Stable Gallery, *Andy Warhol*,
November 1962.
Boston, Institute of Contemporary Art, *Andy
Warhol*, October-November 1966, no. 7.
Pasadena Art Museum and Chicago, Museum
of Contemporary Art, *Andy Warhol*, May-
September 1970.
New York, Museum of Modern Art; Chicago,
The Art Institute; London, Hayward Gallery;
Cologne, Museum Ludwig; Venice, Palazzo
Grassi and Paris, Musée national d'art moderne,
Centre Georges Pompidou, *Andy Warhol:
A Retrospective*, February 1989-September 1990,
no. 211 (illustrated in color).

LITERATURE:
R. Crone, *Andy Warhol*, New York, 1970, no. 59.
R. Crone, *Das Bildnerische Werk Andy Warhols*,
Berlin, 1976, no. 66. G. Frei and N. Printz, eds.,
*The Andy Warhol Catalogue Raisonné: Paintings
and Sculpture 1961-1963*, vol. 1, New York,
2002, pp. 229 and 232, no. 255 (illustrated
in color).
D. Hickey et al., *Andy Warhol "Giant" Size*,
New York, 2006, p. 185 (illustrated in color).

No



1788

24

# ANDY WARHOL (1928-1987)

FOUR-FOOT FLOWERS

synthetic polymer, acrylic and silkscreen inks on canvas
48 x 48 in. (121.9 x 121.9 cm.)
Painted in 1964.

**$5,000,000-7,000,000**

**PROVENANCE:**
Leo Castelli Gallery, New York
Mr. and Mrs. Horace H. Solomon, New York
Mayor Gallery, London
Acquired from the above by the present owner

**EXHIBITED:**
Houston, University of Saint Thomas, *Mixed
Masters*, May-September 1967, no 54
(illustrated).
La Jolla Museum of Contemporary Art; Aspen
Center for the Visual Arts; New York, Leo Castelli
Gallery; Portland Center for the Visual Arts and
Austin, Laguna Gloria Art Museum, *Castelli and
His Artists—25 Years*, April 1982-February 1983.

**LITERATURE:**
R. Crone, *Andy Warhol*, New York, 1970,
no. 554
R. Crone, *Das Bildnerische Werk Andy Warhols*,
Berlin, 1976, no. 905.
G. Frei and N Printz, eds., *The Andy Warhol
Catalogue Raisonné: Paintings and Sculptures
1964-1969*, vol. 02A, New York, 2004,
pp. 286 and 293, no. 1299 (illustrated in color).



1252

40

# ANDY WARHOL (1928-1987)

SELF PORTRAIT

signed, inscribed and dated 'to Iris Andy Warhol 67'
(on the overlap of the lower left panel)
synthetic polymer, acrylic and silkscreen inks on linen,
in four parts
4 canvases, each 22 x 22 in. (55.9 x 55.9 cm.)
Painted in 1966-1967.

$5,500,000-6,500,000

**PROVENANCE:**
UPPER LEFT PANEL:
Leo Castelli Gallery, New York
Mrs. Alcey Wolgin
Anthony d'Offay Gallery, London/Jason McCoy,
Inc., New York
Acquired from the above by the present owner
UPPER RIGHT PANEL:
Leo Castelli Gallery, New York
Robert Miller, New York
Anthony d'Offay Gallery, London/Jason McCoy,
Inc., New York
Acquired from the above by the present owner
LOWER LEFT PANEL:
Ruth Harf Fine Art, Great Neck
Anthony d'Offay Gallery, London/Jason McCoy,
Inc., New York
Acquired from the above by the present owner
LOWER RIGHT PANEL:
Leo Castelli Gallery, New York
Joseph Klamer Trust, Willowdale
Private collection, St. Cloud
Galerie Daniel Templon, Paris
Anthony d'Offay Gallery, London/Jason McCoy,
Inc., New York
Acquired from the above by the present owner

**EXHIBITED:**
Pasadena Art Museum; Chicago, Museum of
Contemporary Art; Eindhoven, Stedelijk van
Abbemuseum; Musée d'Art Moderne de la Ville
de Paris; London, Tate Gallery and Whitney
Museum of American Art, *Andy Warhol*, May
1970-June 1971 (lower right panel exhibited).
New York, Jason McCoy Inc., *Andy Warhol:
Self-Portraits*, January-March 1990,
nos. 9, 10, 11 and 12 (all four panels illustrated in
color).

