# EXHIBIT N

# Form **990-PF**

Department of the Treasury
Internal Revenue Service

## Return of Private Foundation
or Section 4947(a)(1) Nonexempt Charitable Trust
**Treated as a Private Foundation**

Note: *The organization may be able to use a copy of this return to satisfy state reporting requirements.*

OMB No 1545-0052

**2005**

**For calendar year 2005, or tax year beginning** 05/01 **, 2005, and ending** 04/30/2006

**G Check all that apply:** ☐ Initial return  ☐ Final return  ☐ Amended return  ☐ Address change  ☐ Name change

Use the IRS label. Otherwise, print or type. See Specific Instructions.

ENVELOPE POSTMARK DATE MAR 1 4 2007

**Name of organization**
THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

**Number and street (or P.O. box number if mail is not delivered to street address)**
65 BLEECKER STREET

**Room/suite** 7TH FL.

**City or town, state, and ZIP code**
NEW YORK, NY 10012

**A Employer identification number**
13-3410749

**B Telephone number (see page 10 of the instructions)**
(212) 387-7555

**C** If exemption application is pending, check here ▶ ☐

**D 1.** Foreign organizations, check here ▶ ☐

**2.** Foreign organizations meeting the 85% test, check here and attach computation ▶ ☐

**E** If private foundation status was terminated under section 507(b)(1)(A), check here ▶ ☐

**F** If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶ ☐

**H Check type of organization:** ☒ Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust   ☐ Other taxable private foundation

**I Fair market value of all assets at end of year** *(from Part II, col. (c), line 16)* ▶ $ 270,799,694.

**J Accounting method:** ☐ Cash  ☐ Accrual
☒ Other (specify) MODIFIED CASH
*(Part I, column (d) must be on cash basis.)*

## Part I  Analysis of Revenue and Expenses
*(The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see page 11 of the instructions).)*

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc, received (attach schedule) | | | | |
| 2 | Check ▶ ☐ if the foundation is not required to attach Sch B | | | | |
| 3 | Interest on savings and temporary cash investments | 661,321. | 661,321. | | STMT 1 |
| 4 | Dividends and interest from securities | 3,129,921. | 3,192,731. | | STMT 2 |
| 5a | Gross rents | | | | |
| b | Net rental income or (loss) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 18,779,091. | | | |
| b | Gross sales price for all assets on line 6a | 121,868,058. | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 7,522,487. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less Cost of goods sold | | | | |
| c | Gross profit or (loss) (attach schedule) | | | | |
| 11 | Other income (attach schedule) | 2,774,785. | 3,106,981. | | STMT 3 |
| 12 | Total. Add lines 1 through 11 | 25,345,118. | 14,483,520. | | |
| 13 | Compensation of officers, directors, trustees, etc | 634,430. | 229,903. | | 174,729. |
| 14 | Other employee salaries and wages | 1,509,561. | 264,760. | | 775,048. |
| 15 | Pension plans, employee benefits | 767,755. | 170,162. | | 345,541. |
| 16a | Legal fees (attach schedule)  STMT 4 | 174,620. | 110,997. | | 29,581. |
| b | Accounting fees (attach schedule) STMT 5 | 137,686. | 61,959. | | 41,305. |
| c | Other professional fees (attach schedule) STMT 6 | 601,930. | 560,810. | | 27,325. |
| 17 | Interest | | ** | | |
| 18 | Taxes (attach schedule) (see page 14 of the instructions) | 320,747. | 31,597. | | 61,552. |
| 19 | Depreciation (attach schedule) and depletion | | | | |
| 20 | Occupancy | 223,212. | 45,657. | | 109,374. |
| 21 | Travel, conferences, and meetings | 209,337. | 38,701. | | 127,261. |
| 22 | Printing and publications | | | | |
| 23 | Other expenses (attach schedule) STMT 8 | 1,426,469. | 375,648. | | 235,879. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 6,005,747. | 1,890,194. | | 1,927,595. |
| 25 | Contributions, gifts, grants paid  STMT 9 | 9,619,280. | | | 7,985,854. |
| 26 | Total expenses and disbursements Add lines 24 and 25 | 15,625,027. | 1,890,194. | | 9,913,449. |
| 27 | Subtract line 26 from line 12. | | | | |
| a | Excess of revenue over expenses and disbursements | 9,720,091. | | | |
| b | Net investment income (if negative, enter -0-) | | 12,593,326. | | |
| c | Adjusted net income (if negative, enter -0-). | | | | |

RECEIVED
MAR 2 6 2007
OGDEN, UT
550 Operating and Administrative

**For Privacy Act and Paperwork Reduction Act Notice, see the instructions.**

**STMT 7

Form **990-PF** (2005)

JSA
5E1410 2 000

8BC04N M261                    V05-8.1                    5

Form 990-PF (2005)

13-3410749

Page **2**

## Part II   Balance Sheets

Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.)

| | | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|
| **Assets** | 1 Cash - non-interest-bearing | 550. | 550. | 550. |
| | 2 Savings and temporary cash investments | 20,704,902. | 15,040,167. | 15,040,167. |
| | 3 Accounts receivable ▶ _66,916._ | | | |
| | Less allowance for doubtful accounts ▶ _____ | 66,916. | 66,916. | 66,916. |
| | 4 Pledges receivable ▶ _____ | | | |
| | Less allowance for doubtful accounts ▶ _____ | | | |
| | 5 Grants receivable | | | |
| | 6 Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see page 15 of the instructions) | | | |
| | 7 Other notes and loans receivable (attach schedule) ▶ _____ | | | |
| | Less allowance for doubtful accounts ▶ _____ | | | |
| | 8 Inventories for sale or use | | | |
| | 9 Prepaid expenses and deferred charges | | | |
| | 10 a Investments - U.S. and state government obligations (attach schedule) ** | 18,996,360. | 17,949,895. | 17,949,895. |
| | b Investments - corporate stock (attach schedule) STMT 11 | 60,885,012. | 74,801,246. | 74,801,246. |
| | c Investments - corporate bonds (attach schedule) STMT 12 | 14,596,397. | 17,862,163. | 17,862,163. |
| | 11 Investments - land, buildings, and equipment basis ▶ _____ Less accumulated depreciation (attach schedule) ▶ _____ | | | |
| | 12 Investments - mortgage loans | | | |
| | 13 Investments - other (attach schedule) STMT 13 | 48,757,152. | 70,893,319. | 70,893,319. |
| | 14 Land, buildings, and equipment basis ▶ _____ Less: accumulated depreciation (attach schedule) ▶ _____ | | | |
| | 15 Other assets (describe ▶ STMT 14 ) | 16,657,362. | 14,912,431. | 74,185,438. |
| | 16 Total assets (to be completed by all filers - see page 16 of the instructions. Also, see page 1, item I) | 180,664,651. | 211,526,687. | 270,799,694. |
| **Liabilities** | 17 Accounts payable and accrued expenses | 3,697,073. | 4,051,239. | |
| | 18 Grants payable | 4,300,451. | 5,868,877. | |
| | 19 Deferred revenue | 100,000. | 18,000. | STMT 15 |
| | 20 Loans from officers, directors, trustees, and other disqualified persons | | | |
| | 21 Mortgages and other notes payable (attach schedule) | | | |
| | 22 Other liabilities (describe ▶ _____ ) | | | |
| | 23 Total liabilities (add lines 17 through 22) | 8,097,524. | 9,938,116. | |
| **Net Assets or Fund Balances** | Organizations that follow SFAS 117, check here ▶ X and complete lines 24 through 26 and lines 30 and 31. | | | |
| | 24 Unrestricted | 172,567,127. | 201,588,571. | |
| | 25 Temporarily restricted | | | |
| | 26 Permanently restricted | | | |
| | Organizations that do not follow SFAS 117, check here and complete lines 27 through 31. ▶ ☐ | | | |
| | 27 Capital stock, trust principal, or current funds | | | |
| | 28 Paid-in or capital surplus, or land, bldg, and equipment fund | | | |
| | 29 Retained earnings, accumulated income, endowment, or other funds | | | |
| | 30 Total net assets or fund balances (see page 17 of the instructions) | 172,567,127. | 201,588,571. | |
| | 31 Total liabilities and net assets/fund balances (see page 17 of the instructions) | 180,664,651. | 211,526,687. | |

## Part III   Analysis of Changes in Net Assets or Fund Balances

| | | |
|---|---|---|
| 1 Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | 1 | 172,567,127. |
| 2 Enter amount from Part I, line 27a | 2 | 9,720,091. |
| 3 Other increases not included in line 2 (itemize) ▶ SEE STATEMENT 16 | 3 | 19,301,353. |
| 4 Add lines 1, 2, and 3 | 4 | 201,588,571. |
| 5 Decreases not included in line 2 (itemize) ▶ _____ | 5 | |
| 6 Total net assets or fund balances at end of year (line 4 minus line 5) - Part II, column (b), line 30 | 6 | 201,588,571. |

**STMT 10

Form **990-PF** (2005)

JSA
5E1420 1 000

Form 990-PF (2005)                                                 13-3410749                          Page 3

## Part IV  Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (e g , real estate, 2-story brick warehouse; or common stock, 200 shs MLC Co ) | (b) How acquired P–Purchase D–Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| 1a  SEE PART IV SCHEDULE | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| (i) F M V. as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Gains (Col (h) gain minus col. (k), but not less than -0-) or Losses (from col (h)) |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| | | |
|---|---|---:|
| 2  Capital gain net income or (net capital loss) . . . . . { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 } | 2 | 7,522,487. |
| 3  Net short-term capital gain or (loss) as defined in sections 1222(5) and (6) If gain, also enter in Part I, line 8, column (c) (see pages 13 and 17 of the instructions. If (loss), enter -0- in Part I, line 8 } | 3 | |

## Part V  Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the organization liable for the section 4942 tax on the distributable amount of any year in the base period?. . . .   ☐ Yes  ☒ No
If "Yes," the organization does not qualify under section 4940(e). Do not complete this part.

1  Enter the appropriate amount in each column for each year; see page 18 of the instructions before making any entries.

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col (b) divided by col (c)) |
|---|---|---|---|
| 2004 | 7,421,852. | 220,714,387. | 0.03362649848 |
| 2003 | 7,208,996. | 210,567,125. | 0.03423609455 |
| 2002 | 5,823,142. | 196,527,337. | 0.02963018829 |
| 2001 | 6,289,498. | 168,909,203. | 0.03723596991 |
| 2000 | 10,295,617. | 156,771,385. | 0.06567280757 |

| | | |
|---|---|---:|
| 2  Total of line 1, column (d) . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0.20040155880 |
| 3  Average distribution ratio for the 5-year base period - divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years . . . . . . . . . | 3 | 0.04008031176 |
| 4  Enter the net value of noncharitable-use assets for 2005 from Part X, line 5 . . . . . . . . . . . | 4 | 249,936,405. |
| 5  Multiply line 4 by line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 10,017,529. |
| 6  Enter 1% of net investment income (1% of Part I, line 27b) . . . . . . . . . . . . . . . | 6 | 125,933. |
| 7  Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 7 | 10,143,462. |
| 8  Enter qualifying distributions from Part XII, line 4 . . . . . . . . . . . . . . . . . . . . | 8 | 9,913,449. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate  See the Part VI instructions on page 18

JSA
5E1430 1 000

8BC04N M261                          V05-8.1                          Form 990-PF (2005)

Form 990-PF (2005)    13-3410749    Page 4

## Part VI — Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 - see page 18 of the instructions)

**1a** Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1

Date of ruling letter \_ \_ \_ \_ \_ \_ \_ (attach copy of ruling letter if necessary - see instructions)

**b** Domestic organizations that meet the section 4940(e) requirements in Part V, check
here ▶ ☐ and enter 1% of Part I, line 27b . . . . . . . . . . . . . . . . } **1** 251,867.

**c** All other domestic organizations enter 2% of line 27b Exempt foreign organizations enter 4% of Part I, line 12, col (b)

**2** Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) . . . **2**

**3** Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **3** 251,867.

**4** Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only Others enter -0-) . . . **4** NONE

**5** Tax based on investment income. Subtract line 4 from line 3. If zero or less, enter -0- . . . . . . . . . **5** 251,867.

**6** Credits/Payments:

**a** 2005 estimated tax payments and 2004 overpayment credited to 2005 | **6a** | 192,130.

**b** Exempt foreign organizations - tax withheld at source | **6b** | NONE

**c** Tax paid with application for extension of time to file (Form 8868) . . | **6c** | NONE

**d** Backup withholding erroneously withheld | **6d** |

**7** Total credits and payments. Add lines 6a through 6d . . . . . . . . . . . . . . . . . **7** 192,130.

**8** Enter any penalty for underpayment of estimated tax Check here ☒ if Form 2220 is attached . . . . . . **8** NONE

**9** Tax due. If the total of lines 5 and 8 is more than line 7, enter amount owed . . . . . . . ▶ **9** 59,737.

**10** Overpayment. If line 7 is more than the total of lines 5 and 8, enter the amount overpaid . . . . . ▶ **10**

**11** Enter the amount on line 10 to be  Credited to 2006 estimated tax ▶ NONE Refunded ▶ **11**

## Part VII-A — Statements Regarding Activities

| | | | Yes | No |
|---|---|---|---|---|
| **1a** | During the tax year, did the organization attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? | **1a** | | X |
| **b** | Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see page 19 of the instructions for definition)? . . . . . . . . . . . . . . . . . . . . . . . . . | **1b** | | X |
| | *If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials published or distributed by the organization in connection with the activities.* | | | |
| **c** | Did the organization file Form 1120-POL for this year? . . . . . . . . . . . . . . . . . . | **1c** | | N/A |
| **d** | Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year | | | |
| | (1) On the organization ▶ $ _____ (2) On organization managers ▶ $ _____ | | | |
| **e** | Enter the reimbursement (if any) paid by the organization during the year for political expenditure tax imposed on organization managers. ▶ $ _____ | | | |
| **2** | Has the organization engaged in any activities that have not previously been reported to the IRS? . . . . | **2** | | X |
| | *If "Yes," attach a detailed description of the activities* | | | |
| **3** | Has the organization made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* | **3** | X | |
| **4a** | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . . . | **4a** | X | |
| **b** | If "Yes," has it filed a tax return on Form 990-T for this year? . . . . . . . . . . . . . . . | **4b** | X | |
| **5** | Was there a liquidation, termination, dissolution, or substantial contraction during the year? . . . . . | **5** | | X |
| | *If "Yes," attach the statement required by General Instruction T* | | | |
| **6** | Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either | | | |
| | • By language in the governing instrument, or | | | |
| | • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? . . . . . . . . . . . . . . | **6** | X | |
| **7** | Did the organization have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col (c), and Part XV.* | **7** | X | |
| **8a** | Enter the states to which the foundation reports or with which it is registered (see page 19 of the instructions) ▶ NEW YORK | | | |
| **b** | If the answer is "Yes" to line 7, has the foundation furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by *General Instruction G?* If "No," attach explanation . . . . . . . . . . | **8b** | X | |
| **9** | Is the organization claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2005 or the taxable year beginning in 2005 (see instructions for Part XIV on page 26)? *If "Yes," complete Part XIV* | **9** | | X |
| **10** | Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses* | **10** | | X |
| **11** | Did the organization comply with the public inspection requirements for its annual returns and exemption application? . . . | **11** | X | |
| | Web site address ▶ \_\_WWW.WARHOLFOUNDATION.ORG_____ | | | |
| **12** | The books are in care of ▶ \_\_THE FOUNDATION_____ Telephone no. ▶ \_\_212-387-7555_____ | | | |
| | Located at ▶ \_65 BLEECKER STREET, NEW YORK, NY_____ ZIP+4 ▶ 10012_____ | | | |
| **13** | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of Form 1041 - Check here . . . ▶ N/A ▶ ☐ | | | |
| | and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . ▶ **13** | | | |

Form **990-PF** (2005)

JSA
5E1440 1 000

Form 990-PF (2005)                                                                13-3410749                    Page **5**

## Part VII-B  Statements Regarding Activities for Which Form 4720 May Be Required

|  |  | Yes | No |
|---|---|---|---|
| **File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.** | | | |

**1a** During the year did the organization (either directly or indirectly):

    **(1)** Engage in the sale or exchange, or leasing of property with a disqualified person? . . . . . . . . . .    ☐ Yes   ☒ No

    **(2)** Borrow money from, lend money to, or otherwise extend credit to (or accept it from)

         a disqualified person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

    **(3)** Furnish goods, services, or facilities to (or accept them from) a disqualified person? . . . . . . . .    ☐ Yes   ☒ No

    **(4)** Pay compensation to, or pay or reimburse the expenses of, a disqualified person? . . . . . . .    ☒ Yes   ☐ No

    **(5)** Transfer any income or assets to a disqualified person (or make any of either available

         for the benefit or use of a disqualified person)? . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

    **(6)** Agree to pay money or property to a government official? (Exception. Check "No"

         if the organization agreed to make a grant to or to employ the official for a period

         after termination of government service, if terminating within 90 days ) . . . . . . . . . .    ☐ Yes   ☒ No

**b** If any answer is "Yes" to 1a(1)-(6), did any of the acts fail to qualify under the exceptions described in Regulations

     section 53 4941(d)-3 or in a current notice regarding disaster assistance (see page 20 of the instructions)? . . . . . . . .     **1b**       **X**

     Organizations relying on a current notice regarding disaster assistance check here . . . . . . . . . . . ▶ ☐

**c** Did the organization engage in a prior year in any of the acts described in 1a, other than excepted acts,

     that were not corrected before the first day of the tax year beginning in 2005? . . . . . . . . . . . . . . . .     **1c**       **X**

**2** Taxes on failure to distribute income (section 4942) (does not apply for years the organization was a private

     operating foundation defined in section 4942(j)(3) or 4942(j)(5)):

**a** At the end of tax year 2005, did the organization have any undistributed income (lines 6d

     and 6e, Part XIII) for tax year(s) beginning before 2005? . . . . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

     If "Yes," list the years ▶ _ _ _ _ _ _ _ _ _ _ , _ _ _ _ _ _ _ _ _ , _ _ _ _ _ _ _ _ _ , _ _ _ _ _ _ _ _ _

**b** Are there any years listed in 2a for which the organization is not applying the provisions of section 4942(a)(2)

     (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2)

     to all years listed, answer "No" and attach statement - see page 20 of the instructions.) . . . . . . . . . . . . . .     **2b**    **N/A**

**c** If the provisions of section 4942(a)(2) are being applied to any of the years listed in 2a, list the years here.

     ▶ _ _ _ _ _ _ _ _ _ _ , _ _ _ _ _ _ _ _ _ , _ _ _ _ _ _ _ _ _ , _ _ _ _ _ _ _ _ _

**3a** Did the organization hold more than a 2% direct or indirect interest in any business

     enterprise at any time during the year? . . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

**b** If "Yes," did it have excess business holdings in 2005 as a result of (1) any purchase by the organization

     or disqualified persons after May 26, 1969, (2) the lapse of the 5-year period (or longer period approved

     by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest, or (3)

     the lapse of the 10-, 15-, or 20-year first phase holding period? *(Use Schedule C, Form 4720, to determine*

     *if the organization had excess business holdings in 2005.)* . . . . . . . . . . . . . . . . . . . . .     **3b**    **N/A**

**4a** Did the organization invest during the year any amount in a manner that would jeopardize its charitable purposes? . . . . . . .     **4a**       **X**

**b** Did the organization make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable

     purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2005? . . . . . . .     **4b**       **X**

**5a** During the year did the organization pay or incur any amount to:

    **(1)** Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? . . . . . .    ☐ Yes   ☒ No

    **(2)** Influence the outcome of any specific public election (see section 4955), or to carry

         on, directly or indirectly, any voter registration drive? . . . . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

    **(3)** Provide a grant to an individual for travel, study, or other similar purposes? . . . . . . . . . .    ☐ Yes   ☒ No

    **(4)** Provide a grant to an organization other than a charitable, etc., organization described

         in section 509(a)(1), (2), or (3), or section 4940(d)(2)? . . . . . . . . . . . . . . . . .    ☒ Yes   ☐ No

    **(5)** Provide for any purpose other than religious, charitable, scientific, literary, or

         educational purposes, or for the prevention of cruelty to children or animals? . . . . . . . . .    ☐ Yes   ☒ No

**b** If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in

     Regulations section 53 4945 or in a current notice regarding disaster assistance (see page 20 of the instructions)? . . . .     **5b**       **X**

     Organizations relying on a current notice regarding disaster assistance check here . . . . . . . . . . . ▶ ☐

**c** If the answer is "Yes" to question 5a(4), does the organization claim exemption from the

     tax because it maintained expenditure responsibility for the grant? SEE STATEMENT 26 . . .    ☒ Yes   ☐ No

     *If "Yes," attach the statement required by Regulations section 53.4945-5(d)*

**6a** Did the organization, during the year, receive any funds, directly or indirectly, to pay

     premiums on a personal benefit contract? . . . . . . . . . . . . . . . . . . . . . . . .    ☐ Yes   ☒ No

**b** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . . . . . .     **6b**       **X**

     *If you answered "Yes" to 6b, also file Form 8870*

Form **990-PF** (2005)

