# EXHIBIT O

Form **990-PF**

Department of the Treasury
Internal Revenue Service

# Return of Private Foundation
## or Section 4947(a)(1) Nonexempt Charitable Trust Treated as a Private Foundation

OMB No 1545-0052

**2000**

Note *The organization may be able to use a copy of this return to satisfy state reporting requirements*

For calendar year 2000, or tax year beginning **05/01** , 2000, and ending **04/30/2001**

G Check all that apply | Initial return | Final return | Amended return | Address change | Name change

| | | |
|---|---|---|
| Use the IRS label Otherwise, print or type See Specific Instructions | Name of organization<br>**THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.** | A Employer identification number<br>**13-3410749** |
| | Number and street (or P O box number if mail is not delivered to street address) **65 BLEECKER STREET** Room/suite **7TH FL.** | B Telephone number (see page 10 of the instructions) **(212)387-7555** |
| | City or town, state, and ZIP code **NEW YORK, NY 10012** | C If exemption application is pending check here ▶<br>D 1 Foreign organizations check here ▶<br>2 Foreign organizations meeting the 85% test, check here and attach computation ▶ |

H Check type of organization **[X]** Section 501(c)(3) exempt private foundation
☐ Section 4947(a)(1) nonexempt charitable trust    ☐ Other taxable private foundation

I Fair market value of all assets at end of year *(from Part II, col (c), line 16)* ▶ **169,345,457.**

J Accounting method ☐ Cash ☐ Accrual
**[X]** Other (specify) **MODIFIED CASH**
*(Part I, column (d) must be on cash basis)*

E If private foundation status was terminated under section 507(b)(1)(A) check here ▶

F If the foundation is in a 60-month termination under section 507(b)(1)(B) check here ▶

## Part I — Analysis of Revenue and Expenses
*(The total of amounts in columns (b) (c) and (d) may not necessarily equal the amounts in column (a) (see page 10 of the instructions))*

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions gifts grants etc received (attach schedule) | | | | |
| 2 | Distributions from split-interest trusts | | | | |
| 3 | Interest on savings and temporary cash investments | 4,373,384. | 4,373,384. | | STMT 1 |
| 4 | Dividends and interest from securities | 152,641. | 152,641. | | STMT 2 |
| 5a | Gross rents | | | | |
| b | (Net rental income or (loss) ) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 20,105,114 | | | |
| b | Gross sales price for all assets on line 6a | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | 5,560,413. | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less Cost of goods sold | | | | |
| c | Gross profit or (loss) (attach schedule) | | | | |
| 11 | Other income (attach schedule) STMT 3 | 718,528. | 711,911. | | |
| 12 | Total Add lines 1 through 11 | 25,349,667 | 10,798,349. | | |
| 13 | Compensation of officers directors trustees etc | 537,239. | 77,673 | | 139,889. |
| 14 | Other employee salaries and wages | 1,382,252 | 153,310. | | 458,599. |
| 15 | Pension plans, employee benefits | 555,738 | 67,369. | | 175,702. |
| 16a | Legal fees (attach schedule) STMT 4 | 309,548. | 45,939 | | 42,586. |
| b | Accounting fees (attach schedule) STMT 5 | 168,886. | 42,222. | | 50,665. |
| c | Other professional fees (attach schedule) STMT 6 | 330,993. | 197,310. | | 72,831. |
| 17 | Interest | | | | |
| 18 | Taxes (attach schedule) (see page 14 of the instructions) STMT 7 | 271,011. | 14,927. | | 39,016 |
| 19 | Depreciation (attach schedule) and depletion | | | | |
| 20 | Occupancy | 132,648. | 17,907. | | 65,661. |
| 21 | Travel, conferences, and meetings | 141,828. | 38,033. | | 70,345. |
| 22 | Printing and publications | | | | |
| 23 | Other expenses (attach schedule) STMT 8 | 1,094,430. | 113,764. | | 208,221. |
| 24 | Total operating and administrative expenses Add lines 13 through 23 | 4,924,573. | 768,854. | | 1,323,515. |
| 25 | Contributions, gifts, grants paid STMT 9 | 13,699,744. | | | 8,972,102. |
| 26 | Total expenses and disbursements Add lines 24 and 25 | 18,624,317. | 768,854. | | 10,295,617. |
| 27 | Subtract line 26 from line 12 | | | | |
| a | Excess of revenue over expenses and disbursements | 6,725,350. | | | |
| b | Net investment income (if negative, enter -0-) | | 10,029,495. | | |
| c | Adjusted net income (if negative enter -0-) | | | | |

RECEIVED MAR 06 2002 OGDEN, UT

For Paperwork Reduction Act Notice, see the instructions

JSA
0E1410 2 000

8BC04N M261    V0.07.01

Form **990-PF** (2000)

7

Form 990-PF (2000)

13-3410749     Page 2

## Part II  Balance Sheets

Attached schedules and amounts in the description column should be for end of year amounts only (See instructions)

| | | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|
| 1 | Cash - non-interest-bearing | 550. | 550. | 550. |
| 2 | Savings and temporary cash investments | 17,313,508 | 21,474,645. | 21,474,645 |
| 3 | Accounts receivable ▶ _____ 661,547. | | | |
| | Less allowance for doubtful accounts ▶ _____ | 1,050,929. | 661,547. | 661,547. |
| 4 | Pledges receivable ▶ _____ | | | |
| | Less allowance for doubtful accounts ▶ _____ | | | |
| 5 | Grants receivable | | | |
| 6 | Receivables due from officers directors, trustees, and other disqualified persons (attach schedule) (see page 15 of the instructions) | | | |
| 7 | Other notes and loans receivable (attach schedule) ▶ _____ | | | |
| | Less allowance for doubtful accounts ▶ _____ | | | |
| 8 | Inventories for sale or use | | | |
| 9 | Prepaid expenses and deferred charges     STMT 10 | | | |
| 10 a | Investments - U S and state government obligations (attach schedule) | 19,559,173. | 20,581,284. | 20,581,284. |
| b | Investments - corporate stock (attach schedule) STMT 11 | 13,868,715. | 22,271,484. | 22,271,484. |
| c | Investments - corporate bonds (attach schedule) STMT 12 | 25,958,012. | 32,017,585. | 32,017,585 |
| 11 | Investments  land buildings and equipment basis ▶ _____ Less  accumulated depreciation ▶ _____ (attach schedule) | | | |
| 12 | Investments - mortgage loans | | | |
| 13 | Investments - other (attach schedule)     STMT 13 | 57,678. | 41,130. | 41,130 |
| 14 | Land buildings and equipment basis ▶ _____ Less  accumulated depreciation ▶ _____ (attach schedule) | | | |
| 15 | Other assets (describe ▶ _____ STMT 14 ) | 41,239,860. | 33,956,048. | 72,297,232. |
| 16 | Total assets (to be completed by all filers - see page 16 of the instructions  Also see page 1, item I) | 119,048,425. | 131,004,273. | 169,345,457 |
| 17 | Accounts payable and accrued expenses | 1,181,982. | 1,746,816. | |
| 18 | Grants payable | 4,737,954. | 9,350,596. | |
| 19 | Deferred revenue | 1,639,500. | 1,007,600. | STMT 15 |
| 20 | Loans from officers  directors trustees  and other disqualified persons | | | |
| 21 | Mortgages and other notes payable (attach schedule) | | | |
| 22 | Other liabilities (describe ▶ _____ ) | | | |
| 23 | Total liabilities (add lines 17 through 22) | 7,559,436 | 12,105,012. | |

Organizations that follow SFAS 117, check here ▶ [X] and complete lines 24 through 26 and lines 30 and 31

| | | | | |
|---|---|---|---|---|
| 24 | Unrestricted | 111,488,989. | 118,899,261. | |
| 25 | Temporarily restricted | | | |
| 26 | Permanently restricted | | | |

Organizations that do not follow SFAS 117, check here and complete lines 27 through 31 ▶ [ ]

| | | | | |
|---|---|---|---|---|
| 27 | Capital stock, trust principal, or current funds | | | |
| 28 | Paid in or capital surplus  or land  bldg , and equipment fund | | | |
| 29 | Retained earnings  accumulated income  endowment  or other funds | | | |
| 30 | Total net assets or fund balances (see page 17 of the instructions) | 111,488,989. | 118,899,261. | |
| 31 | Total liabilities and net assets/fund balances (see page 17 of the instructions) | 119,048,425. | 131,004,273. | |

## Part III  Analysis of Changes in Net Assets or Fund Balances

| | | | |
|---|---|---|---|
| 1 | Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | 1 | 111,488,989. |
| 2 | Enter amount from Part I, line 27a | 2 | 6,725,350. |
| 3 | Other increases not included in line 2 (itemize) ▶ _____ SEE STATEMENT 16 | 3 | 4,335,319. |
| 4 | Add lines 1, 2, and 3 | 4 | 122,549,658. |
| 5 | Decreases not included in line 2 (itemize) ▶ _____ SEE STATEMENT 17 | 5 | 3,650,397. |
| 6 | Total net assets or fund balances at end of year (line 4 minus line 5) - Part II  column (b)  line 30 | 6 | 118,899,261. |

Form 990-PF (2000)

JSA
0E1420 2 000

Form 990-PF (2000)    13-3410749    Page 3

## Part IV    Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (e g , real estate, 2-story brick warehouse, or common stock, 200 shs MLC Co ) | (b) How acquired P-Purchase D-Donation | (c) Date acquired (mo , day, yr ) | (d) Date sold (mo , day, yr ) |
|---|---|---|---|
| 1a SEE PART IV SCHEDULE | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| | (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| | (i) F M V as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col (i) over col (j), if any | (l) Gains (Col (h) gain minus col (k), but not less than -0-) or Losses (from col (h)) |
|---|---|---|---|---|
| a | | | | |
| b | | | | |
| c | | | | |
| d | | | | |
| e | | | | |

| | | | |
|---|---|---|---|
| 2 Capital gain net income or (net capital loss) { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 } | 2 | 5,560,413. |
| 3 Net short-term capital gain or (loss) as defined in sections 1222(5) and (6) If gain, also enter in Part I, line 8, column (c) (see pages 13 and 17 of the instructions) If (loss), enter -0- in Part I, line 8 } | 3 | |

## Part V    Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income )

If section 4940(d)(2) applies, leave this part blank

Was the organization liable for the section 4942 tax on the distributable amount of any year in the base period?    ☐ Yes ☒ No
If "Yes," the organization does not qualify under section 4940(e)  Do not complete this part

1    Enter the appropriate amount in each column for each year, see page 18 of the instructions before making any entries

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col (b) divided by col (c)) |
|---|---|---|---|
| 1999 | 8,066,719. | 142,412,730. | 0.05664324390 |
| 1998 | 74,703,790. | 125,110,995. | 0.59710011898 |
| 1997 | 15,817,350. | 106,058,918. | 0.14913738796 |
| 1996 | 6,147,897. | 103,025,147. | 0.05967375130 |
| 1995 | 5,971,536. | 93,985,401. | 0.06353684654 |

| | | | |
|---|---|---|---|
| 2 | Total of line 1, column (d) | 2 | 0.92609134868 |
| 3 | Average distribution ratio for the 5-year base period-divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years | 3 | 0.18521826974 |
| 4 | Enter the net value of noncharitable-use assets for 2000 from Part X, line 5 | 4 | 156,771,385. |
| 5 | Multiply line 4 by line 3 | 5 | 29,036,925. |
| 6 | Enter 1% of net investment income (1% of Part I, line 27b) | 6 | 100,295. |
| 7 | Add lines 5 and 6 | 7 | 29,137,220. |
| 8 | Enter qualifying distributions from Part XII, line 4 | 8 | 10,295,617. |

If line 8 is equal to or greater than line 7  check the box in Part VI  line 1b and complete that part using a 1% tax rate  See the Part VI instructions on page 18

JSA
0E1430 2 000

Form 990 PF (2000)                                    13-3410749           Page 4

**Part VI**   **Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 - see page 16 of the instructions)**

| | | | | |
|---|---|---|---|---|
| 1a | Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1 | | | |
| | Date of ruling letter _ _ _ _ _ _ _ _ _ (attach copy of ruling letter if necessary - see instructions) | | | |
| b | Domestic organizations that meet the section 4940(e) requirements in Part V, check here ▶ ☐ and enter 1% of Part I, line 27b | 1 | 200,590. |
| c | All other domestic organizations enter 2% of line 27b. Exempt foreign organizations enter 4% of Part I, line 12, col (b) | | |
| 2 | Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | 2 | |
| 3 | Add lines 1 and 2 | 3 | 200,590. |
| 4 | Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only. Others enter -0-) | 4 | NONE |
| 5 | Tax based on investment income. Subtract line 4 from line 3. If zero or less, enter -0- | 5 | 200,590. |
| 6 | Credits/Payments | | |
| a | 2000 estimated tax payments and 1999 overpayment credited to 2000 | 6a | 233,079. | |
| b | Exempt foreign organizations - tax withheld at source | 6b | NONE | |
| c | Tax paid with application for extension of time to file (Form 8868) | 6c | NONE | |
| d | Backup withholding erroneously withheld | 6d | | |
| 7 | Total credits and payments. Add lines 6a through 6d | 7 | 233,079. |
| 8 | Enter any penalty or underpayment of estimated tax. Check here ☐ if Form 2220 is attached | 8 | |
| 9 | Tax due. If the total of lines 5 and 8 is more than line 7, enter amount owed ▶ | 9 | |
| 10 | Overpayment. If line 7 is more than the total of lines 5 and 8, enter the amount overpaid ▶ | 10 | 32,489. |
| 11 | Enter the amount of line 10 to be: Credited to 2001 estimated tax ▶ 32,489.   Refunded ▶ | 11 | |

