Gary D. Sesser
Ronald D. Spencer
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York  10005
(212) 732-3200
*Attorneys for The Andy Warhol Foundation for the Visual Arts, Inc.,*
*Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol*
*Art Authentication Board, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated, | : | Index No. 07 CV 6423 (LTS) (AJP) |
| | : | |
| | : | ECF CASE |
| Plaintiff, | : | |
| | : | |
| - against - | : | |
| | : | |
| THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, Individually and Successor Executor for the Estate of Andy Warhol, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD DOES 1-10, | : | |
| | : | |
| Defendants. | : | |

------------------------------------------------------------X

## <u>CERTIFICATE OF SERVICE</u>

I am over the age of eighteen years, am not party to this proceeding and am

employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn

LLP.  I hereby certify that on the 30th day of November 2007, I caused  true and correct

copies of the annexed document to be served by first class mail upon the following:

6253718.1

-2-

Lee A. Weiss, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

Seth Redniss, Esq.
Redniss & Associates LLC
185 Franklin Street, 5th Floor
New York, New York 10013

Antonio Malaspina

6253718.1