Gary D. Sesser
Ronald D. Spencer
CARTER LEDYARD & MILBURN LLP
2 Wall Street
New York, New York 10005
(212) 732-3200
*Attorneys for The Andy Warhol Foundation for the Visual Arts, Inc.,
Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol
Art Authentication Board, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>- against -<br><br>THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, Individually and Successor Executor for the Estate of Andy Warhol, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD DOES 1-10,<br><br>Defendants. | Index No. 07 CV 6423 (LTS) (AJP)<br><br>ECF CASE |

-----------------------------------------------------------------X

# CERTIFICATE OF SERVICE

I am over the age of eighteen years, am not party to this proceeding and am employed as an Assistant Managing Clerk with the law firm of Carter Ledyard & Milburn LLP. I hereby certify that on the 30th day of November 2007, I caused true and correct copies of the annexed document to be served by first class mail upon the following:

6253718.1

Lee A. Weiss, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022

Seth Redniss, Esq.
Redniss & Associates LLC
185 Franklin Street, 5th Floor
New York, New York 10013

Antonio Malaspina