UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>-against-<br><br>THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, Individually and Successor Executor For the Estate of Andy Warhol, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD ROES 1-10,<br><br>      Defendants. | Case No. 07 Civ. 6423 (LTS) (AJP) |

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that I caused a true and correct copy of Plaintiffs' Opposition to Defendants' Motion to Dismiss to be served upon the following via ECF notification on the 10th day of January, 2008:

Gary D. Sesser
**CARTER LEDYARD & MILBURN LLP**
2 Wall Street
New York, New York 10005
sesser@clm.com

*Attorneys for Defendants The Andy Warhol*
*Foundation For The Visual Arts, Inc.,*
*Vincent Fremont, Vincent Fremont Enterprises,*
*and The Andy Warhol Art Authentication Board, Inc.,*

Dated: New York, New York
    January 10, 2008

               ____s/_____
               LEE A. WEISS