UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, Individually and Successor Executor For the Estate of Andy Warhol, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD ROES 1-10,<br><br>                    Defendants. | Case No. 07 Civ. 6423 (LTS) (AJP) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a true and correct copy of the attached Memo Endorsement dated January 11, 2008 to be served upon the following via facsimile on the 11th day of January, 2008:

Gary D. Sesser
**CARTER LEDYARD & MILBURN LLP**
2 Wall Street
New York, New York 10005
Telephone: (212) 238-8820
Facsimile: (212) 732-3232

*Attorneys for Defendants The Andy Warhol*
*Foundation For The Visual Arts, Inc.,*
*Vincent Fremont, Vincent Fremont Enterprises,*
*and The Andy Warhol Art Authentication Board, Inc.,*

Dated:   New York, New York
         January 11, 2008

                                                          s/
                                                  _____
                                                  LEE A. WEISS