UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE SIMON-WHELAN, Individually and on
Behalf of All Others Similarly Situated,

                Plaintiff,           07-CV-6423 (LTS)

    -against-                        ECF CASE

THE ANDY WARHOL FOUNDATION FOR
THE VISUAL ARTS, INC., THE ESTATE OF
ANDY WARHOL, VINCENT FREMONT,
VINCENT FREMONT ENTERPRISES, THE
ANDY WARHOL ART AUTHENTICATION
BOARD, INC., JOHN DOES 1-20, JANE DOES
1-10, and RICHARD ROES 1-10,

                Defendants.

------------------------------------------------------------X

## MOTION FOR SUBSTITUTION OF COUNSEL

On behalf of Defendants The Andy Warhol Foundation for the Visual Arts, Inc., The Estate of Andy Warhol, Vincent Fremont, Vincent Fremont Enterprises, and The Andy Warhol Art Authentication Board, Inc. in the above-captioned litigation (the "Defendants"), the undersigned counsel hereby move for a substitution of David Boies, Nicholas A. Gravante, Jr., and Philip J. Iovieno of the law firm BOIES, SCHILLER & FLEXNER LLP as counsel of record for the Defendants, replacing the current counsel of record, Gary D. Sesser and Ronald D. Spencer of CARTER LEDYARD & MILBURN LLP. In accordance with Local Civil Rule 1.4 and Judge Swain's Individual Practices Rule 2(D), the accompanying declaration confirms the consent of the Defendants to this substitution of counsel.

Dated: New York, New York
October 22, 2009

Respectfully submitted,

CARTER LEDYARD & MILBURN LLP

By: /s/
   Gary D. Sesser
   Ronald D. Spencer
   2 Wall Street
   New York, New York 10005
   Telephone: (212) 732-3200
   Facsimile: (212) 732-3232

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Nicholas A. Gravante, Jr.
   Nicholas A. Gravante, Jr.
   575 Lexington Avenue, 16th Floor
   New York, New York 10022
   Telephone: (212) 446-2300
   Facsimile: (212) 446-2350

David Boies
333 Main Street
Armonk, New York 10504
Telephone: (914) 749-8200
Facsimile: (914) 749-8300

Philip J. Iovieno
10 N. Pearl Street, 4th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Facsimile: (518) 434-0665

SO ORDERED:

_____
LAURA TAYLOR SWAIN
United States District Judge