USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 10/26/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

JOE SIMON-WHELAN, et al., :

        Plaintiffs, : 07 Civ. 6423 (LTS) (AJP)

-against- : **ORDER**

THE ANDY WARHOL FOUNDATION FOR :
THE VISUAL ARTS, INC., et al.,
                                      :

        Defendants. :

                                      :
------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

       Judge Swain has referred this case to me for general pretrial supervision, but principally for settlement purposes.

       The parties are to promptly advise me of any discovery disputes or issues as they arise. The parties are advised that I am unlikely to grant any extension of the discovery cutoff and other deadlines in the Scheduling Order signed by Judge Swain.

       As ordered by Judge Swain, counsel are to call my chambers by January 15, 2010 to schedule a settlement conference. Counsel are to call chambers, or write a letter, in the event of any discovery or other disputes that require Court intervention.

C:\OPIN\

2

Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated:  New York, New York
October 26, 2009

Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Brian C. Kerr, Esq.
Seth Eric Redniss, Esq. (Mail)
David Boies, II, Esq.
Nicholas A. Gravante, Jr., Esq.
Philip J. Iovieno, Esq.
Gary D. Sesser, Esq.
Judge Laura Taylor Swain

C:\OPIN\