USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/18/09

Courtesy Copy




UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOE SIMON-WHELAN, Individually And On Behalf Of All Others Similarly Situated,

Plaintiff,

-against-

THE ANDY WARHOL FOUNDATION FOR THE VISUAL ARTS, INC., THE ESTATE OF ANDY WARHOL, VINCENT FREMONT, VINCENT FREMONT ENTERPRISES, THE ANDY WARHOL ART AUTHENTICATION BOARD, INC., JOHN DOES 1-20, JANE DOES 1-10, and RICHARD ROES 1-10,

Defendants.

**STIPULATION REGARDING VOLUNTARY DISMISSAL OF REMAINING CLASS CLAIMS**

07-CV-6423 (LTS)

ECF CASE

**STIPULATION REGARDING VOLUNTARY DISMISSAL OF REMAINING CLASS CLAIMS**

As Plaintiff represented to this Court during the status conference on October 23, 2009, Plaintiff's class claims for declaratory judgment and unjust enrichment asserted in Plaintiff's amended complaint, dated October 19, 2007, were voluntarily dismissed pursuant to Rule 15 of the Federal Rules of Civil Procedure. All other class claims alleged by Plaintiff in his amended complaint had previously been dismissed by this Court's order, dated May 26, 2009, which denied in part and granted in part Defendants' motion to dismiss. Thus, as of October 23, 2009 this case is being litigated by Plaintiff solely on an individual basis.

MEMO ENDORSED 12/18/09

1. Approved
2. The caption shall be amended to delete the reference to "Individually and on behalf of all others similarly situated."

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

[illegible]

BY FAX

Dated: December 9, 2009

Lee A. Weiss
Brian C. Kerr
Browne Woods George LLP
49 West 37th Street, 15th Floor
New York, New York 10018
Telephone: (212) 354-4901
Fax: (212) 354-4904

Seth Redniss
Redniss LLC
49 West 37th Street, 15th Floor
New York, New York 10018
Telephone: (212) 334-9200
Fax: (212) 354-9212

*Attorneys for Plaintiff*

Dated: December 9, 2009

Philip J. Iovieno
Boies, Schiller & Flexner LLP
10 North Pearl Street, 4th Floor
Albany, New York 12207
Telephone: (518) 434-0600
Fax: (518) 434-0665

Nicholas A. Gravante
Boies, Schiller & Flexner LLP
575 Lexington Avenue, 7th Floor
New York, New York 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350

*Attorneys for Defendants*

# FAX TRANSMITTAL SHEET




**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
**Southern District of New York**
**United States Courthouse**
**500 Pearl Street, Room 1370**
**New York, N.Y. 10007-1312**

**Fax No.:** (212) 805-7933
**Telephone No.:** (212) 805-0036

**Dated:** December 18, 2009 **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| Brian C. Kerr, Esq., Lee A. Weiss, Esq. | 212-354-4904 |
| Seth Eric Redniss, Esq. | 212-334-9212 |
| Nicholas A. Gravante, Jr., Esq. | 212-446-2350 |
| Philip J. Iovieno, Esq. | 518-434-0665 |
| Gary D. Sesser, Esq. | 212-732-3232 |

## TRANSCRIPTION:

**MEMO ENDORSED 12/18/09**

1. **Approved.**

2. **The caption shall be amended to delete the reference to "Individually and on behalf of all others similarly situated."**

**Copy to:** **Judge Laura Taylor Swain**