USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/20/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

JOE SIMON-WHELAN, :

      Plaintiff, : 07 Civ. 6423 (LTS) (AJP)

    -against- : **ORDER FOR SETTLEMENT CONFERENCE**

THE ANDY WARHOL FOUNDATION FOR :
THE VISUAL ARTS, INC., et al.,
 :
      Defendants.
 :
------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

A settlement conference is scheduled for February 10, 2010 at 2:30 p.m. before Magistrate Judge Andrew J. Peck in Courtroom 20D, 500 Pearl Street. Counsel attending the conference must have full settlement authority and their client(s) must be present at the conference, as must a representative of the client's insurance company where the decision to settle and/or amount of settlement must be approved by the insurance company.

On or before February 3, 2010, counsel shall provide a confidential settlement memorandum to my chambers. The memorandum shall not be filed with the Clerk of the Court nor provided to opposing counsel. The memorandum should explain the factual and legal background of the case as it impacts on settlement negotiations; the status of prior

settlement discussions between the parties, if any; and the party's settlement proposal (range). The latter should be the realistic settlement range of that party, not just the party's "opening bid." The settlement range in the settlement memorandum will be kept confidential by me and not disclosed to opposing counsel. I strongly <u>suggest</u> that the settlement memorandum not exceed 15 pages (counsel may file a longer memorandum without leave of court if counsel truly believes it is necessary; however, any memorandum in excess of 15 pages must be filed two weeks before the conference).

Also on that same date, counsel shall advise the Court and opposing counsel, by letter, of who the client representative(s) will be (name, position and, if necessary, an explanation of their role). Within two business days, counsel shall bring any concerns as to the client representatives to the Court's attention.

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which was previously provided.

SO ORDERED.

DATED: New York, New York
January 20, 2010

Andrew J. Peck
United States Magistrate Judge

Copies <u>by fax & ECF</u> to:   Brian C. Kerr, Esq.
Lee A. Weiss, Esq.
Seth Eric Redniss, Esq.
Nicholas A. Gravante, Jr., Esq.
Philip J. Iovieno, Esq.
Gary D. Sesser, Esq.
Judge Laura Taylor Swain

C:\ORD\