UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JOE SIMON-WHELAN,

        Plaintiff,

    -against-                          07 Civ. 6423 (LTS) (AJP)

THE ANDY WARHOL FOUNDATION FOR
THE VISUAL ARTS, INC., et al.,

        Defendants.
------------------------------------------------------------x

SUSAN SHAER,

        Plaintiff,                      10 Civ. 0373 (LTS) (AJP)

    -against-

THE ANDY WARHOL FOUNDATION FOR        **ORDER**
THE VISUAL ARTS, INC., et al.,

        Defendants.
------------------------------------------------------------x

**ANDREW J. PECK, United States Magistrate Judge:**

        For the reasons stated on the transcript at today's conference, IT IS HEREBY ORDERED THAT:

        1.    The motion (Dkt. No. 91-92 in 07 Civ. 6423) of Browne Woods George ("BWG") to withdraw as co-counsel for plaintiffs is GRANTED.

        2.    Defendants' motion for bond for costs (Dkt. No. 97 in 07 Civ. 6423) is WITHDRAWN.

        3.    These cases are "on hold" for 30 days to allow plaintiffs to obtain new co-counsel to replace BWG. There will be no further extension regardless of whether plaintiffs obtain

2

new co-counsel (and even if Mr. Redniss were to withdraw). All outstanding deadlines are extended 30 days (including expert cutoff to November 8, 2010 and summary judgment to December 13, 2010).

SO ORDERED.

Dated:  New York, New York
        September 16, 2010

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Lee A. Weiss, Esq.
                              Seth Eric Redniss, Esq.
                              Nicholas A. Gravante, Jr., Esq.
                              Philip J. Iovieno, Esq.
                              Gary D. Sesser, Esq.
                              Judge Laura Taylor Swain