UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOE SIMON-WHELAN,

          Plaintiff,

                                            No.    07-CV-06423-LTS

    -v-

THE ANDY WARHOL FOUNDATION FOR
THE VISUAL ARTS, INC. ET AL.,

          Defendants.

----------------------------------------------------------------x

## ORDER

        The Court received a letter dated November 10, 2025, from counsel for Plaintiff,

which has been filed at docket entry no. 131 (the "2025 Letter").  The letter refers to certain

exhibits submitted by Plaintiff in connection with a letter dated November 5, 2010, at docket

entry no. 130 (the "2010 Letter").  These exhibits were not digitized and linked to the docket but

were deposited in the Court's Open Records Room.  Because the 2010 Letter was filed after all

claims in the case had been dismissed pursuant to a settlement stipulation (docket entry nos. 124,

127), no action was taken on the matters addressed in the letter and, thus, none of the documents

submitted with the letter appear to be "judicial documents," see Lugosch v. Pyramid Co. of

Onondaga, 435 F.3d 110, 119 (2d Cir. 2006).  According to Plaintiff's 2025 Letter, many or all

of the documents submitted with the 2010 Letter had been designated as "confidential" during

discovery, pursuant to the Stipulation and Order Regarding Confidential Information filed at

docket entry no. 59.  In light of such designations and because none of the submitted documents

appears to be subject to the presumption of public access relating to "judicial documents," the

Clerk of the Court is directed to remove those documents from the Open Records Room and file

them under seal.  **Any objection to indefinite continuation of such sealing must be made in writing and filed within 21 days of the date of this order.**

       SO ORDERED.

Dated: New York, New York
       November 18, 2025

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge