

BY ECF

### LETTER MOTION UNDER F.R.Civ. P 6(b), LR 7.1(e) AND ECF § 11

December 10, 2025

Hon. Laura T. Swain, U.S.D.C.
United States Courthouse
500 Pearl Street
New York, NY 10007

**Re:**    **Motion for *Nunc Pro Tunc* Relief Due to ECF Technical Failure**
*Simon-Whelan v. The Andy Warhol Foundation for the Visual Arts, Inc., et al.* Case No. 1:07-cv-06423-LTS-AJP

Dear Chief Judge Swain:

Pursuant to Local Civil Rule 7.1(e), Federal Rule of Civil Procedure 6(b), and the Court's ECF Rule and Instruction 11, Plaintiff respectfully requests a brief extension of time concerning the filing by ECF of the Declaration and Exhibits in support of his Appeal setting forth objections to the Court's Order dated November 18, 2025 (ECF No. 132).

The Sealed version of the Appeal brief was timely filed yesterday, December 9, 2025 (ECF No. 136).  Due to technical reasons related to PDF/A formatting, Plaintiff was unable to compel the ECF system to intake the Declaration in Support or the approximately 3 dozen exhibits thereto.  Today, however, with the ECF Help Desk's assistance, multiple compression and quartz tools, and hand-scanning many of the exhibits, the ECF system accepted those documents, along with the redacted, unsealed versions of all filings.

Plaintiff respectfully moves for an extension of time which would deem those technically-delayed filings in support of yesterday's Appeal brief to be timely and accepted.

The extension is sought in good faith, and no prejudice will result: when the technical barriers became clear late yesterday, I emailed the unredacted, sealed versions of the Appeal brief and of the Declaration and Exhibits to Court and counsel via a "Reply All" to the distribution list on Court's November 18, 2025 email issuing the Order.

WALLACE NEEL PLLC  One Blue Hill Plaza, Lobby Level Suite 1509, Pearl River, New York 10965
646-524-6502  www.wallaceneel.com  wallace@wallaceneel.com

Put differently, the Court and all parties received the entire filing in a timely manner, even if the ECF servers did not.

This is the first request for an extension of this deadline.

On behalf of Plaintiff, I thank the Court for its time and consideration of this matter.

Respectfully submitted,

Wallace Neel

cc:    All counsel via ECF

The foregoing request for an extension nunc pro tunc is granted.
SO ORDERED.
12/11/2025
/s/ Laura Taylor Swain, Chief USDJ

2