WallaceNeel esq.

**VIA ECF**

November 10, 2026

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
Chief United States District Judge
500 Pearl Street
New York, NY 10007

**Re: Request to Unseal Briefs that Reference Now-Unsealed Documents**
*Simon-Whelan v. Andy Warhol Fdn. for the Vis. Arts, Inc., et al.*, No. 07-CV-06423:

Dear Chief Judge Swain:

I represent plaintiff Joe Simon (formerly Joe Simon-Whelan). I write to request that the Court unseal Docket Nos. 136, 137, 138 and 144 on ECF. **Opposing counsel states that it takes no position on this request.**

By Memorandum Order dated March 10, 2026 (Dkt. 145), the Court held that Mr. Simon's 2010 letter and its exhibits are judicial documents and ordered them unsealed and docketed. The four filings at issue were filed under seal only because they quote or describe those materials. They are:

- Dkt. 136: Mr. Simon's Memorandum of Law in Support of Appeal, dated December 9, 2025;
- Dkt. 137: Declaration of Wallace Neel, Esq. dated December 9, 2025 with Exhibits;
- Dkt. 138: Declaration of Wallace Neel, Esq. dated December 9, 2025 with Exhibits; and
- Dkt. 144: Mr. Simon's Reply Memorandum of Law in Further Support of Appeal dated January 15, 2026.

With the underlying judicial documents now confirmed by Your Honor's March 10 Order as publicly-available and unsealed, no basis remains for continuing to treat the Briefs and Declarations that quote those documents as sealed filings. None of the four filings contains material that remains confidential after the March 10 Order. We therefore ask that all four filings be unsealed on ECF.

We thank the Court and its staff for their time and work on this matter.

Respectfully submitted,

Wallace Neel

cc: All Counsel via ECF

WALLACE NEEL PLLC One Blue Hill Plaza, Lobby Level Suite 1509, Pearl River, New York 10965
646-524-6502 www.wallaceneel.com wallace@wallaceneel.com

The foregoing request is granted for the reasons described above. See also Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110 (2d Cir. 2006). The documents described in the above letter are hereby unsealed and ordered to be docketed on ECF. Docket no. 147 is resolved. SO ORDERED. 11/13/2026 /s/ Laura Taylor Swain, Chief USDJ.