Humlebaek, Louisiana Museum of Modern Art,
*Andy Warhol*, September 1990-January 1991,
nos. 37, 38, 39 and 40 (all four panels included).
Kunstmuseum Luzern, *Andy Warhol Paintings
1960-1986*, July-September 1995,
pp. 124 and 167, no. 48 (illustrated in color).

**LITERATURE:**
R. Crone, *Andy Warhol*, New York, 1970,
no. 192 and 196 (upper and lower right panels).
R. Crone, *Das Bildnerische Werk Andy Warhols*,
New York, 1976, no. 352 and 357 (upper and
lower right panels).
N. Frei and G. Printz, ed., *The Andy Warhol
Catalogue Raisonné: Paintings and Sculptures
1964-1969*, vol. 02B, New York, 2004,
pp. 242-243; 255-256, nos. 1894, 1897,
1904 and 1909 (illustrated in color).

6889

3912



6891

6890

51

# ANDY WARHOL (1928-1987)

FOUR FOOT FLOWERS

synthetic polymer and silkscreen inks on canvas
48 x 48 in. (121.9 x 121.9 cm.)
Painted in 1967.

**$4,000,000-6,000,000**

**PROVENANCE:**
Leo Castelli Gallery, New York
Roger J. Davidson, Toronto
Jared Sable, Toronto

**EXHIBITED:**
New York, Four Seasons Hotel, July-November
1967.

**LITERATURE:**
R. Crone, *Andy Warhol*, New York, 1970,
no. 585.
R. Crone, *Andy Warhol*, New York, 1976,
no. 938.
G. Frei and N. Printz, eds., *The Andy Warhol
Catalogue Raisonné: Paintings and Sculptures
1964-1969*, vol. 02B, pp. 319 and 321,
no. 1984 (illustrated in color).



6495

53

# ANDY WARHOL (1928-1987)

MIRIAM DAVIDSON

synthetic polymer, spray enamel and silkscreen inks on canvas
overall: 80¼ x 80½ in. (203.8 x 204.2 cm.)
Painted in 1965.

## $4,000,000-6,000,000

**PROVENANCE:**
Acquired from the artist by the present owner, 1965

**EXHIBITED:**
Art Gallery of Ontario, *Andy Warhol Supernova: Stars, Deaths, and Disasters, 1962-1964*, July-October 2006.

**LITERATURE:**
E. Johnson, "The Image Duplicators—Lichtenstein, Rauschenberg and Warhol," *Canadian Art*, vol. 23, no. 100, January 1966, p. 17 (illustrated; also illustrated in color on the cover).
R. Crone, *Andy Warhol*, New York, 1970, no. 263 (illustrated).
R. Crone, *Das Bildnerische Werk*, New York, 1976, no. 476.
G. Frei and N. Printz, eds., *The Andy Warhol Catalogue Raisonné: Paintings and Sculptures 1964-1969*, New York, 2004, pp. 174 and 177, no. 1830 (illustrated in color).

Consisting of twenty differently-colored monochrome portraits, Warhol's *Miriam Davidson* is one of the first and finest of an early series of commissioned portraits the artist made in the 1960s. A large and unique work, it is both a multiple portrait of its sitter and a Pop monument to portraiture itself.

Throughout his childhood Warhol was fascinated by Hollywood; by its stars, its prominence in people's lives and by all the shining glitz and glitter that this mythic cathedral of dreams seemed to represent, particularly during its golden era in the 1930s. From an early age up until his late teens, Warhol kept annotated scrapbooks of many Hollywood stars and collected their signed portraits in albums that seemed to encapsulate and make fetishistic icons of both his screen idols and the seemingly unattainable nature of his own dreams. By early 1965, when this painting was made, Warhol had, through his art, turned the conventions of such stardom inside out, and, in the process perhaps, seemingly attained his own ambitions towards celebrity. By conferring star status on everyday objects of mass-consumerism such as the Campbell's Soup Can, the Coca-Cola bottle and the dollar bill, Warhol had become both a media star and a leading avant-garde figure in his own right. He had also taken an important step in demonstrating the universal power and appeal of celebrity in a capitalist economy and exposed its essentially fickle and shallow nature. Similarly, in appropriating the image of such societal idols as Marilyn Monroe, Liz Taylor, Jackie Kennedy, Elvis Presley or Marlon Brando and in transforming these stars into brand-like icons of celebrity, and in endlessly repeating them as if they too were commodities, he had exposed the fascinating artifice of fame. As John Cage observed, "Andy

has fought by repetition to show us that there is no repetition really, that everything we look at is worthy of our attention" (J. Cage cited in C. Tomkins, "Raggedy Andy," *Andy Warhol*, exh. cat., Van Abbemuseum, Eindhoven, 1970, p. 13).