JSA
SE1450 1 000

8BC04N M261                                   V05-8.1                                                     9

Form 990-PF (2005)                                    13-3410749                                   Page **6**

| **Part VIII** | **Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors** |

**1    List all officers, directors, trustees, foundation managers and their compensation (see page 21 of the instructions).**

| **(a) Name and address** | **(b) Title, and average hours per week devoted to position** | **(c) Compensation (If not paid, enter -0-)** | **(d) Contributions to employee benefit plans and deferred compensation** | **(e) Expense account, other allowances** |
|---|---|---|---|---|
| SEE STATEMENT 19 | | 634,430. | 90,548. | NONE |
| | | | | |
| | | | | |
| | | | | |

**2    Compensation of five highest-paid employees (other than those included on line 1 - see page 21 of the instructions). If none, enter "NONE."**

| **(a) Name and address of each employee paid more than $50,000** | **(b) Title and average hours per week devoted to position** | **(c) Compensation** | **(d) Contributions to employee benefit plans and deferred compensation** | **(e) Expense account, other allowances** |
|---|---|---|---|---|
| SEE STATEMENT 20 | | 627,326. | 125,464. | NONE |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total number of other employees paid over $50,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **12**

**3    Five highest-paid independent contractors for professional services - (see page 21 of the instructions). If none, enter "NONE."**

| **(a) Name and address of each person paid more than $50,000** | **(b) Type of service** | **(c) Compensation** |
|---|---|---|
| SEE STATEMENT 21 | | 1,741,401. |
| | | |
| | | |
| | | |
| | | |

Total number of others receiving over $50,000 for professional services . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | **5**

| **Part IX-A** | **Summary of Direct Charitable Activities** |

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | **Expenses** |
|---|---|
| 1 NOT APPLICABLE | |
| | |
| 2 | |
| | |
| 3 | |
| | |
| 4 | |
| | |

Form **990-PF** (2005)

Form 990-PF (2005)                                                                                                    13-3410749                                    Page **7**

### Part IX-B  Summary of Program-Related Investments (see page 22 of the instructions)

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2 | Amount |
|---|---|
| 1 NOT APPLICABLE | |
| | |
| 2 | |
| | |
| All other program-related investments See page 22 of the instructions | |
| 3 NONE | |
| Total. Add lines 1 through 3 ▶ | |

### Part X  Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see page 22 of the instructions.)

| | | | | |
|---|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | | |
| a | Average monthly fair market value of securities | 1a | | 93,904,462. |
| b | Average of monthly cash balances | 1b | | 20,459,590. |
| c | Fair market value of all other assets (see page 23 of the instructions) SEE STATEMENT 23 | 1c | | 139,378,491. |
| d | Total (add lines 1a, b, and c) | 1d | | 253,742,543. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation) SEE STATEMENT 22 | 1e | 99,994,465. | |
| 2 | Acquisition indebtedness applicable to line 1 assets | 2 | | NONE |
| 3 | Subtract line 2 from line 1d | 3 | | 253,742,543. |
| 4 | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see page 23 of the instructions) | 4 | | 3,806,138. |
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | | 249,936,405. |
| 6 | Minimum investment return. Enter 5% of line 5 | 6 | | 12,496,820. |

### Part XI  Distributable Amount (see page 23 of the instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ [ ] and do not complete this part.)

| | | | | |
|---|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 | | 1 | 12,496,820. |
| 2a | Tax on investment income for 2005 from Part VI, line 5 | 2a | 251,867. | |
| b | Income tax for 2005. (This does not include the tax from Part VI.) | 2b | | |
| c | Add lines 2a and 2b | | 2c | 251,867. |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 | | 3 | 12,244,953. |
| 4 | Recoveries of amounts treated as qualifying distributions | | 4 | 1,000. |
| 5 | Add lines 3 and 4 | | 5 | 12,245,953. |
| 6 | Deduction from distributable amount (see page 24 of the instructions) | | 6 | |
| 7 | Distributable amount as adjusted. Subtract line 6 from line 5. Enter here and on Part XIII, line 1 | | 7 | 12,245,953. |

### Part XII  Qualifying Distributions (see page 24 of the instructions)

| | | | | |
|---|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes | | | |
| a | Expenses, contributions, gifts, etc. - total from Part I, column (d), line 26 | | 1a | 9,913,449. |
| b | Program-related investments - total from Part IX-B | | 1b | NONE |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes | | 2 | NONE |
| 3 | Amounts set aside for specific charitable projects that satisfy the: | | | |
| a | Suitability test (prior IRS approval required) | | 3a | NONE |
| b | Cash distribution test (attach the required schedule) | | 3b | NONE |
| 4 | Qualifying distributions. Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | | 4 | 9,913,449. |
| 5 | Organizations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b (see page 24 of the instructions) | | 5 | N/A |
| 6 | Adjusted qualifying distributions. Subtract line 5 from line 4 | | 6 | 9,913,449. |

Note: *The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years.*

Form **990-PF** (2005)

JSA
5E1470 1 000

Form 990-PF (2005)                                                                    13-3410749                          Page **8**

## Part XIII  Undistributed Income (see page 24 of the instructions)

| | (a)<br>Corpus | (b)<br>Years prior to 2004 | (c)<br>2004 | (d)<br>2005 |
|---|---|---|---|---|
| 1  Distributable amount for 2005 from Part XI, line 7 . . . . . . . . . . | | | | 12,245,953. |
| 2  Undistributed income, if any, as of the end of 2004 | | | | |
| a  Enter amount for 2004 only . . . . . . . . | | | NONE | |
| b  Total for prior years: | | NONE | | |
| 3  Excess distributions carryover, if any, to 2005 | | | | |
| a  From 2000 . . . . . 156,092. | | | | |
| b  From 2001 . . . . . NONE | | | | |
| c  From 2002 . . . . . NONE | | | | |
| d  From 2003 . . . . . NONE | | | | |
| e  From 2004 . . . . . NONE | | | | |
| f  Total of lines 3a through e . . . . . . . . . | 156,092. | | | |
| 4  Qualifying distributions for 2005 from Part XII, line 4 ▶ $  9,913,449. | | | | |
| a  Applied to 2004, but not more than line 2a | | | NONE | |
| b  Applied to undistributed income of prior years (Election required - see page 25 of the instructions) | | NONE | | |
| c  Treated as distributions out of corpus (Election required - see page 25 of the instructions) | NONE | | | |
| d  Applied to 2005 distributable amount . . . . | | | | 9,913,449. |
| e  Remaining amount distributed out of corpus | NONE | | | |
| 5  Excess distributions carryover applied to 2005 (If an amount appears in column (d), the same amount must be shown in column (a).) | 156,092. | | | 156,092. |
| 6  **Enter the net total of each column as indicated below:** | | | | |
| a  Corpus Add lines 3f, 4c, and 4e. Subtract line 5 | NONE | | | |
| b  Prior years' undistributed income. Subtract line 4b from line 2b | | NONE | | |
| c  Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | NONE | | |
| d  Subtract line 6c from line 6b  Taxable amount - see page 25 of the instructions | | NONE | | |
| e  Undistributed income for 2004  Subtract line 4a from line 2a  Taxable amount - see page 25 of the Instructions | | | NONE | |
| f  Undistributed income for 2005. Subtract lines 4d and 5 from line 1. This amount must be distributed in 2006 | | | | 2,176,412. |
| 7  Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(E) or 4942(g)(3) (see page 25 of the instructions) | NONE | | | |
| 8  Excess distributions carryover from 2000 not applied on line 5 or line 7 (see page 25 of the instructions) | NONE | | | |
| 9  **Excess distributions carryover to 2006.** Subtract lines 7 and 8 from line 6a . . . . . . | NONE | | | |
| 10  Analysis of line 9 | | | | |
| a  Excess from 2001 . . . NONE | | | | |
| b  Excess from 2002 . . . NONE | | | | |
| c  Excess from 2003 . . . NONE | | | | |
| d  Excess from 2004 . . . NONE | | | | |
| e  Excess from 2005 . . . NONE | | | | |

Form **990-PF** (2005)

JSA
5E1480 1 000

Form 990-PF (2005)                                    13-3410749                    Page **9**

## Part XIV  Private Operating Foundations (see page 26 of the instructions and Part VII-A, question 9)  NOT APPLICABLE

**1a** If the foundation has received a ruling or determination letter that it is a private operating
foundation, and the ruling is effective for 2005, enter the date of the ruling . . . . . . . . . . . ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ▶ | 4942(j)(3) or | | 4942(j)(5)

| 2a Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . | Tax year | Prior 3 years | | | (e) Total |
| | (a) 2005 | (b) 2004 | (c) 2003 | (d) 2002 | |
|---|---|---|---|---|---|
| | | | | | |
| **b** 85% of line 2a . . . . . | | | | | |
| **c** Qualifying distributions from Part XII, line 4 for each year listed . | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities  Subtract line 2d from line 2c . . . . . | | | | | |
| **3** Complete 3a, b, or c for the alternative test relied upon | | | | | |
| **a** "Assets" alternative test - enter | | | | | |
| (1) Value of all assets . . . . | | | | | |
| (2) Value of assets qualifying under section 4942(j)(3)(B)(i) . . . . . | | | | | |
| **b** "Endowment" alternative test - enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed . . | | | | | |
| **c** "Support" alternative test - enter | | | | | |
| (1) Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . . | | | | | |
| (2) Support from general public and 5 or more exempt organizations as provided in section 4942 (j)(3)(B)(iii) . . . . . . | | | | | |
| (3) Largest amount of support from an exempt organization . . . . | | | | | |
| (4) Gross investment income . | | | | | |

## Part XV  Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year - see page 26 of the instructions.)

**1** Information Regarding Foundation Managers:

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000)  (See section 507(d)(2).)

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest.

NONE

**2** Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:

Check here ▶ ☐ if the organization only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds. If the organization makes gifts, grants, etc (see page 26 of the instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d.

**a** The name, address, and telephone number of the person to whom applications should be addressed:

SEE STATEMENT 24

**b** The form in which applications should be submitted and information and materials they should include:

SEE STATEMENT 24

**c** Any submission deadlines:

SEE STATEMENT 24

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors:

SEE STATEMENT 24

JSA
5E1490 1 000

8BC04N M261                          V05-8.1                          Form **990-PF** (2005)

Form 990-PF (2005)                                    13-3410749                          Page **10**

| Part XV | Supplementary Information (continued) |
|---|---|

**3    Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| **a** *Paid during the year* | | | | |
| SEE STATEMENTS 9 & 25 | | | | 7,985,854. |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3a** | | | | 7,985,854. |
| **b** *Approved for future payment* | | | | |
| SEE STATEMENTS 9 & 25 | | | | 5,868,877. |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ **3b** | | | | 5,868,877. |

Form **990-PF** (2005)

JSA
5E1491 1 000

Form 990-PF (2005)      13-3410749      Page **11**

## Part XVI-A   Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated.

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | Related or exempt function income (See page 26 of the instructions) |
| 1 Program service revenue: | | | | | |
| a _____ | | | | | |
| b _____ | | | | | |
| c _____ | | | | | |
| d _____ | | | | | |
| e _____ | | | | | |
| f _____ | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 2 Membership dues and assessments . . . . | | | | | |
| 3 Interest on savings and temporary cash investments | | | 14 | 661,321. | |
| 4 Dividends and interest from securities . . . | | | 14 | 3,129,921. | |
| 5 Net rental income or (loss) from real estate: | | | | | |
| a Debt-financed property . . . . . . . . . | | | | | |
| b Not debt-financed property . . . . . . . | | | | | |
| 6 Net rental income or (loss) from personal property | | | | | |
| 7 Other investment income . . . . . . . . . | 900001 | 8,636. | 14 | 544,786. | |
| 8 Gain or (loss) from sales of assets other than inventory | | | 18 | 18,779,091. | |
| 9 Net income or (loss) from special events . . . | | | | | |
| 10 Gross profit or (loss) from sales of inventory . . | | | | | |
| 11 Other revenue: a _____ | | | | | |
| b ROYALTIES AND | | | 15 | 2,173,707. | |
| c LICENSING FEES | | | | | |
| d CLAIM SETTLEMENT | | | 14 | 1,847. | |
| e SEE STATEMENT 27 | | | 14 | 39,877. | 5,932. |
| 12 Subtotal. Add columns (b), (d), and (e) . . . . | | 8,636. | | 25,330,550. | 5,932. |
| 13 Total. Add line 12, columns (b), (d), and (e) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 | | | | | 25,345,118. |

(See worksheet in line 13 instructions on page 27 to verify calculations.)

## Part XVI-B   Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). (See page 27 of the instructions.) |
|---|---|
| 11E | RETURNED GRANT, CLASS ACTION INSURANCE SETTLEMENT AND MISCELLANEOUS INCOME USED IN THE ORGANIZATION'S EXEMPT PURPOSE (SEE RELATED OR EXEMPT FUNCTION COLUMN ON STATEMENT 27). |

JSA
SE1492 1 000

8BC04N M261      V05-8.1      15

Form 990-PF (2005)        13-3410749        Page **12**

## Part XVII   Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations

| | | Yes | No |
|---|---|---|---|
| **1** Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | |
| **a** Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
|    (1) Cash | 1a(1) | | X |
|    (2) Other assets | 1a(2) | | X |
| **b** Other transactions: | | | |
|    (1) Sales of assets to a noncharitable exempt organization | 1b(1) | | X |
|    (2) Purchases of assets from a noncharitable exempt organization | 1b(2) | | X |
|    (3) Rental of facilities, equipment, or other assets | 1b(3) | | X |
|    (4) Reimbursement arrangements | 1b(4) | | X |
|    (5) Loans or loan guarantees | 1b(5) | | X |
|    (6) Performance of services or membership or fundraising solicitations | 1b(6) | | X |
| **c** Sharing of facilities, equipment, mailing lists, other assets, or paid employees | 1c | | X |

**d** If the answer to any of the above is "Yes," complete the following schedule. Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization. If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received

| (a) Line no | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**2 a** Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?    ☐ Yes ☒ No

**b** If "Yes," complete the following schedule.

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer or fiduciary) is based on all information of which preparer has any knowledge

**Sign Here**

► _(signature)_    3 14 07    Chief Financial Officer + Treasurer

Signature of officer or trustee     Date     Title

**Paid Preparer's Use Only**

| Preparer's signature ► | Date MAR 1 4 2007 | Check if self-employed ► ☐ | Preparer's SSN or PTIN (See Signature on page 28 of the instructions) P00183769 |
|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | CONDON O'MEARA McGINTY & DONNELLY LLP 3 NEW YORK PLAZA NEW YORK NY    10004-2442 | EIN ► 13-3628255 Phone no 212-661-7777 | |

Form **990-PF** (2005)

Form 8868 (Rev 12-2004)                                                                                    Page 2

- If you are filing for an **Additional (not automatic) 3-Month Extension,** complete only Part II and check this box . . . . . . . . ▶ ☒

**Note:** Only complete Part II if you have already been granted an automatic 3-month extension on a previously filed Form 8868.

- If you are filing for an **Automatic 3-Month Extension,** complete only Part I (on page 1).

| **Part II** | **Additional (not automatic) 3-Month Extension of Time - Must File Original and One Copy.** |

| Type or print | Name of Exempt Organization  THE ANDY WARHOL FOUNDATION FOR THE ARTS, INC. | Employer identification number  13-3410749 |
|---|---|---|
| File by the extended due date for filing the return. See instructions | Number, street, and room or suite no  If a P.O. box, see instructions.  65 BLEECKER STREET | For IRS use only |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.  NEW YORK, NY 10012 | |

**Check type of return to be filed** (File a separate application for each return):

| ☐ Form 990 | ☐ Form 990-T(sec. 401(a) or 408(a) trust) | ☐ Form 5227 |
| ☐ Form 990-BL | ☐ Form 990-T (trust other than above) | ☐ Form 6069 |
| ☒ Form 990-EZ | ☐ Form 1041-A | ☐ Form 8870 |
| ☒ Form 990-PF | ☐ Form 4720 | |

**STOP:** Do not complete Part II if you were not already granted an automatic 3-month extension on a previously filed Form 8868.

- The books are in the care of ▶ _____

  Telephone No. ▶ _____      FAX No. ▶ _____

- If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . . . . . ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension is for.

4  I request an additional 3-month extension of time until ___MARCH 15, 2007___ .

5  For calendar year _____ , or other tax year beginning _05/01/2005_ and ending _04/30/2006_ .

6  If this tax year is for less than 12 months, check reason: ☐ Initial return  ☐ Final return  ☐ Change in accounting period

7  State in detail why you need the extension  ALL THE INFORMATION NECESSARY TO COMPLETE THE RETURN IS NOT AND WILL NOT BE AVAILABLE BY THE DUE DATE. THEREFORE WE RESPECTFULLY REQUEST ADDITIONAL TIME TO COMPLETE THE RETURN.

8a  If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  180,000

 b  If this application is for Form 990-PF, 990-T, 4720, or 6069, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit and any amount paid previously with Form 8868 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  193,130

 c  Balance Due. Subtract line 8b from line 8a. Include your payment with this form, or, if required, deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $  -0-

**Signature and Verification**

Under penalties of perjury, I declare that I have examined this form, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete, and that I am authorized to prepare this form

Signature ▶ _____  Title ▶  ACCOUNTANTS AUTHORIZED TO PREPARE RETURNS  Date ▶ DEC 11 2006

**Notice to Applicant - To Be Completed by the IRS**

| ☐ | We have approved this application. Please attach this form to the organization's return. |
| ☐ | We have not approved this application. However, we have granted a 10-day grace period from the later of the date shown below or the due date of the organization's return (including any prior extensions). This grace period is considered to be a valid extension of time for elections otherwise required to be made on a timely return. Please attach this form to the organization's return. |
| ☐ | We have not approved this application. After considering the reasons stated in item 7, we cannot grant your request for an extension of time to file We are not granting a 10-day grace period. |
| ☐ | We cannot consider this application because it was filed after the extended due date of the return for which an extension was requested. |
| ☐ | Other _____ |

By. _____

Director _____     Date _____

**Alternate Mailing Address** - Enter the address if you want the copy of this application for an additional 3-month extension returned to an address other than the one entered above.

| Type or print | Name  **Condon O'Meara McGinty & Donnelly LLP** |
|---|---|
| | Number and street (include suite, room, or apt. no.) or a P.O. box number  **3 New York Plaza, 18th Floor** |
| | City or town, province or state, and country (including postal or ZIP code)  **New York, NY 10004** |

JSA
SF8055 1 000                                                                          Form 8868 (Rev 12-2004)

05-2    09/07/2006 14:11:30

Form **8868**
(Rev. December 2004)

Department of the Treasury
Internal Revenue Service

## Application for Extension of Time To File an Exempt Organization Return

▶ File a separate application for each return.

OMB No. 1545-1709

- If you are filing for an Automatic 3-Month Extension, complete only Part I and check this box . . . . . . . . . . . . . . . ▶ ☒
- If you are filing for an Additional (not automatic) 3-Month Extension, complete only Part II (on page 2 of this form).

**Do not complete Part II unless** you have already been granted an automatic 3-month extension on a previously filed Form 8868.

**Part I** Automatic 3-Month Extension of Time - Only submit original (no copies needed)

Form 990-T corporations requesting an automatic 6-month extension - check this box and complete Part I only . . . . . . . . . ▶ ☐

All other corporations (including Form 990-C filers) must use Form 7004 to request an extension of time to file income tax returns. Partnerships, REMICs, and trusts must use Form 8736 to request an extension of time to file Form 1065, 1066, or 1041.

**Electronic Filing (e-file).** Form 8868 can be filed electronically if you want a 3-month automatic extension of time to file one of the returns noted below (6 months for corporate Form 990-T filers). However, you cannot file it electronically if you want the additional (not automatic) 3-month extension, instead you must submit the fully completed signed page 2 (Part II) of Form 8868. For more details on the electronic filing of this form, visit www.irs.gov/efile.

| Type or print | Name of Exempt Organization  THE ANDY WARHOL FOUNDATION FOR TH ARTS, INC. | Employer identification number  13-3410749 |
|---|---|---|
| File by the due date for filing your return. See instructions. | Number, street, and room or suite no. If a P.O. box, see instructions.  65 BLEECKER STREET | |
| | City, town or post office, state, and ZIP code. For a foreign address, see instructions.  NEW YORK, NY 10012 | |

Check type of return to be filed (file a separate application for each return):

| | | |
|---|---|---|
| ☐ Form 990 | ☐ Form 990-T (corporation) | ☐ Form 4720 |
| ☐ Form 990-BL | ☐ Form 990-T (sec. 401(a) or 408(a) trust) | ☐ Form 5227 |
| ☐ Form 990-EZ | ☐ Form 990-T (trust other than above) | ☐ Form 6069 |
| ☒ Form 990-PF | ☐ Form 1041-A | ☐ Form 8870 |

- The books are in the care of ▶ _____

  Telephone No. ▶ _____   FAX No. ▶ _____

- If the organization does not have an office or place of business in the United States, check this box . . . . . . . . . . ▶ ☐
- If this is for a Group Return, enter the organization's four digit Group Exemption Number (GEN) _____ . If this is for the whole group, check this box ▶ ☐ . If it is for part of the group, check this box ▶ ☐ and attach a list with the names and EINs of all members the extension will cover.