**Part VII-A**   **Statements Regarding Activities**

| | | | Yes | No |
|---|---|---|---|---|
| 1 a | During the tax year, did the organization attempt to influence any national, state, or local legislation or did it participate or intervene in any political campaign? | 1a | | X |
| b | Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see page 19 of the instructions for definition)? | 1b | | X |
| | If the answer is "Yes" to 1a or 1b attach a detailed description of the activities and copies of any materials published or distributed by the organization in connection with the activities | | | |
| c | Did the organization file Form 1120-POL for this year? | 1c | N/A | |
| d | Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year | | | |
| | (1) On the organization ▶ $ _____ (2) On organization managers ▶ $ _____ | | | |
| e | Enter the reimbursement (if any) paid by the organization during the year for political expenditure tax imposed on organization managers ▶ $ _____ | | | |
| 2 | Has the organization engaged in any activities that have not previously been reported to the IRS? | 2 | | X |
| | If "Yes," attach a detailed description of the activities | | | |
| 3 | Has the organization made any changes, not previously reported to the IRS, in its governing instrument, articles of incorporation, or bylaws, or other similar instruments? If "Yes," attach a conformed copy of the changes | 3 | | X |
| 4 a | Did the organization have unrelated business gross income of $1 000 or more during the year? | 4a | | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? | 4b | N/A | |
| 5 | Was there a liquidation, termination, dissolution, or substantial contraction during the year? | 5 | | X |
| | If "Yes," attach the statement required by General Instruction T | | | |
| 6 | Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either | | | |
| | • By language in the governing instrument or | | | |
| | • By state legislation that effectively amends the governing instrument so that no mandatory directions that conflict with the state law remain in the governing instrument? | 6 | X | |
| 7 | Did the organization have at least $5 000 in assets at any time during the year? If "Yes" complete Part II, col (c) and Part XV | 7 | X | |
| 8 a | Enter the states to which the foundation reports or with which it is registered (see page 19 of the instructions) ▶ NEW YORK | | | |
| b | If the answer is "Yes" to line 7, has the organization furnished a copy of Form 990-PF to the Attorney General (or designate) of each state as required by General Instruction G? If "No," attach explanation | 8b | X | |
| 9 | Is the organization claiming status as a private operating foundation within the meaning of section 4942(j)(3) or 4942(j)(5) for calendar year 2000 or the taxable year beginning in 2000 (see instructions for Part XIV on page 25)? If "Yes" complete Part XIV | 9 | | X |
| 10 | Did any persons become substantial contributors during the tax year? If "Yes" attach a schedule listing their names and addresses | 10 | | X |
| 11 | Did the organization comply with the public inspection requirements for its annual returns and exemption application? | 11 | X | |
| 12 | The books are in care of ▶ THE FOUNDATION   Telephone no ▶ 212-387-7555 | | | |
| | Located at ▶ 65 BLEECKER STREET NY, NY   ZIP+4 ▶ 10012 | | | |
| 13 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of Form 1041 - Check here ▶ ☐ and enter the amount of tax-exempt interest received or accrued during the year ▶ | 13 | | |

Form 990-PF (2000)

JSA
0E1440 2 000

8BC04N M261                              V0.07.01                              10

Form 990-PF (2000)          13-3410749    Page 5

## Part VII-B   Statements Regarding Activities for Which Form 4720 May Be Required

File Form 4720 if any item is checked in the "Yes" column, unless an exception applies

|  |  | Yes | No |
|---|---|---|---|
| **1 a** During the year did the organization (either directly or indirectly) |  |  |  |
|    (1) Engage in the sale or exchange, or leasing of property with a disqualified person?   ☐ Yes ☒ No |  |  |  |
|    (2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from) |  |  |  |
|        a disqualified person?   ☐ Yes ☒ No |  |  |  |
|    (3) Furnish goods, services, or facilities to (or accept them from) a disqualified person?   ☐ Yes ☒ No |  |  |  |
|    (4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person?   ☒ Yes ☐ No |  |  |  |
|    (5) Transfer any income or assets to a disqualified person (or make any of either available |  |  |  |
|        for the benefit or use of a disqualified person)?   ☐ Yes ☒ No |  |  |  |
|    (6) Agree to pay money or property to a government official? (Exception  Check "No" |  |  |  |
|        if the organization agreed to make a grant to or to employ the official for a period |  |  |  |
|        after termination of government service, if terminating within 90 days )   ☐ Yes ☒ No |  |  |  |
|   **b** If any answer is 'Yes' to 1a(1)-(6), did any of the acts fail to qualify under the exceptions described in Regulations |  |  |  |
|      section 53 4941(d)-3 or in a current notice regarding disaster assistance (see page 20 of the instructions)? | **1b** |  | X |
|      Organizations relying on a current notice regarding disaster assistance check here   ▶ ☐ |  |  |  |
|   **c** Did the organization engage in a prior year in any of the acts described in 1a, other than excepted acts, |  |  |  |
|      that were not corrected before the first day of the tax year beginning in 2000? | **1c** |  | X |
| **2** Taxes on failure to distribute income (section 4942) (does not apply for years the organization was a private |  |  |  |
|    operating foundation defined in section 4942(j)(3) or 4942(j)(5)) |  |  |  |
|   **a** At the end of tax year 2000, did the organization have any undistributed income (lines 6d |  |  |  |
|      and 6e, Part XIII) for tax year(s) beginning before 2000?   ☐ Yes ☒ No |  |  |  |
|      If 'Yes,' list the years ▶ 19_____, 19_____, 19_____, 19_____ |  |  |  |
|   **b** Are there any years listed in 2a for which the organization is not applying the provisions of section 4942(a)(2) |  |  |  |
|      (relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2) |  |  |  |
|      to all years listed, answer 'No' and attach statement - see page 20 of the instructions ) | **2b** |  | N/A |
|   **c** If the provisions of section 4942(a)(2) are being applied to any of the years listed in 2a, list the years here |  |  |  |
|      ▶ 19_____, 19_____, 19_____, 19_____ |  |  |  |
| **3 a** Did the organization hold more than a 2% direct or indirect interest in any business |  |  |  |
|     enterprise at any time during the year?   ☐ Yes ☒ No |  |  |  |
|   **b** If 'Yes,' did it have excess business holdings in 2000 as a result of (1) any purchase by the organization |  |  |  |
|      or disqualified persons after May 26, 1969, (2) the lapse of the 5-year period (or longer period approved |  |  |  |
|      by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest  or (3) |  |  |  |
|      the lapse of the 10- 15-, or 20-year first phase holding period? {Use Schedule C  Form 4720  to determine |  |  |  |
|      if the organization had excess business holdings in 2000 ) | **3b** |  | N/A |
| **4 a** Did the organization invest during the year any amount in a manner that would jeopardize its charitable purposes? | **4a** |  | X |
|   **b** Did the organization make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable |  |  |  |
|      purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2000? | **4b** |  | X |
| **5 a** During the year did the organization pay or incur any amount to |  |  |  |
|    (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))?   ☐ Yes ☒ No |  |  |  |
|    (2) Influence the outcome of any specific public election (see section 4955), or to carry |  |  |  |
|        on, directly or indirectly, any voter registration drive?   ☐ Yes ☒ No |  |  |  |
|    (3) Provide a grant to an individual for travel, study, or other similar purposes?   ☐ Yes ☒ No |  |  |  |
|    (4) Provide a grant to an organization other than a charitable, etc , organization described |  |  |  |
|        in section 509(a)(1), (2), or (3) or section 4940(d)(2)?   ☒ Yes ☐ No |  |  |  |
|    (5) Provide for any purpose other than religious, charitable, scientific  literary, or |  |  |  |
|        educational purposes  or for the prevention of cruelty to children or animals?   ☐ Yes ☒ No |  |  |  |
|   **b** If any answer is 'Yes' to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in |  |  |  |
|      Regulations section 53 4945 or in a current notice regarding disaster assistance (see page 20 of the instructions)? | **5b** |  | X |
|      Organizations relying on a current notice regarding disaster assistance check here   ▶ ☐ |  |  |  |
|   **c** If the answer is "Yes" to question 5a(4), does the organization claim exemption from the |  |  |  |
|      tax because it maintained expenditure responsibility for the grant? *SEE STATEMENT #21*   ☒ Yes ☐ No |  |  |  |
|      If 'Yes ' attach the statement required by Regulations section 53 4945-5(d) |  |  |  |
| **6 a** Did the organization, during the year, receive any funds, directly or indirectly, to pay |  |  |  |
|     premiums on a personal benefit contract?   ☐ Yes ☒ No |  |  |  |
|   **b** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **6b** |  | X |
|      If you answered "Yes" to 6b  also file Form 8870 |  |  |  |

Form 990-PF (2000)

JSA
0E1450 2 000

Form 990-PF (2000)                                                13-3410749            Page 6

**Part VIII**  Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

**1    List all officers, directors, trustees, foundation managers and their compensation (see page 19 of the instructions)**

| (a) Name and address | (b) Title and average hours per week devoted to position | (c) Compensation (if not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account other allowances |
|---|---|---|---|---|
| SEE STATEMENT 19 | | 537,239. | 69,000. | NONE |
| | | | | |
| | | | | |
| | | | | |

**2    Compensation of five highest-paid employees (other than those included on line 1 - see page 21 of the instructions). If none, enter "NONE."**

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account other allowances |
|---|---|---|---|---|
| PAMELA CLAPP<br>50 WHITE STREET  NY NY 10013 | PROGRAM DIRECTOR<br>40 HRS.\WK | 156,000. | 30,000. | NONE |
| CLAUDIA DEFENDI<br>28 AUBREY ROAD NJ 07043 | CHIEF CURATOR<br>40 HRS.\WK | 111,384 | 22,277. | NONE |
| MARTIN CRIBBS<br>321 EAST 43RD ST. NY,NY 10017 | LICENSING DIRECTOR<br>40 HRS.\WK | 90,000. | 18,000. | NONE |
| VIVIENNE BARRIFFE<br>1040 EAST 102ND ST BKLYN NY | ACCOUNTANT<br>40 HRS.\WK | 78,000. | 15,500. | NONE |
| YONA BACKER<br>12 EAST 86TH ST. NY,NY 10028 | ASSOC PROGRAM DIR<br>40 HRS.\WK | 85,000. | 17,000. | NONE |

Total number of other employees paid over $50,000 ............................▶  9

**3    Five highest-paid independent contractors for professional services - (see page 21 of the instructions). If none, enter "NONE."**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| VINCENT FREEMONT ENTERPRISES<br>ONE UNION SQUARE WEST NY,NY 10003 | ART SALES | 950,000. |
| HEINER FRIEDRICH<br>325 PARK HILL AVENUE YONKERS,NY 10705 | ART SALES | 170,000. |
| COBLENCE AND WARNER<br>415 MADISON AVENUE NY, NY 10017 | LEGAL | 203,858 |
| CONDON O'MEARA MCGINTY & DONNELLY LLP<br>300 EAST 42ND STREET NY, NY 10017 | ACCOUNTING | 168,886. |
| TIMOTHY HUNT<br>135 EASTERN PARKWAY BROOKLYN, NY 11203 | ART SALES | 309,657. |

Total number of others receiving over $50,000 for professional services ...........▶  1

**Part IX-A**  Summary of Direct Charitable Activities

| List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc. | Expenses |
|---|---|
| 1  NOT APPLICABLE | |
| 2 | |
| 3 | |
| 4 | |

Form 990-PF (2000)

Form 990-PF (2000)                                                13-3410749        Page 7

## Part IX-B  Summary of Program-Related Investments (see page 22 of the instructions)

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2 | Amount |
|---|---|
| 1  NOT APPLICABLE | |
| | |
| 2 | |
| | |
| All other program related investments  See page 22 of the instructions | |
| 3  NONE | |
| | |

## Part X  Minimum Investment Return (All domestic foundations must complete this part  Foreign foundations, see page 22 of the instructions )

| | | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc , purposes | | |
| a | Average monthly fair market value of securities | 1a | 67,600,807. |
| b | Average of monthly cash balances | 1b | 18,558,051. |
| c | Fair market value of all other assets (see page 23 of the instructions) SEE STATEMENT # 22 | 1c | 72,999,909 |
| d | Total (add lines 1a, b, and c) | 1d | 159,158,767. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation)  SEE STATEMENT 20  1e  95,287,264. | | |
| 2 | Acquisition indebtedness applicable to line 1 assets | 2 | NONE |
| 3 | Subtract line 2 from line 1d | 3 | 159,158,767 |
| 4 | Cash deemed held for charitable activities  Enter 1 1/2% of line 3 (for greater amount, see page 23 of the instructions) | 4 | 2,387,382 |
| 5 | Net value of noncharitable-use assets  Subtract line 4 from line 3  Enter here and on Part V, line 4 | 5 | 156,771,385. |
| 6 | Minimum investment return  Enter 5% of line 5 | 6 | 7,838,569. |

## Part XI  Distributable Amount (see page 23 of the instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ► ☐  and do not complete this part )

| | | | | |
|---|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 | | 1 | 7,838,569 |
| 2 a | Tax on investment income for 2000 from Part VI, line 5 | 2a  200,590. | | |
| b | Income tax for 2000  (This does not include the tax from Part VI ) | 2b | | |
| c | Add lines 2a and 2b | | 2c | 200,590. |
| 3 | Distributable amount before adjustments  Subtract line 2c from line 1 | | 3 | 7,637,979. |
| 4 a | Recoveries of amounts treated as qualifying distributions | 4a  NONE | | |
| b | Income distributions from section 4947(a)(2) trusts | 4b | | |
| c | Add lines 4a and 4b | | 4c | NONE |
| 5 | Add lines 3 and 4c | | 5 | 7,637,979 |
| 6 | Deduction from distributable amount (see page 23 of the instructions) | | 6 | NONE |
| 7 | Distributable amount as adjusted  Subtract line 6 from line 5  Enter here and on Part XIII, line 1 | | 7 | 7,637,979. |

## Part XII  Qualifying Distributions (see page 24 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc , purposes | | |
| a | Expenses, contributions, gifts, etc - total from Part I, column (d), line 26 | 1a | 10,295,617 |
| b | Program-related investments - total of Part IX-B | 1b | NONE |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc , purposes | 2 | NONE |
| 3 | Amounts set aside for specific charitable projects that satisfy the | | |
| a | Suitability test (prior IRS approval required) | 3a | NONE |
| b | Cash distribution test (attach the required schedule) | 3b | NONE |
| 4 | Qualifying distributions  Add lines 1a through 3b  Enter here and on Part V, line 8 and Part XIII, line 4 | 4 | 10,295,617. |
| 5 | Organizations that qualify under section 4940(e) for the reduced rate of tax on net investment income  Enter 1% of Part I, line 27b (see page 24 of the instructions) | 5 | N/A |
| 6 | Adjusted qualifying distributions  Subtract line 5 from line 4 | 6 | 10,295,617. |

Note  The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years

JSA
0E1470 2 000

Form 990-PF (2000)