This 1965 portrait of Miriam Davidson is a dramatic extension of this direction in Warhol's work— one that would culminate in the now famous prophesy the artist made in 1968 that "in the future everyone will be famous for fifteen minutes." The commissioned portrait, for so long the mainstay of an artist's productivity, had almost entirely disappeared from the work of the Post-War avant-garde, yet, for Warhol, at this time, it represented a logical extension of the universal and provocative aesthetic of his art. Everyone and everything could be a Warhol "star" or "superstar" as he was soon to call them, and Warhol was as eager to make this point as he was to accept patronage for his work.

Ever keen to explore the apparent boundaries between subjectivity and objectivity, in a kind of reversal of his carefully-chosen celebrity portraits of Marilyn Monroe and Liz Taylor, Warhol experimented with the self-reflexive and essentially Duchampian concept of the assisted ready-made photograph as produced by the mechanical photobooth. A cool and impersonal slot-machine mechanically churning out images, the photo-booth offered itself to Warhol as a perfect foil for his celebrity images and as a kind of robotic alter-ego of the way the artist was beginning to see himself. In his first commissioned portrait, the *Portrait of Ethel Scull 36 Times* now in the Whitney Museum of American Art, New York, Warhol took his sitter, the wife of Pop art collector Robert Scull, to a photobooth in 42nd St. where, using the large

18



322

PROPERTY FROM THE COLLECTION OF SANDRA DE THOZEE

67

# ANDY WARHOL 1928-1987

LEO CASTELLI

synthetic polymer and silkscreen inks on canvas
40 x 40 in. (101.6 x 101.6 cm.)
Painted in 1975.

$ 1.000,000-1,500,000

**PROVENANCE:**
Leo Castelli, New York
Acquired from the above by the present owner

**EXHIBITED:**
Hanover, Kestner-Gesellschaft, *Andy Warhol: Portraits and Myths*, October 1981-February 1982.
Pasadena, Art Center College of Design, Pasadena Gallery of Contemporary Arts, *Castelli at Art Center*, June-July 1982
New York, Whitney Museum of American Art, *Andy Warhol: Portraits of the 70s*, November 1979-January 1980, p. 39 (illustrated in color).
Milwaukee Art Museum and Houston, the Contemporary Arts Museum, *Warhol/Beuys/Polke*, June-November 1987.
New York, Museum of Modern Art; Chicago, The Art Institute; London, The Hayward Gallery; Cologne, Museum Ludwig; Venice, Palazzo Grassi and Paris, Musée national d'art moderne, Centre Georges Pompidou, *Andy Warhol: A Retrospective*, February 1989-September 1990, p. 320, no. 335 (illustrated in color).

**LITERATURE:**
A. Hindry, ed., *Claude Berry rencontre Leo Castelli*, Renn, 1990, p. 233, pl. XLVIII (illustrated in color).



Victor Hugo, Andy Warhol, Leo Castelli, 10 November 1975. Photo by Fred McDarrah © Fred McDarrah



2034

ɔ
=

# NDY WARHOL (1928-1987)

40

ned and dated 'Andy Warhol 73' (on the overlap)
nthetic polymer and silkscreen inks on canvas
¾ x 22 in. (67 x 55.9 cm.)
nted in 1973.

I,500,000-2,500,000

OVENANCE:
ɔ Castelli Gallery, New York
nnabend Gallery, New York
ɔ Castelli Gallery, New York
 Knoedler & Company, New York



tallation view of *Mao* exhibition at the Musée
illiera, Paris, 1974

Flaunting a visually arresting juxtaposition of complementary hues, Andy Warhol's *Mao*, 1972 marks a bold return to painting after a seven-year hiatus. With its striking demarcation of red and green, (and small splash of local color for areas of the face), this exceptional work is a shout-out-loud appreciation for the material properties of paint and the physical act of painting. Indeed, color, tactility and process come alive in this work; despite its basis in Warhol's signature silkscreening technique, *Mao* exhibits an unprecedented painterly bravura from the King of Pop.