1   I request an automatic 3-month (6-months for a Form 990-T corporation ) extension of time until **DEC 15 , 2006** , to file the exempt organization return for the organization named above. The extension is for the organization's return for:

   ▶ ☐ calendar year _____ or
   ▶ ☒ tax year beginning   **05/01** , **2005** , and ending   **04/30** , **2006** .

2   If this tax year is for less than 12 months, check reason:   ☐ Initial return   ☐ Final return   ☐ Change in accounting period

3a   If this application is for Form 990-BL, 990-PF, 990-T, 4720, or 6069, enter the tentative tax, less any nonrefundable credits. See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ **180,000**

 b   If this application is for Form 990-PF or 990-T, enter any refundable credits and estimated tax payments made. Include any prior year overpayment allowed as a credit . . . . . . . . . . . . . . . . . . . . .   $ **192,130**

 c   Balance Due. Subtract line 3b from line 3a. Include your payment with this form, or, if required, deposit with FTD coupon or, if required, by using EFTPS (Electronic Federal Tax Payment System). See instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   $ **-0-**

**Caution.** If you are going to make an electronic fund withdrawal with this Form 8868, see Form 8453-EO and Form 8879-EO for payment instructions.

For Privacy Act and Paperwork Reduction Act Notice, see instructions.

Form **8868** (Rev 12-2004)

JSA
5F8054 1.000

05-2    09/07/2006  14:11:30

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No 1545-0142 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► See separate instructions.  ► Attach to the corporation's tax return. | **2005** |

| Name | Employer Identification number |
|---|---|
| THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC. | 13-3410749 |

**Note:** *Generally, the corporation is not required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 34 on the estimated tax penalty line of the corporation's income tax return, but do not attach Form 2220.*

**Part I   Required Annual Payment**

| | | | |
|---|---|---|---|
| 1 | Total tax (see instructions) . . . . . . . . . . . . . . . . . . . . . . | 1 | 251,867. |
| 2 a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | 2a | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method . . . . . | 2b | |
| c | Credit for Federal tax paid on fuels (see instructions) . . . . . . . . . . . | 2c | |
| d | Total. Add lines 2a through 2c . . . . . . . . . . . . . . . . . . . . | 2d | |
| 3 | Subtract line 2d from line 1 If the result is less than $500, do not complete or file this form. The corporation does not owe the penalty . . . . . . . . . . . . . . . . . . . | 3 | 251,867. |
| 4 | Enter the tax shown on the corporation's 2004 income tax return (see instructions) *Caution: If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5* . . . . . . . | 4 | 123,067. |
| 5 | Required Annual Payment. Enter the smaller of line 3 or line 4 If the corporation is required to skip line 4, enter the amount from line 3 . . . . . . . . . . . . . . . . . | 5 | 123,067. |

**Part II   Reasons for Filing –** Check the boxes below that apply. If any boxes are checked, the corporation must file Form 2220 even if it does not owe a penalty (see instructions).

| | | |
|---|---|---|
| 6 | | The corporation is using the adjusted seasonal installment method |
| 7 | X | The corporation is using the annualized income installment method |
| 8 | X | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

**Part III   Figuring the Underpayment**

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 9 | Installment due dates. Enter in columns (a) through (d) the 15th day of the 4th (Form 990-PF filers: Use 5th month), 6th, 9th, and 12th months of the corporation's tax year . . . . . . . . . . . | 09/16/2005 | 10/15/2005 | 01/15/2006 | 04/15/2006 |
| 10 | Required Installments. If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38 If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter If none of these boxes are checked, enter 25% of line 5 above in each column . . . . . . . | 30,767. | 38,240. | 52,417. | 69,771. |
| 11 | Estimated tax paid or credited for each period (see instructions) For column (a) only, enter the amount from line 11 on line 15 | 40,130. | 38,000. | 52,000. | 62,000. |
| | *Complete lines 12 through 18 of one column before going to the next column.* | | | | |
| 12 | Enter amount, if any, from line 18 of the preceding column . . . . . . . . . . . . . . . . . | | 9,363. | 9,123. | 8,706. |
| 13 | Add lines 11 and 12 . . . . . . . . . . . | | 47,363. | 61,123. | 70,706. |
| 14 | Add amounts on lines 16 and 17 of the preceding column | | | | |
| 15 | Subtract line 14 from line 13 If zero or less, enter -0- | 40,130. | 47,363. | 61,123. | 70,706. |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14 Otherwise, enter -0- | | | | |
| 17 | Underpayment. If line 15 is less than or equal to line 10, subtract line 15 from line 10 Then go to line 12 of the next column Otherwise, go to line 18 | | | | |
| 18 | Overpayment. If line 10 is less than line 15, subtract line 10 from line 15 Then go to line 12 of the next column . . . . . . . . . . . | 9,363. | 9,123. | 8,706. | |

**Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17 - no penalty is owed.**

For Paperwork Reduction Act Notice, see separate instructions.                                      Form **2220** (2005)

JSA
5X8006 2 000

Form 2220 (2005)                                                                                                           Page **2**

**Part III** Figuring the Penalty

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 3rd month after the close of the tax year, whichever is earlier (see instructions). *(Form 990-PF and Form 990-T filers:* Use 5th month instead of 3rd month ) . . . . . . . . . . . . . . . **19** | | | | |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 . . . . . . . . . . . . . . . **20** | | | | |
| 21 | Number of days on line 20 after 4/15/2005 and before 10/1/2005 . . . . . . . . . . . . . . . . **21** | | | | |
| 22 | Underpayment on line 17 x $\frac{\text{Number of days on line 21} \times 6\%}{365}$ **22** | | | | |
| 23 | Number of days on line 20 after 9/30/2005 and before 4/1/2006 **23** | | | | |
| 24 | Underpayment on line 17 x $\frac{\text{Number of days on line 23} \times 7\%}{365}$ **24** | | | | |
| 25 | Number of days on line 20 after 3/31/2006 and before 7/1/2006 **25** | | | | |
| 26 | Underpayment on line 17 x $\frac{\text{Number of days on line 25} \times *\%}{365}$ **26** | | | | |
| 27 | Number of days on line 20 after 6/30/2006 and before 10/1/2006 **27** | | | | |
| 28 | Underpayment on line 17 x $\frac{\text{Number of days on line 27} \times *\%}{365}$ **28** | | | | |
| 29 | Number of days on line 20 after 9/30/2006 and before 1/1/2007 **29** | | | | |
| 30 | Underpayment on line 17 x $\frac{\text{Number of days on line 29} \times *\%}{365}$ **30** | | | | |
| 31 | Number of days on line 20 after 12/31/2006 and before 2/16/2007 **31** | | | | |
| 32 | Underpayment on line 17 x $\frac{\text{Number of days on line 31} \times *\%}{365}$ **32** | | | | |
| 33 | Add lines 22, 24, 26, 28, 30, and 32 . . . . . . . . . . . . **33** | | | | |

| 34 | Penalty. Add columns (a) through (d) of line 33. Enter the total here and on Form 1120, line 33; Form 1120-A, line 29, or the comparable line for other income tax returns . . . . . . . . . . . . . . . . . . . . . . . . . . **34** | NONE |
|---|---|---|

**\*For underpayments paid after March 31, 2006:** For lines 26, 28, 30, and 32, use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at www.irs.gov. You can also call 1-800-829-4933 to get interest rate information.

Form **2220** (2005)

JSA
5X8007 2 000

8BC04N M261                                        V05-8.1

Form 2220 (2005)                                                                              Page 4

## Part II — Annualized Income Installment Method

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 20 Annualization periods (see instructions). | 20 | First __2__ months | First __4__ months | First __7__ months | First __10__ months |
| 21 Enter taxable income for each annualization period (see instructions). | 21 | 1,056,922. | 2,300,239. | 4,722,026. | 7,966,438. |
| 22 Annualization amounts (see instructions). | 22 | 6.00000 | 3.00000 | 1.71429 | 1.20000 |
| 23 Annualized taxable income. Multiply line 21 by line 22 | 23 | 6,341,532. | 6,900,717. | 8,094,922. | 9,559,726. |
| 24 Figure the tax on the amount on line 23 using the instructions for Form 1120, Schedule J, line 3 (or comparable line of corporation's return). | 24 | 126,831. | 138,014. | 161,898. | 191,195. |
| 25 Enter any alternative minimum tax for each payment period (see instructions). | 25 | | | | |
| 26 Enter any other taxes for each payment period (see instructions) | 26 | | | | |
| 27 Total tax. Add lines 24 through 26. | 27 | 126,831. | 138,014. | 161,898. | 191,195. |
| 28 For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2c (see instructions) | 28 | | | | |
| 29 Total tax after credits. Subtract line 28 from line 27. If zero or less, enter -0- | 29 | 126,831. | 138,014. | 161,898. | 191,195. |
| 30 Applicable percentage. | 30 | 25% | 50% | 75% | 100% |
| 31 Multiply line 29 by line 30 | 31 | 31,708. | 69,007. | 121,424. | 191,195. |

## Part III — Required Installments

| | | 1st installment | 2nd installment | 3rd installment | 4th installment |
|---|---|---|---|---|---|
| Note: Complete lines 32 through 38 of one column before completing the next column | | | | | |
| 32 If only Part I or Part II is completed, enter the amount in each column from line 19 or line 31. If both parts are completed, enter the smaller of the amounts in each column from line 19 or line 31 | 32 | 31,708. | 69,007. | 121,424. | 191,195. |
| 33 Add the amounts in all preceding columns of line 38 (see instructions) | 33 | | 30,767. | 69,007. | 121,424. |
| 34 Adjusted seasonal or annualized income installments. Subtract line 33 from line 32. If zero or less, enter -0- | 34 | 31,708. | 38,240. | 52,417. | 69,771. |
| 35 Enter 25% of line 5 on page 1 of Form 2220 in each column (Note: "Large corporations," see the instructions for line 10 for the amounts to enter) | 35 | 30,767. | 95,167. | 62,967. | 62,967. |
| 36 Subtract line 38 of the preceding column from line 37 of the preceding column. | 36 | | | 56,927. | 67,477. |
| 37 Add lines 35 and 36. | 37 | 30,767. | 95,167. | 119,894. | 130,444. |
| 38 Required installments. Enter the smaller of line 34 or line 37 here and on page 1 of Form 2220, line 10 (see instructions) | 38 | 30,767. | 38,240. | 52,417. | 69,771. |

Form **2220** (2005)

JSA
5X8009 2 000

8BC04N M261                        V05-8.1

**THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.**

PART I
LINE 6a

**FORM 990-PF**

**APRIL 30, 2006**

**EIN: 13-3410749**

Schedule of Gains from Sale of Assets

Gain on sale of investments

| | |
|---|---:|
| (Loss) on the sale of corporate pools and pass-throughs | $ (194,739) |
| (Loss) on the sale of corporate bonds | (25,922) |
| (Loss) on the sale of U.S. Government pools and pass-throughs | (31,804) |
| (Loss) on the sale of U.S. Government bonds and notes | (180,906) |
| Gain on the sale of common stocks | 990,087 |
| Gain on the sale of mutual funds & limited partnerships | 2,810,791 |
| Gain on the sale of convertible corp. bonds, common stocks and rights & warrants | 824,602 |
| Sub-total | 4,192,109 |
| Gain on the sale of artwork | 16,251,949 |
| Less: Commissions on the sale of artwork | 1,664,967 |
| Sub-total | 14,586,982 |
| Total | $ 18,779,091 |

# FORM 990-PF - PART IV
## CAPITAL GAINS AND LOSSES FOR TAX ON INVESTMENT INCOME

| Kind of Property | | Description | | | | P/D | Date acquired | Date sold |
|---|---|---|---|---|---|---|---|---|
| Gross sale price less expenses of sale | Depreciation allowed/ allowable | Cost or other basis | FMV as of 12/31/69 | Adj basis as of 12/31/69 | Excess of FMV over adj basis | | Gain or (loss) | |
| 103,871,178. | | SEE PART IV SCHEDULE  99,679,069.  THRU GRANTOR TRUST (IFSG)   THRU PARTNERSHIPS | | | | | 4,192,109.   3,344,966.   -14,588. | |
| TOTAL GAIN(LOSS) .................................................. | | | | | | | ---------- 7,522,487. ========== | |

JSA
5E1730 1 000

**THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.**

**FORM 990-PF**
**APRIL 30, 2006**
**EIN: 13-3410749**

Net Gain (loss) on Investments

| | Proceeds | Cost | Gain (Loss) |
|---|---|---|---|
| Corporate pools and pass-throughs - see attached | 8,047,576 | 8,242,315 | (194,739) |
| Corporate bonds - see attached | 10,154,123 | 10,180,045 | (25,922) |
| U S Government pools and pass-throughs - see attached | 10,978,276 | 11,010,080 | (31,804) |
| U S Government bonds and notes - see attached | 35,869,716 | 36,050,622 | (180,906) |
| Common stocks - see attached | 4,706,317 | 3,716,230 | 990,087 |
| Mutual funds and limited partnerships- see attached | 32,364,169 | 29,553,378 | 2,810,791 |
| Convertible corp bonds, common stocks and rights & warrants - see attached | 1,751,001 | 926,399 | 824,602 |
| | 103,871,178 | 99,679,069 | 4,192,109 |

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC

April 30, 2006

FORM 990 PF

Statement of Gains / (Losses)

| Corporate Pools & Pass-Throughs | % | Date | Proceeds | Cost | Gain (Loss) |
|---|---|---|---|---|---|
| ABN Amro Mortgage | 4 750% | 3/25/2033 | 119,197 | 119,570 | (373) |
| America W Airls | 7 930% | 1/2/2019 | 66,658 | 64,149 | 2,509 |
| Arcel Fin Ltd | 5 980% | 2/1/2009 | 59,903 | 83,309 | (23,406) |
| Bayview Financial CMO | 5 000% | 2/28/2045 | 114,003 | 114,001 | 2 |
| Chase Mtg Finance Corp | VAR | 12/25/2035 | 9,805 | 9,741 | 64 |
| Citigroup Mortgage CMO | 4 700% | 2/25/2036 | 741 | 727 | 14 |
| Citigroup Mortgage CMO | 4 900% | 2/25/2036 | 1,812 | 1,787 | 25 |
| Countrywide Altern CMO | 4.250% | 3/25/2034 | 43,355 | 42,938 | 417 |
| Countrywide Altern CMO | 5 500% | 8/25/2034 | 15,036 | 15,022 | 14 |
| Credit Suisse F/B | 5 100% | 9/15/2015 | 229,114 | 226,722 | 2,392 |
| Credit Suisse F/B | 5 500% | 6/25/2033 | 110,806 | 111,879 | (1,073) |
| Credit Suisse F/B | 6 040% | 6/15/2034 | 170,000 | 177,331 | (7,331) |
| C Walt, Inc | 5 500% | 7/25/2025 | 32,233 | 32,666 | (433) |
| C Walt, Inc | 5.250% | 12/25/2033 | 22,525 | 22,560 | (35) |
| C Walt, Inc | 7 000% | 12/25/2034 | 93,696 | 98,659 | (4,963) |
| C Walt, Inc | 6 000% | 2/25/2035 | 59,132 | 59,797 | (665) |
| C Walt, Inc CMO | 5 500% | 8/25/2034 | 22,607 | 22,723 | (116) |
| CWMBS, Inc | 6 250% | 10/25/2032 | 116,681 | 118,174 | (1,493) |
| CWMBS, Inc | 5.500% | 12/25/2032 | 61,540 | 62,616 | (1,076) |
| CWMBS, Inc Mtg | 5 500% | 1/25/2034 | 82,817 | 83,270 | (453) |
| CWABS Ser 2004 | 5 000% | 2/25/2035 | 102,918 | 107,939 | (5,021) |
| Delta Airlines | 6 420% | 1/2/2014 | 269,110 | 271,375 | (2,265) |
| DLJ Mtg Accept Co | 6 820% | 10/15/2034 | 101,189 | 107,695 | (6,506) |
| First Franklin | 5 750% | 7/25/2034 | 83,198 | 83,406 | (208) |
| First Horizon Mtg P/T | 5 150% | 6/25/2035 | 42,060 | 42,487 | (427) |
| GMAC Coml Mtg Secs Inc | 6 870% | 7/15/2029 | 88,237 | 94,166 | (5,929) |
| GMAC Mortgage CMO | 5 750% | 4/25/2036 | 1,597 | 1,598 | (1) |
| Greenwich Cap Coml Fdg | 5 280% | 4/10/2037 | 190,794 | 190,948 | (154) |
| Greenwich Cap Coml Fdg | 4 860% | 8/10/2042 | 98,872 | 105,524 | (6,652) |
| Greenwich Cap Coml Fdg | 4.890% | 8/10/2042 | 159,461 | 170,849 | (11,388) |
| GS Mortgage Securities | 5 450% | 7/10/2039 | 178,258 | 185,923 | (7,665) |
| GS Mortgage Securities | 4 780% | 7/10/2039 | 346,146 | 372,855 | (26,709) |
| Impac Mortgage Sec | 4 990% | 7/25/2035 | 276,680 | 282,144 | (5,464) |
| JP Morgan CMO | 5 330% | 12/15/2044 | 264,580 | 273,153 | (8,573) |
| JP Morgan Mtg Trust | VAR | 11/25/2033 | 173,169 | 174,289 | (1,120) |
| Master Adj Rate Mtg Trust | VAR | 7/24/2033 | 39,288 | 39,470 | (182) |
| Mastr Asset SEC | 5 500% | 7/25/2033 | 50,480 | 51,879 | (1,399) |
| Merrill Lynch Mtg Inv Inc | VAR | 12/26/2025 | 100,039 | 104,291 | (4,252) |
| Merrill Lynch Mtg Inv Inc | 7 420% | 4/25/2028 | 305,000 | 321,751 | (16,751) |
| Merrill Lynch Mtg Inv Inc | 5 260% | 1/12/2044 | 279,159 | 276,512 | 2,647 |
| Merrill Lynch CMO | 6 960% | 11/21/2028 | 90,260 | 90,242 | 18 |
| Merrill Lynch CMO | 5 980% | 3/25/2036 | 6,001 | 6,024 | (23) |
| MMCA Auto Trust | 3 570% | 8/17/2009 | 219,544 | 221,097 | (1,553) |
| MMCA Auto Trust | 4 300% | 3/15/2010 | 491,131 | 501,567 | (10,436) |
| Mortgage Cap Fdg | 7 290% | 7/20/2027 | 206,763 | 214,704 | (7,941) |
| Nomura Home Equity Abs | 5 500% | 1/25/2036 | 87,229 | 86,952 | 277 |
| Park Place Securities | 3 470% | 12/25/2034 | 360,000 | 359,997 | 3 |
| Park Place Securities | 4 210% | 12/25/2034 | 360,000 | 359,997 | 3 |
| Popular Abs Inc | 5 500% | 1/25/2036 | 31,415 | 31,415 | - |
| Resid Accred CMO | 6 000% | 11/25/2032 | 15,869 | 15,990 | (121) |
| Resid Accred CMO | 5 750% | 2/25/2034 | 22,706 | 22,522 | 184 |
| Resid Asset Secur | 4 250% | 11/25/2033 | 206,333 | 208,203 | (1,870) |
| Sail Net Interest Abs | 5 500% | 6/27/2035 | 257,714 | 257,908 | (194) |
| Sec Asset Backed Num Trust | 6 000% | 1/25/2026 | 36,130 | 35,903 | 227 |
| SGMS Nim Abs | 5 750% | 10/25/2035 | 90,103 | 90,103 | - |
| Struct Adj Rate CMO | 5 620% | 9/25/2035 | 186,402 | 186,373 | 29 |
| Struct Adj Rate CMO | VAR | 2/25/2036 | 2,306 | 2,317 | (11) |
| Sys 2001 Assets | 7 160% | 12/15/2011 | 11,923 | 13,237 | (1,314) |
| Wachovia Bank | 5 110% | 5/15/2044 | 257,179 | 276,359 | (19,180) |
| Wachovia Bank CMO | 5.200% | 12/15/2044 | 179,443 | 184,525 | (5,082) |
| Washington Mut | 5 750% | 3/25/2033 | 82,684 | 84,712 | (2,028) |
| Washington Mut CMO | VAR | 12/25/2035 | 183,426 | 184,602 | (1,176) |
| Washington Mul CMO | VAR | 3/25/2035 | 4,470 | 4,447 | 23 |
| Wells Fargo Co | 6 000% | 12/25/2032 | 31,618 | 32,092 | (474) |
| Wells Fargo Mtg CMO | 4 990% | 10/25/2035 | 39,016 | 39,181 | (165) |
| Wells Fargo Abs | VAR | 3/25/2036 | 6,015 | 5,951 | 64 |
| | | | 8,047,576 | 8,242,315 | (194,739) |