8BC04N M261                    V0.07.01                        13

Form 990 PF (2000)　　　　　　　　　　　　　　　　　　　　　　13-3410749　　　　　　　　　　　Page 8

| **Part XIII** | **Undistributed Income** (see page 24 of the instructions) | | | | |
|---|---|---|---|---|---|
| | | **(a)** Corpus | **(b)** Years prior to 1999 | **(c)** 1999 | **(d)** 2000 |
| 1 | Distributable amount for 2000 from Part XI line 7 | | | | 7,637,979. |
| 2 | Undistributed income, if any, as of the end of 1999 | | | | |
| a | Enter amount for 1999 | | | NONE | |
| b | Total for prior years: | | NONE | | |
| 3 | Excess distributions carryover, if any, to 2000 | | | | |
| a | From 1995 | 1,290,557. | | | |
| b | From 1996 | 1,010,733. | | | |
| c | From 1997 | 10,357,405. | | | |
| d | From 1998 | 68,496,828. | | | |
| e | From 1999 | 1,006,003. | | | |
| f | Total of lines 3a through e | 82,161,526. | | | |
| 4 | Qualifying distributions for 2000 from Part XII, line 4 ▶ 10,295,617. | | | | |
| a | Applied to 1999, but not more than line 2a | | | NONE | |
| b | Applied to undistributed income of prior years (Election required - see page 25 of the instructions) | | NONE | | |
| c | Treated as distributions out of corpus (Election required - see page 25 of the instructions) | NONE | | | |
| d | Applied to 2000 distributable amount | | | | 7,637,979 |
| e | Remaining amount distributed out of corpus | 2,657,638. | | | |
| 5 | Excess distributions carryover applied to 2000 (If an amount appears in column (d), the same amount must be shown in column (a)) | NONE | | | NONE |
| 6 | Enter the net total of each column as indicated below | | | | |
| a | Corpus  Add lines 3f, 4c, and 4e  Subtract line 5 | 84,819,164. | | | |
| b | Prior years' undistributed income  Subtract line 4b from line 2b | | NONE | | |
| c | Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed | | NONE | | |
| d | Subtract line 6c from line 6b  Taxable amount - see page 25 of the instructions | | NONE | | |
| e | Undistributed income for 1999  Subtract line 4a from line 2a  Taxable amount  see page 23 of the instructions | | | NONE | |
| f | Undistributed income for 2000  Subtract lines 4d and 5 from line 1  This amount must be distributed in 2001 | | | | NONE |
| 7 | Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(E) or 4942(g)(3) (see page 25 of the instructions) | NONE | | | |
| 8 | Excess distributions carryover from 1995 not applied on line 5 or line 7 (see page 25 of the instructions) | 1,290,557. | | | |
| 9 | Excess distributions carryover to 2001  Subtract lines 7 and 8 from line 6a | 83,528,607. | | | |
| 10 | Analysis of line 9 | | | | |
| a | Excess from 1996 | 1,010,733. | | | |
| b | Excess from 1997 | 10,357,405 | | | |
| c | Excess from 1998 | 68,496,828 | | | |
| d | Excess from 1999 | 1,006,003. | | | |
| e | Excess from 2000 | 2,657,638. | | | |

Form **990-PF** (2000)

Form 990 PF (2000)

13-3410749    Page 9

## Part XIV  Private Operating Foundations (see page 25 of the instructions and Part VII-A, question 9)    NOT APPLICABLE

**1 a** If the foundation has received a ruling or determination letter that it is a private operating foundation  and the ruling is effective for 2000, enter the date of the ruling ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section ☐ 4942(j)(3) or ☐ 4942(j)(5)

| | Tax year | Prior 3 years | | | |
|---|---|---|---|---|---|
| **2 a** Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed | **(a) 2000** | **(b) 1999** | **(c) 1998** | **(d) 1997** | **(e) Total** |
| **b** 85% of line 2a | | | | | |
| **c** Qualifying distributions from Part XII line 4 for each year listed | | | | | |
| **d** Amounts included in line 2c not used directly for active conduct of exempt activities | | | | | |
| **e** Qualifying distributions made directly for active conduct of exempt activities. Subtract line 2d from line 2c | | | | | |
| **3** Complete 3a b or c for the alternative test relied upon | | | | | |
| **a** "Assets" alternative test  enter | | | | | |
| (1) Value of all assets | | | | | |
| (2) Value of assets qualifying under section 4942(j)(3)(B)(i) | | | | | |
| **b** "Endowment" alternative test Enter 2/3 of minimum investment return shown in Part X line 6 for each year listed | | | | | |
| **c** "Support" alternative test  enter | | | | | |
| (1) Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)) or royalties) | | | | | |
| (2) Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) | | | | | |
| (3) Largest amount of support from an exempt organization | | | | | |
| (4) Gross investment income | | | | | |

## Part XV  Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year -- see page 26 of the instructions.)

**1  Information Regarding Foundation Managers**

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation before the close of any tax year (but only if they have contributed more than $5,000) (See section 507(d)(2) )

NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the ownership of a partnership or other entity) of which the foundation has a 10% or greater interest

NONE

**2  Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc , Programs**

Check here ▶ ☐ if the organization only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds

If the organization makes gifts, grants  etc  (see page 26 of the instructions) to individuals or organizations under other conditions, complete items 2a, b c, and d

**a** The name, address, and telephone number of the person to whom applications should be addressed

SEE ATTACHMENT TO STATEMENT 21

**b** The form in which applications should be submitted and information and materials they should include

SEE ATTACHMENT TO STATEMENT 21

**c** Any submission deadlines

SEE ATTACHMENT TO STATEMENT 21

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other factors SEE ATTACHMENT TO STATEMENT 21

JSA
0E1490 2 000

BBC04N M261

V0.07.01

Form 990-PF (2000)

15

Form 990 PF (2000)                                                              13-3410749          Page 10

**Part XV**   **Supplementary Information (continued)**

**3   Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient | If recipient is an individual show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
|---|---|---|---|---|
| Name and address (home or business) | | | | |
| **a** *Paid during the year* | | | | |
| SEE STATEMENT 21 | | | | 8,972,102. |
| Total | | | ► 3a | 8,972,102. |
| **b** *Approved for future payment* | | | | |
| SEE STATEMENT 21 | | | | 9,350,596. |
| Total | | | ► 3b | 9,350,596. |

JSA
0E1491 2 000

Form **990-PF** (2000)

Form 990-PF (2000)                                                    13-3410749

Page 11

## Part XVI-A  Analysis of Income-Producing Activities

| Enter gross amounts unless otherwise indicated | Unrelated business income | | Excluded by section 512, 513 or 514 | | (e) Related or exempt function income (See page 26 of the instructions) |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | |
| 1 Program service revenue | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| g Fees and contracts from government agencies | | | | | |
| 2 Membership dues and assessments | | | | | |
| 3 Interest on savings and temporary cash investments | | | 14 | 4,373,384 | |
| 4 Dividends and interest from securities | | | 14 | 152,641 | |
| 5 Net rental income or (loss) from real estate | | | | | |
| a Debt-financed property | | | | | |
| b Not debt-financed property | | | | | |
| 6 Net rental income or (loss) from personal property | | | | | |
| 7 Other investment income | | | | | |
| 8 Gain or (loss) from sales of assets other than inventory | | | 18 | 22,091,163. | |
| 9 Net income or (loss) from special events | | | | | |
| 10 Gross profit or (loss) from sales of inventory | | | | | |
| 11 Other revenue  a | | | | | |
| b ROYALTIES&LICENSE | | | 15 | 711,911. | |
| c ADDITION OF ARTWORK | | | | | 4,250. |
| d OTHER REVENUE | | | | | 2,367. |
| e | | | | | |
| 12 Subtotal  Add columns (b), (d), and (e) | | | | 27,329,099 | 6,617. |
| 13 Total  Add line 12, columns (b), (d), and (e) | | | | ▶13 | 27,335,716. |

(See worksheet in line 13 instructions on page 27 to verify calculations )

## Part XVI-B  Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes) (See page 27 of the instructions ) |
|---|---|
| 11 C | RECORDING ADDITIONAL PIECE OF ARTWORK. |
| 11 D | MISCELLANEOUS INCOME USED IN THE ORGANIZATION'S EXEMPT PURPOSE. |

Form **990-PF** (2000)

Form 990 PF (2000)                                                    13-3410749        Page 12

**Part XVII**  Information Regarding Transfers To and Transactions and Relationships With Noncharitable
Exempt Organizations

|  |  |  | Yes | No |
|---|---|---|---|---|
| 1 | Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? |  |  |  |
| a | Transfers from the reporting organization to a noncharitable exempt organization of |  |  |  |
|  | (1) Cash | 1a(1) |  | X |
|  | (2) Other assets | 1a(2) |  | X |
| b | Other Transactions |  |  |  |
|  | (1) Sales of assets to a noncharitable exempt organization | 1b(1) |  | X |
|  | (2) Purchases of assets from a noncharitable exempt organization | 1b(2) |  | X |
|  | (3) Rental of facilities, equipment, or other assets | 1b(3) |  | X |
|  | (4) Reimbursement arrangements | 1b(4) |  | X |
|  | (5) Loans or loan guarantees | 1b(5) |  | X |
|  | (6) Performance of services or membership or fundraising solicitations | 1b(6) |  | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees | 1c |  | X |

d If the answer to any of the above is "Yes," complete the following schedule  Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization  If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets  or services received

| (a) Line no | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

2 a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527?   ☐ Yes  ☒ No

b  If "Yes," complete the following schedule

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

...ding accompanying schedules and statements, and to the best of my knowledge and belief  it is ...or fiduciary) is based on all information of which preparer has any knowledge

12/25/02    ► Chief Financial Officer

| Form **990-PF** | **Return of Private Foundation** | | OMB No 1545-0052 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | or Section 4947(a)(1) Nonexempt Charitable Trust Treated as a Private Foundation<br>Note: The organization may be able to use a copy of this return to satisfy state reporting requirements | | **2002** |

**For calendar year 2002, or tax year beginning** 05/01 **, 2002, and ending** 04/30/2003

**G Check all that apply:** Initial return | Final return | Amended return | Address change | Name change

| | Name of organization | | A Employer identification number |
|---|---|---|---|
| Use the IRS label. Otherwise, print or type. See Specific Instructions. | THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC. | | 13-3410749 |
| | Number and street (or P O box number if mail is not delivered to street address) | Room/suite | B Telephone number (see page 10 of the instructions) |
| | 65 BLEECKER STREET | 7TH FL. | (212) 387-7555 |
| | City or town, state, and ZIP code | | C If exemption application is pending, check here ▶ |
| | NEW YORK, NY 10012 | | D 1. Foreign organizations, check here ▶ |

2. Foreign organizations meeting the 85% test, check here and attach computation ▶

**H Check type of organization:** [X] Section 501(c)(3) exempt private foundation

Section 4947(a)(1) nonexempt charitable trust | Other taxable private foundation

**I** Fair market value of all assets at end of year (from Part II, col. (c), line 16) ▶ 207,063,491.

**J Accounting method:** Cash | Accrual | [X] Other (specify) MODIFIED CASH

(Part I, column (d) must be on cash basis.)

E If private foundation status was terminated under section 507(b)(1)(A), check here ▶

F If the foundation is in a 60-month termination under section 507(b)(1)(B), check here ▶

**Part I** Analysis of Revenue and Expenses (The total of amounts in columns (b), (c), and (d) may not necessarily equal the amounts in column (a) (see page 10 of the instructions).)

| | | (a) Revenue and expenses per books | (b) Net investment income | (c) Adjusted net income | (d) Disbursements for charitable purposes (cash basis only) |
|---|---|---|---|---|---|
| 1 | Contributions, gifts, grants, etc, received (attach schedule)<br>Check ▶ if the foundation is not required to attach Sch B | | | | |
| 2 | Distributions from split-interest trusts | | | | |
| 3 | Interest on savings and temporary cash investments | 396,823. | 396,823. | | STMT 1 |
| 4 | Dividends and interest from securities | 4,061,045. | 4,061,045. | | STMT 2 |
| 5a | Gross rents | | | | |
| b | (Net rental income or (loss) ) | | | | |
| 6a | Net gain or (loss) from sale of assets not on line 10 | 12,748,980. | | | |
| b | Gross sales price for all assets on line 6a 134,875,929. | | | | |
| 7 | Capital gain net income (from Part IV, line 2) | | | | |
| 8 | Net short-term capital gain | | | | |
| 9 | Income modifications | | | | |
| 10a | Gross sales less returns and allowances | | | | |
| b | Less Cost of goods sold | | | | |
| c | Gross profit or (loss) (attach schedule) | | | | |
| 11 | Other income (attach schedule) | 1,037,321. | 1,017,951. | | STMT 3 |
| 12 | **Total. Add lines 1 through 11** | 18,244,169. | 5,475,819. | | |
| 13 | Compensation of officers, directors, trustees, etc | 553,925. | 132,659. | | 151,743. |
| 14 | Other employee salaries and wages | 1,294,400. | 188,448. | | 458,214. |
| 15 | Pension plans, employee benefits | 612,836. | 98,687. | | 201,357. |
| 16a | Legal fees (attach schedule) STMT 4 | 92,857. | 58,477. | | 15,773. |
| b | Accounting fees (attach schedule) STMT 5 | 117,945. | 29,487. | | 35,383. |
| c | Other professional fees (attach schedule) STMT 6 | 411,702. | 322,033. | | 6,700. |
| 17 | Interest | | | | |
| 18 | Taxes (attach schedule) (see page 13 of the instructions) STMT 7 | 194,459. | 19,398. | | 39,579. |
| 19 | Depreciation (attach schedule) and depletion | | | | |
| 20 | Occupancy | 144,040. | 19,480. | | 71,265. |
| 21 | Travel, conferences, and meetings | 131,074. | 28,851. | | 76,890. |
| 22 | Printing and publications | | | | |
| 23 | Other expenses (attach schedule) STMT 8 | 1,088,642. | 76,761. | | 159,063. |
| 24 | Total operating and administrative expenses. Add lines 13 through 23 | 4,641,880. | 974,281. | | 1,215,967. |
| 25 | Contributions, gifts, grants paid STMT 9 | 3,981,865. | | | 4,607,175. |
| 26 | **Total expenses and disbursements** Add lines 24 and 25 | 8,623,745. | 974,281. | | 5,823,142. |
| 27 | Subtract line 26 from line 12 | | | | |
| a | Excess of revenue over expenses and disbursements | 9,620,424. | | | |
| b | Net investment income (if negative, enter -0-) | | 4,501,538. | | |
| c | Adjusted net income (if negative, enter -0-) | | | | |

RECEIVED MAR 2 2 2004 IRS-OSC

ENVELOPE POSTMARK DATE MAR 1 2 2004

SCANNED MAR 25 2004

Operating and Administrative Expenses

JSA 2E1410 1 000

For Paperwork Reduction Act Notice, see the instructions.