As the first major critical and commercial success after Warhol's premature retirement from painting in 1965, for the sole pursuit of film, the *Mao* series marks a turning point in the artist's career and the beginning of a new direction for his creative energies. Colliding with a groundbreaking moment in Cold-War history, *Mao* provided Warhol with a critical subject through which to re-enter the arena of fine art. The year witnessed a historic easing of tensions between the United States and China as a result of Richard Nixon's visit to the communist state in February, 1972 - a momentous event was widely touted by the White House and the press as the "week that changed the world" - and it was not long before the media was awash in the visage of Chairman Mao Tse-Tung. With his uncanny lifeline to public consciousness, Warhol seized upon the sudden nationwide fixation and brilliantly mined the myth surrounding the man synonymous with absolute political and cultural power in his *Mao* series. In doing so, he revealed his brilliance in turning people into icons, etching them in an eternity that stretched far beyond their temporal reigns. Indeed, *Mao* reveals Warhol moving seamlessly from his earlier portraits of celebrities to that of a political figure.

Warhol's rendition of an authoritarian ruler functioned with mass-media effectiveness and indeed, was anchored in the media's power to create, canonize and commodify personas for collective absorption. While his earlier logo-like

representation of stars reflected the consumerist ethos of American capitalism and the publicity machinations that underpinned it, Warhol's *Mao* reveals the centrally controlled propaganda apparatus of Chinese communism. Mao's physiognomy was propagated via billboards, posters and pamphlets throughout China; indeed, Warhol derived the silk-screen image for *Mao* from an official state portrait in the *Quotations from Chairman Mao Tse-Tung*, a widely circulated reservoir of the leader's ideology.

Warhol's silkscreening technique that forms the basis of *Mao* was ideally suited to revealing the manipulation behind a public image of totalitarian power. Warhol rendered the artificiality behind the image of Mao via a garish palette; in the present work, loud collisions of red and green lie on the surface allowing no visual penetration and reading as flat contrasts of abstract areas that coagulate in a symbol of stylized reduction. However, rather than merely revealing the careful construction of the original black and white photograph of Mao, Warhol appeared to actively undermine its imperious gravitas and masculine strength. In addition to rendering the present version of *Mao* in non-naturalistic hues, furthered his parody by initiating uncharacteristically expressive brushwork throughout this portrait (and especially in areas of the shoulders). Such subjective interjections were particularly subversive considering that China's collective regime proscribed individual creativity; indeed, Warhol's vigorous handling threatened to obliterate the image of Mao into a blur of luscious pigment.

Revealing the artist's distinctively insidious bent through a palpable relish of medium, *Mao* provided Warhol the perfect opportunity to channel his revitalized creative energies in a fresh painterly direction. It is a landmark in his oeuvre, the first step in what would prove to be a dramatic return to fine art.



179

77

# ЅNDY WARHOL

amped with the Estate of Andy Warhol stamp and numbered twice
/F A893 101' and 'VF A1093.101' (on the overlaps)
iptych- synthetic polymer and silkscreen inks on canvas
 canvases; each: 12 x 10 in. (30.5 x 25.4 cm )
ainted in 1973.

ɪ1,800,000-2,500,000

ɪOVENANCE:
ɔllection of the artist
ed Hughes, New York
ɔquired from the above by the present owner,
ɔ93

ɪHIBITED:
ew York, Museum of Modern Art; Chicago,
ɪe Art Institute; London, The Hayward Gallery;
ɔlogne, Museum Ludwig; Venice, Palazzo
rassi and Paris, Musee National d'Art Moderne,
ɪntre Georges Pompidou, *Andy Warhol:*
 *Retrospective*, February 1989-September
ɔ90, p. 337, nos. 359 and 360
ɪstrated in color).



Andy Warhol holding a Mao, 1972.
Originally published in *Arts Magazine*, May 1974.

f Warhol can be regarded as an artist of
ɾategy, his choice of Mao as a subject— as the
timate star— was brilliant. The image of Mao,
ken from the portrait photograph reproduced
 the chairman's so-called Little Red Book, is
ɔbably the one recognized by more of the
ɔrld's population that any other ready-made
ɔn representing absolute political and cultural
ɔwer  in Warhol's hands this image could be
ɪnsidered ominously and universally
ɾeatening, or a parody, or both. " —Kynaston
ɕShine

arhol's small-scale *Mao* paintings are among
ɪ most sought after of this series. The present
 is a celebrated example, which Warhol kept
ɾ himself, prominently displaying it in his
ɤnhouse on 1342 Lexington Avenue. it hung
tside of his kitchen with the canvases flanking
ɪ doorway and remained there until his death
1987, at which point it passed over to Fred
ɪghes, Warhol's business manager and the
ɪcutor of the artist's estate



7397



7398