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC

April 30, 2006

FORM 990 PF

Statement of Gains / (Losses)

| Corporate Bonds | % | Date | Proceeds | Cost | Gain (Loss) |
|---|---|---|---|---|---|
| Akzo Inc Sr Notes | 5.750% | 6/1/2035 | 67,549 | 68,458 | (909) |
| America Movil S A | 3.000% | 3/15/2015 | 203,063 | 200,782 | 2,281 |
| American Gen Fin Corp | 2.750% | 6/15/2008 | 184,845 | 188,709 | (3,864) |
| AOL Time Warner | 7.630% | 4/15/2031 | 253,161 | 270,244 | (17,083) |
| AT&T Broadband | 8.380% | 3/15/2013 | 182,383 | 179,346 | 3,037 |
| AT&T Broadband | 9.460% | 11/15/2022 | 25,907 | 25,894 | 13 |
| Barclays Bank PLC | 6.280% | 12/31/2049 | 80,921 | 80,000 | 921 |
| BB & T Capital Trust | 5.850% | 8/18/2015 | 71,380 | 71,798 | (418) |
| Bear Stearns Co Inc. | 5.300% | 10/30/2015 | 84,503 | 84,714 | (211) |
| BNP Paribas 144A | 5.190% | 6/29/2049 | 208,277 | 208,425 | (148) |
| BNSF Funding Trust | VAR | 12/15/2055 | 93,946 | 90,000 | 3,946 |
| British Telecom | 8.630% | 12/15/2030 | 148,064 | 150,680 | (2,616) |
| BSKYB Finance UK | 6.500% | 10/15/2035 | 98,017 | 98,433 | (416) |
| Celulosa Arauco 144A | 5.630% | 4/20/2015 | 37,464 | 34,824 | 640 |
| Centerpoint Energy | 7.880% | 4/1/2013 | 77,049 | 77,266 | (217) |
| Centex Corp | 5.430% | 8/12/2012 | 126,468 | 129,926 | (3,458) |
| Centex Corp | 5.250% | 6/15/2015 | 125,403 | 128,803 | (3,400) |
| Chubb Corp | 4.930% | 11/16/2007 | 95,497 | 95,599 | (102) |
| Comcast Corp | 6.500% | 11/15/2035 | 70,579 | 69,826 | 753 |
| Credit Suisse First Boston | 4.880% | 8/15/2010 | 56,645 | 55,996 | 649 |
| Donnelly RR & Son | 5.500% | 5/15/2015 | 99,922 | 99,835 | 87 |
| Downey Financial Corp | 6.500% | 7/1/2014 | 50,373 | 51,541 | (1,168) |
| Energy LA LLC | 6.300% | 9/1/2015 | 9,975 | 9,999 | (24) |
| Exelon Corp | 5.630% | 6/15/2035 | 82,265 | 82,649 | (384) |
| Farm Credit Bank of Texas | VAR | 12/29/2049 | 179,622 | 175,705 | 3,977 |
| Farmers Exchange Cap TR | 7.200% | 7/15/2048 | 192,429 | 191,734 | 695 |
| Ford Motor Cred | 6.880% | 2/1/2006 | 350,445 | 368,096 | (17,651) |
| Ford Motor Cred | 5.800% | 1/12/2009 | 258,606 | 267,771 | (9,165) |
| Gen Mtrs Accept | 6.750% | 1/15/2006 | 281,654 | 290,098 | (8,444) |
| Gen Mtrs Accept | 6.150% | 9/15/2006 | 34,936 | 34,923 | 13 |
| Gen Mtrs Accept | 6.150% | 4/9/2007 | 24,325 | 24,969 | (644) |
| Gen Mtrs Accept | 6.130% | 8/28/2007 | 86,081 | 89,663 | (3,582) |
| Goldman Sachs Group | 4.750% | 7/15/2013 | 73,684 | 74,357 | (673) |
| GPU Inc | 7.700% | 12/1/2005 | 702,544 | 688,696 | 13,848 |
| Harrah's Operating Ord SR Nts | 5.630% | 6/1/2015 | 15,215 | 15,176 | 39 |
| HSBC Financial | 5.500% | 1/19/2016 | 155,279 | 154,670 | 609 |
| HSBC Financial | 4.750% | 4/15/2010 | 181,262 | 179,930 | 1,332 |
| HSBC Financial | 5.250% | 4/15/2015 | 70,961 | 69,668 | 1,293 |
| HSBC Financial | 5.000% | 6/30/2015 | 217,784 | 219,041 | (1,257) |
| HSBC Finance Corp Cap TR IX | 5.910% | 11/30/1935 | 115,818 | 115,162 | 656 |
| JP Morgan Chase Capital | 5.880% | 3/15/2035 | 322,950 | 322,805 | 145 |
| JP Morgan Chase XVII | 5.850% | 8/1/2035 | 101,819 | 103,107 | (1,288) |
| Liberty Mutual Group | 6.500% | 3/15/2035 | 207,487 | 209,265 | (1,778) |
| Marsh & McClennan Cos Inc | 5.150% | 9/15/2010 | 78,737 | 79,899 | (1,162) |
| Merrill Lynch Co | 4.790% | 8/4/2010 | 197,765 | 200,000 | (2,235) |
| Merrill Lynch Co | 5.000% | 1/15/2015 | 189,208 | 183,748 | 5,460 |
| Mirabo Fin Grp | 8.380% | 12/29/1949 | 124,513 | 119,638 | 4,875 |
| Mohawk Industries Inc | 5.750% | 1/15/2011 | 88,920 | 88,909 | 11 |
| Nationwide Financial Svce | 5.100% | 10/1/2015 | 38,704 | 39,879 | (1,175) |
| Newcom Mining Corp | 5.880% | 4/1/2035 | 89,060 | 89,595 | (535) |
| News America Inc. | 6.400% | 12/15/2035 | 84,222 | 84,856 | (634) |
| One America Finl | 7.000% | 10/15/2033 | 151,567 | 130,329 | 21,238 |
| Pulte Homes | 5.200% | 2/15/2015 | 113,622 | 111,388 | 2,234 |
| RAM Hldgs Ltd | 6.880% | 4/1/2024 | 87,471 | 75,761 | 11,710 |
| Residential Capital | 6.500% | 4/17/2013 | 19,923 | 19,942 | (17) |
| Resom Bank Ltd | VAR | 12/31/2099 | 100,711 | 97,023 | 3,688 |
| Sappi Paper Holdings | 6.750% | 6/15/2012 | 194,222 | 213,279 | (19,056) |
| SBC Communications | 4.130% | 9/15/2009 | 68,727 | 69,985 | (1,248) |
| SBC Communications | 5.100% | 9/15/2014 | 11,979 | 12,056 | (77) |
| SBC Communications | 5.630% | 6/15/2016 | 22,825 | 22,235 | 590 |
| SBC Communications | 6.150% | 9/15/2034 | 82,344 | 80,444 | 1,900 |
| Samos Property Group | 3.750% | 12/1/2015 | 186,919 | 184,784 | 2,135 |
| Stora Enso Corp | 7.380% | 5/15/2011 | 169,262 | 173,015 | (3,753) |
| Telecom Italia Cap | 4.000% | 1/15/2010 | 143 | | 143 |
| Telecom Italia Cap | 4.950% | 9/30/2014 | 155,897 | 156,887 | (990) |
| Telecom Italia Cap | 5.250% | 11/15/2013 | 65,595 | 64,962 | 633 |
| Telecom Italia Cap | 5.250% | 10/1/2015 | 101,965 | 104,339 | (2,374) |
| Time Warner Inc. | 6.630% | 5/15/2029 | 38,160 | 38,112 | 48 |
| Tyco International Group | 7.000% | 6/15/2028 | 172,338 | 176,657 | (4,319) |
| Tyco International Group | 6.880% | 1/15/2029 | 242,665 | 237,881 | 4,784 |
| United Mexican States | 8.380% | 1/14/2011 | 17,148 | 16,950 | 198 |
| United Mexican States | 6.750% | 9/27/2034 | 141,953 | 132,818 | 9,135 |
| Vale Overseas Ltd Conv | 8.250% | 1/17/2034 | 16,163 | 15,064 | 1,099 |
| Verizon Global Funding | 5.850% | 9/15/2035 | 45,241 | 44,679 | 562 |
| Verizon New England | 6.500% | 9/15/2011 | 20,608 | 20,706 | (98) |
| Verizon New Jersey | 5.880% | 1/17/2012 | 154,035 | 162,583 | (8,548) |
| Wachovia Bank Medium Term Note | 3.600% | 3/15/2016 | 58,691 | 59,926 | (1,235) |
| Wachovia Capital Trust III | VAR | 8/29/2049 | 54,357 | 55,000 | (643) |
| Wachovia Corp | 5.800% | 8/1/2035 | 23,932 | 24,003 | (71) |
| Washington Mutual Bank | 7.250% | 2/21/2049 | 195,750 | 200,000 | (4,250) |
| Wellpoint Inc | 5.850% | 1/15/2026 | 185,861 | 184,014 | 1,847 |
| Wells Fargo & Co | 4.200% | 1/15/2010 | 126,413 | 126,836 | (423) |
| Weyerhaeuser Co | 7.380% | 3/15/2032 | 120,846 | 122,123 | (1,277) |
| Amc Capital Holdings (Convertible) | 7.500% | | 7,029 | 6,867 | 162 |
| | | | 10,154,123 | 10,180,045 | (25,922) |

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC

April 30, 2006

FORM 990 PF

Statement of Gains / (Losses)

| U.S. Government Pools & Pass-Throughs | % | Date | Proceeds | Cost | Gain (Loss) |
|---|---|---|---|---|---|
| VARIOUS PAIR-OFFS | | | 5,832,594 | 5,828,084 | 4,510 |
| FNMA 380803 | 5 420% | 11/1/2008 | 3,913 | 4,099 | (186) |
| FNMA 386174 | 4 750% | 5/1/2013 | 165,429 | 165,429 | - |
| FNMA 251729 | 6 500% | 5/1/2018 | 55,671 | 58,228 | (2,557) |
| FNMA 737146 | 4 500% | 9/1/2018 | 100,997 | 102,694 | (1,697) |
| FNMA 255417 | 6 000% | 9/1/2024 | 44,380 | 45,621 | (1,241) |
| FNMA 255321 | 5 500% | 7/1/2024 | 178,873 | 180,510 | (1,637) |
| FNMA 255456 | 5 500% | 10/1/2024 | 29,948 | 30,688 | (740) |
| FNMA 255628 | 5 500% | 1/25/2025 | 21,420 | 21,865 | (445) |
| FNMA 735573 | 6 000% | 3/1/2025 | 57,439 | 59,144 | (1,705) |
| FNMA 725231 | 5 000% | 2/1/2031 | 30,647 | 30,508 | 139 |
| FNMA 739505 | 5.500% | 9/1/2033 | 112,521 | 112,415 | 106 |
| FNMA 725419 | 4 500% | 10/1/2033 | 2,478 | 2,159 | 319 |
| FNMA 725220 | 5 000% | 3/1/2034 | 366,830 | 361,638 | 5,192 |
| FNMA 725232 | 5 000% | 3/1/2034 | 475,329 | 474,958 | 371 |
| FNMA 799827 | 5 500% | 11/1/2034 | 337,572 | 337,257 | 315 |
| FNMA 804153 | 5 500% | 12/1/2034 | 25,704 | 26,039 | (335) |
| FNMA 808166 | 5 500% | 3/1/2035 | 24,376 | 24,496 | (120) |
| FNMA 821074 | 6 500% | 3/1/2035 | 257,459 | 261,527 | (4,068) |
| FNMA 848649 | 7 000% | 12/1/2035 | 17,193 | 17,967 | (774) |
| FNMA REMIC 04-45 AY | 4 500% | 12/15/2018 | 94,054 | 94,221 | (167) |
| FNMA REMIC | 4 730% | 8/25/2033 | 132,835 | 133,044 | (209) |
| FNMA REMIC 02W1 | 7 500% | 2/24/2042 | 124,638 | 128,032 | (3,394) |
| FNMA REMIC 03-W14 1A5 | 4 710% | 9/25/2043 | 263,926 | 264,821 | (895) |
| FNMA REMIC W15 | 4 710% | 8/25/2043 | 204,829 | 207,614 | (2,785) |
| FNMA REMIC 04W2 | 7 000% | 2/25/2044 | 202,622 | 205,806 | (3,184) |
| FNMA REMIC 03-W15 1A1 | 6 000% | 8/25/2044 | 63,006 | 64,158 | (1,152) |
| FHLMC REMIC | 3 500% | 5/15/2019 | 404,186 | 404,803 | (617) |
| FHLMC REMIC | 4 500% | 3/15/2026 | 79,789 | 80,001 | (212) |
| FHLMC REMIC | 4 000% | 11/15/2026 | 125,308 | 129,188 | (3,880) |
| FHLMC REMIC | 5 500% | 7/15/2027 | 12,749 | 12,793 | (44) |
| FHLMC REMIC | 5 000% | 7/15/2033 | 29,971 | 29,250 | 721 |
| FHLMC REMIC | 5 000% | 4/15/2033 | 276,762 | 273,947 | 2,815 |
| FHLMC REMIC | 5 000% | 5/15/2034 | 30,103 | 29,879 | 224 |
| FHMLC GOLD D96325 | 5 500% | 10/1/2023 | 12,438 | 12,364 | 74 |
| FHLMC GOLD A17577 | 5 500% | 1/1/2034 | 32,717 | 33,412 | (695) |
| FHLMC GOLD G08028 | 6 000% | 12/1/2034 | 17,631 | 18,275 | (644) |
| FHLMC GOLD A38713 | 6.500% | 1/1/2035 | 27,990 | 29,301 | (1,311) |
| GNMA 616201 | 6 000% | 1/15/2034 | 34,852 | 35,952 | (1,100) |
| GNMA 616522 | 6 000% | 7/20/2034 | 387,546 | 393,607 | (6,061) |
| GNMA 616528 | 6 000% | 7/15/2034 | 279,551 | 284,286 | (4,735) |
| | | | 10,978,276 | 11,010,080 | (31,804) |

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC

April 30, 2006

FORM 990 PF

Statement of Gains / (Losses)

| U.S. Government Bonds & Notes | % | Date | Proceeds | Cost | Gain (Loss) |
|---|---|---|---|---|---|
| U S Treasury Note | 2 750% | 6/30/2006 | 1,820,295 | 1,818,936 | 1,359 |
| U S Treasury Note | 2 380% | 8/15/2006 | 257,758 | 257,462 | 296 |
| U S Treasury Note | 2 880% | 11/30/2006 | 2,648,585 | 2,647,999 | 586 |
| U S Treasury Note | 3 000% | 12/31/2006 | 493,190 | 494,601 | (1,411) |
| U S Treasury Note | 3 380% | 2/15/2008 | 5,850,190 | 5,884,110 | (33,920) |
| U S Treasury Note | 3 250% | 1/15/2009 | 8,862 | 8,835 | 27 |
| U S Treasury Note | 3 000% | 2/15/2009 | 305,009 | 304,939 | 70 |
| U S Treasury Note | 3 630% | 7/15/2009 | 5,171,645 | 5,194,796 | (23,151) |
| U S Treasury Note | 3 880% | 5/15/2010 | 59,095 | 60,234 | (1,139) |
| U S. Treasury Note | 4 500% | 11/15/2010 | 1,487,252 | 1,500,421 | (13,169) |
| U S. Treasury Note | 5 000% | 8/15/2011 | 5,567,014 | 5,558,117 | 8,897 |
| U.S. Treasury Note | 3 880% | 2/15/2013 | 772,017 | 767,952 | 4,065 |
| U S Treasury Note | 4 250% | 8/15/2013 | 1,716,902 | 1,698,156 | 18,746 |
| U S Treasury Note | 4 750% | 5/15/2014 | 4,909,644 | 4,940,314 | (30,670) |
| U S Treasury Bond | 7 250% | 5/15/2016 | 1,592,400 | 1,634,942 | (42,542) |
| U S Treasury Bond | 6 000% | 2/15/2026 | 3,209,858 | 3,278,808 | (68,950) |
| | | | | | - |
| | | | 35,869,716 | 36,050,622 | (180,906) |

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC

April 30, 2006

FORM 990 PF

Statement of Gains / (Losses)

| Common Stock | Proceeds | Cost | Gain (loss) |
|---|---|---|---|
| Bank of America | 42 | 44 | (2) |
| Boston Scientific Corp | 473,794 | 579,789 | (105,995) |
| Cleveland Cliffs | 687,762 | 380,519 | 307,243 |
| Consolidated Energy Inc., | 386,508 | 331,761 | 54,747 |
| Curagen Corp | 58,521 | 85,454 | (26,933) |
| CVS Corp | 467,459 | 359,302 | 108,157 |
| Laboratory Corp American Holdings | 669,029 | 606,394 | 62,635 |
| Mattel Inc. | 398,356 | 451,174 | (52,818) |
| MBNA Corp | 146,440 | 13,642 | 132,798 |
| Wheeling Pittsburgh Corp | 76,063 | 113,333 | (37,270) |
| **Subtotal** | 3,363,974 | 2,921,412 | 442,562 |
| **American Deposit Receipts** | | | |
| Mitsubishi Tokoyo Financial Group Inc., | 327,245 | 282,307 | 44,938 |
| **Global Common Stock** | | | |
| Encana Corp | 449,784 | 151,073 | 298,711 |
| Foster Wheeler Ltd | 196,803 | 53,969 | 142,834 |
| Transocean Inc. | 368,511 | 307,469 | 61,042 |
| **Subtotal** | 1,015,098 | 512,511 | 502,587 |
| **TOTAL** | 4,706,317 | 3,716,230 | 990,087 |

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC

April 30, 2006

FORM 990 PF

Statement of Gains / (Losses)

| Mutual Funds | | Proceeds | Cost | Gain (Loss) |
|---|---|---:|---:|---:|
| Aberdeen Short Duration Fixed Income | | 7,791 | 7,817 | (26) |
| Goldman Sachs Trust | | 5,525,995 | 5,645,279 | (119,284) |
| Grantham, Mayo & Van Otterloo U.S Equity | | 9,993 | - | 9,993 |
| Grantham, Mayo & Van Otterloo Int'l  Equity | | 87,594 | - | 87,594 |
| Small CAP Growth/ Times Square Fund | | 608,789 | - | 608,789 |
| Longleaf Partners Fund | | 10,374,357 | 7,819,921 | 2,554,436 |
| Sanderson International Value | | 18,268 | 16,618 | 1,650 |
| U.S. Core Short Duration Fixed Income | | 15,535,499 | 15,919,618 | (384,119) |
| | Subtotal | 32,168,286 | 29,409,253 | 2,759,033 |
| Limited Partnerships | | | | |
| Arden Endowment | | 9,132 | 9,132 | - |
| Capital Guardian Trust Company | | 169,061 | 117,303 | 51,758 |
| Value Partners | | 17,690 | 17,690 | - |
| | Subtotal | 195,883 | 144,125 | 51,758 |
| | TOTAL | 32,364,169 | 29,553,378 | 2,810,791 |