8BC04N M261    V02-6

Form **990-PF** (2002)

4

Form 990-PF (2002)                                13-3410749                                    Page **2**

## Part II  Balance Sheets
Attached schedules and amounts in the description column should be for end-of-year amounts only. (See instructions.)

| | | Beginning of year (a) Book Value | End of year (b) Book Value | End of year (c) Fair Market Value |
|---|---|---|---|---|
| **Assets** | **1** Cash - non-interest-bearing | 550. | 550. | 550. |
| | **2** Savings and temporary cash investments | 31,334,342. | 26,037,041. | 26,037,041. |
| | **3** Accounts receivable ▶ _____211,358._ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | 346,318. | 211,358. | 211,358. |
| | **4** Pledges receivable ▶ _____ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | | | |
| | **5** Grants receivable | | | |
| | **6** Receivables due from officers, directors, trustees, and other disqualified persons (attach schedule) (see page 15 of the instructions) | | | |
| | **7** Other notes and loans receivable (attach schedule) ▶ _____ | | | |
| | Less: allowance for doubtful accounts ▶ _____ | | | |
| | **8** Inventories for sale or use | | | |
| | **9** Prepaid expenses and deferred charges | | | |
| | **10 a** Investments - U S and state government obligations (attach schedule) | 23,853,982. | 36,663,912. | 36,663,912. |
| | **b** Investments - corporate stock (attach schedule) STMT 11 | 30,295,510. | 35,996,814. | 35,996,814. |
| | **c** Investments - corporate bonds (attach schedule) STMT 12 | 32,836,545. | 36,680,272. | 36,680,272. |
| | **11** Investments - land, buildings, and equipment basis ▶ _____ Less: accumulated depreciation ▶ _____ (attach schedule) | | | |
| | **12** Investments - mortgage loans | | | |
| | **13** Investments - other (attach schedule) STMT 13 | 81,976. | 45,718. | 45,718. |
| | **14** Land, buildings, and equipment basis ▶ _____ Less accumulated depreciation ▶ _____ (attach schedule) | | | |
| | **15** Other assets (describe ▶ _____STMT 14 ) | 26,295,192. | 20,856,063. | 71,427,826. |
| | **16** Total assets (to be completed by all filers - see page 16 of the instructions Also, see page 1, item I) | 145,044,415. | 156,491,728. | 207,063,491. |
| **Liabilities** | **17** Accounts payable and accrued expenses | 2,632,888. | 3,576,140. | |
| | **18** Grants payable | 8,088,059. | 7,400,749. | |
| | **19** Deferred revenue | 574,250. | 278,400. | STMT 15 |
| | **20** Loans from officers, directors, trustees, and other disqualified persons | | | |
| | **21** Mortgages and other notes payable (attach schedule) | | | |
| | **22** Other liabilities (describe ▶ _____ ) | | | |
| | **23** Total liabilities (add lines 17 through 22) | 11,295,197. | 11,255,289. | |
| **Net Assets or Fund Balances** | Organizations that follow SFAS 117, check here ▶ [X] and complete lines 24 through 26 and lines 30 and 31. | | | |
| | **24** Unrestricted | 133,749,218. | 145,236,439. | |
| | **25** Temporarily restricted | | | |
| | **26** Permanently restricted | | | |
| | Organizations that do not follow SFAS 117, check here and complete lines 27 through 31. ▶ ☐ | | | |
| | **27** Capital stock, trust principal, or current funds | | | |
| | **28** Paid-in or capital surplus, or land, bldg , and equipment fund | | | |
| | **29** Retained earnings, accumulated income, endowment, or other funds | | | |
| | **30** Total net assets or fund balances (see page 16 of the instructions) | 133,749,218. | 145,236,439. | |
| | **31** Total liabilities and net assets/fund balances (see page 16 of the instructions) | 145,044,415. | 156,491,728. | |

## Part III  Analysis of Changes in Net Assets or Fund Balances

| | | |
|---|---|---|
| **1** | Total net assets or fund balances at beginning of year - Part II, column (a), line 30 (must agree with end-of-year figure reported on prior year's return) | **1** 133,749,218. |
| **2** | Enter amount from Part I, line 27a | **2** 9,620,424. |
| **3** | Other increases not included in line 2 (itemize) ▶ _SEE STATEMENT 16_ | **3** 2,312,727. |
| **4** | Add lines 1, 2, and 3 | **4** 145,682,369. |
| **5** | Decreases not included in line 2 (itemize) ▶ _____SEE STATEMENT 17_ | **5** 445,930. |
| **6** | Total net assets or fund balances at end of year (line 4 minus line 5) - Part II, column (b), line 30 | **6** 145,236,439. |

Form **990-PF** (2002)

JSA
2E1420 1 000

Form 990-PF (2002)    13-3410749    Page **3**

## Part IV    Capital Gains and Losses for Tax on Investment Income

| (a) List and describe the kind(s) of property sold (e.g., real estate, 2-story brick warehouse, or common stock, 200 shs MLC Co.) | (b) How acquired P-Purchase D-Donation | (c) Date acquired (mo., day, yr.) | (d) Date sold (mo., day, yr.) |
|---|---|---|---|
| 1a   SEE PART IV SCHEDULE | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| (e) Gross sales price | (f) Depreciation allowed (or allowable) | (g) Cost or other basis plus expense of sale | (h) Gain or (loss) (e) plus (f) minus (g) |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

Complete only for assets showing gain in column (h) and owned by the foundation on 12/31/69

| (i) F.M V as of 12/31/69 | (j) Adjusted basis as of 12/31/69 | (k) Excess of col. (i) over col. (j), if any | (l) Gains (Col (h) gain minus col. (k), but not less than -0-) or Losses (from col (h)) |
|---|---|---|---|
| a | | | |
| b | | | |
| c | | | |
| d | | | |
| e | | | |

| | | |
|---|---|---|
| 2   Capital gain net income or (net capital loss) . . . . . { If gain, also enter in Part I, line 7 / If (loss), enter -0- in Part I, line 7 } | 2 | -3,468,554. |
| 3   Net short-term capital gain or (loss) as defined in sections 1222(5) and (6): If gain, also enter in Part I, line 8, column (c) (see pages 12 and 17 of the instructions). If (loss), enter -0- in Part I, line 8 . . . . . . . . . . . . . . . . . . . } | 3 | |

## Part V    Qualification Under Section 4940(e) for Reduced Tax on Net Investment Income

(For optional use by domestic private foundations subject to the section 4940(a) tax on net investment income.)

If section 4940(d)(2) applies, leave this part blank.

Was the organization liable for the section 4942 tax on the distributable amount of any year in the base period? . . . .   ☐ Yes  ☒ No
If "Yes," the organization does not qualify under section 4940(e). Do not complete this part.

1   Enter the appropriate amount in each column for each year, see page 17 of the instructions before making any entries.

| (a) Base period years Calendar year (or tax year beginning in) | (b) Adjusted qualifying distributions | (c) Net value of noncharitable-use assets | (d) Distribution ratio (col (b) divided by col (c)) |
|---|---|---|---|
| 2001 | 6,289,498. | 168,909,203. | 0.03723596991 |
| 2000 | 10,295,617. | 156,771,385. | 0.06567280757 |
| 1999 | 8,066,719. | 142,412,730. | 0.05664324390 |
| 1998 | 74,703,790. | 125,110,995. | 0.59710011898 |
| 1997 | 15,817,350. | 106,058,918. | 0.14913738796 |

| | | |
|---|---|---|
| 2   Total of line 1, column (d) . . . . . . . . . . . . . . . . . . . . . . . | 2 | 0.90578952832 |
| 3   Average distribution ratio for the 5-year base period - divide the total on line 2 by 5, or by the number of years the foundation has been in existence if less than 5 years . . . . . . . . . | 3 | 0.18115790566 |
| 4   Enter the net value of noncharitable-use assets for 2002 from Part X, line 5 . . . . . . . . . | 4 | 196,527,337. |
| 5   Multiply line 4 by line 3 . . . . . . . . . . . . . . . . . . . . . | 5 | 35,602,481. |
| 6   Enter 1% of net investment income (1% of Part I, line 27b) . . . . . . . . . . . . . . . | 6 | 45,015. |
| 7   Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . . . . . | 7 | 35,647,496. |
| 8   Enter qualifying distributions from Part XII, line 4 . . . . . . . . . . . . . . . . | 8 | 5,823,142. |

If line 8 is equal to or greater than line 7, check the box in Part VI, line 1b, and complete that part using a 1% tax rate  See the Part VI instructions on page 17

JSA
2E1430 1 000

Form **990-PF** (2002)

Form 990-PF (2002)                                                13-3410749                                              Page 4

## Part VI    Excise Tax Based on Investment Income (Section 4940(a), 4940(b), 4940(e), or 4948 - see page 17 of the instructions)

| | | | | |
|---|---|---|---|---|
| 1a | Exempt operating foundations described in section 4940(d)(2), check here ▶ ☐ and enter "N/A" on line 1. | | | |
| | Date of ruling letter: _ _ _ _ _ _ _ _ _ (attach copy of ruling letter if necessary - see instructions) . . . . . . . | | | |
| b | Domestic organizations that meet the section 4940(e) requirements in Part V, check | **1** | **90,031.** | |
| | here ▶ ☐ and enter 1% of Part I, line 27b . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | |
| c | All other domestic organizations enter 2% of line 27b Exempt foreign organizations enter 4% of Part I, line 12, col (b) | | | |
| 2 | Tax under section 511 (domestic section 4947(a)(1) trusts and taxable foundations only Others enter -0-) . . . . . . | **2** | | |
| 3 | Add lines 1 and 2 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | **90,031.** | |
| 4 | Subtitle A (income) tax (domestic section 4947(a)(1) trusts and taxable foundations only Others enter -0-) . . . . . . | **4** | **NONE** | |
| 5 | Tax based on investment income. Subtract line 4 from line 3 If zero or less, enter -0- . . . . . . . . . . . . . | **5** | **90,031.** | |
| 6 | Credits/Payments· | | | |
| a | 2002 estimated tax payments and 2001 overpayment credited to 2002 . . . . . . | 6a | 102,635. | | |
| b | Exempt foreign organizations - tax withheld at source . . . . . . . | 6b | | | |
| c | Tax paid with application for extension of time to file (Form 8868) . . . . . . . | 6c | NONE | | |
| d | Backup withholding erroneously withheld . . . . . . . . . . . | 6d | | | |
| 7 | Total credits and payments. Add lines 6a through 6d . . . . . . . . . . . . . . . . . . . . . . . . | **7** | **102,635.** | |
| 8 | Enter any penalty for underpayment of estimated tax Check here ☐ if Form 2220 is attached . . . . . . | **8** | | |
| 9 | Tax due. If the total of lines 5 and 8 is more than line 7, enter amount owed . . . . . . . . . . . ▶ | **9** | | |
| 10 | Overpayment. If line 7 is more than the total of lines 5 and 8, enter the amount overpaid . . . . . . . . ▶ | **10** | **12,604.** | |
| 11 | Enter the amount of line 10 to be Credited to 2003 estimated tax ▶    12,604.    Refunded ▶ | **11** | | |

## Part VII-A    Statements Regarding Activities

| | | | Yes | No |
|---|---|---|---|---|
| 1 a | During the tax year, did the organization attempt to influence any national, state, or local legislation or did | | | |
| | it participate or intervene in any political campaign? . . . . . . . . . . . . . . . . . . . . . . . . . | 1a | | X |
| b | Did it spend more than $100 during the year (either directly or indirectly) for political purposes (see page | | | |
| | 18 of the instructions for definition)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1b | | X |
| | *If the answer is "Yes" to 1a or 1b, attach a detailed description of the activities and copies of any materials* | | | |
| | *published or distributed by the organization in connection with the activities* | | | |
| c | Did the organization file Form 1120-POL for this year? . . . . . . . . . . . . . . . . . . . . . . . | 1c | N/A | |
| d | Enter the amount (if any) of tax on political expenditures (section 4955) imposed during the year: | | | |
| | (1) On the organization ▶ $ _____    (2) On organization managers ▶ $ _____ | | | |
| e | Enter the reimbursement (if any) paid by the organization during the year for political expenditure tax imposed | | | |
| | on organization managers. ▶ $ _____ | | | |
| 2 | Has the organization engaged in any activities that have not previously been reported to the IRS? . . . . . . . | 2 | | X |
| | *If "Yes," attach a detailed description of the activities* | | | |
| 3 | Has the organization made any changes, not previously reported to the IRS, in its governing instrument, articles | | | |
| | of incorporation, or bylaws, or other similar instruments? *If "Yes," attach a conformed copy of the changes* | 3 | X | |
| 4 a | Did the organization have unrelated business gross income of $1,000 or more during the year? . . . . . . . . . | 4a | | X |
| b | If "Yes," has it filed a tax return on Form 990-T for this year? . . . . . . . . . . . . . . . . . . . . | 4b | N/A | |
| 5 | Was there a liquidation, termination, dissolution, or substantial contraction during the year? . . . . . . . . . | 5 | | X |
| | *If "Yes," attach the statement required by General Instruction T.* | | | |
| 6 | Are the requirements of section 508(e) (relating to sections 4941 through 4945) satisfied either | | | |
| | • By language in the governing instrument or | | | |
| | • By state legislation that effectively amends the governing instrument so that no mandatory directions | | | |
| | that conflict with the state law remain in the governing instrument? . . . . . . . . . . . . . . . . . . | 6 | X | |
| 7 | Did the organization have at least $5,000 in assets at any time during the year? *If "Yes," complete Part II, col (c), and Part XV* . . . . | 7 | X | |
| 8 a | Enter the states to which the foundation reports or with which it is registered (see page 19 of the | | | |
| | instructions) ▶ NEW YORK | | | |
| b | If the answer is "Yes" to line 7, has the organization furnished a copy of Form 990-PF to the Attorney | | | |
| | General (or designate) of each state as required by General Instruction G? *If "No," attach explanation* . . . . . . | 8b | X | |
| 9 | Is the organization claiming status as a private operating foundation within the meaning of section 4942(j)(3) | | | |
| | or 4942(j)(5) for calendar year 2002 or the taxable year beginning in 2002 (see instructions for Part XIV on | | | |
| | page 25)? *If "Yes," complete Part XIV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 9 | | X |
| 10 | Did any persons become substantial contributors during the tax year? *If "Yes," attach a schedule listing their names and addresses* | 10 | | X |
| 11 | Did the organization comply with the public inspection requirements for its annual returns and exemption application? . . . . . . . . | 11 | X | |
| | Web site address ▶ _____ WWW.WARHOLFOUNDATION.ORG _____ | | | |
| 12 | The books are in care of ▶ THE FOUNDATION _____    Telephone no ▶ 212-387-7555_____ | | | |
| | Located at ▶ 65 BLEECKER STREET NY, NY _____    ZIP+4 ▶ 10012_____ | | | |
| 13 | Section 4947(a)(1) nonexempt charitable trusts filing Form 990-PF in lieu of Form 1041 - Check here . . . . . . . . . . . . . . ▶ ☐ | | | |
| | and enter the amount of tax-exempt interest received or accrued during the year . . . . . . . . . . ▶ | 13 | | |

JSA
2E1440 1 000                                                                                      Form 990-PF (2002)

Form 990-PF (2002)          13-3410749       Page 5

**Part VII-B**    **Statements Regarding Activities for Which Form 4720 May Be Required**

File Form 4720 if any item is checked in the "Yes" column, unless an exception applies.

| | | Yes | No |
|---|---|---|---|
| **1 a** During the year did the organization (either directly or indirectly) | | | |
| (1) Engage in the sale or exchange, or leasing of property with a disqualified person? . . . . . . . . ☐ Yes ☒ No | | | |
| (2) Borrow money from, lend money to, or otherwise extend credit to (or accept it from) | | | |
| a disqualified person? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| (3) Furnish goods, services, or facilities to (or accept them from) a disqualified person? . . . . . ☐ Yes ☒ No | | | |
| (4) Pay compensation to, or pay or reimburse the expenses of, a disqualified person? . . . . . ☒ Yes ☐ No | | | |
| (5) Transfer any income or assets to a disqualified person (or make any of either available | | | |
| for the benefit or use of a disqualified person)? . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No | | | |
| (6) Agree to pay money or property to a government official? (Exception. Check "No" | | | |
| if the organization agreed to make a grant to or to employ the official for a period | | | |
| after termination of government service, if terminating within 90 days.) . . . . . . . . . . ☐ Yes ☒ No | | | |

**b** If any answer is "Yes" to 1a(1)-(6), did any of the acts fail to qualify under the exceptions described in Regulations
section 53.4941(d)-3 or in a current notice regarding disaster assistance (see page 19 of the instructions)? . . . . . **1b** | — | X