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC

April 30, 2006

FORM 990 PF

Statement of Gains / (Losses)

| | Proceeds | Cost | Gain/ (Loss) |
|---|---|---|---|
| **American Depository Receipts** | | | |
| Arcada N V | 45,006 00 | 20,194 00 | 24,812 00 |
| EDAP Tms S A | 21,352 00 | 2,056 00 | 19,296 00 |
| Subtotal | 66,358 00 | 22,250 00 | 44,108 00 |
| **Common Stock** | | | |
| Applied Indust Technologies Inc | 34,212 00 | 18,253 00 | 15,959 00 |
| Atwood Oceanic | 24,609 00 | 8,197 00 | 16,412 00 |
| Bankatlantic Bancorp | 21,205 00 | 10,547 00 | 10,658 00 |
| Carrizo Oil & Gas Inc , | 55,234 00 | 16,571 00 | 38,663 00 |
| Central Garden & Pet | 50,715 00 | 24,106 00 | 26,609 00 |
| Chicago Bridge & Iron - NY | 39,137 00 | 18,156 00 | 20,981 00 |
| CNS Inc , | 25,552 00 | 10,072 00 | 15,480 00 |
| Coldwater Creek Inc | 44,839 00 | 14,153 00 | 30,686 00 |
| Comstock Res Inc , | 54,019 00 | 24,768 00 | 29,251 00 |
| Concord Camera Corp | 3,745 00 | 18,085 00 | (14,340 00) |
| Conmed Corp | 17,901 00 | 16,518 00 | 1,383 00 |
| Correctional Service Corp | 17,324 00 | 8,025 00 | 9,299 00 |
| Crum Mac Inc , | 102,624 00 | 59,868 00 | 42,756 00 |
| Dave & Busters Inc | 25,270 00 | 18,356 00 | 6,914 00 |
| Delphi Financial Group Inc | 49,087 00 | 31,537 00 | 17,550 00 |
| Drew Inds Inc , | 31,520 00 | 10,968 00 | 20,552 00 |
| Elizabeth Arden Inc , | 15,452 00 | 11,126 00 | 4,326 00 |
| Fargo Electronics | 41,529 00 | 24,156 00 | 17,373 00 |
| Five Star Quality Care | 3,373 00 | 399 00 | 2,974 00 |
| Fremont Gen Corp | 4,833 00 | 2,896 00 | 1,937 00 |
| Gardner Denver Inc | 79,507 00 | 40,811 00 | 38,696 00 |
| Goodys Family Clothing | 56,420 00 | 50,333 00 | 6,087 00 |
| Hydril Co | 5,318 00 | 2,304 00 | 3,014 00 |
| Input/Output Inc | 6,257 00 | 4,276 00 | 1,981 00 |
| Insituform Technologies Inc | 2,715 00 | 1,497 00 | 1,218 00 |
| Itron Inc , | 57,802 00 | 30,644 00 | 27,158 00 |
| Kaman Corp | 2,335 00 | 1,095 00 | 1,240 00 |
| Keystone Automotive Ind | 7,549 00 | 3,676 00 | 3,873 00 |
| Lexington Corp Pptys TR | 11,992 00 | 8,775 00 | 3,217 00 |
| LKQ Corp | 44,898 00 | 16,288 00 | 28,610 00 |
| Lumument Mtg Cap Inc , | 4,681 00 | 8,400 00 | (3,719 00) |
| Madden Steven Ltd | 17,111 00 | 11,940 00 | 5,171 00 |
| Matria Healthcare Inc | 34,419 00 | 15,576 00 | 18,843 00 |
| MSC Software Corp | 48,798 00 | 19,538 00 | 29,260 00 |
| NewPark Resources Inc | 5,257 00 | 2,637 00 | 2,620 00 |
| Northwest Pipe Co , | 2,733 00 | 1,134 00 | 1,599 00 |
| Perus Corp | 2,528 00 | 1,646 00 | 882 00 |
| Proxim Corp | 822 00 | 32,458 00 | (31,636 00) |
| School Specialty Inc | 18,908 00 | 10,960 00 | 7,948 00 |
| Shopko Stores Inc | 29,070 00 | 14,791 00 | 14,279 00 |
| SPSS Inc | 10,957 00 | 6,568 00 | 4,389 00 |
| Stanley Furniture Inc | 22,239 00 | 13,107 00 | 9,132 00 |
| Thomas Industries Inc | 2,440 00 | 2,400 00 | 40 00 |
| Unit Corp | 29,134 00 | 12,406 00 | 16,728 00 |
| Universal American Financial Corp | 100,743 00 | 47,609 00 | 53,134 00 |
| US Concrete Inc | 28,208 00 | 11,594 00 | 16,614 00 |
| Warren Res Inc | 15,496 00 | 7,933 00 | 7,563 00 |
| Warrior Energy Services Group | 3,169 00 | 2,350 00 | 819 00 |
| Wmer Plt Technologies | 113,470 00 | 37,440 00 | 76,030 00 |
| Western Alliance | 2,698 00 | 2,200 00 | 498 00 |
| Wyndham Int'l Inc | 37,605 00 | 28,135 00 | 9,470 00 |
| Subtotal | 1,467,459 00 | 797,278 00 | 670,181 00 |
| **Convertible Preferred Stocks** | | | |
| Pioneer Std Fin'l TR | 10,203 | 9,140 | 1,063 |
| Subtotal | 10,203 | 9,140 | 1,063 |
| **Global Common Stock** | | | |
| First Service Corp | 23,312 | 7,774 | 15,538 |
| Foster Wheeler ltd | 86,799 | 39,623 | 47,176 |
| GEAC Computer Ltd | 67,879 | 31,952 | 35,927 |
| Lumenis Ltd | 3,218 | 4,740 | (1,522) |
| Willbros Group | 24,344 | 13,642 | 10,702 |
| Subtotal | 205,552 | 97,731 | 107,821 |
| **Rights and Warrants** | | | |
| Foster Wheeler Ltd | 1,429 | - | 1,429 |
| Subtotal | 217,184 | 106,871 | 110,313 |
| TOTAL | 1,751,001 | 926,399 | 824,602 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - INTEREST ON TEMPORARY CASH INVESTMENTS

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME |
|---|---|---|
| HSBC MONEY MARKET ACCOUNT | 604,956. | 604,956. |
| HSBC MARKET RATE ACCOUNT | 56,220. | 56,220. |
| HSBC OPERATING ACCOUNT | 137. | 137. |
| HSBC BROKERAGE ACCOUNT | 8. | 8. |
| TOTAL | 661,321. | 661,321. |

8BC04N M261                     V05-8.1                     18                    STATEMENT   1

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - DIVIDENDS AND INTEREST FROM SECURITIES
================================================================

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME |
|---|---|---|
| DEUTSCHE ASSET MANAGEMENT | 1,882,648. | 1,882,648. |
| MUTUAL FUNDS | 938,735. | 938,735. |
| SMALL CAP ACCOUNT | 80,405. | 80,405. |
| LARGE CAP ACCOUNT | 228,133. | 228,133. |
| DIVIDENDS & INTEREST FROM PARTNERSHIPS | | 62,810. |
| TOTAL | 3,129,921. | 3,192,731. |

8BC04N M261                    V05-8.1                    19                    STATEMENT  2

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - OTHER INCOME
================================================

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME |
|---|---|---|
| TRUST DISTRIBUTION (IFSG) | 553,422. | 545,681. |
| ROYALTIES & LICENSING FEES | 2,173,707. | 2,173,707. |
| GRANT RETURNED | 1,000. | |
| CLASS ACTION INSURANCE SETTLEMENT | 4,353. | |
| CORPORATE BOND PROCEEDS | 39,877. | 39,877. |
| CLAIM SETTLEMENT - SECURITIES LITIGATION | 1,847. | 1,847. |
| MISCELLANEOUS | 579. | |
| PARTNERSHIPS NET INVESTMENT INCOME | | 354,505. |
| LESS AMOUNT ATTRIBUTABLE TO UBI | | -8,636. |
| TOTALS | 2,774,785. | 3,106,981. |

8BC04N M261                    V05-8.1                    20                    STATEMENT  3

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - LEGAL FEES
===============================

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | ADJUSTED NET INCOME | CHARITABLE PURPOSES |
|---|---|---|---|---|
| COLLEN IP | | | | |
| -LEGAL SERVICES | 65,124. | 65,124. | | |
| CARTER LEDYARD & MILBURN LLP | | | | |
| -LEGAL SERVICES | 68,421. | 4,798. | | 29,581. |
| HANLY CONROY BIERSTEIN | | | | |
| SHERIDAN FISHER & HAYES LLP | | | | |
| -LEGAL SERVICES | 25,612. | 25,612. | | |
| PAUL, HASTINGS, JANOFSKY & | | | | |
| WALKER LLP | | | | |
| -LEGAL SERVICES | 15,463. | 15,463. | | |
| TOTALS | 174,620. | 110,997. | NONE | 29,581. |

V05-8.1                                        21                              STATEMENT  4

8BC04N M261

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                13-3410749

FORM 990PF, PART I - ACCOUNTING FEES
==============================================

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | ADJUSTED NET INCOME | CHARITABLE PURPOSES |
|---|---|---|---|---|
| CONDON O'MEARA MCGINTY & DONNELLY LLP -AUDIT & TAX SERVICES | 137,686. | 61,959. | | 41,305. |
| TOTALS | 137,686. | 61,959. | NONE | 41,305. |

8BC04N M261          V05-8.1          22                      STATEMENT    5

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - OTHER PROFESSIONAL FEES
================================================================

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSES |
|---|---|---|---|
| CONSULTING FEES | 36,376. | | 27,325. |
| INVESTMENT ADVISORY FEES | 560,810. | 560,810. | |
| APPRAISAL FEES | 4,744. | | |
| TOTALS | 601,930. | 560,810. | 27,325. |

8BC04N M261                    V05-8.1                    23                    STATEMENT    6

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

13-3410749

## FORM 990-PF, PART I - INTEREST EXPENSE

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSE |
|---|---|---|---|
| INTEREST EXPENSE THRU PARTNERSHIP | | 12,540. | |
| LESS AMOUNT ATTRIBUTABLE TO UBI | | -12,540. | |
| TOTALS | | 0. | |

## FORM 990-PF, PART I - TAXES

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSE |
|---|---|---|---|
| FEDERAL EXCISE TAXES | 184,000. | | |
| PAYROLL TAXES | 136,747. | 30,312. | 61,552. |
| FOREIGN TAXES FROM PARTNERSHIP | | 1,285. | |
| TOTALS | 320,747. | 31,597. | 61,552. |

STATEMENT 7

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART I - OTHER EXPENSES
========================================

| DESCRIPTION | REVENUE AND EXPENSES PER BOOKS | NET INVESTMENT INCOME | CHARITABLE PURPOSES |
| --- | --- | --- | --- |
| CURATOR AND CONSERVATION EXP. | 397,103. | | |
| INSURANCE | 212,276. | 15,974. | 31,180. |
| ART STORAGE AND RELATED EXP. | 409,727. | | 38,437. |
| OFFICE EXPENSES | 181,784. | 35,993. | 92,040. |
| LICENSING EXPENSE | 11,521. | 11,521. | |
| CATALOGUE RAISONNE | 18,100. | | 18,100. |
| AUTHENTICATION EXPENSE | 54,293. | | |
| OUTSIDE COMPUTER SERVICES | 75,315. | 33,892. | 22,595. |
| MEMBERSHIP FEES | 32,221. | 6,590. | 15,789. |
| OFFICE EQUIPMENT | 30,045. | 6,145. | 14,723. |
| FILING FEES | 1,500. | | 1,500. |
| EXPENSES ESTATE OF ANDY WARHOL | 1,515. | | 1,515. |
| MISCELLANEOUS | 1,069. | 1,069. | |
| PARTNERSHIP DEDUCTIONS | | 264,464. | |
| TOTALS | 1,426,469. | 375,648. | 235,879. |

8BC04N M261                  V05-8.1                          25          STATEMENT  8

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART I - CONTRIBUTIONS, GIFTS, GRANTS PAID

| RECIPIENT NAME AND ADDRESS | RELATIONSHIP TO SUBSTANTIAL CONTRIBUTOR AND FOUNDATION STATUS OF RECIPIENT | PURPOSE OF GRANT OR CONTRIBUTION | AMOUNT |
|---|---|---|---|
| GRANTS PAID | | | |
| SEE STATEMENT 25 | NO RELATION TO SUBSTANTIAL CONTRIBUTOR SEE STATEMENT 25 | SEE STATEMENT 25 | 7,985,854. |
| | | TOTAL CONTRIBUTIONS PAID | 7,985,854. |
| GRANTS ACCRUED | | | |
| SEE STATEMENT 25 | NO RELATION TO SUBSTANTIAL CONTRIBUTOR SEE STATEMENT 25 | SEE STATEMENT 25 | 5,868,877. |
| | | TOTAL APPROVED CONTRIBUTIONS ACCRUED | 5,868,877. |

8BC04N N261                 V05-8.1                 26                 STATEMENT 9

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART II - U.S. AND STATE OBLIGATIONS
===============================================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|-------------|------------------|------------|
| U.S. GOVERNMENT POOLS & PASS-THROUGHS | 10,613,396. | 10,613,396. |
| U.S. GOVERNMENT NOTES & BONDS | 5,325,184. | 5,325,184. |
| US OBLIGATIONS TOTAL | 15,938,580. | 15,938,580. |
| MUNICIPAL BONDS | 2,011,315. | 2,011,315. |
| STATE OBLIGATIONS TOTAL | 2,011,315. | 2,011,315. |
| US AND STATE OBLIGATIONS TOTAL | 17,949,895. | 17,949,895. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL

13-3410749

FORM 990PF, PART II - CORPORATE STOCK
===================================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|---|---|---|
| TIMES SQUARE SMALL CAP GROWTH FUND | 9,122,874. | 9,122,874. |
| LONGLEAF PARTNERS FUNDS | 11,519,146. | 11,519,146. |
| ABERDEEN CORE SHORT DURATION FIXED INCOME FUND | 15,712,764. | 15,712,764. |
| GMO U.S QUALITY EQUITY FUND-III | 5,120,041. | 5,120,041. |
| GMO INTERNATIONAL INTRINSIC VALUE FUND-II | 3,143,014. | 3,143,014. |
| CGM FOCUS FUND | 5,383,481. | 5,383,481. |
| SEE ATTACHED SCHEDULE | 24,799,926. | 24,799,926. |
| TOTALS | 74,801,246. | 74,801,246. |

8BC04N M261

V05-8.1

28

STATEMENT  11

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

### CORPORATE STOCK

| | Ending<br>Cost Basis | Ending<br>Market Value |
|---|---|---|
| **COMMON STOCKS (Large Cap Account)** | | |
| Ace Ltd | 549,520 | 744,236 |
| American International Group | 770,748 | 789,525 |
| American STD Cos Inc Del | 377,043 | 400,476 |
| Ashland Inc | 450,023 | 480,486 |
| Bank of America Corp | 757,196 | 887,627 |
| Chevron Corp | 372,543 | 475,956 |
| Cimarex Energy Corp | 516,670 | 571,235 |
| Citigroup Inc | 760,931 | 814,185 |
| Cleveland-Cliffs | 358,754 | 539,217 |
| Comcast Corp | 795,983 | 793,868 |
| Curagen Corp | 27,374 | 17,644 |
| Dell Inc | 552,754 | 466,360 |
| Du Pont E I De NeMours & Co | 888,023 | 996,660 |
| Encana Corp | 435,652 | 630,630 |
| Federal National Mortgage Assn | 1,068,419 | 966,460 |
| Foster Wheeler Ltd | 287,015 | 864,464 |
| Hewlett Packard | 730,848 | 1,126,709 |
| Honeywell International | 820,155 | 969,000 |
| JP Morgan Chase | 652,869 | 834,992 |
| Lilly Eli & Co | 803,927 | 719,712 |
| Microsoft Corp | 534,927 | 478,170 |
| Temple-Inland Inc | 331,430 | 455,112 |
| Time Warner Inc | 837,741 | 843,900 |
| United Health Group | 688,569 | 831,852 |
| Walt Disney Co | 538,095 | 592,752 |
| Washington Mutual Inc | 581,141 | 590,286 |
| Williams Cos. Inc | 585,567 | 581,145 |
| SUB-TOTAL | 16,073,917 | 18,462,659 |
| **COMMON STOCKS (Small Cap Account)** | | |
| EDAP TMS S A | 6,443 | 47,810 |
| A C Moore Arts & Crafts | 48,298 | 59,680 |
| Aames Fin'l Corp | 67,028 | 40,879 |
| Adaptec Inc | 18,701 | 27,650 |
| Affirmative Ins Hldngs Corp | 29,240 | 24,150 |
| Aftermarket Technology Corp | 30,732 | 48,450 |
| Agree Realty Corp | 35,231 | 40,872 |
| Allied Healthcare Intl | 24,901 | 21,902 |
| Amcomp Inc | 24,299 | 25,650 |
| America SVC Group Inc | 30,955 | 25,992 |
| American Equity Invt Life | 43,088 | 52,884 |
| Amerisafe Inc | 23,364 | 30,420 |
| Answerthink Inc | 24,454 | 42,632 |
| Anthracite Cap Inc | 81,094 | 75,260 |
| Anworth Mtg Assert Corp | 84,352 | 56,490 |
| APAC Customer Services | 29,034 | 23,368 |
| Applied Films | 29,573 | 32,880 |
| Artic Cat Inc | 30,126 | 30,282 |
| ASTA Funding Inc | 23,672 | 36,330 |
| Atwood Oceanics | 14,045 | 32,010 |
| Bell Microproducts Inc | 47,508 | 49,600 |
| Bioscrip Inc | 34,713 | 22,426 |
| Bombay Inc | 50,760 | 27,740 |
| Borland Software Corp | 73,856 | 47,430 |
| Brigham Exploration Co | 22,147 | 29,233 |
| Brush Engineered Matls Inc | 58,782 | 76,923 |
| Bsquare Corp | 10,991 | 6,802 |
| Cardiac Science | 39,189 | 37,927 |
| Carrizo Oil & Gas Inc | 17,668 | 44,070 |
| Cato Corp | 37,279 | 57,706 |
| Cenveo Inc | 29,961 | 116,886 |
| Ceres Group Inc | 29,274 | 47,169 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

|  | Ending Cost Basis | Ending Market Value |
|---|---|---|
| **COMMON STOCKS (Small Cap Account) - continued** | | |
| Charlotte Russe Holding Inc | 40,658 | 69,120 |
| Chesapeake Corp | 43,888 | 28,140 |
| CNS Inc | 2,008 | 4,302 |
| Comstock Res Inc | 22,528 | 46,620 |
| CRM Holdings Ltd Corp | 36,405 | 29,708 |
| Cutter & Buck Inc | 23,051 | 49,200 |
| Del Global Tech Corp | 11,563 | 13,065 |
| Diodes Inc | 34,414 | 85,554 |
| Donegal Group Inc | 53,746 | 85,726 |
| Dot Hill Systems Corp | 26,199 | 20,475 |
| Electro Rent Corp. | 15,148 | 19,344 |
| Elizabeth Arden Inc | 36,416 | 57,150 |
| EMC INS Group | 25,026 | 38,025 |
| Ennis, Inc | 46,437 | 47,280 |
| Eschelon Telecom | 13,558 | 16,250 |
| ESS Technology | 22,267 | 6,974 |
| Exide Technologies Inc | 65,427 | 25,988 |
| Fargo Electronics Inc | 9,481 | 16,632 |
| Feldman Mall Pptys Inc | 36,109 | 33,600 |
| Finlay Enterprises Inc | 52,525 | 34,812 |
| Five Star Quality Care | 16,863 | 37,080 |
| Flanders Corp | 21,762 | 23,828 |
| Fremont Gen Corp | 117,612 | 180,144 |
| Gander Mtn Co | 44,367 | 30,566 |
| GSE Systems Inc | 9,690 | 18,480 |
| Gymboree Corp | 50,555 | 99,264 |
| Healthcare Svcs Group | 35,470 | 83,265 |
| Healthtronics Surgical Svcs Inc | 30,533 | 40,800 |
| Highland Hospitality Corp | 66,198 | 79,980 |
| HMS Holding Corp | 16,376 | 36,851 |
| Hooper Holmes Inc | 44,811 | 25,960 |
| Indus Ind Inc | 11,943 | 14,344 |
| Infocus Corp | 45,470 | 32,142 |
| Ingles Mkts Inc | 13,065 | 23,855 |
| Input/Output Inc | 42,344 | 58,464 |
| Insituform Technologies Inc | 18,056 | 30,576 |
| Inter Tel Inc | 32,201 | 36,704 |
| Interline Brands Inc | 46,552 | 75,040 |
| J Jill Group LLC | 45,198 | 69,658 |
| JDA Software Group Inc | 55,731 | 57,372 |
| JER Investment Tr Inc | 62,109 | 56,595 |
| Kadant Inc | 33,813 | 44,859 |
| Kaman Corp | 33,322 | 70,470 |
| Keystone Automotive Ind | 56,961 | 123,900 |
| Kimball Intl Inc Cl B | 15,335 | 18,300 |
| KMG Amer Corp | 40,181 | 37,146 |
| Landec Corp | 33,831 | 69,125 |
| Learning Tree Int'l Inc | 29,974 | 23,520 |
| Lenox Group Inc | 37,393 | 42,222 |
| Levitt Corp | 14,493 | 21,027 |
| Lexington Corp Pptys Tr | 33,878 | 38,808 |
| LionBridge Technologies | 37,870 | 41,922 |
| LKQ Corp | 28,079 | 67,328 |
| LSI Industrial Inc Ohio | 24,148 | 25,065 |
| Luminent Mtg Cap Inc | 46,430 | 29,880 |
| Madden Steven Ltd | 43,375 | 111,804 |
| Magnetek Inc | 22,517 | 28,329 |
| Maidenform Brand | 29,659 | 29,700 |
| Material Sciences Corp | 28,169 | 25,775 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

|  | Ending<br>Cost Basis | Ending<br>Market Value |
|---|---|---|
| **COMMON STOCKS (Small Cap Account) - continued** | | |
| MCG Capital Corp | 87,893 | 81,180 |
| Meadowbrook Ins Group | 20,193 | 38,610 |
| Medical Pptys Tr Inc | 29,119 | 30,100 |
| Methode Electronics Inc | 14,051 | 13,720 |
| MICROTEK Med Hldgs Inc | 11,540 | 15,666 |
| Midwest Banc Hlggs Inc | 20,552 | 21,114 |
| Monaco Coach Corp | 19,821 | 18,096 |
| Monro Muffler Brake Inc | 39,686 | 47,255 |
| MRO Software Inc | 42,741 | 57,060 |
| MSC Software Corp | 26,469 | 65,600 |
| Nautilus, Inc | 15,064 | 16,400 |
| Navarre Corp | 26,905 | 14,184 |
| NewPark Resources Inc | 21,752 | 29,970 |
| NN Inc | 64,450 | 70,125 |
| North American Scientific Inc | 33,112 | 11,336 |
| Northwst Pipe Co | 29,826 | 73,725 |
| NS Group Inc | 26,192 | 70,028 |
| Option Care Inc | 22,119 | 39,353 |
| PC Mall Inc | 21,551 | 27,320 |
| Pemstar Inc | 17,451 | 14,850 |
| Perini Corp | 25,441 | 45,045 |
| Placer Sierra Bancshares | 37,545 | 42,480 |
| Plato Learning Inc | 19,624 | 32,000 |
| PMA Cap Corp | 31,553 | 33,252 |
| Pomeroy IT Solutions | 57,074 | 41,454 |
| Premiere Global Svcs | 33,402 | 45,298 |
| Procentury Corp | 49,907 | 63,840 |
| Quaker Fabric Corp | 23,865 | 5,760 |
| Qualstar Corp | 25,232 | 18,000 |
| Red Lions Hotel Corp | 12,527 | 33,600 |
| Rehabcare Group Inc | 25,924 | 26,288 |
| Retail Ventures Inc | 27,363 | 45,080 |
| Rumage Corp | 26,830 | 26,532 |
| Russ Berrie & Co Inc | 27,722 | 23,850 |
| School Specialty Inc | 47,570 | 54,555 |
| SeaBright Insurance Holdings | 26,884 | 28,934 |
| Seracare Life Science | 17,632 | 7,440 |
| Sharper Image Corp | 40,497 | 43,616 |
| Shoe Carnival | 38,370 | 47,651 |
| Silicon Graphics Inc | 22,648 | 4,928 |
| Source Interlink Co | 66,438 | 63,897 |
| Specialty Underwriters Alliance Inc | 27,761 | 19,633 |
| SPSS Inc | 35,508 | 69,720 |
| Stride Rite Corp | 38,082 | 50,436 |
| Supportsoft Inc | 27,679 | 25,592 |
| Thomas Pptys Group Inc | 28,781 | 31,920 |
| Tredegar Corp | 15,526 | 19,272 |
| Universal Electronics Inc | 32,150 | 38,104 |
| Wabash Int'l Corp | 28,011 | 32,580 |
| Warren Res Inc | 13,875 | 25,704 |
| Watchguard Technologies Inc | 10,487 | 10,920 |
| WD-40 Co | 33,450 | 37,716 |
| Wet Seal Inc | 37,971 | 33,350 |
| Willis Lease Fin Corp | 28,344 | 45,225 |
| Winston Hotels Inc | 71,382 | 77,544 |
| Woodhead Inds Inc | 42,549 | 52,160 |
| SUB-TOTAL | 4,930,037 | 6,086,484 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

| | Ending Cost Basis | Ending Market Value |
|---|---|---|
| **CONVERTIBLE CORPORATE BONDS** | | |
| Silicon Graphics Inc | 10,745 | 9,100 |
| SUB-TOTAL | 10,745 | 9,100 |
| **GLOBAL COMMON STOCKS** | | |
| Firstservice Corp | 1,555 | 4,988 |
| Hummingbird Commun Ltd | 50,835 | 61,675 |
| Lumenis Ltd | 8,241 | 5,600 |
| Novamerican Steel Inc | 22,318 | 25,800 |
| Quanta Capital Holdings | 12,700 | 6,500 |
| Scottish Re Group Ltd | 85,660 | 92,920 |
| Willbros Group Inc | 25,634 | 44,200 |
| SUB-TOTAL | 206,943 | 241,683 |
| GRAND TOTAL | 21,221,642 | 24,799,926 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART II - CORPORATE BONDS
==============================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|---|---|---|
| SEE ATTACHED SCHEDULE | 17,862,163. | 17,862,163. |
| TOTALS | 17,862,163. | 17,862,163. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