Organizations relying on a current notice regarding disaster assistance check here . . . . . . ▶ ☐

**c** Did the organization engage in a prior year in any of the acts described in 1a, other than excepted acts,
that were not corrected before the first day of the tax year beginning in 2002? . . . . . . . . . . . . . . . . **1c** | — | X

**2** Taxes on failure to distribute income (section 4942) (does not apply for years the organization was a private
operating foundation defined in section 4942(j)(3) or 4942(j)(5))

**a** At the end of tax year 2002, did the organization have any undistributed income (lines 6d
and 6e, Part XIII) for tax year(s) beginning before 2002? . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

If "Yes," list the years ▶ _____ _____ _____ _____

**b** Are there any years listed in 2a for which the organization is not applying the provisions of section 4942(a)(2)
(relating to incorrect valuation of assets) to the year's undistributed income? (If applying section 4942(a)(2)
to all years listed, answer "No" and attach statement - see page 19 of the instructions ). . . . . . . . . . **2b** | N/A

**c** If the provisions of section 4942(a)(2) are being applied to any of the years listed in 2a, list the years here
▶ _____ _____ _____ _____

**3 a** Did the organization hold more than a 2% direct or indirect interest in any business
enterprise at any time during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**b** If "Yes," did it have excess business holdings in 2002 as a result of (1) any purchase by the organization
or disqualified persons after May 26, 1969, (2) the lapse of the 5-year period (or longer period approved
by the Commissioner under section 4943(c)(7)) to dispose of holdings acquired by gift or bequest, or (3)
the lapse of the 10-, 15-, or 20-year first phase holding period? (Use Schedule C, Form 4720, to determine
if the organization had excess business holdings in 2002 ) . . . . . . . . . . . . . . . . . . . . . . . . **3b** | N/A

**4 a** Did the organization invest during the year any amount in a manner that would jeopardize its charitable purposes? . . . . **4a** | | X

**b** Did the organization make any investment in a prior year (but after December 31, 1969) that could jeopardize its charitable
purpose that had not been removed from jeopardy before the first day of the tax year beginning in 2002? . . . . . . . . . . **4b** | | X

**5 a** During the year did the organization pay or incur any amount to:

| (1) Carry on propaganda, or otherwise attempt to influence legislation (section 4945(e))? . . . . ☐ Yes ☒ No |
| (2) Influence the outcome of any specific public election (see section 4955), or to carry |
| on, directly or indirectly, any voter registration drive? . . . . . . . . . . . . . . . . ☐ Yes ☒ No |
| (3) Provide a grant to an individual for travel, study, or other similar purposes? . . . . . . . . ☐ Yes ☒ No |
| (4) Provide a grant to an organization other than a charitable, etc., organization described |
| in section 509(a)(1), (2), or (3), or section 4940(d)(2)? . . . . . . . . . . . . . . ☒ Yes ☐ No |
| (5) Provide for any purpose other than religious, charitable, scientific, literary, or |
| educational purposes, or for the prevention of cruelty to children or animals? . . . . . . ☐ Yes ☒ No |

**b** If any answer is "Yes" to 5a(1)-(5), did any of the transactions fail to qualify under the exceptions described in
Regulations section 53.4945 or in a current notice regarding disaster assistance (see page 20 of the instructions)? . . . . . . **5b** | | X

Organizations relying on a current notice regarding disaster assistance check here . . . . . . . . . . . ▶ ☐

**c** If the answer is "Yes" to question 5a(4), does the organization claim exemption from the
tax because it maintained expenditure responsibility for the grant?  *SEE STATEMENT #22* ☒ Yes ☐ No

If "Yes," attach the statement required by Regulations section 53 4945-5(d)

**6 a** Did the organization, during the year, receive any funds, directly or indirectly, to pay
premiums on a personal benefit contract? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☒ No

**b** Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . . . . . . . **6b** | | X

If you answered "Yes" to 6b, also file Form 8870.

Form **990-PF** (2002)

Form 990-PF (2002)                                                                    13-3410749

Page 6

## Part VIII    Information About Officers, Directors, Trustees, Foundation Managers, Highly Paid Employees, and Contractors

**1    List all officers, directors, trustees, foundation managers and their compensation (see page 20 of the instructions):**

| (a) Name and address | (b) Title, and average hours per week devoted to position | (c) Compensation (If not paid, enter -0-) | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| SEE STATEMENT 19 | | 553,925. | 80,631. | NONE |
| | | | | |
| | | | | |
| | | | | |

**2    Compensation of five highest-paid employees (other than those included on line 1 - see page 20 of the instructions). If none, enter "NONE."**

| (a) Name and address of each employee paid more than $50,000 | (b) Title and average hours per week devoted to position | (c) Compensation | (d) Contributions to employee benefit plans and deferred compensation | (e) Expense account, other allowances |
|---|---|---|---|---|
| PAMELA CLAPP<br>65 BLEECKER ST, NY, NY 10012 | PROGRAM DIR<br>40 HRS/WK | 168,714. | 33,743. | NONE |
| MARTIN CRIBBS<br>65 BLEECKER ST, NY, NY 10012 | LICENSING DIR<br>40 HRS/WK | 97,335. | 19,467. | NONE |
| CLAUDIA DEFENDI<br>65 BLEECKER ST, NY, NY 10012 | CHIEF CURATOR<br>32 HRS/WK | 96,369. | 19,274. | NONE |
| YONA BACKER<br>65 BLEECKER ST, NY, NY 10012 | PROGRAM ASSOC<br>40 HRS/WK | 91,928. | 18,385. | NONE |
| SALLY KING-NERO<br>65 BLEECKER ST, NY, NY 10012 | CURATOR<br>40 HRS/WK | 91,928. | 18,385. | NONE |

Total number of other employees paid over $50,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 8

**3    Five highest-paid independent contractors for professional services - (see page 20 of the instructions). If none, enter "NONE."**

| (a) Name and address of each person paid more than $50,000 | (b) Type of service | (c) Compensation |
|---|---|---|
| VINCENT FREEMONT ENTERPRISES<br>ONE UNION SQUARE WEST NY,NY 10003 | ART SALES | 950,000. |
| TIMOTHY HUNT<br>135 EASTERN PARKWAY BROOKLYN, NY 11203 | ART SALES | 330,185. |
| CONDON O'MEARA MCGINTY & DONNELLY LLP<br>3 NEW YORK PLAZA, NY, NY 10004 | ACCOUNTING | 117,945. |
| | | |
| | | |

Total number of others receiving over $50,000 for professional services . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 0

## Part IX-A    Summary of Direct Charitable Activities

List the foundation's four largest direct charitable activities during the tax year. Include relevant statistical information such as the number of organizations and other beneficiaries served, conferences convened, research papers produced, etc.

| | Expenses |
|---|---|
| 1  NOT APPLICABLE | |
| 2 | |
| 3 | |
| 4 | |

Form 990-PF (2002)

JSA
2E1460 1 000

Form 990-PF (2002)                                                           13-3410749                          Page 7

## Part IX-B  Summary of Program-Related Investments (see page 21 of the instructions)

| Describe the two largest program-related investments made by the foundation during the tax year on lines 1 and 2 | Amount |
|---|---|
| 1  NOT APPLICABLE | |
| 2 | |
| All other program-related investments  See page 21 of the instructions | |
| 3  NONE | |
| Total. Add lines 1 through 3 .............................................▶ | |

## Part X  Minimum Investment Return (All domestic foundations must complete this part. Foreign foundations, see page 21 of the instructions.)

| | | | |
|---|---|---|---|
| 1 | Fair market value of assets not used (or held for use) directly in carrying out charitable, etc., purposes: | | |
| a | Average monthly fair market value of securities ............................ | 1a | 96,825,015. |
| b | Average of monthly cash balances ...................................... | 1b | 31,010,222. |
| c | Fair market value of all other assets (see page 22 of the instructions) SEE STATEMENT #21 | 1c | 71,684,902. |
| d | Total (add lines 1a, 1b, and 1c) ....................................... | 1d | 199,520,139. |
| e | Reduction claimed for blockage or other factors reported on lines 1a and 1c (attach detailed explanation)  SEE STATEMENT 20 ...... | 1e | 81,708,287. | |
| 2 | Acquisition indebtedness applicable to line 1 assets ........................ | 2 | NONE |
| 3 | Subtract line 2 from line 1d .......................................... | 3 | 199,520,139. |
| 4 | Cash deemed held for charitable activities. Enter 1 1/2% of line 3 (for greater amount, see page 22 of the instructions) ............................................. | 4 | 2,992,802. |
| 5 | Net value of noncharitable-use assets. Subtract line 4 from line 3. Enter here and on Part V, line 4 | 5 | 196,527,337. |
| 6 | Minimum investment return. Enter 5% of line 5 ........................... | 6 | 9,826,367. |

## Part XI  Distributable Amount (see page 23 of the instructions) (Section 4942(j)(3) and (j)(5) private operating foundations and certain foreign organizations check here ▶ ☐ and do not complete this part.)

| | | | |
|---|---|---|---|
| 1 | Minimum investment return from Part X, line 6 .............................. | 1 | 9,826,367. |
| 2a | Tax on investment income for 2002 from Part VI, line 5 | 2a | 90,031. | |
| b | Income tax for 2002. (This does not include the tax from Part VI.) | 2b | | |
| c | Add lines 2a and 2b ................................................ | 2c | 90,031. |
| 3 | Distributable amount before adjustments. Subtract line 2c from line 1 ............... | 3 | 9,736,336. |
| 4a | Recoveries of amounts treated as qualifying distributions | 4a | NONE | |
| b | Income distributions from section 4947(a)(2) trusts | 4b | | |
| c | Add lines 4a and 4b ................................................ | 4c | NONE |
| 5 | Add lines 3 and 4c ................................................. | 5 | 9,736,336. |
| 6 | Deduction from distributable amount (see page 23 of the instructions) ............... | 6 | NONE |
| 7 | Distributable amount as adjusted  Subtract line 6 from line 5  Enter here and on Part XIII, line 1 ..... | 7 | 9,736,336. |

## Part XII  Qualifying Distributions (see page 23 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Amounts paid (including administrative expenses) to accomplish charitable, etc., purposes | | |
| a | Expenses, contributions, gifts, etc. - total from Part I, column (d), line 26 ............ | 1a | 5,823,142. |
| b | Program-related investments - Total from Part IX-B ......................... | 1b | NONE |
| 2 | Amounts paid to acquire assets used (or held for use) directly in carrying out charitable, etc., purposes .................................................... | 2 | NONE |
| 3 | Amounts set aside for specific charitable projects that satisfy the | | |
| a | Suitability test (prior IRS approval required) .............................. | 3a | NONE |
| b | Cash distribution test (attach the required schedule) ........................ | 3b | NONE |
| 4 | Qualifying distributions. Add lines 1a through 3b. Enter here and on Part V, line 8, and Part XIII, line 4 | 4 | 5,823,142. |
| 5 | Organizations that qualify under section 4940(e) for the reduced rate of tax on net investment income. Enter 1% of Part I, line 27b (see page 24 of the instructions) .............. | 5 | N/A |
| 6 | Adjusted qualifying distributions. Subtract line 5 from line 4 .................... | 6 | 5,823,142. |

Note:  The amount on line 6 will be used in Part V, column (b), in subsequent years when calculating whether the foundation qualifies for the section 4940(e) reduction of tax in those years

JSA
2E1470 1 000

8BC04N M261              V02-6                                              Form 990-PF (2002)

Form 990-PF (2002)

Page **8**

## Part XIII  Undistributed Income (see page 24 of the instructions)

| | | (a)<br>Corpus | (b)<br>Years prior to 2001 | (c)<br>2001 | (d)<br>2002 |
|---|---|---|---|---|---|
| 1 | Distributable amount for 2002 from Part XI, line 7 . . . . . . . . . . . . . . . . . . . | | | | 9,736,336. |
| 2 | Undistributed income, if any, as of the end of 2001. | | | | |
| a | Enter amount for 2001 only . . . . . . . | | | NONE | |
| b | Total for prior years . . . . . . . . | | NONE | | |
| 3 | Excess distributions carryover, if any, to 2002. | | | | |
| a | From 1997 . . . . . . | 9,306,030. | | | |
| b | From 1998 . . . . . . | 68,496,828. | | | |
| c | From 1999 . . . . . . | 1,006,003. | | | |
| d | From 2000 . . . . . . | 2,657,638. | | | |
| e | From 2001 . . . . . . | NONE | | | |
| f | Total of lines 3a through e . . . . . . . . . . | 81,466,499. | | | |
| 4 | Qualifying distributions for 2002 from Part XII, line 4 ▶ $ ___5,823,142.___ | | | | |
| a | Applied to 2001, but not more than line 2a . | | | NONE | |
| b | Applied to undistributed income of prior years (Election required - see page 24 of the instructions) . . | | NONE | | |
| c | Treated as distributions out of corpus (Election required - see page 24 of the instructions) . . | NONE | | | |
| d | Applied to 2002 distributable amount . . . . . | | | | 5,823,142. |
| e | Remaining amount distributed out of corpus . | NONE | | | |
| 5 | Excess distributions carryover applied to 2002 *(If an amount appears in column (d), the same amount must be shown in column (a).)* | 3,913,194. | | | 3,913,194. |
| 6 | Enter the net total of each column as indicated below: | | | | |
| a | Corpus. Add lines 3f, 4c, and 4e. Subtract line 5 | 77,553,305. | | | |
| b | Prior years' undistributed income. Subtract line 4b from line 2b . . . . . . . . . . | | NONE | | |
| c | Enter the amount of prior years' undistributed income for which a notice of deficiency has been issued, or on which the section 4942(a) tax has been previously assessed . . . . . . . | | NONE | | |
| d | Subtract line 6c from line 6b Taxable amount - see page 24 of the instructions . . . . | | NONE | | |
| e | Undistributed income for 2001 Subtract line 4a from line 2a Taxable amount - see page 24 of the instructions . . . . . . . . | | | NONE | |
| f | Undistributed income for 2002 Subtract lines 4d and 5 from line 1. This amount must be distributed in 2003 . . . . . . . . . . | | | | NONE |
| 7 | Amounts treated as distributions out of corpus to satisfy requirements imposed by section 170(b)(1)(E) or 4942(g)(3) (see page 24 of the instructions) . . . . . . . . . . . | NONE | | | |
| 8 | Excess distributions carryover from 1997 not applied on line 5 or line 7 (see page 25 of the instructions) . . . . . . . . . . . . . | 5,392,836. | | | |
| 9 | Excess distributions carryover to 2003. Subtract lines 7 and 8 from line 6a . . . . . . | 72,160,469. | | | |
| 10 | Analysis of line 9 | | | | |
| a | Excess from 1998 . . . | 68,496,828. | | | |
| b | Excess from 1999 . . . | 1,006,003. | | | |
| c | Excess from 2000 . . . | 2,657,638. | | | |
| d | Excess from 2001 . . . | NONE | | | |
| e | Excess from 2002 . . . | NONE | | | |