### CORPORATE BONDS

| CORPORATE BONDS | % | Date | Ending Cost Basis | Ending Market Value |
|---|---|---|---|---|
| AG First Farm CB | 8 390% | 12/15/2016 | 410,000 | 443,825 |
| American Electric S/U Note | 4.710% | 8/16/2007 | 191,395 | 188,195 |
| American Gen Fin Corp | 2 750% | 6/15/2008 | 72,581 | 70,890 |
| American Gen | 8 130% | 3/15/2046 | 261,258 | 317,439 |
| American Int'l Group | 6 250% | 5/1/2036 | 184,051 | 184,057 |
| Appalachian Power Co , | 5 800% | 10/1/2035 | 148,860 | 133,710 |
| AT&T Broadband | 9 460% | 11/15/2022 | 59,766 | 57,040 |
| Auburn Hills TR | VAR | 5/1/2020 | 58,261 | 54,602 |
| Autop Del Marpo | 7 370% | 6/15/2022 | 311,161 | 329,340 |
| British Telecom | 8 630% | 12/15/2030 | 161,491 | 150,416 |
| CC Funding TR SR NT | 6 900% | 2/16/2007 | 193,554 | 184,848 |
| Celulosa Arauco 144A | 5 630% | 4/20/2015 | 146,906 | 138,650 |
| Cisco Systems Inc . | 5 500% | 2/22/2016 | 92,575 | 90,656 |
| Comcast Corp | 6 450% | 3/13/2037 | 47,818 | 45,691 |
| Consumers Energ | 4 000% | 5/15/2010 | 408,376 | 384,334 |
| Continental Cable | 9 000% | 9/1/2008 | 52,669 | 48,321 |
| DaimlerChrysler | 4 780% | 10/31/2008 | 72,000 | 72,331 |
| DaimlerChrysler NA | 4 750% | 1/15/2008 | 12,968 | 12,828 |
| DBS Capital Funding Corp | VAR | 3/31/2049 | 76,978 | 75,257 |
| Dresdner Funding Trust | 8 150% | 6/30/2031 | 122,922 | 114,160 |
| Duke Cap Corp | 4 300% | 5/18/2006 | 177,174 | 173,913 |
| Entergy LA LLC | 6 300% | 9/1/2035 | 29,999 | 27,657 |
| Enterprise Prod OP L P | 7 500% | 2/1/2011 | 147,012 | 137,140 |
| Enterprise Prod OP L P | 5 000% | 3/1/2015 | 33,549 | 31,103 |
| Farmers Exchange Cap TR | 7 200% | 7/15/2048 | 95,809 | 95,930 |
| Ford Motor Cred | 6 500% | 1/25/2007 | 91,123 | 90,436 |
| Goldman Sachs Group | 4 750% | 7/15/2013 | 43,524 | 41,329 |
| Harrah's Operating Gtd SR Nts | 5 630% | 6/1/2015 | 152,174 | 142,380 |
| Harrah's Operating Co , | 5 750% | 10/1/2017 | 46,694 | 44,044 |
| Mantis Reef LTD | 4 690% | 11/14/2008 | 177,386 | 171,902 |
| Mizuho Fin Grp | 8 380% | 12/29/1949 | 221,321 | 228,416 |
| MUFG Capital Finance Ltd | 6 350% | 12/29/2049 | 220,000 | 215,578 |
| Northeast Utl | 3 300% | 6/1/2008 | 273,362 | 261,396 |
| One America Fml | 7 000% | 10/15/2033 | 93,519 | 96,679 |
| Psi Energy | 6 120% | 10/15/2035 | 94,950 | 90,231 |
| Pulte Homes | 7.880% | 8/1/2011 | 140,752 | 139,776 |
| Pulte Homes | 6 250% | 2/15/2013 | 32,268 | 31,747 |
| Reinsurance Group | VAR | 12/15/2065 | 89,735 | 84,726 |
| Residential Capital | 6 500% | 4/17/2013 | 64,813 | 64,786 |
| Royal Bank of Scotland | 9 120% | 3/31/2049 | 153,104 | 152,728 |
| SBC Communications | 5 880% | 2/1/2012 | 47,332 | 45,202 |
| Scottsg Power PLC | 5 810% | 3/15/2025 | 179,917 | 169,110 |
| Stora Enso Corp | 7 250% | 4/15/2036 | 100,572 | 99,810 |
| TCI Communications | 8 750% | 8/1/2015 | 189,875 | 175,281 |
| Tele Communs SR DEB | 10 130% | 4/15/2022 | 56,429 | 50,408 |
| Telecom Italia Cap | 4 000% | 1/15/2010 | 43,518 | 42,377 |
| Telecom Italia Cap | 4 950% | 9/30/2014 | 71,154 | 68,655 |
| Telecom Italia Cap | 5 250% | 11/15/2013 | 105,316 | 99,015 |
| Time Warner Cos Inc | 7 570% | 2/1/2024 | 228,384 | 230,158 |
| TXU Energy Co LLC | 7 000% | 3/15/2013 | 77,337 | 72,499 |
| Verizon Global Funding | 7 750% | 12/1/2030 | 89,025 | 82,725 |
| Verizon New England | 6 500% | 9/15/2011 | 38,048 | 37,525 |
| Viacom Inc | 5 750% | 4/30/2011 | 89,456 | 89,379 |
| Viacom Inc | 6 880% | 4/30/2036 | 108,903 | 108,405 |
| Wachovia Bank Medium Term Note | 5 600% | 3/15/2016 | 59,926 | 58,626 |
| Axis Capital Holdings (Convertible) | 7 500% | | 28,100 | 28,013 |
| SUB-TOTAL | | | 6,977,150 | 6,875,675 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC
FORM 990-PF
APRIL 30, 2006

| | % | Date | Ending Cost Basis | Ending Market Value |
|---|---|---|---|---|
| **CORPORATE POOLS & PASS-THROUGHS** | | | | |
| ABN Amro Mortgage | 4 750% | 3/25/2033 | 147,497 | 145,538 |
| America W Airls | 7 930% | 1/2/2019 | 60,417 | 60,849 |
| Banc Amer Mtg Secs Inc | VAR | 7/25/2034 | 146,359 | 139,403 |
| Bayview Financial CMO | 5 000% | 2/28/2045 | 250,993 | 249,817 |
| BFC Finance Corp | 7 380% | 12/1/2017 | 290,583 | 278,486 |
| Chase Mtg Finance Corp | VAR | 12/25/2035 | 359,215 | 355,079 |
| Citigroup Mortgage CMO | 4 700% | 2/25/2036 | 215,077 | 219,259 |
| Citigroup Mortgage CMO | 4 900% | 2/25/2036 | 77,092 | 76,859 |
| Citigroup Mortgage CMO | VAR | 3/25/2036 | 366,718 | 366,710 |
| Countrywide Altern CMO | 4 250% | 3/25/2034 | 140,386 | 137,765 |
| Countrywide Altern CMO | 5 500% | 8/25/2034 | 166,436 | 163,794 |
| Credit Suisse F/B | 5 500% | 6/25/2033 | 148,612 | 146,288 |
| C Walt, Inc | 5 500% | 7/25/2025 | 244,241 | 236,255 |
| C Walt, Inc | 5 250% | 12/25/2033 | 153,621 | 151,449 |
| C Walt, Inc | 7 000% | 12/25/2034 | 227,006 | 216,945 |
| C Walt, Inc | 6 000% | 2/25/2035 | 115,769 | 114,504 |
| C Walt, Inc CMO | 5 500% | 8/25/2034 | 148,590 | 145,463 |
| CWMBS, Inc | 6 250% | 10/25/2032 | 104,757 | 103,247 |
| CWMBS, Inc Mtg | 5 500% | 1/25/2034 | 91,481 | 90,628 |
| CWABS Ser 2004 | 5 000% | 2/25/2035 | 8,981 | 8,488 |
| CWABS 05-1 AF2 | 4 360% | 6/15/2035 | 257,928 | 257,868 |
| First Franklin | 5 750% | 7/25/2034 | 5,896 | 5,882 |
| First Horizon Mtg P/T | 5 150% | 6/25/2035 | 230,255 | 224,749 |
| GMAC Mortgage CMO | 5 750% | 4/25/2036 | 386,584 | 386,403 |
| Greenpoint MHS | 7 270% | 6/15/2029 | 523,023 | 543,250 |
| GS Mortgage Securities | 4 760% | 7/10/2039 | 277,911 | 275,383 |
| GSR Mortgage Loan Trust | VAR | 2/25/2036 | 279,320 | 275,324 |
| JP Morgan CMO | 5 330% | 12/15/2044 | 244,629 | 241,700 |
| LB-UBS Com'l 05-C3 AM | 4 790% | 5/15/2015 | 371,847 | 344,766 |
| Master Adj Rate Mtg Trust | VAR | 7/24/2035 | 147,326 | 143,932 |
| Mastr Asset SEC | 5 500% | 7/25/2033 | 175,714 | 164,836 |
| Merrill Lynch CMO | 5 980% | 3/25/2036 | 295,159 | 295,146 |
| MMCA Auto Trust | 3 570% | 8/17/2009 | 5,009 | 4,970 |
| MMCA Auto Trust | 4 300% | 3/15/2010 | 116,046 | 113,393 |
| Nomura Home Equity Abs | 5 500% | 1/25/2036 | 97,461 | 96,842 |
| Popular Abs Inc | 5 500% | 1/25/2036 | 335,585 | 334,175 |
| Resid Accred CMO | 6 000% | 11/25/2032 | 163,465 | 160,812 |
| Resid Accred CMO | 5 750% | 2/25/2034 | 186,884 | 184,702 |
| Resid Asset Mtg Products | VAR | 5/25/2035 | 275,399 | 275,495 |
| Sail Net Interest Abs | 5 500% | 6/27/2035 | 87,581 | 87,996 |
| Sec Asset Backed Nim Trust | 6.000% | 1/25/2026 | 162,295 | 162,179 |
| SGMS Nim Abs | 5 750% | 10/25/2035 | 94,897 | 94,309 |
| Struct Adj Rate CMO | 5 250% | 12/25/2035 | 183,902 | 180,967 |
| Struct Adj Rate CMO | VAR | 2/25/2036 | 183,087 | 181,555 |
| Sys 2001 Assets | 7 160% | 12/15/2011 | 95,275 | 88,550 |
| Wachovia Bank CMO | 5 200% | 12/15/2044 | 187,187 | 184,642 |
| Washington Mut | VAR | 10/25/2033 | 178,179 | 173,952 |
| Washington Mut CMO | VAR | 12/25/2035 | 184,627 | 182,114 |
| Washington Mut CMO | VAR | 12/25/2035 | 182,322 | 179,635 |
| Washington Mut CMO | VAR | 3/25/2036 | 274,079 | 275,530 |
| Wells Fargo Gtd Remic TR | VAR | 4/25/2009 | 278,009 | 270,340 |
| Wells Fargo Gtd Remic TR | VAR | 8/25/2035 | 187,677 | 190,000 |
| Wells Fargo Co | 4 000% | 8/25/2034 | 277,681 | 269,136 |
| Wells Fargo Mtg CMO | 4 990% | 10/25/2035 | 146,599 | 144,743 |
| Wells Fargo Abs | VAR | 3/25/2036 | 586,451 | 584,386 |
| SUB-TOTAL | | | 11,129,120 | 10,986,488 |
| **GRAND TOTAL** | | | 18,106,270 | 17,862,163 |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                13-3410749

FORM 990PF, PART II - OTHER INVESTMENTS
========================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|-------------|-------------------|------------|
| ARDEN ENDOWMENT ADVISORS LTD | 15,012,132. | 15,012,132. |
| BLACKSTONE PARK AVENUE NON-TAXABLE FUND LP | 13,249,088. | 13,249,088. |
| VALUE PARTNERS LTD | 158,319. | 158,319. |
| CAPITAL GUARDIAN - GRANTOR TRUST | 34,275,584. | 34,275,584. |
| MARSICO FOCUSED GROWTH FUND LP | 5,082,675. | 5,082,675. |
| SANDERSON INTERNATIONAL VALUE FUND | 3,017,826. | 3,017,826. |
| PURCHASED INTEREST | 97,695. | 97,695. |
| TOTALS | 70,893,319. | 70,893,319. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART II - OTHER ASSETS
==================================

| DESCRIPTION | ENDING BOOK VALUE | ENDING FMV |
|-------------|-------------------|------------|
| ART WORK - SEE STATEMENT 23 | 14,912,431. | 74,185,438. |
| TOTALS | 14,912,431. | 74,185,438. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART II - DEFERRED REVENUE
==========================================

| DESCRIPTION | ENDING BOOK VALUE |
|---|---|
| DEFERRED REVENUE - DEPOSITS RECEIVED ON THE SALE OF ARTWORKS | 18,000. |
| TOTALS | 18,000. |

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                13-3410749

FORM 990PF, PART III - OTHER INCREASES IN NET WORTH OR FUND BALANCES
==================================================================

| DESCRIPTION | AMOUNT |
| --- | --- |
| NET UNREALIZED GAIN ON INVESTMENTS | 19,301,353. |
| | -------------- |
| TOTAL | 19,301,353. |
| | ============== |

STATEMENT 16

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                                13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|---|
| JOEL WACHS 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | PRESIDENT 40 HRS/WK | 250,022. | 44,000. | NONE |
| KATHLEEN C. MAURER 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | TREASURER/CFO 40 HRS/WK | 170,690. | 34,138. | NONE |
| JOHN WARHOLA 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | VP/DIRECTOR 20 HRS/WK | 72,052. | 12,410. | NONE |
| PATRICIA CRUZ 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | DIRECTOR 12 HRS/WK | 10,000. | NONE | NONE |
| DAVID DECHMAN 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | DIRECTOR 7 HRS/WK | 5,833. | NONE | NONE |
| SHERRI GELDIN 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | DIRECTOR 12 HRS/WK | 10,000. | NONE | NONE |
| JANE HAMMOND 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | DIRECTOR 7 HRS/WK | 5,833. | NONE | NONE |
| WERNER KRAMARSKY 65 BLEECKER STREET, NEW YORK, NY 10012 | 7TH FLOOR | DIRECTOR 12 HRS/WK | 10,000. | NONE | NONE |

8BC04N M261                          V05-8.1                 34              STATEMENT    17

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| RICK LOWE<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ANN R. LEVEN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ELIZABETH MURRAY<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ANN PHILBIN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| LISA PHILLIPS<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| JOCK REYNOLDS<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| ROBERT STORR<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |
| JOHN WATERS<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | DIRECTOR<br>12 HRS/WK | 10,000. | NONE | NONE |

STATEMENT 18 IS A CONTINUATION
OF STATEMENT 17

8BC04N M261                    V05-8.1                    35                    STATEMENT    18

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

FORM 990PF, PART VIII - LIST OF OFFICERS, DIRECTORS, AND TRUSTEES
=================================================================

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| PATRICIA WILLIAMS 65 BLEECKER STREET, 7TH FLOOR NEW YORK, NY 10012 | DIRECTOR 12 HRS/WK | 10,000. | NONE | NONE |
| ROBERT G. WILMERS 65 BLEECKER STREET, 7TH FLOOR NEW YORK, NY 10012 | DIRECTOR 12 HRS/WK | 10,000. | NONE | NONE |
| M. ANTOINETTE THOMAS 65 BLEECKER STREET, 7TH FLOOR NEW YORK, NY 10012 | SECRETARY 20 HRS/WK | * SEE BELOW | NONE | NONE |
| GRAND TOTALS | | 634,430. | 90,548. | NONE |

* Ms Thomas is not directly compensated as Secretary; her law firm, Carter Ledyard & Milburn LLP, charges for the portion of her time in keeping minutes (see Statement 4).

STATEMENT 19 IS A CONTINUATION
OF STATEMENT 17

8BC04N M261                V05-8.1                    36              STATEMENT    19

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                13-3410749

990PF, PART VIII - COMPENSATION OF THE FIVE HIGHEST PAID EMPLOYEES
========================================================================

| NAME AND ADDRESS | TITLE AND TIME DEVOTED TO POSITION | COMPENSATION | CONTRIBUTIONS TO EMPLOYEE BENEFIT PLANS | EXPENSE ACCT AND OTHER ALLOWANCES |
|---|---|---|---|---|
| PAMELA CLAPP<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | PROGRAM DIRECTOR<br>40 HRS/WK | 186,153. | 37,230. | NONE |
| MICHAEL HERMANN<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NT 10012 | LICENSING DIRECTOR<br>40 HRS/WK | 113,850. | 22,770. | NONE |
| NEIL PRINTZ<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | ART HISTORIAN<br>40 HRS/WK | 113,850. | 22,770. | NONE |
| YONA BACKER<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | PROGRAM ASSOCIATE<br>40 HRS/WK | 107,143. | 21,428. | NONE |
| CLAUDIA DEFENDI<br>65 BLEECKER STREET, 7TH FLOOR<br>NEW YORK, NY 10012 | CHIEF CURATOR<br>32 HRS/WK | 106,330. | 21,266. | NONE |
| TOTAL COMPENSATION | | 627,326.<br>========== | 125,464.<br>========== | NONE<br>========== |

8BC04N M261                    V05-8.1                        37          STATEMENT  20

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749

990PF, PART VIII- COMPENSATION OF THE FIVE HIGHEST PAID PROFESSIONALS
========================================================================

| NAME AND ADDRESS | TYPE OF SERVICE | COMPENSATION |
|---|---|---|
| VINCENT FREMONT ENTERPRISES<br>ONE UNION SQUARE WEST<br>NEW YORK, NY 10003 | ART SALES | 950,000. |
| TIMOTHY HUNT<br>135 EASTERN PARKWAY<br>BROOKLYN, NY 11203 | ART SALES | 352,885. |
| CAPITAL GUARDIAN TRUST<br>630 FIFTH AVENUE<br>NEW YORK, NY 10111 | INVESTMENT ADVISORY | 169,061. |
| CONDON O'MEARA MCGINTY & DONNELLY LLP<br>3 NEW YORK PLAZA<br>NEW YORK, NY 10004 | AUDITING | 137,686. |
| SPEARS, GRISANTI & BROWN LLC<br>45 ROCKEFELLER PLAZA<br>NEW YORK, NY 10011 | INVESTMENT ADVISORY | 131,769. |

                                  TOTAL COMPENSATION          1,741,401.
                                                             ============

                                                         STATEMENT  21

THE ANDY WARHOL FOUNDATION FOR THE VISUAL                    13-3410749


FORM 990PF, PART X - REDUCTION CLAIMED FOR BLOCKAGE
======================================================

DESCRIPTION                                              AMOUNT
-----------                                              ------


SEE STATEMENT 23                                         99,994,465.
                                                    ----------------
TOTAL                                                    99,994,465.
                                                    ================

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.