Form **990-PF** (2002)

Form 990-PF(2002)    13-3410749    Page **9**

| Part XIV | Private Operating Foundations (see page 25 of the instructions and Part VII-A, question 9) | NOT APPLICABLE |
|---|---|---|

**1a** If the foundation has received a ruling or determination letter that it is a private operating
foundation, and the ruling is effective for 2002, enter the date of the ruling ............ ▶

**b** Check box to indicate whether the organization is a private operating foundation described in section □ 4942(j)(3) or □ 4942(j)(5)

| | | Tax year | | Prior 3 years | | |
|---|---|---|---|---|---|---|
| | | (a) 2002 | (b) 2001 | (c) 2000 | (d) 1999 | (e) Total |
| **2a** | Enter the lesser of the adjusted net income from Part I or the minimum investment return from Part X for each year listed . . . | | | | | |
| **b** | 85% of line 2a . . . . . | | | | | |
| **c** | Qualifying distributions from Part XII, line 4 for each year listed . | | | | | |
| **d** | Amounts included in line 2c not used directly for active conduct of exempt activities . . . . . | | | | | |
| **e** | Qualifying distributions made directly for active conduct of exempt activities Subtract line 2d from line 2c . . . . . | | | | | |
| **3** | Complete 3a, b, or c for the alternative test relied upon | | | | | |
| **a** | "Assets" alternative test - enter | | | | | |
| | **(1)** Value of all assets . . . | | | | | |
| | **(2)** Value of assets qualifying under section 4942(j)(3)(B)(i) . . . | | | | | |
| **b** | "Endowment" alternative test - Enter 2/3 of minimum investment return shown in Part X, line 6 for each year listed . . . . . . . . | | | | | |
| **c** | "Support" alternative test - enter | | | | | |
| | **(1)** Total support other than gross investment income (interest, dividends, rents, payments on securities loans (section 512(a)(5)), or royalties) . . . . . . | | | | | |
| | **(2)** Support from general public and 5 or more exempt organizations as provided in section 4942(j)(3)(B)(iii) . . . . | | | | | |
| | **(3)** Largest amount of support from an exempt organization . . . . . | | | | | |
| | **(4)** Gross investment income . | | | | | |

| Part XV | Supplementary Information (Complete this part only if the organization had $5,000 or more in assets at any time during the year - see page 25 of the instructions.) |
|---|---|

**1** Information Regarding Foundation Managers:

**a** List any managers of the foundation who have contributed more than 2% of the total contributions received by the foundation
before the close of any tax year (but only if they have contributed more than $5,000) (See section 507(d)(2) )

    NONE

**b** List any managers of the foundation who own 10% or more of the stock of a corporation (or an equally large portion of the
ownership of a partnership or other entity) of which the foundation has a 10% or greater interest

    NONE

**2** Information Regarding Contribution, Grant, Gift, Loan, Scholarship, etc., Programs:

Check here ▶ □ if the organization only makes contributions to preselected charitable organizations and does not accept unsolicited requests for funds

If the organization makes gifts, grants, etc (see page 25 of the instructions) to individuals or organizations under other conditions, complete items 2a, b, c, and d

**a** The name, address, and telephone number of the person to whom applications should be addressed

    SEE ATTACHMENT TO STATEMENT 23

**b** The form in which applications should be submitted and information and materials they should include

    SEE ATTACHMENT TO STATEMENT 23

**c** Any submission deadlines

    SEE ATTACHMENT TO STATEMENT 23

**d** Any restrictions or limitations on awards, such as by geographical areas, charitable fields, kinds of institutions, or other
factors. SEE ATTACHMENT TO STATEMENT 23

Form 990-PF (2002)

13-3410749

Page **10**

| Part XV | **Supplementary Information** (continued) |
| --- | --- |

**3    Grants and Contributions Paid During the Year or Approved for Future Payment**

| Recipient<br><br>Name and address (home or business) | If recipient is an individual, show any relationship to any foundation manager or substantial contributor | Foundation status of recipient | Purpose of grant or contribution | Amount |
| --- | --- | --- | --- | --- |
| **a** *Paid during the year* | | | | |
| SEE STATEMENT 23 | NONE | | | 4,607,175. |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3a | | | | 4,607,175. |
| **b** *Approved for future payment* | | | | |
| SEE STATEMENT 23 | NONE | | | 7,400,749. |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 3b | | | | 7,400,749. |

Form **990-PF** (2002)

JSA
2E1491 1 000

Form 990-PF (2002)
13-3410749

Page 11

## Part XVI-A   Analysis of Income-Producing Activities

Enter gross amounts unless otherwise indicated

| | Unrelated business income | | Excluded by section 512, 513, or 514 | | (e) Related or exempt function income (See page 26 of the instructions.) |
|---|---|---|---|---|---|
| | (a) Business code | (b) Amount | (c) Exclusion code | (d) Amount | |
| 1 Program service revenue· | | | | | |
| a | | | | | |
| b | | | | | |
| c | | | | | |
| d | | | | | |
| e | | | | | |
| f | | | | | |
| g  Fees and contracts from government agencies | | | | | |
| 2 Membership dues and assessments  . . . | | | | | |
| 3 Interest on savings and temporary cash investments | | | 14 | 396,823. | |
| 4 Dividends and interest from securities  . . . . | | | 14 | 4,061,045. | |
| 5 Net rental income or (loss) from real estate. | | | | | |
| a  Debt-financed property  . . . . . . . . | | | | | |
| b  Not debt-financed property  . . . . . . | | | | | |
| 6 Net rental income or (loss) from personal property . | | | | | |
| 7 Other investment income  . . . . . . . . . | | | | | |
| 8 Gain or (loss) from sales of assets other than inventory | | | 18 | 12,748,980. | |
| 9 Net income or (loss) from special events  . . . | | | | | |
| 10 Gross profit or (loss) from sales of inventory . . | | | | | |
| 11 Other revenue. a | | | | | |
| b  ROYALTIES&LICENSE | | | 15 | 988,094. | |
| c  CLAIM SETTLEMENT | | | | | 26,867. |
| d  OTHER REVENUE | | | | | 250. |
| e  INSURANCE PROCEEDS | | | | | 22,110. |
| 12 Subtotal. Add columns (b), (d), and (e)  . . . . | | | | 18,194,942. | 49,227. |
| 13 Total. Add line 12, columns (b), (d), and (e). . . . . . . . . . . . . . . . . . . . . . . . . . . 13 | | | | | 18,244,169. |

(See worksheet in line 13 instructions on page 26 to verify calculations.)

## Part XVI-B   Relationship of Activities to the Accomplishment of Exempt Purposes

| Line No. ▼ | Explain below how each activity for which income is reported in column (e) of Part XVI-A contributed importantly to the accomplishment of the organization's exempt purposes (other than by providing funds for such purposes). (See page 26 of the instructions.) |
|---|---|
| 11 C | INCOME FROM CLAIM SETTLEMENTS |
| 11 D | MISCELLANEOUS INCOME & INSURANCE PROCEEDS USED IN THE |
| 11 E | ORGANIZATION'S EXEMPT PURPOSE. |

JSA
2E1492 1 000

Form 990-PF (2002)

Form 990-PF (2002)                                                                                              13-3410749                                        Page 12

**Part XVII** **Information Regarding Transfers To and Transactions and Relationships With Noncharitable Exempt Organizations**

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Did the organization directly or indirectly engage in any of the following with any other organization described in section 501(c) of the Code (other than section 501(c)(3) organizations) or in section 527, relating to political organizations? | | | |
| a | Transfers from the reporting organization to a noncharitable exempt organization of: | | | |
| | (1) Cash .................................................................................................... | 1a(1) | | X |
| | (2) Other assets ......................................................................................... | 1a(2) | | X |
| b | Other Transactions | | | |
| | (1) Sales of assets to a noncharitable exempt organization ............................ | 1b(1) | | X |
| | (2) Purchases of assets from a noncharitable exempt organization ................. | 1b(2) | | X |
| | (3) Rental of facilities, equipment, or other assets ...................................... | 1b(3) | | X |
| | (4) Reimbursement arrangements ............................................................... | 1b(4) | | X |
| | (5) Loans or loan guarantees .................................................................... | 1b(5) | | X |
| | (6) Performance of services or membership or fundraising solicitations .......... | 1b(6) | | X |
| c | Sharing of facilities, equipment, mailing lists, other assets, or paid employees .... | 1c | | X |
| d | If the answer to any of the above is "Yes," complete the following schedule Column (b) should always show the fair market value of the goods, other assets, or services given by the reporting organization If the organization received less than fair market value in any transaction or sharing arrangement, show in column (d) the value of the goods, other assets, or services received | | | |

| (a) Line no | (b) Amount involved | (c) Name of noncharitable exempt organization | (d) Description of transfers, transactions, and sharing arrangements |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

2 a  Is the organization directly or indirectly affiliated with, or related to, one or more tax-exempt organizations described in section 501(c) of the Code (other than section 501(c)(3)) or in section 527? .................... ☐ Yes ☒ No

b  If "Yes," complete the following schedule

| (a) Name of organization | (b) Type of organization | (c) Description of relationship |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

... including accompanying schedules and statements, and to the best of my knowledge and
san taxpayer or fiduciary) is based on all information of which preparer has any knowledge

3/12/04  ▶ CFO and Treasurer
Date          Title

# EXHIBIT P

FROM THE ESTATE OF ANDYWARHOL

13-3410749    4/30/89    P.2/2

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC,    4
PART XVI LINE 3 - GRANTS AND CONTRIBUTIONS PAID    PAGE 4 OF 4

Art given:

8/31/88  The Armitage Foundation, NY      (public foundation)

    Moon Explorer (Toy Series),1983    $ 15,000

5/12/88  Carnegie Museum of Art, Pittsburgh, PA (public foundation)

    Portrait of Andrew Carnegie, 1981    $ 425,000

6/15/88  Cunningham Dance Foundation, NY   (public foundation)

    Moon Explorer (Toy Series), 1983   $ 15,000

3/24/89  Menil Collection, Houston, TX   (private "operating" foundation

    Last Supper, 1986    $ 850,000

Values of these works determined by Vincent Fremont at
The Estate of Andy Warhol through Mr. Fremont's long
experience with the works of Andy Warhol and the market
for these works.  In addition the values are based upon
prices at auction for similar works in similar time-periods.

Video equipment given:

4/5/89   Film/Video Arts, NY   (public foundation)

    Two film-editing tables    $ 8,000

value determined from appraisal by The Editing Machine, Inc.

12/8/88  BACA Downtown, Brooklyn, NY   (public foundation)

    Video equipment     $ 21,850

value determined from appraisal by Telstar Editing

TOTAL GRANTS AND CONTRIBUTIONS PAID    $3,311,850

**Annual report copy for period 5/1/93 - 4/30/94**

| Historic Preservation and Parks Program (con't) | 4/30/94 BALANCE | | 4/30/95 BALANCE |
|---|---|---|---|
| LANDMARKS HARLEM, New York, NY <br> 2nd year of 2-year grant for a public education program | $ 25,000 | | $ 25,000 |
| NEW MEXICO COMMUNITY FOUNDATION, Santa Fe, NM <br> Technical Advisor/Youth Training Coordinator and <br> a Community Project Coordinator/Trainer for <br> "Churches: Symbols of Community" project | | $ 25,000 | $ 25,000 |
| THE NEW SCHOOL FOR SOCIAL RESEARCH, New York, NY <br> 3rd year of 3-year grant for Environmental Simulation Center | $ 75,000 | | $ 75,000 |
| PARTNERS FOR SACRED PLACE, Philadelphia, PA <br> 2nd year of 2-year grant for "A New Partnership for <br> Property Stewardship in the African-American Church" | $ 25,000 | | $ 25,000 |
| THE PRESERVATION COALITION OF GREATER PHILADELPHIA, <br> Philadelphia, PA <br> Historic structures report and schematic plan for <br> Eastern State Penitentiary Task Force | | $ 25,000 | $ 25,000 |
| **Non Cash Grants** | | | |
| MUSEUM OF MODERN ART, New York | | $260,000 | $260,000 |
| MUSEUM SALES PROGRAM  - see attached | | $750,500 | $750,500 |
| FEDERAL RESERVE BANK, Washington, D.C. | | $   300 | $   300 |
| **TOTALS** | $1,292,300 | $2,098,402 | $2,794,602 |

$596,100

[Introduction to Schedule of Museum Sales,
as Part of Statement 16]

The Foundation established a program to offer to selected museums the opportunity to purchase works of Warhol art from it at prices below market value. The purpose of the program was twofold: to raise funds for the Foundation's other grant-making programs and "to make many important and unique works accessible to a large public" in furtherance of its mission to foster the visual arts. Museums were selected to participate in the program based on their location, collections, resources, and opportunity of making the art available to wide or new audiences. Each work was sold to a museum through this program at a price equal to one half or less of the Foundation's book value for that work.

The sales proceeds of the works were substantially less than their fair market value on the respective dates of sale as appraised by the Foundation's independent appraisers, O'Toole-Ewald Art Associates, Inc., taking into account the comparable public sales, the terms of the museum sales, and other relevant factors.

The difference between the fair market value of each work and the proceeds of its sale constitutes a qualified grant by the Foundation to the purchasing museum. The attached Schedule sets forth the facts of each museum sale, the proceeds of sale of each work, the appraised fair market value of that work, and the resulting amount of the qualified grant.

## THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.
### AMENDED FORM 990-PF
### APRIL 30, 1994

### MUSEUM SALES PROGRAM

| Museum | Work of Art | Appraised Value As of Date of Sale | Sales Price | Amount of Grant |
|---|---|---|---|---|
| The Denver Art Museum | American Indian, The (Russell Means) | $ 110,000 | $ 37,500 | $ 72,500 |
| Sheldon Art Museum | Myths: Mickey Mouse | 100,000 | 50,000 | 50,000 |
| Walker Art Institute | Joseph Beuys | 230,000 | 175,000 | 55,000 |
| Walker Art Institute | Self-Portrait | 35,000 | 12,500 | 22,500 |
| Walker Art Institute | Self-Portrait | 35,000 | 12,500 | 22,500 |
| Davis Museum | Brillo Box | 41,000 | 16,250 | 24,750 |
| Davis Museum | Campbell's Tomato Juice | 21,000 | 16,250 | 4,750 |
| Museum of Fine Arts, Boston | Oxidation Painting | 80,000 | 25,000 | 55,000 |
| Museum of Fine Arts, Boston | Mick Jagger | 28,000 | 22,500 | 5,500 |
| The Art Institute of Chicago | Joseph Beuys | 100,000 | 75,000 | 25,000 |
| Akron Art Museum | Brillo Box | 41,000 | 20,000 | 21,000 |
| Worcester Art Museum | Campbell's Soup Can (Tomato) | 240,000 | 125,000 | 115,000 |
| Akron Art Museum | Brillo Box | 41,000 | 20,000 | 21,000 |
| Newark Museum | Campbell's Tomato Juice | 21,000 | 12,500 | 8,500 |
| Newark Museum | Campbell's Tomato Juice | 21,000 | 12,500 | 8,500 |
| The Baltimore Museum of Art | Self-Portrait | 190,000 | 100,000 | 90,000 |
| The Baltimore Museum of Art | Shadow | 78,000 | 60,000 | 18,000 |
| The Baltimore Museum of Art | Physiological Diagram | 60,000 | 60,000 | - |
| Philadelphia Museum of Art | Camouflage Self-Portrait | 190,000 | 100,000 | 90,000 |
| The Art Museum, Princeton | Brillo Box | 41,000 | 20,000 | 21,000 |
| Newark Museum | Campbell's Tomato Juice | 21,000 | 12,500 | 8,500 |
| Stamford University Museum | Electric Chair | 19,000 | 7,500 | 11,500 |
| **Grand Totals** | | **$1,743,000** | **$ 992,500** | **$ 750,500** |

Annual report copy for period 5/1/94 - 4/30/95

| HISTORIC PRESERVATION | 4/30/94 BALANCE | AUTHORIZED | PAID | 4/30/95 BALANCE |
|---|---|---|---|---|
| CANTERBURY SHAKER VILLAGE, Canterbury, NH, Restoration of The Dwelling House (1793) | | $25,000 | $25,000 | |
| HISTORIC HAWAI'I FOUNDATION, Honolulu, HI, Restoration of the Kaka'ako Pump Station (1900) | | $25,000 | $25,000 | |
| THE HISTORIC PRESERVATION FOUNDATION OF NORTH CAROLINA, Wilmington, NC, Structural report and restoration plan for slave quarters at Bellamy Mansion Museum of History & Design Arts (c. 1860) | | $25,000 | $25,000 | |
| KATHMANDU VALLEY PRESERVATION TRUST, Cambridge, MA, Restoration of 18th century resthouse, Ayinguthi Sattal | | $15,500 | $15,500 | |
| NATIONAL TRUST FOR HISTORIC PRESERVATION, Washington, DC, Professional support for the Cultural Diversity Scholarship Program (over 2 years) | | $30,000 | $30,000 | |
| NEW JERSEY HISTORICAL SOCIETY, Newark, NJ, Essex Club (1926) facade restoration | | $25,000 | $25,000 | |
| TOTAL | $596,100 | $782,270 | $963,370 | $415,000 |
| Less Foreign Grants not allowable as qualifying distribution: | | | (60,000) | |
| Add Museum sales program (see attached) | | 1,264,700 | 1,264,700 | |
| Grand Total | $596,100 | $2,046,970 | $2,168,070 | |

[Introduction to Schedule of Museum Sales,
as Part of Statement 17]

The Foundation established a program to offer to selected museums the opportunity to purchase works of Warhol art from it at prices below market value. The purpose of the program was twofold: to raise funds for the Foundation's other grant-making programs and "to make many important and unique works accessible to a large public" in furtherance of its mission to foster the visual arts. Museums were selected to participate in the program based on their location, collections, resources, and opportunity of making the art available to wide or new audiences. Each work was sold to a museum through this program at a price equal to one half or less of the Foundation's book value for that work.

The sales proceeds of the works were substantially less than their fair market value on the respective dates of sale as appraised by the Foundation's independent appraisers, O'Toole-Ewald Art Associates, Inc., taking into account the comparable public sales, the terms of the museum sales, and other relevant factors.

The difference between the fair market value of each work and the proceeds of its sale constitutes a qualified grant by the Foundation to the purchasing museum. The attached Schedule sets forth the facts of each museum sale, the proceeds of sale of each work, the appraised fair market value of that work, and the resulting amount of the qualified grant.

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.
AMENDED FORM 990-PF
30-Apr-95

MUSEUM SALES PROGRAM

| Number | Work of Art | Appraised Value As of Date of Sale | Sales Price | Amount of Grant | Museum |
|---|---|---|---|---|---|
| PA 35.108 | Ladies and Gentlemen | 50,000 | 37,500 | 12,500 | Baltimore Museum |
| PA 35.116 | Ladies and Gentlemen | 50,000 | 37,500 | 12,500 | Baltimore Museum |
| PA 44.007 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 44.008 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 44.011 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 44.017 | Skulls | 19,500 | 13,750 | 5,750 | Baltimore Museum |
| PA 75.056 | Rorschach | 124,000 | 87,500 | 36,500 | Baltimore Museum |
| TOP 40.001 | The Last Supper | 6,500 | 3,000 | 3,500 | Baltimore Museum |
| TOP 40.010 | The Last Supper | 6,500 | 3,000 | 3,500 | Baltimore Museum |
| TOP 40.014 | The Last Supper | 13,000 | 3,500 | 9,500 | Baltimore Museum |
| FL 14 | 8/0021 Halston and Woman | 13,000 | 3,500 | 9,500 | Baltimore Museum |
| PR 39 | Electric Chair AP 45/50 "J" | 8,000 | 6,000 | 2,000 | Center for Creative Photography |
| PR 39 | Electric Chair AP 45/50 "J" | 1,800 | 1,000 | 800 | Center for Creative Photography |
| PR 103 S | Electric Chair AP 45/50 "K" | 1,800 | 1,000 | 800 | Center for Creative Photography |
| PR 141 S | The Shadow 11/32 "S" | 7,500 | 4,000 | 3,500 | Museum of Modern Art |
| PR 150 S | Beuys in Memoriam 13/20 "S" AP | 7,700 | 4,000 | 3,700 | Museum of Modern Art |
| PR 56 | Red Lenin 97/120 "S" | 8,000 | 4,000 | 2,000 | Museum of Modern Art |
| PR 58 | Mick Jagger 89/250 "F" | 5,800 | 3,000 | 2,800 | Museum of Modern Art |
| UP 34.12 | Mick Jagger 89/250 "G" | 5,600 | 3,000 | 2,600 | Museum of Modern Art |
| UP 64.02 | The Scream | 3,000 | 2,000 | 1,000 | Museum of Modern Art |
| PR 49 S | Philip's Skull | 1,500 | 300 | 1,200 | Museum of Modern Art |
| PR 74 | M. Cunningham I TP 1/4 | 2,200 | 2,000 | 200 | National Portrait Gallery |
| SC 12.032 | All 86/150 A-D | 6,800 | 4,000 | 2,800 | National Portrait Gallery |
| SC 12.048 | Campbell's Tomato Juice | 24,000 | 12,500 | 11,500 | Newark Art Museum |
| SC 10.100 | Campbell's Tomato Juice | 24,000 | 12,500 | 11,500 | Newark Art Museum |
| SC 10.011 | Brillo Box | 43,500 | 20,000 | 23,500 | Philadelphia Museum of Art |
| SC 10.013 | Brillo Box | 43,500 | 20,000 | 23,500 | Philadelphia Museum of Art |
| FM 05 | Brillo Box | 43,500 | 20,000 | 23,500 | Philadelphia Museum of Art |
| FM 08 | 00071 Taylor Mead | 4,000 | 2,500 | 1,500 | San Francisco Museum of Modern Art |
| PA 55.010 | 00004 Jim Brodey | 4,000 | 2,500 | 1,500 | San Francisco Museum of Modern Art |
| PO 40.062 | Liz (On Horseback from National Velvet) | 1,200,000 | 600,000 | 600,000 | San Francisco Museum of Modern Art |
| PA 56.153 | Self Portrait | 120,000 | 100,000 | 20,000 | The Hirshorn Museum |
| PA 56.159 | Jackie | 49,000 | 17,500 | 31,500 | The Museum of Fine Arts, Boston |
| SC 10.009 | Jackie | 49,000 | 17,500 | 31,500 | The Museum of Fine Arts, Boston |
| SC 12.045 | Campbell's Tomato Juice | 43,500 | 20,000 | 23,500 | Virginia Museum of Fine Arts |
| SC 12.046 | Campbell's Tomato Juice | 24,000 | 12,250 | 11,750 | Virginia Museum of Fine Arts |
| PA 56.082 | Jackie | 24,000 | 12,250 | 11,750 | Virginia Museum of Fine Arts |
| PO 40.054 | Self Portrait | 350,000 | 125,000 | 225,000 | Wadsworth Antheneum |
| PA 56.010 | Jackie | 120,000 | 100,000 | 20,000 | Wadsworth Antheneum |
| PA 56.072 | Jackie | 49,000 | 17,500 | 31,500 | Williams College Museum of Art |
| | | 49,000 | 17,500 | 31,500 | Williams College Museum of Art |
| | Totals | 2,656,000 | 1,391,300 | 1,264,700 | |

Annual report copy for period 5/1/95 - 4/30/96

## HISTORIC PRESERVATION PROGRAM (con't)

| | 4/30/95 BALANCE | AUTHORIZED | PAID | 4/30/96 BALANCE |
|---|---|---|---|---|
| ROBERT E. LEE MEMORIAL ASSOCIATION, INC., Stratford, VA<br>Stratford Hall Plantation (c.1730) Historic Structures Report | | $25,000 | $25,000 | |
| THE MILLAY COLONY FOR THE ARTS, INC., Austerlitz, NY<br>Building design project | | $20,000 | $20,000 | |
| MUNICIPAL ART SOCIETY OF NEW YORK, New York, NY<br>Seventh Regiment Armory (1877-81) restoration feasibility study | | $15,000 | $15,000 | |
| THE OSSABAW ISLAND FOUNDATION, Savannah, GA<br>Professional support to develop preservation plan for Ossabaw Island's historic structures | | $30,000 | $30,000 | |
| PRESERVATION LEAGUE OF NEW YORK STATE, Albany, NY<br>Regranting program: The Rural New York Grant Program (over 2 years) | | $45,000 | $22,500 | $22,500 |
| RITTENHOUSE COALITION, Philadelphia, PA<br>Stained-Glass Restoration Project at three historic churches in Philadelphia | | $35,000 | $35,000 | |
| MARK TWAIN HOUSE, Hartford, CT<br>Historic Structures Report | | $25,000 | $25,000 | |
| **TOTAL** | $415,000 | $1,568,015 | $1,210,515 | $772,500 |
| LESS: FOREIGN GRANT NOT ALLOWABLE AS QUALIFYING DISTRIBUTION | | | (10,000) | |
| ADD: MUSEUM SALES PROGRAM (SEE ATTACHED) | | 367,975 | 367,975 | |
| GRAND TOTAL | $415,000 | $1,935,990 | $1,568,490 | $772,500 |

## THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC.
### AMENDED FORM 990-PF
### APRIL 30, 1996

### MUSEUM SALES PROGRAM

| NUMBER | WORK OF ART | APPRAISED VALUE AS OF DATE OF SALE | SALES PRICE | AMOUNT OF GRANT | MUSEUM |
|---|---|---|---|---|---|
| PA 19.007 | EGGS | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| PA 45.138 | OXIDATION PAINTING | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| PA 45.136 | OXIDATION PAINTING | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| PA 56.035 | JACKIE - INAUGURATION | 51,000 | 17,500 | 33,500 | BALTIMORE MUSEUM OF ART |
| PA 56.170 | JACKIE - SMILING | 51,000 | 17,500 | 33,500 | WILLIAMS COLLEGE MUSEUM OF ART |
| PA 77.021 | HEARTS | 51,000 | 17,500 | 33,500 | WILLIAMS COLLEGE MUSEUM OF ART |
| PA 85.047 | CAMOUFLAGE | 60,000 | 25,000 | 35,000 | BALTIMORE MUSEUM OF ART |
| SC 12.019 | CAMPBELL'S TOMATO JUICE | 210,000 | 125,000 | 85,000 | BALTIMORE MUSEUM OF ART |
| PR 034A | CAMPBELL'S SOUP I | 24,000 | 12,500 | 11,500 | NEWARK ART MUSEUM |
| PR 034B | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034C | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034D | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034E | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034F | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034G | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034H | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034J | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 034K | CAMPBELL'S SOUP I | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| PR 102S | DOUBLE MICKEY MOUSE | 3,000 | 1,500 | 1,500 | METROPOLITAN MUSEUM OF ART |
| TOP 31.049 | STILL-LIFE (HAMMER AND SICKLE) | 20,000 | 12,500 | 7,500 | METROPOLITAN MUSEUM OF ART |
| TOP 84.003 | SELF-PORTRAIT | 3,500 | 6,000 | (2,500) | METROPOLITAN MUSEUM OF ART |
| TOP 115.196 | DAVID HOCKNEY | 11,500 | 6,000 | 5,500 | METROPOLITAN MUSEUM OF ART |
| TOP 123.006 | ALBUM OF A MAT QUEEN | 10,000 | 5,000 | 5,000 | METROPOLITAN MUSEUM OF ART |
| TOP 147.008 | MAN | 6,500 | 3,750 | 2,750 | METROPOLITAN MUSEUM OF ART |
| TOP 279.002 | STUART PRESTON | 5,000 | 3,750 | 1,250 | METROPOLITAN MUSEUM OF ART |
| TOP 283.012 | HIGH HEEL | 15,000 | 3,000 | 12,000 | METROPOLITAN MUSEUM OF ART |
| TOP 331.001 | 'LETTER OF LOVE' ILLUSTRATION | 15,000 | 6,000 | 9,000 | METROPOLITAN MUSEUM OF ART |
| FC 01.00003 | SELF-PORTRAIT | 2,000 | 25 | 1,975 | METROPOLITAN MUSEUM OF ART |
| FL 05.00055 | UNTITLED (CYCLIST) | 7,000 | 7,500 | (500) | METROPOLITAN MUSEUM OF ART |
| FL 13.00005 | UNTITLED | 7,500 | 6,000 | 1,500 | WHITNEY MUSEUM OF AMERICAN ART |
| FM 04.00131 | HOLLY SOLOMAN | 11,250 | 7,500 | 3,750 | NATIONAL MUSEUM OF AMERICAN ART |
| FM 04.00025 | EDIE SEDGWICK | 4,000 | 2,500 | 1,500 | WHITNEY MUSEUM OF AMERICAN ART |
| FM 05.00003 | GREGORY ROZAKIS | 500 | 1,250 | (750) | METROPOLITAN MUSEUM OF ART |
| TOTALS | | 728,750 | 360,775 | 367,975 | |

Introduction to Schedule of Museum Sales,
as Part of Statement 14

The Foundation established a program to offer to selected museums the opportunity to purchase works of Warhol art from it at prices below market value. The purpose of the program was twofold: to raise funds for the Foundation's other grant-making programs and "to make many important and unique works accessible to a large public" in furtherance of its mission to foster the visual arts. Museums were selected to participate in the program based on their location, collections, resources, and opportunity of making the art available to wide or new audiences. Each work was sold to a museum through this program at a price equal to one half or less of the Foundation's book value for that work.

The sales proceeds of the works were substantially less than their fair market value on the respective dates of sale as appraised by the Foundation's independent appraisers, O'Toole-Ewald Art Associates, Inc., taking into account the comparable public sales, the terms of the museum sales, and other relevant factors.