**FORM 990-PF**

**APRIL 30, 2006**

**EIN: 13-3410749**

PART X:

Line 1 (c)

| | | |
|---|---|---:|
| Value of Art created or purchased by Andy Warhol before application of Blockage discount | $ | 174,179,903 |
| Less: Discount for Blockage pursuant to appraisals | | (99,994,465) |
| subtotal | | 74,185,438 |
| Average Fair Market Value of Limited Partnerships | | 65,028,442 |
| Accounts receivable and deposits | | 66,916 |
| Purchased interest | | 97,695 |
| Fair market value of all Other Assets (Part X - Line 1(c) ) | $ | 139,378,491 |

Line 1 (e)

| | | |
|---|---|---:|
| Discount for Blockage pursuant to appraisals (Part X - Line 1 (e) ) | $ | 99,994,465 |

Statement 23

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

**FORM 990-PF**

**APRIL 30, 2006**

**EIN: 13-3410749**

PART XV - Supplementary Information:

Question 2 - Information regarding contribution, grant, gift, loan, scholarship, ect., programs:

(a)  Ms. Pamela Clapp, Program Director
The Andy Warhol Foundation for the Visual Arts, Inc.
65 Bleecker Street - 7th Floor
New York, NY 10012
(212) 387-7555

(b)  A letter (approx. three pages) with a detailed proposal, including objectives, timetables, budget and copy of the organization's IRS determination letter.

(c)  Grant requests are reviewed twice a year.  The postmark deadlines for proposals are March 1 and September 1.

(d)  Grants are awarded to advance the visual arts, including their study, creation, preservation and exhibition, and the public understanding and appreciation thereof. Grants are currently awarded under the following categories of projects:

curatorial, creation of new work through regranting initiatives and artists' in residence programs.

The Foundation also supports efforts to strengthen areas that directly affect the context in which artists work, such as freedom of artistic expression and equitable access to resources including housing and healthcare.  At present, grants are awarded only to organizations and not to individuals, and the Foundation is unable to fund proposals using a fiscal agent.

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **CURATORIAL** | | | | | |
| **1708 Gallery**<br>Richmond, VA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Acadiana Arts Council**<br>Lafayette, LA<br>*Katrina Relief Emergency Fund: Project HEAL* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **African Film Festival**<br>New York, NY<br>*Support for programming and marketing (over 3 years)* | PUBLIC | $50,000.00 | $0.00 | $30,000.00 | $20,000.00 |
| **The Aldrich Contemporary Art Museum**<br>Ridgefield, CT<br>*"No Reservations: Native American Culture and History in Contemporary Art" exhibition* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **American Federation of Arts**<br>New York, NY<br>*"Lorna Simpson" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Anthology Film Archives**<br>New York, NY<br>*Preservation project for artist films (over 2 years)* | PUBLIC | $0.00 | $150,000.00 | $75,000.00 | $75,000.00 |
| **Art In General**<br>New York, NY<br>*Support for The Commission Project (over 2 years)* | PUBLIC | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| **Artists Alliance, Inc.**<br>New York, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $20,000.00 | $0.00 | $20,000.00 | $0.00 |
| **Art Institute of Chicago**<br>Chicago, IL<br>*Support for the Michael Asher publication* | PUBLIC | $0.00 | $10,000.00 | $10,000.00 | $0.00 |

1

STATEMENT 25

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **ART2102**<br>Los Angeles, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $40,000.00 | $20,000.00 | $20,000.00 |
| **Arthouse at the Jones Center**<br>Austin, TX<br>*"Dario Robleto and Jeremy Blake: The Gospel of Lead" and "Daniel Bozhkov: Underground Waterworks and Recent Projects" exhibitions* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Artists Space**<br>New York, NY<br>*Visual arts program support* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Artspace Projects, Inc.**<br>Minneapolis, MN<br>*For predevelopment of an affordable artist live/work project at P.S. 109, 213 East 99th Street in East Harlem.* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Bay Area Video Coalition**<br>San Francisco, CA<br>*Residency and media preservation program support (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **Bemis Center for Contemporary Arts,**<br>Omaha, NE<br>*Artist-in-residence program support (over 2 years)* | PUBLIC | $40,000.00 | $0.00 | $40,000.00 | $0.00 |
| **Big Orbit**<br>Buffalo, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Bowery Arts and Science, Ltd.**<br>New York, NY<br>*Film arts program support* | PUBLIC | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| **Brennan Center for Justice, NYU School of Law**<br>New York, NY<br>*Free Expression Policy Project (over 3 years)* | PUBLIC | $50,000.00 | $0.00 | $50,000.00 | $0.00 |

2

STATEMENT 25

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **The Brooklyn Rail, Inc.**, Brooklyn, NY<br>*Publication support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **California State University, Los Angeles**, Los Angeles, CA<br>*"Kim Jones: A Retrospective" exhibition* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Camden Arts Centre**, London, UK<br>*Exhibition program support* | FOREIGN/<br>EXPENDITURE<br>RESPONSIBILITY | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Capital City Arts Initiative**, Carson City, NV<br>*Visual arts program support* | PUBLIC | $0.00 | $40,000.00 | $20,000.00 | $20,000.00 |
| **Center for Photography at Woodstock**, Woodstock, NY<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **CEPA Gallery**, Buffalo, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Cinematexas**, Austin, TX<br>*International Short Film Festival 2005, 2006 and 2007 (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **Contemporary Arts Center**, New Orleans, LA<br>*Katrina Relief Emergency Fund: 2006 visual arts programming* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Contempory Arts Museum**, Houston, TX<br>*Katrina Relief Emergency Fund: for grants to visual artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |

STATEMENT 25

3

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Craft Emergency Relief Fund** Montpelier, VT *Katrina Relief Emergency Fund: For grants to craft artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Creative Capital Foundation** New York, NY *General operating support; Arts Writing Grant Program (over 3 years)* | PUBLIC | $1,000,000.00 | $3,350,000.00 | $1,450,000.00 | $2,900,000.00 |
| **Council on Foundations** New York, NY *General support* | PUBLIC | $0.00 | $16,280.00 | $16,280.00 | $0.00 |
| **Creative Time, Inc.** New York, NY *"Art at the High Line" and "Strange Powers" exhibitions* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Cuban Artists Fund** New York, NY *For the Robert Mapplethorpe exhibiton at the Wilfredo Lam Center for Contemporary Art, Havana, Cuba* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| **District of Columbia Arts Center** Washington, DC *Visual art program support (over 2 years)* | PUBLIC | $0.00 | $45,000.00 | $45,000.00 | $0.00 |
| **Diverse Works** Houston, TX *Visual arts exhibitions, residencies, and commissions (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **The Drawing Center** New York, NY *Contemporary exhibition program support (over 2 years)* | PUBLIC | $0.00 | $100,000.00 | $50,000.00 | $50,000.00 |
| **Thomas A. Edison Black Maria Film-Video Festival** Jersey City, NJ *The Black Maria Film and Video Festival, traveling series and the 25th anniversary* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |

4

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Equality Forum**<br>Philadelphia, PA<br>*For "The Museum Closet" panel at the 2006 Equality Forum* | PUBLIC | $0.00 | $6,000.00 | $6,000.00 | $0.00 |
| **Fabric Workshop and Museum**<br>Philadelphia, PA<br>*Support for five artists-in-residence* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Galeria de la Raza/Studio 24**<br>San Francisco, CA<br>*Exhibition program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Georgia State University**<br>Atlanta, GA<br>*"Potentially Harmful: The Art of American Censorship" exhibition* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Guggenheim Museum**<br>New York, NY<br>*"SuperCinema" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Hallwalls Contemporary Arts Center**<br>Buffalo, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| **Haus der Kunst**<br>Munich, Germany<br>*Allan Kaprow exhibition* | FOREIGN/<br>EXPENDITURE<br>RESPONSIBILITY | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Herschell Carrousel Factory**<br>N. Tonawonda, NY<br>*For an exhibition based on Andy Warhol's collection of carousel horses* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| **Hyde Park Art Center**<br>Chicago, IL<br>*Exhibition program support (over 2 years)* | PUBLIC | $0.00 | $70,000.00 | $70,000.00 | $0.00 |
| **Indianapolis Museum of Art**<br>Indianapolis, IN<br>*Maria Magdalena Campos-Pons exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
| --- | --- | --- | --- | --- |
| **The Institute of Contemporary Art**<br>Boston, MA<br>*"Super Vision" exhibition* | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **The Institute for Figuring**<br>Los Angeles, CA<br>*Visual arts program support (over 2 years)* | $0.00 | $45,000.00 | $22,500.00 | $22,500.00 |
| **International Association of Art Critics**<br>New York, NY<br>*Panelist's expenses for the Critics Conference* | $0.00 | $3,000.00 | $3,000.00 | $0.00 |
| **International Center of Photography**<br>New York, NY<br>*"Snap Judgments: New Positions in Contemporary African Photography" exhibition* | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **International Film Seminars**<br>New York, NY<br>*Flaherty film seminar, publication, and exhibition series (over 2 years)* | $25,000.00 | $0.00 | $25,000.00 | $0.00 |
| **Intersection for the Arts**<br>San Francisco, CA<br>*Exhibition program support (over 2 years)* | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Living Arts of Tulsa**<br>Tulsa, OK<br>*New Genre Film Festival and visual art program support (over 3 years)* | $20,000.00 | $0.00 | $20,000.00 | $0.00 |
| **Location One**<br>New York, NY<br>*Artist-in-Residence program support for New York-based artists (over 2 years)* | $0.00 | $45,000.00 | $45,000.00 | $0.00 |

(All rows marked PUBLIC)

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Los Angeles Municipal Art Gallerie Associates**<br>Los Angeles, CA<br>*For the Edward Biberman documentary film* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| **The Louisiana Cultural Economy Foundation**<br>New Orleans, LA<br>*Katrina Relief Emergency Fund: for grants to visual artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Lower East Side Printshop**<br>New York, NY<br>*Support for the Special Editions Fellowship (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Lower Manhattan Cultural Council**<br>New York, NY<br>*Katrina Relief Emergency Fund: Gulf Coast Residency Program* | PUBLIC | $0.00 | $80,000.00 | $80,000.00 | $0.00 |
| **The Luggage Store Gallery**<br>San Francisco, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $70,000.00 | $35,000.00 | $35,000.00 |
| **The Marie Walsh Sharpe Art Foundation**<br>Colorado Springs, CO<br>*Support for the Space Program (over 3 years)* | PRIVATE FDN / EXPENDITURE RESPONSIBILITY | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| **Massachusetts Institute of Technology, List Visual Arts Center**<br>Cambridge, MA<br>*"9 Evenings Reconsidered: Art, Theatre, and Engineering, 1966" exhibition* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **Mississippi Arts Commission**<br>Jackson, MS<br>*Katrina Relief Emergency Fund: for grants to visual artists who are victims of hurricanes Katrina and Rita* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |

7

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **The Montclair Art Museum** Montclair, NJ *"Anxious Objects: Willie Cole's Favorite Brands, 1988-2006" exhibition* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **Mount Holyoke College Art Museum** Hadley, MA *"Jane Hammond: Paper Work" exhibition* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **The Museum for African Art** Long Island City, NY *"Ibrahim El Salahi: A Visionary Modernist" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Museum of Contemporary Art, Cleveland** Cleveland, OH *"All Digital" exhibition* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **The Museum of Fine Arts** Houston, TX *"Hélio Oiticica: The Body of Color" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Museum Ludwig** Köln, Germany *"The Eighth Square" exhibition* | FOREIGN/ EXPENDITURE RESPONSIBILITY | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Museum of Modern Art, Medzilaborce** Medzilaborce, Slovak Republic *General support for arts programming* | FOREIGN/ EXPENDITURE RESPONSIBILITY | $0.00 | $15,000.00 | $15,000.00 | $0.00 |
| **National Film Preservation Foundation** San Francisco, CA *"The American Avant-Garde, 1945-1985" DVD anthology* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **The Nature Conservancy, Inc.** East Hampton, NY *Visual arts program support for 2005 and 2006 at the Andy Warhol Preserve* | PUBLIC | $0.00 | $10,000.00 | $5,000.00 | $5,000.00 |

STATEMENT 25

8

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **New Orleans Museum of Art**<br>New Orleans, LA<br>*Katrina Relief Emergency Fund: Curatorial staff salary support* | PUBLIC | $0.00 | $200,000.00 | $200,000.00 | $0.00 |
| **Ninth Street Independent Film Center**<br>San Francisco, CA<br>*Support for collaborative programming and shared technology (over 2 years)* | PUBLIC | $37,500.00 | $0.00 | $37,500.00 | $0.00 |
| **North Side Civic Development Council**<br>Pittsburgh, PA<br>*For the fabrication of a statue of Andy Warhol for site specific installation* | PUBLIC | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| **Ogden Museum of Southern Art, University of New Orleans**<br>New Orleans, LA<br>*Katrina Relief Emergency Fund: staff salary support* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **The Ohr – O'Keefe Museum of Art**<br>Biloxi, MS<br>*Katrina Relief Emergency Fund: staff salary support* | PUBLIC | $0.00 | $150,000.00 | $150,000.00 | $0.00 |
| **Oklahoma Visual Arts Coalition**<br>Oklahoma City, OK<br>*Program support for exhibitions, publications, and artist services (over 2 years)* | PUBLIC | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| **PERFORMA**<br>New York, NY<br>*Commission and produce performances by visual artists (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **Printed Matter, Inc.**<br>New York, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $80,000.00 | $0.00 |
| **P.S.1 Contemporary Art Center**<br>Long Island City, NY<br>*P S 1 Special Projects Program* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |

STATEMENT 25

**Annual report copy for period 5/1/2005 - 4/30/2006**

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Real Art Ways**<br>Hartford, CT<br>*"Acting on Faith" and "Next" exhibitions* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Rema Hort Mann Foundation, Inc.**<br>New York, NY<br>*Support for emerging artists in financial need* | PUBLIC | $0.00 | $10,000.00 | $10,000.00 | $0.00 |
| **San Diego Museum of Art**<br>San Diego, CA<br>*Publication to accompany the "Transmission: The Art of Matta and Gordon Matta-Clark" exhibition* | PUBLIC | $0.00 | $35,000.00 | $35,000.00 | $0.00 |
| **San Francisco Museum of Modern Art**<br>San Francisco, CA<br>*"Olafur Eliasson" exhibition* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **San Jose Institute of Contemporary Art**<br>San Jose, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **SculptureCenter**<br>Long Island City, NY<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $80,000.00 | $40,000.00 | $40,000.00 |
| **Southern Exposure**<br>San Francisco, CA<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **Space One Eleven**<br>Birmingham, AL<br>*Series of three exhibitions on social and political topics relating to the "new south" (over 2 years)* | PUBLIC | $30,000.00 | $0.00 | $30,000.00 | $0.00 |
| **Spaces**<br>Cleveland, OH<br>*Exhibition and artist-in-residence program support (over 2 years)* | PUBLIC | $40,000.00 | $0.00 | $40,000.00 | $0.00 |

10

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Storefront for Architecture**<br>New York, NY<br>*Commissioning, research, and publishing projects (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **The Studio Museum in Harlem**<br>New York, NY<br>*"Frequency" exhibition* | PUBLIC | $0.00 | $75,000.00 | $75,000.00 | $0.00 |
| **Turchin Center for the Visual Arts, Appalachian State University**<br>Boone, NC<br>*"Redefining Space" exhibition program and sculpture conference* | PUBLIC | $0.00 | $45,000.00 | $45,000.00 | $0.00 |
| **University of California, Los Angeles / Chicano Studies Research Center**<br>Los Angeles, CA<br>*"A Ver - Revisioning Art History" project support* | PUBLIC | $0.00 | $100,000.00 | $50,000.00 | $50,000.00 |
| **University of Minnesota**<br>Minneapolis, MN<br>*"Picturing Power: The Documentary Photography of Paul Shambroom" exhibition, catalogue and symposium* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **University of Texas at El Paso/ Stanlee and Gerald Rubin Center for the Visual Arts**<br>El Paso, TX<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $60,000.00 | $30,000.00 | $30,000.00 |
| **University of Wyoming/ University of Wyoming Art Museum**<br>Laramie, WY<br>*Exhibition program support (over 2 years)* | PUBLIC | $0.00 | $50,000.00 | $50,000.00 | $0.00 |
| **Visual AIDS**<br>New York, NY<br>*Robert Blanchon Estate Project* | PUBLIC | $0.00 | $60,000.00 | $60,000.00 | $0.00 |
| **The Andy Warhol Museum**<br>Pittsburgh, PA<br>*General support* | PUBLIC | $0.00 | $250,000.00 | $250,000.00 | $0.00 |

STATEMENT 25

11

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| **Wave Hill**<br>Bronx, NY<br>*Visual art program support (over 2 years)* | PUBLIC | $0.00 | $40,000.00 | $40,000.00 | $0.00 |
| **Weatherspoon Art Museum/ University of North Carolina**<br>Greensboro, NC<br>*For a catalogue to accompany an exhibition by artist John Duff* | PUBLIC | $0.00 | $5,000.00 | $5,000.00 | $0.00 |
| **White Box, Ltd.**<br>New York, NY<br>*Visual arts program support (over 2 years)* | PUBLIC | $0.00 | $40,000.00 | $20,000.00 | $20,000.00 |
| **Women's Studio Workshop**<br>Rosendale, NY<br>*New York State Artist Workspace Consortium program support (over 2 years)* | PUBLIC | $0.00 | $100,000.00 | $100,000.00 | $0.00 |
| **Wood Street Galleries/ Pittsburgh Cultural Trust**<br>Pittsburgh, PA<br>*Visual art program support (over 3 years)* | PUBLIC | $0.00 | $75,000.00 | $50,000.00 | $25,000.00 |
| **Working Today**<br>Brooklyn, NY<br>*For the health insurance advocacy program (over 2 years)* | PUBLIC | $0.00 | $115,000.00 | $57,500.00 | $57,500.00 |
| **WARHOL INITIATIVE** | | $2,827,951.00 | $0.00 | | $1,608,877.00 |
| General expenses | PUBLIC | | | $341,392.00 | |
| 911 Media Arts Center | PUBLIC | | | $15,000.00 | |
| Artspace, Inc. | PUBLIC | | | $48,000.00 | |
| Atlanta Contemporary Art Center | PUBLIC | | | $25,000.00 | |
| Aurora Picture Show | PUBLIC | | | $55,000.00 | |
| Franklin Art Works | PUBLIC | | | $60,142.00 | |
| Kansas City Artists Coalition | PUBLIC | | | $9,850.00 | |
| Locust Projects, Inc. | PUBLIC | | | $67,000.00 | |
| Midway Contemporary Art | PUBLIC | | | $44,800.00 | |
| Momenta Art | PUBLIC | | | $115,000.00 | |

STATEMENT 25

Annual report copy for period 5/1/2005 - 4/30/2006

| Grantee Organization | | Beginning Balance 2006 | Authorized 2006 | Amount Paid 2006 | Ending Balance 2006 |
|---|---|---|---|---|---|
| Participant, Inc. | PUBLIC | | | $100,000.00 | |
| Ruby Green Contemporary Art Center | PUBLIC | | | $54,390.00 | |
| Smack Mellon | PUBLIC | | | $100,000.00 | |
| The Soap Factory | PUBLIC | | | $55,000.00 | |
| Trans>/Passim, Inc. | PUBLIC | | | $78,500.00 | |
| Transformer Incorporated | PUBLIC | | | $50,000.00 | |
| SUB-TOTAL | | | | $1,219,074.00 | |
| ARTS WRITERS INITIATIVE | | $0.00 | $650,000.00 | $0.00 | $650,000.00 |
| **TOTAL CASH GRANTS** | | $4,300,451.00 | $9,619,280.00 | $8,050,854.00 | $5,868,877.00 |
| **LESS: FOREIGN AND PRIVATE FOUNDATION GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS** | | | | $65,000.00 | |
| **TOTAL QUALIFYING DISTRIBUTIONS** | | | | $7,985,854.00 | |

13

STATEMENT 25

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)   Name and address of grantee -          Camden Arts Centre
                                             Arkwright Road
                                             London NW3 6DG
                                             United Kingdom

(b)   Date and amount of grant -             06/03/2005
                                             $50,000.00

(c)   Purpose of grant -                     Victor Grippo , Runa Islam, and Kerry
                                             James Marshall exhibitions

(d)   Amount expended by grantee -           $50,000.00

(e)   Whether grantee has diverted any portion of the funds from the purpose of the
      grant, to the knowledge of the Foundation -

             No.

(f)   Dates of any reports received from the grantee - 04/10/2006

(g)   The date and results of any verification of the grantee's reports pursuant to and to
      the extent required by Regulation § 53.4945-5 (c) (1) -

             The Foundation had no reason to doubt the accuracy or reliability of the
             reports received, therefore no independent verification is required to be
             undertaken.

STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)   Name and address of grantee -          Haus der Kunst
                                             prinzregentenstrasse 1
                                             d 80538 Munich
                                             Germany

(b)   Date and amount of grant -             12/09/2005
                                             $60,000.00

(c)   Purpose of grant -                     Allan Kaprow exhibition

(d)   Amount expended by grantee -           $60,000.00

(e)   Whether grantee has diverted any portion of the funds from the purpose of the
      grant, to the knowledge of the Foundation -

          No.