The difference between the fair market value of each work and the proceeds of its sale constitutes a qualified grant by the Foundation to the purchasing museum. The attached Schedule sets forth the facts of each museum sale, the proceeds of sale of each work, the appraised fair market value of that work, and the resulting amount of the qualified grant.

Annual Report copy for period 5/1/97 - 4/30/98

## NON-CASH GRANTS: FILM AND VIDEO

TOTAL BOOK VALUE: $4,787,401.00
METHOD USED TO DETERMINE BOOK VALUE: COST
METHOD USED TO DETERMINE FAIR MARKET VALUE: APPRAISAL.

| | 4/30/97 BALANCE | AUTHORIZED | PAID | 4/30/98 BALANCE |
|---|---|---|---|---|
| **Museum of Modern Art** | | | | |
| New York, NY | | $863,306 | $863,306 | |
| Film physical property: various film elements | | | | |
| **The Andy Warhol Museum** | | | | |
| Pittsburgh, NY | | $5,732,040 | $5,732,040 | |
| Film rights, film physical property, video rights, and video physical property | | | | |
| **University of California, Los Angeles** | | | | |
| Los Angeles, CA | | $68,670 | $68,670 | |
| Reference Prints | | | | |
| **International Museum of Photography at George Eastman House** | | | | |
| Rochester, NY | | $2,550 | $2,550 | |
| Motion picture film prints | | | | |
| **SUBTOTAL NON-CASH GRANTS** | | $6,666,566 | $6,666,566 | |
| **GRAND TOTAL** | $600,000 | $9,577,397 | $8,713,602 | $1,463,795 |
| Less: Foreign Grants Not Allowable As Qualifying Distributions | | | 24,900 | |
| | | | $8,688,702 | |

STATEMENT 16

# Annual report copy for period 5/1/1998 - 4/30/1999

## NON-CASH GRANTS: ARTWORK

METHOD USED TO DETERMINE BOOK VALUE: COST
METHOD USED TO DETERMINE FAIR MARKET VALUE: APPRAISAL

| | Beginning Balance 1999 | Authorized 1999 | Amount Paid 1999 | Ending Balance 1999 |
|---|---|---|---|---|
| The Andy Warhol Museum Pittsburgh, PA *Artwork* | | $62,432,109.00 | $62,432,109.00 | |
| SUB-TOTAL NON-CASH GRANTS | | $62,432,109.00 | $62,432,109.00 | |
| TOTAL ALL GRANTS | $1,463,795.00 | $65,863,319.00 | $65,638,614.00 | $1,688,500.00 |
| LESS:  FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS | | | $220,000.00 | |
| GRAND TOTAL | $1,463,795.00 | $65,863,319.00 | $65,418,614.00 | $1,688,500.00 |

Annual report copy for period 5/1/1999 - 4/30/2000

Grantee Organization

NON-CASH GRANTS: ARTWORK

METHOD USED TO DETERMINE BOOK VALUE: COST
METHOD USED TO DETERMINE FAIR MARKET VALUE: APPRAISAL

| | | Beginning Balance 2000 | Authorized 2000 | Amount Paid 2000 | Ending Balance 2000 |
|---|---|---|---|---|---|
| Friends of Art and Preservation in Embassies Washington, DC Artwork | PUBLIC | | $140,000.00 | $140,000.00 | |
| Kunstmuseum Switzerland Art work | FOREIGN/ PUBLIC CHARITY | | $2,000.00 | $2,000.00 | |
| SUB-TOTAL NON-CASH GRANTS | | | $142,000.00 | $142,000.00 | |
| TOTAL ALL GRANTS | | $1,688,500.00 | $6,503,300.00 | $3,453,846.00 | $4,737,954.00 |
| LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS | | | | $10,000.00 | |
| GRAND TOTAL | | $1,688,500.00 | $6,503,300.00 | $3,443,846.00 | $4,737,954.00 |

12

STATEMENT 21

Annual report copy for period 5/1/2000 - 4/30/2001

Grantee Organization

## WARHOL INITIATIVE

| | | Beginning Balance 2001 | Authorized 2001 | Amount Paid 2001 | Ending Balance 2001 |
|---|---|---|---|---|---|
| General expenses | | $2,830,454.00 | $2,000,000.00 | | $3,995,596.00 |
| Art in General, New York, NY | PUBLIC | | | $150,888.00 | |
| DiverseWorks, Houston, TX | PUBLIC | | | $110,000.00 | |
| Galeria de la Raza, San Francisco, CA | PUBLIC | | | $110,000.00 | |
| Hallwalls, Buffalo, NY | PUBLIC | | | $124,970.00 | |
| Legion Arts, Cedar Rapids, IA | PUBLIC | | | $110,000.00 | |
| New Langton Arts, San Francisco, CA | PUBLIC | | | $4,000.00 | |
| San Francisco Camera Work, San Francisco, CA | PUBLIC | | | $112,500.00 | |
| SUB-TOTAL | | | | $112,500.00 | |
| | | | | $834,858.00 | |
| **SUB-TOTAL CASH GRANTS** | | $4,737,954.00 | $8,658,334.00 | $4,045,692.00 | $9,350,596.00 |
| LESS: RETURNED GRANT | | | $30,000.00 | $30,000.00 | |
| | | $4,737,954.00 | $8,628,334.00 | $4,015,692.00 | $9,350,596.00 |
| **NON-CASH GRANTS: ARTWORK** | | | | | |
| METHOD USED TO DETERMINE BOOK VALUE: COST | | | | | |
| METHOD USED TO DETERMINE FMV VALUE: APPRAISAL | | | | | |
| Foundation for Contemporary Performance Arts | PUBLIC | | | | |
| New York, NY | | | | | |
| Artwork | | | $25,000.00 | $25,000.00 | |
| Coalition for the Homeless / Artwalk NY | PUBLIC | | | | |
| New York, NY | | | | | |
| Artwork | | | $46,000.00 | $46,000.00 | |
| The Andy Warhol Museum | PUBLIC | | | | |
| Pittsburgh, PA | | | | | |
| Artwork | | | $5,000,410.00 | $5,000,410.00 | |
| **SUB-TOTAL NON-CASH GRANTS** | | | $5,071,410.00 | $5,071,410.00 | |
| **TOTAL ALL GRANTS** | | $4,737,954.00 | $13,699,744.00 | $9,087,102.00 | $9,350,596.00 |
| LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS | | | | $115,000.00 | |
| **GRAND TOTAL** | | $4,737,954.00 | $13,699,744.00 | $8,972,102.00 | $9,350,596.00 |

11

STATEMENT 21

Annual report copy for period 5/1/2001 - 4/30/2002

Grantee Organization

| | | Beginning Balance 2002 | Authorized 2002 | Amount Paid 2002 | Ending Balance 2002 |
|---|---|---|---|---|---|
| **NON-CASH GRANTS: ARTWORK** | | | | | |
| METHOD USED TO DETERMINE BOOK VALUE: COST | | | | | |
| METHOD USED TO DETERMINE FMV VALUE: APPRAISAL | | | | | |
| Museum of Modern Art, Medzilaborce Medzilaborce, Slovak Republic Artwork | FOREIGN/ PRIVATE | | $5,600.00 | $5,600.00 | |
| The Andy Warhol Museum Pittsburgh, PA Artwork | PUBLIC | | $166,000.00 | $166,000.00 | |
| SUB-TOTAL NON-CASH GRANTS | | | $171,600.00 | $171,600.00 | |
| TOTAL ALL GRANTS | | $9,350,596.00 | $3,747,867.00 | $5,010,404.00 | $8,088,059.00 |
| LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS | | | | $72,000.00 | |
| GRAND TOTAL | | $9,350,596.00 | $3,747,867.00 | $4,938,404.00 | $8,088,059.00 |

STATEMENT 22

Annual report copy for period 5/1/2002 - 4/30/2003

Grantee Organization

## WARHOL INITIATIVE

| | | Beginning Balance 2003 | Authorized 2003 | Amount Paid 2003 | Ending Balance 2003 |
|---|---|---|---|---|---|
| General expenses | | $3,137,559.00 | $0.00 | | $1,925,749.00 |
| The Center for Women and Their Work, Austin, TX | PUBLIC | | | $172,094.00 | |
| Creative Time, Inc., New York, NY | PUBLIC | | | $82,000.00 | |
| Dieu Donné Papermill, New York, NY | PUBLIC | | | $100,000.00 | |
| Exit Art, New York, NY | PUBLIC | | | $102,748.00 | |
| Headlands Center for the Arts, Sausalito, CA | PUBLIC | | | $110,500.00 | |
| Intermedia Arts, Minneapolis, MN | PUBLIC | | | $48,600.00 | |
| Kansas City Artists Coalition, Kansas City, MO | PUBLIC | | | $10,000.00 | |
| Legion Arts, Cedar Rapids, IA | PUBLIC | | | $90,600.00 | |
| Los Angeles Contemporary Exhibitions, Los Angeles | PUBLIC | | | $58,239.00 | |
| Out North, Anchorage, AK | PUBLIC | | | $77,000.00 | |
| Real Art Ways, Hartford, CT | PUBLIC | | | $16,100.00 | |
| San Jose Center for Latino Arts/MACLA, San Jose | PUBLIC | | | $113,500.00 | |
| Self-Help Graphics, Los Angeles, CA | PUBLIC | | | $21,000.00 | |
| Space One Eleven, Birmingham, AL | PUBLIC | | | $99,000.00 | |
| | | | | $110,429.00 | |
| SUB-TOTAL | | | | $1,211,810.00 | |
| | | | | | |
| SUB-TOTAL CASH GRANTS | | $8,088,059.00 | $3,976,865.00 | $4,664,175.00 | $7,400,749.00 |

NON-CASH GRANTS: ARTWORK
METHOD USED TO DETERMINE BOOK VALUE: COST
METHOD USED TO DETERMINE FMV VALUE: APPRAISAL

| | | Beginning Balance 2003 | Authorized 2003 | Amount Paid 2003 | Ending Balance 2003 |
|---|---|---|---|---|---|
| Merce Cunningham Dance Company New York, NY | PUBLIC | | | | |
| Artwork | | | $5,000.00 | $5,000.00 | |
| | | | | | |
| SUB-TOTAL NON-CASH GRANTS | | | $5,000.00 | $5,000.00 | |
| | | | | | |
| TOTAL ALL GRANTS | | $8,088,059.00 | $3,981,865.00 | $4,669,175.00 | $7,400,749.00 |
| LESS: FOREIGN GRANTS NOT ALLOWABLE AS QUALIFYING DISTRIBUTIONS | | | | $62,000.00 | |
| GRAND TOTAL | | $8,088,059.00 | $3,981,865.00 | $4,607,175.00 | $7,400,749.00 |

STATEMENT 23

12

Annual report copy for period 5/1/2003 - 4/30/2004

Grantee Organization

| | | Beginning Balance 2004 | Authorized 2004 | Amount Paid 2004 | Ending Balance 2004 |
|---|---|---|---|---|---|
| Legion Arts | PUBLIC | | | $29,000.00 | |
| Los Angeles Contemporary Exhibitions | PUBLIC | | | $25,000.00 | |
| New Langton Arts | PUBLIC | | | $25,000.00 | |
| Out North | PUBLIC | | | $45,000.00 | |
| Project Row Houses | PUBLIC | | | $19,500.00 | |
| Real Art Ways | PUBLIC | | | $25,000.00 | |
| Salina Art Center | PUBLIC | | | $110,000.00 | |
| San Francisco Camerawork | PUBLIC | | | $25,000.00 | |
| San Jose Center for Latino | PUBLIC | | | $25,000.00 | |
| Southern Exposure | PUBLIC | | | $25,000.00 | |
| Spaces | PUBLIC | | | $109,846.00 | |
| White Columns | PUBLIC | | | $25,000.00 | |
| SUB-TOTAL | PUBLIC | | | $110,000.00 | |
| | | | | $1,258,356.00 | |
| SUB-TOTAL CASH GRANTS | | $7,400,749.00 | $6,481,670.00 | $5,897,526.00 | $7,984,893.00 |

NON-CASH GRANTS: ARTWORK
METHOD USED TO DETERMINE BOOK VALUE: COST
METHOD USED TO DETERMINE FMV VALUE: APPRAISAL

| | | Beginning Balance 2004 | Authorized 2004 | Amount Paid 2004 | Ending Balance 2004 |
|---|---|---|---|---|---|
| Max's Kansas City Project | | | | | |
| New York, NY | PUBLIC | | | | |
| Artwork | | | $2,000.00 | $2,000.00 | |
| SUB-TOTAL NON-CASH GRANTS | | | $2,000.00 | $2,000.00 | |

LESS: RETURNED GRANTS

| | | Beginning Balance 2004 | Authorized 2004 | Amount Paid 2004 | Ending Balance 2004 |
|---|---|---|---|---|---|
| New York Foundation for the Arts | | | | | |
| New York, NY | PUBLIC | $2,500.00 | $0.00 | $0.00 | $2,500.00 |
| TOTAL ALL GRANTS | | $7,398,249.00 | $6,483,670.00 | $5,899,526.00 | $7,982,393.00 |
| LESS: FOREIGN GRANTS NOT ALLOWABLE AS | | | | | |
| QUALIFYING DISTRIBUTIONS | | | | $12,000.00 | |
| TOTAL QUALIFYING DISTRIBUTIONS | | | | $5,887,526.00 | |

13

STATEMENT 25

# EXHIBIT Q

# Andy Warhol Art Authentication Board, Inc.

September 15, 2003


Joe Simon
14 Langton Street
London SW 10 OJH
ENGLAND

Dear Joe Simon:

The Andy Warhol Art Authentication Board is providing you with information regarding
the work you submitted titled "Dollar Bills" endorsed with the following identification
numbers: B109.004, B101.021, B101.032.

The Board's research shows that the dollar bills used to make this work were printed after
Warhol's death. The series number printed on United States dollar bills is established by
the date when a new Secretary of the Treasury takes office. Although the series numbers
on the work you submitted have all been erased, the bills bear the signature of Nicholas
F. Brady, Secretary of the Treasury. Brady took office on September 15, 1988. Thus, the
dollar bills on the work you submitted were printed no earlier than September 15, 1988,
more than two years after the date inscribed on your work (April 21, 1986), and more
than a year after Warhol's death.

The Board has photographic records of the work referred to in *The Andy Warhol Diaries*
for Monday, April 21, 1986 (page 725). The photographs show that the dollar bills bear a
series number 1985 and are signed by James A. Baker III, who was Secretary of the
Treasury from February 3, 1985 to August 17, 1988. Moreover, this work bears the same
inscriptions on the verso (April 21, '86 Sam Happy Birthday Andy Warhol) that are
repeated on the work you submitted.

In short, the Board is certain that the work submitted by you is not by Andy Warhol.


                                                  Very truly yours,


                                                  ANDY WARHOL ART
                                                  AUTHENTICATION BOARD, INC.


                                        By: _____
                                                  Authorized Representative


525 West 20 Street, 7th floor     David Whitney, President
New York NY 10011                 Robert Rosenblum, Treasurer
Telephone: 212.727.1735           Neil Printz, Secretary
Facsimile: 212.242.2836           Sally King-Nero