(f)   Dates of any reports received from the grantee - 06/27/2006

(g)   The date and results of any verification of the grantee's reports pursuant to and to
      the extent required by Regulation § 53.4945-5 (c) (1) -

          The Foundation had no reason to doubt the accuracy or reliability of the
          reports received, therefore no independent verification is required to be
          undertaken.

STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)   Name and address of grantee -          Andy Warhol Museum of Modern Art,
                                             Medzilaborce
                                             Andy Warhol Street 749/26
                                             068 01 Medzilaborce
                                             Slovakia

(b)   Date and amount of grant -             05/05/2005
                                             $15,000.00

(c)   Purpose of grant -                     General support for arts programming

(d)   Amount expended by grantee -           $15,000.00

(e)   Whether grantee has diverted any portion of the funds from the purpose of the
      grant, to the knowledge of the Foundation -

          No.

(f)   Dates of any reports received from the grantee - 04/15/2006

(g)   The date and results of any verification of the grantee's reports pursuant to and to
      the extent required by Regulation § 53.4945-5 (c) (1) -

          The Foundation had no reason to doubt the accuracy or reliability of the
          reports received, therefore no independent verification is required to be
          undertaken.

                                             STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)   Name and address of grantee -          Museum Ludwig
                                              Bischofsgartenstr. 1,
                                              50667 Köln
                                              Germany

(b)   Date and amount of grant -             06/03/2005
                                             $75,000.00

(c)   Purpose of grant -                     *The Eighth Square* exhibition

(d)   Amount expended by grantee -           $75,000.00

(e)   Whether grantee has diverted any portion of the funds from the purpose of the
      grant, to the knowledge of the Foundation -

           No.

(f)   Dates of any reports received from the grantee -        03/15/2006
                                                              01/11/2007

(g)   The date and results of any verification of the grantee's reports pursuant to and to
      the extent required by Regulation § 53.4945-5 (c) (1) -

             The Foundation had no reason to doubt the accuracy or reliability of the
             reports received, therefore no independent verification is required to be
             undertaken.

                                                          STATEMENT 26

Form 990-PF
p. 5
Question 5(c)
Part VII-B

THE ANDY WARHOL FOUNDATION
FOR THE VISUAL ARTS, INC.
65 Bleecker Street
New York, NY 10014

E.I.N: 13-3410749
Year Ended April 30, 2006

STATEMENT OF EXPENDITURE RESPONSIBILITY

(a)    Name and address of grantee -    The Marie Walsh Sharpe Art Foundation
830 North Tejon Street
Arkwright Road
Suite 120
Colorado Springs, CO 80903

(b)    Date and amount of grant -    06/04/2004
$150,000.00 (over 3 years)

(c)    Purpose of grant -    For the Space Program (over 3 years)

(d)    Amount expended by grantee -    $150,000.00

(e)    Whether grantee has diverted any portion of the funds from the purpose of the grant, to the knowledge of the Foundation -

        No.

(f)    Dates of any reports received from the grantee -    07/11 /2006

(g)    The date and results of any verification of the grantee's reports pursuant to and to the extent required by Regulation § 53.4945-5 (c) (1) -

        The Foundation had no reason to doubt the accuracy or reliability of the reports received, therefore no independent verification is required to be undertaken.

STATEMENT 26

13-3410749

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

FORM 990-PF, PART XVI-A - ANALYSIS OF OTHER REVENUE

| | BUSINESS CODE | AMOUNT | EXCLUSION CODE | AMOUNT | RELATED OR EXEMPT FUNCTION INCOME |
|---|---|---|---|---|---|
| CORPORATE BOND PROCEEDS | | | 14 | 39,877. | |
| RETURNED GRANT | | | | | 1,000. |
| CLASS ACTION INSURANCE SETTLEMENT | | | | | 4,353. |
| MISCELLANEOUS INCOME | | | | | 579. |
| TOTALS | | | | 39,877. | 5,932. |

STATEMENT 27

## THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

### CONFORMITY STATEMENT

### For the Year Ended 04/30/2006

I certify that the attached amended by-laws are complete and accurate copies of the original document

_Karl C Maurer_          3/14/07
Signature of Officer                    Date

Kathleen C. Maurer   Chief Financial
Type or print name and title        Officer and Treasurer

# BY-LAWS

## OF

## THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.

(a New York Not-for-Profit corporation)

As amended, by unanimous vote of the Directors at a meeting of the Directors held on June 3, 2005, and effective as of October 14, 2005.

_M Antoinette Thomas_
Secretary

## TABLE OF CONTENTS

Page

ARTICLE I Members ...................................................................................................1

ARTICLE II Directors .................................................................................................1

Section 2.01 .    Management ...................................................................1
Section 2.02 .    Number ..........................................................................1
Section 2.03 .    Warhola Designee ..........................................................1
Section 2.04 .    Classification, Election and Term ..................................1
Section 2.05 .    Resignations ...................................................................2
Section 2.06 .    Removal, Vacancies and Increases ................................2
Section 2.07 .    Quorum and Board Action ..............................................2
Section 2.08 .    Annual Meeting ..............................................................3
Section 2.09 .    Regular Meetings ............................................................3
Section 2.10 .    Special Meetings .............................................................3
Section 2.11 .    Committees .....................................................................3
Section 2.12 .    Action without a Meeting ...............................................4
Section 2.13 .    Meeting by Use of Telecommunications .......................4
Section 2.14 .    Waiver of Notice of Meeting ..........................................4
Section 2.15 .    Advisory Directors .........................................................4
Section 2.16 .    Compensation .................................................................4

ARTICLE III Officers ..................................................................................................5

Section 3.01 .    Appointment and Number ..............................................5
Section 3.02 .    Appointed Term ..............................................................5
Section 3.03 .    Removal; Resignation .....................................................5
Section 3.04 .    Vacancies .......................................................................5
Section 3.05 .    Chairman of the Board: ...................................................5
Section 3.06 .    President: ........................................................................5
Section 3.07 .    Vice President: ...............................................................6
Section 3.08 .    Secretary: .......................................................................6
Section 3.09 .    Treasurer: .......................................................................6

ARTICLE IV Advisors .................................................................................................6

ARTICLE V Miscellaneous .........................................................................................6

Section 5.01 .    Seal .................................................................................6
Section 5.02 .    Fiscal Year .....................................................................6
Section 5.03 .    Books and Records .........................................................7
Section 5.04 .    Checks, Notes, Contracts, Etc .......................................7

Section 5.05 .   Investments ...................................................................................7
Section 5.06 .   Amendment of By-Laws.............................................................7
Section 5.07 .   Definitions ...................................................................................7

BY-LAWS

of

THE ANDY WARHOL FOUNDATION FOR THE
VISUAL ARTS, INC.

---

ARTICLE I

Members

The Corporation shall not have members.

ARTICLE II

Directors

Section 2.01.  Management

Section 2.02.  Number

Section 2.03.  Warhola Designee.  John Warhola shall have the right to designate a son of his to serve as his successor as a director, such designation to become effective when John Warhola ceases for any reason to serve as a director.  Any such designation shall be effected by a writing dated and signed by John Warhola and delivered to the Secretary, prior to John Warhola ceasing to be a director, and may be revoked by a later written designation or revocation so delivered to the Secretary.  The Secretary shall keep the current designation, if any, in the minute book of the Corporation until John Warhola ceases to be a director.

Section 2.04.  Classification, Election and Term.  The Board of Directors shall be divided into two classes, to be designated Class A and Class B.  Class B shall be further divided into four subclasses to be designated Class B-1, Class B-2, Class B-3, and Class B-4.

(a)    Class A Directors.  The Class A directors shall be (i) John Warhola and, following John Warhola's ceasing to be a director, the Warhola Designee, if any, as said term is defined in Section 2.03, until the death, resignation or removal for cause of any of them as herein provided, and (ii) unless the directors otherwise determine, the person who is the duly appointed President of the Corporation holding office from time to time.  Class A Directors shall be elected in the manner provided in Section 2.07 and shall assume the office immediately upon election and serve until the next annual meeting of directors following such election or until their prior death, resignation or removal as provided in Section 2.06, except that, until such event, John Warhola or the Warhola Designee, if any, as the case may

1309423.1

be, and, unless the directors otherwise determine, the person who is then the duly appointed President of the Corporation, shall be elected automatically as Class A directors at each annual meeting of directors.

(a)    Class B Directors.  Class B shall be comprised of directors elected at large. The Class B directors shall be divided into four subclasses, as nearly equal in number as possible, for the purpose of staggering their terms of office.  The terms of office of the initial Class B-1 directors shall expire at the annual meeting of directors in 2006; the terms of office of the initial Class B-2 directors shall expire at the annual meeting of directors in 2007; the terms of office of the initial Class B-3 directors shall expire at the annual meeting of directors in 2008, and the terms of office of the initial Class B-4 directors shall expire at the annual meeting of directors in 2009.  At each annual meeting of directors after 2005, successors to the Class B directors whose terms shall then expire shall be elected in the manner provided in Section 2.07 of these by-laws and shall assume their offices immediately upon election and serve until the fourth succeeding annual meeting of directors following such election or until their prior death, resignation or removal as provided in Section 2.06.  A Class B director shall not serve more than two consecutive terms, and in no case longer than the eighth annual meeting of directors succeeding his or her election, and shall not be eligible to serve as a director again until at least one year has elapsed after the expiration of his or her most recent term.  Any newly created directorships or any decrease in the number of directors shall be so apportioned among the Class B subclasses as to make all subclasses as nearly equal in number as possible.

Section 2.05.  Resignations.  Any director may resign at any time by giving written notice to the Board of Directors.  Such resignation shall be effective immediately or at the time specified therein without the need for acceptance.

Section 2.06.  Removal, Vacancies and Increases.  Any or all of the directors may be removed at any time, with cause, by vote of a majority of the directors holding office at the time, provided that neither John Warhola nor the Warhola Designee shall be removed as a director except by the unanimous vote of the other directors then in office.

Newly created directorships resulting from an increase in the number of directors, or vacancies occurring in the Board of Directors for any reason, may be filled by a vote of the directors in the manner provided in Section 2.07 of these by-laws or by a sole remaining director, although less than a quorum.

A director elected to fill a vacancy (including a vacancy resulting from an increase in the number of directors) shall hold office for a term that coincides with the terms of the other directors in the class or subclass of directors in which such vacancy may occur.

Section 2.07.  Quorum and Board Action.  At all meetings of the Board of Directors, the presence of a majority of the directors then in office or, if there is an even number of directors then in office, one half of said directors,   shall constitute a quorum for the transaction of business. Except as otherwise provided in the Not-for-Profit Corporation Law, the Certificate of Incorporation or these by-laws, the vote of a majority of the directors present at the time of the vote, if a quorum is present at such time, shall be the act of the

1309423.1

Board of Directors.

A majority of the directors present, whether or not a quorum is present, may adjourn any meeting of the directors to another time and place. Notice of any adjournment need not be given if such time and place are announced at the meeting, and at the adjourned meeting any business may be transacted that might have been transacted on the original date of the meeting.

Section 2.08.  Annual Meeting.  The annual meeting of directors for the election of directors and officers and the transaction of such other proper business as may come before the meeting shall be held at such place within or outside the State of New York, and on such date and at such time, as shall be fixed from time to time by the Board of Directors and designated in the notice or waiver of notice of the meeting, if any.

Section 2.09.  Regular Meetings.  Regular meetings of the Board of Directors may be held without notice at such time and place as may be fixed from time to time by the Board.

Section 2.10.  Special Meetings.  Special meetings of the Board of Directors may be called and held at any place and at any time by (i) the Chairman of the Board or the President or (ii) by the Secretary or any director upon written demand of not less than two of the directors, pursuant to notice to, or waiver of notice signed by, all the directors.

Unless waived, notice of each special meeting, stating the time and place of the meeting, shall be given to each director by delivered letter, by telegram, telecopier or e-mail, by courier service or by personal communication over the telephone or otherwise, received by such director at such director's address in each such case not later than the second day prior to the meeting, or by letter mailed by first class mail not later than the fifth day prior to the meeting. Notice of a meeting need not specify the purpose of the meeting.

Section 2.11.  Committees.  There shall be an Executive Committee consisting of the Chair, the President and the Chairs of the Standing Committees of the Board of Directors. The Executive Committee shall act for the directors, without prior specific authorization, when the Board of Directors is not in session, (a) to take such actions as are necessary or desirable to implement or effectuate decisions or policies which have been adopted by the Board of Directors, or (b) to act for the directors in cases where emergency action is required and the Board of Directors cannot reasonably be convened in a timely manner, or (c) to act for the directors as to any matter designated by the Board of Directors to be acted upon by the Executive Committee. The Executive Committee shall report to the Board of Directors as to any action by it on behalf of the directors at the next meeting of the Board of Directors subsequent to such action. In no case shall the Executive Committee have any authority to undertake actions prohibited to it pursuant to the New York Not-or-Profit Corporation Law.

The Board of Directors, by resolution adopted by a majority of the entire Board, may designate such other committees, consisting of three or more directors, as the Board may determine from time to time to be appropriate. Members of any committee shall serve at the pleasure of the Board of Directors.

1309423.1

Meetings of each committee may be held upon call of the chairman of the committee, the President or any two members of the committee. A majority of the members of a committee shall constitute a quorum for the transaction of business, and the vote of a majority of the members present at the time of the vote, if a quorum is present at such time, shall be the act of the committee. Unless waived, notice of the time and place of each meeting of a committee shall be given to each member thereof in the same manner as in the case of special meetings of the Board of Directors.

Section 2.12. Action without a Meeting. Any action required or permitted to be taken at any meeting of the Board of Directors or of any committee thereof may be taken without a meeting if a written consent thereto setting forth the action so taken is signed by all members of the Board or of such committee, as the case may be, and such written consent shall be filed with the minutes of the Board or of such committee.

Section 2.13. Meeting by Use of Telecommunications. Any one or more of the members of the Board of Directors or of any committee thereof may participate in any meeting by means of conference telephone or similar communications equipment allowing all persons participating in the meeting to hear each other at the same time, and participation in a meeting by such means shall constitute presence in person at such meeting.

Section 2.14. Waiver of Notice of Meeting. Notice of a meeting of the Board of Directors or of a committee thereof need not be given to any director or member of a committee who submits a signed waiver of notice of the meeting whether before or after the meeting, or who attends the meeting without protesting, prior thereto or at its commencement, the lack of notice thereof to said director or committee member.

Section 2.15. Advisory Directors. The Board of Directors may from time to time appoint advisory directors, who shall be entitled to notice of and to attend meetings of the Board, but shall not have the right to vote on any matter and shall not be counted as directors for purposes of determining whether a quorum of directors is present or for purposes of written consents in lieu of meetings, and failure for any reasons to give an advisory director notice of a meeting (or obtain his or her waiver thereof) shall have no effect on the validity or propriety of such meeting or any action taken thereat. Each advisory director shall serve at the pleasure of the Board and shall be entitled to such compensation, if any, as may be fixed from time to time by the Board.

Section 2.16. Compensation. Directors may receive reasonable compensation for services to the Corporation in their capacities as directors or otherwise, in such amounts as may be fixed from time to time by the Board.

## ARTICLE III

### Officers

Section 3.01. <u>Appointment and Number</u>. The officers of the Corporation shall be appointed by the Board of Directors. The officers shall be a Chairman of the Board, a President, one or more Vice-Presidents, a Secretary and a Treasurer, and such other officers as the Board may from time to time determine. Any person may hold two or more offices at the same time, except the offices of President and Secretary. The Chairman of the Board must be a director; any other officer may (but need not) be a director.

Section 3.02. <u>Appointed Term</u>. Subject to removal, all officers shall be appointed to hold office until the next annual meeting of the Board of Directors following their election and until their respective successors are elected and qualified.

Section 3.03. <u>Removal; Resignation</u>. Any officer may be removed by the Board of Directors at any time with or without cause. Such removal shall be without prejudice to any such person's contract rights, if any, but the appointment of any person as an officer, agent or employee of the Corporation shall not of itself create contract rights. Any officer may resign from office at any time by delivering a written resignation to the Board. Such resignation shall be effective upon receipt thereof by the Board or at such later date as may be specified in the resignation. Acceptance of the resignation shall not be necessary to make the resignation effective.

Section 3.04. <u>Vacancies</u>. Any vacancy in any office, however arising, shall be filled by the Board of Directors. In the case of a vacancy in the office of Secretary or Treasurer, the President may temporarily appoint a person who shall serve until such vacancy is filled by the Board of Directors.

Section 3.05. <u>Chairman of the Board: Powers and Duties</u>. The Chairman of the Board shall preside at all meetings of the Board and shall have such other powers and perform such other duties as the Board may from time to time prescribe.

Section 3.06. <u>President: Powers and Duties</u>. The President shall be the chief executive and administrative officer of the Corporation and shall generally supervise the affairs of the Corporation. Subject to any resolution adopted pursuant to Section 5.04 of these by-laws, the President shall have the authority (1) to sign checks, drafts (or other orders for the payment of money), acceptances and notes (or the evidences of indebtedness) and (2) to execute and deliver contracts, conveyances or other instruments. The President shall have authority and responsibility for marshalling, preserving, selling, lending, turning to account and distributing any and all works of art and other property owned by the Corporation. The President may delegate duties and authorities to other persons from time to time on such terms as he may deem appropriate, subject to veto by the Board. The President shall also have such other powers and perform such other duties as the Board may from time to time prescribe, including without limitation any powers and duties set forth in any employment

1309423.1

agreement between the President and the Corporation which is approved by the Board.

Section 3.07.  Vice President: Powers and Duties.  Each Vice President shall have such powers and perform such duties as the Board may from time to time prescribe.  In the absence or inability to act of the President, unless the Board shall otherwise provide, the Vice President who has served for the longest time, and who shall be present and able to act, shall perform all the duties and may exercise any of the powers of the President, subject to the control of the Board of Directors.  The performance of any such duty by a Vice President shall be conclusive evidence of his power to act.

Section 3.08.  Secretary: Powers and Duties.  The Secretary shall keep the minutes of all meetings of the Board in books to be kept for that purpose; serve or cause to be served all notices of the Corporation; have custody of the seal of the Corporation; affix the said seal to documents duly authorized by the Board; and perform all duties incident to the office of Secretary and such other duties as may from time to time be assigned to him or her by the Board.

Section 3.09.  Treasurer: Powers and Duties.  The Treasurer shall keep or cause to be kept complete and accurate accounts of receipts and disbursements of the Corporation, and shall deposit all moneys and other valuable effects of the Corporation in the name and to the credit of the Corporation in such banks or depositories as the Board may designate. Whenever required by the Board, the Treasurer shall at all reasonable times exhibit the books and accounts to any officer or director of the Corporation, and shall perform all duties incident to the office of Treasurer, and such other duties as shall from time to time be assigned to him or her by the Board.  Annually, at a meeting of the Board, the Treasurer shall present a verified or certified copy of the most recent annual reports filed by the Corporation with the Internal Revenue Service and the Attorney General of the State of New York.  The Treasurer shall, if required by the Board, give such security for the faithful performance of his or her duties as the Board may require.

## ARTICLE IV

### Advisors

The Board may appoint from time to time any number of persons as advisors of the Corporation to act either singly or as a committee or committees.  Each advisor shall hold office during the pleasure of the Board, and shall have only such authority or obligations as the Board may from time to time determine.

## ARTICLE V

### Miscellaneous

Section 5.01.  Seal.  The corporate seal of the Corporation shall have inscribed thereon the name of the Corporation, the year of its incorporation and the words "New York."

Section 5.02.  Fiscal Year.  The fiscal year of the Corporation shall end on April 30.

1309423.1

Section 5.03.  Books and Records.  The Corporation shall keep correct and complete books and records of account and shall keep minutes of the proceedings of its Board of Directors and Executive Committee and other committees, if any.  The Corporation shall keep such other books and records as may be required under applicable laws and as may be considered necessary or appropriate by the Board of Directors or the officers of the Corporation.

Section 5.04.  Checks, Notes, Contracts, Etc.  The Board of Directors is authorized to select such depositories as it shall deem proper for the funds of the Corporation and shall determine who shall be authorized in the Corporation's behalf to sign bills, notes receipts, acceptances, endorsements, checks, releases, contracts and documents.

Section 5.05.  Investments.  The funds of the Corporation may be retained in whole or in part in cash or be invested and reinvested from time to time in such property, real, personal or otherwise, or stocks, bonds or other securities, as the Board of Directors or any committee formed or designated by the Board to perform such function, or in the absence of action by the Board or such committee, as the President, in its or his discretion may deem desirable consistent with the purposes of the Corporation as set forth in the Certificate of Incorporation and with the requirements of applicable law.

Section 5.06.  Amendment of By-Laws.  These by-laws may be amended or repealed, and new by-laws may be adopted, by the Board of Directors except that those provisions of Sections 2.03, 2.04(a), and 2.06 pertaining to John Warhola and the Warhola Designee shall be amended with the consent of John Warhola or, following his ceasing to be a director, the Warhola Designee, if any.

Section 5.07.  Definitions.  Unless otherwise defined herein, the words, terms and phrases used herein shall be deemed to have the meaning, if any, ascribed thereto in the Not-for-Profit Corporation Law.

* * * * *

1309423.1